Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Proposed Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51477 |
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 |
| Debtors.[1] | **DEBTORS' APPLICATION FOR ORDER APPROVING DESIGNATION OF JEREMY ROSENTHAL AS RESPONSIBLE INDIVIDUAL PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1** |
| | [NO HEARING REQUIRED] |

Pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the Northern District of California (the "Local Rules"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), hereby apply (the "Application") for entry of an order approving the designation of Jeremy Rosenthal as the designated responsible individual during these Bankruptcy Cases. In support thereof, the Debtors respectfully represent as follows:

1. On the date hereof, each Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

2.    By this Application, the Debtors seek to approve the appointment of Jeremy Rosenthal ("Mr. Rosenthal"), the Debtors' Chief Restructuring Officer, as the designated individual with primary responsibility for the duties and obligations of the Debtors.

3.    Mr. Rosenthal's contact information is:

> Jeremy Rosenthal, CRO
> Force Ten Partners, LLC
> 5271 California Ave., Suite 270
> Irvine, CA 92617
> Telephone:     (949) 357-2360

4.    A proposed form of order is annexed hereto as **Exhibit A**.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated:  December 5, 2021

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
Debra I. Grassgreen
Maxim B. Litvak
Steven W. Golden

Proposed Attorneys for Debtors and Debtors in Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**EXHIBIT A**

**Proposed Order**

1  Debra I. Grassgreen (CA Bar No. 169978)
   Maxim B. Litvak (CA Bar No. 215852)
2  Steven W. Golden (*pro hac vice* pending)
   PACHULSKI STANG ZIEHL & JONES LLP
3  One Market Plaza, Spear Tower, 40th Floor
   San Francisco, CA  94105-1020
4  Telephone:    415.263.7000
   Facsimile:     415.263.7010
5  E-mail:        dgrassgreen@pszjlaw.com
                  mlitvak@pszjlaw.com
6                 sgolden@pszjlaw.com

7  Proposed Attorneys for Debtors and
   Debtors in Possession

8                  **UNITED STATES BANKRUPTCY COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

11  In re:                                  Case No. 21-51477

12  WATSONVILLE HOSPITAL                     Chapter 11
    CORPORATION, *et al.*,
13                                           **ORDER APPROVING DESIGNATION OF**
                                             **JEREMY ROSENTHAL AS**
                     Debtors.[1]             **RESPONSIBLE INDIVIDUAL**
14                                           **PURSUANT TO BANKRUPTCY LOCAL**
                                             **RULE 4002-1**
15

16

17         The Court having considered the *Debtors' Application for Order Approving Designation of*

18  *Jeremy Rosenthal as Responsible Individual Pursuant to Bankruptcy Local Rule 4002-1* (the

19  "Application") filed by the above-captioned debtors and debtors in possession (the "Debtors"), and

20  good cause existing for the relief requested,

21  **IT IS HEREBY ORDERED THAT:**

22         1.      The Application is granted to the extent set forth herein.

23         2.      Jeremy Rosenthal, solely in his capacity as the Debtors' Chief Restructuring Officer,

24  is appointed as the responsible individual for the Debtors for purposes of these chapter 11 cases

25  pursuant to Bankruptcy Local Rule 4002-1.

26                          ***END OF ORDER***

27  ───────────────
    [1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
28  Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital
    Holdings, Inc. (1118); and Halsen Healthcare, LLC.  The Debtors' business address is 75 Nielson Street, Watsonville, CA
    95076.