SHANE J. MOSES, CA Bar No. 250533
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
EMAIL: smoses@foley.com

EDWARD J. GREEN (*pending pro hac vice*)
**FOLEY & LARDNER LLP**
321 N. CLARK STREET, SUITE 3000
CHICAGO, IL 60654
TELEPHONE: (312) 832-4375
FACSIMILE: (312) 832-4700
EMAIL: egreen@foley.com

Attorneys for CNH Finance Fund I LP

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>[No hearing required] |

NOTICE IS HEREBY GIVEN that the below-listed counsel, on behalf of CNH Finance Fund I LP, ("CNH Finance"), a creditor and party-in-interest in the above-captioned bankruptcy case (the "Bankruptcy Case"), hereby file a notice of appearance pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 9010(b) and request to be added to the master mailing list. Pursuant to the provisions of Title 11 of the United States Code (the "Bankruptcy Code") and the FRBP including without limitation, Section 1109(b) of the Bankruptcy Code and FRBP 2002, 2002(g), 3017, 4001, 7004(h) and 9007, CNH Finance

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

-1- Case No. 21-51477

hereby requests that special notice of all matters which may come before the above-captioned bankruptcy court (the "Court") be given, and service of process in any contested matter or adversary proceeding relating to the Bankruptcy case whether pending before this court or otherwise, be made, as follows:

| | |
|---|---|
| Shane J. Moses, Ca Bar No. 250533 | Edward J. Green (pending *pro hac vice*) |
| **FOLEY & LARDNER LLP** | **FOLEY & LARDNER LLP** |
| 555 California Street, Suite 1700 | 321 N. Clark Street, Suite 3000 |
| San Francisco, Ca 94104-1520 | Chicago, IL 60654 |
| Telephone: 415.434.4484 | Telephone: (312) 832-4375 |
| Facsimile: 415.434.4507 | Facsimile: (312) 832-4700 |
| Email: SMoses@foley.Com | Email: EGreen@foley.com |

The foregoing request includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and/or any other documents filed in or on account of this Bankruptcy Case.

This Notice of Appearance and Request for Special Notice is without prejudice to any rights, remedies and/or claims against any party or any objections that may be made to the jurisdiction of this Court or venue of this Bankruptcy Case, and shall not be deemed or construed to be a waiver of rights (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in this Bankruptcy Case, or in any controversy or proceeding related to this Bankruptcy Case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, and/or (4) with respect to any other rights, claims, actions, defenses, setoffs or recoupments that may be available in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: December 6, 2021

**FOLEY & LARDNER LLP**
SHANE J. MOSES
EDWARD J. GREEN (pending *pro hace vice*)

*/s/ Shane J. Moses*
SHANE J. MOSES
Attorneys for CNH Finance Fund I LP

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE           -2-                              Case No. 21-51477

4886-4804-5317.1