MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
JASON BLUMBERG (SBN 330150)
Trial Attorney
ELVINA ROFAEL (SBN 333919)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone:  (408) 535-5525
Facsimile:  (408) 535-5532
Email:  Elvina.Rofael@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

In re

WATSONVILLE HOSPITAL
CORPORATION, *et al*.,

         Debtors.[1]

)
)
)
)
)
)
)
)
)
)

Case No. 21-51477 MEH
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R.

Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that

all required notices be directed to:

> Office of the United States Trustee
> Elvina Rofael
> 450 Golden Gate Avenue, 5th Floor, Suite #05-0153
> San Francisco, CA 94102
> Email:  Elvina.Rofael@usdoj.gov

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

Notice of Appearance

Dated: December 6, 2021

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ *Elvina Rofael*
Trial Attorney for United States Trustee

Notice of Appearance