PILLSBURY WINTHROP SHAW PITTMAN LLP
Jonathan R. Doolittle (CA Bar Number 290638)
jonathan.doolittle@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

Claire K. Wu (CA Bar Number 295966)
claire.wu@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:    213.488.3655
Facsimile:    213.629.1033

*Attorneys for Pajaro Valley Healthcare District Project*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors. | Case No. 21-51477<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Pajaro Valley Healthcare District Project (the "Project"), by and through its attorneys of record, hereby requests that copies of all pleadings, motions, notices, and other papers filed in the above-captioned case, be served upon the counsel identified below at the following addresses, and that such addresses be added to the master mailing list:

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | Jonathan R. Doolittle |
| | Four Embarcadero Center, 22nd Floor |
| 3 | San Francisco, CA 94111-5998 |
| | Telephone: 415.983.1000 |
| 4 | Facsimile: 415.983.1200 |
| 5 | jonathan.doolittle@pillsburylaw.com |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | Gerry Hinkley |
| 7 | Claire K. Wu |
| | 725 South Figueroa Street, 36th Floor |
| 8 | Los Angeles, CA 90017-5524 |
| | Telephone: 213.488.7188 |
| 9 | Facsimile: 213.629.1033 |
| | gerry.hinkley@pillsburylaw.com |
| 10 | claire.wu@pillsburylaw.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without limitation, all orders, applications, pleadings, motions, petitions, requests, schedules, statements, complaints or demands, whether formal or informal, arising herein or in any way related to this case, including in adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Project does not, by filing this Notice of Appearance and Request for Notice and Service of Papers, nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Notice and Service of Papers constitute a waiver of any of their rights: (i) to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which they may be entitled, which they expressly reserve.

Dated: December 6, 2021

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Claire K. Wu*
Claire K. Wu
Attorneys for Pajaro Valley Healthcare District Project