1  NICOLE DARO (SBN 276948)
   KYRSTEN B. SKOGSTAD (SBN 281583)
2  DAVID B. WILLHOITE (SBN 294172)
3  CALIFORNIA NURSES ASSOCIATION
   LEGAL DEPARTMENT
4  155 Grand Avenue
   Oakland, CA  94612
5  510-273-2200 (Telephone)
6  510-663-4822 (Facsimile)
   ndaro@calnurses.org
7  kskogstad@calnurses.org
   dwillhoite@calnurses.org
8
9  Attorneys for
   CALIFORNIA NURSES ASSOCIATION

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No. 21-51477 |
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| | [No Hearing Required] |

NOTICE IS HEREBY GIVEN that the below-listed counsel, on behalf of California Nurses Association ("CNA"), a creditor and party-in-interest in the above-captioned bankruptcy case (the "Bankruptcy Case"), hereby file a notice of appearance pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 9010(b) and request to be added to the master mailing list.  Pursuant to the provisions of Title 11 of the United States Code (the "Bankruptcy Code") and the FRBP including without limitation Section 1109(b) of the Bankruptcy Code and FRBP 2002, 2002(g), 3017, 4001, 7004(h) and 9007, CNA hereby requests that special

notice of all matters which may come before the above-captioned bankruptcy court (the "Court") be given, and service of process in any contested matter or adversary proceeding relating to the Bankruptcy case whether pending before this court or otherwise, be made as follows:

>  Kyrsten B. Skogstad (SBN 281583)
>  David B. Willhoite (SBN 294172)
>  **CALIFORNIA NURSES ASSOCIATION**
>  **LEGAL DEPARTMENT**
>  155 Grand Avenue
>  510-273-2200 (Telephone)
>  510-663-4822 (Facsimile)
>  kskogstad@calnurses.org
>  dwillhoite@calnurses.org

The foregoing request includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and/or any other documents filed in or on account of this Bankruptcy Case.

This Notice of Appearance and Request for Special Notice is without prejudice to any rights, remedies and/or claims against any party or any objections that may be made to the jurisdiction of this Court or venue of this Bankruptcy Case, and shall not be deemed or construed to be a waiver of rights (i) to have final orders in non-core matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in this Bankruptcy Case, or in any controversy or proceeding related to this Bankruptcy Case, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, and/or (iv) with respect to any other rights, claims, actions, defenses, setoffs or recoupments that may be available in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: December 6, 2021

CALIFORNIA NURSES ASSOCIATION
LEGAL DEPARTMENT

 /s/ Kyrsten B. Skogstad
Kyrsten B. Skogstad
David B. Willhoite

Attorneys for
CALIFORNIA NURSES ASSOCIATION