UNITED STATES BANKRUPTCY COURT
Northern District of California San Jose

In re:
Watsonville Hospital Corporation,
Debtor(s).

Case No.: 21-51477
Chapter: 11

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on December 7, 2021 as directed by Office of the U.S. Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

Omnibus Objection and Reservation of Rights of the U.S. Trustee to Debtor's First Day Motions (ECF Nos. 7, 8, 10, 11, 14)

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. December 7, 2021

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Watsonville Hospital Corporation 21-51477**

| List ID | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 1217 | Claire K. Wu   Pillsbury Winthrop Shaw Pittman LLP, 725 S. Figueroa St., 36th Fl., Los Angeles, CA, 90017, United States | First Class |
| 1217 | Debra I. Grassgreen  Pachulski, Stang, Ziehl and Jones LLP, One Market St., 40th Fl., San Francisco, CA, 94105, United States | First Class |
| 1217 | Edward J. Green    FOLEY & LARDNER LLP, 321 N. Clark St., Ste. 3000, Chicago, IL, 60654, United States | First Class |
| 1217 | Henry C. Kevane Pachulski, Stang, Ziehl and Jones LLP, 150 California St., 15th Fl., San Francisco, CA, 94111, United States | First Class |
| 1217 | Jeremy Rosenthal    Force Ten Partners, LLC, 5271 California Ave., Ste. 270, Irvine, CA, 92617, United States | First Class |
| 1217 | Kyrsten B. Skogstad   California Nurses Association, 155 Grand Avenue, Oakland, CA, 94612, United States | First Class |
| 1217 | Maxim B. Litvak  Pachulski, Stang, Ziehl and Jones LLP, One Market St., 40th Fl., San Francisco, CA, 94105, United States | First Class |
| 1217 | Shane J. Moses      FOLEY & LARDNER LLP, 555 California St., Ste. 1700, San Francisco, CA, 94104, United States | First Class |
| 1217 | Sheryl Betance    Stretto, 410 Exchange, Ste. 100, Irvine, CA, 92602, United States | First Class |
| 1217 | Watsonville Hospital Corporation, 75 Nielsen Street, Watsonville, CA, 95076, United States | First Class |