BRUCE A. HARLAND, Bar No. 230477
MANUEL A. BOÍGUES, Bar No. 248990
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bankruptcycourtnotices@unioncounsel.net
bharland@unioncounsel.net
mboigues@unioncounsel.net

Attorneys for Creditor
SEIU-UHW West & Joint Education Fund

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| In Re<br><br>WATSONVILLE HOSPITAL CORPORATION, et al.,<br><br>Debtors. | Case No. 21-51477<br><br>**CHAPTER 11**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST** |

PLEASE TAKE NOTICE that the undersigned attorneys enter their notice of appearance in the above-entitled case on behalf of creditor Service Employees International Union, United Healthcare Workers – West & Joint Education Fund ("SEIU-UHW & JEF") and give this notice of appearance and request of all matters that must be noticed to creditors, the Trustee, the Debtors, or other parties in interest, and further request notice of Limited Notice Proceedings. For purposes of notice and service, the following address shall be used:

1

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
AND INCLUSION ON MAILING LIST

SEIU-UHW West & Joint Education Fund.
c/o MANUEL A. BOÍGUES
   BRUCE A. HARLAND
WEINBERG ROGER & ROSENFELD
1375 55th Street
Emeryville, CA 94608
Telephone: (510) 337-1001
Fax: (510) 337-1023
Email: bankruptcycourtnotices@unioncounsel.net
       mboigues@unioncounsel.net
       bharland@unioncounsel.net

This request includes the type of notice referred to in Bankruptcy Rules 2002(i) and 3017(a), 4001, 9007 and Section 1109 of the Bankruptcy Code, and also includes without limitation, all schedules, notices of any orders, applications, complaints, answers, demands, replies, hearings, motions, petitions, pleadings, disclosure statements, plans, requests, memoranda or briefs in support of any of the foregoing, and any other documents brought before the court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile transmission or otherwise.

Dated: December 10, 2021  WEINBERG, ROGER & ROSENFELD
A Professional Corporation

/s/ Manuel A. Boígues
By:    MANUEL A. BOÍGUES

Attorneys for Creditor
SEIU-UHW West & Joint Education Fund

152966\1228506

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
AND INCLUSION ON MAILING LIST
Case: 21-51477   Case No. 21-30477 Doc# 60   Filed: 12/10/21   Entered: 12/10/21 10:44:24   Page 2 of 2

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001