**AKERMAN LLP**
EVELINA GENTRY (SBN 296796)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342
Email: evelina.gentry@akerman.com

Attorneys for Creditor
ADEX MEDICAL STAFFING LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, et al.,<br><br>Debtor(s). | Case No. 21-51477<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE BY CREDITOR ADEX MEDICAL STAFFING LLC** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that ADEX Medical Staffing LLC ("Adex"), a creditor in the above-captioned bankruptcy case, hereby enters this appearance pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that the counsel listed below be added to the official electronic mailing matrix, CM/ECF, and service lists in the above-captioned bankruptcy cases.

Adex requests, pursuant to the Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings give or required to be served in the above-captioned bankruptcy cases and copies of all papers served or required to be served in this matter, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to this matter, including in adversary proceedings, be given and served upon Akerman LLP, at the following addresses:

///

1
Case No. 21-51477
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
BY CREDITOR ADEX MEDICAL STAFFING LLC

61303906;1

| | |
|---|---|
| AKERMAN LLP<br>Evelina Gentry (SBN 296796)<br>601 West Fifth Street, Suite 300<br>Los Angeles, California 90071<br>Telephone: (213) 533 5975<br>Facsimile: (213) 627-6342<br>evelina.gentry@akerman.com | AKERMAN LLP<br>Andrea Hartley<br>(*Pro Hac Vice* application forthcoming)<br>98 Southeast Seventh Street, Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 982 5682<br>Facsimile: (305) 374 5095<br>andrea.hartley@akerman.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these Cases; (ii) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery of any property, payment or other conduct by Adex.

PLEASE TAKE FURTHER NOTICE that Adex does not, by filing this Notice of Appearance and Request for Special Notice ("Notice") nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice constitute a waiver of any of its rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or

///

///

///

///

///

2
CASE NO. 21-51477
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
BY CREDITOR ADEX MEDICAL STAFFING LLC

Case: 21-51477    Doc# 67    Filed: 12/15/21    Entered: 12/15/21 16:30:26    Page 2 of 3

61303906;1

recoupments to which Adex is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Adex expressly reserves.

Dated: December 15, 2021        **AKERMAN LLP**

By: */s/ Evelina Gentry*
    Evelina Gentry
    Attorney for Creditor
    ADEX MEDICAL STAFFING LLC

Case: 21-51477    Doc# 67    Filed: 12/15/21    Entered: 12/15/21 16:50:26    Page 3 of 3
61303906;1