TIMOTHY S. LAFFREDI (SBN WI 1055133)
Assistant United States Trustee
MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
JASON BLUMBERG (SBN 330150)
Trial Attorney
ELVINA ROFAEL (SBN 333919)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: Jason.blumberg@usdoj.gov
	Elvina.Rofael@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477-MEH<br>(Lead Case)<br><br>Chapter 11<br><br>Judge: Hon. M. Elaine Hammond |

**APPOINTMENT OF THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above-captioned cases:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

1

1. **CALIFORNIA NURSES ASSOCIATION**
   Representatives: David B. Willhoite and Kyrsten B. Skogstad
   155 Grand Avenue
   Oakland, CA 94612
   dwillhoite@calnurses.org; kskogstad@calnurses.org

2. **SEIU UNITED HEALTHCARE WORKERS – WEST**
   Representative: Cassaundra Curtis
   560 Thomas L. Berkeley Way
   Oakland, CA 94612
   ccurtis@seiu-uhw.org

3. **HEALTH TRUST WORKFORCE SOLUTIONS, LLC**
   Representative: Howell S. Arnold
   1100 Dr. Martin L. King, Jr. Blvd., Ste. 1100
   Nashville, TN 37203
   howell.arnold@healthtrustpg.com

4. **FIRM REVENUE CYCLE MANAGEMENT SERVICES, INC.**
   Representative: Nancy Momcilovic
   5590 S. Fort Apache
   Las Vegas, NV 89148
   Nancy@Firmrcm.com

5. **HEROIC SECURITY, LLC**
   Representative: Chad Bennett
   1881 W. Traverse Parkway, Ste E #257
   Lehi, Utah 84043
   chad@heroic.com

6. **TEAMSTERS 853**
   Representative: Steven Lua
   22 E. 5th St.
   Watsonville, CA 95076
   slua@teamsters853.org

7. **MEDHOST DIRECT, INC.**
   Representative: William P. Anderson
   6550 Carothers Parkway, Ste. 160
   Franklin, TN 37067
   Bill.Anderson@medhost.com

2

Case: 21-51477   Doc# 97   Filed: 12/22/21   Entered: 12/22/21 13:27:51   Page 2 of 3

Dated: December 22, 2021

Respectfully Submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Timothy S. Laffredi*
Timothy S. Laffredi
Assistant United States Trustee