1  Paul S. Jasper, Bar No. 200138
   PJasper@perkinscoie.com
2  Sara L. Chenetz, Bar No. 206936
   SChenetz@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, CA  94105
   Telephone:  415.344.7000
5  Facsimile:  415.344.7050

6  Eric E. Walker (*pro hac vice* forthcoming)
   Illinois Bar No. 6290993
7  EWalker@perkinscoie.com
   Kathleen Allare (*pro hac vice* forthcoming)
8  Illinois Bar No. 6326536
   KAllare@perkinscoie.com
9  PERKINS COIE LLP
   110 North Wacker Drive, Suite 3400
10 Chicago, IL 60606
   Telephone:  312.324.8659
11 Facsimile:  312.324.9659

12 *Proposed Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re

WATSONVILLE HOSPITAL CORPORATION, et al.,

Debtors.

CASE NO. 21-51477

Chapter: 11

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Perkins Coie LLP hereby enters its appearance (this "Notice") in the above-captioned chapter 11 case as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") and requests that any and all notices and pleadings given or required to be given in the above-captioned chapter 11 case, and any and all papers served or required to be served in the above-captioned chapter 11 case, be given and served upon the following:

**PERKINS COIE LLP**
Paul S. Jasper
Sara L. Chenetz
Eric E. Walker
Kathleen Allare
PJasper@perkinscoie.com
SChenetz@perkinscoie.com
EWalker@perkinscoie.com
KAllare@perkinscoie.com

**PLEASE TAKE FURTHER NOTICE** that this Notice encompasses all notices, copies and pleadings referred to in section 1109(b) of title 11 of the United States Code and in Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex, or otherwise, which affect or seek to affect the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any prior or later appearance shall be deemed or construed to be a waiver of any substantive or procedural rights of the Committee including, without limitation: (i) the right to have final orders in noncore matters entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related to this case; (iii) the right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which The Committee is or may be entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved. Unless and until The Committee expressly states otherwise, the Committee does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 31, 2021 | **PERKINS COIE LLP** |
| 3 | | By: /s/ Paul S. Jasper |
| 4 | | Paul S. Jasper, Bar No. 200138 |
| 5 | | PJasper@perkinscoie.com<br>Sara L. Chenetz, Bar No. 206936 |
| 6 | | SChenetz@perkinscoie.com<br>PERKINS COIE LLP |
| 7 | | 505 Howard Street, Suite 1000<br>San Francisco, CA 94105 |
| 8 | | Telephone: 415.344.7000<br>Facsimile: 415.344.7050 |
| 9 | | |
| 10 | | Eric E. Walker (*pro hac vice* forthcoming)<br>Illinois Bar No. 6290993 |
| 11 | | EWalker@perkinscoie.com<br>Kathleen Allare (*pro hac vice* forthcoming) |
| 12 | | Illinois Bar No. 6326536<br>KAllare@perkinscoie.com |
| 13 | | PERKINS COIE LLP<br>110 North Wacker Drive, Suite 3400 |
| 14 | | Chicago, IL 60606<br>Telephone: 312.324.8659<br>Facsimile: 312.324.9659 |
| 15 | | |
| 16 | | *Proposed Counsel to the Official Committee of Unsecured Creditors* |