Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Sara L. Chenetz, Bar No. 206936
SChenetz@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Eric E. Walker (*pro hac vice* pending)
EWalker@perkinscoie.com
Kathleen Allare (*pro hac vice* pending)
KAllare@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, IL 60606
Telephone: 312.324.8659
Facsimile: 312.324.9659

Andrew H. Sherman (*pro hac vice* forthcoming)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice* forthcoming)
BMankovetskiy@sillscummis.com
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

Proposed *Co-Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, et al.,<br><br>Debtors. | CASE NO. 21-51477<br><br>Chapter: 11<br><br>JOINT NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

**PLEASE TAKE NOTICE** that Perkins Coie LLP and Sills Cummis & Gross P.C. (together, "Committee Counsel"), hereby enter their appearance (this "Joint Notice," which amends and supersedes the *Notice of Appearance and Request for Notice* filed at docket number 116) in the above-captioned chapter 11 cases as proposed co-counsel to the Official Committee of Unsecured Creditors (the "Committee").

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Committee Counsel request that any and all notices and pleadings given or required to be given in the above-captioned chapter 11 cases, and any and all papers served or required to be served in the above-captioned chapter 11 cases, be given and served upon Committee Counsel at the offices, addresses, telephone numbers, and email addresses set forth below:

**PERKINS COIE LLP**
505 Howard Street, Suite 100
San Francisco, CA 94105
Attn: Paul S. Jasper
      Sara L. Chenetz
Tel: 415-344-7000
Fax: 415-344-7050
PJasper@perkinscoie.com
SChenetz@perkinscoie.com

and

**PERKINS COIE LLP**
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
Attn: Eric E. Walker
      Kathleen Allare
Tel: 312-324-8400
Fax: 312-324-9400
EWalker@perkinscoie.com
KAllare@perkinscoie.com

and

**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102
Attn: Andrew H. Sherman
    Boris I. Mankovetskiy
asherman@sillscummis.com
bmankovetskiy@sillscummis.com

**PLEASE TAKE FURTHER NOTICE** that this Joint Notice and the requests included herein encompasses all notices, copies and pleadings referred to in section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"); Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); the Bankruptcy Local Rules for the Northern District of California, and also includes, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, applications, pleadings, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, telephone, telex, telecopier or otherwise, which affect or seek to affect the above case, all of which shall be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Joint Notice nor any prior or later appearance, pleading, claim, or suit shall constitute or be deemed or construed to be a waiver of any substantive or procedural rights of the Committee including, without limitation: (i) the right to have final orders in noncore matters entered only after *de novo* review by a judge of the United States District Court; (ii) the right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related to this case; (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; (v) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Joint Notice; or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee

is or may be entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: January 4, 2022

By: /s/ Paul S. Jasper

**PERKINS COIE LLP**

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Sara L. Chenetz, Bar No. 206936
SChenetz@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Eric E. Walker (*pro hac vice* pending)
Illinois Bar No. 6290993
EWalker@perkinscoie.com
Kathleen Allare (*pro hac vice* pending)
Illinois Bar No. 6326536
KAllare@perkinscoie.com
110 North Wacker Drive, Suite 3400
Chicago, IL 60606
Telephone: 312.324.8659
Facsimile: 312.324.9659

and

**SILLS CUMMIS & GROSS P.C.**

Andrew H. Sherman (*pro hac vice* forthcoming)
New Jersey Bar No. 2479475
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice* forthcoming)
New Jersey Bar No. 4551511
BMankovetskiy@sillscummis.com
One Riverfront Plaza
Newark, New Jersey 07102
BMankovetskiy@sillscummis.com
Telephone: 973.643.7000
Facsimile: 973.643.6500

Proposed *Co-Counsel to the Official Committee of Unsecured Creditors*