Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Proposed Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF PROPOSED AGENDA FOR HEARING**<br><br>Date: January 7, 2022<br>Time: 2:00 p.m.<br>Place: **Telephonic/Video Appearance Only**<br>Judge: Hon. M. Elaine Hammond |

**PROPOSED AGENDA FOR HEARING ON JANUARY 7, 2022 AT 2:00 p.m.**

**Zoom Video Conference Link:**

https://www.zoomgov.com/j/1601943580?pwd=WTN4ZFhWWnNSUG1PcklaMENPOTBQdz09

Passcode: 227618

By Phone: 669 254 5252 | Webinar ID: 160 194 3580 | Passcode: 227618

**I.      Introduction / Case Update**

- Debra Grassgreen (Pachulski Stang Ziehl & Jones LLP)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

## II. Matters Going Forward

1. **Debtors' Motion Pursuant to 11 U.S.C. § 363(b) and 105(a) for Authority to Employ and Retain Force Ten Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date [Filed 12/05/21] [Docket No. 73].**

   Responses Received:

   A. Objection of the United States Trustee to Debtors' Motion for Order Authorizing the Employment of Chief Restructuring Officer [Filed 12/28/21] [Docket No. 108].

   Related Documents:

   A. Declaration of Jeremy Rosenthal, Chief Restructuring Officer, in Support of Debtors' Motion Pursuant to 11 U.S.C. § 363(b) and 105(a) for Authority to Employ and Retain Force Ten Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date [Filed 12/17/21] [Docket No. 74].

   B. Notice of Hearing on Second Day Motions and Notice of Continuance of Hearing on First Day Motions [Filed 12.17/21] [Docket No. 83].

   C. Certificate of Service [Filed 12/20/21] [Docket No. 90].

   D. Supplemental Certificate of Service [Filed 12/31/21] [Docket No. 119].

   E. Debtors' Reply to the Objection of the United States Trustee to Debtors' Motion for Order Authorizing the Employment of Chief Restructuring Officer [Filed 01/04/22] [Docket No. 133].

   F. Supplemental Declaration of Jeremy Rosenthal in Support of Debtors' Motion Pursuant to 11 U.S.C. § 363(b) and 105(a) for Authority to Employ and Retain Force Ten Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date [Filed 01/04/22] [Docket No. 134].

   G. Response and Statement of the Official Committee of Unsecured Creditors in Support of Retention of Force Ten Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date, and Response to the Objection of the United States Trustee [Filed 01/04/22] [Docket No. 135].

   H. Declaration of David J. Gordon in Support of Debtors Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Employ and Retain Force Ten Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date [Filed 01/04/22] [Docket No. 136].

   I. Statement of Pajaro Valley Healthcare District Project in Support of Debtors Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Employ and Retain Force Ten Partners, LLC to Provide a Chief Restructuring Officer [Filed 01/04/22] [Docket No. 141].

   J. Statement Regarding Debtors Motion Pursuant to 11 U.S.C. §§ 363(a) and 105(b) for Authority to Employ and Retain Force Ten Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date [Filed 01/04/22] [Docket No. 144].

K. Declaration of Larry Portal Regarding Debtors' Motion Pursuant to 11 U.S.C. §§ 363(a) and 105(b) for Authority to Employ and Retain Force Ten Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date [Filed 01/04/22] [Docket No. 145].

L. Certificate of Service [Filed 01/05/22] [Docket No. 147].

Response Deadline: December 31, 2021 at 4:00 p.m. PST. The Response Deadline was extended for the Official Committee of Unsecured Creditors (the "Committee") to January 4, 2022 at 4:00 p.m. PST.

Status: The matter is going forward with respect to the Office of the U.S. Trustee's (the "UST") objection.

2. **Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) to Retain and Employ Cowen and Company, LLC as Investment Banker to the Debtors Effective as of the Petition Date [Filed 12/17/21] [Docket No. 77].**

Responses Received:

A. Objection and Reservation of Rights of the U.S. Trustee to Debtors' Application to Retain Cowen and Company, LLC as their Investment Banker [Filed 12/30/21] [Docket No. 113].

B. Informal comments received from the Committee.

Related Documents:

A. Declaration of Lorie Beers in Support of Debtors Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) to Retain and Employ Cowen and Company, LLC as Investment Banker to the Debtors Effective as of the Petition Date [Filed 12/17/21] [Docket No. 78].

B. Notice of Hearing on Second Day Motions and Notice of Continuance of Hearing on First Day Motions [Filed 12/17/21] [Docket No. 83].

C. Certificate of Service [Filed 12/17/21] [Docket No. 90].

D. Supplemental Certificate of Service [Filed 12/31/21] [Docket No. 119].

E. Supplemental Declaration of Jeremy Rosenthal in Support of the Debtors' Second Day Relief [Filed 01/03/22] [Docket No. 126].

F. Debtors' Reply to the Objection and Reservation of Rights of the U.S. Trustee to Debtors' Application to Retain Cowen and Company, LLC as their Investment Banker [Filed 01/04/22] [Docket No. 138].

G. Supplemental Declaration of Lorie Beers in Support of the Debtors' Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) to Retain and Employ Cowen and Company, LLC as Investment Banker to the Debtors Effective as of the Petition Date [Filed 01/04/22] [Docket No. 139].

H. Certificate of Service [filed 01/05/22] [Docket No. 147].

Response Deadline: December 31, 2021 at 4:00 p.m. PST. The Response Deadline was extended for the Committee to January 4, 2022 at 4:00 p.m. PST.

**Status**: The matter is going forward with respect to the UST's objection.

3. **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, and Other Compensation, and (B) Pay and Honor Benefits and Other Workforce Obligations; (II) Authorizing and Directing the Applicable Bank to Pay All Checks and Electronic Payment Requests Made by the Debtors Relating to the Foregoing; and (III) Granting Related Relief [Filed 12/05/21] [Docket No. 11].**

   Responses Received:

   A. Informal comments received from the UST, the Committee, and the California Nurses Association (the "CNA").

   Related Documents:

   A. [Signed] Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, and Other Compensation, and (B) Pay and Honor Benefits and Other Workforce Obligations; (II) Authorizing and Directing the Applicable Bank to Pay All Checks and Electronic Payment Requests Made by the Debtors Relating to the Foregoing; and (III) Granting Related Relief [Filed 12/08/21] [Docket No. 50].

   B. Notice of Hearing on Second Day Motions and Notice of Continuance of Hearing on First Day Motions [Filed 12/17/21] [Docket No. 83].

   C. Certificate of Service [Filed 12/17/21] [Docket No. 90].

   D. Supplemental Certificate of Service [Filed 12/31/21] [Docket No. 119].

   E. Supplemental Declaration of Jeremy Rosenthal in Support of the Debtors' Second Day Relief [Filed 01/03/22] [Docket No. 126].

   F. Notice of Filing Revised Proposed Final Compensation and Benefits Order [Filed 01/05/22] [Docket No. 158].

   G. Corrected Notice of Filing Revised Proposed Final Compensation and Benefits Order [Filed 01/05/22] [Docket No. 160].

   Response Deadline: December 31, 2021 at 4:00 p.m. PST. The Response Deadline was extended for the Committee and for the CNA to January 4, 2022 at 4:00 p.m. PST.

   **Status**: The matter is going forward.

### III. Uncontested Matters Under Certification of Counsel

4. **Debtors' Motion Pursuant to 11 U.S.C. §§ 366 and 105(a) Requesting Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures Providing Adequate Assurance and Resolving Objections of Utility Providers, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service [Filed 12/05/21] [Docket No. 12].**

   Responses Received:

   A. Informal comments received from the Committee.

Related Documents:

A. [Signed] Interim Order Pursuant to 11 U.S.C. §§ 366 and 105(a) Requesting Entry of An Orders (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures Providing Adequate Assurance and Resolving Objections of Utility Providers, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service [Filed 12/08/21] [Docket No. 51].

B. Notice of Hearing on Second Day Motions and Notice of Continuance of Hearing on First Day Motions [Filed 12/31/21] [Docket No. 83].

C. Certificate of Service [Filed 12/31/21] [Docket No. 90].

D. Certification of Counsel Regarding Utility Motion [Filed 01/05/21] [Docket No. 149].

Response Deadline: December 31, 2021 at 4:00 p.m. PST. The Response Deadline was extended for the Committee to January 4, 2022 at 4:00 p.m. PST.

Status: On January 5, 2022, the Debtors filed a certification of counsel regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

**5. Debtors' Motion for Interim and Final Orders Authorizing the Debtors to (I) Continue Existing Insurance Coverage and Satisfy Obligations Related Thereto in the Ordinary Course of Business; and (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies [Filed 12/05/21] [Docket No. 13].**

Responses Received:

A. Informal responses were received from the Committee and the DIP Lender.

Related Documents:

A. [Signed] Interim Order Authorizing the Debtors to (I) Continue Existing Insurance Coverage and Satisfy Obligations Related Thereto in the Ordinary Course of Business; and (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies [Filed 12/08/21] [Docket No. 52].

B. Notice of Hearing on Second Day Motions and Notice of Continuance of Hearing on First Day Motions [Filed 12/17/21] [Docket No. 83].

C. Certificate of Service [Filed 12/17/21] [Docket No. 90].

D. Certification of Counsel Regarding Insurance Motion [Filed 01/05/22] Docket No. 152].

Response Deadline: December 31, 2021 at 4:00 p.m. PST. The Response Deadline was extended for the Committee to January 4, 2022 at 4:00 p.m. PST.

Status: On January 5, 2022, the Debtors filed a certification of counsel regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

6. **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Granting Limited Waiver of Section 345(b) Deposit and Investment Requirements; and (IV) Granting Related Relief [Filed 12/05/21] [Docket No. 14].**

    Responses Received:

    A. Informal responses were received from the UST and the Committee.

    Related Documents:

    A. Interim Order (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Granting Limited Waiver of Section 345(b) Deposit Requirements; and (IV) Granting Related Relief [Filed 12/08/21] Docket No. 53].

    B. Notice of Hearing on Second Day Motions and Notice of Continuance of Hearing on First Day Motions [Filed 12/17/21] [Docket No. 83].

    C. Certificate of Service [Filed 12/17/21] [Docket No. 90].

    D. Supplemental Declaration of Jeremy Rosenthal in Support of the Debtors' Second Day Relief [Filed 01/03/22] [Docket No. 126].

    E. Certification of Counsel Regarding Cash Management Motion [Filed 01/05/22] [Docket No. 154].

    Response Deadline: December 31, 2021 at 4:00 p.m. PST. The Response Deadline was extended for the Committee to January 4, 2022 at 4:00 p.m. PST.

    **Status**: On January 5, 2022, the Debtors filed a certification of counsel regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

7. **Debtors' Motion for Order (I) Establishing Deadlines for Filing Proofs of Claim, Including Section 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice of Bar Date [Filed 12/17/21] [Docket No. 79].**

    Responses Received:

    A. Informal responses were received from the UST and the Committee.

    Related Documents:

    A. Declaration of Jeremy Rosenthal in Support of the Debtors' Second Day Relief [Filed 12/17/21] [Docket No. 82]

    B. Notice of Hearing on Second Day Motions and Notice of Continuance of Hearing on First Day Motions [Filed 12/17/21] [Docket No. 83].

    C. Certificate of Service [Filed 12/17/21] [Docket No. 90].

    D. Supplemental Certificate of Service [Filed 12/31/21 [Docket No. 119].

    E. Certification of Counsel Regarding Claims Bar Date Motion [Filed 01/05/22] [Docket No. 153].

Response Deadline: December 31, 2021 at 4:00 p.m. PST. The Response Deadline was extended for the UST and the Committee to January 4, 2022 at 4:00 p.m. PST.

**Status**: On January 5, 2022, the Debtors filed a certification of counsel regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

8. **Debtors' Motion for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Filed 12/17/21] [Docket No. 80].**

    Responses Received:

    A. Informal responses received from the UST and the Committee.

    Related Documents:

    A. Declaration of Jeremy Rosenthal in Support of the Debtors' Second Day Relief [Filed 12/17/21] [Docket No. 82]

    B. Notice of Hearing on Second Day Motions and Notice of Continuance of Hearing on First Day Motions [Filed 12/17/21] [Docket No. 83].

    C. Certificate of Service [Filed 12/17/21] [Docket No. 90].

    D. Supplemental Certificate of Service [Filed 12/31/21 [Docket No. 119].

    E. Certification of Counsel Regarding Interim Compensation Procedures Motion [Filed 01/05/22] [Docket No. 151].

    Response Deadline: December 31, 2021 at 4:00 p.m. PST. The Response Deadline was extended for the Committee to January 4, 2022 at 4:00 p.m. PST.

    **Status**: On January 5, 2022, the Debtors filed a certification of counsel regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

9. **Debtors' Motion for Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business [Filed 12/17/21] [Docket No. 81].**

    Responses Received:

    A. Informal responses received from the Committee.

    Related Documents:

    A. Declaration of Jeremy Rosenthal in Support of the Debtors' Second Day Relief [Filed 12/17/21] [Docket No. 82]

    B. Notice of Hearing on Second Day Motions and Notice of Continuance of Hearing on First Day Motions [Docket No. 83].

    C. Certificate of Service [Docket No. 90].

    D. Supplemental Certificate of Service [Filed 12/31/21 [Docket No. 119].

E. Certification of Counsel Regarding Ordinary Course Professionals Motion [Filed 01/05/22] [Docket No. 150].

<u>Response Deadline</u>: December 31, 2021 at 4:00 p.m. PST. The Response Deadline was extended for the Committee to January 4, 2022 at 4:00 p.m. PST.

**Status**: On January 5, 2022, the Debtors filed a certification of counsel regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions or concerns.

Dated: December 6, 2021
PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
Debra I. Grassgreen
Maxim B. Litvak
Steven W. Golden

Proposed Attorneys for Debtors and Debtors in Possession