# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 1/6/2022 |
| Case: 21–51477 | Form ID: pdfeoc | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

15354372   AT&T   PO Box 5014   Carol Stream IL 60197–5014
           AT&T Mobility   Attn: Legal Dept.   208 S. Akard St   Dallas, TX 75202
           Charter Communications   Attn: Legal Dept.   400 Atlantic St.   Stamford, CT 6901
           City of Watsonville Utilities   Attn: Legal Dept   PO Box 149   Watsonville, CA 95077–0149
           Constellation New Energy   c/o Gas Division LLC   PO Box 5473   Carol Stream, IL 60197–5473
           Pacific Gas & Electric   Attn: Legal Dept   Box 997300   Sacramento, CA 95899–7300
           Stericycle Inc   Attn: Legal Dept   PO Box 6578   Carol Stream, IL 60197–6578
           Verizon Business   Attn: Legal Dept   PO Box 15043   Albany, NY 12212–5043

TOTAL: 8