1　Rob Bonta
　　Attorney General of California
2　Charles J. Antonen
　　Supervising Deputy Attorney General
3　Anjana N. Gunn
　　Deputy Attorney General
4　State Bar No. 251200
　　　455 Golden Gate Avenue, Suite 11000
5　　San Francisco, CA  94102-7004
　　　Telephone: (415) 510-3563
6　　Fax: (415) 703-5480
　　　E-mail:  Anjana.Gunn@doj.ca.gov
7　*Attorneys for California Department of Public
　　Health*

8

　　　　　　IN THE UNITED STATES BANKRUPTCY COURT
9
　　　　　　FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
　　　　　　　　　　　　SAN JOSE DIVISION
11

12

13　**In re:**

14　**WATSONVILLE HOSPITAL CORPORATION, et al. ,**

15

16　　　　　　　　　　　　　　　　Debtors.

17

Chapter 11

CASE NO. 21-51477

**THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

18

19　**THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH'S NOTICE OF
　　　　APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

20

21　　　***PLEASE TAKE NOTICE*** that the attorney set forth below hereby appears as counsel for

22　the California Department of Public Health (CDPH) pursuant to Rule 9010 of the Federal Rules

　　of Bankruptcy Procedure (the "Bankruptcy Rule").

23
　　　　　　　　　　Anjana N. Gunn, Deputy Attorney General
24　　　　　　　　　Office of the Attorney General
　　　　　　　　　　455 Golden Gate Avenue, Suite 11000
25　　　　　　　　　San Francisco, CA  94102
　　　　　　　　　　(415) 510-3563
26　　　　　　　　　Anjana.Gunn@doj.ca.gov

27
　　　　CDPH respectfully requests that it be served with copies of all notices and other
28

1

1 documents issued by the Clerk of the Court, and all other pleadings and notices to parties in

2 interest filed by Debtor, the Trustee, or any other interested parties in this case, including

3 disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 9010, and

4 any other Bankruptcy Rules or local rules governing notice.

5

6 Dated: January 7, 2022                      Respectfully submitted,

7                                             ROB BONTA
                                             Attorney General of California
                                             CHARLES J. ANTONEN
8                                             Supervising Deputy Attorney General

9

10

11                                           ANJANA N. GUNN
                                             Deputy Attorney General
12                                           *Attorneys for California Department of
                                             Public Health*

13 SF2022400047

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CA Dept of Public Health's Notice of Appearance & Request for Service of Papers 21-51477