BRUCE A. HARLAND, Bar No. 230477
MANUEL A. BOÍGUES, Bar No. 248990
MICHAELA F. POSNER, Bar No. 339648
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bankruptcycourtnotices@unioncounsel.net
          bharland@unioncounsel.net
          mboigues@unioncounsel.net
          mposner@unioncounsel.net

Attorneys for Creditor
SEIU United Healthcare Workers-West

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| In Re<br><br>WATSONVILLE HOSPITAL CORPORATION, et al. ,<br><br>            Debtors. | Case No. 21-51477<br><br>**CHAPTER 11**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST** |

PLEASE TAKE NOTICE that the undersigned attorney enter their notice of appearance in the above-entitled case on behalf of creditor Service Employees International Union, United Healthcare Workers – West ("SEIU-UHW") and give this notice of appearance and request of all matters that must be noticed to creditors, the Trustee, the Debtors, or other parties in interest, and further request notice of Limited Notice Proceedings. For purposes of notice and service, the following address shall be used:

1

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
AND INCLUSION ON MAILING LIST
Case No. 21-51477

SEIU United Healthcare Workers – West
c/o MICHAELA F. POSNER
WEINBERG ROGER & ROSENFELD
1375 55th Street
Emeryville, CA 94608
Telephone: (510) 337-1001
Fax: (510) 337-1023
Email: bankruptcycourtnotices@unioncounsel.net
mposner@unioncounsel.net

This request includes the type of notice referred to in Bankruptcy Rules 2002(i) and 3017(a), 4001, 9007 and Section 1109 of the Bankruptcy Code, and also includes without limitation, all schedules, notices of any orders, applications, complaints, answers, demands, replies, hearings, motions, petitions, pleadings, disclosure statements, plans, requests, memoranda or briefs in support of any of the foregoing, and any other documents brought before the court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile transmission or otherwise.

Dated: January 10, 2022

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *MICHAELA F. POSNER*
MICHAELA F. POSNER

Attorneys for Creditor
SEIU United Healthcare Workers-West

152966\1234304

2
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
AND INCLUSION ON MAILING LIST