Emily E. Manbeck, Attorney (Bar No. VA 93651)
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 229-6607
Fax: (202) 326-4112
Emails: manbeck.emily@pbgc.gov and
efile@pbgc.gov

Attorney for Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In Re:

WATSONVILLE HOSPITAL CORPORATION,

Debtor.

CASE NO: 21-51477

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE**
**BY THE PENSION BENEFIT GUARANTYCORPORATION**

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), a wholly-owned United States Government Corporation under 29 U.S.C. § 1302, an agency of the United States Government under 28 U.S.C. § 451 and 11 U.S.C. § 101(27), and a creditor under 11 U.S.C. § 101(10) in the above-captioned cases, hereby files this Notice of Appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Civil L.R. 11-2, and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned cases and debtors be given to and served upon PBGC at the two e-mail addresses listed below.

This request includes, *inter alia*, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in these cases, whether formal or informal, *ex parte* or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone or facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of these cases, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after *de novo* review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

DATED: January 12, 2022  
Washington, D.C.

Respectfully submitted,

/s/ Emily E. Manbeck  
Emily E. Manbeck (Bar No. VA 93651)  
Attorney  
Pension Benefit Guaranty Corporation  
Office of the General Counsel  
1200 K Street, N.W.  
Washington, D.C. 20005-4026  
Phone: (202) 229-6607  
Fax: (202) 326-4138  
Emails: manbeck.emily@pbgc.gov and efile@pbgc.gov

This is to certify that a copy of the Pension Benefit Guaranty Corporation's Notice of Appearance and Request for Electronic Notice was served on January 12, 2022 to the parties listed below:

***Debtors' Counsel via CM/ECF***
Steven W. Golden
Pachulaski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19801

Debra I. Grassgreen
Maxim B. Litvak
Pachulaski Stang Ziehl & Jones LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020

Henry C. Kevane
Pachulaski Stang Ziehl & Jones LLP
150 California St., 15th Floor
San Francisco, CA 94111-4500

Benjamin L. Wallen
Pachulaski Stang Ziehl & Jones LLP
440 Louisiana St., Suite 900
Houston, TX 70002

***Counsels for U.S. Trustee via CM/ECF***
Jason Blumberg
Office of the United States Trustee
501 I St., #7-500
Sacramento, CA 95814

Elvina Rofael
Office of the United States Trustee
4050 Golden Gate Avenue
5th Floor, Suite #05-0153
San Francisco, CA 94102

***Counsels for Creditor Committee via CM/ECF***
Kathleen Allare
Eric E. Walker
Perkins Coie LLP
110 N. Wacker Drive
Suite 3400
Chicago, IL 60606

– 3 –
Notice of Appearance and Request for Electronic Notice
Petition No: 21-51477

Case: 21-51477    Doc# 195    Filed: 01/12/22    Entered: 01/12/22 12:17:00    Page 3 of 4

| | |
|---|---|
| 1 | Sara L. Chentz |
| | Paul S. Jasper |
| 2 | Perkins Coie LLP |
| | 505 Howard Street |
| 3 | Suite 1000 |
| | San Francisco, CA 94105 |
| 4 | |
| | Boris Mankovetskiy |
| 5 | Andrew H. Sherman |
| | Sills Cummis & Gross |
| 6 | One Riverfront Plaza |
| | Newark, NJ 07102 |
| 7 | |
| 8 | |
| 9 | /s/ Emily E. Manbeck |
| | Emily E. Manbeck |

– 4 –
Notice of Appearance and Request for Electronic Notice
Petition No: 21-51477