ANTHONY J. NAPOLITANO (SBN: 227691)
anapolitano@buchalter.com
BUCHALTER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400

Attorneys for Creditor
U.S. Acute Care Solutions and VEP Ventures

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re

WATSONVILLE HOSPITAL CORPORATION,

Debtor.

Case No. 21-51477

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that under Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Buchalter, a Professional Corporation ("Buchalter"), through the undersigned counsel hereby appears as counsel of record for U.S. Acute Care Solutions and VEP Ventures, creditors of Watsonville Hospital Corporation (collectively, the "Debtor") in the above-captioned bankruptcy proceeding.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that copies of all notices required to be served under Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Northern District of California, or otherwise be sent either through the CM/ECF system or via mail to the following address:

> Buchalter, a Professional Corporation
> Attn: Anthony J. Napolitano
> 1000 Wilshire Blvd., Suite 1500
> Los Angeles, California 90017
> Telephone: (213) 891-0700/Fax: (213) 896-0400
> E-Mail: anapolitano@buchalter.com

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

BN 48851003v1

**PLEASE TAKE FURTHER NOTICE** that this request includes the types of notice referred to in Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, and includes, without limitation, all schedules, requests, notices, motions, complaints, or other pleadings. This request encompasses all communications brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that U.S. Acute Care Solutions and VEP Ventures additionally requests that the Debtor and the Clerk of the Court place the undersigned counsel and its address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

DATED: January 12, 2022  BUCHALTER, a Professional Corporation

By: /s/ Anthony J. Napolitano
      ANTHONY J. NAPOLITANO

Attorneys for Creditor
U.S. Acute Care Solutions and VEP Ventures

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE

BN 48851003v1