```
 1  HANSON BRIDGETT LLP
    ANTHONY J. DUTRA, SBN 277706
 2  adutra@hansonbridgett.com
    425 Market Street, 26th Floor
 3  San Francisco, California 94105
    Telephone:  (415) 777-3200
 4  Facsimile:  (415) 541-9366

 5  *Attorneys for Creditor Picis Clinical
    Solutions, Inc.*
 6
 7
```

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| In re | Case No. 21-51477 |
|---|---|
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Hanson Bridget LLP ("**Hanson**"), through the undersigned counsel, hereby appears as counsel of record for Picis Clinical Solutions, Inc. ("**Picis**") in the above-captioned case (the "**Chapter 11 Case**").

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that copies of all notices required to be served under the Bankruptcy Rules, the Bankruptcy Local Rules for the Northern District of California ("**Bankruptcy Local Rules**"), or otherwise be sent either through the CM/ECF system or via mail to the following address:

> Hanson Bridgett LLP
> Attn: Anthony J. Dutra
> 425 Market Street, 26th Floor
> San Francisco, CA 94105
> Telephone:  (415) 777-3200
> Facsimile:  (415) 541-9366
> Email:       adutra@hansonbridgett.com

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Case: 21-51477    Doc# 202    Filed: 01/14/22    Entered: 01/14/22 17:45:56    Page 1 of 2

18212266.1

**PLEASE TAKE FURTHER NOTICE** that this request includes the types of notice referred to in Bankruptcy Rules 2002, 3017, and 9007 and Bankruptcy Local Rules 2002-1 and 3017-1, and includes, without limitation, all schedules, requests, notices, motions, applications, complaints, demands, petitions, pleadings, or other requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, email, telephone, facsimile, or otherwise filed or made with regard to the Chapter 11 Case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that Picis additionally requests that the Debtor and the Clerk of the Court place the undersigned counsel and its address on any mailing matrix or list of creditors to be prepared or existing in the Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit shall be deemed to waive (i) Picis's right to have final orders in non-core and core matters, in which the above-referenced court does not have final adjudicatory authority, entered only after *de novo* review by a district court judge, (ii) Picis's right to trial by jury in any proceeding so triable in the Chapter 11 Case or any case, controversy, or proceeding related to the Chapter 11 Case, (iii) Picis's right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses including defenses to jurisdiction, setoffs, or recoupments to which Picis may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Picis expressly reserves.

DATED: January 14, 2022                HANSON BRIDGETT LLP

By: /s/ Anthony J. Dutra
ANTHONY J. DUTRA
*Attorneys for Creditor Picis Clinical Solutions, Inc.*

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE