MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
JASON BLUMBERG (SBN 330150)
Trial Attorney
ELVINA ROFAEL (SBN 333919)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email: Jason.Blumberg@usdoj.gov
Email: Elvina.Rofael@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re | Case No. 21-51477 MEH |
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 |
| Debtors.[1] | |

**NOTICE OF APPOINTMENT OF**
**PATIENT CARE OMBUDSMAN (11 U.S.C. § 333(a))**

Pursuant to Federal Rule of Bankruptcy Procedure 2007.2(c) and this Court's Order directing this appointment entered on January 5, 2021, the United States Trustee hereby appoints **Tamar Terzian** as the patient care ombudsman for the following cases: (a) *In re Watsonville Hospital Corporation*, Case No. 21-51477-MEH; and (b) *In re Watsonville Healthcare Management, LLC*, Case No. 21-51478-MEH. **Tamar Terzian's** contact information is:

Tamar Terzian                    Telephone: (626) 826-1271
1122 E. Green Street         Email: tamar@terzlaw.com
Pasadena, CA 91106

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

Section 333 of the Bankruptcy Code provides that **Tamar Terzian**, as the Patient Care Ombudsman, shall:

    1. Monitor the quality of patient care provided to patients of the Debtors, to the extent necessary under the circumstances, including, to the extent necessary, interviewing patients, physicians, and other appropriate interested parties;

    2. In the event that the Patient Care Ombudsman determines that the quality of patient care provided to patients of the Debtors are declining significantly or are otherwise being materially compromised, file with the Court a motion or a written report with notice to the parties in interest immediately upon making such determination; and

    3. As required by Section 333(b)(2), not later than 60 days after the date of appointment, and not less frequently than at 60-day intervals thereafter, report to the Court after notice to the parties in interest, at a hearing or in writing, regarding the quality of patient care provided to patients of the Debtors.

Attached hereto as Exhibit "1" is the verified statement of connections of Patient Care Ombudsman **Tamar Terzian**.

Dated: January 14, 2022

                                                            Respectfully submitted,

                                                            Marta E. Villacorta
                                                            Assistant United States Trustee

                                                            By: /s/ Marta E. Villacorta
                                                           Marta E. Villacorta
                                                           Assistant United States Trustee