| | |
|---|---|
| Paul S. Jasper, Bar No. 200138<br>PJasper@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Telephone: 415.344.7000<br>Facsimile: 415.344.7050<br><br>Eric E. Walker (*pro hac vice*)<br>Illinois Bar No. 6290993<br>EWalker@perkinscoie.com<br>Kathleen Allare (*pro hac vice*)<br>Illinois Bar No. 6326536<br>KAllare@perkinscoie.com<br>PERKINS COIE LLP<br>110 North Wacker Drive, Suite 3400<br>Chicago, IL 60606<br>Telephone: 312.324.8659<br>Facsimile: 312.324.9659 | Andrew H. Sherman (*pro hac vice*)<br>ASherman@sillscummis.com<br>Boris I. Mankovetskiy (*pro hac vice*)<br>BMankovetskiy@sillscummis.com<br>SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: 973.643.7000<br>Facsimile: 973.643.6500 |

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, et al.,[1]<br><br>Debtors. | CASE NO. 21-51477<br><br>Chapter: 11<br><br>**RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE; (II) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL; (III) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

**EXPENSE CLAIMS; (IV) GRANTING ADEQUATE PROTECTION; (V) MODIFYING THE AUTOMATIC STAY; (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtors and debtors-in-possession (the "Debtors") hereby files this reservation of rights (the "Reservation") with respect to the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 10] (the "DIP Motion").

## RESERVATION OF RIGHTS

The Committee, the Debtors, and MPT of Watsonville Lender, LLC ("MPT"), the Debtors' proposed postpetition lender, have been working cooperatively to resolve the Committee's concerns and objections regarding the DIP Motion and proposed postpetition financing facility. Based upon the parties' discussions, the Committee believes the parties have resolved or are close to resolving the Committee's objections pending the finalization of applicable terms and documents, including a form of proposed final order granting the DIP Motion. The Committee will continue to work in good faith with the Debtors and MPT to finalize the applicable terms and forms in advance of the hearing to consider final approval of the DIP Motion (the "Hearing").

The Committee files this Reservation in an abundance of caution while the parties continue their efforts, and reserves and preserves all rights, issues, arguments, and objections with respect to the DIP Motion and any proposed final order granting the DIP Motion, including, but not limited to, the right to (i) file written objections regarding any open issues or unresolved objections in advance of the Hearing and (ii) raise any applicable issues, arguments, and objections at the Hearing.

DATED: January 16, 2022         **PERKINS COIE LLP**

By: */s/ Paul S. Jasper*

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Eric E. Walker (*pro hac vice*)
Illinois Bar No. 6290993
EWalker@perkinscoie.com
Kathleen Allare (*pro hac vice*)
Illinois Bar No. 6326536
KAllare@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, IL 60606
Telephone: 312.324.8659
Facsimile: 312.324.9659

Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*