oDebra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF PROPOSED AGENDA FOR HEARING**<br><br>Date: January 19, 2022<br>Time: 10:00 a.m.<br>Place: **Telephonic/Video Appearance Only**<br>Judge: Hon. M. Elaine Hammond |

**PROPOSED AGENDA FOR HEARING ON JANUARY 19, 2022 AT 10:00 a.m.**

**Zoom Video Conference Link:**

**https://www.zoomgov.com/j/1612141448?pwd=M1FtcjNiNXI1dXNid0JURkJEcXJ3dz09**

Passcode: 260243

By Phone: 669 254 5252 | Webinar ID: 161 214 1448 | Passcode: 260243

**I.   Matters Going Forward**

    **1.   Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral; (III)**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

**Granting Liens and Superpriority Administrative Expense Claims; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing, and (vii) Granting Related Relief** [Filed 12/05/21] [Docket No. 10].

Responses Received:

A. United States Trustee's Omnibus Objection to Debtors' First Day Motions [Filed 12/06/21] [Docket No. 34].

B. Objection of the United States Trustee to Final Approval of Debtors' Motion for Debtor in Possession Financing [Filed 12/29/21] [Docket No. 111].

Related Documents:

C. Declaration of Jeremy Rosenthal, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [Filed 12/05/21][Docket. No. 17].

D. [Signed] Interim Order (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing, and (vii) Granting Related Relief [Filed 12/08/21] [Docket No. 54].

E. Certificate of Service re: First Day Orders [Filed 12/09/21] [Docket No. 58].

F. Notice of Hearing on Second Day Motions and Notice of Continuance of Hearing on First Day Motions [Filed 12/17/21] [Docket No. 83].

G. Notice of Continued Hearing [Filed 12/30/21] [Docket No. 114]

H. Supplemental Certificate of Service [Filed 12/31/21] [Docket No. 119].

I. Supplemental Declaration of Jeremy Rosenthal in Support of the Debtors' Second Day Relief [Filed 01/03/22] [Docket No. 126].

J. Notice of Continued Hearing [Filed 01/05/22] [Docket No. 159].

K. Statement of Reservation of Rights of the Official Committee of Unsecured Creditors [Filed 01/16/22] [Docket No.206].

L. Debtors' Reply in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 01/17/22] [Docket No.207].

M. DIP Lender's Reply in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 01/17/22] [Docket No.210].

Response Deadline:  December 31, 2021 at 4:00 p.m. PST.  The Response Deadline was extended for the Committee to January 14, 2021 at 4:00 p.m. PST.

**Status**:  The matter is going forward.

Dated: January 18, 2022         PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Maxim B. Litvak*
    Debra I. Grassgreen
    Maxim B. Litvak
    Steven W. Golden

    Attorneys for Debtors and Debtors in Possession