1    Debra I. Grassgreen (CA Bar No. 169978)
     Maxim B. Litvak (CA Bar No. 215852)
2    Steven W. Golden (admitted *pro hac vice*)
     PACHULSKI STANG ZIEHL & JONES LLP
3    One Market Plaza, Spear Tower, 40th Floor
     San Francisco, CA  94105-1020
4    Telephone:    415.263.7000
     Facsimile:    415.263.7010
5    E-mail:        dgrassgreen@pszjlaw.com
                    mlitvak@pszjlaw.com
6                   sgolden@pszjlaw.com

7    Attorneys for Debtors and Debtors in Possession

8                   **UNITED STATES BANKRUPTCY COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN JOSE DIVISION**

11   In re:                                    Case No. 21-51477 (MEH)

12   WATSONVILLE HOSPITAL                       Chapter 11
     CORPORATION, *et al.*,
13                                              **GLOBAL NOTES AND STATEMENT OF**
                              Debtors.[1]       **LIMITATIONS, METHODOLOGY, AND**
14                                              **DISCLAIMERS REGARDING THE**
                                                **DEBTORS' SCHEDULES OF ASSETS**
15                                              **AND LIABILITIES AND STATEMENTS**
                                                **OF FINANCIAL AFFAIRS**
16

17          Watsonville Hospital Corporation, and certain of its affiliates, as debtors and debtors in
18   possession in the above-captioned chapter 11 cases (the "Debtors"), have filed their respective
     Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the
19   "Statements") in the United States Bankruptcy Court for the Northern District of California, San Jose
     Division (the "Bankruptcy Court").  The Debtors, with the assistance of their Chief Restructuring
20   Officer ("CRO"), prepared the Schedules and Statements in accordance with section 521 of chapter
     11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules
21   of Bankruptcy Procedure.

22          Jeremy Rosenthal has signed each set of the Schedules and Statements.  Mr. Rosenthal serves
     as the CRO of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Rosenthal
23   has necessarily relied upon the efforts, statements, and representations of the Debtors' personnel and
     professionals. Given the scale of the Debtors' business and complexity of the Debtors' financial affairs
24   covered by the Schedules and Statements, Mr. Rosenthal has not (and could not have) personally
     verified the accuracy of each such statement and representation, including statements and
25   representations concerning amounts owed to creditors.

26
27   _____
     [1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number,
     are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville
28   Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson
     Street, Watsonville, CA 95076.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation.  In particular, the Debtors note that they have limited ability to access and assess information related to Watsonville Hospital Corporation ("WHC") and Watsonville Hospital Management, LLC ("WHM") prior to the Quorum Acquisition.[2]  Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements.  As a result, inadvertent errors or omissions may exist.  For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors and their CRO, agents, and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their CRO, agents, and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.  In no event shall the Debtors or their officers, employees, agents, or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their officers, employees, agents, attorneys, or their professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Cases**.  On December 5, 2021, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On December 6, 2021, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 24].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **Global Notes Control**.  These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict these Global Notes, these Global Notes shall control.

3. **Confidentiality**.  Specific disclosure of certain claims, names, addresses, or amounts may be subject to certain disclosure restrictions contained in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), or otherwise, and in any event, are of a particularly personal and private nature.  To the extent the Debtors believe a claim, name, address, or amount falls under the purview of HIPAA, such claims, name, address, or amount (as

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Declaration of Jeremy Rosenthal, Chief Restructuring Officer, in Support of Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 17] (the "First Day Declaration").

2

applicable) is not included in these Schedules and Statements, or is included in these Schedules and Statements in a redacted form.

4. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

a. **No Admission**. Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b. **Recharacterization**. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c. **Classifications**. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

d. **Claims Description**. Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

3

e. **Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

f. **Intellectual Property Rights**. Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

g. **Insiders**. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

h. **Unknown Addresses**. The Debtors have made and continue to make their best efforts to collect all addresses for all parties in interest; not all addresses for parties on these Schedules and Statements have been obtained. The Debtors continue to pursue complete notice information and will provide updated information as reasonably practicable.

5. **Methodology**.

a. **Basis of Presentation**. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis except as noted on the applicable Schedules/Statements or herein.

b. **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

c.  **Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect estimates of net book values as of the Petition Date.  Market values may vary materially, from net book values.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain the current market values of all their property.  Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined.  Amounts ultimately realized may vary materially from net book value (or whatever value was ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement or adjust the asset values set forth herein.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.

d.  **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statements.  Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

e.  **Allocation of Liabilities**.  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

f.  **Undetermined Amounts**.  The description of an amount as "unknown" is not intended to reflect upon the materiality of such amount.

g.  **Unliquidated Amounts**.  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

h.  **Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

i.  **Intercompany Claims**.  Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.  These claims are subject reconciliation and the amounts listed may be materially misstated and subject to material adjustment upon the conclusion of a reconciliation. Intercompany claims are scheduled as the net amount owed between the two Debtors after taking into account each Debtors' books and records.

5

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

j.    **Guarantees and Other Secondary Liability Claims**.  The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees have been identified, they have been included in the relevant Schedule G with respect to leases and Schedule H with respect to credit agreements for the affected Debtor or Debtors.  The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights to amend the Schedules and Statements if additional guarantees are identified.

k.    **Excluded Assets and Liabilities**.  The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred rent charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; and certain accrued liabilities including, but not limited to, employee benefits.  Other immaterial assets and liabilities may also have been excluded.

l.    **Liens**.  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

m.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

n.    **Setoffs**.  The Debtors incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, deposits received from customer, and amounts due from customers that may also be vendors.  These normal, ordinary course setoffs and nettings are due to the nature of the Debtors customer and supplier relationships.  Such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

o.    **Cash Management System**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Granting Limited Waiver of Section 345(b) Deposit Requirements; and (IV) Granting Related Relief* [Docket No. 14] (the "Cash Management Motion") and any orders of the Bankruptcy Court granting the Cash Management Motion.

As described in the Cash Management Motion, Debtor WHM serves as a management services organization for non-Debtor Coastal Health Partners, P.C. ("CHP").  In that capacity, and pursuant to the CHP Management Agreement (as defined in the Cash Management Motion), CHP's revenues are swept into the Debtors' bank accounts and

WHM remits all of CHP's salary and expense payments out of the Debtors' bank accounts on CHP's behalf and primarily using CHP's property.

6. **Specific Schedules Disclosures**.

a. **Schedule A/B; Part 2**. The Bankruptcy Court, pursuant to the *Final Order Pursuant to 11 U.S.C. §§ 366 and 105(a): (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures Providing Adequate Assurance and Resolving Objections of Utility Providers, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service* [Docket No. 165], has authorized the Debtors to provide adequate assurance of payment for future utility services. Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

b. **Schedule A/B; Part 2; #8.** Amounts are as reflected in the Debtors' books and records as of November 30, 2021.

c. **Schedule A/B; Part 4; #15.** Ownership interests in subsidiaries have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

d. **Schedule A/B; Part 5; #22.** Amounts are as reflected in the Debtors' books and records as of November 30, 2021.

e. **Schedule A/B; Part 7.** Dollar amounts are presented net of accumulated depreciation and other adjustments.

f. **Schedule A/B; Part 11.** Dollar amounts are presented net of impairments and other adjustments.

g. **Schedule A/B; Part 11; #74, 75.** The Debtors continue to investigate all claims and causes of action and reserve all rights with respect thereto. Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claim or cause of action. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' bankruptcy cases, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.

h. **Schedule A/B; Part 11; #75.** In the ordinary course of business, the Debtors routinely request reversals of, or changes to, various Medicare and Medi-Cal policies that impact payment, such as hospital "disproportionate share" payment calculations. These so-called "appeals" may be made by individual Debtor hospitals alone or, more likely, as part of a national group of hospitals. If successful, the Debtors may realize additional revenue but outcomes related to such appeals are speculative.

In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, or refunds with their payors and vendors. Additionally, certain of the Debtors may be party to

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff and/or as a plaintiff or putative plaintiff in class action lawsuits, or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

i.    **Schedule D - Creditors Who Have Claims Secured by Property**. Except as otherwise set forth in any stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

As more fully set forth and described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to Section 364 of the Bankruptcy Code; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Superpriority Administrative Expense Claims; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 10], as of the Petition Date, the MPT Prepetition Obligations, which include all amounts due and owing under the MPT Prepetition Transaction Documents and Lease, totaled no less than $40,132,813 and were secured by liens on substantially all of the Debtors' assets. Accordingly, the Debtors have not separately identified the obligations due to the MPT Lessor in Schedule D. Capitalized terms used in this paragraph shall have the meaning set forth in the DIP Motion.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

j.    **Schedule E/F - Creditors Who Have Unsecured Claims.**

*Part 1 - Creditors with Priority Unsecured Claims*. Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, and Other Compensation, and (B) Pay and Honor Benefits and Other Workforce Obligations; (II) Authorizing and Directing the Applicable Bank to Pay All Checks and Electronic Payment Requests Made by the Debtors Relating to the Foregoing; and (III) Granting Related Relief* [Docket No. 185], the Debtors received final authority to pay certain prepetition obligations, including to pay compensation and benefits to their workforce

8

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

in the ordinary course of business. To the extent that the Debtors made the aforementioned payments, the respective employee claims are not listed in Schedule E/F.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

***Part 2 - Creditors with Nonpriority Unsecured Claims***. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 reflects liabilities based on each individual Debtors' books and records. All of the known Schedule E/F, Part 2 liabilities as of the Petition Date are listed on Schedule E/F, Part 2.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, contains liabilities associated with employees' paid time off that was accrued but unpaid prior to the Petition Date. Such amounts are included as reflected in the Debtors' books and records as of November 30, 2021.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if and as they receive such invoices.

*Refund Claims*: As part of the Debtors' normal business operations, insurance companies and other payors (including patients) from time to time overpay amounts due to the Debtors. Only the estimated amount of such overpayments are recorded in the Debtors' accounting records because determination of the exact amount of the overpayments is a time-consuming, manual process. The Debtors only calculate the exact amount of the insurance company overpayments if and when the payor requests a refund.

9

k. **Schedule G - Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements, amendments, and letter agreements, which documents may not be set forth in Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in an individual Debtor's Schedule G. Multiple listings, if any, may reflect distinct agreements between the applicable Debtor and such supplier or provider. In addition, in some cases, an agreement may appear on the Schedule G of more than one Debtor, in which event each such Debtor may be party to said agreement.

Certain agreements may, by their terms, have been made between one Debtor and a third-party counterparty but performed under in the ordinary course by a different Debtor or by CHP. In such case, the agreement is listed in the Schedule G of the Debtor that appears on the face of such agreement. Omission of such agreement from the Schedule G of another Debtor does not constitute an admission that such Debtor does not have rights and/or obligations under such agreement or that the Debtor counterparty to such agreement is the Debtor on whose Schedule G such agreement is listed. In addition, certain agreements may, by their terms, have been made between CHP and a third-party counterparty, but performed in the ordinary course by a Debtor pursuant to the CHP Management Agreement. In such case, the agreement is not listed in any Debtor's Schedule G.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

l.   **Schedules E/F and H (Watsonville Hospital Management, LLC).**  As noted in paragraph 5(o), under the CHP Management Agreement, WHM remits payments to CHP's creditors on CHP's behalf.  In that respect, all payables on WHM's books and records (with the exception of amounts due to WHM's employees) are solely CHP's and, accordingly, do not appear on Schedule E/F.

7.   **Specific Statements Disclosures.**

a.   **Statements; Part 2; #3 (Watsonville Hospital Corporation).**  As described in the Cash Management Motion, the Debtors utilize a centralized Cash Management System, which includes certain bank accounts held in the name of non-operating Debtor Watsonville Hospital Holdings, Inc. ("WHH") but that are included in the books and records of operating Debtor WHC. Those bank accounts are reflected in the Schedules of WHH, however certain of the payments listed in response to WHC's SOFA #3 were made from such accounts and accordingly appear in WHC's books and records.

b.   **Statements; Part 2; #3 (Watsonville Hospital Management, LLC).**  Further to paragraph 5(o) above, all payments listed in response to WHM's SOFA #3, though made from a bank account in WHM's name, were made on behalf of CHP to satisfy CHP's obligations and are included in the Statements in the interest of full disclosure.

c.   **Statements; Part 2; # 6.**  For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 5(n) of these Global Notes.

d.   **Statements; Part 2; #3, 4, 30.**  On September 27, 2021, Jeremy Rosenthal received an erroneous payment from the Debtors for $25,000 which was immediately wired back to the Debtors on October 1, 2021.  Accordingly, such payment is not reflected in the Statements.

e.   **Statements, Part 2, # 4 and Part 13, # 30.**  Distributions by the Debtors to their directors and officers are listed on the attachment to Question 4.  Certain of the Debtors' executive officers received payments net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 4 and 30 reflect the gross amounts paid to such executive officers, rather than the net amounts after deducting for tax withholdings.  Intercompany transfers between Debtors are not reflected in response to Question 4.

f.   **Statements; Part 6; # 11.**  All payments related to bankruptcy were made by Debtor WHH on behalf of itself and its Debtor affiliates and are reflected solely in WHH's response.

g.   **Statements; Part 7; # 14.**  Addresses for ancillary facilities, such as storage facilities, are not included in this response.

h.   **Statements; Part 11; #21.**  As described in further detail in the Cash Management Motion, non-Debtor CHP's revenues are swept into the Debtors' Concentration Account (as defined in the Cash Management Motion), but remain CHP's property.

11

Through the Debtors' cash management system, such amounts are used to pay CHP's expenses pursuant to the CHP Management Agreement. In addition, certain Debtors hold other Debtors' cash in bank accounts as a result of the operation of the Cash Management System.

i. **Statements; Part 13; #28.** As explained in the First Day Declaration, 100% of Debtor Halsen Healthcare, LLC's membership interests are held by non-Debtor Halsen Holdings, LLC ("Halsen Holdings"). Pursuant to the Proxy Exercise (as defined and discussed in the First Day Declaration), the Former Managers (affiliated with Halsen Holdings) were removed and replaced with independent directors and managers, as applicable.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re

WATSONVILLE HOSPITAL
CORPORATION, *et al.*,

Debtors.[1]

Case No. 21-51477

Chapter 11

Jointly Administered

## SCHEDULES OF ASSETS AND LIABILITIES
## FOR WATSONVILLE HOSPITAL CORPORATION
## (CASE NO. 21-51477)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

Fill in this information to identify the case:

Debtor name: **Watsonville Hospital Corporation**

United States Bankruptcy Court for the: **Northern District of California, San Jose**

Case number: **21-51477**

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | Unknown |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $51,223,887.14 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $51,223,887.14 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)  $45,904,237.18
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $5,562,495.44 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $33,106,787.62 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**  $84,573,520.24
Lines 2 + 3a + 3b

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 Petty Cash | | | $2,150.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Bank of America | Depository Account | 5387 | $150,000.00 |
| 3.2 Bank of America | Depository Account | 7495 | $200,000.00 |
| 3.3 Wells Fargo | Disbursement Account | 7088 | $0.00 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $352,150.00 |
|---|

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1   MPT Security Deposit | $2,600,000.00 |
| 7.2   Suite 102 Rent Security Deposit | $5,501.00 |
| 7.3   IT Software Security Deposit | $473.00 |
| 7.4   MPT Capital Reserve Deposit | $30,000.00 |
| 7.5   Meritain Prefund FSA Debit Card & Dependent Care | $6,944.38 |
| 7.6   Norton Rose Fulbright US LLP Deposit | $50,000.00 |
| 7.7   Alta Medical Specialties Deposit | $250,000.00 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1   See Attached AB 8 Exhibit | $781,111.27 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $3,724,029.65 |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **11. Accounts receivable** | | | | |
| 11a. | 90 days old or less: | $12,080,196.19 − | $808,177.37 = ........ ➜ | $11,272,018.82 |
| | | face amount | doubtful or uncollectible accounts | |
| 11b. | Over 90 days old: | $9,989,689.42 − | $8,153,052.54 = ........ ➜ | $1,836,636.88 |
| | | face amount | doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $13,108,655.70 |
|---|

---

## Part 4:   Investments

---

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1 | | $0.00 |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:          % of ownership: | | |
| 15.1 | | $0.00 |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1 | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

---

## Part 5:   Inventory, excluding agriculture assets

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |

**22. Other inventory or supplies**

22.1

| | | | | |
|---|---|---|---|---|
| Medical supplies | 9/30/2021 | $2,137,767.45 | NBV | Unknown |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

Unknown

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes   Book value   $744,580.15   Valuation method   Cost   Current value   $744,580.15

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1   Hospital furniture & fixtures | $57,649.66 | NBV | Unknown |
| **40. Office fixtures** | | | |
| 40.1   See AB 39 | | | $0.00 |
| **41. Office equipment, including all computer and communication systems equipment and software** | | | |
| 41.1   Hospital IT Hardware & Software | $1,352,064.77 | NBV | Unknown |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| Unknown |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Medical equipment | $805,742.61 | NBV | Unknown |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| Unknown |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real Property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 NBV of leasehold improvements at Hospital | Lessee | $518,907.55 | NBV | Unknown |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| Unknown |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**  **Intangibles and intellectual property**

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1  www.WatsonvilleHospital.com | $0.00 | NBV | Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Unknown |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| | | | | |
|---|---|---|---|---|
| | total face amount | doubtful or uncollectible amount | = ➔ | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| | | |
|---|---|---|
| | Tax year | $0.00 |

**73. Interests in insurance policies or annuities**

73.1

| | |
|---|---|
| See Attached AB 73 Exhibit | $0.00 |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

| | |
|---|---|
| See Global Notes | $0.00 |

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

| | |
|---|---|
| See Global Notes | $0.00 |

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

| | |
|---|---|
| | $0.00 |

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

| | |
|---|---|
| InterCompany AR - Watsonville Hospital Holdings | $9,166,508.33 |

77.2

| | |
|---|---|
| InterCompany AR - Watsonville Healthcare Management LLC | $561,237.51 |

77.3

| | |
|---|---|
| DHSC QAF Receivable | $24,311,305.95 |

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| $34,039,051.79 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $352,150.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $3,724,029.65 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $13,108,655.70 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | Unknown | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | Unknown | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | Unknown | |
| 88. **Real property. Copy line 56, Part 9.** | → | Unknown |
| 89. **Intangibles and intellectual property.**. Copy line 66, Part 10. | Unknown | |
| 90. **All other assets.** Copy line 78, Part 11. | $34,039,051.79 | |
| 91. **Total. Add lines 80 through 90 for each column** 91a. | $51,223,887.14 | 91b. Unknown |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $51,223,887.14 |

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| | Description, including name of holder of prepayment | Current Value |
|---|---|---|
| 8.1 | 3M Health Information - Fluency Enhanced Solution Thru May-22 | $74,108.48 |
| 8.2 | ABMS Solutions - CertiFACTS Renewal Thru Sep-22 | $1,972.50 |
| 8.3 | Accruent - TMS OnLine-Facilities Department Thru Sep-22 | $3,700.73 |
| 8.4 | American Data Network - Data Abstraction Services Thru Jun-22 | $4,500.00 |
| 8.5 | Beckman Coulter - Service Contract  for DxC 600 PRO,UCTA& CTA Ready Thru Jul-22 | $28,846.42 |
| 8.6 | Beta HealthCare Group - Comprehensive Liability Insurance Thru Dec-21 | $47,083.36 |
| 8.7 | CA Dept of Public Health - Clinical Lab License Thru Dec-21 | $239.38 |
| 8.8 | CA Dept of Public Health - Facility License Renewal Thru Oct-22 | $80,454.00 |
| 8.9 | CA Dept of Public Health - Radioactive Materials License Fee Thru Dec-21 | $296.46 |
| 8.10 | CA Dept of Public Health - Renewal of Reportable Sources of Radiation Thru May-23 | $8,671.50 |
| 8.11 | Change Healthcare - InterQual License Thru Sep-22 | $15,566.66 |
| 8.12 | CIHQ - ARS Membership Thru Jan-21 | $549.20 |
| 8.13 | Complianceline - Hotline Subscription Thru Sep-22 | $6,023.34 |
| 8.14 | Crum/Lloyds/Corvus - Cyber Ins Thru Dec-21 | $47,296.04 |
| 8.15 | Endosoft - Annual Software Service Support Thru Dec-22 | $1,033.95 |
| 8.16 | Endosoft - Annual Software Service Support Thru Dec-22 | $12,688.00 |
| 8.17 | Epiphany - Remote Application Support Thru Dec-21 | $817.50 |
| 8.18 | First Alarm - Quarterly Leased Equipment Thru Dec-21 | $1,989.00 |
| 8.19 | First Alarm - Quarterly Leased Equipment Thru Mar-22 | $5,967.00 |
| 8.20 | Guardian - Accidient/Basic Life Voluntary Term Life Thru Dec-21 | $10,450.96 |
| 8.21 | Guardian - Accidient/Basic Life Voluntary Term Life Thru Dec-21 | $7,305.86 |
| 8.22 | Guardian - Accidient/Basic Life Voluntary Term Life Thru Dec-21 | $5,738.01 |
| 8.23 | Guardian - Accidient/Basic Life Voluntary Term Life Thru Dec-21 | $2,875.87 |
| 8.24 | Guardian - Accidient/Basic Life Voluntary Term Life Thru Dec-21 | $2,452.29 |
| 8.25 | Haemonetics - Safetrace Tx Software Maintenance Thru Apr-22 | $8,402.31 |
| 8.26 | Haemonetics - Safetrace Tx Software Maintenance Thru Dec-21 | $344.55 |
| 8.27 | HealthStream - BLS Online, ALS Online PALS Online Thru Apr-22 | $2,308.34 |
| 8.28 | Healthstream - CEPath-Competency Library Thru Jun-22 | $6,132.85 |
| 8.29 | Healthstream - Learning Center Thru Jan-22 | $1,750.70 |
| 8.30 | Healthstream - Preventing Sexual Harassment Module Thru May-22 | $1,706.22 |
| 8.31 | HelpSystems - Sequel Solution Bundle Thru Nov-22 | $3,809.40 |
| 8.32 | Hospital Council - Membership Dues for the Hospital Council Thru Dec-21 | $1,680.03 |
| 8.33 | Imprivata - License SSO/AM Premium V Thru Apr-22 | $4,561.95 |
| 8.34 | Imprivata - License SSO/AM Premium V Thru Oct-22 | $3,705.62 |
| 8.35 | Jobvite - Telemetry Career Sites Thru Dec-21 | $1,416.66 |
| 8.36 | Jobvite - Telemetry Career Sites Thru Mar-22 | $4,250.00 |
| 8.37 | Jobvite - Telemetry Career Sites Thru Sep-22 | $8,333.34 |
| 8.38 | Johnson Controls - Suppression Gas systems Test & Inspection Thru Dec-21 | $2,866.37 |
| 8.39 | Joint Commission Accreditation Certification - Accreditation Certification Programs  Thru Dec-21 | $646.25 |
| 8.40 | Joint Commission ORYX Program - Accreditation Certification Programs Thru Dec-21 | $181.25 |
| 8.41 | Marsh & Mclennan - Aviation Specialty Insurance Thru Sep-22 | $5,958.34 |
| 8.42 | Medhost - Clinincal Subscription Thru Dec-21 | $450.50 |
| 8.43 | Medical Consultants Network - Ellucid Enterprize Annual License fee Thru Jul-22 | $8,420.68 |
| 8.44 | Medical Physics Consulting - Evaluation of MRI Testing Thru Mar-22 | $3,266.64 |
| 8.45 | Medical Physics Consulting - Evaluation of Philips HD15 Echo 2 Ultrasound Thru Mar-22 | $3,281.36 |
| 8.46 | Medical Physics Consulting - Hologic Mammography Annual Evaluation Thru Oct-22 | $2,566.67 |
| 8.47 | Monterey Bay Air - Annual Inspection Fee Thru Dec-21 | $415.25 |
| 8.48 | Morcare - Annual MCCM Subscription Bundle Thru Dec-21 | $3,018.68 |
| 8.49 | OSHPD - Annual Disclosure Report  Thru Jun-22 | $20,120.46 |
| 8.50 | Pitney Bowes - Postage Usage Prepayment | $2,060.96 |
| 8.51 | Rent - Watsonville Square - 1820 Main St | $2,801.00 |
| 8.52 | Santa Cruz Co Environment Hlth Hazardous Waste - Underground Storage Tank License Thru Dec-21 | $271.38 |
| 8.53 | Santa Cruz County Environmental Health Svcs - Health Permit Thru Dec-21 | $183.88 |
| 8.54 | SEIU Education Fund  - SEIU Annual Education Fund Thru Dec-21 | $833.37 |
| 8.55 | Sheriff Coroner - SART Program-Donation (Sexual Assault Response) Thru Dec-21 | $833.37 |
| 8.56 | Siemens Healthineers - RapidPoint 500 Plus Agreement Thru Sep-22 | $4,021.66 |
| 8.57 | Stanford University Perinatal - CPQCC Membership Thru Dec-21 | $1,166.63 |
| 8.58 | Stanford University Perinatal - CPQCC Membership Thru Dec-21 | $233.37 |
| 8.59 | Stanford University Perinatal - CPQCC Membership Thru Dec-22 | $15,000.00 |
| 8.60 | Sterling - Virtual Apps & Desktops Lics Service Thru Jul-22 | $11,729.67 |
| 8.61 | ThyssenKrupp - Querterly Elevator Service Thru Dec-21 | $1,976.09 |
| 8.62 | Travelers - Commercial Property Ins Thru Sep-22 | $9,409.00 |
| 8.63 | Travelers - Workers Comp Ins Thru Sep-22 | $242,989.37 |
| 8.64 | Velocity EHS - MSDSonline HQ Account  Thru Oct-21 | $495.75 |
| 8.65 | ZURICH - Commercial Property Ins Thru Apr-22 | $16,884.84 |
| | **TOTAL:** | **$781,111.27** |

# SCHEDULE AB 73 ATTACHMENT

| NO. | COVERAGE DESCRIPTION | INSURER | POLICY NO. | CURRENT POLICY PERIOD | COVERAGE LIMITS[1] | CLAIMS MADE OR OCCURRENCE BASIS |
|---|---|---|---|---|---|---|
| 1 | General and Professional Liability | BETA Healthcare Group | HCL-21-1212 | 10/01/2021 – 10/01/2022 | $15,000,000 per claim, $25,000,000 in the aggregate | Professional Liability – Claims Made General Liability – Occurrence |
| 2 | Automobile | Travelers | BA-0R320535-21-43-G | 10/01/2021 – 10/01/2022 | $1,000,000 | Occurrence |
| 3 | Commercial Property | Travelers | P-630-9M557624-TIL-21 | 10/01/2021 – 10/01/2022 | $96,074,085 | Occurrence |
| 4 | Workers' Compensation Insurance | Travelers | UB0N29692121 | 10/01/2021 – 10/01/2022 | Statutory workers' compensation coverage, $1,000,000 employer liability | Occurrence |
| 5 | Management Liability | Crum & Forster Specialty Insurance Company | PCF-100635 | 10/01/2021 – 03/31/2022 | $3,000,000 | Claims Made |
| 6 | Cyber Liability | Crum & Forster Specialty Insurance Company | CYB-103121 | 10/01/2021 – 10/01/2022 | $2,500,000 Quota Share | Claims Made |
| 7 | Cyber Liability | Ambridge - Lloyds of London | ACR1011721 | 10/01/2021 – 10/01/2022 | $2,500,000 Quota Share | Claims Made |
| 8 | Cyber Excess Liability | Corvus – Accredited Specialty Insurance Company | 2C1ACA17ES010407600 | 10/01/2021 – 10/01/2022 | $5,000,000 excess of $5,000,000 | Claims Made |
| 9 | Crime | Beazley Insurance Company | V28DF8210301 | 10/01/2021 – 10/01/2022 | $1,000,000 | Occurrence |
| 10 | Non-Owned Helicopter Liability Policy | Starr Indemnity & Liability Company | 100023895803 | 10/01/2021 – 10/01/2022 | $5,000,000 | Occurrence |
| 11 | Above-Ground Pollution | Tokio Marine Specialty Insurance Company | PPK2043682 | 10/01/2019 - 10/01/2022 | $2,000,000 | Claims Made |
| 12 | Underground – Pollution Liability | Tokio Marine Specialty Insurance Company | PPK2189212 | 10/01/2021 – 10/01/2022 | $2,000,000 | Occurrence |
| 13 | Excess Automobile Liability | BETA Healthcare Group | XAL-21-1212 | 10/01/2021 – 10/01/2022 | $10,000,000 | Occurrence |

---

[1] The coverage limits stated herein are the maximum amounts covered under a particular policy, and the amount of actual coverage for a particular covered event (if any) may be lower than the maximum coverage limits stated herein, all as more fully set forth in the policies and any amendments, endorsements, or other modifications thereto.

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

| Part 1: | List Creditors Who Have Claims Secured by Property |

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of Claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.1

Cardinal Health 110 LLC, as Agent
7000 Cardinal Place
Dublin, OH 43017

**Describe debtor's property that is subject to the lien:**
Certain pharmaceutical products supplied by Creditor as referenced on UCC-1 Financing Statement. No. 20219684706

Unknown

Undetermined

**Date debt was incurred?**

**Describe the lien**
UCC-1 Financing Statement

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Cardinal alleges an interest in property that is junior to CNH and MPT's interests

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.2**

CNH Finance Fund I L.P.
330 Railroad Ave
Suite 101
Greenwich, CT 06830
legal@cnhfinance.com

**Date debt was incurred?**
6/22/2021

**Last 4 digits of account number**
WATS01

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority. CNH has a senior interest in property to that of MPT and the interest alleged by Cardinal

**Describe debtor's property that is subject to the lien:**
Accounts, excluding QAF

**Describe the lien**
Senior Secured Revolving Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $5,771,424.18 | Undetermined |

**2.3**

Dell Financial Services L.L.C.
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Equipment referenced in Lease No. 001-901028-001 No. 20204393833 No. 001-901028-002 No. 20205721370

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

| | |
|---|---|
| Unknown | Undetermined |

2.4

Flex Financial, a Division of
Stryker Sales Corporation
1111 Old Eagle School Road
Wayne, PA 19087

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☑ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**
All equipment under Equipment Agreement
No. 0110115543 No. 20209291396 and all
equipment referenced in UCC-1 Financing
Statement No. 20211266858

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown                    Undetermined

2.5

MPT of Watsonville Lender LLC
c/o MPT Operating Partnership,
L.P.
1000 Urban Center Drive
Suite 501
Birmingham, AL 35242

**Date debt was incurred?**
9/30/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
See Global Notes

**Describe debtor's property that is subject to
the lien:**
See Global Notes

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,132,813.00              Undetermined

2.6

MPT of Watsonville LLC
1000 Urban Center Drive
Suite 501
Birmingham, AL 35242

**Date debt was incurred?**
9/30/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
See Global Notes

**Describe debtor's property that is subject to the lien:**
See Global Notes

**Describe the lien**
Facility Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

See Global Notes          Undetermined

2.7

GE HFS, LLC
PO Box 414, W-490
Milwaukee, WI 53201

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
GE Healthcare Logiq E9 R5 System as identified on the UCC-1 Financing Statement No. 20162010559

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown          Undetermined

2.8

Highland Capital Corporation
5 Center Avenue
Little Falls, NJ 07424

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
2006 LEICA OH4 CERTIFIED SURGICAL MICROSCOPE No. U200021675622

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Unknown            Undetermined

2.9

Konica Minolta Premier Finance
1111 Old Eagle School Road
Wayne, PA 19087

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All equipment leased or financed, etc. pursuant to Contract No. 25476251 No. 177620717381

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Unknown            Undetermined

**2.10**

NFS Leasing Inc.
900 Cummings Center
Suite 226-U
Beverly, MA 01915

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
1 - Carestream PACS Core HW-WFM, backup WFM, EIS Serversa nd Storage, Software, prts and accessories, etc. No. 20172190533

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown    Undetermined

**2.11**

Philips Medical Capital, LLC
1111 Old Eagle School Road
Wayne, PA 19087

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
2 - Philips MobileDiagnost wDR per quote #1-202P8R3 No. 20207706528, 1 - Philips CombiDiagnost R90 per quote #1-202YCKH No. 20207706627, 1 - Philips DigiDiagnost per quote #1-268FYGY No. 20207706726, 2 - Philips EPIQ Elite per quote #1-295KDCE No. 20207706924, 1 - Philips Xper IM per quote #1-26F9ZWH No. 20207707005, 1 - Philips Diamond Select Asurion 7 M20 per quote #1-27A1PHJ No. 20207707195, 1 - Philips Diamond Select Advance Asurion 7 M20 per quote #1-2G3ORB7 No. 20218057987, 1 - Philips Xper IM per quote #1-2GG5CJL No. 20218058282, and 1 - Philips IntelliVue Patient Monitors per quote #2301161755 No. 20218058290

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Unknown    Undetermined

2.12

SCG Capital Corporation
74 W Park Place
Stamford, CT 06901

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

1 - Hologic, Inc. Selenis Dimensions 3D 6000 package, etc. Serial #SDMI131500381 No. 20173876916

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

Unknown        Undetermined

---

2.13

Urban Partnership Bank
7936 South Cottage Grove
Chicago, IL 60619

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

Certain equipment as set forth on UCC-1 Financing Statement No. 20191973705

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

Unknown        Undetermined

2.14

Western Alliance Equipment Finance, Inc.
2701 E. Camelback Road
Phoenix, AZ 85016

| | Unknown | Undetermined |

**Describe debtor's property that is subject to the lien:**
1 - Bayer Healthcare, LLC Stellant CT Injection System with Cartegra Workstation, etc. No. 20183321128

**Date debt was incurred?**

**Describe the lien**
UCC-1 Financing Statement

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $45,904,237.18

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 CNH Finance Fund I LP<br>c/o Foley & Lardner LLP<br>Attn: Shane J. Moses<br>555 California Street, Suite 1700<br>San Francisco, CA 94104-1520 | Line 2.2 | WATS01 |
| 3.2 CNH Finance Fund I LP<br>c/o Foley & Lardner LLP<br>Attn: Edward J. Green<br>321 N. Clark Street, Suite 3000<br>Chicago, IL 60654 | Line 2.2 | WATS01 |
| 3.3 CNH Finance Fund I, L.P.<br>c/o CNH Finance, L.P.<br>Attn: Timothy Peters<br>24 East Ave #1285<br>Greenwich, CT 06840 | Line 2.2 | WATS01 |

3.4

CNH Finance Fund I, L.P.
c/o Kincaid, Frame & Associates Co., LPA
Attn: Alexander Frame and Timothy Kincaid
6151 Wilson Mills Road Suite 310
Highland Height, OH 44143

Line 2.2      WATS01

3.5

MPT of Watsonville Lender, LLC and MPT of Watsonville, LLC
c/o KTBS Law LLP
Attn: Thomas E Patterson, Robert J Smith, Sasha M Gurvitz
1801 Century Park East 26th Floor
Los Angeles, CA 90067

Line 2.5

3.6

MPT of Watsonville Lender, LLC and MPT of Watsonville, LLC
c/o KTBS Law LLP
Attn: Thomas E Patterson, Robert J Smith, Sasha M Gurvitz
1801 Century Park East 26th Floor
Los Angeles, CA 90067

Line 2.6

3.7

MPT of Watsonville, LLC
c/o MPT Operating Partnership, L.P.
Legal Dept.
1000 Urban Center Drive Suite 501
Birmingham, AL 35242

Line 2.6

**Fill in this information to identify the case:**

Debtor name: Watsonville Hospital Corporation

United States Bankruptcy Court for the: Northern District of California, San Jose

Case number: 21-51477

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.1**

Abrego, Karina
147 Arthur Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VNHGBI5FK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:     $4,717.31     $4,717.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2**

Abrica-Gomez, Vanessa
33 Minto Rd Apt 1802
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SA65CBBY7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:     $2,635.46     $2,635.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.3

Acoba, Antonio G
971 Hancock St
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
Z6N83XTQR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$567.50          $567.50

2.4

Acosta, Joaquin A
P.O. Box 1642
Santa Cruz, CA 95061

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
A7H9TH3T6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,710.66     $9,600.39

2.5

Adams, Mary
130 Lakewood Drive
Marina, CA 93933

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
43ZHDPG49

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$447.87          $447.87

**2.6**

Adams, Susy ZR
200 Ranchitos Del Sol
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0BXUTBY9V

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $24,394.04    $5,727.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.7**

Adamson, Juan Francisco
2620 Quartz St
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EQBTZBEKR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $14,533.76    $8,711.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.8**

Agbayani, Ruben Lorenzo
31235 AVENIDA EL MUNDO
CATHEDRAL CITY, CA 92234

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HS00L2U93

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $25,411.28    $6,269.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.9

Aguero, Masao
383 Regency Cir
Apt 205
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
U7GTA2YZ7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,683.60    $7,963.77

2.10

Aguilar, Merilida
1257 La Canada Way
Salinas, CA 93901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TODOHV6BV

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,791.59    $8,332.74

2.11

Aguilar, Mirna
138 Crest Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PP0Y1I6DW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,189.27    $6,189.27

2.12

Aguilera, Daniel
115 Hastings Lane
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
K483KDNNI

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$7,415.46          $7,415.46

2.13

Aiken-Dimick, Jennifer E
PO BOX 1661
Aptos, CA 95001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
K082S6PB3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$12,494.58          $8,485.58

2.14

Alaga, Rebecca L
7600 Roma Place
Salnas, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YJCIER5YO

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$597.12          $597.12

2.15

Alaniz, Roberto
134 Agate Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
739N5QGRY

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,168.06      $2,168.06

2.16

Alba, Kathleen
45 Carneros Rd
Aromas, CA 95004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
OY30K04Y9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,324.54      $5,324.54

2.17

Albertson, Dorrene
350 Windsong Way
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
93ZVN8W80

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,547.07      $4,547.07

2.18

Alcantar Cerritos, Myriam G
P.O. Box 765
Chualar, CA 93925

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NMN6KNOG2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $1,429.66           $1,429.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.19

Alm, Donna
561 Eureka Cyn Rd
Corralitos, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ZFMINCZTK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $11,040.98          $2,287.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.20

Alonzo, Joahnna Palac
1481 Mustang Ct
Salinas, CA 93905

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YIVJ88QQF

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $9,080.19           $9,080.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.21

Amaral, Christi Elena
802 Circle Drive
Unit B
Salinas, CA 93905

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
594769KR1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$245.57         $245.57

2.22

Amaya, Gloria Y
714 Casserly Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XBH5U6YYY

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,064.02      $7,614.65

2.23

Anderson, Laura Jane
342 32Nd Ave
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SCGL3K094

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,828.62      $9,909.32

2.24

Andrade-Pozos, Alicia
127 Kearney St.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
V526B763C

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$34,159.95          $6,731.24

2.25

Angelo, Mae Jovita Galanida
3918 Terra Lane
Soquel, CA 95073

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VX8F7ZNL4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,827.91          $5,938.23

2.26

Anguiano, Maria Miriam
134 Agate Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
L06KTQ62N

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,041.66          $7,041.66

2.27

Antonio, Jose G.
706 Sloat Circle
Salinas, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BZ25NLVWQ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$33,947.63        $5,926.24

2.28

Apolinario, Tina
12 Cottage Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
4WAFZDT3O

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$815.75        $815.75

2.29

Arana, Esteban
295 San Andreas Rd Apt 503
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
1K64FH7A5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$234.15        $234.15

**2.30**

Arao, Melanie
2469 Garin Road
Royal Oaks, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EUTC5C88K

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $7,609.55      $7,609.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.31**

Arredondo Raya, Elizabeth
2811 Valley View Road
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CXBIZFIB1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $6.45      $6.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.32**

Arredondo, Maricela Martinez
174 Williams Avenue
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CMX117ZJQ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $10,582.11      $10,030.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.33

Arredondo, Tanya
1699 Colony Way
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
R9RURDV3U

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $4,274.64        $4,274.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.34

Arroyo, Angelica
324 Arbol Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MCGVVHY1I

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                      $864.10          $864.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.35

Aruiza, Dan
66 Honeysuckle
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
B8MX1FSC1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                  $41,339.39        $6,661.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.36

Augusta-Morris, Luana
22600 gallant fox rd
monterey, CA 93940

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ULSN24MJP

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $25,448.89   $4,761.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.37

Avila, Jessie Maria
P.O. Box 2593
Watsonville, CA 95077

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WY2HHMMX7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $15,071.99   $11,045.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.38

Avital, Einav
523 Miramar Dr
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9PRY4UMV3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $9,211.94   $6,004.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.39

Ayala, Cecilia
505 Cirvelo St.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
J8Q2T7NKE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,888.04        $6,276.93

2.40

Babao, Marites Labajo
973 Heather Circle #5E
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
B0LI1O0HZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,034.02        $5,068.51

2.41

Bachan, Ami Jean
7275 Mesa Dr
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5QP0I3J16

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,424.26        $7,103.76

2.42

Baer, Elizabeth Ann
144 Jessie Street
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0B5953SFR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $1,977.46    $1,977.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.43

Baker, Andrew
5377 Joseph Lane
San Jose, CA 95118

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
6WG642X8W

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $8,267.80    $7,102.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.44

Baker, Rachelle A.
350 Santana Lane
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
C9K24TIPY

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $16,622.86    $7,343.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.45**

| | | |
| --- | --- | --- |
| Baliar, Genesis F | **As of the petition filing date, the claim is:** | $4,676.59  $4,676.59 |
| 501 Plum Street Apt 8 | *Check all that apply.* | |
| Capitola, CA 95010 | ☐ Contingent | |

**Date or dates debt was incurred**
Various

☐ Unliquidated

☐ Disputed

**Last 4 digits of account number**
860TAYYXA

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.46**

| | | |
| --- | --- | --- |
| Bandong, Angelica | **As of the petition filing date, the claim is:** | $13,262.86  $7,515.7 |
| 46 Hope Drive | *Check all that apply.* | |
| Watsonville, CA 95076 | ☐ Contingent | |

**Date or dates debt was incurred**
Various

☐ Unliquidated

☐ Disputed

**Last 4 digits of account number**
V37RFG9I6

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.47**

| | | |
| --- | --- | --- |
| Barajas, Andrea | **As of the petition filing date, the claim is:** | $2,462.28  $2,462.28 |
| 1244 De Cunha Court | *Check all that apply.* | |
| Salinas, CA 93906 | ☐ Contingent | |

**Date or dates debt was incurred**
Various

☐ Unliquidated

☐ Disputed

**Last 4 digits of account number**
USM01SXW7

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**
☑ No
☐ Yes

2.48

Barragan, Zulema
755 D St
Los Banos, CA 93635

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KJPUO360F

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,747.66          $4,747.66

2.49

Barrett, Stephen Charles
18726 Sand De Sac Rd
Prundale, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KSMH0BW4X

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,116.12          $7,061.3

2.50

Bartlett, Nannette
725 30TH Ave
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LBR2HVA7E

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,261.29          $7,051.71

2.51

Basilio, Maria
525 Cirvelo St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
X6UKE982G

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,979.15                $1,979.15
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.52

Bauer, Vicky
2481 Club Dr
Gilroy, CA 95020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
Z7WP4Z0IK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,198.38                $1,198.38
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.53

Bayer, Lola
1970 Evelyns Drive
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FS92V1SK1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $11,865.50               $3,710.34
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.54

Beevers, Sherry L
P O Box 30
Watsonville, CA 95077

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ORTKGON0G

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,564.91        $4,564.91

2.55

Bell, Maria del Pilar Garcia
104 Sunset Terrace
Scotts Valley, CA 95066

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
A0KKBV3Q

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,510.62      $4,735.00

2.56

Benjamin, Susan D
PO Box 2927
Santa Cruz, CA 95063

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MPJMYO0WQ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,811.83      $9,590.32

2.57

Bertone, John E
200 A Green Meadow Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
79GU0PERO

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $18,761.22    $10,877.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.58

Beye, Lisa Anne
188 Las Colinas Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GQ4DFA3QF

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $7,906.31    $6,957.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.59

Billings, Sarah
111 Vega Road
Royal Oaks, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
B4SFSA10K

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $12,776.72    $8,616.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.60**

Blevins, Maria
998 meridian avenue
14
San Jose, CA 95126

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KKH0D9XJN

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,745.30          $1,745.30

**2.61**

Blosser, Elizabeth Gale
520 Oregon St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
T95FO6SII

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$25,121.95          $7,480.1

**2.62**

Bolkovatz, Yvette Medina
2137 Turnbull Canyon Road
Hacienda Heights, CA 91745

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
I9RW47MDE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,040.37          $3,040.37

2.63

Bonilla Chavez, Maricela
36 B Trembley Ln
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MBSE5CIHF

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $3,173.85                    $3,173.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.64

Booker, Marcus Kiley
10197 Green Moss Dr S
Cordova, TN 38018

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
JZ0XZMRBK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $5,358.81              $5,206.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.65

Bowlan, Sandra L
PO Box 1956
Seaside, CA 93955

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5D5YHBNUK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,984.80                    $1,984.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.66

Boyd, Mary
298 Carneros Rd
Aromas, CA 95006

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
I51Z2NX9J

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $43,790.71    $6,042.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.67

Bozeman, Kevin Hugh
310 West Navajo Road
Flagstaff, AZ 86001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PIMMYQ7QY

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $3,607.20    $3,607.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.68

Brodman, Linda Susan
1231 Andrew Lane
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
I4VM7P4BL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $15,907.42    $7,568.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.69

Brouk, Aatiqa
1561 Corte De Pearson
San Jose, CA 95124

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EARB4BMLJ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,139.91              $3,139.91

2.70

Brown, Heather Jean
49 Blanca Lane #1004
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SIMZ4P6Z1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,036.08             $5,639.82

2.71

Buccat, Ryan B
612 Brumwell St
King City, CA 93930

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NG2KY0QBQ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,164.32              $1,164.32

2.72

Cabot, Maria Madonna Canonigo
14 La Jolla St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
920CA0F2A

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$54,398.62          $1,188.25

2.73

Cabrera, Elvia B
130 Fuchsia Dr.
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
2CZTAUC1W

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,892.91          $4,892.91

2.74

Cabrera, Maria E
10 Valdez Lane
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
O7V0FV9CS

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,710.31          $8,815.56

**2.75**

Camacho, Victor Hugo
6550 Freedom Blvd
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KYDLQRVOD

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,722.68                $4,722.68

**2.76**

Campos, Cynthia M
729 Cipres Street
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TREAF7ADT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,396.19              $13,650.00

**2.77**

Cano, Devon
152 Terry Loop
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HIFSFXVFW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,385.66                $4,385.66

2.78

Carbajal, Aurora
339 Hushbeck Ave
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
32KLMEF8O

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,853.76          $2,853.76

2.79

Carrillo, Berthalupe Gomez
645 California St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
IP0MMMACV

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,527.88          $3,911.39

2.80

Carroll, Eisha Santana
216 Appleton Dr
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ULLQ1FPZN

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,438.56          $2,819.94

2.81

Carvalho, Christine Ann
171 Pioneer Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
7IXE4WQRJ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$37,699.65    $6,547.38

2.82

Cassar, Josette
171 Browns Valley Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XLDSACX97

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$35,061.02    $5,413.42

2.83

Cassidy, Michael P
10 Marea St Apt. 5
La Selva, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
6323WI3PW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,739.67    $7,477.95

2.84

Castillo Zamora, Leticia
22 La Jolla St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CO0THD6P4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,734.65          $7,734.65

2.85

Castillo, Delia Torres
11900 Rico St
Castroville, CA 95012

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XLOEKP3C6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$21,112.66          $9,758.88

2.86

Castillo, Erika
25 Dick Phelps Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DRKHAZORE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,825.55          $8,872.33

2.87

Castillo, Jeanette
732 A Lincoln st
Watsonviile, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GEF16TZMR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,572.29          $6,572.29

2.88

Castro, Shanandrea Angelique
618 Oak Dr
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EUTLL907H

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,422.71        $5,659.93

2.89

Cervantes, Alicia
220 Fuchsia Dr
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
65OXPXT2Z

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,524.51        $10,525.15

2.90

Cervantes, Aurora C
PO Box 1645
Watsonville, CA 95077

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TZ8VJDOQW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,385.87        $11,359.09

2.91

Chacon-Barba, Lydia
233 Eucalyptus Dr
Salinas, CA 93905

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0P4B7SN6T

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,635.67        $6,635.67

2.92

Chavez, Beth A
290 Terrace Drive
Boulder Creek, CA 95006

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XBN4VVVE7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,708.09        $3,708.09

2.93

Chavez, Maria Esmeralda
212 Arthur Rd
Watsonville, CA 95076

**As of the petition filing date, the claim is:** $6,320.30    $6,320.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
X99BJP60Z

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**

☑ No

☐ Yes

2.94

Cienfuegos, Jordan
15 Cielo Vista Terrace
Monterey, CA 93940

**As of the petition filing date, the claim is:** $9,712.56    $5,786.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
J9844XAZE

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**

☑ No

☐ Yes

2.95

Clemente-Irao, Maria Rosa
421 Quinta
Watsonville, CA 95076

**As of the petition filing date, the claim is:** $11,569.38    $10,346.8
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XFY4FS33P

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**

☑ No

☐ Yes

2.96

Coburn, Robin
3070 Helena Way
Marina, CA 93933

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
A4XYXOJPZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $9,626.11      $8,970.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.97

Colwell, Eileen
22970 Santa Cruz Highway
Los Gatos, CA 95033

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TGGLJ8KJE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $3,400.83      $3,400.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.98

Contreras, Darla
996 Trout Gulch Rd
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
K41JAQFNN

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $13,891.07      $8,113.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.99

Contreras, Maura
470 Pini Rd.
Royal Oaks, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WOD6D8QK8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**       $11,995.24      $9,621.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.100

Contreras, Roberto
212 north ave.
aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
P8CZ98RR7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**       $15,077.28      $7,481.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.101

Conway, Brian
911 lighthouse ave
apt 2
pacific grove, CA 93950

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0PA49IAAO

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**       $13,425.89      $8,906.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.102

Conway, Roberta
88 Mar Monte Avenue
La Selva Beach, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NSLQKRQ8Y

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**              $2,403.89      $0
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.103

Cooks, Tina
284 Spring Creek Road
Boulder Creek, CA 95006

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
AKIMXVVIQ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**              $2,368.13      $2,368.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.104

Corte, Joani Giordano
140 Swift Street Apt A
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HWTP2DB5X

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**              $1,937.27      $1,937.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.105

Cortez, Elvira J
120 Marigold Ave
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EHRBUAUQL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $50,896.58     $4,372.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.106

Cortez, Erma
70 Falconi
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UXKDNW674

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $14,608.40     $9,979.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.107

Cosby, Robin L
1028 Brewington Ave
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
W1OXB2ZLW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $27,676.95     $10,480.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.108

Costeren, Esmeralda Graciella
16575 Charles Schell Lane
Royal Oaks, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
07AR8UIV5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,084.62          $3,084.62

2.109

Cotroneo, Grace Marie
1338 Rossano Ct.
Salinas, CA 93905

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FBR6HD5G3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,844.79          $8,601.58

2.110

Covington, Annabelle
2915 Rea Ct
Aromas, CA 95004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BNZSAOPB1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,054.11          $6,479.01

2.111

Cox, Dana
660 Hillcrest Dr.
Ben Lomond, CA 95005

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
OE3M1IRL6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $5,507.29                    $5,507.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.112

Crivello, Donna
200 Cortez St.
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RHHBEL43A

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $15,728.99                    $6,479.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.113

Cruz, Idalia
9148 Los Ninos Place
Castroville, CA 95012

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
O7SLSKI4P

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $29,389.33                    $9,083.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.114

Cupo, Joseph L
4620 Glen Haven Rd
Soquel, CA 95073

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LMPY805JB

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,279.95                    $1,279.95

2.115

Davies, Miriam
1248 Shell Ave
Pacific Grove, CA 93950

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9TITL55A6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,789.29                    $2,789.29

2.116

Davis, Danielle Andrea
208 Rochex Avenue
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KCNV24K6H

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,073.11                    $1,073.11

2.117

Davis, Terri Ann
135 Atherton Loop
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
JXORIBKD1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $107.98              $107.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.118

De Luna, Juan J
63 Del Rio Ct
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
S5EO6E1CA

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $3,719.05            $3,719.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.119

de Tablan, Allesandra H
5525 Scotts Valley Dr Unit 21
Scotts Valley, CA 95066

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5JUP7B2AK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $4,303.63            $4,303.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.120**

Deans, Hillcah
1475 Bulb Ave
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UH0VMKZSZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $5,618.91    $3,864.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.121**

DeChicchio-Sanchez, Kimberly
150 Farallon Court
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YNE4V2RPE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $22,167.63   $5,918.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.122**

Deering, Sarah
201 Blakeridge Lane
Corralitos, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3FFFBEPCW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $18,554.08   $8,251.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.123**

DeHerrera, Ashlee
550 Tiffany Drive
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
6VNYZDDXK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$248.34                    $248.34

**2.124**

DeMare, Trina Christine
1535 Eagles Nest Ln
Gilroy, CA 95020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
08NLLF1OV

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,251.48                    $2,251.48

**2.125**

Diaz, Misty Rae
133 Maple Avenue
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
QYSQF0JAL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,784.37                $6,884.48

2.126

Dimatulac, Karen
245 Vista Del Mar Lane
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
QC1NZQ0VE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,957.55        $4,486.5

2.127

Dinesh-Balaraman, Victoria
142 Nissen Rd Unit 4
Salinas, CA 93901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
P9QOP300E

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,070.73        $4,070.73

2.128

Dioszegi, Elizabeth
85 Ross Rd
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
I82589L10

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,873.44        $8,263.16

2.129

Dohl, Jennifer Lynn
105 Green Valley Rd
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MAZO5F8WA

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,294.85        $6,653.43

2.130

Domingo, Annaliza M
1502 Regency Drive
Los Banos, CA 93635

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
13KD874YT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,231.71        $10,272.68

2.131

Donato, Kathleen R
302 Keystone Ave
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ENS3LT1JB

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,290.52        $8,387.81

2.132

Dougherty, Ronni Marie
14760 Mosegard Lane
Morgan Hill, CA 95037

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XNWVRLP30

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $7,741.99          $6,974.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.133

Drobshoff, Sarah M
100 Claremont Terrace
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
AFNAX2Z5X

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $17,823.13          $4,767.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.134

Duffy, Deena
4780 Grace St.
Apt. B
Capitola, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SH8ZV27CT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $405.38          $405.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.135

Durden, Ruth Felicitas
150 Amesti Rd.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
4R525QOXY

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$25,897.54          $6,285.67

2.136

Dwa, Tareerat
354 Carmel Avenue
Marina, CA 93933

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
7VAINJUFN

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$940.48          $940.48

2.137

Eaton, Julie Ann
49 Blanca Lane #528
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DVUU5WRE3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$19,413.63          $6,635.17

2.138

Elarco, Jaime
4 Pelican Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
JVOC6NHJM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,408.11                $2,408.11

2.139

Elston, Laura Ann Hernandez
538 Cereze St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
4CMM2RCKH

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$40,974.93        $4,495.38

2.140

English, Edward
49 Blanca Ln spc 97
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0L0Y0FK04

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$5,414.90                $5,414.90

2.141

English, Leonard G
112 Prospect Street
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
JDWHM046E

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,374.96     $6,827.84

2.142

Ertzberger, Melanie C
8015 New England Dr
North Charleston, SC 29420

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
1AUKKNXH0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,415.48     $3,415.48

2.143

Escareno, Elva Lilia
303 Las Lomas Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TFBWFYLN1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,074.14     $10,311.19

2.144

Espindola Jimenez, Maria D
74 Lawrence Ave
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
OD6GXJM1P

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$5,670.34      $5,670.34

2.145

Espinoza, Esperanza
15 Carlene Ct
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
00Z9SSCQ6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$9,833.44      $9,785.42

2.146

Espinoza, Raule
665 Prospect Heights
Santa Cruz, CA 95065

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WN3XRFWUL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,425.72      $1,425.72

2.147

Evans, Jeffrey William
605 Riverview Dr
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
U7MPXTGKK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,286.47          $6,955.46

2.148

Fallan, David I
509 W Laurel Dr
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KWM8H49DU

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,685.29          $10,632.42

2.149

Farias, Lilia
9368 Pollock Ln
Salinas, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DREJ780MS

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,046.33          $7,046.33

2.150

Farris, Roseann C.
PO Box 2171
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VUSAHIFIU

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                $32,402.36    $5,813.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.151

Fas, Susanna
433 Carmel St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SGN6O7E5M

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                $24,861.93    $8,859.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.152

Fernandez, Adriana
789 Green Valley Rd
# 11
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
704OLY5V8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                $10,601.09    $5,191.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.153

Fernandez, George E
P.O. Box 146
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
6IDUR02Q0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,137.60                    $8,137.60

2.154

Fernandez, Ghilda
11 Dawson Street
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UPGE62FTI

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$702.39                      $702.39

2.155

Fernandez, Maria
12 Migotti Way
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
2YEYWUMRA

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,034.19                   $9,294.91

2.156

Finch, Lucy
7 Purple Hills Court
Scotts Valley, CA 95066

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CHTUHTYLG

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,446.41          $2,446.41

2.157

Flanders-Roush, Laura
16420 Bonney Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TRNWE2N5N

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,758.65          $2,094.87

2.158

Fletes, Genevieve
P.O. Box 1534
Aptos, CA 95001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YDODO51ON

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,026.86          $6,468.73

2.159

Flores Medina, Ana B
1938 Delcaration St
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WXU1UQJ3S

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,109.55          $7,109.55

2.160

Friend, Laura K
3903 Branciforte Dr
Santa Cruz, CA 95065

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TRYAR06AD

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,326.35          $8,326.35

2.161

Fryson, Michellene Mary Shon
12260 Corte Sabio Unit 5202
San Diego, CA 92128

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PJ76VYZW4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,882.97          $7,882.97

2.162

Fryson, Timothy V.
3468 White Sand Court
PERRIS, CA 92570

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
1A4HO63XM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,919.14                 $1,919.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.163

Gaboni, Gregory
75 Nielson St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BP9HZ0QPZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                     $343.91                   $343.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.164

Gagne, Luce
3150 Winkle Ave
Santa Cruz, CA 95065

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
Z2O8N2T1D

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                   $30,454.87                $6,762.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.165

Garcia-Haro, Caroline
391 Sherwood Dr
Gilroy, CA 95020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9XT20D3WI

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,912.64                    $8,912.64

2.166

Garcia, Hollie Parke
118 Lighthouse Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ALDOC8JIY

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,018.20        $9,642.74

2.167

Garcia, Rosemarie
327 Airport Blvd
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SZM3HJY1W

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,786.00                    $8,786.00

2.168

Garnica-Molina, Rafael
329 Brentwood Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
T8L38VUC7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$840.44          $840.44

2.169

Garrett, Bonnie M.
380 McClellan Avenue
Monterey, CA 93940

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
D9GE4WGMN

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,737.80          $1,737.80

2.170

Gauthier, Jean-paul Joseph
2110 Dolphin Dr
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TWTBRMD1M

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,891.19          $2,891.19

2.171

Gavin, Jennifer E.u.
384 Sweetwood Way
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XTCWFYCFH

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $46,126.08    $5,135.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.172

Germany, Sheryl
111 Lucia Lane
Scotts Valley, CA 95066

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
O634R8OYH

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $10,666.46    $5,737.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.173

Gica, Elmer Joseph
741 Rosemont Ave
Pacific Grove, CA 93950

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VYMJNTEVX

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $5,156.82    $5,156.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.174

Gies, Alanna
1011 Marne Drive
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KK74187KT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,232.55          $6,232.55

2.175

Gil, Christopher
175 Roberta Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0BV7AVCET

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,128.28     $8,155.72

2.176

Gladgo, Jordan
8200 Kern Avenue Apt D204
Gilroy, CA 95020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
J4ZU01XPM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,691.78          $4,691.78

2.177

Golden, Esther Marie
16830 Sorrel Way
Morgan Hill, CA 95037

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0Z2J0DVEU

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$29,572.83   $6,985.05

2.178

Gomez-Marek, Ana
15003 Mesa Oak Way
Prunedale, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
AA7P2GIQW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,437.83   $2,226.93

2.179

Gomez, Maria E
63 Winding Ct
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
E4I06PJAS

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,949.69   $8,338.79

2.180

Gonzalez Garcia, Nancy Elizabeth
984 Longfellow Drive
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HZCKJ23OH

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,184.65            $2,184.65

2.181

Gonzalez, Rocio
451 Winchester Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
Z09VLLEOO

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,439.27            $9,439.27

2.182

Gonzalez, Rosa E
2088 KingHall rd
Royal oaks, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
86HJRWPL1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,906.75          $10,795.90

2.183

Grady, Daniel A
414 Avalon St
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UW58IE0AM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $9,513.11    $7,518.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.184

Gragasin, Albert
103 Hastings ln
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YRPVU72YZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $6,745.05    $6,745.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.185

Green, Barcley Renee
522 Maple Street
aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RBH6EP4KK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $14,338.74    $3,823.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.186

Grisez, Alice Rodriguez
P.O. Box 1503
Feedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YQ2I6B8ZO

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,749.64    $10,726.27

2.187

Grooters, Amy Michelle
151 Stephen Rd.
Unit D
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NDCOUN4UV

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,280.03    $6,026.47

2.188

Guillen-Zepeda, Felipe J
291 Casserly Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5VQA2PM3H

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,100.66    $1,100.66

2.189

Guillen, Angelica
1033 lincoln
watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HD9L6T4IV

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $14,974.51          $9,293.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.190

Guillen, Sandra
97 vista pointe dr
watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3IAY9BRSL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $2,826.55          $2,826.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.191

Gullo, Ashley
27 Blake Avenue
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
E08PXVMWL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $3,274.57          $3,274.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.192**

Haduca, Maria
1212 Palermo Court
Salinas, CA 93905

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9AZZGP6Z6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $2,699.42        $2,699.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.193**

Haraga, Deborah Ann
184A School Way
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
JUUVFTBCT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $11,574.63        $817.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.194**

Hasen, Leslie Anne
361 San Andreas Road
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
8KM1Z7WFF

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $8,362.75        $8,009.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.195

Hassam, Driss
1840 41st suite 102 #265
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YFUSS7H7P

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,963.55          $2,963.55

2.196

Hayes, Eugene J
553 Carpenteria Road
Aromas, CA 95004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RGTTIUFC7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$177.70          $177.70

2.197

Hernandez-Lopez, Mayra
P.O.Box 481
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
I9GDTWGTK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,092.71          $3,092.71

2.198

Hernandez-Santiago, Adriana
18A Associated Ln
Royal Oaks, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
S5NA6TTRM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,493.22     $1,493.22

2.199

Hernandez, Marielou
63 Wheelock Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
31UJNKFT6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,021.92     $8,021.92

2.200

Hernandez, Ponciano
921 Lake Village Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CKV6U09J9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$115.09     $115.09

2.201

Hernandez, Regina
7530 Manzanita circle
Salinas, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
STRKW4IRG

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                     $2,103.33                     $2,103.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.202

Hicks, Kyle
316 2nd Street
Pacific Grove, CA 93950

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
K2O7LTTT5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                     $4,969.76                     $4,969.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.203

Hill, Lucas
365 Eleana Drive
Ben Lomond, CA 95005

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
V54Z0F0RP

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                     $2,446.41                     $2,446.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.204

Hill, Paula
404 Barnet Court
Columbia, SC 29212

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ZM6ATCZLI

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**      $1,392.67      $1,392.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.205

Hilt, Alyssa Louise
11246 Oceanview Avenue
Felton, CA 95018

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
AM8C2N0SZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**      $5,629.87      $5,359.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.206

Hipolito, Mairani Yesenia
15 Lassen Way
Apt J
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
I311PNKYT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**      $4,591.58      $4,591.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.207

Hirthler, Michelle
335 Zurich Avenue
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LL2B23T8G

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,936.52          $6,936.52

2.208

Hirwa, Pascal
164 Weeks Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
Z8Y5V989W

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,503.96          $4,503.96

2.209

Hogue, Lenetta G
25256 Terrace Grove Road
Los Gatos, CA 95033

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UWE5H1XP5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,813.92          $4,813.92

2.210

Huang, Lucy K
1180 Donovan Drive
San Leandro, CA 94577

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
4YASV9OQ0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,640.65          $2,640.65

2.211

Hudson, Michael J
861 Nobel Drive
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
13FSNE3IB

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$35,218.14     $3,228.31

2.212

Huntley, Michelle Denise
445 Main Street Apt 302
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0GNTIXOOE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,280.86          $5,280.86

2.213

Hurley, Denise A
1099 Pleasant Vly Rd
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
O7MKDRIQI

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $13,849.04    $9,687.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.214

Ibarra, Luz M
530 Las Palmas Dr
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
4S27ANXJC

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $12,974.78    $10,672.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.215

Jacinto, Isabel
226 Barbara Way
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5OQ4L9QJD

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $17,044.88    $12,325.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.216

Jacobo, Jeannette
146 Holly Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MMIYAZXS1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**       $8,871.99       $8,871.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.217

Jaeger, Jennifer
2981 Abrams Drive
Marina, CA 93933

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
E8WZ1MMKM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**       $2,971.48       $2,971.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.218

Jauregui, Evelyn
18730 Victoria Lane
Salinas, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
IK341VEFU

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**       $185.09       $185.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.219

Jauregui, Michelle Carranza
52 La Hacienda St.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
981CSQRSN

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $11,730.68    $8,103.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.220

Jimenez, Irma A
943 Acorn Way
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
6TIZAQNW6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $32,696.54    $7,514.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.221

Jimenez, Joann
1961 Main Street Pmb 363
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
G9SUA3Y3J

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $9,372.21    $9,372.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.222

Johnson, Eric R
607 41ST Ave
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3ZF5AMFBP

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,662.54    $7,060.50

2.223

Jones, Deborah K.
732 Almond Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
7O0NXAXNK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,830.20    $2,165.85

2.224

Judd, Julie Ann
1853 43RD Ave
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
JWG46X3ET

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$29,626.77    $6,129.13

2.225

Kall, Janet R
119 San Juan Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
AJYDVKCVU

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $8,449.62        $8,449.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.226

Katz, Dana
28 Brookdale Court
Lafayette, CA 94549

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5XGHZ0956

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $790.02          $790.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.227

Keck, Kelly A
1775 Cassino Road
Seaside, CA 93955

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XJ3SHZ4HS

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $5,849.16        $5,849.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.228

Keith, Clara A
177 Casserly Road
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
1LJNQWHYR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,166.96    $4,920.31

2.229

Kerr, Linda Marie
161 Middle Rd
Ben Lomond, CA 95005

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5HZHPCOHU

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,979.40    $8,432.64

2.230

Khosrowpanah, Sharareh
PO Box 2663
Aptos, CA 95001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
K9ES7XEDH

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,434.53    $10,690.42

2.231

Khunkhun, Jasvir Kaur
49 Kingfisher Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
6VT0X0CWT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $22,977.54     $6,522.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.232

Kjaer, Stephanie
330 Petery Lane
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CQM999E8Y

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $3,454.28     $3,454.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.233

Klinger, Laura
405 Webb Road
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ALUEDGU9O

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $3,716.57     $3,716.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.234

Kolman, Marlene Silveira
5 Monument Ave
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
8ZBLXGBZD

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$24,499.89          $12,281.02

2.235

Kono, Lara Shigeko
19261 Pioneer Place
Aromas, CA 95004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
R2P4FX2TO

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$16,825.11          $6,952.67

2.236

Koshy, Soji
224 Vista Del Mar Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3AT1WOS8Y

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$29,274.70          $2,153.57

2.237

Kreps, Jamie Lyn
2805 Bond Drive
Lafayette, IN 47909

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9GKT3P8GZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $3,813.31    $3,813.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.238

Kueneman, Paul W
715 Almond Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PCYI606XX

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $8,906.47    $7,945.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.239

Kulik, Carole
1235 Mcbain Ave
Campbell, CA 95008

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
X6SDGG0SL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $3,715.20    $1,074.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.240

La Febre, Dina Marie
507 Paradise Road
Salinas, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
N66FHSW3V

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $13,462.94     $10,002.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.241

La Grange, Brenda
19 Sycamore St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WXNZ5JI8M

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $8,808.70     $8,808.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.242

Lamsen, Benjamin Lamadrid
34 Paraiso Ct
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
73EJ2PHAF

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $3,636.37     $3,636.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.243**

Lara-Benavides, Jessica
18871 Lenny Street
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GEBF1QI5B

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,624.27          $7,624.27

---

**2.244**

Lavagnino, Gina Therese
840 Talbot Dr.
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
OD2NT0Z3Q

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,878.96         $6,196.13

---

**2.245**

Lawson, Dona Jean
200 Heather Ter
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VPHRLCR6P

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,648.70         $10,811.55

2.246

Lawson, Mary Lisa
622 Sunset Dr
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
N023XHOBR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$5,575.83                    $5,575.83

2.247

Lentsch, Katelyn
2001 Jennifer Drive
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
82UZAJX1I

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,544.46                    $2,544.46

2.248

Lieberman, Lisa D
336 Alamo Ave
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
F47WZ2SWG

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$964.04                    $964.04

2.249

Loeza, Maria B
1002 Green Valley Rd.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XLOC70III

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $10,324.31        $10,119.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.250

Logan, Rebecca
5001 Southwest 20th Street
apt 3016
Ocala, FL 34474

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HHEXXD66V

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,599.42          $1,599.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.251

Lopez-Medrano, Cynthia
121 2nd Street Apt D
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
82LR93AYC

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $439.40            $439.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.252

Lopez, Alberto
95 Pennsylvania Drive apt 4
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VMUM76YP2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$359.75                    $359.75

2.253

Lopez, Maria Ester
1210 Julian Ct
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LP83QJ7D5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,552.62                    $1,552.62

2.254

Lopez, Sandra Z
827 Cactus Ct
Salinas, CA 93905

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
8I03YKW32

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$754.19                    $754.19

2.255

Lorente, Marivic
43 La Hacienda Street
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
779I3X09D

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $57,826.38        $2,187.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.256

Lotto, Rachael L
18 Magnolia Court
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NAZRAW2Z7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $629.34            $629.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.257

Lowery, Holly Eve
1610 Cuevas Circle
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FTJY25G81

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $37,250.72        $7,236.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.258

Lucchesi, Danielle
16005 Meridian Road
Prunedale, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BVNA6ZEPK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                          $5,528.60          $5,144.05

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.259

Lundy, Daniel Dozier
411 W 20th Ave
Kennewick, WA 99337

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VOTUGMK4G

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                          $6,301.53          $6,301.53

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.260

Luu, Mei
1315 Mission Road
South San Francisco, CA 94080

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
7BTRS2IYB

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                          $340.03            $340.03

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.261

Madrigal, David R.
130 Roache Rd
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0R1X4TD42

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$826.26      $826.26

2.262

Madrigal, Ricardo
2811 Valley View Road
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EP1ESCIEP

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,673.50      $10,516.15

2.263

Magana, Esmeralda
13215 Heritage Cir
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WFRZKPL86

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,083.27      $8,083.27

2.264

Magana, Richard
2547 Freedom Boulevard
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
7QJ4UKV11

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,916.50          $1,916.50

2.265

Magid, Emily F
220 Carrera Cir
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
Y9O10P0I4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,638.21          $7,978.74

2.266

Maldonado, Jesus M
224 4TH St
Soledad, CA 93960

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3O6XO63N6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,823.63          $6,505.82

2.267

Manabe, Janice
2075 Dolphin Drive
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GCQPIXZ3U

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,104.17        $9,640.90

2.268

Marchese, Cynthia
4725 Soquel Creek Rd
Soquel, CA 95073

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
IEVM3WJSG

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$932.90        $932.90

2.269

Marciel, Ann L
27 Rosewood Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DG8B39B25

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$16,084.55        $5,595.64

2.270

Marquez, Alyxandra
187 G Harden Parkway
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
J7J548BC1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$4,130.47                    $4,130.47

2.271

Marquez, Sandra
1420 Tampico Avenue
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
N2MVCL0G9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$4,074.06                    $4,074.06

2.272

Martin-Gurr, Karen
431 Poppy Hill Road
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YJYK26R3O

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,904.88                    $2,904.88

2.273

Martin, Luann L
139 Onyx Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0N40KOBG6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $28,914.34    $7,324.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.274

Martin, Reyna
534 Secoya St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NPVFSCIMH

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $7,321.64    $7,321.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.275

Martinez Vargas, Gerardo A
3140A Cunnison Ln
Soquel, CA 95073

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
K6D6WFBII

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $88.62    $88.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.276

Martinez, Angelica Marie
39 Beverly dr.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0ICEJ1VQ1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $8,906.56            $8,906.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.277

Martinez, Carmen A
53 Holly Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9TYS7I3W0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $10,409.36           $9,888.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.278

Martinez, Cynthia
145 Montebello Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UY1CMVOYS

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $4,202.75            $4,202.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.279

Martinez, Elvira
10 Monument
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UMKIFRA3C

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$20,029.09    $10,112.93

2.280

Martinez, Sandra
15 Salinas Road
Pajaro, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HCVHISWKS

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$191.95    $191.95

2.281

Mata, Nicholas
128 May Avenue
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PBY10Y9DK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$41,874.06    $5,834.82

2.282

Mather, Patricia K
45 Terrys Court
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ZKJIV5VM2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $57,736.49        $0
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.283

Mayou, Marie Bernardete
513 E Beach St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UPU875DLM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $5,237.17        $5,237.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.284

McDaniel, Michelle Patricia
209 Miles Lane
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
AB26Y4ND6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $32,987.35        $7,354.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.285

Mcdowell, Cindy
PO Box 3485
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9UASL2OPQ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,615.07      $5,615.07

2.286

McGinn, Maura Denise
898 Calabasas Road
Corralitos, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LK6993W0U

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,732.92      $6,732.92

2.287

McKenzie, Melinda Sue
714 Sloat Circle
Salinas, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
56F9CY0UU

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,654.74      $6,109.40

2.288

McRae, Amanda
431 Capitola Ave
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
IVUKZ1XDC

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$390.90        $390.90

2.289

Medina Perez, Alma
122 Palm Ave
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
OTM8MWGUW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,283.63      $1,283.63

2.290

Medina, Leticia
9858 Brookgrass Place
Salinas, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UG63PA95H

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,093.14      $6,093.14

2.291

Medina, Lorena
57 Johnson Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KNVJTQ4JF

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,718.03        $10,110.38

2.292

Mendez, Jennifer
1585 Bulb Avenue
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
C3P3H0N5H

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,769.75        $4,769.75

2.293

Mendez, Leticia
19 Nona Ave
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
V80Y2ZTI0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,951.55        $10,722.98

2.294

Mendoza, Adriana
19015 Moro Rd
Salinas, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BCUC24Q9D

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $6,361.27          $6,361.27

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.295

Meza, Lorena
24 B Lewis Rd
Royal Oaks, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9JRKUYFZT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $7,927.04          $7,927.04

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.296

Meza, Maria Rosario
1468 Modoc Ave.
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
E3U8YTIV6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $11,721.82         $10,763.85

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.297

Miller, Wendy M
125 Hastings Lane
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ZJPUOVMA2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,638.40    $2,638.40

2.298

Minuti, Nancy M
303 Button St
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
2Y1P40QGQ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$40,771.24    $7,004.42

2.299

Mojica, Anel G
49 Norman Way
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5MV0FWQHT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,190.82    $6,190.82

2.300

Molinar, Jamie Lynn
259 Meadowlark Lane
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UAZ23WJIA

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $16,224.91    $5,578.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.301

Monroy, Victoria
PO Box 762
Aromas, CA 95004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MSI8VBBE0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $19,828.58    $9,971.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.302

Montanez, Jorge
32 Las Lomas Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ESPY0OPJV

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $9,877.53    $7,774.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.303

Montecinos, Erika
136 MONTEBELLO DR
WATSONVILLE, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
91ZERGAHM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$7,893.21    $7,893.21

2.304

Montes, Valerie Coleen
12 Pima St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CT2ZDQ74M

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$19,127.27    $6,091.77

2.305

Mootz, Timothy Michael
PO BOX 522
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HO0BDH2RS

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$4,066.21    $4,066.21

2.306

Moreno, Katherine Jean
255 Jonquil Lane
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LDYYDX98N

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,744.52        $5,268.00

2.307

Moreno, Ronald
5655 Silver Creek Valley Road
San Jose, CA 95138

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
T6HCXQQ9C

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,253.45        $6,253.45

2.308

Morioka, Sandra J.
765 Via Del Lomas
Aromas, CA 95004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VGJ8UTBLT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,111.84        $6,514.79

2.309

Morrow, Lee
443 California Street
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
J9JX7YH4J

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,506.05                    $2,506.05

2.310

Murphy, Jane Kearney
P.O. Box 1882
Boulder Creek, CA 95006

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
R9FA5Y2NG

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$16,869.37          $8,228.17

2.311

Nakatani, Douglas M
146 Crissara Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3412QOFG2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$43,708.85          $6,367.93

2.312

Narez-Ortiz, Maria
435 Herman Ave
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
2ZW5GJ9EA

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,637.80                    $6,637.80

2.313

Nell, Lisa
239 Sierra Vista Ct
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ZKMC1FOFZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,770.56                   $7,259.16

2.314

Nell, Sergio
239 Sierra Vista Ct
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
V6EJSA3IK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,039.56                   $8,265.39

2.315

Nelson, Celeste
3120 Bradley Circle
Marina, CA 93933

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9NJMFOMOL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,668.67          $2,690.68

2.316

Newcombe, Angela Elaine
448 Danube Drive
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3PZGPRGCF

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,863.34          $5,461.17

2.317

Nicholson, Robert
PO Box 83
Aromas, CA 95004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YT62HI0YK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,580.56          $7,526.65

2.318

Nickel, Betty L
479 Suncrest Way
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0P909S8E2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                $6,911.92        $5,384.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.319

Nieminen, Carly Rene
15843 Meridian Rd
Salinas, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
65QIS2KCX

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                $3,899.23        $3,899.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.320

Noarbe, Hazel Echare
21 Chappel Loop
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
Y9J8L7MVT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                $5,424.97        $3,548.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.321

Noarbe, Zora E
54 Quinta Vista St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
OG0OLXVMU

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**       $19,715.82      $642.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.322

Nunez-Hartsock, Julianna
1603 East Lake Avenue
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
T6B3MCY8Z

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**       $2,432.30      $2,432.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.323

O'Gorman, Kathleen
431 Escalona Dr
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
T001OKV88

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**       $1,588.82      $1,588.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.324

Ocasiones Casas, Jocelyn
82 Kip Dr
Apt.22
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DTXT600PA

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**            $3,598.06            $3,598.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.325

Oda, Jake
Montebello Drive
Gilroy, CA 95020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XU9QPXAJO

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**            $687.62            $687.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.326

Omer, Huda
1674 Boston Street
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
70VBGOR9Y

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**            $8,015.08            $6,775.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.327

Orbizo, Ryan Sugue
230 Misty Glade Ln Apt E
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
QZ5V4N4IY

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $6,225.10          $6,225.10

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.328

Ornelas, Leticia Magana
1228 San Gabriel Ct
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
8GJQG8LKR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $21,040.29         $10,000.64

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.329

Ortega, Elvia
32 Tharp ave
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9QZWOHDQZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $962.59           $962.59

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.330

Ortiz, Joanna
245 West Phillips Road
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MDYFDA6UR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $5,552.51          $5,552.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.331

Ortiz, Yuri
789 Green Valley Rd Sp116
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KWYY17SPG

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $16,907.46          $4,443.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.332

Owen, Teresa
355 Naples Street
Weirton, WV 26062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5TLKS5QSA

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $644.42          $644.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.333

Pacheco, Maria L
149 Grant St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ZJUYQ09Z9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,613.50          $2,613.50

2.334

Padilla-Abonce, Celia
121 A Hall Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
L5RAIVX4C

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,761.01      $10,237.86

2.335

Padilla, Erica P
238 Shasta St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
IHQXMHB1K

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,642.32          $5,642.32

2.336

Palac, Rubyahn
1481 mustang ct
salinas, CA 93905

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
6Q9TZKJ1Q

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $5,036.22              $5,036.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.337

Panzich, Valerie Nicole
P.O. Box 1360
Aptos, CA 95001

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
8RICYD3S5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $22,319.32             $9,164.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.338

Papanggo, Josefina
5537 McFarlan Ranch Drive
Antioch, CA 94531

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
T4OP9AXPR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $3,928.16              $3,928.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.339

Pasag, Adolfo
600 Tuttle Ave
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MBNWNSQEZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,387.47          $6,387.47

2.340

Patel, Ravikumar J
1165 North main st.
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9ZXWA2DQV

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,670.26          $4,670.26

2.341

Pearse, Emma Louise
79 Alta Vista Dr
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EM5RJWRKI

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$21,916.01          $9,278.15

2.342

Pena, Veronica
1961main st #352
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WXIO9I11S

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $9,057.84          $9,057.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.343

Perez, Carolina
1007 Fitzgerald Street
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EFVZJBLZE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $19,824.72          $13,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.344

Perez, Julisa Isabel
20 Bafp Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
V13606SY9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $3,663.22          $3,663.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.345**

Perez, Silvia E
205 Bronson
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TSB9XYEKP

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$41,139.95          $6,522.40

**2.346**

Perez, Yolanda
33 Minto Rd
#1101
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
63CUQ7E1X

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,529.62          $6,529.62

**2.347**

Perry, Michelle
2245 Woodside Lane #8
Sacramento, CA 95825

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HK8X4NPL1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$957.20          $957.20

2.348

Petty, Deborah A
2480 Valley View Rd
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
W646ZOZR3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,260.20        $1,260.20

2.349

Philips, Megan
30 West Lake Avenue
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
2D7RBHBP9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,019.82        $1,019.82

2.350

Pineda-Cermeno, Marylou
1155 Eaglehill Rd.
Royal Oaks, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
O1OCKZ3GD

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$882.80        $882.80

2.351

Plascencia, Olga Marisela
493 Winchester Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NRI1PLLFC

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,490.74     $5,490.74

---

2.352

Plouchart, Laura F
14 Linden Street
Salinas, CA 93905

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XXXG7BLF3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,529.15     $4,529.15

---

2.353

Pollard-Gensberg, Anthony
15 Antler Place
Monterey, CA 93940

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
6EMHTSPXM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,225.04     $4,225.04

2.354

Ponce, Albina
225 bockius street
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TRV6P4H26

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $6,401.53          $6,401.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.355

Ponce, June
36 Riverside Road
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
L45MKLTBC

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $781.04          $781.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.356

Popyon, Rochelle
7139 Aptos Beach Court
San Jose, CA 95139

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
QIYX5IC5U

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $2,274.30          $2,274.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.357

Porrez, Raymond
11141 Speegle Street
Castroville, CA 95012

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
9UVLSNP3J

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**        $181.33             $181.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.358

Price, Pamela J
472 Abalone Drive
La Selva Beach, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ZJ5T86W1G

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**        $10,637.67      $6,172.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.359

Przelenski, Gloria Jean
2465 Shoreline Drive Apt 416
Alameda, CA 94501

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YI73PCZIO

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**        $11,504.75      $6,503.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.360

Ramirez, Ana
970 Green Valley Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
O58RVUJFQ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $32,190.10    $8,324.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.361

Ramirez, Lydia G
PO BOX 213
Aromas, CA 95004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
QH56CMMPK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $2,299.18    $2,299.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.362

Ramsey, Cory D.
224 Sand Street
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LGW7QT953

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $19,965.51    $6,115.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.363

Rankin, Carla A
200 Wingfoot Dr
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RAAG5VF96

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,925.85     $7,270.82

2.364

Rawson, Milana
1321 Ord Grove Avenue
Seaside, CA 93955

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
IURLFN7NZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,402.35     $8,046.92

2.365

Rebosura, Annette
7081 Kirigin Way
Gilroy, CA 95020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EVVU9YIFG

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,079.49     $4,079.49

2.366

Reece, Sonia
1696 Valley Oaks Drive
Gilroy, CA 95020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
7C2JVI1XT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $487.89          $487.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.367

Renteria, Diana
228 Green Meadow Drive
apt C
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
2D5DINSDA

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $9,284.25          $9,284.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.368

Reyes, Elizabeth Hernandez
120 Montebello Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
7W989Z1UE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**           $10,800.67          $6,977.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.369

Reyes, Socorro
605 6t st
hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YG7JWC4UM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$993.81          $993.81

2.370

Rhodes-Rendon, SkyeNora RuthEva
P.O.Box 291
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RB3IGIA7Q

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,446.99      $7,135.33

2.371

Ribeiro, Camilla
1795 47th Ave
Unit B
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NY0VZRUIW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,536.54       $1,536.54

2.372

Riggs, Hillary V
3536 Gross Road
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3C337Z3RT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$29,528.55      $6,334.35

2.373

Rocha Fernandez, Margarita
110 Gera Court
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
898DPDBJL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$22,518.10      $9,418.86

2.374

Rocha-Melgoza, Jasmin
65 Bright View LN
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
QGKUQRWG5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,386.10      $6,386.10

2.375

Rocha, Maribel
5 Jeanette Way
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GB1FSCKLN

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$915.82          $915.82

2.376

Rockwood, Kathryne G
36 Loma Avenue
La Selva Beach, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5WJ2EP6M8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,422.14     $8,044.42

2.377

Rodarte, Griselda
140 Fernside St
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XTCQOJFXL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$16,051.77     $5,586.85

2.378

Rodriguez, Cecilia
389 Chappell Rd
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KMPH5JVW1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $13,031.09     $9,958.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.379

Rodriguez, Maria
PO Box 2154
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
J33KYITR2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $15,455.28     $9,541.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.380

Rodriguez, Maria D
705 Calle Del Rio
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
4MYPD6FJL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**     $22,272.39     $4,749.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.381

Rodriguez, Michelle
68 Mountain View Road
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
D6G33OJ6X

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,637.55          $2,637.55

2.382

Rodriguez, Refugio
52 Wilkie Ave
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3PS6KX1G4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$31,605.85          $6,950.40

2.383

Rodriguez, Rita M
262 Crestview dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3RQMLX3XH

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$5,081.92          $5,081.92

2.384

Rose, Stacy Elizabeth
430 6th Avenue
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
0ZHL5YOYF

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,600.83          $4,706.32

2.385

Rubalcava, Quiche Itza Cruz
1654 Dolphin Drive
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
K7OLRSXGH

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,521.85          $7,186.27

2.386

Rubin, Shear-yashuv
3340 South Polo Drive
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RNZCALGU2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,149.41          $5,035.82

2.387

Rubio, Maria Sandra
1220 Natalie Lane
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UEK5U9TPE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,083.01     $6,935.06

2.388

Ruiz, Candy Yarely
PO Box 308
Watsonville, CA 95077

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
Y255U5C5F

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,596.13     $5,596.13

2.389

Salazar, Gabriela
6169 E. Cortland Ave.
Fresno, CA 93727

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BR46PFF34

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,463.46     $7,922.44

2.390

Salcedo, Jackelyn
105 Mesa Verde Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WE17V9QHH

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,395.12          $3,395.12

2.391

Saldana, Gabriela
847 Sandra St
Los Banos, CA 93635

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
1PT814W6P

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,011.59          $1,011.59

2.392

Sales, Adrian
476 Beck St.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
K6M0BVGVZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,157.63          $6,655.48

2.393

| | | | |
|---|---|---|---|
| Salgado, Cristina<br>311 Arthur Road<br>Watsonville, CA 95076 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,446.88 | $5,736.15 |
| **Date or dates debt was incurred**<br>Various | | | |
| **Last 4 digits of account number**<br>PFMXEW5FT | **Basis for the claim:**<br>Wage Claim | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) ( 4 ) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

2.394

| | | | |
|---|---|---|---|
| Salgado, Rosa<br>328 Mesa Verde Drive<br>Watsonville, CA 95076 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,537.41 | $7,844.93 |
| **Date or dates debt was incurred**<br>Various | | | |
| **Last 4 digits of account number**<br>DUXU3CN2D | **Basis for the claim:**<br>Wage Claim | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) ( 4 ) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

2.395

| | | | |
|---|---|---|---|
| Salyards, Mary Elizabeth<br>616 Bridge Street<br>Watsonville, CA 95076 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $803.07 | $803.07 |
| **Date or dates debt was incurred**<br>Various | | | |
| **Last 4 digits of account number**<br>HPM6WHTWP | **Basis for the claim:**<br>Wage Claim | | |
| **Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) ( 4 ) | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

2.396

Salyer, Steven
7186 Pitlochry Drive
Gilroy, CA 95020

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XCBXW6JXV

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,917.95        $0

2.397

Sample, Susan Frances
24 Secondo Way
Royal Oaks, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WGKGS3ZUC

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,607.41        $7,718.77

2.398

Sanchez-Ramirez, Gabriela
2215 East Lake Avenue
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RENNKEWBV

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,678.87        $1,678.87

2.399

Sanchez, Esbie
3 Quinza Court
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ZF1LB74NK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $3,160.94          $3,160.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.400

Sanchez, Leticia
732 Saratoga Dr
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
S0LTPFA5V

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $8,403.95          $8,403.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.401

Sanchez, Nancy
131 Mount Madonna Road
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HVS2S10C7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $11,488.57          $7,745.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.402

Sandford, Gavin
216 Appleton Drive
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RSNRQWIL2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$495.17                                   $495.17

2.403

Sandoval Castillo, Claudia
128 Weeks Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
7NP3FZWON

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,766.35                                 $8,766.35

2.404

Sandoval, Nancy
171 Whiting Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NYPUVXQ36

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$21,074.05              $7,175.23

2.405

Sanfilippo, Linda Kathleen
1531 Hallcrest Drive
San Jose, CA 95118

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GPTW8ELBY

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $1,880.71          $1,880.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.406

Schemery, Kathryn
234 Algen Lane
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
H3H30WBIX

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $1,531.02          $1,531.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.407

Schoenbrod, Jonathan Coppley
719 Filmore St
Monterey, CA 93940

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NKQPK2OUE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $36,203.72         $6,876.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.408

Schubach, Barbara J
23560 Mountain Charlie Road
Los Gatos, CA 95033

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HV01371RS

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $2,274.67        $2,274.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.409

Scianna, Marci
815 35th Avenue
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
L4NE2KVLG

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                   $17,684.79      $9,140.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.410

Scott-Henderson, Daphne
350 Elena Drive
Ben Lomond, CA 95005

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SL6ET2SOJ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                     $709.42         $709.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.411

Scott, Gina Rene
1801 44TH Ave
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YHW5IF4EB

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,681.27          $6,681.27

2.412

Segura, Rosario
743 Nevada Street
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UECVWGU8C

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,504.07          $7,504.07

2.413

Seguritan, Mary Ann
1430 42nd Ave
Apt 1
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
W9GKQQNK7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,021.59         $11,783.39

2.414

Sellado, Melinda
231 Evan Circle
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
4N2K91GN3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $14,713.73    $1,145.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.415

Serra, Mary Patricia
2520 Begonia Place
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
8ATPHQVEX

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $27,352.01    $5,883.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.416

Serriteno, Julio C
833 Lewis Rd
Royal Oaks, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YBFC4SDYR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $28,067.10    $6,249.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.417

Sharma, Sumer
787 The Alameda
San Jose, CA 95126

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5X6ND07DD

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,176.31    $2,496.15

2.418

Siemon, Sarah
8841 Berta Ridge Court
Salinas, CA 93907

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GXJ2RN73S

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$24,387.04    $7,788.62

2.419

Sims, Anesa
1776 Botelho Dr.
Apt.123
Walnut Creek, CA 94596

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
J79UHGUW4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$805.06    $805.06

2.420

Sison, Mario Jose
1900 Highway 1
Spc 90
Moss Landing, CA 95039

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
T0N1JG2SN

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $912.67          $912.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.421

Skillicorn, Karen
583 Tuttle Ave
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
N0ASPMHCO

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $22,395.03          $5,028.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.422

Smiley, Penny
135 Atherton Loop
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3MQNROAMQ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $16,608.04          $10,911.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.423

Smith, Dawn Marie
201 Maple Way
Boulder Creek, CA 95006

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ADG534DWP

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,244.13     $7,408.59

2.424

Smolanovich, Elizabeth Louise
300 Petery Lane
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
B82CUQKC4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$24,867.12     $6,457.86

2.425

Spitzer, Mirta L
302 6th Street
PO box 346
San Juan Bautista, CA 95045

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KG5MDH464

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,400.00     $6,400.00

2.426

Steele, Jacqueline
3124 N. Main St.
Soquel, CA 95073

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LE93GLJND

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,609.85   $6,066.78

2.427

Steimer, Alma Delia
1255 38th Ave
Spc 88
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
JIG1RM7WM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,901.55   $6,374.97

2.428

Stevens, Destiny K
309 Carl Lane
Capitola, CA 95010

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
7FBOA246Y

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,108.71   $3,557.50

**2.429**

Stewart, Alyssa M
2321 Capitola Road
Santa Cruz, CA 95062

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
16260117

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,150.48          $6,150.48

**2.430**

Strickling, Kelly
330 San Luis Ave
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SRD3X8TDB

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,699.05     $9,736.62

**2.431**

Suarez, Yasmin
88 santa clara st.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KUN2KNU5T

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,225.63          $2,225.63

2.432

Suber-Ventura, Mendi Ann
258 Dundee Dr.
Monterey, CA 93940

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KTQ2NM1KW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$685.12          $685.12

2.433

Surwald, Sharon Teresa
689 Delta Way
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VEHL0B3OW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,130.26      $10,053.53

2.434

Talamantes, Georgina
282 Manfre Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
R60CZV8LM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,186.22        $9,186.22

2.435

Tatum, Paul
110 Carrera Circle
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
IXOMAPIX4

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,915.15                    $4,915.15

2.436

Thomas, Anne
16511 Alexander LN
East Garrison, CA 93933

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TA8PIDPLU

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,274.21                    $2,274.21

2.437

Thomas, Jessica
6445 Vineyard Estates Dr
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TQ3S7M0ME

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$25,105.92         $3,562.95

2.438

Timan, Juvy A
275 Webb Rd
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
R3LTBTU1P

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $11,335.30   $11,298.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.439

Tiongson, Mary Emily
21 Longfellow Cirle
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YR4HYDCH7

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $29,760.84   $6,046.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.440

Torres, Francisco I
156 Santa Clara St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
AFX9CEGV8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $28,237.53   $9,418.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.441

Torres, Teresa F
37 Kingfisher Dr.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ORN1W2Z52

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$16,454.90     $9,085.55

2.442

Tosello, Cheryl
165 Baldwin St
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
7GR5BDFZR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,843.53     $7,843.53

2.443

Townsend, Theresa Almendariz
1700 Cambrian Dr
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
F63MXSPWS

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,066.44     $3,066.44

2.444

Trout-Lacy, Nelida Anzhelika
115 Onyx Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3JSK9ZWXO

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $10,813.35    $7,283.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.445

Trujillo, Andrea
11 Carr Avenue
Aromas, CA 95004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GKPLOQF45

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $524.73    $524.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.446

Turowski, Melanie S
213 Sunset Terrace
Scotts Valley, CA 95066

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
QOVTY6UXD

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $2,411.92    $2,411.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.447

Valdez, Regilio
141 Alma St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
K0BPJMCNK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$25,257.19    $8,241.02

2.448

Valdez, Virginia
607 Larkspur St
Soledad, CA 93960

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
T80LJH4C9

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,024.97    $6,024.97

2.449

Valoroso, Cresencia D
50 Honeysuckle Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
JMLGKMNS0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$16,288.58    $9,653.51

2.450

Vargas, Lori
43 Fletcher Ct.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
1FMCILFQF

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,005.73          $2,005.73

2.451

Vargas, Ruth
127 Grant St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
STKR88SWX

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,382.90          $7,382.90

2.452

Vargas, Veronica
746 Arce St.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
H6T9V44I3

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,498.70          $6,498.70

**2.453**

Vasquez, Jorge
49 Blanca Lane #902
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EEQ8DULJG

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $10,575.11          $9,686.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.454**

Velasquez, Jessica
1230 Tamara Ct
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DGYIXYPTQ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $538.92          $538.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.455**

Velasquez, Sonia D
PO Box 1555
Watsonville, CA 95077

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NYL3Q7MI2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $16,597.57          $9,657.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.456

Velez, Alma
9 Monterey Vista Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
G3RK7WB99

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$22,744.23      $8,734.96

2.457

Verdia, Raquel
331 E Beach St
#3
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
5HWDC9F29

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,365.05      $4,365.05

2.458

Victory, Justin James
457 Jolon Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
2ERZ6RVXZ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,787.08      $3,787.08

**2.459**

Vidaurri, John Richard
128 Pioneer Road
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XTHQONZWX

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $10,005.93    $8,752.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.460**

Villa, Breana Danel
1041 Connely Street
Salinas, CA 93905

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
2Q1QBXI9R

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $2,389.28    $2,389.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.461**

Villalobos-Estrada, Jose Higinio
PO Box 1344
Watsonville, CA 95077

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NNUDF8SJE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $15,748.33    $10,211.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.462

Villalobos, Agueda
5 Progress Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
6J2T4BEY1

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $9,305.27      $9,305.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.463

Villalobos, Aldo
5 Progress Avenue
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TBU3FM89R

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $138.86      $138.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.464

Villaneda, Briana Alejo
Po box 10641
Salinas, CA 93912

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YA42AYP23

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**      $5,489.33      $5,489.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.465**

Viramontes, Lupita
1633 Bennington Court
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MVYS7VIOH

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:** $3,925.55   $3,925.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.466**

Virostko, Onawa D
849 Almar Avenue
Suite C, PO Box 479
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KGPMJ4JQW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:** $784.43   $784.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.467**

Vranjes, Matko
506 Brewington Ave.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NW4VUBKLQ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:** $52,885.00   $4,063.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.468

Vranjes, Snjezana
145 Sudden Street
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
2J6ARGOSN

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$3,831.71                    $3,831.71

2.469

Vu, Emily
1905 Orolette Pl
San Jose, CA 95131

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
F6BKE9RQJ

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$2,770.32                    $2,770.32

2.470

Wade, Edward
255 E Bolivar #3
Salinas, CA 93906

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
D729U3C9H

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$8,292.08                    $8,292.08

2.471

Wafford, Debra
PO Box 401
Aromas, CA 95004

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
6T33L58DF

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,162.95      $10,904.95

2.472

Wagner, Ramona
11 Blossom Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CEQ8286LW

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,241.33      $7,232.87

2.473

Wallin, Kymm Ann
1503 Escalona Drive
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WDRJ9PFWL

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,739.52      $2,435.72

2.474

Waltrip, Kelly B
1961 Main St Ste 141
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
F08WTHJ4Y

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $219.64            $219.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.475

Watson, Leslie
1310 Parkview Dr.
Wellsville, OH 43968

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
OQ20VGSL5

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $3,098.10          $3,098.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.476

Weaver-Mullin, Marjorie Lynne
172 Montebello Dr
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
C2B670ILT

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $23,454.61         $10,956.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.477

Weld, Desiree
1250 Tamara Court
Hollister, CA 95023

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
2PP8FLOEP

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,214.60                    $1,214.60

2.478

Weldon, Diana Renee
137 Compton Terrace
Freedom, CA 95019

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UCSDHYIN0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,587.18                    $5,587.18

2.479

Werner, Teri
PO Box 2166
Monterey, CA 93942

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UK0QSH1D6

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,503.36                    $4,503.36

2.480

White, Julia L
811 Loma Prieta Drive
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YEJYGOAEA

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $20,687.51    $4,649.24

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.481

White, Kathryn
509 Alta Drive
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ZDA69S81Q

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $2,738.19    $2,738.19

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.482

Whitney, Lisa
19131 Fallingwater Lane
Marina, CA 93933

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
P4JWQ17F2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $7,849.85    $4,772.29

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.483

Wilkins, Jessica Lynn
1665 Wilshire Dr
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
6M8RUAO9D

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $14,872.58    $6,629.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.484

Wilkinson, Scott A
525 Santa Margarita Way
Aptos, CA 95003

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
Z38YWPFH2

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $18,329.63    $9,307.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.485

Wilson, Kathleen Suzanne
6 Pera Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
K4W7W8QHM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $18,906.77    $11,259.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.486

Wood, Sasha D
160 Franich Drive
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
XLA4ONGK0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                     $2,208.34          $2,208.34

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.487

Wurie, Aminata R
163 Crestview Court
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
H0PITTLQK

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                     $11,718.57         $8,489.53

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.488

Yarnell, James
514 North Plymouth St
Santa Cruz, CA 95060

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
3D4IM2KXE

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                     $19,257.03         $8,616.08

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.489

Young, Mia
3097 Nicklas Lane
Marina, CA 93933

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VV6QQ6W59

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,388.26          $2,388.26

2.490

Zamora, Lorena
48 Monterey Vista Dr.
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
4I1AK7F9A

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$21,228.13        $3,506.53

2.491

Zamora, Lupita O
525 Airport Blvd # 5
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
L9N65A1M0

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$25,781.52        $0

2.492

Zamora, Maria J
531 Center St
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BROKNB97A

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,299.37        $10,329.60

2.493

Zamora, Melisa Ann Asuncion
265 Corralitos Road
Watsonville, CA 95076

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UVPHB5JM8

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$644.52        $644.52

2.494

Zeleny, George Y
13434 Warren Avenue
Marina, CA 93933

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SGWMW19QR

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Wage Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,939.44        $7,259.08

2.495

Zimmer, Daniel Brian
996 Trout Gulch
Aptos, CA 95003

**As of the petition filing date, the claim is:**    $15,431.24    $10,823.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YHLLJ7SQY

**Basis for the claim:**
Wage Claim

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No

☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

3.1

3M HEALTH INFORMATION SYSTEM
DEPT 0881
PO BOX 120881
DALLAS, TX 753120000

**As of the petition filing date, the claim is:**    $119,217.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

3MHL

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2

AARP SEC HOR DIG
PO BOX 752
BAKERSFIELD, CA 93302

**As of the petition filing date, the claim is:**    $1,273.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.3**

ABBOTT DIABETES CARE SALES
PO BOX 92679
FREEDOM, CA 606752679

**Date or dates debt was incurred**
Various

A711

As of the petition filing date, the claim is:    $8,923.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**

ABBOTT LABORATORIES
P.O. BOX 92679
FREEDOM, CA 606752679

**Date or dates debt was incurred**
Various

A706

As of the petition filing date, the claim is:    $54,646.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

ABBOTT/ROSS PRODUCTS DIVISION
PO BOX 92679
FREEDOM, CA 606750000

**Date or dates debt was incurred**
Various

R757

As of the petition filing date, the claim is:    $4.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**

ACCENT
PO BOX 952366
FREEDOM, CA 631952366

**Date or dates debt was incurred**
Various

AC07

As of the petition filing date, the claim is:    $888.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7**

ACCRUENT, LLC
11500 ALTERRA #110
FREEDOM, CA 787580000

**Date or dates debt was incurred**
Various

ACCR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,020.00

---

**3.8**

ACE HARDWARE
1820 FREEDOM BLVD
FREEDOM, CA 950190000

**Date or dates debt was incurred**
Various

A025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$143.00

---

**3.9**

ACELL INC.
PO BOX 347766
FREEDOM, CA 152510000

**Date or dates debt was incurred**
Various

A057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,863.00

---

**3.10**

ADEX MEDICAL STAFFING,LLC.
13083 TELECOM PARKWAY NORTH
FREEDOM, CA 336370000

**Date or dates debt was incurred**
Various

ADEX

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Traveling Nurses

**Is the claim subject to offset?**
☑ No

☐ Yes

$100,957.00

3.11

ADP COMMERCIAL LEASING, LLC.
3726 SOLUTIONS CENTER
FREEDOM, CA 606770000

**Date or dates debt was incurred**
Various

ADP

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,983.00

3.12

ADP, LLC
PO BOX 31001-1874
FREEDOM, CA 911100000

**Date or dates debt was incurred**
Various

ADPP

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$157,777.00

3.13

ADVANCED STERILIZATION PRODUCTS
33 TECHNOLOGY DRIVE
FREEDOM, CA 926180000

**Date or dates debt was incurred**
Various

A730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$49,951.00

3.14

AESCULAP,INC.
PO BOX 780426
FREEDOM, CA 191780426

**Date or dates debt was incurred**
Various

A732

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,254.00

**3.15**

AETNA
PO BOX 12340
FRESNO, CA 93765

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,879.74

**3.16**

AGILITI HEALTH, INC
PO BOX 851313
FREEDOM, CA 554851313

**Date or dates debt was incurred**
Various

4860

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$70,881.23

**3.17**

AGILITI SURGICAL, INC
PO BOX 851315
MINNEAPOLIS, MN 554851315

**Date or dates debt was incurred**
Various

P113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,919.00

**3.18**

AIMS WC
PO BOX 28100
FRESNO, CA 93729

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$791.14

**3.19**

AIRGAS LLC
P.O. BOX 102289
FREEDOM, CA 911890000

**Date or dates debt was incurred**
Various

A740

**As of the petition filing date, the claim is:**                        $63,690.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.20**

Patient 70562
Not Disclosed

**Date or dates debt was incurred**
06/15/2021

**As of the petition filing date, the claim is:**                        $231.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.21**

ALLERGAN USA, INC
12975 COLLECTION CENTER DRIVE
FREEDOM, CA 606930129

**Date or dates debt was incurred**
Various

A086

**As of the petition filing date, the claim is:**                        $18,966.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.22**

ALLIANCE 5
1600 GREEN HILLS ROAD
SUITE 101
SCOTTS VALLEY, CA 95066

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                        $2,611.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.23**

ALLIED UNIVERSAL COMPANY
P.O. BOX 828854
FREEDOM, CA 191820000

**Date or dates debt was incurred**
Various

4501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$122,851.00

**3.24**

ALLISON S. MALOUF
111 BEVERLY DRIVE
FREEDOM, CA 395640000

**Date or dates debt was incurred**
Various

AL21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Traveling Nurses

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,288.00

**3.25**

ALLO/SOURCE
PO BOX 801020
FREEDOM, CA 641801020

**Date or dates debt was incurred**
Various

9795

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,864.00

**3.26**

ALTA MEDICAL SPECIALTIES
2322 SOUTH PRESIDENTS DRIVE
STE B
SALT LAKE CITY, UT 841200000

**Date or dates debt was incurred**
Various

ALTA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,130.00

3.27

AMERICAN DATA NETWORK
10809 EXECUTIVE CENTER DR STE 300
SEARCY BUILDING
LITTLE ROCK, AR 722110000

**Date or dates debt was incurred**
Various

DAS4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,000.00

3.28

AMERICAN HOSPITAL ASSOCIATION
SOCIETY FOR HEALTHCARE STRATEGY
PO BOX 92247
CHICAGO, IL 606752247

**Date or dates debt was incurred**
Various

7464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,737.00

3.29

AMERICAN IV PRODUCTS
7485 SHIPLEY AVE
FREEDOM, CA 210770000

**Date or dates debt was incurred**
Various

5618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

3.30

AMERICAN MEDICAL RESPONSE
PO BOX 742464
FREEDOM, CA 900740000

**Date or dates debt was incurred**
Various

4840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,005.00

**3.31**

AMERICAN MEDICAL TRANSPORT,INC
DBA CENTRAL COAST AMBULANC
PO BOX 1244
APTOS, CA 950010000

**Date or dates debt was incurred**
Various

7002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$220.00

**3.32**

AMERICAN MESSAGING
PO BOX 5749
FREEDOM, CA 601970000

**Date or dates debt was incurred**
Various

V709

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,215.00

**3.33**

AMERICAN RED CROSS
BLOOD SERVICES
PO BOX 100805
PASADENA, CA 911890805

**Date or dates debt was incurred**
Various

A148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$97,270.00

**3.34**

AMN WORKFORCE SOLUTIONS, LLC
PO BOX 744869
FREEDOM, CA 303744869

**Date or dates debt was incurred**
Various

4850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,195.00

3.35

Patient 70561
Not Disclosed

**Date or dates debt was incurred**
07/21/2020

**As of the petition filing date, the claim is:**      $67.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

3.36

ANTHEM BLUE CROSS
PO Box 659940
Woodland Hills, CA 91365

**Date or dates debt was incurred**
07/02/2021

**As of the petition filing date, the claim is:**      $2,391.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

3.37

APPLIED MEDICAL
PO BOX 894854
FREEDOM, CA 901894854

**Date or dates debt was incurred**
Various

A194

**As of the petition filing date, the claim is:**      $9,162.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.38

APPLIED STATISTICS & MANAGEMENT INC
PO BOX 2738
PO BOX 2738
TEMECULA, CA 925930000

**Date or dates debt was incurred**
Various

APPL

**As of the petition filing date, the claim is:**      $2,827.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.39

AQUITY SOLUTIONS LLC.
PO BOX 536470
FREEDOM, CA 152535906

**Date or dates debt was incurred**
Various

AQSO

**As of the petition filing date, the claim is:**                     $5,086.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.40

ARAMARK UNIFORM SERVICES
AUS WEST LOCKBOX
PO BOX 101179
PASADENA, CA 911891279

**Date or dates debt was incurred**
Various

5064

**As of the petition filing date, the claim is:**                     $206.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.41

ARETAEUS TELEMEDICINE
12230 WORLD TRADE DRIVE
STE 250
SAN DIEGO, CA 921280000

**Date or dates debt was incurred**
Various

ARET

**As of the petition filing date, the claim is:**                     $1,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

3.42

ARGON MEDICAL DEVICES, INC.
DEPT 0527
PO BOX 120527
DALLAS, TX 753120000

**Date or dates debt was incurred**
Various

A820

**As of the petition filing date, the claim is:**                     $740.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.43**

ARJO, INC.
P O BOX 640799
FREEDOM, CA 152640799

**Date or dates debt was incurred**
Various

A870

**As of the petition filing date, the claim is:**                     $30,430.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.44**

ARTHREX, INC.
PO BOX 403511
FREEDOM, CA 303843511

**Date or dates debt was incurred**
Various

A970

**As of the petition filing date, the claim is:**                     $73,781.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.45**

ARTIFACT HEALTH, INC
211 COLLEGE ROAD
FREEDOM, CA 17420000

**Date or dates debt was incurred**
Various

ARTI

**As of the petition filing date, the claim is:**                     $21,255.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.46**

ASD HEALTHCARE
27550 NETWORK PLACE
FREEDOM, CA 606730000

**Date or dates debt was incurred**
Various

A215

**As of the petition filing date, the claim is:**                     $530,997.78
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.47**

ASD Specialty Healthcare, LLC
27550 NETWORK PLACE
FREEDOM, CA 606730000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Filed Lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

$494,993.35

**3.48**

ASSOC. PATHOLOGY MED GROUP
PO BOX 665
FREEDOM, CA 950310000

**Date or dates debt was incurred**
Various

8271

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,875.00

**3.49**

AT&T
P.O. BOX 5014
FREEDOM, CA 601975014

**Date or dates debt was incurred**
Various

5007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,928.16

**3.50**

BAER NEGRIN & TROFF LLP.
12400 WILSHIRE BLVD.
STE 1180
LOS ANGELES, CA 900250000

**Date or dates debt was incurred**
Various

BAER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,946.00

3.51

BAXTER HEALTHCARE CORPORATION
P.O. BOX 100714
FREEDOM, CA 911890714

**Date or dates debt was incurred**
Various

B753

**As of the petition filing date, the claim is:**                    $9,745.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.52

BAXTER I. V. SYSTEMS
P.O. BOX 730531
FREEDOM, CA 753730000

**Date or dates debt was incurred**
Various

B751

**As of the petition filing date, the claim is:**                    $251.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.53

BAYER HEALTHCARE DIAGNOSTIC
P.O. BOX 360172
FREEDOM, CA 152516172

**Date or dates debt was incurred**
Various

M802

**As of the petition filing date, the claim is:**                    $8,714.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.54

BCBS OF TN
1 CAMERON HILL
SUITE 0002
CHATTANOOGA, TN 374020002

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $696.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.55

BEACONMEDAES LLC
DEPT 3234
PO BOX 123234
DALLAS, TX 753123234

**Date or dates debt was incurred**
Various

B785

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,700.00

3.56

BECKMAN COULTER INC.
DEPT CH10164
FREEDOM, CA 600550164

**Date or dates debt was incurred**
Various

B780

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$32,992.00

3.57

BIEDERMANN MOTECH, INC.
7620 NW 25 STREET
UNIT 3&4
DORAL, F; 331220000

**Date or dates debt was incurred**
Various

MOTE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,935.00

3.58

BINGHAM I.V. BOARDS, LLC
1420 MARVIN RD NE
STE C-102
LACEY, WA 985160000

**Date or dates debt was incurred**
Various

BI21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$124.00

**3.59**

BIO-MEDICAL DEVICES INTERNATIONAL
17171 DAIMLER AVENUE
FREEDOM, CA 926140000

**Date or dates debt was incurred**
Various

BMDI

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$192.00

**3.60**

BIO-RAD LABORATORIES
PO BOX 849740
FREEDOM, CA 900840000

**Date or dates debt was incurred**
Various

B825

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,619.00

**3.61**

BIOFIRE DIAGNOGSTICS, LLC.
PO BOX 581463
FREEDOM, CA 841580000

**Date or dates debt was incurred**
Various

BIOF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$73,076.00

**3.62**

BIOMERIEUX VITEK
P.O. BOX 500308
FREEDOM, CA 631500308

**Date or dates debt was incurred**
Various

B830

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,215.00

3.63

BK MEDITECH USA
6671 S. LAS VEGAS BLVD.
BLDG D
LAS VEGAS, NV 891190000

**Date or dates debt was incurred**
Various

BKMD

**As of the petition filing date, the claim is:**                    $26,754.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.64

BLUE CROSS
PO BOX 60007
LOS ANGELES, CA 90060

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $263,649.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.65

BLUE SHIELD
PO BOX 272540
CHICO, CA 959272540

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $51,914.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.66

BOSTON SCIENTIFIC CORP.
P.O. BOX 951653
FREEDOM, CA 753950000

**Date or dates debt was incurred**
Various

B865

**As of the petition filing date, the claim is:**                    $51,627.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.67**

BRACCO DIAGNOSTICS, INC.
P.O. BOX 978952
FREEDOM, CA 753978952

**Date or dates debt was incurred**
Various

B866

**As of the petition filing date, the claim is:**                    $1,876.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.68**

CALIFORNIA BOILER
1800 NEWPORT CIRCLE
FREEDOM, CA 927050000

**Date or dates debt was incurred**
Various

CB17

**As of the petition filing date, the claim is:**                    $1,206.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.69**

California Department of Industrial Relations
Division of Occupational Safety and Health
P.O. BOX 511232
LOS ANGELES, CA 90051-3030

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $39,675.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Administrative Matters

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.70**

California Nurses Association
PO BOX 89-4392
LOS ANGELES, CA 90189-4392

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Union Grievances (Unpaid Retiree PTO)

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.71**

California Nurses Association
PO BOX 89-4392
LOS ANGELES, CA 90189-4392

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      Unliquidated
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Union Grievances (Wage & Hour)

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.72**

CARDINAL HEALTH
P.O. BOX 100316
FREEDOM, CA 911890316

**Date or dates debt was incurred**
Various

A776

**As of the petition filing date, the claim is:**      $244,679.58
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.73**

CARDINAL HEALTH SACTO
BANK OF AMERICA
ATTN LOCKBOX 402605
COLLEGE PARK, GA 303490000

**Date or dates debt was incurred**
Various

A777

**As of the petition filing date, the claim is:**      $320,726.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.74**

CARDINAL HEALTH/FKA SYNCOR
NUCLEAR PHARMACY SERVICES
PO BOX 100552
PASADENA, CA 911890552

**Date or dates debt was incurred**
Various

C762

**As of the petition filing date, the claim is:**      $27,400.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.75

CARE FREE SURGICAL
PO Box 1029
Newcastle, CA 95658

**Date or dates debt was incurred**
11/17/2021

**As of the petition filing date, the claim is:**                    $506.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

3.76

CAREFUSION 2200 INC.
25146 NETWORK PLACE
FREEDOM, CA 606731250

**Date or dates debt was incurred**
Various

C908

**As of the petition filing date, the claim is:**                    $16,922.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.77

CAREFUSION SOLUTIONS LLC
25082 NETWORK PLACE
FREEDOM, CA 606731250

**Date or dates debt was incurred**
Various

C827

**As of the petition filing date, the claim is:**                    $124,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.78

CAREFUSION SOLUTIONS LLC
25082 NETWORK PLACE
FREEDOM, CA 606731250

**Date or dates debt was incurred**
Various

C905

**As of the petition filing date, the claim is:**                    $7,818.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.79

CAREMORE
C/O Equiclaim
PO Box 9331
Lombard, IL 60148-0000

**As of the petition filing date, the claim is:**  $13,109.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Supplies or vendors

CMOR

**Is the claim subject to offset?**
☑ No

☐ Yes

3.80

CARESTREAM HEALTH INC.
DEPT CH 19286
FREEDOM, CA 600559286

**As of the petition filing date, the claim is:**  $6,863.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Supplies or vendors

3433

**Is the claim subject to offset?**
☑ No

☐ Yes

3.81

CARRIER CORPORATION
PO BOX 93844
FREEDOM, CA 606733844

**As of the petition filing date, the claim is:**  $117,076.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Supplies or vendors

2537

**Is the claim subject to offset?**
☑ No

☐ Yes

3.82

CARSTENS
PO BOX 99110
FREEDOM, CA 606930000

**As of the petition filing date, the claim is:**  $1,765.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Supplies or vendors

C815

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.83**

CCS/SC COUNTY
PO BOX 15500
SACRAMENTO, CA 958521600

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,507.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.84**

CDW GOVERNMENT, INC.
75 REMITTANCE DRIVE
SUITE #1437
CHICAGO, IL 606751515

**Date or dates debt was incurred**
Various

C860

**As of the petition filing date, the claim is:**    $42,890.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.85**

CENTRAL ELECTRIC CO.
430 WALKER ST
FREEDOM, CA 950760000

**Date or dates debt was incurred**
Various

5001

**As of the petition filing date, the claim is:**    $1,262.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.86**

CEP AMERICA
2100 POWELL ST., STE 400
FREEDOM, CA 946080000

**Date or dates debt was incurred**
Various

C207

**As of the petition filing date, the claim is:**    $33,333.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

3.87

CERTIFIED MEDICAL TESTING
7600 N. INGRAM AVENUE
SUITE 234
FRESNO, CA 937110000

**Date or dates debt was incurred**
Various

6264

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,650.00

3.88

CHEF WORKS
12325 KERRAN ST
FREEDOM, CA 920640000

**Date or dates debt was incurred**
Various

CHEF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$139.00

3.89

CHEM TREAT INC
15045 COLLECTIONS CENTER DRIVE
FREEDOM, CA 606930000

**Date or dates debt was incurred**
Various

CHEM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,592.00

3.90

CHEMSEARCH
23261 NETWORK PLACE
FREEDOM, CA 606731232

**Date or dates debt was incurred**
Various

C060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,438.00

**3.91**

CIGNA PPO
PO BOX 5000
VISALIA, CA 93278

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $18,297.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.92**

CINTAS
PO BOX 29059
FREEDOM, CA 850380000

**Date or dates debt was incurred**
Various

CTAS

**As of the petition filing date, the claim is:**                    $278.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.93**

CITY OF WATSONVILLE UTILITIES
P.O. BOX 149
FREEDOM, CA 950770149

**Date or dates debt was incurred**
Various

1870

**As of the petition filing date, the claim is:**                    $90,289.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.94**

CLEAN HARBORS ENVIRONMENTAL
P.O. 734867
FREEDOM, CA 753730000

**Date or dates debt was incurred**
Various

9120

**As of the petition filing date, the claim is:**                    $4,232.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.95**

Coastal Health Partners
65 Nielson St
Watsonville, CA 95076-0000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $995,388.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplier Claim

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.96**

COKER GROUP
2400 LAKEVIEW PARKWAY
STE 400
BOCA RATON, FL 900340000

**Date or dates debt was incurred**
Various

CG21

**As of the petition filing date, the claim is:**    $3,588.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.97**

COLLECTIVE MEDICAL TECHNOLOGIES, INC.
DEPT CH 17860
FREEDOM, CA 600550000

**Date or dates debt was incurred**
Various

CMT6

**As of the petition filing date, the claim is:**    $7,419.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.98**

COMPHEALTH, INC.
P.O. BOX 972625
FREEDOM, CA 753972625

**Date or dates debt was incurred**
Various

6503

**As of the petition filing date, the claim is:**    $37,520.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**

☑ No

☐ Yes

3.99

COMPLIANCELINE, LLC
8615 CLIFF CAMERON DRIVE STE #290
FREEDOM, CA 282690000

**Date or dates debt was incurred**
Various

COMP

**As of the petition filing date, the claim is:**      $1,287.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.100

COMPUTER RX
PO BOX 79047
FREEDOM, CA 212790000

**Date or dates debt was incurred**
Various

RX18

**As of the petition filing date, the claim is:**      $166.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.101

CONMED LINVATEC
PO BOX 301231
ATTN CREDIT/ROMI
DALLAS, TX 753031231

**Date or dates debt was incurred**
Various

L721

**As of the petition filing date, the claim is:**      $3,211.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.102

CONSTELLATION NEW ENERGY-GAS DIVISION LLC
PO BOX 5473
CAROL STREAM, IL 601975473

**Date or dates debt was incurred**
Various

CNEG

**As of the petition filing date, the claim is:**      $55,742.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

3.103

CONTINUANT, INC
5050 20TH STREET EAST
FREEDOM, CA 984240000

**Date or dates debt was incurred**
Various

2019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,236.00

3.104

COOK, INC.
22988 NETWORK PLACE
FREEDOM, CA 606731229

**Date or dates debt was incurred**
Various

C797

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,930.15

3.105

COOPER SURGICAL
P.O. BOX 712280
FREEDOM, CA 452712280

**Date or dates debt was incurred**
Various

C150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,510.00

3.106

CORNERSTONE CONST GROUP, INC.
105 W. TORRANCE BLVD.
STE 202
REDONDO BEACH, CA 902770000

**Date or dates debt was incurred**
Various

1054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,360.00

**3.107**

COVIDIEN SALES LLC
4642 COLLECTIONS CENTER DRIVE
FREEDOM, CA 606930000

**Date or dates debt was incurred**
Various

CC18

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,039.00

**3.108**

COZZINI BROS
350 HOWARD AVE
FREEDOM, CA 600180000

**Date or dates debt was incurred**
Various

COZZ

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$27.00

**3.109**

CR BARD ACCESS
P.O. BOX 75767
FREEDOM, CA 282750000

**Date or dates debt was incurred**
Various

B720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$92,843.00

**3.110**

CR BARD DAVOL
P.O. BOX 75767
FREEDOM, CA 282750000

**Date or dates debt was incurred**
Various

D728

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$83,065.00

3.111

CREST MEDICAL SEARCH
5100 ELDORADO PKWY
SUITE 102-607
MCKINNEY, TX 750700000

**Date or dates debt was incurred**
Various

CM21

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,600.00

3.112

CROTHALL LAUNDRY SERVICES INC
13028 COLLECTIONS CENTER DRIVE
FREEDOM, CA 606930000

**Date or dates debt was incurred**
Various

C855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$82,725.00

3.113

CSE MEDICAL TRANSPORT SANTA CRUZ
PO BOX 663
FREEDOM, CA 950100000

**Date or dates debt was incurred**
Various

ESEM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$115.00

3.114

CYRACOM.LLC
PO BOX 74008083
FREEDOM, CA 606748083

**Date or dates debt was incurred**
Various

C202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,252.00

3.115

D & G SANITATION
P.O. BOX 710
FREEDOM, CA 950190000

**Date or dates debt was incurred**
Various

139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$803.00

3.116

D & S COMMUNICATIONS
1355 N MCLEAN BLVD.
FREEDOM, CA 601230000

**Date or dates debt was incurred**
Various

D274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$438.00

3.117

DANNY BEWLEY
DBA BEWLEY'S CLEANING & PARKING LOT
PO BOX 1228
CAPITOLA, CA 950100000

**Date or dates debt was incurred**
Various

BC14

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$830.00

3.118

DC SERVICES LLC
2217 HILLSDALE DR
FREEDOM, CA 940100000

**Date or dates debt was incurred**
Various

DC13

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,712.00

**3.119**

DE LAGE LANDEN FINANCIAL SERVICES, INC.
PO BOX 41602
FREEDOM, CA 191011602

**Date or dates debt was incurred**
Various

KONI

**As of the petition filing date, the claim is:** $31,280.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.120**

DEFIB THIS
1543 PACIFIC AVE., SUITE 104
FREEDOM, CA 950600000

**Date or dates debt was incurred**
Various

ERT4

**As of the petition filing date, the claim is:** $2,292.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.121**

DELTA DENTAL PLAN OF CA
ATTN: ACCOUNTS RECEIVABLE
PO BOX 44460
SAN FRANCISCO, CA 94144

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $19,118.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Est IBNR Dental claims

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.122**

DEPARTMENT OF HEALTH CARE SERVICES (DHCS)
HQAF ACCNT/CASHIER MAIL STOP 1101
1501 CAPITAL AVE SUITE 71.2048
SACRAMENTO, CA 958145005

**Date or dates debt was incurred**
Various

DOHS

**As of the petition filing date, the claim is:** $5,790,063.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Quality Assurance fees

**Is the claim subject to offset?**
☐ No
☑ Yes

3.123

DEPT OF HEALTH CARE ACCESS INFO
FACILITIES DEVELOPMENT DIV
2020 WEST EL CAMINO AVE SUITE 800
SACRAMENTO, CA 958330000

**Date or dates debt was incurred**
Various

3666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

3.124

DEPUY SYNTHES SALES, INC
5972 COLLECTIONS CENTER DR
FREEDOM, CA 606930000

**Date or dates debt was incurred**
Various

S882

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,188.00

3.125

DIABLO INFECTIOUS DISEASES CONSULTATIVE MED GROUP
PO BOX 20309
FREEDOM, CA 945460000

**Date or dates debt was incurred**
Various

DIBL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,300.00

3.126

DIAGNOSTICA STAGO INC.
PO BOX 416347
FREEDOM, CA 22416347

**Date or dates debt was incurred**
Various

D743

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,262.00

3.127

DIVERGENT MEDICAL TECHNOLOGIES LLC
5 FIR COURT SUITE 1A
OAKLAND, CA 74360000

**Date or dates debt was incurred**
Various

D836

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,159.00

3.128

DOMINICAN HOSPITAL
FINANCE DEPARTMENT
1555 SOQUEL DRIVE
SANTA CRUZ, CA 950650000

**Date or dates debt was incurred**
Various

DO03

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$222,993.00

3.129

DOMINICAN HOSPITAL/DIGNITY HEALTH
PO BOX 741162
FREEDOM, CA 900741162

**Date or dates debt was incurred**
Various

9007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,604.00

3.130

DP AIR CORPORATION
PO BOX 842537
FREEDOM, CA 900840000

**Date or dates debt was incurred**
Various

8464

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$591.54

3.131

DR. ALAN NIRADY
75 Nielson St
Watsonville, CA 95032-0000

**Date or dates debt was incurred**
07/10/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$97.69

3.132

DR. MELISSA LOPEZ-BERMEJO
1041 FREEDOM BLVD
FREEDOM, CA 950760000

**Date or dates debt was incurred**
Various

7927

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

$28,600.00

3.133

DRAEGER MEDICAL, INC.
PO BOX 13369
FREEDOM, CA 71013362

**Date or dates debt was incurred**
Various

D756

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$161.00

3.134

DYNA SCAN TECHNICAL SERVICES
7 HETHERINGTON CT
FREEDOM, CA 452460000

**Date or dates debt was incurred**
Various

9619

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,700.00

**3.135**

ECMO PRN LLC
1246 MISSION RD
FREEDOM, CA 940800000

**Date or dates debt was incurred**
Various

ECMO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$36,825.00

**3.136**

ECOLAB
P.O. BOX 100512
FREEDOM, CA 911890512

**Date or dates debt was incurred**
Various

E720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$592.00

**3.137**

EDGE PHARMA, LLC.
450 WEAVER ST
STE 3
WINOSKI, VT 54040000

**Date or dates debt was incurred**
Various

EDGE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$302.00

**3.138**

EDWARDS LIFE SCIENCES
23146 NETWORK PLACE
FREEDOM, CA 606731231

**Date or dates debt was incurred**
Various

E722

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$87.00

3.139

ELSEVIER SCIENCE, INC,
P.O. BOX 9533
FREEDOM, CA 100879533

**Date or dates debt was incurred**
Various

4859

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,315.00

---

3.140

Patient 19871
Not Disclosed

**Date or dates debt was incurred**
04/22/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$389.70

---

3.141

EMCOR SERVICE
2 CROMWELL
FREEDOM, CA 926180000

**Date or dates debt was incurred**
Various

8469

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$653.00

---

3.142

EMERGENCY MEDICAL SERVICES AUTHORITY
ATTENTION:RICK TRUSSELL
10901 GOLD CENTER DR #400
RANCHO CORDOVA, CA 956700000

**Date or dates debt was incurred**
Various

EMSA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Traveling Nurses

**Is the claim subject to offset?**
☑ No

☐ Yes

$788,914.00

3.143

EMPRINT DOCUMENT SOLUTION
PO BOX 54023
FREEDOM, CA 701544023

**Date or dates debt was incurred**
Various

E740

**As of the petition filing date, the claim is:** $3,965.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.144

ENBIO, CORP.
150 EAST OLIVE AVE
STE 212
BURBANK, CA 915020000

**Date or dates debt was incurred**
Various

EBIO

**As of the petition filing date, the claim is:** $80,872.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.145

ESHA RESEARCH INC
PO Box 13028
Salem, OR 97309

**Date or dates debt was incurred**
03/31/2021

**As of the petition filing date, the claim is:** $499.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.146

EVOQUA WATER TECHNOLOGIES LLC
28563 NETWORK PLACE
FREEDOM, CA 606731285

**Date or dates debt was incurred**
Various

EW14

**As of the petition filing date, the claim is:** $3,943.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.147

EXPERIAN HEALTH INC
PO BOX 846133
FREEDOM, CA 900880000

**Date or dates debt was incurred**
Various

EXHL

**As of the petition filing date, the claim is:**                $12,387.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.148

FEDERAL EXPRESS
P.O. BOX 7221
FREEDOM, CA 911097321

**Date or dates debt was incurred**
Various

3503

**As of the petition filing date, the claim is:**                $1,458.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.149

Patient 22660
Not Disclosed

**Date or dates debt was incurred**
09/20/2021

**As of the petition filing date, the claim is:**                $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

3.150

FIRM REVENUE CYCLE MANAGEMENT
5590 SOUTH FORT APACHE ROAD
FREEDOM, CA 891480000

**Date or dates debt was incurred**
Various

FIRM

**As of the petition filing date, the claim is:**                $592,069.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Revenue management provider

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.151**

FIRST ALARM
1111 ESTATES DRIVE
FREEDOM, CA 950030000

**Date or dates debt was incurred**
Various

FALA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,967.00

**3.152**

FISHER AND PAYKET
HEALTHCARE, INC
DEPT CH 16926
PALATINE, IL 600556926

**Date or dates debt was incurred**
Various

F744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,135.00

**3.153**

FISHER HEALTHCARE
81 Wyman Street
Waltham, MA 2454

**Date or dates debt was incurred**
Various

F745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$54,318.00

**3.154**

Patient 57401
Not Disclosed

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Filed Lawsuit

**Is the claim subject to offset?**
☑ No

☐ Yes

Unliquidated

3.155

FREEDOM MEDICAL TRANSPORTATION
PO BOX 1361
FREEDOM, CA 939550000

**Date or dates debt was incurred**
Various

FMT7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,693.00

3.156

G.E. DATEX OHMEDA
P.O. BOX 641936
FREEDOM, CA 152641936

**Date or dates debt was incurred**
Various

D723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,475.00

3.157

Patient 24155
Not Disclosed

**Date or dates debt was incurred**
09/07/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No
☐ Yes

$263.92

3.158

GE HEALTHCARE IITS USA CORP
15724 COLLECTIONS CENTER DRIVE
FREEDOM, CA 30363612

**Date or dates debt was incurred**
Various

GEH8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$40,039.00

**3.159**

GE MEDICAL SYSTEMS INFORMATION
GE HEALTHCARE
5517 COLLECTIONS CENTER
CHICAGO, IL 606930000

**Date or dates debt was incurred**
Various

G025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,902.00

**3.160**

GE PRECISION HEALTHCARE LLC
PO BOX 96483
FREEDOM, CA 606930000

**Date or dates debt was incurred**
Various

G026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,962.00

**3.161**

GENETIC DISEASE SCREENING PROGRAM
ACCOUNTING UNIT NBS
PO BOX 2516
EL CERRITO, CA 945303651

**Date or dates debt was incurred**
Various

9738

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$27,593.00

**3.162**

GEO H. WILSON, INC.
P.O.BOX 1140
FREEDOM, CA 950611140

**Date or dates debt was incurred**
Various

9504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,419.00

3.163

Patient 24626
Not Disclosed

**Date or dates debt was incurred**
11/17/2021

As of the petition filing date, the claim is: $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No
☐ Yes

3.164

GERM FREE
4 SUNSHINE BLVD DOCK B
FREEDOM, CA 321740000

**Date or dates debt was incurred**
Various

G750

As of the petition filing date, the claim is: $5,330.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.165

GETINGE USA SALES
PO BOX 775436
FREEDOM, CA 606770000

**Date or dates debt was incurred**
Various

G720

As of the petition filing date, the claim is: $12,974.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.166

GLOBUS MEDICAL
PO BOX 203329
FREEDOM, CA 753203329

**Date or dates debt was incurred**
Various

3932

As of the petition filing date, the claim is: $6,403.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.167

GOLDEN STATE HEART AND VASCULAR ASSOCIATES, INC.
1850 EL CAMINO REAL
#200
BURLINGAME, CA 940100000

**Date or dates debt was incurred**
Various

GSHV

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

$78,637.00

3.168

GRAINGER
DEPT 693-824831358
FREEDOM, CA 600380001

**Date or dates debt was incurred**
Various

G769

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,157.00

3.169

GREENBERG TRAURING, LLP.
2375 E. CAMELBACK RD
STE 700
PHOENIX, AZ 850160000

**Date or dates debt was incurred**
Various

GBGT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,218.00

3.170

GUARD RFID SOLUTIONS INC.
140-766 CLIVEDEN PLACE
DELTA, BC 3670000

**Date or dates debt was incurred**
Various

RFID

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,154.00

3.171

GUIDEHOUSE MANAGED SERVICES IN
4511 Paysphere Circle
Chicago, IL 60674

**Date or dates debt was incurred**
12/17/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$205,516.66

3.172

GUIDEHOUSE MANAGED SERVICES INC.
4511 PAYSPHERE CIRCLE
FREEDOM, CA 606740000

**Date or dates debt was incurred**
Various

NAVI

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Revenue management provider

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,873,108.71

3.173

HALO UNLIMITED, INC
PO BOX 77010
FREEDOM, CA 928770000

**Date or dates debt was incurred**
Various

HALO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,010.00

3.174

HAMPTON INN & SUITES WATSONVIL
144 West Lake Ave.
Watsonville, CA 95076

**Date or dates debt was incurred**
12/01/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,572.32

3.175

HAMPTON INN & SUITES WATSONVILLE
144 WEST LAKE AVE.
FREEDOM, CA 950760000

**Date or dates debt was incurred**
Various

HI21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,839.00

3.176

HARDY DIAGNOSTICS
PO BOX 645264
FREEDOM, CA 452645264

**Date or dates debt was incurred**
Various

H015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$186.00

3.177

HEALTH NET OF CALIFORNIA
PO BOX 9040
FARMINGTON, MO

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,180.40

3.178

HEALTH NET SENIORITY PLUS
PO BOX 9030
FARMINGTON, MO 636409030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,262.41

3.179

HEALTH PROVIDERS INSURANCE
RECIPROCAL, RRG
1443 DANVILLE BLVD
ALAMO, CA 945070000

**Date or dates debt was incurred**
Various

HPIR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Insurance

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,981.00

---

3.180

HEALTH TRUST
WORKFORCE SOLUTIONS, LLC
PO BOX 742697
ATLANTA, GA 303742697

**Date or dates debt was incurred**
Various

HT18

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Traveling Nurses

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,438,384.03

---

3.181

HEALTHCARE APPRAISERS, INC
2101 NW CORPORATE BLVD.
STE 400
BOCA RATON, FL 334310000

**Date or dates debt was incurred**
Various

H208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,200.00

---

3.182

HEALTHICITY LLC
PO BOX 639428
FREEDOM, CA 452630000

**Date or dates debt was incurred**
Various

HCIT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,800.00

3.183

HEALTHNOW ADMINISTRATIVE SERV
PO BOX 70868-P
FREEDOM, CA 191760000

**Date or dates debt was incurred**
Various

HNAS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,663.62

3.184

HEALTHSTREAM, INC
PO BOX 102817
FREEDOM, CA 303680000

**Date or dates debt was incurred**
Various

HSTR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,514.00

3.185

HEALTHTRONICS MOBILE SOLUTIONS
PO BOX 95333
FREEDOM, CA 760999732

**Date or dates debt was incurred**
Various

4242

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,506.00

3.186

HELPSYSTEMS, LLC.
NW5955
PO BOX 1450
MINNEAPOLIS, MN 554850000

**Date or dates debt was incurred**
Various

HSYS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$42.00

3.187

HEROIC Security LLC
1881 W TRAVERSE PKWY STE E
FREEDOM, CA 840430000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          Unliquidated
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Demands

**Is the claim subject to offset?**
☑ No

☐ Yes

3.188

HEROIC SECURITY, LLC
1881 W TRAVERSE PKWY STE E
FREEDOM, CA 840430000

**Date or dates debt was incurred**
Various

HERO

**As of the petition filing date, the claim is:**          $394,973.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
IT Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.189

HERZOG SURGICAL, INC.
5901 ROSEBUD LANE #200
SACRAMENTO, CA 958410000

**Date or dates debt was incurred**
Various

H148

**As of the petition filing date, the claim is:**          $175.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.190

HIGHLAND CAPITAL CORP
PO BOX 51045
FREEDOM, CA 71010000

**Date or dates debt was incurred**
09/18/2020

**As of the petition filing date, the claim is:**          $3,050.21
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

3.191

HILL-ROM
P.O. BOX 643592
FREEDOM, CA 152643592

**Date or dates debt was incurred**
Various

H750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,895.00

3.192

HOLOGIC, INC.
24506 NETWORK PLACE
FREEDOM, CA 606730000

**Date or dates debt was incurred**
Various

H768

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$765.00

3.193

HOSPITAL COUNCIL OF NORTHERN & CENTRAL CA
515 SOUTH FIGUEROA ST 13TH FLOOR
LOS ANGELES, CA 900710000

**Date or dates debt was incurred**
Various

8843

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$91,229.00

3.194

HUTCHINSON & BLOODGOOD LLP
PO BOX 518
FREEDOM, CA 922440000

**Date or dates debt was incurred**
Various

6810

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,325.00

3.195

I.V. HOUSE,INC.
2072 CONCOURSE DRIVE
FREEDOM, CA 631460000

**Date or dates debt was incurred**
Various

I212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$799.00

3.196

IBM CORPORATION
PO BOX 676673
FREEDOM, CA 752670000

**Date or dates debt was incurred**
Various

1834

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,206.00

3.197

IMMUCOR, INC.
P.O. BOX 102118
FREEDOM, CA 303682118

**Date or dates debt was incurred**
Various

I715

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,916.00

3.198

IMPRIVATA, INC.
DEPT. CH 19529
FREEDOM, CA 600550000

**Date or dates debt was incurred**
Various

IMPR

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,043.00

3.199

INDEED, INC.
MAIL CODE 5160
PO BOX 660367
DALLAS, TX 752660000

**Date or dates debt was incurred**
Various

IN21

**As of the petition filing date, the claim is:**       $18,634.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.200

INJOY PRODUCTIONS, INC.
7107 LA VISTA PLACE
FREEDOM, CA 805030000

**Date or dates debt was incurred**
Various

I042

**As of the petition filing date, the claim is:**       $3,077.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.201

INNOVATIVE MEDICAL PRODUCTS
87 SPRING LANE
FREEDOM, CA 60620000

**Date or dates debt was incurred**
Various

I051

**As of the petition filing date, the claim is:**       $401.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.202

INTEGRA LIFESCIENCE OF OHIO
PO BOX 404129
FREEDOM, CA 303844129

**Date or dates debt was incurred**
Various

L069

**As of the petition filing date, the claim is:**       $6,773.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.203**

INTEGRA LIFESCIENCES CORP
P.O. BOX 404129
FREEDOM, CA 303844129

**Date or dates debt was incurred**
Various

J715

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,710.00

**3.204**

INTEGRATED BEHAVIORAL HEALTH
2 PARK PLAZA
STE 1200
IRVINE, CA 926140000

**Date or dates debt was incurred**
Various

IB21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,000.00

**3.205**

INTERSTATE BATTERY
211 PHELAND AVENUE
FREEDOM, CA 951120000

**Date or dates debt was incurred**
Various

I113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$428.00

**3.206**

INTUITIVE SURGICAL, INC
DEPT 33629 PO BOX 39000
FREEDOM, CA 941390000

**Date or dates debt was incurred**
Various

I764

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$140,188.00

**3.207**

ION INTRAOPERATIVE NEUROPHYSIOLOGY
211 CRESTVIEW DRIVE
FREEDOM, CA 945630000

**Date or dates debt was incurred**
Various

IO21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,090.00

---

**3.208**

IRON MOUNTAIN
P.O. BOX 915004
FREEDOM, CA 753915004

**Date or dates debt was incurred**
Various

IR12

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,403.79

---

**3.209**

IRON MOUNTAIN OFF-SITE DATA
PROTECTION
P.O. BOX 601002
PASADENA, CA 911891002

**Date or dates debt was incurred**
Various

I745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,776.44

---

**3.210**

J.J.R. ENTERPRISES, INC.
FILE 2388
1801 W OLYMPIC BLVD.
PASADENA, CA 911990000

**Date or dates debt was incurred**
Various

CA21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$858.00

3.211

JAMES R LAHANA
5655 LINDERO CANYON RD STE 405
FREEDOM, CA 913620000

**Date or dates debt was incurred**
Various

LAHA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,268.00

---

3.212

Patient 70560
Not Disclosed

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Filed Lawsuit

**Is the claim subject to offset?**
☑ No

☐ Yes

Unliquidated

---

3.213

Patient 57400
Not Disclosed

**Date or dates debt was incurred**
Various

ZAJA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$532.00

---

3.214

JOBVITE, INC.
PO BOX 208262
FREEDOM, CA 753200000

**Date or dates debt was incurred**
Various

JV21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,500.00

3.215

JOHNSON & JOHNSON
PO BOX 406663
FREEDOM, CA 303846663

**Date or dates debt was incurred**
Various

J731

**As of the petition filing date, the claim is:**  $29,239.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.216

Johnson Controls Fire Protection LP
6952 Preston Ave
STE A
Livermore, CA 94551-9545

**Date or dates debt was incurred**
Various

JCFP

**As of the petition filing date, the claim is:**  $678.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.217

JOINT RESTORATION FOUNDATION
PO BOX 843549
FREEDOM, CA 641843549

**Date or dates debt was incurred**
Various

J046

**As of the petition filing date, the claim is:**  $5,512.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.218

JULIAN KERR
26043 BLOCK DR
FREEDOM, CA 323040000

**Date or dates debt was incurred**
Various

KJ21

**As of the petition filing date, the claim is:**  $21,811.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Traveling Nurses

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.219**

K2 REFRIGERATION LLC
79 WHITING RD
FREEDOM, CA 950760000

**Date or dates debt was incurred**
Various

K2RG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,496.00

**3.220**

KAISER COM SOUTH
PO BOX 7004
DOWNEY, CA 902427004

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,337.71

**3.221**

KAISER COMMERCIAL
2829 WATT AVENUE
SUITE 130
SACRAMENTO, CA 95821

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$86,866.51

**3.222**

KAISER MC HMO NORTH
2829 WATT AVENUE
SUITE 130
SACRAMENTO, CA 95821

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$256,365.08

3.223

KAISER PERMANENTE
TPMG AUTHORIZED REFERRAL REFND,NCLA
PO BOX 743375
LOS ANGELES, CA 900743375

**Date or dates debt was incurred**
Various

KSRP

**As of the petition filing date, the claim is:**                    $48,967.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No
☐ Yes

3.224

KAISER SELF FUND
HARRINGTON HEALTH
PO BOX 30547
SALT LAKE CITY, UT 841300547

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,496.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.225

KARL STORZ ENDOSCOPY
FILE #53514
FREEDOM, CA 900743514

**Date or dates debt was incurred**
Various

K760

**As of the petition filing date, the claim is:**                    $3,957.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.226

KCI USA-KINECTIC CONCEPTS
P.O. BOX 301557
FREEDOM, CA 753031557

**Date or dates debt was incurred**
Various

K740

**As of the petition filing date, the claim is:**                    $8,023.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.227

KEDRION BIOPHARMA, INC.
PO BOX 21573
FREEDOM, CA 100870000

**Date or dates debt was incurred**
Various

K225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,005.00

3.228

KERMA MEDICAL PRODUCTS, INC.
ATTN ACCOUNTS RECEIVABLE
215 SUBURBAN DRIVE
SUFFOLKH, VA 234340000

**Date or dates debt was incurred**
Various

K710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$990.00

3.229

KEY SURGICAL, INC.
ATTN: ACCOUNTS RECEIVABLE
PO BOX 44460
SAN FRANCISCO, CA 606940000

**Date or dates debt was incurred**
Various

K018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$239.00

3.230

KLEINFELDER
PO BOX 51958
FREEDOM, CA 900516258

**Date or dates debt was incurred**
Various

SL14

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,994.08

3.231

KMA EMERGENCY SERVICES, INC
DBA WESTMED AMBULANCE
3972 BARRANCA PARKWAY SUITE J 430
IRVINE, CA 926068656

**Date or dates debt was incurred**
Various

KMAE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,970.00

3.232

KT MECHANICAL INC
2734 C CHANTICLEER AVE
FREEDOM, CA 950650000

**Date or dates debt was incurred**
Various

KT11

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,668.00

3.233

LANDAUER, INC
PO BOX 809051
FREEDOM, CA 606809051

**Date or dates debt was incurred**
Various

LAND

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$434.00

3.234

LANGUAGE LINE SERVICES
P.O. BOX 202564
FREEDOM, CA 753202564

**Date or dates debt was incurred**
Various

L705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$240.00

3.235

LEICA MICROSYSTEMS
14008 COLLECTIONS CENTER DR
FREEDOM, CA 606930000

**Date or dates debt was incurred**
Various

L725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$94.00

3.236

LEMAITRE VASCULAR, INC
PO BOX 533177
FREEDOM, CA 282900000

**Date or dates debt was incurred**
Various

L024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,323.00

3.237

LEROY RASI, M.D. C/O MONTEREY BAY ORTHOPAEDIC CLINIC
276 GREEN VALLEY ROAD
FREEDOM, CA 950190000

**Date or dates debt was incurred**
Various

8115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,200.00

3.238

LIEN SOLUTIONS
PO BOX 301133
FREEDOM, CA 753030000

**Date or dates debt was incurred**
Various

4920

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$338.00

3.239

LIFE NET
P.O. BOX 79636
FREEDOM, CA 212790636

**Date or dates debt was incurred**
Various

L086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,388.00

3.240

LIFELINC ANESTHESIA VI, P.C.
3340 Players Club Pkwy
Suite 350
Memphis, TN 38125-0000

**Date or dates debt was incurred**
Various

LL21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

$334,416.00

3.241

LONGO COMMUNICATIONS
27762 ANTONIO PKWY L1#494
FREEDOM, CA 926940000

**Date or dates debt was incurred**
Various

LONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$400.00

3.242

LUCILE PACKARD CHILDREN HOSPTL
C/O JOHNSON CENTER
725 WELCH ROAD MC 5553
PALO ALTO, CA 943040000

**Date or dates debt was incurred**
Various

3589

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

$966,925.00

3.243

MAINE MOLECULAR QUALITY CONTROLS INC.
23 MILL BROOK ROAD
FREEDOM, CA 40720000

**Date or dates debt was incurred**
Various

MMQC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,025.00

3.244

MARK AHN MD A MEDICAL CORP
289 VENTANA WAY
FREEDOM, CA 950030000

**Date or dates debt was incurred**
Various

AHNM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

$655.00

3.245

MARTA WHITE
8814 Hirasaki Road
Gilroy, CA 95020

**Date or dates debt was incurred**
02/04/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,089.48

3.246

MASIMO AMERICAS, INC
28932 NETWORK PLACE
FREEDOM, CA 606731289

**Date or dates debt was incurred**
Various

M890

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,679.00

3.247

MCMASTER-CARR
P.O. BOX 7690
FREEDOM, CA 606807690

**Date or dates debt was incurred**
Various

M065

**As of the petition filing date, the claim is:**          $66.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.248

MDSAVE
100 WINNERS CIRCLE N. SUITE 202
FREEDOM, CA 370270000

**Date or dates debt was incurred**
Various

MDSV

**As of the petition filing date, the claim is:**          $13,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.249

MEAD JOHNSON NUTR. GROUP
15919 COLLECTION CENTER DRIVE
FREEDOM, CA 606930000

**Date or dates debt was incurred**
Various

M745

**As of the petition filing date, the claim is:**          $302.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.250

MED COMP
1499 DELP DR
FREEDOM, CA 194380000

**Date or dates debt was incurred**
Various

M755

**As of the petition filing date, the claim is:**          $297.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.251

MEDELA, INC.
38789 EAGLE WAY
FREEDOM, CA 606781387

**Date or dates debt was incurred**
Various

M760

**As of the petition filing date, the claim is:**     $511.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.252

MEDHOST
2739 MOMENTUM PLACE
FREEDOM, CA 606895327

**Date or dates debt was incurred**
Various

MEDH

**As of the petition filing date, the claim is:**     $361,158.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.253

MEDICAID
1501 Capitol Ave.
MS 4400
Sacramento, CA 95814

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $424,942.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.254

MEDICARE
PO Box 1270
Lawrence, KS 66044

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $101,234.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.255

MEDLINE INDUSTRIES, INC.
DEPT CH 14400
FREEDOM, CA 600554400

**Date or dates debt was incurred**
Various

M794

**As of the petition filing date, the claim is:**                        $45,913.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.256

MEDSURANT, LLC.
PO BOX 731515
FREEDOM, CA 753730000

**Date or dates debt was incurred**
Various

MD21

**As of the petition filing date, the claim is:**                        $2,160.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.257

MEDTRONIC USA, INC.
4642 COLLECTIONS CENTER DRIVE
FREEDOM, CA 606930000

**Date or dates debt was incurred**
Various

K700

**As of the petition filing date, the claim is:**                        $31,756.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.258

MEMORIES UNLIMITED
9511 JOHNSON POINTLOOP NE
OLYMPIA, WA 985160000

**Date or dates debt was incurred**
Various

M151

**As of the petition filing date, the claim is:**                        $459.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.259**

MENTOR-AESTHETICS
15600 COLLECTIONS CENTER DRIVE
FREEDOM, CA 606930000

**Date or dates debt was incurred**
Various

M750

**As of the petition filing date, the claim is:**                    $6,122.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.260**

MERIDIAN BIOSCIENCE
P.O. BOX 630224
FREEDOM, CA 452630224

**Date or dates debt was incurred**
Various

M822

**As of the petition filing date, the claim is:**                    $1,437.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.261**

MERIT MEDICAL SYSTEMS
PO BOX 204842
FREEDOM, CA 753204842

**Date or dates debt was incurred**
Various

M825

**As of the petition filing date, the claim is:**                    $2,788.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.262**

Meritain Health, Inc.
PO BOX 223881
PITTSBURGH, PA 15250-0000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Unliquidated
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Demands

**Is the claim subject to offset?**
☑ No

☐ Yes

3.263

Meritain Health, Inc.
PO BOX 223881
PITTSBURGH, PA 15250-0000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,629,848.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Est IBNR Health claims

**Is the claim subject to offset?**
☑ No
☐ Yes

3.264

MERRY X RAY
4909 MURPHY CANYON RD STE 120
FREEDOM, CA 921230000

**Date or dates debt was incurred**
Various

M826

**As of the petition filing date, the claim is:**                    $514.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.265

MICRO TECHNOLOGY, INC.
18179 MEADOWLARK AVE.
FREEDOM, CA 970340000

**Date or dates debt was incurred**
Various

8195

**As of the petition filing date, the claim is:**                    $2,167.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.266

MICROTEK/ARMATEK
FILE#4033P-P.O.BOX 911633
FREEDOM, CA 753911633

**Date or dates debt was incurred**
Various

M910

**As of the petition filing date, the claim is:**                    $9,261.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.267**

MILLER'S TRANS. & STOR.
220 WALKER STREET
FREEDOM, CA 950760000

**Date or dates debt was incurred**
Various

2009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$27,555.00

**3.268**

MIMEDX GROUP INC
1175 WEST OAK COMMONS COURT
MARIETTA, GA 30062

**Date or dates debt was incurred**
Various

M273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$90,609.00

**3.269**

MINDRAY DS USA INC.
24312 NETWORK PLACE
FREEDOM, CA 606731243

**Date or dates debt was incurred**
Various

M842

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,540.00

**3.270**

MINERVA SURGICAL, INC.
DEPT CH 17472
FREEDOM, CA 600550000

**Date or dates debt was incurred**
Various

MS21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,283.00

**3.271**

MISONIX, INC.
600 THIMBLE SHOALS BLVD.
STE 200
NEWPORT NEWS, VA 236060000

**Date or dates debt was incurred**
Various

MISO

**As of the petition filing date, the claim is:**     $1,852.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.272**

MIZUHO OSI
DEPT CH 16977
FREEDOM, CA 600556977

**Date or dates debt was incurred**
Various

M195

**As of the petition filing date, the claim is:**     $597.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.273**

MONTEREY BAY HEART
PO BOX 1079
FREEDOM, CA 950190000

**Date or dates debt was incurred**
Various

AD06

**As of the petition filing date, the claim is:**     $15,960.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.274**

MONTEREY BAY WINDOW CLEANING COMPANY
PO BOX 3672
CARMEL BY THE SEA, CA 939213672

**Date or dates debt was incurred**
Various

8429

**As of the petition filing date, the claim is:**     $950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.275

MOSS ADAMS LLP
PO BOX 101822
FREEDOM, CA 911891822

**Date or dates debt was incurred**
Various

MOSS

**As of the petition filing date, the claim is:**                    $12,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.276

MUSCULOSKELETAL TRANSPLANT FOUNDATION
PO BOX 415911
BOSTON, MA 22410000

**Date or dates debt was incurred**
Various

M955

**As of the petition filing date, the claim is:**                    $3,222.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.277

MUTUAL OF OMAHA MEDICARE
PO BOX 1602
OMAHA, NE 68175

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $213,624.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.278

NARINDAR BHULLAR, MD
64 ASPEN WAY SUITE 101
WATSONVILLE, CA 95076-0000

**Date or dates debt was incurred**
Various

BH19

**As of the petition filing date, the claim is:**                    $23,200.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

3.279

NATIONAL DECISION SUPPORT COMPANY
PO BOX 572490
FREEDOM, CA 841570000

**Date or dates debt was incurred**
Various

NDSC

**As of the petition filing date, the claim is:** $5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.280

NATUS MEDICAL INC.
PO BOX 3604
FREEDOM, CA 601323604

**Date or dates debt was incurred**
Various

N711

**As of the petition filing date, the claim is:** $908.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.281

NEOGENOMICS LABORATORIES, INC
PO BOX 947403
FREEDOM, CA 303947403

**Date or dates debt was incurred**
Various

NEOG

**As of the petition filing date, the claim is:** $1,593.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.282

NEPHRON 503B OUTSOURCING FACILITY
ATTN: ACCOUNTING
PO BOX 746455
ATLANTA, GA 303746455

**Date or dates debt was incurred**
Various

N719

**As of the petition filing date, the claim is:** $1,683.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.283

NEVEN DEVELOPMENT LLC
350-A CORAL ST.
FREEDOM, CA 950600000

**Date or dates debt was incurred**
Various

NE88

**As of the petition filing date, the claim is:**    $420.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Rent

**Is the claim subject to offset?**
☑ No
☐ Yes

3.284

NEWARK ELEMENT14
33190 COLLECTION CENTER DRIVE
FREEDOM, CA 606930331

**Date or dates debt was incurred**
Various

N048

**As of the petition filing date, the claim is:**    $211.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.285

Patient 54930
Not Disclosed

**Date or dates debt was incurred**
09/27/2021

**As of the petition filing date, the claim is:**    $331.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No
☐ Yes

3.286

NORTHFIELD MEDICAL
PO BOX 671123
FREEDOM, CA 752671123

**Date or dates debt was incurred**
Various

N736

**As of the petition filing date, the claim is:**    $8,789.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.287

NORTON ROSE FULBRIGHT
DEPT 2613
PO BOX 122613
DALLAS, TX 753122613

**Date or dates debt was incurred**
Various

NR21

**As of the petition filing date, the claim is:**                    $70,645.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.288

NPM INC.
12 LOWER RAGSDALE DR #15
FREEDOM, CA 939400000

**Date or dates debt was incurred**
Various

6983

**As of the petition filing date, the claim is:**                    $170.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.289

NPM INC.
12 Lower Ragsdale Dr
#15
Monterey, CA 93940

**Date or dates debt was incurred**
11/11/2021

**As of the petition filing date, the claim is:**                    $3,270.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No
☐ Yes

3.290

NUVASIVE
PO BOX 50678
FREEDOM, CA 900740678

**Date or dates debt was incurred**
Various

N950

**As of the petition filing date, the claim is:**                    $51,830.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.291

NX Health Network
23048 N. 15th Ave
Phoenix, AZ 85027

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $16,128.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.292

OCONNOR HEALTHCARE CONSULTING, LLC.
10708 WENTWORTH DR.
FREEDOM, CA 605640000

**Date or dates debt was incurred**
Various

OCHC

**As of the petition filing date, the claim is:**                    $61,832.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.293

OHIO MEDICAL CORP.
6690 EAGLE WAY
FREEDOM, CA 606780000

**Date or dates debt was incurred**
Various

O700

**As of the petition filing date, the claim is:**                    $991.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.294

Olympus America Inc.
3500 Corporate Parkway
Center Valley, PA 18034

**Date or dates debt was incurred**
Various

O710

**As of the petition filing date, the claim is:**                    $37,751.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.295

Patient 70564
Not Disclosed

**Date or dates debt was incurred**
09/20/2021

**As of the petition filing date, the claim is:**                    $262.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

3.296

OPTUMINSIGHT, INC
P.O. BOX 88050
FREEDOM, CA 606801050

**Date or dates debt was incurred**
Various

I039

**As of the petition filing date, the claim is:**                    $513.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.297

ORTHO CLINICAL DIAGNOSTICS
PO BOX 3655
FREEDOM, CA 601323655

**Date or dates debt was incurred**
Various

O730

**As of the petition filing date, the claim is:**                    $3,569.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.298

OSIRIS THERAPEUTICS INC
7015 ALBERT EINSTEIN DR.
FREEDOM, CA 210461707

**Date or dates debt was incurred**
Various

O973

**As of the petition filing date, the claim is:**                    $5,346.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.299**

OWENS & MINOR, INC.
PO BOX 53523
FREEDOM, CA 900743523

**Date or dates debt was incurred**
Various

O740

**As of the petition filing date, the claim is:**                                     $43,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.300**

OWENS & MINOR, INC.
PO Box 53523
Los Angeles, CA 90074-3523

**Date or dates debt was incurred**
12/03/2021

**As of the petition filing date, the claim is:**                                     $50,000.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.301**

OZARK BIOMEDICAL
1001 COMMERCE PLACE
BEEBE, AR 720120000

**Date or dates debt was incurred**
Various

7544

**As of the petition filing date, the claim is:**                                     $706.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.302**

P&A PICC
C/O GAIL HECKLER
2059 CAMDEN AVE #289
SAN JOSE, CA 951240000

**Date or dates debt was incurred**
Various

P128

**As of the petition filing date, the claim is:**                                     $9,595.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.303

PACIFIC COAST TRANE SERVICE
P.O. BOX 44689
FREEDOM, CA 941440000

**Date or dates debt was incurred**
Various

7490

**As of the petition filing date, the claim is:** $5,123.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.304

PACIFIC GAS & ELECTRIC
BOX 997300
FREEDOM, CA 958997300

**Date or dates debt was incurred**
Various

6005

**As of the petition filing date, the claim is:** $1,082,334.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

3.305

PACKARD CHILDREN'S HEALTH ALLIANCE
725 WELCH ROAD MC 5551
FREEDOM, CA 943040000

**Date or dates debt was incurred**
Various

PCHA

**As of the petition filing date, the claim is:** $2,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

3.306

PAJARO VALLEY PRINTING
1827 FREEDOM BLVD.
FREEDOM, CA 950190000

**Date or dates debt was incurred**
Various

P422

**As of the petition filing date, the claim is:** $5,480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.307

PALO ALTO MEDICAL FOUNDATION
PO BOX 619100
FREEDOM, CA 956610000

**Date or dates debt was incurred**
Various

PAMF

**As of the petition filing date, the claim is:**
*Check all that apply.*

$21,500.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

3.308

PARA HealthCare Analytics, LLC
4801 East Copa de Oro Drive
Anaheim, CA 92807

**Date or dates debt was incurred**
Various

PARA

**As of the petition filing date, the claim is:**
*Check all that apply.*

$128,356.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.309

PARAGON 28 INC
14445 GRASSLANDS DR
FREEDOM, CA 801120000

**Date or dates debt was incurred**
Various

PG28

**As of the petition filing date, the claim is:**
*Check all that apply.*

$44,436.00

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.310

PARCUS MEDICAL, LLC.
6455 PARKLAND DRIVE
FREEDOM, CA 342430000

**Date or dates debt was incurred**
Various

PARC

**As of the petition filing date, the claim is:**
*Check all that apply.*

$1,960.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.311**

PARTITION SPECIALTIES, INC.
CORPORATE OFFICES
7428 REDWOOD BLVD SUITE 101
NOVATO, CA 949450000

**Date or dates debt was incurred**
Various

4810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$972.00

**3.312**

PARTS SOURCE
PO BOX 645186
FREEDOM, CA 452645186

**Date or dates debt was incurred**
Various

P022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,646.00

**3.313**

Patient 125
Not Disclosed

**Date or dates debt was incurred**
07/07/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$646.03

**3.314**

Patient 126
Not Disclosed

**Date or dates debt was incurred**
07/17/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$920.49

3.315

Patient 127
Not Disclosed

**Date or dates debt was incurred**
09/09/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,408.00

3.316

Patient 128
Not Disclosed

**Date or dates debt was incurred**
09/14/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$683.69

3.317

Patient 129
Not Disclosed

**Date or dates debt was incurred**
10/02/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,385.57

3.318

Patient 130
Not Disclosed

**Date or dates debt was incurred**
10/18/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$625.51

3.319

Patient 131
Not Disclosed

**Date or dates debt was incurred**
11/08/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,382.59

3.320

Patient 132
Not Disclosed

**Date or dates debt was incurred**
12/16/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,408.00

3.321

Patient 133
Not Disclosed

**Date or dates debt was incurred**
12/21/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

3.322

Patient 134
Not Disclosed

**Date or dates debt was incurred**
01/06/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

3.323

Patient 135
Not Disclosed

**Date or dates debt was incurred**
01/13/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,461.94

3.324

Patient 136
Not Disclosed

**Date or dates debt was incurred**
01/27/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,484.00

3.325

Patient 137
Not Disclosed

**Date or dates debt was incurred**
01/17/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$790.00

3.326

Patient 138
Not Disclosed

**Date or dates debt was incurred**
02/14/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

3.327

Patient 139
Not Disclosed

**Date or dates debt was incurred**
02/25/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

3.328

Patient 140
Not Disclosed

**Date or dates debt was incurred**
03/09/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$674.63

3.329

Patient 141
Not Disclosed

**Date or dates debt was incurred**
04/13/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$611.04

3.330

Patient 142
Not Disclosed

**Date or dates debt was incurred**
04/21/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

3.331

Patient 143
Not Disclosed

**Date or dates debt was incurred**
05/21/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

3.332

Patient 144
Not Disclosed

**Date or dates debt was incurred**
06/01/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,123.79

3.333

Patient 145
Not Disclosed

**Date or dates debt was incurred**
06/18/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,000.00

3.334

Patient 146
Not Disclosed

**Date or dates debt was incurred**
06/16/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$685.00

3.335

Patient 147
Not Disclosed

**Date or dates debt was incurred**
06/29/2021

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.336

Patient 148
Not Disclosed

**Date or dates debt was incurred**
07/03/2021

**As of the petition filing date, the claim is:** $2,093.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.337

Patient 149
Not Disclosed

**Date or dates debt was incurred**
08/13/2021

**As of the petition filing date, the claim is:** $2,350.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.338

Patient 150
Not Disclosed

**Date or dates debt was incurred**
08/31/2021

**As of the petition filing date, the claim is:** $1,050.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.339**

Patient 151
Not Disclosed

**Date or dates debt was incurred**
09/03/2021

**As of the petition filing date, the claim is:** $793.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.340**

Patient 152
Not Disclosed

**Date or dates debt was incurred**
08/29/2021

**As of the petition filing date, the claim is:** $833.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.341**

Patient 153
Not Disclosed

**Date or dates debt was incurred**
05/10/2019

**As of the petition filing date, the claim is:** $921.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.342**

Patient 154
Not Disclosed

**Date or dates debt was incurred**
07/03/2019

**As of the petition filing date, the claim is:** $1,291.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.343

Patient 155
Not Disclosed

**Date or dates debt was incurred**
07/10/2019

**As of the petition filing date, the claim is:** $829.67
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.344

Patient 156
Not Disclosed

**Date or dates debt was incurred**
10/09/2019

**As of the petition filing date, the claim is:** $1,000.00
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.345

Patient 157
Not Disclosed

**Date or dates debt was incurred**
10/22/2019

**As of the petition filing date, the claim is:** $1,819.88
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.346

Patient 158
Not Disclosed

**Date or dates debt was incurred**
11/05/2019

**As of the petition filing date, the claim is:** $1,255.11
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.347**

Patient 159
Not Disclosed

**Date or dates debt was incurred**
01/09/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,885.20

**3.348**

Patient 160
Not Disclosed

**Date or dates debt was incurred**
05/04/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,330.65

**3.349**

Patient 161
Not Disclosed

**Date or dates debt was incurred**
05/21/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$696.36

**3.350**

Patient 162
Not Disclosed

**Date or dates debt was incurred**
05/21/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,183.14

3.351

Patient 163
Not Disclosed

**Date or dates debt was incurred**
06/12/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$904.00

3.352

Patient 164
Not Disclosed

**Date or dates debt was incurred**
06/16/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$730.46

3.353

Patient 165
Not Disclosed

**Date or dates debt was incurred**
06/24/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,025.99

3.354

Patient 166
Not Disclosed

**Date or dates debt was incurred**
12/31/2016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$674.00

3.355

Patient 167
Not Disclosed

**Date or dates debt was incurred**
12/23/2017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$671.74

3.356

Patient 168
Not Disclosed

**Date or dates debt was incurred**
06/04/2018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$996.00

3.357

Patient 169
Not Disclosed

**Date or dates debt was incurred**
07/14/2018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,350.00

3.358

Patient 170
Not Disclosed

**Date or dates debt was incurred**
07/16/2018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$632.80

3.359

Patient 171
Not Disclosed

**Date or dates debt was incurred**
01/02/2019

**As of the petition filing date, the claim is:**                    $1,505.64
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.360

Patient 172
Not Disclosed

**Date or dates debt was incurred**
01/14/2019

**As of the petition filing date, the claim is:**                    $741.20
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.361

Patient 173
Not Disclosed

**Date or dates debt was incurred**
01/15/2019

**As of the petition filing date, the claim is:**                    $1,210.28
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.362

Patient 174
Not Disclosed

**Date or dates debt was incurred**
04/26/2019

**As of the petition filing date, the claim is:**                    $1,073.03
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.363

Patient 175
Not Disclosed

**Date or dates debt was incurred**
03/19/2019

**As of the petition filing date, the claim is:**     $824.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.364

Patient 176
Not Disclosed

**Date or dates debt was incurred**
03/19/2019

**As of the petition filing date, the claim is:**     $1,493.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.365

Patient 177
Not Disclosed

**Date or dates debt was incurred**
04/30/2019

**As of the petition filing date, the claim is:**     $800.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.366

Patient 178
Not Disclosed

**Date or dates debt was incurred**
04/01/2019

**As of the petition filing date, the claim is:**     $827.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.367

Patient 179
Not Disclosed

**Date or dates debt was incurred**
04/22/2019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,042.44

3.368

Patient 180
Not Disclosed

**Date or dates debt was incurred**
07/12/2016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$612.59

3.369

Patient 181
Not Disclosed

**Date or dates debt was incurred**
08/21/2018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,604.29

3.370

Patient 182
Not Disclosed

**Date or dates debt was incurred**
08/30/2018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$658.44

3.371

Patient 183
Not Disclosed

**Date or dates debt was incurred**
11/13/2018

**As of the petition filing date, the claim is:**                        $1,745.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.372

Patient 184
Not Disclosed

**Date or dates debt was incurred**
01/13/2019

**As of the petition filing date, the claim is:**                        $11,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.373

Patient 185
Not Disclosed

**Date or dates debt was incurred**
01/19/2019

**As of the petition filing date, the claim is:**                        $10,105.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.374

Patient 186
Not Disclosed

**Date or dates debt was incurred**
03/02/2019

**As of the petition filing date, the claim is:**                        $689.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.375

Patient 187
Not Disclosed

**Date or dates debt was incurred**
04/21/2019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$795.58

3.376

Patient 188
Not Disclosed

**Date or dates debt was incurred**
05/01/2019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$695.00

3.377

Patient 189
Not Disclosed

**Date or dates debt was incurred**
05/27/2019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$900.00

3.378

Patient 190
Not Disclosed

**Date or dates debt was incurred**
06/11/2019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$915.60

3.379

Patient 191
Not Disclosed

**Date or dates debt was incurred**
06/23/2019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$690.01

3.380

Patient 192
Not Disclosed

**Date or dates debt was incurred**
06/27/2019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$956.19

3.381

Patient 193
Not Disclosed

**Date or dates debt was incurred**
07/27/2019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$874.00

3.382

Patient 194
Not Disclosed

**Date or dates debt was incurred**
07/30/2019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,398.00

3.383

Patient 195
Not Disclosed

**Date or dates debt was incurred**
11/09/2019

**As of the petition filing date, the claim is:**                    $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.384

Patient 196
Not Disclosed

**Date or dates debt was incurred**
01/24/2020

**As of the petition filing date, the claim is:**                    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.385

Patient 197
Not Disclosed

**Date or dates debt was incurred**
02/02/2020

**As of the petition filing date, the claim is:**                    $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.386

Patient 198
Not Disclosed

**Date or dates debt was incurred**
02/06/2020

**As of the petition filing date, the claim is:**                    $685.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.387

Patient 199
Not Disclosed

**Date or dates debt was incurred**
03/08/2020

**As of the petition filing date, the claim is:** $744.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.388

Patient 200
Not Disclosed

**Date or dates debt was incurred**
06/01/2020

**As of the petition filing date, the claim is:** $1,070.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.389

Patient 201
Not Disclosed

**Date or dates debt was incurred**
06/20/2020

**As of the petition filing date, the claim is:** $1,494.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.390

Patient 202
Not Disclosed

**Date or dates debt was incurred**
06/21/2020

**As of the petition filing date, the claim is:** $651.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

3.391

Patient 203
Not Disclosed

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Patient refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$435.13

3.392

Patient 35163
31 Paseo Dr
Watsonville, CA 95076-0000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Demands

**Is the claim subject to offset?**
☑ No
☐ Yes

Unliquidated

3.393

Patient 56429
Not Disclosed

**Date or dates debt was incurred**
Various

SIL2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$159.00

3.394

PEPSI-COLA
75 REMITTANCE DR., SUITE 1884
FREEDOM, CA 606751884

**Date or dates debt was incurred**
Various

P040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,543.00

3.395

PERITUS ADVISORS
22431 ANTONIO PARKWAY, STE B160-675
FREEDOM, CA 926880000

**Date or dates debt was incurred**
Various

PTUS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$171,619.00

---

3.396

PERITUS ADVISORS
22431 ANTONIO PARKWAY, STE B160-675
FREEDOM, CA 926880000

**Date or dates debt was incurred**
Various

PTUS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Filed Lawsuit

**Is the claim subject to offset?**
☑ No

☐ Yes

Unliquidated

---

3.397

PFIZER INC
PO BOX 417510
FREEDOM, CA 22417510

**Date or dates debt was incurred**
Various

P745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$95.00

---

3.398

PHARMACY ONESOURCE
62417 COLLECTIONS CENTER DRIVE
FREEDOM, CA 606930624

**Date or dates debt was incurred**
Various

1SRC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$27,000.00

3.399

PHILIPS MEDICAL SYSTMS/AGILENT
P.O. BOX 100355
FREEDOM, CA 303840355

**Date or dates debt was incurred**
Various

P771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$124,677.00

3.400

PHOENIX TEXTILE CORP
DEPT #5008
PO BOX 219081
KANSAS CITY, MO 641215099

**Date or dates debt was incurred**
Various

P769

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$541.00

3.401

PICIS CLINICAL SOLUTIONS, INC.
100 QUANNAPOWITT PARKWAY
STE 405
WAKEFILED, MA 18800000

**Date or dates debt was incurred**
Various

PICI

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$45,000.00

3.402

PINEHURST HOSPITALIST MEDICAL GROUP, INC.
4535 DRESSLER RD NW
FREEDOM, CA 447180000

**Date or dates debt was incurred**
Various

PINE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,430.00

3.403

PINNACLE HEALTHCARE MED GROUP
947 BLANCO CIR, STE A
SALINAS, CA 939010000

**Date or dates debt was incurred**
Various

PHMG

**As of the petition filing date, the claim is:**                    $35,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

3.404

PIPELINE HEALTH HOLDINGS
PO BOX 46208
FREEDOM, CA 772106208

**Date or dates debt was incurred**
Various

PH10

**As of the petition filing date, the claim is:**                    $49,763.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

3.405

PIPETTE - TEK
10360 SORRENTO VALLEY RD
STE E
SAN DIEGO, CA 921210000

**Date or dates debt was incurred**
Various

P536

**As of the petition filing date, the claim is:**                    $400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.406

PLATT ELECTRICAL SUPPLY
PO BOX 418759
FREEDOM, CA 22418759

**Date or dates debt was incurred**
Various

PLAT

**As of the petition filing date, the claim is:**                    $6.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.407

PONY EXPRESS DISTRIBUTION + DELIVERY
PO BOX 894
FREEDOM, CA 950100000

**Date or dates debt was incurred**
Various

5410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,680.00

3.408

PRECISION DYNAMICS
PO BOX 71549
FREEDOM, CA 606941995

**Date or dates debt was incurred**
Various

P800

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,286.00

3.409

PREMIER HEALTHCARE SOLUTIONS, INC
5882 COLLECTIONS CENTER DRIVE
FREEDOM, CA 606930000

**Date or dates debt was incurred**
Various

PREM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$31,111.00

3.410

PREMIERE GLOBAL SERVICES
P.O. BOX 404351
FREEDOM, CA 303844351

**Date or dates debt was incurred**
Various

P835

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,261.00

3.411

Press Ganey Associates, Inc
404 Columbia Place
South Bend, IN 46601

**Date or dates debt was incurred**
Various

PRSG

**As of the petition filing date, the claim is:**          $3,053.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.412

PRODUCERS DAIRY
PO BOX 398944
FREEDOM, CA 941398944

**Date or dates debt was incurred**
Various

PROD

**As of the petition filing date, the claim is:**          $1,033.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.413

PROVIDENCE MEDICAL TECHNOLOGY
PO BOX 74008771
FREEDOM, CA 606747400

**Date or dates debt was incurred**
Various

PR21

**As of the petition filing date, the claim is:**          $15,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.414

QUEST DIAGNOSTICS
PO BOX 912411
FREEDOM, CA 911100000

**Date or dates debt was incurred**
Various

QT21

**As of the petition filing date, the claim is:**          $1,359.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.415**

QUEST DIAGNOSTICS, INC.
NICHOLS INSTITUTE
PO BOX 912501
PASADENA, CA 911102501

**Date or dates debt was incurred**
Various

Q702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$63,124.00

**3.416**

Quorom Healthcare LLC
1573 Mallory Lane
Suite 100
Brentwood, TN 37027

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Working capital adjustment

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

**3.417**

QUVA PHARMA, INC
3 SUGAR CREEK CENTER, SUITE 250
FREEDOM, CA 774780000

**Date or dates debt was incurred**
Various

QUVA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,204.00

**3.418**

R4 SOLUTIONS
19925 STEVENS CREEK BLVD.
#100
CUPERTINO, CA 950140000

**Date or dates debt was incurred**
Various

R421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,787.00

**3.419**

RADIOLOGY MEDICAL GROUP
1661 SOQUEL DRIVE SUITE G
ATTN: SAM MOORE
SANTA CRUZ, CA 950650000

**Date or dates debt was incurred**
Various

7001

**As of the petition filing date, the claim is:**                    $2,160.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.420**

READY REFRESH
PO BOX 856158
FREEDOM, CA 402856158

**Date or dates debt was incurred**
Various

REFR

**As of the petition filing date, the claim is:**                    $5,740.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.421**

READY REFRESH
PO Box 856158
Louisville, KY 40285-6158

**Date or dates debt was incurred**
12/02/2021

**As of the petition filing date, the claim is:**                    $1,832.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.422**

REGIONAL MEDICAL CENTER
225 N JACKSON AVENUE
FREEDOM, CA 951161691

**Date or dates debt was incurred**
Various

R201

**As of the petition filing date, the claim is:**                    $14,260.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.423**

REGISTER PAJARONIAN
107 DAKOTA AVE
FREEDOM, CA 950600000

**Date or dates debt was incurred**
Various

9502

**As of the petition filing date, the claim is:**                    $8,170.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.424**

REHAB PRACTICE MANAGEMENT
9364 ANSLEY LANE
BRENTWOOD, TN 370273312

**Date or dates debt was incurred**
Various

3566

**As of the petition filing date, the claim is:**                    $384,590.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.425**

RENTOKIL PEST CONTROL
PO BOX 13848
FREEDOM, CA 196123848

**Date or dates debt was incurred**
Various

RENT

**As of the petition filing date, the claim is:**                    $101.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.426**

RESTORIX HEALTH, INC.
PO Box 71849
CHICAGO, IL 60694-0000

**Date or dates debt was incurred**
Various

RH21

**As of the petition filing date, the claim is:**                    $76,955.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.427

REVSPRING INC
26988 NETWORK PLACE
FREEDOM, CA 606731269

**Date or dates debt was incurred**
Various

REVS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$819.00

3.428

RevUp Group, LLC
2554 E. LESTER AVE.
FRESNO, CA 93720-0000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Demands

**Is the claim subject to offset?**
☑ No

☐ Yes

Unliquidated

3.429

Rezult Group, Inc
340 SEVEN SPRINGS WAY, SUITE 700
FREEDOM, CA 370270000

**Date or dates debt was incurred**
Various

RZLT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$83,198.00

3.430

Rezult Group, Inc
340 SEVEN SPRINGS WAY, SUITE 700
FREEDOM, CA 370270000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Demands

**Is the claim subject to offset?**
☑ No

☐ Yes

$79,304.44

3.431

Patient 59188
Not Disclosed

**Date or dates debt was incurred**
09/07/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No
☐ Yes

$270.18

3.432

RNA MEDICAL
7 JACKSON ROAD
FREEDOM, CA 14344026

**Date or dates debt was incurred**
Various

R050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$886.00

3.433

ROBERT WILTSE AND ASSOC INC
3319 SAN JUAN HOLLISTER ROAD
FREEDOM, CA 950230000

**Date or dates debt was incurred**
Various

RW02

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,460.00

3.434

ROCHE DIAGNOSTICS
MAIL CODE 5021
PO BOX 660367
DALLAS, TX 752660367

**Date or dates debt was incurred**
Various

R745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,046.00

3.435

ROY MARTINEZ, MD
11142 SADDLE ROAD
MONTEREY, CA 93940-0000

**Date or dates debt was incurred**
Various

RM19

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,916.00

3.436

ROYAL CUP COFFEE
PO BOX 841000
FREEDOM, CA 752841000

**Date or dates debt was incurred**
Various

R368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,922.00

3.437

RX OPTIONS, INC
8957 Canyon Falls Blvd
Twinsburg, OH 44087

**Date or dates debt was incurred**
05/06/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No
☐ Yes

$45.22

3.438

RXBENEFITS
PO BOX 896503
CHARLOTTE, NC 28289-0000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Est IBNR Pharmacy claims

**Is the claim subject to offset?**
☑ No
☐ Yes

$106,644.00

**3.439**

Patient 61953
Not Disclosed

**Date or dates debt was incurred**
09/27/2021

**As of the petition filing date, the claim is:** $115.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.440**

Salud Para La Gente
PO Box 1870
Watsonville, CA 95077-1870

**Date or dates debt was incurred**
Various

6413

**As of the petition filing date, the claim is:** $72,874.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.441**

SANTA CLARA VALLEY MEDICAL CENTER
751 South Bascom Ave
SAN JOSE, CA 95128-0000

**Date or dates debt was incurred**
Various

SCVM

**As of the petition filing date, the claim is:** $607.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.442**

SANTA CRUZ CNTY TAX COLLECTOR
PO BOX 5639
FREEDOM, CA 950630000

**Date or dates debt was incurred**
Various

9620

**As of the petition filing date, the claim is:** $311,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Agency

**Is the claim subject to offset?**
☑ No
☐ Yes

3.443

SANTA CRUZ CO HEALTH SVC AGENCY
CLINIC BUSINESS OFFICE
P.O. BOX 1439
SANTA CRUZ, CA 950610000

**Date or dates debt was incurred**
Various

1866

**As of the petition filing date, the claim is:**                $62,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.444

SANTA CRUZ HEALTH INFORMATION ORGANIZATION
PO BOX 2337
FREEDOM, CA 950630000

**Date or dates debt was incurred**
Various

SC22

**As of the petition filing date, the claim is:**                $56,225.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.445

SATELLITE HEALTHCARE INC.
PO BOX 45545
FREEDOM, CA 941450000

**Date or dates debt was incurred**
Various

4554

**As of the petition filing date, the claim is:**                $39,445.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.446

SAVE ON SP, LLC.
611 JAMISON RD
STE 201
ELMA, NY 140590000

**Date or dates debt was incurred**
Various

SO21

**As of the petition filing date, the claim is:**                $3,706.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.447

SCHEDULING.COM, INC
PO BOX 735381
FREEDOM, CA 753735381

**Date or dates debt was incurred**
Various

SCH5

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,123.96

3.448

SEIU United Healthcare Workers-West
P.O. BOX 45218
SAN FRANCISCO, CA 94145-0000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Union Grievances (Unpaid Retiree PTO)

**Is the claim subject to offset?**
☑ No

☐ Yes

Unliquidated

3.449

SEIU United Healthcare Workers-West
P.O. BOX 45218
SAN FRANCISCO, CA 94145-0000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Union Grievances (Wrongful Termination)

**Is the claim subject to offset?**
☑ No

☐ Yes

Unliquidated

3.450

SERACARE LIFE SCIENCES
DEPT CH 16362
FREEDOM, CA 600550000

**Date or dates debt was incurred**
Various

SERA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,550.00

3.451

SHERIFF-CORONER
5200 SOQUEL AVE
FREEDOM, CA 950620000

**Date or dates debt was incurred**
Various

6627

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,000.00

3.452

SHERWIN-WILLIAMS
110 AIRPORT BLVD #A
FREEDOM, CA 950190000

**Date or dates debt was incurred**
Various

6719

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$213.00

3.453

SHUGART TECHNICAL SERVICES, LLC
102 PLAYA BLVD
FREEDOM, CA 950760000

**Date or dates debt was incurred**
Various

STS1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,078.00

3.454

SIEMENS BLDG TECHONOLOGY
C/O CITIBANK (BLDG TECH)
PO BOX 2134
CAROL STREAM, IL 601322134

**Date or dates debt was incurred**
Various

S077

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,175.00

**3.455**

SIEMENS HEALTHCARE DIAGNOSTICS/DADE BEHRING
PO BOX 121102
FREEDOM, CA 753121102

**Date or dates debt was incurred**
Various

D706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,869.00

---

**3.456**

SIENTRA INC
DEPT LA 24673
FREEDOM, CA 911850000

**Date or dates debt was incurred**
Various

SIEN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,513.00

---

**3.457**

SILKE COMMUNICATIONS
919 INTERNATIONAL WAY
FREEDOM, CA 974770000

**Date or dates debt was incurred**
Various

S429

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,080.00

---

**3.458**

SIMMLER, INC.
2115 59TH STREET
FREEDOM, CA 631100000

**Date or dates debt was incurred**
Various

S088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$267.00

**3.459**

SMARTSHEET INC.
DEPT 3421, PO BOX 123421
FREEDOM, CA 753123421

**Date or dates debt was incurred**
Various

SMRT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,000.00

**3.460**

SMITH & NEPHEW ENDOSCOPY
P.O. BOX 205651
FREEDOM, CA 753205651

**Date or dates debt was incurred**
Various

S805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$30,006.00

**3.461**

SMITH & NEPHEW ORTHOPEDICS
P.O. BOX 951605
FREEDOM, CA 753951605

**Date or dates debt was incurred**
Various

S806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$652.00

**3.462**

SMITH & NEPHEW WOUND MGMNT DVN
PO BOX 205651
FREEDOM, CA 953205651

**Date or dates debt was incurred**
Various

S807

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,866.00

**3.463**

SMITHS MEDICAL ASD
PO BOX 7247-7784
FREEDOM, CA 191707784

**Date or dates debt was incurred**
Various

L726

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$84.00

---

**3.464**

SOUTH FLORIDA UTILIZATION REV.
860 JOHNSON FERRY RD STE 140
FREEDOM, CA 303420000

**Date or dates debt was incurred**
Various

8054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,750.00

---

**3.465**

SPECTRUM TECHNOLOGIES
A TRANSCAT COMPANY
PO BOX 62827
BALTIMORE, MD 212642827

**Date or dates debt was incurred**
Various

5062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,474.00

---

**3.466**

SPINEOLOGY
PO BOX 734065
CHICAGO, IL 606734065

**Date or dates debt was incurred**
Various

SPIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$54,100.00

3.467

STANFORD UNIVERSITY
CPQCC ATTN:EMILY CODLING-NEONATOLOG
MC5660 453 QUARRY RD
PALO ALTO, CA 943040000

**Date or dates debt was incurred**
Various

2339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,130.62

3.468

STANLEY HWANG, M.D.
PO BOX 491
PEBBLE BEACH, CA 95953-0000

**Date or dates debt was incurred**
Various

HWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,400.00

3.469

STAPLES ADVANTAGE
PO BOX 660409
DALLAX, TX 752660409

**Date or dates debt was incurred**
Various

S181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,833.00

3.470

STATE COMPENSATION FUND
PO BOX 3171
SUISUN CITY, CA 945856171

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,700.00

3.471

STATE ELECTRIC GENERATOR
PO BOX 66459
FREEDOM, CA 950670000

**Date or dates debt was incurred**
Various

SE21

**As of the petition filing date, the claim is:**                    $3,210.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.472

STAXI CORPORATION LIMITED
PO BOX 71543
FREEDOM, CA 606941543

**Date or dates debt was incurred**
Various

3787

**As of the petition filing date, the claim is:**                    $1,665.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.473

STEPHEN OR SHARON TAYLOR
622 RIVERVIEW DRIVE
FREEDOM, CA 950100000

**Date or dates debt was incurred**
Various

STAY

**As of the petition filing date, the claim is:**                    $7,283.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.474

STEPTOE & JOHNSON LLP
PO BOX 603212
FREEDOM, CA 282603212

**Date or dates debt was incurred**
Various

STEP

**As of the petition filing date, the claim is:**                    $2,152.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.475**

STERICYCLE INC.
P.O. BOX 6578
FREEDOM, CA 601976578

**Date or dates debt was incurred**
Various

S720

**As of the petition filing date, the claim is:**                    $27,775.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.476**

STERIS CORPORATION
P.O. BOX 644063
FREEDOM, CA 152644063

**Date or dates debt was incurred**
Various

S845

**As of the petition filing date, the claim is:**                    $28,635.92
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.477**

STERLING
PO BOX 35626
FREEDOM, CA 71935626

**Date or dates debt was incurred**
Various

STRL

**As of the petition filing date, the claim is:**                    $10,197.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.478**

STEVE CLARK & ASSOCIATES
950 GLENN DR. SUITE 250
FREEDOM, CA 956300000

**Date or dates debt was incurred**
Various

SCAS

**As of the petition filing date, the claim is:**                    $32,843.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.479

STORAGE SYSTEMS UNLIMITED
P.O. BOX 369
FREEDOM, CA 370650000

**Date or dates debt was incurred**
Various

S850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$160.00

3.480

STRYKER ENDOSCOPY
C/O STRYKER SALES CORP.
P.O. BOX 93276
CHICAGO, IL 606733276

**Date or dates debt was incurred**
Various

S857

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$74,232.00

3.481

STRYKER MEDICAL
STRYKER SALES CORPORATION
PO BOX 93308
CHICAGO, IL 606733308

**Date or dates debt was incurred**
Various

S859

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,762.00

3.482

STRYKER ORTHOPAEDICS
BOX 93213
FREEDOM, CA 606730000

**Date or dates debt was incurred**
Various

S854

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$554,198.59

3.483

STRYKER SALES, LLC
21343 NETWORK PLACE
CHICAGO, IL
CHICAGO, IL 606761213

**Date or dates debt was incurred**
Various

S858

**As of the petition filing date, the claim is:**                    $57,711.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.484

STRYKER SPINE
C/O STRYKER SALES CORP
PO BOX 93308
CHICAGO, IL 60673

**Date or dates debt was incurred**
Various

S856

**As of the petition filing date, the claim is:**                    $9,437.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.485

SUN MEDICAL TECHNOLOGIES
PO BOX 95333
FREEDOM, CA 760990000

**Date or dates debt was incurred**
Various

SUNM

**As of the petition filing date, the claim is:**                    $22,700.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.486

SURGICAL ASSOCIATES OF MONTEREY BAY
1668 DOMINICAN WAY
SANTA CRUZ, CA 950650000

**Date or dates debt was incurred**
Various

SU02

**As of the petition filing date, the claim is:**                    $17,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.487**

SYMMETRY SURGICAL
P.O BOX 759159
FREEDOM, CA 212759159

**Date or dates debt was incurred**
Various

S740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,045.00

**3.488**

SYSCO - S.F.
PO BOX 5019
FREEDOM, CA 945370000

**Date or dates debt was incurred**
Various

S248

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$43,454.00

**3.489**

T-MOBILE
PO BOX 742596
FREEDOM, CA 452740000

**Date or dates debt was incurred**
Various

TM21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,222.00

**3.490**

TAURINO N. AVELAR
1220 BONINO WAY
FREEDOM, CA 950200000

**Date or dates debt was incurred**
Various

TA21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,750.00

**3.491**

TECHNICIAN GUY.COM
540 MAIN ST. #532
FREEDOM, CA 950760000

**Date or dates debt was incurred**
Various

TECH

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$130.00

**3.492**

TECHNICIAN GUY.COM
540 Main St
#532
Watsonville, CA 95076

**Date or dates debt was incurred**
09/27/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$325.00

**3.493**

TELEHEALTH SERVICES
1100 CRESCENT GREEN, SUITE200
CARY, NC 275180000

**Date or dates debt was incurred**
Various

TE02

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$774.00

**3.494**

THE PERMANENTE MEDICAL GROUP
275 HOSPITAL PARKWAY, SUITE 660
SAN JOSE, CA 951190000

**Date or dates debt was incurred**
Various

KAIS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

$377,580.65

3.495

THE PERMANENTE MEDICAL GROUP
275 HOSPITAL PARKWAY, SUITE 660
SAN JOSE, CA 951190000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $442,250.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Demands

**Is the claim subject to offset?**
☑ No
☐ Yes

3.496

THE PERMANENTE MEDICAL GROUP
275 Hospital Parkway STE 660
ATTN: Brenda Solis
San Jose, CA 95119

**Date or dates debt was incurred**
11/17/2021

**As of the petition filing date, the claim is:**                    $17,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No
☐ Yes

3.497

THE POSH BAKERY
PO BOX 742675
FREEDOM, CA 900742675

**Date or dates debt was incurred**
Various

PB03

**As of the petition filing date, the claim is:**                    $1,624.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.498

THE SSI GROUP, INC. DEPT #2455
P.O. BOX 11407
FREEDOM, CA 352462455

**Date or dates debt was incurred**
Various

7819

**As of the petition filing date, the claim is:**                    $4,825.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

3.499

THE STINNETT GROUP LLP
550 MONTGOMERY ST SUITE 500
FREEDOM, CA 941110000

**Date or dates debt was incurred**
Various

SGP1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,691.00

3.500

THERAPEUTIC RESEARCH CENTER
DEPT LA 24176
FREEDOM, CA 911854176

**Date or dates debt was incurred**
Various

8452

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,076.00

3.501

Patient 66689
Not Disclosed

**Date or dates debt was incurred**
Various

TT21

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$915.00

3.502

THYSSEN KRUPP ELEVATOR CORPORATION
PO BOX 3796
FREEDOM, CA 601323796

**Date or dates debt was incurred**
Various

THYS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,188.00

3.503

TINOS PLUMBING
1020 FREEDOM BLVD
FREEDOM, CA 950760000

**Date or dates debt was incurred**
Various

7992

**As of the petition filing date, the claim is:**                    $90.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.504

TORNIER INC.
PO BOX 4631
FREEDOM, CA 772104631

**Date or dates debt was incurred**
Various

TORN

**As of the petition filing date, the claim is:**                    $51,837.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.505

TOTAL RENAL CARE, INC
PO BOX 781607
FREEDOM, CA 191781607

**Date or dates debt was incurred**
Various

T251

**As of the petition filing date, the claim is:**                    $277,806.51
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical professional

**Is the claim subject to offset?**
☑ No

☐ Yes

3.506

Total Renal Care, Inc. d/b/a DaVita
PO BOX 781607
FREEDOM, CA 191781607

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $291,835.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Demands

**Is the claim subject to offset?**
☑ No

☐ Yes

3.507

TOYOTA MATERIAL HANDLING
P.O. BOX 398526
FREEDOM, CA 941398526

**Date or dates debt was incurred**
Various

5533

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,080.00

3.508

TRAVELERS INSURANCE
PO BOX 8112
WALNUT CREEK, CA 94596

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,270.64

3.509

TREANORHL, INC.
1040 VERMONT
FREEDOM, CA 660440000

**Date or dates debt was incurred**
Various

TRHL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,980.00

3.510

TRI-ANIM HEALTH SERVICES
25197 NETWORK PLACE
FREEDOM, CA 606731251

**Date or dates debt was incurred**
Various

T745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,255.00

3.511

TRINITY CONSULTANTS, INC
PO BOX 972047
FREEDOM, CA 753972047

**Date or dates debt was incurred**
Various

TRIN

**As of the petition filing date, the claim is:**    $13,899.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.512

UFCW
PO BOX 272540
CHICO, CA 959272540

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,193.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.513

Unidentified payor or patient
Unknown

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $679,815.43
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.514

UNITED HEALTHCARE
PO BOX 30555
SALT LAKE CITY, UT 841300555

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $10,027.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No

☐ Yes

3.515

URESIL LLC
5418 W. TOUHY AVE.
FREEDOM, CA 600770000

**Date or dates debt was incurred**
Various

U039

**As of the petition filing date, the claim is:**                    $645.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.516

USOC BIO MEDICAL
20 MORGAN
FREEDOM, CA 926180000

**Date or dates debt was incurred**
Various

USOC

**As of the petition filing date, the claim is:**                    $2,671.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.517

UTAH MEDICAL
7043 SOUTH 300 WEST
FREEDOM, CA 840470000

**Date or dates debt was incurred**
Various

U750

**As of the petition filing date, the claim is:**                    $1,248.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.518

Vaco LLC
PO BOX 667
FREEDOM, CA 370240000

**Date or dates debt was incurred**
Various

V118

**As of the petition filing date, the claim is:**                    $13,901.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

3.519

Vaco LLC
PO BOX 667
FREEDOM, CA 370240000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Filed Lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

Unliquidated

---

3.520

VALERIE MONTES
12 Pima St
WATSONVILLE, CA 95076-0000

**Date or dates debt was incurred**
Various

VM21

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$55.00

---

3.521

VERIZON BUSINESS
PO BOX 15043
FREEDOM, CA 122125043

**Date or dates debt was incurred**
Various

VERZ

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,291.00

---

3.522

VERIZON WIRELESS
PO BOX 660108
FREEDOM, CA 752660108

**Date or dates debt was incurred**
Various

VRZN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,163.00

**3.523**

Vision Service Plan
3333 Quality Drive
Rancho Cordova, CA 95670

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,708.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Est IBNR Vision claims

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.524**

VITAL CARE REPS INC
7650 WEST 185TH ST. SUITE C
FREEDOM, CA 604770000

**Date or dates debt was incurred**
Various

V714

**As of the petition filing date, the claim is:** $1,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.525**

VITAL RECORDS CONTROL
DEPT 5874
PO BOX 11407
BIRMINGHAM, AL 352460000

**Date or dates debt was incurred**
Various

VITA

**As of the petition filing date, the claim is:** $46,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.526**

VYAIRE MEDICAL INC
29429 NETWORK PLACE
FREEDOM, CA 606731294

**Date or dates debt was incurred**
Various

V795

**As of the petition filing date, the claim is:** $1,070.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.527**

WATSONVILLE COAST PRODUCE
P.O. BOX 490
FREEDOM, CA 950770490

**Date or dates debt was incurred**
Various

1904

**As of the petition filing date, the claim is:**                    $6,607.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.528**

Watsonville Community Hospital Cash Balance Pension Plan
c/o Watsonville Hospital
75 Nielson St
Watsonville, CA 95075-0000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Unliquidated
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Est Under funded balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.529**

Watsonville Community Hospital Retiree Flex Plan
c/o Watsonville Hospital
75 Nielson St
Watsonville, CA 95075-0000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Unliquidated
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Est Retiree benefit liability

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.530**

WATSONVILLE SQUARE
2580 SIERRA BLVD #E
FREEDOM, CA 958250000

**Date or dates debt was incurred**
Various

WASQ

**As of the petition filing date, the claim is:**                    $1,343.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.531**

Western Alliance Equipment Finance, Inc.
ONE EAST WASHINGTON
STE 1400
PHOENIX, AZ 850040000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $137,186.85
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Demands

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.532**

WESTERN DIAGNOSTIC IMAGING SYSTEMS, INC.
4110 TIGRIS WAYS
FREEDOM, CA 925030000

**Date or dates debt was incurred**
Various

WE21

**As of the petition filing date, the claim is:** $136,734.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.533**

WESTERN GROWERS CEDAR HP
PO BOX 7240
NEWPORT BEACH, CA 92658

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $4,401.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Medical payor refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.534**

Patient 70563
Not Disclosed

**Date or dates debt was incurred**
07/02/2021

**As of the petition filing date, the claim is:** $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Uncashed Check

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.535**

WOUND CARE ADVANTAGE
304 WEST SIERRA MADRE BLVD
FREEDOM, CA 910240000

**Date or dates debt was incurred**
Various

WC14

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,400.00

**3.536**

WRIGHT MEDICAL TECH. INC.
PO BOX 503482
FREEDOM, CA 631503482

**Date or dates debt was incurred**
Various

W950

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$56,555.95

**3.537**

ZEROWET, INC.
P.O. BOX 4375
FREEDOM, CA 902740000

**Date or dates debt was incurred**
Various

Z003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$370.00

**3.538**

ZIMMER
P.O. BOX 277530
FREEDOM, CA 303847530

**Date or dates debt was incurred**
Various

Z715

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies or vendors

**Is the claim subject to offset?**
☑ No

☐ Yes

$42,328.02

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $5,562,495.44 |
| 5b. **Total claims from Part 2** | 5b. | $33,106,787.62 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $38,669,283.06 |

**Fill in this information to identify the case:**

Debtor name: Watsonville Hospital Corporation

United States Bankruptcy Court for the: Northern District of California, San Jose

Case number: 21-51477

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

| Schedule G: | Executory Contracts and Unexpired Leases |
|---|---|

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** Master Software and Services Agreement | 3M Health Information Systems Inc 575 West Murray Blvd Murray, UT 84123-4611 |
| **State the term remaining** 9/30/2025 | |
| **List the contract number of any government contract** TY0647-19 MSSA | |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** 2nd Amendment to the Master Software and Services Agreement | 3M Health Information Systems Inc 575 West Murray Blvd Murray, UT 84123-4611 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** 3rd Amendment to the Master Software and Services Agreement | 3M Health Information Systems Inc 575 West Murray Blvd Murray, UT 84123-4611 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | 4th Amendment to the Master Software and Services Agreement | 3M Health Information Systems Inc<br>575 West Murray Blvd<br>Murray, UT 84123-4611 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | 5th Amendment to the Master Software and Services Agreement | 3M Health Information Systems Inc<br>575 West Murray Blvd<br>Murray, UT 84123-4611 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | 3M Health Information Systems Inc<br>575 West Murray Blvd<br>Murray, UT 84123-4611 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Facility Participation Agreement for Healthtrust Purchasing Group Members | Abbott Laboratories Inc<br>200 Abbott Park Road<br>Abbott Park, IL 60064-6214 |
| | **State the term remaining** | 5/12/2022 | |
| | **List the contract number of any government contract** | Customer ID 51000636 | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #246-Version 82-Nutritionals and Formula - Infant and Pediatric | ABBOTT NUTRITION<br>3300 Stelzer Rd<br>Columbus, OH 43215 |
| | **State the term remaining** | 6/30/2024 | |
| | **List the contract number of any government contract** | 246-Version 82 | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Temporary to Permanent Recruitment Agreement | ADEX Medical Staffing, LLC<br>509 Madison Ave<br>Suite 1916<br>New York, NY 10022 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work |
| | | ADP<br>One ADP Boulevard<br>Roseland, NJ 07068 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | | ADP<br>One ADP Boulevard<br>Roseland, NJ 07068 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Call Coverage Agreement Standard Terms and Conditions (CW2273180) |
| | | Advanced Cardiovascular Specialists Inc.<br>2490 Hospital Drive<br>#311<br>Mountain View, CA 94040 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #695-Version 102-INSTRUMENTS - SURGICAL - GENERAL AND SPECIALTY |
| | | AESCULAP INC<br>824 12th Ave<br>Bethlehem, PA 18018 |
| | **State the term remaining** | 5/31/2022 |
| | **List the contract number of any government contract** | 695-Version 102 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #1339-Version 50-STERILIZATION CONTAINERS AND SUPPLIES |
| | | AESCULAP INC<br>824 12th Ave<br>Bethlehem, PA 18018 |
| | **State the term remaining** | 5/31/2022 |
| | **List the contract number of any government contract** | 1339-Version 50 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Managed Care Agreement |
| | | Aetna Health of California, Inc.<br>2409 Camino Ramon<br>San Ramon, CA 94583 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #37039-Version 7-Rental - Moveable Medical Equipment | AGILITI HEALTH INC<br>6625 W 78th St<br>STE 300<br>Minneapolis, MN 55439 |
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | 37039-Version 7 | |

| | | | |
|---|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Facility Agreement | Airgas Healthcare<br>3021 Messer Airport Hwy<br>Birmingham, AL 35203 |
| | **State the term remaining** | 9/10/2025 | |
| | **List the contract number of any government contract** | HPG-45202 | |

| | | | |
|---|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Specialty On-Call Coverage Agreement Between Hospital and Physician | Albert Crevello, MD<br>243 Green Valley Road<br>#D<br>Freedom , CA 95019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #2639-Version 42-Implants-Breast and Tissue Expanders | ALLERGAN USA INC<br>5 Giralda Farms<br>Madison, NJ 7940 |
| | **State the term remaining** | 7/31/2023 | |
| | **List the contract number of any government contract** | 2639 Version 42 | |

| | | | |
|---|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Professional Service Agreement | Allied Universal Company<br>Eight Tower Bridge, 161 Washington Street<br>Suite 600<br>Conshohocken, PA 19428 |
| | **State the term remaining** | 12/1/2022 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #:43614-Version 3- Osteobiologics | ALLOSOURCE<br>6278 S Troy Cir<br>Centennial , CO 80111 |
| | **State the term remaining** | 11/30/2023 | |
| | **List the contract number of any government contract** | 43614 Version 3 | |

| | | |
|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7635-Version 35-Implants-Spine |
| | **State the term remaining** | 11/30/2023 |
| | **List the contract number of any government contract** | 7635 Version 35 |

ALPHATEC SPINE INC
1950 Camino Vida Roble
Carlsbad, CA 92008

| | | |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Management Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Alta Hospitals System LLC
3415 South Sepulveda Blvd
9th Floor
Los Angeles, CA 90034

| | | |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Addendum |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Alta Hospitals System LLC
3415 South Sepulveda Blvd
9th Floor
Los Angeles, CA 90034

| | | |
|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 2512-Version 45-RESUSCITATION AND HYPERINFLATION BAGS |
| | **State the term remaining** | 12/31/2023 |
| | **List the contract number of any government contract** | 2512-Version 45 |

AMBU INC
6230 Old Dobbin Lane
Suite 250
Columbia, MD 21045

| | | |
|---|---|---|
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Compliance Services (Service Agreement) |
| | **State the term remaining** | 6/8/2022 |
| | **List the contract number of any government contract** | |

American Data Network, LLC
10809 Executive Center Drive
Suite 300
Little Rock, AK 72211

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | System Access and Services Agreement |
| | **State the term remaining** | 6/8/2022 |
| | **List the contract number of any government contract** | |

American Data Network, LLC
10809 Executive Center Drive
Suite 300
Little Rock, AK 72211

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | American Red Cross Blood Services Agreement | AMERICAN RED CROSS BLOOD SERVICES PO BOX 100805 PASADENA, CA 911890805 |
| | **State the term remaining** | 9/30/2023 | |
| | **List the contract number of any government contract** | ARC Contract #00009733 | |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | API Healthcare Corporation 1550 Innovation Way Hartford, WI 53207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Workforce Management License and Service Agreement | API Healthcare Corporation 1550 Innovation Way Hartford, WI 53207 |
| | **State the term remaining** | 4/27/2023 | |
| | **List the contract number of any government contract** | | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 5207-Version 32-Trocars - Disposable | APPLIED MEDICAL DISTRIBUTION 22872 Avenida Empresa Rancho Santa Margarita, CA 92688 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | 5207-Version 32 | |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement | APPLIED STATISTICS & MANAGEMENT INC PO BOX 2738 PO BOX 2738 TEMECULA, CA 925930000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Service Addendum to Master Agreement | APPLIED STATISTICS & MANAGEMENT INC PO BOX 2738 PO BOX 2738 TEMECULA, CA 925930000 |
| | **State the term remaining** | 10/7/2022 | |
| | **List the contract number of any government contract** | | |

**2.34** **State what the contract or lease is for and the nature of the debtor's interest**
Patient Transfer Agreement

**State the term remaining**
2/28/2017

**List the contract number of any government contract**

Aptos Surgery Center, LLC
3275 Aptos Rancho Road
Aptos, CA 95003

---

**2.35** **State what the contract or lease is for and the nature of the debtor's interest**
Data Storage and Service Agreement

**State the term remaining**

**List the contract number of any government contract**

Arcus Data Security Inc. (c/o Iron Mountain)
P.O. BOX 915004
DALLAS , TX 753915004

---

**2.36** **State what the contract or lease is for and the nature of the debtor's interest**
Professional Services Agreement for Tele-ICU Services

**State the term remaining**

**List the contract number of any government contract**

Aretaeus Telemedicine Inc.
2751 4th Street
#135
Santa Rosa, CA 95405

---

**2.37** **State what the contract or lease is for and the nature of the debtor's interest**
Contract #: 7030-Version 24-Specialty Procedure Trays and Biopsy Needles

**State the term remaining**
4/30/2022

**List the contract number of any government contract**
7030-Version 24

ARGON MEDICAL DEVICES INC
1445 Flat Creek Rd
Athens, TX 75751

---

**2.38** **State what the contract or lease is for and the nature of the debtor's interest**
Business Associate Agreement

**State the term remaining**

**List the contract number of any government contract**

Artifact Health Inc
PO Box 949
Boulder, CO 80306

---

**2.39** **State what the contract or lease is for and the nature of the debtor's interest**
Master Subscription Agreement

**State the term remaining**
9/30/2022

**List the contract number of any government contract**

Artifact Health Inc
PO Box 949
Boulder, CO 80306

| | | |
|---|---|---|
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Pathology Department Professional Services Agreement | Associated Pathology Medical Group<br>105-A Cooper Court<br>Los Gatos , CA 95032 |
| | **State the term remaining** | 10/31/2017 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 361-Version 100-TRAYS - ANESTHESIA AND PAIN MANAGEMENT | B BRAUN MEDICAL INC<br>824 12th Ave<br>Bethlehem, PA 18018 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | 361-Version 100 | |

| | | |
|---|---|---|
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 778-Version 46-CATHETERS, IV SAFETY | B BRAUN MEDICAL INC<br>824 12th Ave<br>Bethlehem, PA 18018 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | 778-Version 46 | |

| | | |
|---|---|---|
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7678-Version 53-INFUSION PUMPS, SOLUTIONS, SETS, AND NEEDLELESS PRODUCTS | B BRAUN MEDICAL INC<br>824 12th Ave<br>Bethlehem, PA 18018 |
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | 7678-Version 53 | |

| | | |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement to Perform Legal Services | Baer, Negrin & Troff LLP<br>12400 Wilshire Blvd<br>Suite 1180<br>Los Angeles, CA 90025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 279-Version 111-PICCs | Bard Access Systems<br>1 Becton Dr<br>Franklin Lakes, NJ 7417 |
| | **State the term remaining** | 5/31/2024 | |
| | **List the contract number of any government contract** | 279-Version 111 | |

| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 39054-Version 6-Specialty Procedure Trays and Biopsy Needles | BARD PERIPHERAL VASCULAR INC |
|---|---|---|---|
| | **State the term remaining** | 4/30/2022 | 850 W Rio Salado Pkwy |
| | **List the contract number of any government contract** | 39054-Version 6 | Tempe, AZ 85281 |

| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 1142-Version 54-Catheters - Dialysis | BARD PERIPHERAL VASCULAR INC |
|---|---|---|---|
| | **State the term remaining** | 9/30/2022 | 850 W Rio Salado Pkwy |
| | **List the contract number of any government contract** | 1142-Version 54 | Tempe, AZ 85281 |

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 1140-Version 99-Biosurgical Hemostatic Agents | BAXTER HEALTHCARE/BIOSURGERY DIV |
|---|---|---|---|
| | **State the term remaining** | 1/31/2022 | 1 Baxter Parkway |
| | **List the contract number of any government contract** | 1140-Version 99 | Deerfield, IL 60015 |

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 44256-Version 31-INFUSION PUMPS, SETS, SOLUTIONS, AND NEEDLELESS PRODUCTS | BAXTER HEALTHCARE/BIOSURGERY DIV |
|---|---|---|---|
| | **State the term remaining** | 12/31/2027 | 1 Baxter Parkway |
| | **List the contract number of any government contract** | 44256-Version 31 | Deerfield, IL 60015 |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Call Coverage Agreement Standard Terms and Conditions- GI | Bayview Gastroenterology |
|---|---|---|---|
| | **State the term remaining** | | 4145 Clares Street |
| | **List the contract number of any government contract** | | Suite A |
| | | | Capitola, CA 95010 |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment of Call Coverage Agreement Standard Terms and Conditions- GI | Bayview Gastroenterology |
|---|---|---|---|
| | **State the term remaining** | | 4145 Clares Street |
| | **List the contract number of any government contract** | | Suite A |
| | | | Capitola, CA 95010 |

| | | |
|---|---|---|
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 696-Version 94-INSTRUMENTS - SURGICAL - GENERAL AND SPECIALTY |
| | **State the term remaining** | 1/31/2022 |
| | **List the contract number of any government contract** | 696-Version-94 |

BD CAREFUSION 2200 (V MUELLER)
1 Becton Drive
Franklin Lakes, NJ 7417

| | | |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 990-Version 79-INFUSION PUMPS, SETS, AND NEEDLELESS PRODUCTS |
| | **State the term remaining** | 12/31/2024 |
| | **List the contract number of any government contract** | 990-Version 79 |

BD CAREFUSION 2200 (V MUELLER)
1 Becton Drive
Franklin Lakes, NJ 7417

| | | |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

BD CareFusion Solutions, LLC
3750 Torrey View Court
San Diego , CA 92130

| | | |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Agreement and Support Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

BD CareFusion Solutions, LLC
3750 Torrey View Court
San Diego , CA 92130

| | | |
|---|---|---|
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Virtual Test System Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

BD CareFusion Solutions, LLC
3750 Torrey View Court
San Diego , CA 92130

| | | |
|---|---|---|
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Order |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | #1000032117 |

BD CareFusion Solutions, LLC
3750 Torrey View Court
San Diego , CA 92130

| | | |
|---|---|---|
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego , CA 92130 |
| | Amendment to Customer Order | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** 2000019274 | |

| | | |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego , CA 92130 |
| | Amendment to Customer Order | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** 2000018220 | |

| | | |
|---|---|---|
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego , CA 92130 |
| | Customer Order Attachment | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego , CA 92130 |
| | Amendment to Customer Order | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** 2000018332 | |

| | | |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego , CA 92130 |
| | Customer Agreement | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego , CA 92130 |
| | Customer Agreement | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Customer Order | | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego , CA 92130 |
| | State the term remaining | | | |
| | List the contract number of any government contract | #1000177619 | | |

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Customer Order | | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego , CA 92130 |
| | State the term remaining | | | |
| | List the contract number of any government contract | #1000177618 | | |

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Customer Order | | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego , CA 92130 |
| | State the term remaining | | | |
| | List the contract number of any government contract | #1000184175 | | |

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Contract #: 687-Version 49-NEEDLES & SYRINGES - SAFETY | | BD MEDICAL<br>1 Becton Drive<br>Franklin Lakes, NJ 7417 |
| | State the term remaining | 2/28/2022 | | |
| | List the contract number of any government contract | 687-Version 49 | | |

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Contract #: 915-version 53-Catheters - IV Safety | | BD MEDICAL<br>1 Becton Drive<br>Franklin Lakes, NJ 7417 |
| | State the term remaining | 2/28/2022 | | |
| | List the contract number of any government contract | 915-version 53 | | |

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Contract #: 980-Version 52-Skin Prep Applicators and Swabsticks | | BD MEDICAL<br>1 Becton Drive<br>Franklin Lakes, NJ 7417 |
| | State the term remaining | 11/30/2024 | | |
| | List the contract number of any government contract | 980-Version 52 | | |

| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 38882-Version 10-Specialty Procedure Trays and Biopsy Needles | BD MEDICAL<br>1 Becton Drive<br>Franklin Lakes, NJ 7417 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | 38882-Version 10 | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Agreement No. 2019-1018845959 | Beckman Coulter, Inc.<br>250 S Kraemer Blvd<br>PO Box 8000<br>Brea, CA 92822-8000 |
| | **State the term remaining** | 6/25/2025 | |
| | **List the contract number of any government contract** | 2019-1018845959 | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Service Agreement | Beckman Coulter, Inc.<br>250 S Kraemer Blvd<br>PO Box 8000<br>Brea, CA 92822-8000 |
| | **State the term remaining** | 7/15/2022 | |
| | **List the contract number of any government contract** | #S102271US | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | DxS Service Agreement #S102271US | Beckman Coulter, Inc.<br>250 S Kraemer Blvd<br>PO Box 8000<br>Brea, CA 92822-8000 |
| | **State the term remaining** | 7/16/2022 | |
| | **List the contract number of any government contract** | S102271US | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Diagnostic System Extended Warranty Agreement (Q-20213) | BioFire<br>515 Colorow Drive<br>Salt Lake City, UT 84108 |
| | **State the term remaining** | 7/28/2022 | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 22196-Version 16-THORACIC FIXATION PRODUCTS | BIOMET MICROFIXATION<br>1520 Tradeport Drive<br>Jacksonville, FL 32218 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | 22196-Version 16 | |

| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Blue Cross of California Comprehensive Contracting Hospital Agreement | Blue Cross of California 21555 Oxnard St Woodland Hills, CA 91367 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to the Blue Cross of California Comprehensive Contracting Hospital Agreement | Blue Cross of California 21555 Oxnard St Woodland Hills, CA 91367 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to the Blue Cross of California Comprehensive Contracting Hospital Agreement | Blue Cross of California 21555 Oxnard St Woodland Hills, CA 91367 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to the Blue Cross of California Comprehensive Contracting Hospital Agreement | Blue Cross of California 21555 Oxnard St Woodland Hills, CA 91367 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Fourth Amendment to the Blue Cross of California Comprehensive Contracting Hospital Agreement | Blue Cross of California 21555 Oxnard St Woodland Hills, CA 91367 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Blue Cross of California Quality-in-Sights Hospital Incentive Program Agreement | Blue Cross of California 21555 Oxnard St Woodland Hills, CA 91367 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Blue Cross Medicare Advantage Hospital Services Agreement | Blue Cross of California<br>21555 Oxnard St<br>Woodland Hills, CA 91367 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Fifth Amendment to the Comprehensive Contracting Agreement | Blue Cross of California d/b/a Anthem Blue Cross<br>21555 Oxnard St<br>Woodland Hills, CA 91367 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the Anthem Blue Cross Comprehensive Contracting Agreement | Blue Cross of California d/b/a Anthem Blue Cross<br>21555 Oxnard St<br>Woodland Hills, CA 91367 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment to Mid-Coastal California Perinatal Outreach Program Participation Agreement | Board of trustees of the Leland Stanford Junior University (on behalf of its School of Medicine, Stanford University), Lucile Salter Packard Children's Hospital<br>1265 Welch Road<br>MSOB<br>Stanford , CA 94305 |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 447-Version 89-UROLOGY - INTERVENTIONAL | BOSTON SCIENTIFIC CORP<br>300 Boston Scientific Way<br>Mailstop M405<br>Marlborough, MA 1752 |
| | **State the term remaining** | 3/31/2022 | |
| | **List the contract number of any government contract** | 447-Version 89 | |

| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 5171-Version 49-ENDOSCOPE AND INSTRUMENT CARE - CLEANING TRANSPORT AND RELATED SUPPLIES | BOSTON SCIENTIFIC CORP<br>300 Boston Scientific Way<br>Mailstop M405<br>Marlborough, MA 1752 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | 5171-Version 49 | |

2.88  **State what the contract or lease is for and the nature of the debtor's interest**
Contract #: 41466-Version 11-Female Pelvic Products

**State the term remaining**
11/30/2024

**List the contract number of any government contract**
41466-Version 11

BOSTON SCIENTIFIC CORP
300 Boston Scientific Way
Mailstop M405
Marlborough, MA 1752

2.89  **State what the contract or lease is for and the nature of the debtor's interest**
Contract #: 2880-Version 37-Adult - Enteral Feeding Tubes and Accessories

**State the term remaining**
5/31/2022

**List the contract number of any government contract**
2880-Version 37

BOSTON SCIENTIFIC CORP
300 Boston Scientific Way
Mailstop M405
Marlborough, MA 1752

2.90  **State what the contract or lease is for and the nature of the debtor's interest**
Agreement for Furnishing Clinical Experience and the Use of Clinical Facilities

**State the term remaining**

**List the contract number of any government contract**

Cabrillo Community College District
6500 Soquel Drive
Aptos, CA 95003

2.91  **State what the contract or lease is for and the nature of the debtor's interest**
Agreement Between Watsonville and California Nurses Association

**State the term remaining**
5/17/2023

**List the contract number of any government contract**

California Nurses Association
155 Grand Avenue
Oakland, CA 94612

2.92  **State what the contract or lease is for and the nature of the debtor's interest**
Vacation Cash Out Agreement for California Nurses Association

**State the term remaining**

**List the contract number of any government contract**

California Nurses Association
155 Grand Avenue
Oakland, CA 94612

2.93  **State what the contract or lease is for and the nature of the debtor's interest**
Tricare Institution Provider Contract

**State the term remaining**

**List the contract number of any government contract**

California Physicians' Service, Inc. d/b/a Blue Shield of California
PO Box 629010
El Dorado Hills, CA 95762-9010

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Blue Shield of California Fee for Service Hospital Agreement | California Physicians' Service, Inc. d/b/a Blue Shield of California<br>PO Box 629010<br>El Dorado Hills, CA 95762-9010 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | 1st Amendment to FFS Hospital Agreement | California Physicians' Service, Inc. d/b/a Blue Shield of California<br>PO Box 629010<br>El Dorado Hills, CA 95762-9010 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Affiliation Agreement | California State University - Monterey Bay<br>100 Campus Center, Valley Hall West<br>Seaside, CA 93955-8001 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Between Watsonville and CALTEC | California Nurses Association<br>155 Grand Avenue<br>Oakland, CA 94612 |
|---|---|---|---|
| | State the term remaining | 5/31/2024 | |
| | List the contract number of any government contract | | |

| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Patient Transfer and Related Services | CALSTAR Air Medical Services LLC<br>4933 Bailey Loop<br>McClellan, CA 95652 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Vending Machine Agreement | Canteen Vending Services<br>4120 Dublin Blvd<br>#350<br>Dublin, CA 94568 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Facility Commitment Agreement (Contract No. 00216021.0) |
| | **State the term remaining** | 8/31/2021 |
| | **List the contract number of any government contract** | Contract #00216021.0 |

Cardinal Health 110, LLC
7200 Cardinal Place W
Dublin, OH 43017

| | | |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Retail Source Letter of Participation |
| | **State the term remaining** | 8/31/2021 |
| | **List the contract number of any government contract** | Contract #00216021.0 |

Cardinal Health 110, LLC
7200 Cardinal Place W
Dublin, OH 43017

| | | |
|---|---|---|
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | AcuteSource Letter of Participation |
| | **State the term remaining** | 8/31/2021 |
| | **List the contract number of any government contract** | Contract #00216021.0 |

Cardinal Health 110, LLC
7200 Cardinal Place W
Dublin, OH 43017

| | | |
|---|---|---|
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Primary (Generic) Drugs Commitment Agreement (Contract No. 00312820.0) |
| | **State the term remaining** | 8/31/2026 |
| | **List the contract number of any government contract** | Contarct #00312824.0 |

Cardinal Health 110, LLC
7200 Cardinal Place W
Dublin, OH 43017

| | | |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Specialty Pharmaceuticals Commitment Agreement |
| | **State the term remaining** | 8/31/2026 |
| | **List the contract number of any government contract** | Contract #00312824.0 |

Cardinal Health 110, LLC
7200 Cardinal Place W
Dublin, OH 43017

| | | |
|---|---|---|
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 689-Version 62-NEEDLES & SYRINGES - SAFETY |
| | **State the term remaining** | 4/30/2022 |
| | **List the contract number of any government contract** | 689-Version 62 |

CARDINAL HEALTH 200 LLC
3651 Birchwood Drive
Waukegan, IL 60085

| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 6666-Version 33-NEONATAL - ENTERAL FEEDING TUBES AND ACCESSORIES | CARDINAL HEALTH 200 LLC<br>3651 Birchwood Drive<br>Waukegan, IL 60085 |
|---|---|---|---|
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 6666-Version 33 | |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7394-Version 30-PERSONAL PROTECTIVE GOWNS & APPAREL (PPE) DISPOSABLE | CARDINAL HEALTH 200 LLC<br>3651 Birchwood Drive<br>Waukegan, IL 60085 |
| | **State the term remaining** | 10/31/2022 | |
| | **List the contract number of any government contract** | 7394-Version 30 | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 5684-Version 32-ADULT ENTERAL FEEDING TUBES AND ACCESSORIES | CARDINAL HEALTH 200 LLC<br>3651 Birchwood Drive<br>Waukegan, IL 60085 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 5684-Version 32 | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 160-Version 39-RADIOPHARMACEUTICALS-UNIT DOSE | CARDINAL HEALTH 200 LLC<br>3651 Birchwood Drive<br>Waukegan, IL 60085 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | 160-Version 39 | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Carrier Service Agreement No. 035A10886 | Carrier<br>PO BOX 93844<br>CHICAGO , IL 606733844 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | #035A10886 | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Service HVAC Maintenance Plan | Carrier<br>PO BOX 93844<br>CHICAGO , IL 606733844 |
| | **State the term remaining** | 3/4/2021 | |
| | **List the contract number of any government contract** | | |

| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | CEP America- Neurology, PC, d/b/a Vituity |
| | | | 2100 Powell Street |
| | **State the term remaining** | 7/1/2021 | Suite 900 |
| | **List the contract number of any government contract** | | Emeryville , CA 94608 |

| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Scribe Services Addendum to Emergency Professional Services Agreement | CEP America-California, d/b/a Vituity |
| | | | 2100 Powell Street |
| | **State the term remaining** | Unknown | Suite 900 |
| | **List the contract number of any government contract** | | Emeryville , CA 94608 |

| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Supplement (CS #34098) | Change Healthcare |
| | | | PO BOX 98347 |
| | **State the term remaining** | 9/24/2022 | CHICAGO , IL 606930000 |
| | **List the contract number of any government contract** | | |

| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to the Hospital Agreement | CIGNA Healthcare of California Inc. |
| | | | 900 Cottage Grove Road |
| | **State the term remaining** | | Bloomfield, CT 06002 |
| | **List the contract number of any government contract** | | |

| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | Quote for Waste Management (#3600954) | Clean Harbors Environmental Services Inc |
| | | | 1021 Berryessa Rd |
| | **State the term remaining** | | San Jose, CA 95133 |
| | **List the contract number of any government contract** | Q#3600954 | |

| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Credit and Security Agreement (Revolving Credit) | CNH Finance Fund 1, LP |
| | | | 6151 Wilson Mills Road |
| | **State the term remaining** | | Suite 310 |
| | **List the contract number of any government contract** | | Highland Heights, OH 44143 |

| | | |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | 5th Amendment to Call Coverage Agreement | Coastal Health Partners, P.C.<br>1820 Main St.<br>Watsonville, CA 95076 |

2.118 **State what the contract or lease is for and the nature of the debtor's interest** 5th Amendment to Call Coverage Agreement — Coastal Health Partners, P.C. 1820 Main St. Watsonville, CA 95076
**State the term remaining** / **List the contract number of any government contract**

2.119 **State what the contract or lease is for...** 4th Amendment to Call Coverage Agreement — Coastal Health Partners, P.C. 1820 Main St. Watsonville, CA 95076

2.120 **State what the contract...** 3rd Amendment to Call Coverage Agreement — Coastal Health Partners, P.C. 1820 Main St. Watsonville, CA 95076

2.121 **State what the contract...** 2nd Amendment to Call Coverage Agreement — Coastal Health Partners, P.C. 1820 Main St. Watsonville, CA 95076

2.122 **State what the contract...** 1st Amendment to Call Coverage Agreement — Coastal Health Partners, P.C. 1820 Main St. Watsonville, CA 95076

2.123 **State what the contract...** Call Coverage Agreement Standard Terms and Conditions — Coastal Health Partners, P.C. 1820 Main St. Watsonville, CA 95076

| | | | |
|---|---|---|---|
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Office Space Lease | Coastal Health Partners, P.C.<br>1820 Main St.<br>Watsonville, CA 95076 |
| | **State the term remaining** | 9/30/2020 | |
| | **List the contract number of any government contract** | | |
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment to Medical Office Space Lease | Coastal Health Partners, P.C.<br>1820 Main St.<br>Watsonville, CA 95076 |
| | **State the term remaining** | 9/30/2025 | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Hospital Service Agreement | Coastal Healthcare Administrators<br>P.O. Box 80308<br>Salinas, CA 93901 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Hospital Preferred Provider Agreement | Coastal Healthcare Administrators<br>P.O. Box 80308<br>Salinas, CA 93901 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | Prime Contract Change Order #001: Prime 1 | Colin Construction Company<br>210 Lincoln Way<br>Auburn, CA 95603 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | PCCO #001 | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | Project Work Scope | Colin Construction Company<br>210 Lincoln Way<br>Auburn, CA 95603 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Master Textile Service Agreement |

Compass MSA Linen
1500 Liberty Ridge Drive
Suite 210
Wayne, PA 19087

| | | |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ComplianceLine Agreement |

COMPLIANCELINE, LLC
8615 CLIFF CAMERON DRIVE STE #290
FREEDOM, CA 282690000

| | | |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Agreement Amendment |

COMPLIANCELINE, LLC
8615 CLIFF CAMERON DRIVE STE #290
FREEDOM, CA 282690000

| | | |
|---|---|---|
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Hospital Managed Care Agreement |

Connecticut General Life Insurance Company
900 Cottage Grove Road
Bloomfield, CT 06002

| | | |
|---|---|---|
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Statement of Work |

Continuant Inc
5050 20th Street East
Fife, WA 98424

| | | |
|---|---|---|
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | Externship Agreement |

Contra Costa Medical Career College
4041 Lone Tree Way
Suite 101
Antioch, CA 94531

| | | |
|---|---|---|
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 32402-Version 7-Staple Line Reinforcement |
| | **State the term remaining** | 2/28/2022 |
| | **List the contract number of any government contract** | 32402-Version 7 |

COOK MEDICAL LLC
1025 W Acuff Rd
Bloomington, IN 47404

| | | |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 18589-Version 11-DURA REPAIR PRODUCTS |
| | **State the term remaining** | 5/31/2023 |
| | **List the contract number of any government contract** | 18589-Version 11 |

COOK MEDICAL LLC
1025 W Acuff Rd
Bloomington, IN 47404

| | | |
|---|---|---|
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 4705-Version 30-VALVE, TISSUE |
| | **State the term remaining** | 10/31/2022 |
| | **List the contract number of any government contract** | 4705-Version 30 |

CORCYM INC
155 E Boardwalk Dr
STE 400 #448
Fort Collins, CO 80525

| | | |
|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 4706-Version 20-VALVE, MECHANICAL |
| | **State the term remaining** | 10/31/2022 |
| | **List the contract number of any government contract** | 4706-Version 20 |

CORCYM INC
155 E Boardwalk Dr
STE 400 #448
Fort Collins, CO 80525

| | | |
|---|---|---|
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Hospital Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

County of Santa Cruz
1080 Emeline Ave
Building D
Santa Cruz, CA 95060

| | | |
|---|---|---|
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to the Hospital Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

County of Santa Cruz
1080 Emeline Ave
Building D
Santa Cruz, CA 95060

| | | |
|---|---|---|
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to the Hospital Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

County of Santa Cruz
1080 Emeline Ave
Building D
Santa Cruz, CA 95060

| | | |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to the Hospital Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

County of Santa Cruz
1080 Emeline Ave
Building D
Santa Cruz, CA 95060

| | | |
|---|---|---|
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Fourth Amendment to the Hospital Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

County of Santa Cruz
1080 Emeline Ave
Building D
Santa Cruz, CA 95060

| | | |
|---|---|---|
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Fifth Amendment to the Hospital Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

County of Santa Cruz
1080 Emeline Ave
Building D
Santa Cruz, CA 95060

| | | |
|---|---|---|
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of Storage Space |
| | **State the term remaining** | 10/31/2022 |
| | **List the contract number of any government contract** | |

County of Santa Cruz
1080 Emeline Ave
Building D
Santa Cruz, CA 95060

| | | |
|---|---|---|
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #:12420-Version 21-Cerebral Oximetry, Stand Alone |
| | **State the term remaining** | 8/31/2022 |
| | **List the contract number of any government contract** | 12420-Version 21 |

COVIDIEN
15 Hampshire St
Mansfield, MA 2048

| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7175-Version 24-Electrosurgery - Smoke Evacuation Equipment & Supplies | COVIDIEN SALES LLC<br>4642 COLLECTIONS CENTER DRIVE<br>FREEDOM, CA 606930000 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 7175-Version 24 | |

| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 5755-Version 29-SUTURE - BARBED | COVIDIEN SALES LLC<br>4642 COLLECTIONS CENTER DRIVE<br>FREEDOM, CA 606930000 |
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | 5755-Version 29 | |

| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 23944-Version 17-Surgical Sponge Counting Equipment and Supplies | COVIDIEN SALES LLC<br>4642 COLLECTIONS CENTER DRIVE<br>FREEDOM, CA 606930000 |
| | **State the term remaining** | 9/30/2024 | |
| | **List the contract number of any government contract** | 23944-Version 17 | |

| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 4738-Version 45-ADVANCED ENERGY - ADVANCED BIPOLAR EQUIPMENT & SUPPLIES | COVIDIEN SALES LLC<br>4642 COLLECTIONS CENTER DRIVE<br>FREEDOM, CA 606930000 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 4738-Version 45 | |

| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 4735-Version 41-Electrosurgery - Monopolar, Bipolar & Argon Enhanced | COVIDIEN SALES LLC<br>4642 COLLECTIONS CENTER DRIVE<br>FREEDOM, CA 606930000 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 4735-Version 41 | |

| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 435-Version 68-CATHETERS - DIALYSIS | COVIDIEN SALES LLC<br>4642 COLLECTIONS CENTER DRIVE<br>FREEDOM, CA 606930000 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | 435-Version 68 | |

| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 21665-Version 12-Biosurgical Hemostatic Agents | CR Bard DAVOL INC<br>100 SOCKANOSSETT CROSSRD<br>PO BOX 8500<br>CRANSTON, RI 02920 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | 21665-Version 12 | |

| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 961-Version 41-HERNIA FIXATION DEVICES | CR Bard DAVOL INC<br>100 SOCKANOSSETT CROSSRD<br>PO BOX 8500<br>CRANSTON, RI 02920 |
| | **State the term remaining** | 10/31/2022 | |
| | **List the contract number of any government contract** | 961-Version 41 | |

| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7538-Version 10-SYNTHETIC ABSORBABLE | CR Bard DAVOL INC<br>100 SOCKANOSSETT CROSSRD<br>PO BOX 8500<br>CRANSTON, RI 02920 |
| | **State the term remaining** | 10/31/2022 | |
| | **List the contract number of any government contract** | 7538-Version 10 | |

| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | Crothall Laundry Services Inc.<br>2365 N Airport Way<br>Manteca, CA 95336 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | Pricing Agreement | CyraCom International Inc (Language Line Services Inc.)<br>5780 N Swan Road<br>Tucson , AZ 85718 |
| | **State the term remaining** | 7/31/2015 | |
| | **List the contract number of any government contract** | | |

| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract 001-9010028-001 | Dell Financial Services LLC<br>99355 Collections Center Drive<br>Chicago, IL 60693 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | | |

**2.160**   **State what the contract or lease is for and the nature of the debtor's interest**    Contract 001-9010028-002

Dell Financial Services LLC
99355 Collections Center Drive
Chicago, IL 60693

**State the term remaining**    8/31/2023

**List the contract number of any government contract**

---

**2.161**   **State what the contract or lease is for and the nature of the debtor's interest**    Dental Administrative Services Contract

Delta Dental of California
560 Mission Street
Suite 1300
San Francisco , CA 94105

**State the term remaining**    9/30/2020

**List the contract number of any government contract**

---

**2.162**   **State what the contract or lease is for and the nature of the debtor's interest**    1st Amendment

Delta Dental of California
560 Mission Street
Suite 1300
San Francisco , CA 94105

**State the term remaining**

**List the contract number of any government contract**

---

**2.163**   **State what the contract or lease is for and the nature of the debtor's interest**    2nd Amendment

Delta Dental of California
560 Mission Street
Suite 1300
San Francisco , CA 94105

**State the term remaining**

**List the contract number of any government contract**

---

**2.164**   **State what the contract or lease is for and the nature of the debtor's interest**    Business Associate Agreement

Diablo Infectious Diseases Consultative Services Medical Group
20283 Santa Maria Ave
Castro Valley, CA 94546

**State the term remaining**

**List the contract number of any government contract**

---

**2.165**   **State what the contract or lease is for and the nature of the debtor's interest**    Patient Transfer Agreement (Hospital to Hospital)

Dignity Health d/b/a Dominican Hospital
185 Berry Street
Suite 300
San Francisco, CA 94107

**State the term remaining**

**List the contract number of any government contract**

| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | Ancillary Services Agreement | Dignity Health Medical Foundation<br>3400 Data Drive<br>3rd Floor<br>Rancho Cordova, CA 95670 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | Laboratory Services Agreement | DOMINICAN HOSPITAL<br>FINANCE DEPARTMENT<br>1555 SOQUEL DRIVE<br>SANTA CRUZ, CA 950650000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment to Laboratory Services Agreement | DOMINICAN HOSPITAL<br>FINANCE DEPARTMENT<br>1555 SOQUEL DRIVE<br>SANTA CRUZ, CA 950650000 |
| | **State the term remaining** | 1/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment to Laboratory Services Agreement | DOMINICAN HOSPITAL<br>FINANCE DEPARTMENT<br>1555 SOQUEL DRIVE<br>SANTA CRUZ, CA 950650000 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | Graduate Student Clinical Rotation Affiliation Agreement | Duke University Health System, Inc.<br>3100 Tower Blvd.<br>Suite 600<br>Durham, NC 27707 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Agreement | Easy Choice Health Plan<br>180 E. Ocean Blvd<br>#7<br>Long Beach, CA 92646 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | Easy Choice Health Plan Hospital Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Easy Choice Health Plan, Inc.
180 E. Ocean Blvd
#7
Long Beach, CA 92646

| | | |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | Contracts #: 4763-Version 63-VALVE - TISSUE |
| | **State the term remaining** | 10/31/2022 |
| | **List the contract number of any government contract** | 4763-Version 63 |

EDWARDS LIFESCIENCES LLC
One Edwards Way
Irvine, CA 92614

| | | |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement (CW2087874) |
| | **State the term remaining** | 5/31/2015 |
| | **List the contract number of any government contract** | |

Elite Anesthesia Group, Inc.
4000 Meridian Blvd
Franklin, TN 37067

| | | |
|---|---|---|
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment to Service Agreement |
| | **State the term remaining** | 5/31/2015 |
| | **List the contract number of any government contract** | |

Elite Anesthesia Group, Inc.
4000 Meridian Blvd
Franklin, TN 37067

| | | |
|---|---|---|
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment to Service Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Elite Anesthesia Group, Inc.
4000 Meridian Blvd
Franklin, TN 37067

| | | |
|---|---|---|
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | Imaging Equipment Services Agreement |
| | **State the term remaining** | 6/6/2024 |
| | **List the contract number of any government contract** | |

enBio
150 East Olive Ave.
Suite 114
Burbank, CA 91502

| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | enBio<br>150 East Olive Ave.<br>Suite 114<br>Burbank, CA 91502 |
| | **State the term remaining** | 6/6/2024 | |
| | **List the contract number of any government contract** | | |

| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Epiphany Healthcare Data Management, LLC<br>3000 E Boundary Terrace<br>Suite 2<br>Midlothian, VA 23112 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Contracts #: 743-Version 101-Endomechanical Products Disposable | ETHICON ENDO-SURGERY INC<br>4545 Creek Rd<br>Cincinnnati, OH 45242 |
| | **State the term remaining** | 11/30/2022 | |
| | **List the contract number of any government contract** | 743-Version 101 | |

| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 439-Version 72-ADVANCED ENERGY - ULTRASONIC EQUIPMENT & SUPPLIES | ETHICON US LLC<br>4545 Creek Rd<br>Cincinnnati, OH 45242 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 439-Version 72 | |

| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7375-Version 21-ADVANCED ENERGY - ADVANCED BIPOLAR EQUIPMENT & SUPPLIES | ETHICON US LLC<br>4545 Creek Rd<br>Cincinnnati, OH 45242 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 7375-Version 21 | |

| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 42355-Version 6-Electrosurgery - Smoke Evacuation Equipment & Supplies | ETHICON US LLC<br>4545 Creek Rd<br>Cincinnnati, OH 45242 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 42355-Version 6 | |

**2.184**  **State what the contract or lease is for and the nature of the debtor's interest**

Contract #: 1482-Version 94-Biosurgical Hemostatic Agents

ETHICON US LLC
4545 Creek Rd
Cincinnnati, OH 45242

**State the term remaining**  1/31/2022

**List the contract number of any government contract**  1482-Version 94

**2.185**  **State what the contract or lease is for and the nature of the debtor's interest**

Contract #: 42539-Version 10-Electrosurgery - Monopolar, Bipolar & Argon Enhanced

ETHICON US LLC
4545 Creek Rd
Cincinnnati, OH 45242

**State the term remaining**  5/31/2022

**List the contract number of any government contract**  42539-Version 10

**2.186**  **State what the contract or lease is for and the nature of the debtor's interest**

Contract #: 5206-Version 41-Topical Skin Adhesives

ETHICON US LLC
4545 Creek Rd
Cincinnnati, OH 45242

**State the term remaining**  5/31/2024

**List the contract number of any government contract**  5206-Version 41

**2.187**  **State what the contract or lease is for and the nature of the debtor's interest**

Contract #: 5205-Version 41-TROCARS - DISPOSABLE

ETHICON US LLC
4545 Creek Rd
Cincinnnati, OH 45242

**State the term remaining**  4/30/2022

**List the contract number of any government contract**  5205-Version 41-

**2.188**  **State what the contract or lease is for and the nature of the debtor's interest**

Contract #: 5759-Version 35-SUTURE - BARBED

ETHICON US LLC
4545 Creek Rd
Cincinnnati, OH 45242

**State the term remaining**  2/28/2022

**List the contract number of any government contract**  5759-Version 35

**2.189**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Customer Agreement

EXPERIAN HEALTH INC
PO BOX 846133
FREEDOM, CA 900880000

**State the term remaining**  11/7/2022

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

EXPERIAN HEALTH INC
PO BOX 846133
FREEDOM, CA 900880000

| | | |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | **State the term remaining** | 10/9/2021 |
| | **List the contract number of any government contract** | |

Firm Revenue Cycle Management Services, Inc.
5590 South Fort Apache Road
Las Vegas , NV 89148

| | | |
|---|---|---|
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | First Alarm Security & Control Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

First Alarm Security & Control
1731 Technology Drive
Suite 800
San Jose, CA 95110

| | | |
|---|---|---|
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | Participating Hospital Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

First Health Group Corp.
3200 Highland Ave
Downers Grove, IL 60515

| | | |
|---|---|---|
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

First Health Group Corp.
3200 Highland Ave
Downers Grove, IL 60515

| | | |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Premium Finance Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

First Insurance Funding
450 Skokie Blvd
STE 1000
Northbrook, IL 60062

| | | | |
|---|---|---|---|
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 885-Version 114-DISTRIBUTION - LABORATORY | FISHER HEALTHCARE<br>81 Wyman Street<br>Waltham, MA 2454 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | 885-Version 114 | |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7287-Version 20-Respiratory Heaters and Accessories | FISHER&PAYKEL HEALTHCARE INC<br>15 Maurice Paykel Place<br>East Tamaki, Auckland 2013 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | 7287-Version 20 | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter Agreement | Foley & Lardner LLP<br>555 South Flower Street<br>Suite 3300<br>Los Angeles, CA 90071-2411 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 43973-Version 7-Food procurement and distribution management services | Foodbuy LLC<br>2400 Yorkmont Rd<br>Charlotte, NC 28217 |
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | 43973-Version 7 | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Non Exclusive Student Affiliation Agreement | Foothill College DeAnza Community College District<br>12345 El Monte Drive<br>Los Altos, CA 94022 |
| | **State the term remaining** | 2/28/2019 | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Centricity Support Maintenance Ahreement (OBEHR) | GE Healthcare IITS USA Corp`<br>15724 Collections Center Drive<br>Chicago, IL 60693 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | OPP-2007590575 | |

| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Schedule to Master Lease Agreement | GE HFS, LLC<br>12854 Kenan Drive<br>Suite 201<br>Jacksonville, FL 32258 |
| | State the term remaining | | |
| | List the contract number of any government contract | #9859658-001 | |

| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Early Buy-Out Option Addendum | GE HFS, LLC<br>12854 Kenan Drive<br>Suite 201<br>Jacksonville, FL 32258 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement | General Electric Capital Corporation<br>20225 Water Tower Boulevard<br>Brookfield, WI 53045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Schedule to Master Lease Agreement | General Electric Capital Corporation<br>20225 Water Tower Boulevard<br>Brookfield, WI 53045 |
| | State the term remaining | | |
| | List the contract number of any government contract | #8738302-001 | |

| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | Early Buy-Out Option Addendum | General Electric Capital Corporation<br>20225 Water Tower Boulevard<br>Brookfield, WI 53045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Interim Loan and Security Agreement | General Electric Capital Corporation<br>20225 Water Tower Boulevard<br>Brookfield, WI 53045 |
| | State the term remaining | | |
| | List the contract number of any government contract | #8738302-002 | |

| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Collective Bargaining Agreement with General Teamsters Local 912 | General Teamsters Local 912<br>22 East 5th Street<br>Watsonville, CA 95076 |
|---|---|---|---|
| | **State the term remaining** | 10/12/2023 | |
| | **List the contract number of any government contract** | | |

| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 4717-Version 26-CARDIAC ASSIST DEVICES - INTRA-AORTIC BALLOON PUMP | GETINGE USA SALES LLC<br>1 Geoffrey Way<br>Wayne, NJ 7470 |
|---|---|---|---|
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | 4717-Version 26 | |

| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 4777-Version 26-ENDOSCOPIC VEIN HARVESTING | GETINGE USA SALES LLC<br>1 Geoffrey Way<br>Wayne, NJ 7470 |
|---|---|---|---|
| | **State the term remaining** | 1/31/2023 | |
| | **List the contract number of any government contract** | 4777-Version 26 | |

| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Form | Global Healthcare Exchange Inc.<br>1315 Century Drive<br>Suite 100<br>Louisville, CO 80027 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | C-52242 | |

| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW Terms and Conditions | Global Healthcare Exchange Inc.<br>1315 Century Drive<br>Suite 100<br>Louisville, CO 80027 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchaser User Agreement | Global Healthcare Exchange Inc.<br>1315 Century Drive<br>Suite 100<br>Louisville, CO 80027 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 5470-Version 56-HAND HYGIENE - SOAPS LOTIONS AND SANITIZERS | GOJO INDUSTRIES INC<br>1 Gojo Plz<br>STE 500<br>Akron, OH 44311 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | 5470-Version 56 | |

| | | | |
|---|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Patient Transfer Agreement | Golden Age Convalescent Hospital<br>523 Burlingame Avenue<br>Capitola, CA 95010 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Call Coverage Agreement | Golden State Heart and Vascular Associates Inc.<br>2 Lowe Ragsdale Dr<br>Suite 160<br>Monterey, CA 93940 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Facility Transfer Agreement | Good Samaritan Hospital, L.P.<br>2425 Samaritan Drive<br>San Jose, CA 95124 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Registered Nurse & Allied Health Professionals Staffing Services Agreement | GQR Global Markets<br>1038 Princeton Drive<br>Suite B<br>Marina Del Rey, CA 90292 |
| | **State the term remaining** | 10/4/2022 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | Greenberg Traurig LLP<br>2375 East Camelback Road<br>Suite 700<br>Phoenix, AZ 85016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 33263-Version 16-Contrast Media - MR |
| | | GUERBET LLC<br>821 Alexander Rd<br>Princeton, NJ 8540 |
| | **State the term remaining** | 11/30/2024 |
| | **List the contract number of any government contract** | 33263-Version 16 |

| | | |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work #2 |
| | | Guidehouse Managed Services Inc. (Navigant Cymetrix Corporation)<br>2875 Michelle<br>#250<br>Irvine, CA 92606 |
| | **State the term remaining** | 9/30/2022 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work #1 |
| | | Guidehouse Managed Services Inc. (Navigant Cymetrix Corporation)<br>2875 Michelle<br>#250<br>Irvine, CA 92606 |
| | **State the term remaining** | 9/30/2024 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Statement of Work #1 |
| | | Guidehouse Managed Services Inc. (Navigant Cymetrix Corporation)<br>2875 Michelle<br>#250<br>Irvine, CA 92606 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | | Guidehouse Managed Services Inc. (Navigant Cymetrix Corporation)<br>2875 Michelle<br>#250<br>Irvine, CA 92606 |
| | **State the term remaining** | 10/1/2024 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | Auditory Services Agreement |
| | | Halo Unlimited, Inc dba Infant Hearing Screening Specialists<br>1867 California Ave<br>#101<br>Corona, CA 92881 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

2.226 **State what the contract or lease is for and the nature of the debtor's interest**

Facility Provider Agreement- Tricare Program

Health Net Federal Services, LLC
2025 Aerojet Road
Rancho Cordova, CA 95742

**State the term remaining**

**List the contract number of any government contract**

2.227 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to the Facility Professional Provider Agreement-Tricare Program

Health Net Federal Services, LLC
2025 Aerojet Road
Rancho Cordova, CA 95742

**State the term remaining**

**List the contract number of any government contract**

2.228 **State what the contract or lease is for and the nature of the debtor's interest**

HNI Hospital Provider Services Agreement

Health Net of California, Inc.
155 Grand Avenue
2nd Floor
Oakland, CA 94612

**State the term remaining**

**List the contract number of any government contract**

2.229 **State what the contract or lease is for and the nature of the debtor's interest**

Hospital Participation Agreement

Health Value Management, Inc. d/b/a ChoiceCare Network
PO Box 19013
Green Bay, WI 54307

**State the term remaining**

**List the contract number of any government contract**

2.230 **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

HealthStream Inc
500 11th Avenue North
Suite 1000
Nashville, TN 37203

**State the term remaining**

**List the contract number of any government contract**

2.231 **State what the contract or lease is for and the nature of the debtor's interest**

Order Form (ORD-0732790)

HealthStream Inc
500 11th Avenue North
Suite 1000
Nashville, TN 37203

**State the term remaining**

**List the contract number of any government contract**

ORD-0732790

| | | | |
|---|---|---|---|
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form (ORD-0732790) | HealthStream Inc<br>500 11th Avenue North<br>Suite 1000<br>Nashville, TN 37203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ORD-0732790 | |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Participation Agreement | HealthTrust Purchasing Group, L.P.<br>1100 Dr. Martin L King Jr Blvd<br>Suite 1100<br>Nashville, TN 37203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | HealthTrust Purchaser Managed Services Program Agreement | HealthTrust Workforce Solutions LLC<br>1000 Sawgrass Corporate Parkway<br>6th Floor<br>Sunrise, FL 33323 |
| | **State the term remaining** | 5/4/2023 | |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | Patient Transfer Agreement | Hearts and Hands Post Acute Care and Rehab Center<br>2990 Soquel Avenue<br>Santa Cruz, CA 95062 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | HEROIC Security LLC<br>1881 W TRAVERSE PKWY STE E<br>FREEDOM, CA 840430000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment to Statement of Work and Service Level Agreement | HEROIC Security LLC<br>1881 W TRAVERSE PKWY STE E<br>FREEDOM, CA 840430000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | HEROIC Security LLC<br>1881 W TRAVERSE PKWY STE E<br>FREEDOM, CA 840430000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Financing Agreement | Highland Capital Corporation<br>1 Passaic Avenue<br>Fairfield, NJ 7004 |
| | **State the term remaining** | 9/16/2024 | |
| | **List the contract number of any government contract** | | |

| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Prepayment Amendment to Finance Agreement | Highland Capital Corporation<br>1 Passaic Avenue<br>Fairfield, NJ 7004 |
| | **State the term remaining** | 9/16/2024 | |
| | **List the contract number of any government contract** | | |

| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 5332-Version 36-BEDS - PATIENT | HILL-ROM CO INC<br>1069 State Route 46 East<br>Batesville, IN 47006 |
| | **State the term remaining** | 5/31/2024 | |
| | **List the contract number of any government contract** | 5332-Version 36 | |

| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 5320-Version 31-REPLACEMENT MATTRESSES - PADS - AND COVERS | HILL-ROM CO INC<br>1069 State Route 46 East<br>Batesville, IN 47006 |
| | **State the term remaining** | 3/31/2024 | |
| | **List the contract number of any government contract** | 5320-Version 31 | |

| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Quote (#Q-102509) | HOLOGIC INC<br>250 Campus Dr<br>Marlborough, MA 01752 |
| | **State the term remaining** | 11/17/2021 | |
| | **List the contract number of any government contract** | Q-102509 | |

| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 6242-Version 26-Hysteroscopic, Morcellation and Fluid Management | HOLOGIC INC<br>250 Campus Dr<br>Marlborough, MA 01752 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | 6242-Version 26 | |

| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7679-Version 55-Infusion Sets, Solutions and Needleless Products | ICU MEDICAL SALES INC<br>951 Calle Amanecer<br>San Clemente, CA 92673 |
|---|---|---|---|
| | **State the term remaining** | 12/31/2027 | |
| | **List the contract number of any government contract** | 7679-Version 55 | |

| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 39581-Version 6-Catheters, IV Safety | ICU MEDICAL SALES INC<br>951 Calle Amanecer<br>San Clemente, CA 92673 |
|---|---|---|---|
| | **State the term remaining** | 2/28/2022 | |
| | **List the contract number of any government contract** | 39581-Version 6 | |

| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | COBRA Administrative Services Agreement | Igoe & Company Incorporated<br>10905 Technology Place<br>Suite A<br>San Diego, CA 92127 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment of Fee Payment Responsibility Agreement | Igoe & Company Incorporated<br>10905 Technology Place<br>Suite A<br>San Diego, CA 92127 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 26855-Version 14-Dura Sealants | INTEGRA LIFESCIENCES SALES/NEURO<br>1100 Campus Road<br>Princeton, NJ 8540 |
|---|---|---|---|
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | 26855-Version 14 | |

**2.250** **State what the contract or lease is for and the nature of the debtor's interest**

Contract #: 18529-Version 15-DURA REPAIR PRODUCTS

INTEGRA LIFESCIENCES SALES/NEURO
1100 Campus Road
Princeton, NJ 8540

**State the term remaining**   5/31/2023

**List the contract number of any government contract**   18529-Version 15

**2.251** **State what the contract or lease is for and the nature of the debtor's interest**

Contract #: 891-Version 66-INSTRUMENTS - SURGICAL - GENERAL AND SPECIALTY

INTEGRA SPECIALTY SURGICAL SOLNS
1100 Campus Road
Princeton, NJ 8540

**State the term remaining**   5/31/2022

**List the contract number of any government contract**   891-Version 66

**2.252** **State what the contract or lease is for and the nature of the debtor's interest**

Proof of Entitlement

International Business Machines Corporation
PO Box 643600
Pittsburgh, PA 15264-3600

**State the term remaining**   9/10/2022

**List the contract number of any government contract**   PO # FOL-18487183

**2.253** **State what the contract or lease is for and the nature of the debtor's interest**

Cloud Services Agreement

International Business Machines Corporation
1 New Orchard Road
Armonk , NY 10504-1722

**State the term remaining**

**List the contract number of any government contract**

**2.254** **State what the contract or lease is for and the nature of the debtor's interest**

Service Agreement

Intuitive Surgical Inc
1020 Kifer Road
Sunnyvale, CA 94086

**State the term remaining**   3/13/2022

**List the contract number of any government contract**   Q#4008379

**2.255** **State what the contract or lease is for and the nature of the debtor's interest**

Secure Shredding Services Facility Agreement (#4008379)

Iron Mountain Secure Shredding, Inc.
745 Atlantic Avenue
Boston, MA 2111

**State the term remaining**

**List the contract number of any government contract**

| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Solution Agreement (#659393) | Johnson Controls Fire Protection LP<br>6952 Preston Ave<br>STE A<br>Livermore, CA 94551-9545 |
| | **State the term remaining** | 11/30/2023 | |
| | **List the contract number of any government contract** | Proposal #659393 | |

| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchaser Agreement | Johnson Controls Fire Protection LP<br>6952 Preston Ave<br>STE A<br>Livermore, CA 94551-9545 |
| | **State the term remaining** | 1/1/2022 | |
| | **List the contract number of any government contract** | HPG-6493 | |

| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7006-Version 77-IMPLANTS - TRAUMA - INTERNAL AND EXTERNAL FIXATION | JOHNSON&JOHNSON HEALTH CARE SYS<br>425 Hoes Ln<br>Piscataway, NJ 08854 |
| | **State the term remaining** | 9/30/2022 | |
| | **List the contract number of any government contract** | 7006-Version 77 | |

| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 22111-Version 15-THORACIC FIXATION PRODUCTS | JOHNSON&JOHNSON HEALTH CARE SYS<br>425 Hoes Ln<br>Piscataway, NJ 08854 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | 22111-Version 15 | |

| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7156-Version 27-Craniomaxillofacial | JOHNSON&JOHNSON HEALTH CARE SYS<br>425 Hoes Ln<br>Piscataway, NJ 08854 |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | 7156-Version 27 | |

| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | Health Care Services Agreement | Kaiser Foundation Hospitals<br>PO Box 23380<br>Oakland, CA 94623-2338 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | Patient Transfer Agreement | Kindred Nursing and Transitional Care - Santa Cruz
1115 Capitola Road
Santa Cruz, CA 95062 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Premier Lease Schedule | Konica Minolta Business Solutions USA, Inc.
100 Williams Drive
Ramsey , NJ 07446 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | 40144713 | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Premier Lease Schedule | Konica Minolta Business Solutions USA, Inc.
100 Williams Drive
Ramsey , NJ 07446 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Financing Agreement | Konica Minolta Business Solutions USA, Inc.
100 Williams Drive
Ramsey , NJ 07446 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Premier Lease Agreement and Premier Finance Waiver | Konica Minolta Business Solutions USA, Inc.
100 Williams Drive
Ramsey , NJ 07446 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum No. 12768001 to Lease Agreement No. 12768000 | Leasing Associates of Barrington, Inc
12854 Kenan Drive
Suite 201
Jacksonville, FL 32258 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | Call Coverage Agreement Standard Terms and Conditions - Orthopedics | Leroy Rasi MD |
|---|---|---|---|
| | **State the term remaining** | | 276 Green Valley Road |
| | **List the contract number of any government contract** | | Freedom, CA 95076 |

| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Call Coverage Agreement | Leroy Rasi MD |
|---|---|---|---|
| | **State the term remaining** | | 276 Green Valley Road |
| | **List the contract number of any government contract** | | Freedom, CA 95076 |

| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Call Coverage Agreement | Leroy Rasi MD |
|---|---|---|---|
| | **State the term remaining** | | 276 Green Valley Road |
| | **List the contract number of any government contract** | | Freedom, CA 95076 |

| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant Services Agreement | Li Kuo Kong, MD |
|---|---|---|---|
| | **State the term remaining** | 10/1/2021 | 20283 Santa Maria Ave |
| | **List the contract number of any government contract** | | Castro Valley, CA 94546 |

| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | Anesthesia Services With Medical Directorship Agreement | Lifeline Anesthesia VI, P.C. |
|---|---|---|---|
| | **State the term remaining** | 9/30/2023 | 3340 Players Club Parkway Suite 350 |
| | **List the contract number of any government contract** | | Memphis , TN 38125 |

| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | Lifeline Anesthesia VI, P.C. |
|---|---|---|---|
| | **State the term remaining** | 9/30/2023 | 3340 Players Club Parkway Suite 350 |
| | **List the contract number of any government contract** | | Memphis , TN 38125 |

**2.274** | **State what the contract or lease is for and the nature of the debtor's interest** | Electronic Medical Record Use and Access Agreement | Lifeline Anesthesia VI, P.C.
3340 Players Club Parkway
Suite 350
Memphis , TN 38125

**State the term remaining** 9/30/2023

**List the contract number of any government contract**

**2.275** | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment of Anesthesia Services With Medical Directorship Agreement | Lifeline Anesthesia VI, P.C.
3340 Players Club Parkway
Suite 350
Memphis , TN 38125

**State the term remaining**

**List the contract number of any government contract**

**2.276** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 4094-Version 72-OSTEOBIOLOGICS | LIFENET HEALTH
1864 Concert Drive
Virginia Beach, VA 23453

**State the term remaining** 11/30/2023

**List the contract number of any government contract** 4094-Version 72

**2.277** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 45700-Version 2-Autotransfusion - Cell Saver Products | LIVANOVA USA INC
100 Cyberonics Blvd
STE 600
Houston , TX 77058

**State the term remaining** 4/30/2023

**List the contract number of any government contract** 45700-Version 2

**2.278** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 6968-Version 19-PERFUSION - CANNULAS | LIVANOVA USA INC
100 Cyberonics Blvd
STE 600
Houston , TX 77058

**State the term remaining** 4/30/2023

**List the contract number of any government contract** 6968-Version 19

**2.279** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 3930-Version 35-PERFUSION EQUIPMENT | LIVANOVA USA INC
100 Cyberonics Blvd
STE 600
Houston , TX 77058

**State the term remaining** 4/30/2023

**List the contract number of any government contract** 3930-Version 35

**2.280** | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Director and Professional Services Agreement | Lucile Packard Children's Hospital at Stanford<br>725 Welch Road<br>Palo Alto, CA 94304
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**2.281** | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Agreement to Participation Agreement | Lucile Packard Children's Hospital at Stanford<br>725 Welch Road<br>Palo Alto, CA 94304
| **State the term remaining** | 12/31/2022 |
| **List the contract number of any government contract** | |

**2.282** | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment to Service Agreement | Lucile Packard Children's Hospital at Stanford<br>725 Welch Road<br>Palo Alto, CA 94304
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**2.283** | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Purchase Agreement | Mako Surgical Corp<br>2555 Davie Road<br>Fort Lauderdale, FL 33317
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**2.284** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #1331-Version 58- Pulse Oximetry And Capnography Equipment And Supplies | Masimo America Inc<br>52 Discovery<br>Irvine , CA 92618
| **State the term remaining** | 1/31/2022 |
| **List the contract number of any government contract** | 1331-Version 58 |

**2.285** | **State what the contract or lease is for and the nature of the debtor's interest** | Deferred Equipment Agreement (Contract ID #20US1521) | Masimo America Inc<br>52 Discovery<br>Irvine , CA 92618
| **State the term remaining** | 11/11/2025 |
| **List the contract number of any government contract** | Contract ID# 20US1521 |

| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Matko Vranjes<br>75 Nielson Street<br>Watsonville, CA 95076 |
|---|---|---|---|
| | **State the term remaining** | 11/23/2022 | |
| | **List the contract number of any government contract** | | |

| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment Number 1 to Policy Manager Agreement | MCN Healthcare<br>1777 S Harrison St<br>Suite 405<br>Denver, CO 80210 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | MCN Healthcare ellucid Policy Manager Agreement | MCN Healthcare<br>1777 S Harrison St<br>Suite 405<br>Denver, CO 80210 |
|---|---|---|---|
| | **State the term remaining** | 7/14/2014 | |
| | **List the contract number of any government contract** | | |

| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 56-Version 79-Nutritionals and Formula - Infant and Pediatric | MEAD JOHNSON&COMPANY LLC<br>2400 W Lloyd Expressway<br>Evansville, IN 47721 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2024 | |
| | **List the contract number of any government contract** | 56-Version 79 | |

| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Medely<br>2355 Westwood<br>#412<br>Los Angeles, CA 90064 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA Business Associate Agreement | MEDHOST Direct Inc<br>6550 Carothers Parkway<br>Suite 160<br>Franklin, TN 37067 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | MEDHOST Direct Inc<br>6550 Carothers Parkway<br>Suite 160<br>Franklin, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Products and Services Agreement | MEDHOST Direct Inc<br>6550 Carothers Parkway<br>Suite 160<br>Franklin, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Application Services Provider Agreement | MEDHOST Direct Inc<br>6550 Carothers Parkway<br>Suite 160<br>Franklin, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | MEDHOST Direct Inc<br>6550 Carothers Parkway<br>Suite 160<br>Franklin, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order (# WA - 000214086) | MEDHOST Direct Inc<br>6550 Carothers Parkway<br>Suite 160<br>Franklin, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order (# WA - 000214030) | MEDHOST Direct Inc<br>6550 Carothers Parkway<br>Suite 160<br>Franklin, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | WA - 000214030 | |

**2.298** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work (WA - 000214032)

MEDHOST Direct Inc
6550 Carothers Parkway
Suite 160
Franklin, TN 37067

**State the term remaining**

**List the contract number of any government contract**

PO/SOW# 000214032

**2.299** **State what the contract or lease is for and the nature of the debtor's interest**

Software License & Support End User Agreement

MEDHOST Direct Inc
6550 Carothers Parkway
Suite 160
Franklin, TN 37067

**State the term remaining**

**List the contract number of any government contract**

**2.300** **State what the contract or lease is for and the nature of the debtor's interest**

Sales Order (# WA - 000214033)

MEDHOST Direct Inc
6550 Carothers Parkway
Suite 160
Franklin, TN 37067

**State the term remaining**

**List the contract number of any government contract**

WA - 000214033

**2.301** **State what the contract or lease is for and the nature of the debtor's interest**

Contract #: 4941-Version 48-Endoscope and Instrument Care - Cleaning, Transport, and Related Supplies

MEDIVATORS INC
14605 28th Avenue North
Minneapolis, MN 55447

**State the term remaining**

4/30/2022

**List the contract number of any government contract**

4941-Version 48

**2.302** **State what the contract or lease is for and the nature of the debtor's interest**

Contract #: 6071-Version 40-RESPIRATORY HEATERS AND ACCESSORIES

MEDLINE INDUSTRIES LP
1 Medline Pl
Mundelein, IL 60060

**State the term remaining**

4/30/2022

**List the contract number of any government contract**

6071-Version 40

**2.303** **State what the contract or lease is for and the nature of the debtor's interest**

Services Agreement

Medsurant, LLC
100 Front Street
Suite 280
West Conshohocken, PA 19428

**State the term remaining**

4/12/2022

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 981-Version 103-PERCUTANEOUS VERTEBRAL AUGMENTATION (KYPHOPLASTY AND VERTEBROPLASTY) | MEDTRONIC SOFAMOR DANEK USA 710 Medtronic Parkway Minneapolis, MN 55432 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | 981-Version 103 | |
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 46423-Version 2-Autotransfusion - Cell Saver Products | MEDTRONIC USA/CARDIAC SURGERY 710 Medtronic Parkway Minneapolis, MN 55432 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | 6423-Version 2 | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 4652-Version 63-VALVE, TISSUE | MEDTRONIC USA/CARDIAC SURGERY 710 Medtronic Parkway Minneapolis, MN 55432 |
| | **State the term remaining** | 10/31/2022 | |
| | **List the contract number of any government contract** | 4652-Version 63 | |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 6976-Version 21-VALVE, MECHANICAL | MEDTRONIC USA/CARDIAC SURGERY 710 Medtronic Parkway Minneapolis, MN 55432 |
| | **State the term remaining** | 10/31/2022 | |
| | **List the contract number of any government contract** | 6976-Version 21 | |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 18600-Version 13-DURA REPAIR PRODUCTS | MEDTRONIC USA/SURGICAL TECH 710 Medtronic Parkway Minneapolis, MN 55432 |
| | **State the term remaining** | 5/31/2023 | |
| | **List the contract number of any government contract** | 18600-Version 13 | |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | Call Coverage Agreement Standard Terms and Conditions - Pulmonary Medicine/Critical Care | Melissa Lopez Bermejo MD 1041 Freedom Blvd Watsonville, CA 95076 |
| | **State the term remaining** | 9/1/2019 | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement | Meritain Health Inc<br>PO Box 1652<br>Amherst, NY 14226 |
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | | |
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Mid-Coastal California Perinatal Outreach Program Participation Agreement | Mid-Coastal Perinatal Outreach Program<br>1265 Welch Road<br>MSOB<br>Stanford , CA 94305 |
| | **State the term remaining** | 1/1/2020 | |
| | **List the contract number of any government contract** | | |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | Mid-Coastal Perinatal Outreach Program<br>1265 Welch Road<br>MSOB<br>Stanford , CA 94305 |
| | **State the term remaining** | 1/1/2020 | |
| | **List the contract number of any government contract** | | |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | Miller's Transfer and Storage Services Agreement | MILLER'S TRANS. & STOR.<br>220 WALKER STREET<br>FREEDOM, CA 950760000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | Hospital Services Agreement | Mills Peninsula Health Services<br>1500 Trousdale Blvd.<br>Burlingame, CA 94010 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to the Hospital Services Agreement | Mills Peninsula Health Services<br>1500 Trousdale Blvd.<br>Burlingame, CA 94010 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7330-Version 49-Regenerative Tissue, Wound Care | MIMEDX GROUP INC<br>1175 WEST OAK COMMONS COURT<br>MARIETTA, GA 30062 |
| | **State the term remaining** | 10/31/2022 | |
| | **List the contract number of any government contract** | 7330-Version 49 | |

| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 2799-Version 29-SKIN PREP SOLUTIONS | MOLNLYCKE HEALTH CARE US LLC<br>5445 Triangle Parkway<br>SUITE 400<br>Peachtree Corners, GA 30092 |
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | 2799-Version 29 | |

| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 552-Version 57-GLOVES - SURGEON | MOLNLYCKE HEALTH CARE US LLC<br>5445 Triangle Parkway<br>SUITE 400<br>Peachtree Corners, GA 30092 |
| | **State the term remaining** | 12/31/2023 | |
| | **List the contract number of any government contract** | 552-Version 57 | |

| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | Transfer Agreement | Monterey Peninsula Surgery Center d/b/a Capitola Surgery Center<br>2265 41st Avenue<br>Capitola, CA 95010 |
| | **State the term remaining** | 9/20/2022 | |
| | **List the contract number of any government contract** | | |

| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract of Services | Moran Printing Inc (Emprint)<br>5425 Florida Blvd<br>#5425<br>Baton Rouge, LA 70806 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Agreement | MorCare LLC<br>2429 Military Road<br>Suite 300<br>Niagra Falls , NY 14304 |
| | **State the term remaining** | 3/21/2023 | |
| | **List the contract number of any government contract** | | |

| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | MPT of Watsonville, LLC<br>c/o MPT Operating Partnership, L.P.<br>Legal Dept.<br>1000 Urban Center Drive Suite 501<br>Birmingham, AL 35242 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | MPI Participating Facility Agreement | MultiPlan, Inc.<br>115 Fifth Avenue<br>New York, NY 10003 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | Patient Transfer Agreement | Natividad Medical Center<br>1441 Constitution Boulevard<br>Salinas, CA 93906 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | Order (Contract # 1305) | NDSC<br>215 South Broadway<br>#412<br>Salem , NH 3079 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | 1305 | |

| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 500226-Version 54-CONSCIOUSNESS MONITORING EQUIPMENT | NELLCOR PURITAN BENNETT/ASPECT<br>15 Hampshire St<br>Mansfield, MA 2048 |
| | **State the term remaining** | 12/31/2022 | |
| | **List the contract number of any government contract** | 500226-Version 54 | |

| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 6667-Version 30-Neonatal - Enteral Feeding Tubes and Accessories | NEOMED INC<br>5405 Windward Pkwy<br>Alpharetta, GA 30004 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 6667-Version 30 | |

| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement | NEVEN DEVELOPMENT LLC<br>350-A CORAL ST.<br>FREEDOM, CA 950600000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease Agreement | NEVEN DEVELOPMENT LLC<br>350-A CORAL ST.<br>FREEDOM, CA 950600000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment to Sublease Agreement | NEVEN DEVELOPMENT LLC<br>350-A CORAL ST.<br>FREEDOM, CA 950600000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment to Sublease Agreement | NEVEN DEVELOPMENT LLC<br>350-A CORAL ST.<br>FREEDOM, CA 950600000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | 3rd Amendment to Sublease Agreement | NEVEN DEVELOPMENT LLC<br>350-A CORAL ST.<br>FREEDOM, CA 950600000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | 3rd Amendment to Sublease Agreement #125 | NEVEN DEVELOPMENT LLC<br>350-A CORAL ST.<br>FREEDOM, CA 950600000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Equipment Schedule to Master Lease Agreement | NFS Leasing, Inc. (assignee of GE HFS, LLC) 900 Cummings Center Suite 226-U Beverly, MA 01915 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | #991238-001 | |
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7032-Version 18-INSTRUMENTS - SURGICAL - GENERAL AND SPECIALTY | NOVO SURGICAL INC 700 Commerce Drive STE 500 Oak Brook, IL 60523 |
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 7032-Version 18 | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 43535-Version 11-Implants - Spine | NUVASIVE INC 7475 Lusk Blvd San Diego, CA 92121 |
| | **State the term remaining** | 11/30/2023 | |
| | **List the contract number of any government contract** | 43535-Version 11 | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | Participating Facility Agreement | NX Health Network 23048 N. 15th Ave Phoenix, AZ 85027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | Full Service Agreement | Olympus America Inc. 3500 Corporate Parkway Center Valley, PA 18034 |
| | **State the term remaining** | 5/13/2022 | |
| | **List the contract number of any government contract** | Q-01090551 | |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | Optum360, LLC 11000 Optum Circle Eden Prairie, MN 55344 |
| | **State the term remaining** | 10/7/2025 | |
| | **List the contract number of any government contract** | Agreement #00627032.0 | |

| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7331-Version 19-Regenerative Tissue, Wound Care | ORGANOGENESIS INC<br>150 Dan Rd<br>Canton , MA 2021 |
| | **State the term remaining** | 10/31/2022 | |
| | **List the contract number of any government contract** | 7331-Version 19 | |

| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Call Coverage Agreement Standard Terms and Conditions - Orthopedic Surgery | OrthoNorCal, Inc.<br>3803 S Bascom Avenue<br>Ste. 102<br>Campbell , CA 95008 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Call Coverage Agreement | OrthoNorCal, Inc.<br>3803 S Bascom Avenue<br>Ste. 102<br>Campbell , CA 95008 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Call Coverage Agreement | OrthoNorCal, Inc.<br>3803 S Bascom Avenue<br>Ste. 102<br>Campbell , CA 95008 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Primary Commitment Agreement for Acute Care & Surgery Centers | Owens & Minor Distribution, Inc.<br>PO BOX 53523<br>LOS ANGELES, CA 900743523 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | PICC Line Services Agreement | P&A PICC, LLC<br>2059 Camden Ave<br>#289<br>San Jose, CA 95124 |
| | **State the term remaining** | 10/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | PICC Business Associate Agreement | P&A PICC, LLC<br>2059 Camden Ave<br>#289<br>San Jose, CA 95124 |
| | **State the term remaining** | 10/31/2022 | |
| | **List the contract number of any government contract** | | |

| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | Packard Children's Health Alliance, Inc<br>1573 Mallory Lane<br>Suite 100<br>Brentwood, TN 37027 |
| | **State the term remaining** | 8/1/2021 | |
| | **List the contract number of any government contract** | | |

| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | PARA Service Agreement | PARA HealthCare Analytics, LLC<br>4801 East Copa de Oro Drive<br>Anaheim, CA 92807 |
| | **State the term remaining** | 1/22/2021 | |
| | **List the contract number of any government contract** | | |

| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7183-Version 18-Mechanical Embolectomy Thrombectomy | PENUMBRA INC<br>One Penumbra Place<br>Alameda, CA 94502 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | 7183-Version 18 | |

| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Purchase Agreement | Pharmacy OneSource Inc<br>525 Junction Road<br>Suite 5000<br>Madison , WI 53717 |
| | **State the term remaining** | 9/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | Pharmacy OneSource Inc<br>525 Junction Road<br>Suite 5000<br>Madison , WI 53717 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 35128-Version 9-Atherectomy | PHILIPS IMAGE GUIDED THERAPY<br>9965 Federal Drive<br>Colorado Springs, CO 80921 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | 35128-Version 9 | |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work (Cath Lab Construction) | Philips Medical Capital, LLC<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | **State the term remaining** | 2/28/2021 | |
| | **List the contract number of any government contract** | PO #50156777 (CathLab Construction) | |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Agreement | Philips Medical Capital, LLC<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Master Lease Agreement | Philips Medical Capital, LLC<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Schedule #1 (1) DS Azurion 7 M20 per quote #1-27A1PJH | Philips Medical Capital, LLC<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | 501-50137235 | |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Schedule #2 (2) MobileDiagnost per quote #1-202p8R3 | Philips Medical Capital, LLC<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | 501-50156614 | |

| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Schedule #3 (1) Philips CombDiagnost per quote #1-202YCKH | Philips Medical Capital, LLC<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | 501-50156617 | |

| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Schedule #4 (1) Philips CombDiagnost per quote #1-202YCKH | Philips Medical Capital, LLC<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | 501-50156621 | |

| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Schedule #5 (2) Philips EPIQ Elite GI per quote #1-285KDCE | Philips Medical Capital, LLC<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | 501-50156624 | |

| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease Schedule #6 (1) Philips Xper per quote #1-26F9ZWH | Philips Medical Capital, LLC<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | 501-50156628 | |

| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplemental Software Subscription and Services Agreement | Picis Clinical Solutions Inc<br>100 Quannapowitt Parkway<br>STE 405<br>Wakefield , MA 1880 |
| | **State the term remaining** | 2/1/2026 | |
| | **List the contract number of any government contract** | | |

| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment to the Supplemental Agreement | Picis Clinical Solutions Inc<br>100 Quannapowitt Parkway<br>STE 405<br>Wakefield , MA 1880 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment to the Software License and Services Agreement | Picis Clinical Solutions Inc<br>100 Quannapowitt Parkway<br>STE 405<br>Wakefield , MA 1880 |
| | **State the term remaining** | 2/17/2021 | |
| | **List the contract number of any government contract** | | |

| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | Hospitalist Physician Services Agreement | PINEHURST HOSPITALIST MEDICAL GROUP, INC.<br>4535 DRESSLER RD NW<br>FREEDOM, CA 447180000 |
| | **State the term remaining** | 4/10/2022 | |
| | **List the contract number of any government contract** | | |

| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | PINEHURST HOSPITALIST MEDICAL GROUP, INC.<br>4535 DRESSLER RD NW<br>FREEDOM, CA 447180000 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | Pinnacle Medical Group, Inc.<br>4 Rossi Circle<br>Suite 141<br>Salinas, CA 93907 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | Pinnacle Medical Group, Inc.<br>4 Rossi Circle<br>Suite 141<br>Salinas, CA 93907 |
| | **State the term remaining** | 3/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement | Pitney Bowes<br>PO Box 223648<br>Pittsburgh, PA 15250-2648 |
| | **State the term remaining** | 3/20/2022 | |
| | **List the contract number of any government contract** | | |

| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Independent Contractor Agreement | Pony Express Distribution and Delivery<br>355 Baker Street<br>Santa Cruz, CA 95062 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | Pony Express Distribution and Delivery<br>355 Baker Street<br>Santa Cruz, CA 95062 |
| | **State the term remaining** | 2/28/2018 | |
| | **List the contract number of any government contract** | | |

| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | PerformanceSuite Solutions Subscription Agreement | Premier Healthcare Solutions, Inc.<br>13034 Ballantyne Corporate Place<br>Charlotte, NC 28277 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | Press Ganey Associates Inc<br>404 Columbia Place<br>South Bend , IN 46601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | Patient Experience Statement of Work | Press Ganey Associates Inc<br>404 Columbia Place<br>South Bend , IN 46601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | Press Ganey Associates, Inc<br>404 Columbia Place<br>South Bend, IN 46601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | ExclusionCheck Agreement |
| | **State the term remaining** | 11/14/2021 |
| | **List the contract number of any government contract** | |

ProviderTrust, Inc.
406 11th Avenue N.
Suite 250
Nashville, TN 37203

| | | |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 30231-Version 11-MOLECULAR DIAGNOSTIC TESTING - INFECTIOUS DISEASE (POC) |
| | **State the term remaining** | 5/31/2022 |
| | **List the contract number of any government contract** | 30231-Version 11 |

QUIDEL CORP
10165 McKellar Court
San Diego, CA 92121

| | | |
|---|---|---|
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 5317-Version 40-RAPID TEST - INSTRUMENTED |
| | **State the term remaining** | 10/31/2024 |
| | **List the contract number of any government contract** | 5317-Version 40 |

QUIDEL CORP
10165 McKellar Court
San Diego, CA 92121

| | | |
|---|---|---|
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | **State the term remaining** | 4/15/2022 |
| | **List the contract number of any government contract** | |

R4 Solutions Inc
19925 Stevens Creek Blvd
#100
Cupertino, CA 95014

| | | |
|---|---|---|
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | Task Order |
| | **State the term remaining** | 5/2/2022 |
| | **List the contract number of any government contract** | |

R4 Solutions Inc
19925 Stevens Creek Blvd
#100
Cupertino, CA 95014

| | | |
|---|---|---|
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

R4 Solutions Inc
19925 Stevens Creek Blvd
#100
Cupertino, CA 95014

| | | |
|---|---|---|
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

R4 Solutions Inc
19925 Stevens Creek Blvd
#100
Cupertino, CA 95014

| | | |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | Radiology Department Professional Services Agreement |
| | **State the term remaining** | 11/30/2017 |
| | **List the contract number of any government contract** | |

Radiology Medical Group of Santa Cruz County, Inc.
1661 Soquel Drive
Bldg. G
Santa Cruz, CA 95065

| | | |
|---|---|---|
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | Rehabilitation Program Services Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Rehab Practice Management, LLC
330 Franklin Road
Suite 135A-102
Brentwood, TN 37027

| | | |
|---|---|---|
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Rehab Practice Management, LLC
330 Franklin Road
Suite 135A-102
Brentwood, TN 37027

| | | |
|---|---|---|
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Restorix Health Inc
445 Hamilton Ave
Suite 800
White Plains, NY 10601

| | | |
|---|---|---|
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services and Professional Staff Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Restorix Health Inc
445 Hamilton Ave
Suite 800
White Plains, NY 10601

2.388   **State what the contract or lease is for and the nature of the debtor's interest**   Consulting Services Agreement

REVUP, LLC
2554 E. Lester Avenue
Fresno, CA 93720

  **State the term remaining**   6/3/2021

  **List the contract number of any government contract**

---

2.389   **State what the contract or lease is for and the nature of the debtor's interest**   Standard Services Agreement

Rezult Group Inc
340 Seven Springs Way
Suite 700
Brentwood, TN 37027

  **State the term remaining**

  **List the contract number of any government contract**

---

2.390   **State what the contract or lease is for and the nature of the debtor's interest**   Chief of Staff Physician Agreement

Roy Martinez
1800 Harrison Street
Suite 2350
Oakland, CA 94612

  **State the term remaining**   8/31/2022

  **List the contract number of any government contract**

---

2.391   **State what the contract or lease is for and the nature of the debtor's interest**   Equipment Rental

Royal Cup Inc
PO Box 841000
Dallas, TX 75284

  **State the term remaining**   8/31/2022

  **List the contract number of any government contract**

---

2.392   **State what the contract or lease is for and the nature of the debtor's interest**   Administrative Services Agreement

RxBenefits, Inc
3700 Colonnade Pkwy
Suite 600
Birmingham , AL 35243

  **State the term remaining**

  **List the contract number of any government contract**

---

2.393   **State what the contract or lease is for and the nature of the debtor's interest**   Addendum to Administrative Services Agreement

RxBenefits, Inc
3700 Colonnade Pkwy
Suite 600
Birmingham , AL 35243

  **State the term remaining**

  **List the contract number of any government contract**

| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Administrative Services Agreement | RxBenefits, Inc<br>3700 Colonnade Pkwy<br>Suite 600<br>Birmingham , AL 35243 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | Call Coverage Agreement Standard Terms and Conditions | Ryan Brandt MD<br>26 Hollins Drive<br>Santa Cruz, CA 95060 |
| | **State the term remaining** | 5/1/2022 | |
| | **List the contract number of any government contract** | | |

| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | Physician Advisor Agreement | Salem & Green, A Professional Corporation<br>655 University Avenue<br>Suite 200<br>Sacramento, CA 95825 |
| | **State the term remaining** | 9/16/2023 | |
| | **List the contract number of any government contract** | | |

| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | Hospital Services Agreement | Salinas Valley Memorial Hospital<br>450 East Romie Lane<br>Salinas, CA 93901 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | Transfer Agreement | Salud Para La Gente<br>PO Box 1870<br>Watsonville, CA 95077-1870 |
| | **State the term remaining** | 3/1/2022 | |
| | **List the contract number of any government contract** | | |

| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Director Agreement Standard Terms and Conditions | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | 2/28/2019 | |
| | **List the contract number of any government contract** | | |

| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment to Medical Director Agreement | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | 1/17/2018 | |
| | **List the contract number of any government contract** | | |

| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Call Coverage Agreement Standard Terms and Conditions | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | 12/31/2016 | |
| | **List the contract number of any government contract** | | |

| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Agreement | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Office Space Lease | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | 12/31/2010 | |
| | **List the contract number of any government contract** | | |

| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement to Amend Lease | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | 12/31/2015 | |
| | **List the contract number of any government contract** | | |

| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment to Part Time Lease | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Office Space Lease |
| | | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | 4/30/2019 |
| | **List the contract number of any government contract** | |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Medical Office Space Lease |
| | | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Medical Office Space Lease |
| | | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | 2/28/2021 |
| | **List the contract number of any government contract** | |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Medical Office Space Lease |
| | | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment to Medical Office Space Lease |
| | | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment to Medical Office Space Lease |
| | | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville , CA 95076 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**2.412**  **State what the contract or lease is for and the nature of the debtor's interest**    2nd Amendment to Medical Office Space Lease

Salud Para La Gente Inc
204 East Beach Street
Watsonville, CA 95076

**State the term remaining**    5/31/2024

**List the contract number of any government contract**

**2.413**  **State what the contract or lease is for and the nature of the debtor's interest**    Medical Office Space Lease

Sanderling Renal Services-USA LLC
45/65 Nielson Street
Watsonville, CA 95076

**State the term remaining**    5/15/2025

**List the contract number of any government contract**

**2.414**  **State what the contract or lease is for and the nature of the debtor's interest**    Leasehold Improvements Agreement

Sanderling Renal Services-USA LLC
45/65 Nielson Street
Watsonville, CA 95076

**State the term remaining**

**List the contract number of any government contract**

**2.415**  **State what the contract or lease is for and the nature of the debtor's interest**    Addendum to Medical Office Space Lease

Sanderling Renal Services-USA LLC
45/65 Nielson Street
Watsonville, CA 95076

**State the term remaining**

**List the contract number of any government contract**

**2.416**  **State what the contract or lease is for and the nature of the debtor's interest**    Participation Agreement

Santa Cruz Health Information Exchange LLC
5200 Soquel Ave
Suite 103
Santa Cruz, CA 95062

**State the term remaining**

**List the contract number of any government contract**

**2.417**  **State what the contract or lease is for and the nature of the debtor's interest**    Third Amendment to the Primary Hospital Services Agreement

Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a Central Coast Alliance for Health
1600 Green Hills Road
Scotts Valley, CA 95066

**State the term remaining**

**List the contract number of any government contract**

2.418   **State what the contract**    Fourth Amendment to the Primary Hospital       Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a
        **or lease is for and the**    Services Agreement                             Central Coast Alliance for Health
        **nature of the debtor's**                                                    1600 Green Hills Road
        **interest**                                                                  Scotts Valley, CA 95066
        **State the term**
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.419   **State what the contract**    Fifth Amendment to the Primary Hospital        Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a
        **or lease is for and the**    Services Agreement                             Central Coast Alliance for Health
        **nature of the debtor's**                                                    1600 Green Hills Road
        **interest**                                                                  Scotts Valley, CA 95066
        **State the term**
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.420   **State what the contract**    Sixth Amendment to the Primary Hospital and    Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a
        **or lease is for and the**    Outpatient Laboratory Services Agreement       Central Coast Alliance for Health
        **nature of the debtor's**                                                    1600 Green Hills Road
        **interest**                                                                  Scotts Valley, CA 95066
        **State the term**
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.421   **State what the contract**    Seventh Amendment to the Primary Hospital      Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a
        **or lease is for and the**    and Outpatient Laboratory Services Agreement   Central Coast Alliance for Health
        **nature of the debtor's**                                                    1600 Green Hills Road
        **interest**                                                                  Scotts Valley, CA 95066
        **State the term**
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.422   **State what the contract**    Eighth Amendment to the Primary Hospital and   Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a
        **or lease is for and the**    Outpatient Laboratory Services Agreement       Central Coast Alliance for Health
        **nature of the debtor's**                                                    1600 Green Hills Road
        **interest**                                                                  Scotts Valley, CA 95066
        **State the term**
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.423   **State what the contract**    Ninth Amendment to the Primary Hospital and    Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a
        **or lease is for and the**    Outpatient Laboratory Services Agreement       Central Coast Alliance for Health
        **nature of the debtor's**                                                    1600 Green Hills Road
        **interest**                                                                  Scotts Valley, CA 95066
        **State the term**
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenth Amendment to the Primary Hospital and Outpatient Laboratory Services Agreement | Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a Central Coast Alliance for Health |
| | **State the term remaining** | | 1600 Green Hills Road |
| | **List the contract number of any government contract** | | Scotts Valley, CA 95066 |

| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | Eleventh Amendment to the Primary Hospital and Outpatient Laboratory Services Agreement | Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a Central Coast Alliance for Health |
| | **State the term remaining** | | 1600 Green Hills Road |
| | **List the contract number of any government contract** | | Scotts Valley, CA 95066 |

| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | Twelfth Amendment to the Primary Hospital and Outpatient Laboratory Services Agreement | Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a Central Coast Alliance for Health |
| | **State the term remaining** | | 1600 Green Hills Road |
| | **List the contract number of any government contract** | | Scotts Valley, CA 95066 |

| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | Thirteenth Amendment to the Primary Hospital and Outpatient Laboratory Services Agreement | Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a Central Coast Alliance for Health |
| | **State the term remaining** | | 1600 Green Hills Road |
| | **List the contract number of any government contract** | | Scotts Valley, CA 95066 |

| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | Fourteenth Amendment to the Primary Hospital and Outpatient Laboratory Services Agreement | Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a Central Coast Alliance for Health |
| | **State the term remaining** | | 1600 Green Hills Road |
| | **List the contract number of any government contract** | | Scotts Valley, CA 95066 |

| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | Fifteenth Amendment to the Primary Hospital and Outpatient Laboratory Services Agreement | Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a Central Coast Alliance for Health |
| | **State the term remaining** | | 1600 Green Hills Road |
| | **List the contract number of any government contract** | | Scotts Valley, CA 95066 |

| | | | |
|---|---|---|---|
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | Sixteenth Amendment to the Primary Hospital and Outpatient Laboratory Services Agreement | Santa Cruz-Monterey-Merced Managed Medical Care Commission d/b/a Central Coast Alliance for Health 1600 Green Hills Road Scotts Valley, CA 95066 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | Primary Hospital Services Agreement | Santa Cruz/Monterey Managed Medical Care Commission d/b/a Central Coast Alliance for Health 1600 Green Hills Road Scotts Valley, CA 95066 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to the Primary Hospital Services Agreement | Santa Cruz/Monterey Managed Medical Care Commission d/b/a Central Coast Alliance for Health 1600 Green Hills Road Scotts Valley, CA 95066 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to the Primary Hospital Services Agreement | Santa Cruz/Monterey Managed Medical Care Commission d/b/a Central Coast Alliance for Health 1600 Green Hills Road Scotts Valley, CA 95066 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | Patient Transfer Agreement | Satellite Healthcare, Inc. 300 Santana Row Suite 300 San Jose, CA 95128 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 337-Version 59-HAND HYGIENE - SOAPS, LOTIONS AND SANITIZERS | SC JOHNSON PROFESSIONAL USA INC 2815 Coliseum Ctr Dr STE 600 Charlotte, NC 28217 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | 337-Version 59 | |

| | | |
|---|---|---|
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Schedule to Master Lease Agreement |
| | **State the term remaining** | 1/1/2021 |
| | **List the contract number of any government contract** | #9925354-001 |

SCG Capital Corporation (assignee of GE HFS, LLC)
74 West Park Place
Stamford, CT 06901

| | | |
|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Unit Collective Bargaining Agreement with SEIU United Healthcare Workers- West |
| | **State the term remaining** | 2/28/2024 |
| | **List the contract number of any government contract** | |

SEIU United Healthcare Workers- West
560 Thomas L Berkley Wy.
Oakland, CA 94612

| | | |
|---|---|---|
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | Service & Maintenance Unit Collective Bargaining Agreement with SEIU United Healthcare Workers- West |
| | **State the term remaining** | 8/25/2024 |
| | **List the contract number of any government contract** | |

SEIU United Healthcare Workers- West
560 Thomas L Berkley Wy.
Oakland, CA 94612

| | | |
|---|---|---|
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | Scope of Work and Licensing Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Siemens Healthcare Diagnostics, Inc
115 Norwood Park South
Norwood, MA 2062

| | | |
|---|---|---|
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 2751-Version 42-ANTHROSCOPY |
| | **State the term remaining** | 6/30/2024 |
| | **List the contract number of any government contract** | 2751-Version 42 |

SMITH&NEPHEW WOUND
7135 Goodlett Farms Pkwy
0
Cordova, TN 38016

| | | |
|---|---|---|
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 67261-Version 1-ENDOSCOPY AND ARTHROSCOPY |
| | **State the term remaining** | 6/30/2024 |
| | **List the contract number of any government contract** | 67261-Version 1 |

SMITH&NEPHEW WOUND
7135 Goodlett Farms Pkwy
0
Cordova, TN 38016

| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 24201-Version 35-WOUND CARE | SMITH&NEPHEW WOUND<br>7135 Goodlett Farms Pkwy<br>0<br>Cordova, TN 38016 |
|---|---|---|---|
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | 24201-Version 35 | |

| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 880-Version 28-Kits - Arterial Blood Gas | SMITHS MEDICAL ASD INC<br>5200 Upper Metro Place<br>STE 200<br>Dublin, OH 43017 |
|---|---|---|---|
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | 880-Version 28 | |

| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 1351-Version 74-INFUSION PUMPS - SOLUTIONS AND SETS | SMITHS MEDICAL ASD INC<br>5200 Upper Metro Place<br>STE 200<br>Dublin, OH 43017 |
|---|---|---|---|
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | 1351-Version 74 | |

| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | Contracts #: 44177-Version 11-RESPIRATORY - GENERAL - BRONCHIAL HYGIENE | SMITHS MEDICAL ASD INC<br>5200 Upper Metro Place<br>STE 200<br>Dublin, OH 43017 |
|---|---|---|---|
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | 44177-Version 11 | |

| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 36599-Version 7-Atherectomy | SPECTRANETICS LLC<br>9965 Federal Drive<br>Colorado Springs, CO 80921 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | 36599-Version 7 | |

| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 35124-Version 5-Chronic Total Occlusion | SPECTRANETICS LLC<br>9965 Federal Drive<br>Colorado Springs, CO 80921 |
|---|---|---|---|
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | 35124-Version 5 | |

| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 6534-Version 24-Specialty Balloons | SPECTRANETICS LLC<br>9965 Federal Drive<br>Colorado Springs, CO 80921 |
|---|---|---|---|
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | 6534-Version 24 | |

| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | Spectrio Services and Hardware Agreement For Business Establishments (Contract # 33047) | Spectrio LLC<br>4033 Tampa Road<br>Suite 103<br>Oldsmar, FL 34677 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Contract for products used in spinal surgery of the cervical, thoracic or lumbar spinal regions to replace missing bone or to repair/support damaged bone in the spine | Spineology Inc<br>7800 3rd Street N<br>Suite 600<br>Saint Paul, MN 55128 |
|---|---|---|---|
| | **State the term remaining** | 11/30/2023 | |
| | **List the contract number of any government contract** | Contract #59354 | |

| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | Affiliation Agreement for Visiting Residents and Fellows | Stanford Hospital and Clinics<br>725 Welch Road<br>Palo Alto, CA 94304 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | Extension to Affiliation Agreement | Stanford Hospital and Clinics<br>725 Welch Road<br>Palo Alto, CA 94304 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Affiliation Agreement for Visiting Residents and Fellows | Stanford Hospital and Clinics<br>725 Welch Road<br>Palo Alto, CA 94304 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Amendment to the Affiliation Agreement for Visiting Residents and Fellows | Stanford Hospital and Clinics<br>725 Welch Road<br>Palo Alto, CA 94304 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | California Contracted Medical Staff Services Agreement | State of California, California Emergency Medical Services Authority<br>PO Box 138008<br>Sacramento, CA 95813 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 4675-Version 44-STERILIZERS - STEAM WASHERS WARMING CABINETS AND EQUIPMENT | STERIS CORP<br>5960 Heisley Road<br>Mentor, OH 44060 |
|---|---|---|---|
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | 4675-Version 44 | |

| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement # 1-5850656487/1 | STERIS CORP<br>5960 Heisley Road<br>Mentor, OH 44060 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | 1-5850656487/1 | |

| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Services Agreement | Steve Clark & Associates, Inc<br>950 Glenn Drive<br>Suite 250<br>Folsom , CA 95630 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Steven Salyer<br>75 Nielson St.<br>Watsonville, CA 95076 |
|---|---|---|---|
| | **State the term remaining** | 11/23/2022 | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7157-Version 36-Craniomaxillofacial |
| | **State the term remaining** | 12/31/2022 |
| | **List the contract number of any government contract** | 7157-Version 36 |

STRYKER CRANIOMAXILLOFACIAL
1941 Stryker Way
Portage, MI 49002

| | | |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 18607-Version 8-DURA REPAIR PRODUCTS |
| | **State the term remaining** | 5/31/2023 |
| | **List the contract number of any government contract** | 18607-Version 8 |

STRYKER CRANIOMAXILLOFACIAL
1941 Stryker Way
Portage, MI 49002

| | | |
|---|---|---|
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Purchase Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Stryker MAKO
2825 Airview Blvd
Portage, MI 49002

| | | |
|---|---|---|
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 3413-Version 95-IMPLANTS - TRAUMA - INTERNAL AND EXTERNAL FIXATION |
| | **State the term remaining** | 9/30/2022 |
| | **List the contract number of any government contract** | 3413-Version 95 |

STRYKER ORTHOPAEDICS
BOX 93213
FREEDOM, CA 606730000

| | | |
|---|---|---|
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | Rebate Agreement |
| | **State the term remaining** | 12/22/2025 |
| | **List the contract number of any government contract** | |

Stryker Sales Corporation
1941 Stryker Way
Portage, MI 49024

| | | |
|---|---|---|
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Pricing Agreement |
| | **State the term remaining** | 12/22/2025 |
| | **List the contract number of any government contract** | |

Stryker Sales Corporation
1941 Stryker Way
Portage, MI 49024

| | | | |
|---|---|---|---|
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | Trauma Inventory Agreement | Stryker Sales Corporation<br>1941 Stryker Way<br>Portage, MI 49024 |
| | **State the term remaining** | 12/22/2025 | |
| | **List the contract number of any government contract** | NO. HPG-3413 | |
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | SurgiCount Software License Agreement SEA #0110115543 | Stryker Sales Corporation<br>1941 Stryker Way<br>Portage, MI 49024 |
| | **State the term remaining** | 10/31/2025 | |
| | **List the contract number of any government contract** | SEA #0110115543 | |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier's Equipment Agreement No. 0110115543 | Stryker Sales Corporation<br>1941 Stryker Way<br>Portage, MI 49024 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | No. 0110115543 | |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 32315-Version 25-DRILLS, SURGICAL, HIGH SPEED | STRYKER SALES LLC<br>1901 Romence Road Parkway<br>Portage, MI 49002 |
| | **State the term remaining** | 9/30/2024 | |
| | **List the contract number of any government contract** | 32315-Version 25 | |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 3067-Version 32-PERCUTANEOUS VERTEBRAL AUGMENTATION (KYPHOPLASTY AND VERTEBROPLASTY) | STRYKER SALES LLC<br>1901 Romence Road Parkway<br>Portage, MI 49002 |
| | **State the term remaining** | 2/28/2023 | |
| | **List the contract number of any government contract** | 3067-Version 32 | |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 39432-Version 76-IMPLANTS - SPINE | STRYKER SPINE<br>C/O STRYKER SALES CORP<br>PO BOX 93308<br>CHICAGO, IL 60673 |
| | **State the term remaining** | 11/30/2023 | |
| | **List the contract number of any government contract** | 39432-Version 76 | |

| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 4673-Version 59-REPROCESSING SERVICES-SINGLE USE DEVICES | STRYKER SUSTAINABILITY SOLUTIONS<br>PO Box 29387<br>Phoenix, AZ 85038 |
|---|---|---|---|
| | **State the term remaining** | 7/31/2022 | |
| | **List the contract number of any government contract** | 4673-Version 59 | |

| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 2832-Version 24-ENDOSCOPY | STRYKER/ENDOSCOPY<br>47900 Bayside Pkwy<br>Fremont, CA 94538 |
|---|---|---|---|
| | **State the term remaining** | 2/29/2024 | |
| | **List the contract number of any government contract** | 2832-Version 24 | |

| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 500078-Version 59-DEFIBRILLATORS | STRYKER/MEDICAL<br>1901 Romence Road Parkway<br>Portage, MI 49002 |
|---|---|---|---|
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 5597-Version 20 | |

| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 5597-Version 20-THERAPY SURFACES | STRYKER/MEDICAL<br>1901 Romence Road Parkway<br>Portage, MI 49002 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | Call Coverage Agreement Standard Terms and Conditions | Surgical Associates of Monterey Bay Corp<br>3315 Mission Drive<br>Santa Cruz, CA 95065 |
|---|---|---|---|
| | **State the term remaining** | 12/31/2018 | |
| | **List the contract number of any government contract** | | |

| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment to the Call Coverage Agreement | Surgical Associates of Monterey Bay Corp<br>3315 Mission Drive<br>Santa Cruz, CA 95065 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | Part-Time Lease | Surgical Associates of Monterey Bay Medical Corporation<br>1668 Dominican Way<br>Santa Cruz, CA 95065 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment to Part-Time Lease | Surgical Associates of Monterey Bay Medical Corporation<br>1668 Dominican Way<br>Santa Cruz, CA 95065 |
|---|---|---|---|
| | **State the term remaining** | 11/30/2019 | |
| | **List the contract number of any government contract** | | |

| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment to Part-Time Lease | Surgical Associates of Monterey Bay Medical Corporation<br>1668 Dominican Way<br>Santa Cruz, CA 95065 |
|---|---|---|---|
| | **State the term remaining** | 11/30/2020 | |
| | **List the contract number of any government contract** | | |

| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | 3rd Amendment to Part-Time Lease | Surgical Associates of Monterey Bay Medical Corporation<br>1668 Dominican Way<br>Santa Cruz, CA 95065 |
|---|---|---|---|
| | **State the term remaining** | 11/30/2021 | |
| | **List the contract number of any government contract** | | |

| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | 4th Amendment to Part-Time Lease | Surgical Associates of Monterey Bay Medical Corporation<br>1668 Dominican Way<br>Santa Cruz, CA 95065 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 293-Version 60-INSTRUMENTS - SURGICAL - GENERAL AND SPECIALTY | SYMMETRY SURGICAL INC<br>3034 Owen Drive<br>Antioch, TN 37013 |
|---|---|---|---|
| | **State the term remaining** | 5/31/2022 | |
| | **List the contract number of any government contract** | 293-Version 60 | |

| | | | |
|---|---|---|---|
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | Call Coverage Agreement Standard Terms and Conditions | Taurino Avelar MD<br>511 Union Street<br>STE 1800<br>Nashville, TN 37219 |
| | **State the term remaining** | 1/6/2024 | |
| | **List the contract number of any government contract** | | |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 45463-Version 1- AUTOTRANSFUSION- CELL SAVER PRODUCTS | TERUMO CARDIOVASCULAR SYSTEMS<br>6200 Jackson Road<br>Ann Harbor, MI 48103 |
| | **State the term remaining** | 4/30/2023 | |
| | **List the contract number of any government contract** | 45463-Version 1 | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | Medicare Facility Agreement | The Accountable Alliance, Inc. d/b/a USA Senior Care Network, Inc.<br>1250 South Capital of Texas Highway<br>Building 3, Suite 500<br>Austin , TX 78746 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services and License Agreement | The Forerunner Group LLC<br>1150 First Ave<br>Suite 910<br>King of Prussia, PA 19406 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | Scope of Work: DSCSA Compliance Platform | The Forerunner Group LLC<br>1150 First Ave<br>Suite 910<br>King of Prussia, PA 19406 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | Scope of Work: Analytics | The Forerunner Group LLC<br>1150 First Ave<br>Suite 910<br>King of Prussia, PA 19406 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | Scope of Work: USP800 Monitoring | The Forerunner Group LLC<br>1150 First Ave<br>Suite 910<br>King of Prussia, PA 19406 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | Advertising Agreement | The Pajaronian<br>21 Brennan St<br>#14<br>Watsonville, CA 95076 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | Call Coverage Agreement | The Permanente Medical Group, Inc<br>1800 Harrison Street<br>Suite 2350<br>Oakland, CA 94612 |
| | **State the term remaining** | 1/9/2020 | |
| | **List the contract number of any government contract** | | |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Call Coverage Agreement | The Permanente Medical Group, Inc<br>1800 Harrison Street<br>Suite 2350<br>Oakland, CA 94612 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | Vice Chief of Staff Professional Services Agreement | The Permanente Medical Group, Inc<br>1800 Harrison Street<br>Suite 2350<br>Oakland, CA 94612 |
| | **State the term remaining** | 8/31/2022 | |
| | **List the contract number of any government contract** | | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form #1- Software and Services | The SSI Group LLC<br>4721 Morrison Drive<br>Mobile , AL 36609 |
| | **State the term remaining** | 7/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Dover Master Maintenance Service | ThyssenKrupp Elevator Corporation<br>2140 Zanker Rd<br>San Jose, CA 95133 |
| | **State the term remaining** | 3/30/2004 | |
| | **List the contract number of any government contract** | | |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | Proposal for Marketing | Times Publishing Group<br>9601 Soquel Drive<br>Aptos, CA 95003 |
| | **State the term remaining** | 1/31/2022 | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | Health Care Contract | Transwestern Insurance Administrators, Inc.<br>955 N St.<br>Fresno, CA 93721 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | Institution Agreement | TriWest Healthcare Alliance<br>PO Box 42049<br>Phoenix, AZ 85080-2049 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | VA PCCC Amendment to Institution Agreement | TriWest Healthcare Alliance<br>PO Box 42049<br>Phoenix, AZ 85080-2049 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | Hospital Services Agreement | United HealthCare Insurance Company<br>2300 Clayton Road<br>Suite 1000<br>Concord, CA 94520 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment Number One to Hospital Services Agreement | United HealthCare Insurance Company<br>2300 Clayton Road<br>Suite 1000<br>Concord, CA 94520 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | Facility Participation Agreement | United HealthCare Insurance Company<br>2300 Clayton Road<br>Suite 1000<br>Concord, CA 94520 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment One (1) to the Facility Participation Agreement | United HealthCare Insurance Company<br>2300 Clayton Road<br>Suite 1000<br>Concord, CA 94520 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | Facility Participation Agreement for Tricare Program | UnitedHealth Military & Veterans Services, LLC<br>2222 West Dunlap<br>Phoenix, AZ 85021 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | Patient Transfer Agreement | Valley Convalescent Hospital<br>919 Freedom Boulevard<br>Watsonville, CA 95076 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Order Form | VelocityEHS<br>222 Merchandise Mart Plaza<br>Suite 1750<br>Chicago , IL 60654 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | Contract #097361 | |

| | | | |
|---|---|---|---|
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | Verge Solutions LLC<br>11 eWall Street<br>Mount Pleasant, SC 29464 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | Converge Platform Master Services Agreement | Verge Solutions LLC<br>11 eWall Street<br>Mount Pleasant, SC 29464 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Supplement | Verge Solutions LLC<br>11 eWall Street<br>Mount Pleasant, SC 29464 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | Group Vision Care Plan Administrative Services Program | Vision Service Plan<br>3333 Quality Drive<br>Rancho Cordova, CA 95670 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 7023-Version 41-PATIENT MONITORING- ANESTHESIA AND VENTILATOR EQUIPMENT | VYAIRE MEDICAL INC<br>29429 NETWORK PLACE<br>FREEDOM, CA 606731294 |
| | **State the term remaining** | 3/31/2022 | |
| | **List the contract number of any government contract** | 7023-Version 41 | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease | Watsonville Community Hospital (attn: Pajaro Valley Community Health Trust)<br>75 Nielson Street<br>Watsonville, CA 95076 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**2.514** **State what the contract or lease is for and the nature of the debtor's interest**
Clinic Corp Lease-125A

Watsonville Healthcare Management
75 Nielson Street
Watsonville, CA 95076

**State the term remaining**
1/30/2020

**List the contract number of any government contract**

---

**2.515** **State what the contract or lease is for and the nature of the debtor's interest**
Office Space Lease

Watsonville Hospital Federal Credit Union
75 Nielson Street
Watsonville , CA 95076

**State the term remaining**
1/31/2013

**List the contract number of any government contract**

---

**2.516** **State what the contract or lease is for and the nature of the debtor's interest**
Patient Transfer Agreement

Watsonville Nursing Center
535 Auto Center Drive
Watsonville, CA 95076

**State the term remaining**

**List the contract number of any government contract**

---

**2.517** **State what the contract or lease is for and the nature of the debtor's interest**
Patient Transfer Agreement

Watsonville Post Acute Center
535 Auto Center Drive
Watsonville, CA 95076

**State the term remaining**

**List the contract number of any government contract**

---

**2.518** **State what the contract or lease is for and the nature of the debtor's interest**
Lease

Watsonville Square LLC
1820 Main Street
Watsonville, CA 95076

**State the term remaining**
9/30/2020

**List the contract number of any government contract**

---

**2.519** **State what the contract or lease is for and the nature of the debtor's interest**
1st Amendment of Lease

Watsonville Square LLC
1820 Main Street
Watsonville, CA 95076

**State the term remaining**
9/30/2030

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Schedule to Master Lease Agreement |
| | **State the term remaining** | 5/15/2021 |
| | **List the contract number of any government contract** | #9934234-001 |

Western Alliance Equipment Finance, Inc. (assignee of GE HFS, LLC)
1 East Washington
STE 1400
Phoenix, AZ 85004

| | | |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Equipment Schedule to Master Lease Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | #9896589-001 |

Western Alliance Equipment Finance, Inc. (assignee of GE HFS, LLC)
1 East Washington
STE 1400
Phoenix, AZ 85004

| | | |
|---|---|---|
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | Participating Provider Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Western Growers Assurance Trust Fund
17620 Fitch St
Irvine , CA 92614

| | | |
|---|---|---|
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #: 372-Version 43-GRAFTS - VASCULAR AND CARDIOVASCULAR (EPTFE) |
| | **State the term remaining** | 11/30/2022 |
| | **List the contract number of any government contract** | 372-Version 43 |

WL GORE&ASSOCIATES INC
960 W Elliot Rd
STE 202
Tempe, AZ 85284

| | | |
|---|---|---|
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Addendum |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Wound Care Advantage LLC
304 West Sierra Madre Blvd
Sierra Madre, CA 91024

| | | |
|---|---|---|
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #814-Version 48: Fluid Waste Management Equipment and Supplies |
| | **State the term remaining** | 2/28/2023 |
| | **List the contract number of any government contract** | 814 Version 48 |

ZIMMER US INC
345 E Main St
Warsaw , IN 46580

| | | | |
|---|---|---|---|
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #6268-Version 32: Arthroscopy Products | ZIMMER US INC<br>345 E Main St<br>Warsaw , IN 46580 |
| | **State the term remaining** | 6/30/2024 | |
| | **List the contract number of any government contract** | 6268 Version 32 | |
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #5702-Version 36: Implants, Small Joint | ZIMMER US INC<br>345 E Main St<br>Warsaw , IN 46580 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | 5702 Version 36 | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract #77137-Version 3: Implants, Shoulder | ZIMMER US INC<br>345 E Main St<br>Warsaw , IN 46580 |
| | **State the term remaining** | 8/31/2024 | |
| | **List the contract number of any government contract** | 77137 Version 3 | |

| Fill in this information to identify the case: |
|---|
| Debtor name: Watsonville Hospital Corporation |
| United States Bankruptcy Court for the: Northern District of California, San Jose |
| Case number: 21-51477 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

 Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Halsen Healthcare, LLC | Halsen Healthcare, LLC<br>75 Nielson St.<br>Watsonville, CA 95076 | MPT of Watsonville Lender, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Halsen Healthcare, LLC | Halsen Healthcare, LLC<br>75 Nielson St.<br>Watsonville, CA 95076 | MPT of Watsonville, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Watsonville Hospital Holdings, Inc. | Watsonville Hospital Holdings, Inc.<br>75 Nielson St.<br>Watsonville, CA 95076 | MPT of Watsonville Lender, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Watsonville Hospital Holdings, Inc. | Watsonville Hospital Holdings, Inc.<br>75 Nielson St.<br>Watsonville, CA 95076 | MPT of Watsonville, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Halsen Healthcare, LLC | Halsen Healthcare, LLC<br>75 Nielson St.<br>Watsonville, CA 95076 | Peritus Advisors | ☐ D<br>☑ E/F<br>☐ G |

2.6
Watsonville Hospital
Holdings, Inc.

Watsonville Hospital Holdings, Inc.
75 Nielson St.
Watsonville, CA 95076

Peritus Advisors

☐ D
☑ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: Watsonville Hospital Corporation

United States Bankruptcy Court for the: Northern District of California, San Jose

Case number: 21-51477

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets−Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a _____ declaration

I declare under penalty of perjury that the foregoing is true and correct.

01/19/2022
_____
Executed on

_____
Signature of individual signing on behalf of debtor
Jeremy Rosenthal
_____
Printed name
Chief Restructuring Officer
_____
Position or relationship to debtor