STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
Email: michael.t.pyle@usdoj.gov

Attorneys for Secretary of U.S. Department
of Health and Human Services,
Centers for Medicare and Medicaid Services

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**WATSONVILLE HOSPITAL CORPORATION**<br><br>Debtor. | Chapter 11<br><br>CASE NO. 21-51477 (MEH)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that the attorney set forth below hereby appears as counsel for Creditor Secretary of the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule").

MICHAEL T. PYLE
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
Email: michael.t.pyle@usdoj.gov

Creditor Secretary of U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services respectfully requests that it be served with copies of all notices and other documents issued by the Clerk of the Court, and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 9010, and any other Bankruptcy Rules or local rules governing notice.

DATED: January 21, 2022                    Respectfully submitted,

                                           STEPHANIE M. HINDS
                                           United States Attorney

                                           */s/ Michael T. Pyle*
                                           MICHAEL T. PYLE

CREDITOR SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR MEDICARE AND MEDICAID SERVICES'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
No. 21-51477 (MEH)
2

Case: 21-51477    Doc# 233    Filed: 01/21/22    Entered: 01/21/22 09:21:07    Page 2 of 2