| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | CHARLES J. ANTONEN<br>Supervising Deputy Attorney General |
| 3 | ANJANA N. GUNN<br>Deputy Attorney General |
| 4 | State Bar No. 251200<br>  455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004<br>  Telephone: (415) 510-3563 |
| 6 |   Fax: (415) 703-5480<br>  E-mail:  Anjana.Gunn@doj.ca.gov |
| 7 | *Attorneys for California Department of Health Care Services* |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **In re:**<br>**WATSONVILLE HOSPITAL CORPORATION, et al.,**<br>Debtors. | Chapter 11<br>CASE NO. 21-51477<br>**THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES' NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that the attorney set forth below hereby appears as counsel for the California Department of Health Care Services (DHCS) pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rule").

Anjana N. Gunn, Deputy Attorney General
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
(415) 510-3563
Anjana.Gunn@doj.ca.gov

DHCS respectfully requests that it be served with copies of all notices and other

1

documents issued by the Clerk of the Court, and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 9010, and any other Bankruptcy Rules or local rules governing notice.

Dated: January 27, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
CHARLES J. ANTONEN
Supervising Deputy Attorney General

ANJANA N. GUNN
Deputy Attorney General
*Attorneys for California Department of Health Care Services*

SF2022400047