1  ROB BONTA
   Attorney General of California
2  CHARLES J. ANTONEN
   Supervising Deputy Attorney General
3  ANJANA N. GUNN
   Deputy Attorney General
4  State Bar No. 251200
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-7004
     Telephone: (415) 510-3563
6    Fax: (415) 703-5480
     E-mail: Anjana.Gunn@doj.ca.gov
7  *Attorneys for California Department of Health Care Services*

8

IN THE UNITED STATES BANKRUPTCY COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

13 | In re:

14 | **WATSONVILLE HOSPITAL CORPORATION, et al.,**

15

         Debtors.

Chapter 11

CASE NO. 21-51477

**CERTIFICATE OF SERVICE**

1

# CERTIFICATE OF SERVICE

Case Name: **In re Watsonville Hospital Corporation, et al.**  No. **21-51477**

I hereby certify that on January 27, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

I further certify that some of the participants in the case are not registered CM/ECF users. On January 27, 2022, I served via Electronic Mail the foregoing document(s) to the following non-CM/ECF participants:

3M Health Information System
Kyle.middleton@commonspirit.org
tbrandes@mmm.com

ADP,LLC
George.mayo@bd.com
Charles.Gardner@adp.com

American Red Cross
Jose.colina@bd.com

ASD Healthcare
ARInquiries@stryker.com
Melissa.Rand@amerisourcebergen.com
Jael.Pleis@amerisourcebergen.com

CA Dept of Public Health
CDPH-LNC-SANJOSE@cdph.ca.gov

California Nurses Association
execoffice@calnurses.org

Cardinal Health
Himanshu.maheshwari@cardinalhealth.com

Cardinal Health Sacramento
Cheryl.Tarrant@davita.com
Varij.gupta@cardinalhealth.com

Carefusion Solutions LLC
George.mayo@bd.com

Carrier Corporation
Charles.gardner@adp.com

CNH Finance Fund I, L.P.
legal@cnhfinance.com
aframe@kincaidframe.com
tkincaid@kincaidframe.com

CR Bard Access
Jose.Colina@bd.com

Department of Health Care Services
SubpoenaDesk@dhcs.ca.gov

Dominican Hospital
Himanshu.maheshwari@cardinalhealth.com
Kyle.middleton@commonspirit.org

Emergency Medical Services Authority
Rick.trussel@emsa.ca.gov

Firm Revenue Cycle Management
nancy@firmrcm.com

General Teamsters Local 912
slua@teamsters853.org

Health Trust
Jeffrey.greenlund@healthtrustws.com

Health Trust Workforce Solutions, LLC
Howell.arnold@healthtrustpg.com

Healthnow Administrative Serv
Varij.gupta@cardinalhealth.com
Shaleeta.washington@highmark.com
Kristen.gaughan@highmark.com
Kim.czajkowski@highmark.com

Heroic Security, LLC
chad@heroic.com

Hospital Council Of Northern & Central California
kgostkowski@hasc.org

Intuitive Surgical, Inc.
tbrandes@mmm.com
accounts.payabler@intusurg.com

Medhost
Tara.mauldin@medhost.com

Medhost Direct, Inc.
Bill.anderson@medhost.com

MPT of Watsonville, LLC
lcrull@bakerdonelson.com

Pacific Gas & Electric
KLDm@pge.com

Para Healthcare Analytics, LLC
glangford@para-hcfs.com

Pension Benefit Guaranty Corporation
efile@pbgc.gov

Peritus Advisors
ravisharma@peritusadvisors.com

QHCCS, LLC Retirement Committee
cbrown@qhcus.com

Rehab Practice Management
Bill.allen@rpmrehab.com

SEIU United Healthcare Workers
bharland@unioncounsel.net
ccurtis@seiu-uhw.org

Stryker Orthopaedics
mary@firmcrm.com

Office of the United States Trustee
Marta.villacorta@usdoj.gov

Permanente Medical Group
Efren.rosas@kp.org

Total Renal Care, Inc.
Cheryl.Tarrant@davita.com

Bruce A Harland
Weinberg, Roger and Rosenfeld
Email: bharland@unioncounsel.net

Andrea Hartley
Akerman LLP
Email: andrea.hartley@akerman.com

Gerry Hinkley
Pillsbury, Winthrop, Shaw and Pittman, LLP
Email: Gerry.hinkley@pillsburylaw.com

Thomas E. Patterson
KTBS Law LLP
Email: tpatterson@ktbslaw.com

David B. Willhoite
California Nurses Association
Legal Department
Email: dwillhoite@calnurses.org

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 27, 2022, at San Francisco, California.

|  |  |
|---|---|
| Jose Katigbak | /s/ |
| Declarant | Signature |

SF2022400047
43059570.docx