

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Debtor(s): Watsonville Hospital Corporation

Case No. 21-51477

## Claim Withdrawal Form

I, _Lupita Zamora_, Claimant, hereby withdraw claim number _118_, for the following reason: _error in submission, want to wait for union recommendation_.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated: 2/4/22

_Lupita Zamora_
Claimant's Signature