HANSON BRIDGETT LLP
ANTHONY J. DUTRA, SBN 277706
adutra@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:	(415) 777-3200
Facsimile:	(415) 541-9366

*Attorneys for Creditor Picis Clinical Solutions, Inc.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors. | Case No. 21-51477<br><br>Chapter 11<br><br>**DECLARATION OF JOHN DANAHEY IN SUPPORT OF CREDITOR PICIS CLINICAL SOLUTIONS, INC.'S OBJECTION TO NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT AND CURE AMOUNT WITH RESPECT TO THE EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS IN CONNECTION WITH A SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS** |

I, John Danahey, declare as follows:

1. I am the Executive Vice President for Creditor Picis Clinical Solutions, Inc. I have personal knowledge of the matters set forth in this declaration and could and would competently testify to them. All of the matters stated herein are known to me personally, unless stated on information and belief; and with regard to those statements, I am informed and reasonably believe them to be true.

2. I submit this Declaration in support of *Creditor Picis Clinical Solutions, Inc.'s Objection to Notice of Potential Assumption and Assignment and Cure Amount with*

*Respect to the Executory Contracts and Unexpired Leases of the Debtors in Connection with a Sale of Substantially All of the Debtors' Assets* (the "**Objection**").

3. On or about December 12, 2019, Picis and Debtor entered into a license and service agreement (the "**License and Service Agreement**") the initial term of the License and Service Agreement was from October 1, 2019 through June 30, 2020.

4. On or about June 18, 2020, Picis and Debtor entered into Amendment No. 1 to the License And Servicing Agreement ("**1st Amendment**") that, among other things, extended the term of the License and Service Agreement through February 28, 2021.

5. On or about March 3, 2021, Picis and Debtor entered into Amendment No. 2 to the License and Servicing Agreement ("**2nd Amendment**") that, among other things, extended the term of the License and Service Agreement through March 3, 2026.

6. On or about March 3, 2021, Picis and Debtor also entered into a supplemental software subscription and services agreement ("**Supplemental Agreement**," and together with the License and Servicing Agreement, 1st Amendment, and 2nd Amendment, the "**Agreements**").

7. Attached hereto as **Exhibit A** is a true and correct copy of a statement of accounts for the Debtor's account with Picis which reflects an outstanding balance of $57,701.61.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: February 7, 2022

By: _____
JOHN DANAHEY
EXECUTIVE VICE PRESIDENT FOR PICIS CLINICAL SOLUTIONS, INC.

# EXHIBIT A



## Statement of Account
### Account (WAT1000)

February 7, 2022

**Watsonville Hospital Corporation**

75 Neilson St.
Watsonville
CA
95076
United States

Dear Accounts Payable,

Please see below for a current standing of account, as of February 7, 2022.

| Reference | Invoice Date | Due Date | Days Overdue | Invoice Amount | Amount Due |
|---|---|---|---|---|---|
| TPCT0000002333 | 5/26/21 | 8/01/21 | 190 | US$ 11,250.00 | US$ 11,250.00 |
| TPCT0000002367 | 6/22/21 | 9/01/21 | 159 | US$ 11,250.00 | US$ 11,250.00 |
| TPCT0000002403 | 7/30/21 | 10/01/21 | 129 | US$ 11,250.00 | US$ 11,250.00 |
| TPCT0000002409 | 8/30/21 | 11/01/21 | 98 | US$ 11,250.00 | US$ 11,250.00 |
| TPCT0000002489 | 11/26/21 | 2/01/22 | 6 | US$ 11,250.00 | US$ 11,250.00 |
| TPCT0000002454-B | 2/07/22 | 2/07/22 | 0 | US$ 1,451.61 | US$ 1,451.61 |
|  |  |  |  | **Total:** | **US$ 57,701.61** |

It would be appreciated if you could provide an update with regards to the payment status for the invoices that are due or becoming due. If you have any questions about the above summary, please contact me at 1 (888) 847-7747 ext 2263 or by email at NFiocco@harriscomputer.com.

If payment has already been made on the invoices listed, please disregard this summary.

Thank you for your time. I look forward to hearing from you.


Yours sincerely,


Novelia Fiocco
Accounts Receivable, Finance