| | |
|---|---|
| SINGER CASHMAN LLP<br>   Adam S. Cashman (CA Bar No. 255063)<br>   Acashman@singercashman.com<br>   Doug Tilley (CA Bar No. 265997)<br>   dtilley@singercashman.com<br>505 Montgomery Street, Suite 1100<br>San Francisco, California 94111<br>Telephone: (415) 500-6080<br>Facsimile: (415) 500-6080<br><br>*Attorneys for Intuitive Surgical, Inc.* | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL<br>   CORPORATION, et al.,<br><br>               Debtors. | Case No. 21-51477<br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**<br><br>Judge: Hon. M. Elaine Hammond |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Adam S. Cashman and Doug Tilley of Singer Cashman LLP are appearing in this matter as counsel on behalf of Intuitive Surgical, Inc. ("Intuitive").

Intuitive hereby requests that all notices, including electronic ("ECF") notices, given, or required to be given, and all papers filed or served, or required to be served, in the above-captioned matter be provided to or served upon counsel at the address set forth below:

Adam S. Cashman
acashman@singercashman.com
Doug Tilley
dtilley@singercashman.com
SINGER CASHMAN LLP
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: (415) 500-6080
Facsimile: (415) 500-6080

Respectfully submitted,

Date: February 23, 2022

SINGER CASHMAN LLP

By: /s/ Adam S. Cashman
Adam S. Cashman
*Attorney for Intuitive Surgical, Inc.*

Date: February 23, 2022

SINGER CASHMAN LLP

By: /s/ Doug Tilley
Doug Tilley
*Attorney for Intuitive Surgical, Inc.*

# ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)

I, Adam Cashman, am the ECF user whose identification and password are being used to file this Notice of Appearance and Request for Notice on behalf of Intuitive Surgical Inc. In compliance with L.R. 5-1(i)(3), I hereby attest that counsel Doug Tilley concurs in this filing.

Dated: February 23, 2022

SINGER CASHMAN LLP

By: /s/ Adam S. Cashman
Adam S. Cashman
*Attorney for Intuitive Surgical, Inc.*