1 | AN NGUYEN RUDA (SBN 215453)
    aruda@bzbm.com
2 | KERRY L. DUFFY (SBN 233160)
    kduffy@bzbm.com
3 | BARTKO ZANKEL BUNZEL & MILLER
    A Professional Law Corporation
4 | One Embarcadero Center, Suite 800
    San Francisco, California 94111
5 | Telephone: (415) 956-1900
    Facsimile:  (415) 956-1152

*Special Labor and Employment Counsel
to Debtors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE STATEMENT OF BARTKO ZANKEL BUNZEL & MILLER AS SPECIAL LABOR AND EMPLOYMENT COUNSEL FOR THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2022 TO JANUARY 31, 2022**<br><br>Related Docket No. 371<br>[No Order Required]<br><br>Judge: Hon. M. Elaine Hammond |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

2732.009/1717947.1     1     Case No. 21-51477

The undersigned counsel for the above-captioned debtors and debtors-in-possession (the "Debtors") hereby certifies that:

1. As of the date hereof, no answer, objection or other responsive pleading has been received to the Second Monthly Fee Statement of Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel for the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 1, 2022 through January 31, 2022 [Docket No. 371] (the "Monthly Fee Statement"), filed on March 7, 2022. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order"), objections to the Monthly Fee Statement were to be filed and served no later than March 22, 2022 at 4:00 p.m. prevailing Pacific Time.

2. Pursuant to the Compensation Procedures Order, the Debtors are authorized to pay Bartko Zankel Bunzel & Miller ("Bartko") the sum of $36,745.12 which represents 80% of the fees ($33,329.80) and 100% of the expenses ($3,415.32) requested in the Monthly Fee Statement, for the period from January 1, 2022 through January 31, 2022, upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

3. Furthermore, in accordance with the Compensation Procedures Order and the Retention Order (as defined in the Monthly Fee Statement), the amounts to be paid to Bartko on account of the Monthly Fee Statement, shall be paid from Bartko's pre-petition retainer, presently with a balance of $46,027.46, prior to any amount paid directly by the Debtors.

DATED: March 24, 2022

BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By: /s/ Kerry L. Duffy
Kerry L. Duffy
*Special Labor and Employment Counsel to Debtors*

Case: 21-51477    Doc# 420    Filed: 03/24/22    Entered: 03/24/22 13:12:32    Page 2 of 2