Entered on Docket
March 24, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1   Debra I. Grassgreen (CA Bar No. 169978)
    Maxim B. Litvak (CA Bar No. 215852)
2   Steven W. Golden (admitted pro hac vice)
    PACHULSKI STANG ZIEHL & JONES LLP
3   One Market Plaza, Spear Tower, 40th Floor
    San Francisco, CA 94105-1020
4   Telephone:    415.263.7000
    Facsimile:    415.263.7010
5   E-mail:       dgrassgreen@pszjlaw.com
                  mlitvak@pszjlaw.com
6                 sgolden@pszjlaw.com
```

The following constitutes the order of the Court.
Signed: March 23, 2022

_M. Elaine Hammond_
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER EXTENDING THE PERIOD TO REMOVE STATE COURT ACTIONS**<br><br>Judge:   Hon. M. Elaine Hammond |

Upon the *Motion for Order Extending the Period to Remove State Court Actions Pursuant to 28 U.S.C. § 1452 and Rules 9006(b) and 9027 of the Federal Rules of Bankruptcy Procedure* [Docket No. 365] (the "Motion")[2], filed by the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned bankruptcy cases, seeking to extend the periods set forth in Bankruptcy Rule 9027(a)(2) and (3) during which a debtor may seek to remove state court actions to federal court pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 by an additional ninety-one

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

(91) days; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates; and the Debtors having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion and no further notice being deemed necessary; and the Court having considered the Motion and all pleadings and papers filed in connection with the Motion and no objection to the granting of the Motion having been made; after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The deadline by which the Debtors may seek to remove state court actions to federal court is extended through and including the later of (i) Monday, June 6, 2022 and (ii) any deadline set forth in Bankruptcy Rule 9027(a), with respect to any proceedings that are eligible for removal under 28 U.S.C. §1452.

3. The Debtors right to seek additional extensions of this time period are further reserved.

4. The Court retains jurisdiction to interpret and enforce the terms of this Order.

** END OF ORDER **

COURT SERVICE LIST

All ECF Parties.