

Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone:   415.263.7000
Facsimile:    415.263.7010
E-mail:        dgrassgreen@pszjlaw.com
                  mlitvak@pszjlaw.com
                  sgolden@pszjlaw.com

The following constitutes the order of the Court.
Signed: April 8, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER EXTENDING THE TIME PERIODS DURING WHICH THE DEBTOR HAS THE EXCLUSIVE RIGHT TO FILE A PLAN AND TO SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(D) OF THE BANKRUPTCY CODE**<br><br>Judge:  Hon. M. Elaine Hammond |

Upon the motion (the "Motion"),[2] dated March 23, 2022 of Watsonville Hospital Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Bankruptcy Cases") for an order extending the Exclusive Filing Period to and including July 5, 2022 and the Exclusive Solicitation Period to and including September 2, 2022, without prejudice to the Debtors' right to seek additional extensions of such periods, all as more fully set forth in the Motion; and upon consideration of the Rosenthal Declaration;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and the Court having found and determined that notice of the Motion as provided to the Notice Parties is reasonable and sufficient under the circumstances, and no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the exclusive period by which only the Debtors may file a plan is extended up to and including July 5, 2022.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the exclusive period by which only the Debtors may solicit acceptances on their plan is extended up to and including September 2, 2022.

4. The extensions of the Exclusive Filing Period and the Exclusive Solicitation Period granted herein are without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code by the Debtors or any party in interest, for cause shown, upon notice and a hearing.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **

COURT SERVICE LIST

All ECF Parties.