Thomas H. Forrester (*Admitted Pro Hac Vice*)
Gullett Sanford Robinson & Martin PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Telephone:   615.244.4994
Direct:   615.921.4261
E-mail:  tforrester@gsrm.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
J. BARRETT MARUM, Cal. Bar No. 228628
1540 El Camino Real, Suite 120
Menlo Park, CA  94025-4111
Telephone:   650.815-2600
Facsimile:   650.815-2601
E mail:  bmarum@sheppardmullin.com

Counsel for Creditors Medhost Direct, Inc.,
Medhost Cloud Services, Inc. and Medhost
Business Services, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477-MEH<br><br>Chapter 11<br><br>**SECOND STATUS REPORT REGARDING ASSUMPTION AND ASSIGNMENT OF MEDHOST CONTRACTS**<br><br><br>Judge:   Hon. M. Elaine Hammond |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA  95076.

-1-

MEDHOST Business Services, Inc., MEDHOST Cloud Services, Inc. and MEDHOST Direct, Inc. (collectively, "MEDHOST"), counterparties to certain executory contracts with the Debtor Watsonville Hospital Corporation (the Debtor), respectfully submit this Second Status Report regarding the status of the proposed assumption and assignment of the three MEDHOST Contracts described below. The filing of this Second Status Report supplements the filing of MEDHOST's initial Status Report Regarding Assumption and Assignment of MEDHOST Contracts, filed March 22, 2022 (Docket No. 415) (the "First Status Report"). The filing of this Second Status Report is made in advance of the Status Conference scheduled by the Notice of Status Conference filed by Debtors' counsel on April 14, 2022 (Docket No. 443), to occur on Wednesday, April 27, 2022. In this Second Status Report, MEDHOST intends to advise the Court of the status of the Debtors' and the Purchaser's efforts to provide Adequate Assurance Information to parties (including MEDHOST) which have objected to the assumption and assignment of executory contracts.

## I. BACKGROUND

On December 27, 2021, the Debtors filed their motion to approve the sale of the Watsonville Hospital to the Stalking Horse Bidder, the Pajaro Valley Healthcare District Project (the "Project" or "Purchaser") (Docket No. 103). On February 1, MEDHOST filed its Objection, pursuant to 11 U.S.C. §§ 365(b) and 365(f), to (i) the assumption and designation of the MEDHOST Contracts (described below), (ii) the assignment of the MEDHOST Contracts to the Project, (iii) the provision of adequate assurance of future performance with respect to the MEDHOST Contracts, and (iv) the description of Contract Parties and Cure Amounts assigned to the MEDHOST Contracts (the "MEDHOST Objection") (Docket No. 265). In the MEDHOST Objection, MEDHOST did not oppose the sale of the Watsonville Hospital to the Project. MEDHOST did not object to a cure amount. Instead, MEDHOST objected primarily to the assumption, and the assumption/assignment, of the MEDHOST Contracts, because neither the Debtors nor the Project had provided, and could not provide, what Sections 365(b) and 365(f) require to be provided: adequate assurance of future performance.

This Second Status Report reminds and informs the Court of the various requests for Adequate Assurance Information made over the last three (3) months, and the utter lack of any meaningful information that could qualify as Adequate Assurance Information. As noted in the First Status Report filed March 22, 2022, (a) the Debtors had not addressed critical operational and financial issues that could justify the assumption of the MEDHOST Contracts under 11 U.S.C. §365(b)(1)(C); and (b) the Purchaser (the Pajaro Valley Healthcare District Project) had not provided Adequate Assurance Information necessary to show adequate assurance of future performance under 11 U.S.C. §365(f)(2)(B). In the 4 ½ weeks since the filing of the First Status Report, despite numerous requests for Adequate Assurance Information, the Debtors and the Purchaser have not provided information remotely addressing MEDHOST's legitimate operational and financial concerns.

## II.    MEDHOST'S ONGOING REQUESTS FOR INFORMATION

MEDHOST calls the Court's attention to Section IV of MEDHOST's First Status Report, wherein MEDHOST described its various requests for Adequate Assurance Information leading up to the March 23, 2022 omnibus hearing. Since that March 23, 2022 hearing date, the following requests for Adequate Assurance Information have occurred:

March 24, 2022 – MEDHOST's counsel participated in a lengthy conference with the Purchaser's counsel, and requested information concerning the makeup of the Purchaser and its Board, the funding sources for the purchase of the hospital by the Purchaser, the anticipated management of the hospital following the sale of the hospital, and the projected needs and sources of cash for operations of the hospital for the months following the sale of the hospital.

March 29, 2022 – MEDHOST's counsel requested information concerning the Purchaser's board of directors and results of recent board meetings. The Purchaser's counsel advised that consultants (KaufmanHall) would be providing updated financial projections by Friday April 1, 2022. A call with Cecilia Montalvo, the project manager for the Purchaser, was discussed for the following week.

March 30, 2022 – MEDHOST's counsel again spoke with the Purchaser's counsel, and was advised that the Purchaser and its technical consultant, Joe DeLuca, would provide information on

the six bullet points regarding present operational challenges and imperatives (the "Now Issues") not later than Friday, April 1, 2022. A list of the Project's approved board members was provided to MEDHOST's counsel.

April 1, 2022 – A meeting was scheduled between the Purchaser's project manager, Cecilia Montalvo, and MEDHOST chief executive officer, William P. Anderson, for April 7, 2022. MEDHOST counsel again asked for Adequate Assurance Information from the Purchaser's counsel.

April 7, 2022 – MEDHOST's counsel asked the Purchaser's counsel for a status update on the MEDHOST Contracts and the Now Issues. The Purchaser's counsel advised that he would have a summary to MEDHOST's counsel by Monday, April 11, 2022. The requested information was not forthcoming on April 11, 2022.

April 7, 2022 – The Project's manager, Cecilia Montalvo, had a lengthy discussion with Mr. Anderson concerning issues related to fundraising and operations. Ms. Montalvo proposed forwarding forecast information to Mr. Anderson after an April 7 board presentation. Ms. Montalvo agreed to periodic updates. Except for the April 13, 2022 information from Ms. Montalvo (see below), no further information from Ms. Montalvo was received until Tuesday evening, April 19, 2022, when in an e-mail Ms. Montalvo advised Mr. Anderson that a "comprehensive financial modeling tool" had been developed, but that she "cannot quite share the model until we make corrections and review with our internal audience."

April 13, 2022 – MEDHOST's counsel formally requested (a) information concerning the Debtors' and the Purchaser's counsels' expectations for the April 27, 2022 omnibus hearing, and (b) adequate assurance information concerning the assumption/assignment of the MEDHOST Contracts.

April 13, 2022 – Ms. Montalvo, the Project's manager, provided a two-page "Top Down Projected P&L" (the "P&L") to MEDHOST's Mr. Anderson. The P&L suggested insufficient cash earnings to support the MEDHOST Contracts.

April 14, 2022 – Debtors' counsel reported on the Debtors' expectations for the April 27, 2022 omnibus hearing, and advised that "updated adequate assurance information" would be forthcoming.

April 14, 2022 – MEDHOST's counsel again asked the Project's counsel to provide information counsel had agreed to provide by April 1, 2022, which was to include financial projections and Debtors' responses to the Now Issues. The Project's counsel responded that he was "waiting for confirmation from my client and Joe DeLuca before [he] can send along what [he] drafted."

April 19, 2022 – MEDHOST's counsel again renewed MEDHOST's request for Adequate Assurance Information which was to have been provided by April 1, 2022. The Purchaser's counsel responded on April 21, 2022, advising that he was expecting a financial update from Mr. DeLuca "later today." Purchaser's counsel also advised that, with respect to the aforementioned "Top Down" model, the Project was working on a "more comprehensive model" that Ms. Montalvo would share "as soon as it is ready." Counsel also advised that financing and fund-raising questions "will be answered over the next few months." Finally, Medhost's counsel received from the Purchaser's counsel certain responses to the Now Issues on April 25, 2022.

## III. STATUS REPORT ON ASSUMPTION/ASSIGNMENT OF MEDHOST CONTRACTS

A month has passed since MEDHOST's last Status Report, and MEDHOST still has not been provided Adequate Assurance Information. MEDHOST's first request for Adequate Assurance Information dates to January 20, 2022. The Court should be aware of the actual information MEDHOST has received that has been presented as "Adequate Assurance Information." That information includes: (A) Two pages of financial projections from Debtors' counsel on March 11, 2022, which Debtors' Chief Restructuring Officer later advised were based on GAAP accruals which were not reflective of cash expenditures, were not reflective of the Project's proposed sources of funding (grants, donations and budget allocations), and were not reflective of the turnaround plan and projections under discussion; (B) Two pages titled "Top Down Projected P&L" and "Strategic Initiatives Drive Most Financial Improvement," sent by Ms. Montalvo on April 13, 2022, which suggested insufficient cash earnings to support the MEDHOST Contracts; (C) ) An e-mail on March 30, 2022, identifying the five (5) individuals approved as board members for the Project and a

proposed schedule of the board's meetings; and (D) A listing of possible funding sources, including non-profits, the City, the County and other entities.

MEDHOST has not been provided information that would demonstrate the Project's ability to service the MEDHOST Contracts financially. Requests have included a forecast of cash flow for the term of the MEDHOST Contracts, as well as the actual cash on hand. The actual funding information has been aspirational, and not contractually committed. Further, during this pre-closing period, the hospital's operational performance has not supported the Project's ability to service the MEDHOST Contracts. MEDHOST advised the Debtors of the time-sensitive issues (described above as the Now Issues) on March 9, 2022, issues which must be addressed for the Debtors (and eventually, the Project) to remain in regulatory and technical compliance. Any progress on these Now Issues has been insufficient to alleviate the operational concerns.

This Second Status Report is current through April 25, 2022.

Respectfully submitted this 25th day of April, 2022.

/s/ Thomas H. Forrester

Thomas H. Forrester
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN  37201
(615) 244-4994
tforrester@gsrm.com; jcook@gsrm.com

/s/ J. Barrett Marum

J. Barrett Marum
Sheppard, Mullin, Richter & Hampton, LLP
1540 El Camino Real, Suite 120
Menlo Park, CA  94025-4111
(650) 815-2600
bmarum@sheppardmullin.com

*Attorneys for MEDHOST Business Service, Inc., MEDHOST Cloud Services, Inc., and MEDHOST Direct, Inc.*