Tamar Terzian, Esq. (SBN 254148)
Terzian Law Group,
A Professional Corporation
1122 E. Green Street
Pasadena, Ca 91106
Telephone: (818) 242-1100
Facsimile: (818) 242-1012
Email: tamar@terzlaw.com

Patient Care Ombudsman

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>In re Watsonville Hospital Corporation et al,1<br><br>Debtor-In-Possession. | Chapter 11<br><br>Case No.: Case No. 5:21-bk-51477 (MEH)<br><br>**FIRST INTERIM FEE STATEMENT OF TAMAR TERZIAN, PATIENT CARE OMBUDSMAN AND INDEPENDENT CONSULTANTS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 14, 2022 –MARCH 15, 2022**<br><br>**Judge: Hon. M. Elaine Hammond**<br><br>[No Hearing Requested] |

---

1 The Debtors in these cases are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

1

**TO THE HONORABLE M. ELAINE HAMMOND, THE OFFICE OF UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL PARTIES OF INTEREST:**

By this Interim Fee Statement, Tamar Terzian, Patient Care Ombudsman ("PCO") and her consultants seek an interim allowance of compensation in the amount of $40,159.00 and actual and necessary expenses in the amount of $7,970.12 for a total allowance of $48,129.12. The Court ordered the appointment of a PCO pursuant to 11 U.S.C. § 333 (a)(1) to monitor, and report to the Court, the quality of patient care provided by Watsonville Community Hospital (the "Hospital"). The PCO performed these duties with the assistance of independent contractors Quality Healthcare Asset Management and Sherri Loveall of Integrated Health Systems, whose verified statements were filed with the Court. *See* Docket No. 315.

Attached as **Exhibit 1** is the name of the PCO and her independent consultants Quality Healthcare Asset Management and Sherri Loveall of Integrated Health Systems during the First Interim Reporting Period of January 14, 2022 through March 15, 2022 ("First Interim Reporting Period").

Attached as **Exhibit 2** are the detailed time entries, for the First Interim Reporting Period.

In accordance with the Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on the affected Retained Professional and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or the next business day if such day is not a business day) following the date the First Interim Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Terzian Law Group an amount equal to 80% of the fees and 100% of the expenses requested in this First Interim Reporting Period.

///

///

///

2

1       **WHEREFORE**, PCO respectfully requests that the Court authorize payment of the fees and

2 expenses.

3 Dated: April 26, 2022                   TAMAR TERZIAN

4                               By:   */s/ Tamar Terzian*

5                                   Tamar Terzian

6                                   Patient Care Ombudsman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT "1"

| Name of Professional | Agency | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tamar Terzian | Terzian Law Group, APC | $350 | 36.95 | 12,932.50 |
| Sherri Loveall | Integrated Health Sciences | $175 | 31.05 | $5,433.75 |
| Tracy Brown | Quality Healthcare Management | $175 | 47.75 | $8,286.65 |
| Breanna Williams | Quality Healthcare Management | $65 | 65.00 | $3,825.25 |
| Marcus Battle | Quality Healthcare Management | $45 | 45.00 | $2,269.35 |
| Brandon Christopher | Quality Healthcare Management | $55 | 61.50 | 3,382.50 |
| Sylvia Willis, RN | Quality Healthcare Management | $85 | 47.40 | 4,029.00 |

**EXHIBIT "2"**

**TERZIAN LAW GROUP**
**A Professional Corporation**
**1122 E. Green Street**
**Pasadena, CA 91106**
**Tel: (818) 242-1100**
**Fax: (818) 242-1012**

Watsonville Community Hospital                              Our File:  WATSON.PCO
Watsonville, CA

Re:     Watsonville Community Hospital Corporat

## Statement of Account for Services Rendered Through March 18, 2022

**Professional Legal Services**

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| Case Administration | | | | |
| 01/20/22 | 002 | Case Administration Project research and preparation with Ms. Loveall | 1.00 | 350.00 |
| 01/20/22 | 005 | Case Administration Conference call and research | 3.00 | 525.00 |
| 01/20/22 | 006 | Case Administration Project research and preparation | 3.00 | 195.00 |
| 01/20/22 | 006 | Case Administration Conference call and research | 3.00 | 195.00 |
| 01/20/22 | 008 | Case Administration Conference call and research | 3.00 | 135.00 |
| 01/20/22 | 009 | Case Administration Conference call and informational research | 3.00 | 165.00 |
| 01/20/22 | 011 | Case Administration Project research and preparation with Ms. Terzian | 1.00 | 175.00 |
| 01/24/22 | 002 | Case Administration Research with Ms. Loveall | 1.50 | 525.00 |
| 01/24/22 | 002 | Case Administration Initial discussion with Ms. Loveall re orientation and QHAM team expectations | 2.00 | 700.00 |

Watsonville Community Hospital
Watsonville Community Hospital Corporat

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/24/22 | 002 | Case Administration Initial orientation with Ms. Loveall and QHAM team at hospital facility | 0.50 | 175.00 |
| 01/24/22 | 011 | Case Administration Meeting with Ms. Terzian and heads of Medical Records and Sterilization Departments | 0.50 | 87.50 |
| 01/24/22 | 002 | Case Administration Interview with M. Rocha (Ms. Loveall present); made arrangements for 9:00 a.m. viewing of sterilization procedure | 0.50 | 175.00 |
| 01/24/22 | 002 | Case Administration Review documents re sterilization procedures with Ms. Loveall | 0.75 | 262.50 |
| 01/24/22 | 002 | Case Administration Meeting with head of Medical Records Department and Ms. Loveall; review of sample medical records; obtained and reviewed staff roster and examples of staff medical files; reviewed copy of M.D. application | 1.00 | 350.00 |
| 01/24/22 | 002 | Case Administration Visit Human Resources Department with Ms. Loveall | 0.30 | 105.00 |
| 01/24/22 | 002 | Case Administration Prepare written report re Human Resources Department with Ms. Loveall's notes and input | 1.00 | 350.00 |
| 01/24/22 | 002 | Case Administration Prepare written report re medical staff office with Ms. Loveall's notes and input | 0.30 | 105.00 |
| 01/24/22 | 002 | Case Administration Meeting with head of Human Resources Department and Ms. Loveall; received slideshow of orientation training modules; received coordinator's contact information | 0.30 | 105.00 |
| 01/24/22 | 005 | Case Administration Meeting with PCO | 2.00 | 350.00 |
| 01/24/22 | 005 | Case Administration Meeting with facility COO | 0.20 | 35.00 |
| 01/24/22 | 005 | Case Administration Facility tour with COO | 0.40 | 70.00 |

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/24/22 | 005 | Case Administration Meeting with Emergency Department Management | 0.40 | 70.00 |
| 01/24/22 | 005 | Case Administration Meeting with Medical Surgery Nurses' Department Management | 1.00 | 175.00 |
| 01/24/22 | 005 | Case Administration Review policy and procedures for case management | 0.40 | 70.00 |
| 01/24/22 | 005 | Case Administration Reviewed discharge and DME procedures for case management | 0.50 | 87.50 |
| 01/24/22 | 005 | Case Administration Meeting with Case Management Manager | 0.50 | 87.50 |
| 01/24/22 | 005 | Case Administration Cross-referenced policy and procedures with staffs' perception and regulations | 1.40 | 245.00 |
| 01/24/22 | 005 | Case Administration (Offsite) Data compilation and analysis | 3.00 | 525.00 |
| 01/24/22 | 006 | Case Administration Meetings with PCO and PCO's assistant | 2.00 | 130.00 |
| 01/24/22 | 006 | Case Administration Meeting with facility COO | 0.20 | 13.00 |
| 01/24/22 | 006 | Case Administration Facility tour with COO | 0.40 | 26.00 |
| 01/24/22 | 006 | Case Administration Meet with H.I.M. Department Management | 1.40 | 91.00 |
| 01/24/22 | 006 | Case Administration Medical Records Policy and Procedure Review | 1.00 | 65.00 |
| 01/24/22 | 006 | Case Administration Meet with E.R. Department Manager | 1.00 | 65.00 |
| 01/24/22 | 006 | Case Administration Medical Records Policy and Procedure review | 1.10 | 71.50 |
| 01/24/22 | 006 | Case Administration (Offsite) Data Compilation and Analyzation | 2.50 | 162.50 |

Watsonville Community Hospital
Watsonville Community Hospital Corporat

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/24/22 | 007 | Case Administration Facility tour with CEO | 0.20 | 17.00 |
| 01/24/22 | 007 | Case Administration Meetings with department heads | 1.30 | 110.50 |
| 01/24/22 | 007 | Case Administration Policy and procedure review | 6.40 | 544.00 |
| 01/24/22 | 007 | Case Administration (Offsite) Data compilation | 3.00 | 255.00 |
| 01/24/22 | 008 | Case Administration Meetings with PCO and PCO's assistant | 2.00 | 90.00 |
| 01/24/22 | 008 | Case Administration Facility tour with COO | 0.40 | 18.00 |
| 01/24/22 | 008 | Case Administration Meet with EVS Director | 1.10 | 49.50 |
| 01/24/22 | 008 | Case Administration Review policy and procedure - General Housekeeping and Laundry and EVS | 1.00 | 45.00 |
| 01/24/22 | 008 | Case Administration Meet with EVS assistants to discuss understanding of Policies and Procedures | 0.40 | 18.00 |
| 01/24/22 | 008 | Case Administration Meet with Education Director re education relating non-clinical positions/departments | 0.40 | 18.00 |
| 01/24/22 | 008 | Case Administration Exterior site rounds with EVS Manager-Sanitation and safety concerns | 0.40 | 18.00 |
| 01/24/22 | 008 | Case Administration Fire and disaster policy and procedure review | 1.00 | 45.00 |
| 01/24/22 | 008 | Case Administration Verified compliance with EVS and logs | 0.30 | 13.50 |
| 01/24/22 | 008 | Case Administration (Offsite) Data compilation and analyzation | 3.00 | 135.00 |
| 01/24/22 | 008 | Case Administration Meet with facility COO | 0.20 | 9.00 |
| 01/24/22 | 009 | Case Administration Meeting with PCO | 2.00 | 110.00 |

Watsonville Community Hospital
Watsonville Community Hospital Corporat

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/24/22 | 009 | Case Administration Initial interviews with facility staff | 0.80 | 44.00 |
| 01/24/22 | 009 | Case Administration Interviews with Human Resources staff | 2.80 | 154.00 |
| 01/24/22 | 009 | Case Administration Interviews with infection control staff | 2.70 | 148.50 |
| 01/24/22 | 009 | Case Administration Initial Review of staff chart files, including review, orientation, procedural and completion | 2.80 | 154.00 |
| 01/24/22 | 009 | Case Administration (Offsite) Compile and analyze information | 3.00 | 165.00 |
| 01/24/22 | 011 | Case Administration Initial orientation with Ms. Terzian and QHAM team at hospital facility | 0.50 | 87.50 |
| 01/24/22 | 011 | Case Administration Initial discussion with Ms. Terzian re orientation and QHAM team expectations | 2.00 | 350.00 |
| 01/24/22 | 011 | Case Administration Attend Ms. Terzian's interview with M. Rocha re viewing of 9:00 a.m. sterilization procedure | 0.50 | 87.50 |
| 01/24/22 | 011 | Case Administration Research with Ms. Terzian | 1.50 | 262.50 |
| 01/24/22 | 011 | Case Administration Meeting with Ms. Terzian and head of Medical Records Department; review of sample medical records; obtained and reviewed staff roster and examples of staff medical files; reviewed copy of M.D. application | 1.00 | 175.00 |
| 01/24/22 | 011 | Case Administration Review documents re sterilization procedures with Ms. Terzian | 0.75 | 131.25 |
| 01/24/22 | 011 | Case Administration Visit Human Resources Department with Ms. Terzian | 0.30 | 52.50 |

Watsonville Community Hospital
Watsonville Community Hospital Corporat

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/24/22 | 011 | Case Administration Assist Ms. Terzian in preparation of written report re Human Resources Department | 1.00 | 175.00 |
| 01/24/22 | 011 | Case Administration Visit to Sterilization Department with Ms. Terzian to receive reports | 0.30 | 52.50 |
| 01/24/22 | 011 | Case Administration Assist Ms. Terzian in preparation of written report re medical staff office | 0.30 | 52.50 |
| 01/24/22 | 011 | Case Administration Attend meeting with Ms. Terzian and head of Human Resources Department; received slideshow of orientation training modules and coordinator's contact information | 0.30 | 52.50 |
| 01/24/22 | 002 | Case Administration Visit with Ms. Loveall to Sterilization Department to receive reports | 0.30 | 105.00 |
| 01/24/22 | 002 | Case Administration Attend meeting with head of Human Resources Department and Ms. Loveall; received slideshow of orientation training modules and coordinator's contact information | 0.30 | 105.00 |
| 01/25/22 | 002 | Case Administration Visit with Ms. Loveall to Critical Care Unit | 0.80 | 280.00 |
| 01/25/22 | 002 | Case Administration Visit with Ms. Loveall to Emergency Room | 0.30 | 105.00 |
| 01/25/22 | 002 | Case Administration Prepare written report re Emergency Room with Ms. Loveall's input and notes; meeting with Nick | 0.70 | 245.00 |
| 01/25/22 | 002 | Case Administration Prepare written report with Ms. Loveall's input and notes re completed sterilization report and autoclave procedures | 0.50 | 175.00 |
| 01/25/22 | 002 | Case Administration Visit Labor and Delivery/NICU Departments with Ms. Loveall | 1.30 | 455.00 |

Watsonville Community Hospital
Watsonville Community Hospital Corporat

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/25/22 | 002 | Case Administration Visit Laboratory with Ms. Loveall | 0.70 | 245.00 |
| 01/25/22 | 002 | Case Administration Prepare written reports with Ms. Loveall's input and notes re Critical Care Unit/Labor and Delivery/NICU Departments | 2.50 | 875.00 |
| 01/25/22 | 005 | Case Administration Meeting with Emergency Room Dept. staff (first floor facility rounds) | 0.30 | 52.50 |
| 01/25/22 | 005 | Case Administration Meeting with front office staff (first floor facility rounds) | 0.40 | 70.00 |
| 01/25/22 | 005 | Case Administration Meeting with clerks and R.N. on duty (second floor facility rounds) | 0.40 | 0.40 |
| 01/25/22 | 005 | Case Administration Meeting with clerks and R.N. on duty (third floor facility rounds) | 0.30 | 52.50 |
| 01/25/22 | 005 | Case Administration Third floor facility rounds; reviewed patient health files | 0.40 | 70.00 |
| 01/25/22 | 005 | Case Administration Discussed with R.N.'s concerns re order and process not being fluid with physicians in reports | 0.40 | 70.00 |
| 01/25/22 | 005 | Case Administration Interview ER patients and families (customer service levels) | 0.20 | 35.00 |
| 01/25/22 | 005 | Case Administration Interview ER patients and families | 0.40 | 70.00 |
| 01/25/22 | 005 | Case Administration Interviewed patients and families outside pharmacy | 0.50 | 87.50 |
| 01/25/22 | 005 | Case Administration Meeting with Human Resources Director | 0.50 | 87.50 |
| 01/25/22 | 005 | Case Administration Review background check policy based on Human Resources Department's statements | 0.40 | 70.00 |
| 01/25/22 | 005 | Case Administration Verified compliance with regulations | 0.30 | 52.50 |

Watsonville Community Hospital
Watsonville Community Hospital Corporat

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/25/22 | 005 | Case Administration Meeting with COO | 0.30 | 52.50 |
| 01/25/22 | 005 | Case Administration Meet with first floor facility volunteers | 0.30 | 52.50 |
| 01/25/22 | 005 | Case Administration Meeting with Director of Education to discuss educational needs and hospital concerns | 0.50 | 87.50 |
| 01/25/22 | 005 | Case Administration Meeting with housekeeping staff (facility rounds) | 0.40 | 70.00 |
| 01/25/22 | 005 | Case Administration Meeting with outsourced hospital security staff | 0.30 | 52.50 |
| 01/25/22 | 005 | Case Administration Briefing with QHAM team regarding site concerns | 0.20 | 35.00 |
| 01/25/22 | 005 | Case Administration Meeting with EVS Director to discuss his concerns | 0.40 | 70.00 |
| 01/25/22 | 006 | Case Administration Meet with Pharmaceuticals Management | 0.30 | 19.50 |
| 01/25/22 | 006 | Case Administration Assessment of Facility H.I.M. Policies and Procedures with regulatory compliance | 1.50 | 97.50 |
| 01/25/22 | 006 | Case Administration Patient Health Files review | 1.00 | 65.00 |
| 01/25/22 | 006 | Case Administration Medical Records Policy and Procedure review | 1.20 | 78.00 |
| 01/25/22 | 006 | Case Administration Assessment of H.I.M. Policies and Procedures with regulatory compliance | 2.40 | 156.00 |
| 01/25/22 | 006 | Case Administration Analyzing Health Information Management facility-wide charting systems | 2.50 | 162.50 |

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/25/22 | 006 | Case Administration Analyzing data and designing recommendations for H.I.M. Department anbd medical records E.R. systems | 1.10 | 71.50 |
| 01/25/22 | 007 | Case Administration Conduct assessments in the E.R. Department | 1.00 | 85.00 |
| 01/25/22 | 007 | Case Administration Conduct assessments on OB/GYN Department | 1.10 | 93.50 |
| 01/25/22 | 007 | Case Administration Analyze data and design recommendations for various nursing departments, infection control and quality assurance | 8.10 | 688.50 |
| 01/25/22 | 008 | Case Administration Meet with Director Richard EVS re MDSS | 0.40 | 18.00 |
| 01/25/22 | 008 | Case Administration Walked to other departments with EVS ensure MDSS compliance | 0.20 | 9.00 |
| 01/25/22 | 008 | Case Administration Material data safety sheet review-all | 2.20 | 99.00 |
| 01/25/22 | 008 | Case Administration Generator assessment with Director | 1.10 | 49.50 |
| 01/25/22 | 008 | Case Administration Meet with several volunteer staff in dietary-overall general concerns, non-dietary specific | 0.50 | 22.50 |
| 01/25/22 | 008 | Case Administration Review water temperatures in rooms and third floor nurses' station | 0.30 | 13.50 |
| 01/25/22 | 008 | Case Administration Meet with EVS team to discuss importance of compliance/in-house compliance | 0.50 | 22.50 |
| 01/25/22 | 008 | Case Administration Assist with Human Resources chart reviews | 1.10 | 49.50 |
| 01/25/22 | 008 | Case Administration Checked PPE sanitizers first floor | 0.30 | 13.50 |

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/25/22 | 008 | Case Administration Checked PPE sanitizers second floor | 0.20 | 9.00 |
| 01/25/22 | 008 | Case Administration Checked PPE sanitizers third floor | 0.20 | 9.00 |
| 01/25/22 | 008 | Case Administration Download and print Policies and Procedures for Lead | 0.10 | 4.50 |
| 01/25/22 | 008 | Case Administration Review and check liquid air systems with EVS | 0.30 | 13.50 |
| 01/25/22 | 008 | Case Administration Check internal sprinkler systems and inspections | 0.50 | 22.50 |
| 01/25/22 | 008 | Case Administration Assess facility sprinkler system inspections and facility water temperatures comparative with regulartory compliance | 1.00 | 45.00 |
| 01/25/22 | 007 | Case Administration Conduct assessments on Med-Surg | 0.50 | 42.50 |
| 01/25/22 | 007 | Case Administration Conduct assessments on Wound Care Management | 1.00 | 85.00 |
| 01/25/22 | 009 | Case Administration Continued review of staff chart files | 6.40 | 352.00 |
| 01/25/22 | 009 | Case Administration On-boarding orientation and procedural review with staff | 6.40 | 352.00 |
| 01/25/22 | 002 | Case Administration Preparation of written report with Ms. Loveall's notes and input | 0.30 | 105.00 |
| 01/25/22 | 002 | Case Administration Review of sterilization procedures with Ms. Loveall from previous audit | 0.50 | 175.00 |
| 01/25/22 | 002 | Case Administration Attend sterilization procedure with Ms. Loveall | 1.00 | 350.00 |
| 01/25/22 | 002 | Case Administration Prepare written report re attendance at sterilization procedure with Ms. Loveall's input and notes | 0.80 | 280.00 |

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/25/22 | 011 | Case Administration Visit with Ms. Terzian to Emergency Room | 0.30 | 52.50 |
| 01/25/22 | 011 | Case Administration Assist Ms. Terzian in preparation of written report re visit to Emergency Room; attend meeting with Ms. Terzian and Nick | 0.70 | 122.50 |
| 01/25/22 | 011 | Case Administration Assist Ms. Terzian with preparation of written report re completed sterilization and autoclave procedures | 0.50 | 87.50 |
| 01/25/22 | 011 | Case Administration Visit Labor and Delivery/NICU Departments with Ms. Terzian | 1.30 | 227.50 |
| 01/25/22 | 011 | Case Administration Review with Ms. Terzian sterilization procedures from previous audit | 0.50 | 87.50 |
| 01/25/22 | 011 | Case Administration Attend sterilization procedure with Ms. Terzian | 1.00 | 175.00 |
| 01/25/22 | 011 | Case Administration Assist Ms. Terzian with preparation of written report re attendance at sterilization procedure | 0.80 | 140.00 |
| 01/25/22 | 011 | Case Administration Assist Ms. Terzian with preparation of written report re Laboratory Department | 1.00 | 175.00 |
| 01/25/22 | 011 | Case Administration Visit Physical Therapy Department (outpatient) with Ms. Terzian | 0.80 | 140.00 |
| 01/25/22 | 011 | Case Administration Visit Laboratory Department with Ms. Terzian | 0.70 | 122.50 |
| 01/25/22 | 011 | Case Administration Assist Ms. Terzian with written reports re Critical Care Unit/Labor and Delivery/NICU Departments | 2.50 | 437.50 |
| 01/25/22 | 011 | Case Administration Visit with Ms. Terzian to Critical Care Unit | 0.80 | 140.00 |
| 01/25/22 | 002 | Case Administration Visit with Ms. Loveall to Sterilization Department to receive reports | 0.30 | 105.00 |

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/26/22 | 002 | Case Administration Prepare written report re Laboratory Department with Ms. Loveall's notes and input | 1.00 | 350.00 |
| 01/26/22 | 002 | Case Administration Visit Physical Therapy Department (outpatient care) with Ms. Loveall | 0.80 | 280.00 |
| 01/26/22 | 002 | Case Administration Prepare written report re Physical Therapy Department (outpatient) with Ms. Loveall's notes and input | 0.70 | 245.00 |
| 01/26/22 | 002 | Case Administration Visit with Ms. Loveall to Kitchen, Nutrition and Dietary Departments | 1.20 | 420.00 |
| 01/26/22 | 002 | Case Administration Discussion with Ms. Loveall; prepare written report regarding Kitchen, Nutrition and Dietary Departments | 3.00 | 1,050.00 |
| 01/26/22 | 002 | Case Administration Visit to Janitorial Department | 0.50 | 175.00 |
| 01/26/22 | 002 | Case Administration Discussion with ??? and research thereof | 1.00 | 350.00 |
| 01/26/22 | 002 | Case Administration Finalization of written reports re all Departments visited with Ms. Loveall's notes and input | 1.50 | 525.00 |
| 01/26/22 | 002 | Case Administration Prepare written report re Janitorial Department with Ms. Loveall's notes and input | 0.20 | 70.00 |
| 01/26/22 | 005 | Case Administration Spoke with staff (first floor facility rounds) | 0.30 | 52.50 |
| 01/26/22 | 005 | Case Administration Second floor facility rounds | 0.20 | 35.00 |
| 01/26/22 | 005 | Case Administration Third floor facility rounds | 0.20 | 35.00 |
| 01/26/22 | 005 | Case Administration Exterior facility rounds | 0.20 | 35.00 |
| 01/26/22 | 005 | Case Administration Meeting with Pharmacy Director | 0.50 | 87.50 |

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/26/22 | 005 | Case Administration Review of Pharmacy Policy and Procedure | 0.50 | 87.50 |
| 01/26/22 | 005 | Case Administration Discussion with QHAM nurse re nursing concerns | 0.40 | 70.00 |
| 01/26/22 | 005 | Case Administration Meeting with COO | 0.20 | 35.00 |
| 01/26/22 | 005 | Case Administration Meeting with Social Worker | 0.50 | 87.50 |
| 01/26/22 | 005 | Case Administration Review of pending discharge reports | 1.00 | 175.00 |
| 01/26/22 | 005 | Case Administration Discussion with Labor and Delivery Department staff | 0.30 | 52.50 |
| 01/26/22 | 005 | Case Administration Reviewed findings with QHAM nurse | 0.10 | 17.50 |
| 01/26/22 | 005 | Case Administration Meeting with PCO | 1.10 | 192.50 |
| 01/26/22 | 005 | Case Administration Meeting with front office staff regarding interpreter policy and availability | 0.20 | 35.00 |
| 01/26/22 | 005 | Case Administration Meeting with Medical Records Consultant re Concerns | 0.40 | 70.00 |
| 01/26/22 | 005 | Case Administration Meeting with QA nurse | 0.40 | 70.00 |
| 01/26/22 | 005 | Case Administration Review compliant visit | 0.20 | 35.00 |
| 01/26/22 | 005 | Case Administration Reviewed Quality Assurance Minutes | 0.50 | 87.50 |
| 01/26/22 | 005 | Case Administration Team review | 0.10 | 17.50 |
| 01/26/22 | 006 | Case Administration Meet with H.I.M. Department Management | 1.00 | 65.00 |
| 01/26/22 | 006 | Case Administration Patient health files review | 1.30 | 84.50 |
| 01/26/22 | 006 | Case Administration Death record patient files review | 1.30 | 84.50 |

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/26/22 | 006 | Case Administration Facility patient transfers review | 2.00 | 130.00 |
| 01/26/22 | 006 | Case Administration Patient discharge summaries review | 1.40 | 91.00 |
| 01/26/22 | 006 | Case Administration Facility admissions and history physical review | 3.20 | 208.00 |
| 01/26/22 | 007 | Case Administration Medical record review | 2.50 | 212.50 |
| 01/26/22 | 007 | Case Administration Policy and procedure review | 2.40 | 204.00 |
| 01/26/22 | 008 | Case Administration Discuss facility-wide computer systems and IT training equipment with IT Director | 0.40 | 18.00 |
| 01/26/22 | 008 | Case Administration Check biohazard floor areas for compliance with regulatory compliance | 0.50 | 22.50 |
| 01/26/22 | 008 | Case Administration Meet with select facility nurses pertaining to facility-wide interpersonal staffing issues and quality assurance | 0.50 | 22.50 |
| 01/26/22 | 008 | Case Administration Interior facility site rounds with EVS staff re sanitation and safety concerns | 0.60 | 27.00 |
| 01/26/22 | 008 | Case Administration Assist lead with policy review and collection of abuse and abduction policy and processes | 0.50 | 22.50 |
| 01/26/22 | 008 | Case Administration Review policy with QHAM lead | 0.30 | 13.50 |
| 01/26/22 | 008 | Case Administration Meet with hospital second floor housekeeping staff to discuss best practices | 0.30 | 13.50 |
| 01/26/22 | 008 | Case Administration Review concerns with Director | 0.30 | 13.50 |

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/26/22 | 008 | Case Administration Meet with QHAM team to discuss staffing concerns per ER staff and other departments | 0.40 | 18.00 |
| 01/26/22 | 008 | Case Administration Assist HR consultant with documentation review | 0.50 | 22.50 |
| 01/26/22 | 008 | Case Administration Regulatory compliance search | 0.40 | 18.00 |
| 01/26/22 | 008 | Case Administration Compliance and training verification, non-clinical | 0.30 | 13.50 |
| 01/26/22 | 008 | Case Administration Discuss best practices with EVS Manager | 0.50 | 22.50 |
| 01/26/22 | 008 | Case Administration Meet with evening shift facility staff re homeless population issues on facility grounds and best practice resolution | 0.50 | 22.50 |
| 01/26/22 | 008 | Case Administration Analyze data and create recommendations for physical site management departments | 1.00 | 45.00 |
| 01/26/22 | 007 | Case Administration Infection Control Review and recommendations | 1.50 | 127.50 |
| 01/26/22 | 009 | Case Administration Continued file review of staff charts | 4.00 | 220.00 |
| 01/26/22 | 009 | Case Administration Review of Human Resources facility policies | 4.00 | 220.00 |
| 01/26/22 | 009 | Case Administration Review of Human Resources facility procedures | 4.00 | 220.00 |
| 01/26/22 | 011 | Case Administration Assist Ms. Terzian with preparation of written report re Physical Therapy Department (outpatient care) | 1.10 | 192.50 |
| 01/26/22 | 011 | Case Administration Visits with Ms. Terzian to the Kitchen, Nutrition and Dietary Departments | 1.20 | 210.00 |

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/26/22 | 011 | Case Administration Assist Ms. Terzian with preparation of Laboratory written report | 1.10 | 192.50 |
| 01/26/22 | 011 | Case Administration Visit Physical Therapy Department with Ms. Terzian | 1.20 | 210.00 |
| 01/26/22 | 011 | Case Administration Discuss with Ms. Terzian; assist with preparation of written report re Kitchen, Nutrition and Dietary Departments | 3.00 | 525.00 |
| 01/26/22 | 011 | Case Administration Visit to Janitorial Department with Ms. Terzian | 0.50 | 87.50 |
| 01/26/22 | 011 | Case Administration Assist Ms. Terzian with finalizing written reports of Departments visited | 1.50 | 262.50 |
| 01/26/22 | 011 | Case Administration Assist Ms. Terzian with preparation of written report of Janitorial Department | 0.20 | 35.00 |
| 01/27/22 | 005 | Case Administration Offsite assessment consult report preparation; team data compilation; completed task through completion | 12.00 | 2,100.00 |
| 01/27/22 | 006 | Case Administration (Offsite) Assessment consult report preparation; team data compilation | 12.00 | 780.00 |
| 01/27/22 | 006 | Case Administration Assessment report transcription and preparation | 2.00 | 130.00 |
| 01/27/22 | 007 | Case Administration (Offsite) data compilation and report criteria | 13.00 | 1,105.00 |
| 01/27/22 | 009 | Case Administration (Offsite) Data compilation and completion of finalized report | 12.00 | 660.00 |
| 01/28/22 | 008 | Case Administration (Offsite) Assessment of consult report preparation; team data compilation | 12.00 | 540.00 |
| 02/08/22 | 002 | Review notes and findings in preparation of First Interim Report | 1.60 | 560.00 |

Watsonville Community Hospital
Watsonville Community Hospital Corporat

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 02/08/22 | 002 | Prepare first draft of Interim Report | 2.80 | 980.00 |
| 03/10/22 | 002 | Revise First Interim Report | 2.20 | 770.00 |
| 03/11/22 | 002 | Telephone call with CNO re any changes or updates | 0.60 | 210.00 |
| | | Total Case Administration | 293.00 | 36,532.65 |

**TRAVEL**

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/23/22 | 005 | TRAVEL Air Travel Atlanta/San Jose (travel time reduced by 50%) | 4.10 | 717.50 |
| 01/23/22 | 006 | TRAVEL Air Travel Atlanta/San Jose (travel time reduced by 50%) | 4.10 | 266.50 |
| 01/23/22 | 002 | TRAVEL Air Travel Burbank/San Jose (travel time reduced by 50%) | 0.40 | 140.00 |
| 01/23/22 | 008 | TRAVEL Air travel Atlanta/San Jose (travel time reduced by 50%) | 4.10 | 184.50 |
| 01/23/22 | 008 | TRAVEL Travel to PCO site (travel time reduced by 50%) | 0.30 | 13.50 |
| 01/23/22 | 007 | TRAVEL Air Travel Atlanta/San Jose (travel time reduced by 50%) | 4.10 | 348.50 |
| 01/23/22 | 009 | TRAVEL Air Travel Atlanta/San Jose (travel time reduced by 50%) | 4.10 | 225.50 |
| 01/23/22 | 011 | TRAVEL Air travel Ontario/San Jose (travel time reduced by 50%) | 0.40 | 70.00 |
| 01/24/22 | 005 | TRAVEL Travel to PCO meeting site (travel time reduced by 50%) | 0.30 | 52.50 |
| 01/24/22 | 005 | TRAVEL Travel to project site (travel time reduced by 50%) | 0.05 | 8.75 |
| 01/24/22 | 005 | TRAVEL Travel from project site (travel time reduced by 50%) | 0.30 | 52.50 |

Watsonville Community Hospital
Watsonville Community Hospital Corporat

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 01/24/22 | 006 | TRAVEL Travel to PCO meeting site (travel time reduced by 50%) | 0.30 | 19.50 |
| 01/24/22 | 006 | TRAVEL Travel to project site (travel time reduced by 50%) | 0.05 | 3.25 |
| 01/24/22 | 007 | TRAVEL Travel to project site (travel time reduced to 50%) | 0.05 | 4.25 |
| 01/24/22 | 008 | TRAVEL Travel to project site (travel time reduced to 50%) | 0.05 | 2.25 |
| 01/24/22 | 008 | TRAVEL Travel from project site (travel time reduced by 50%) | 0.30 | 13.50 |
| 01/24/22 | 006 | TRAVEL Travel from project site (travel time reduced by 50%) | 0.30 | 19.50 |
| 01/24/22 | 008 | TRAVEL Travel to PCO meeting site | 0.30 | 13.50 |
| 01/25/22 | 005 | TRAVEL Travel to project site (travel time reduced by 50%) | 0.30 | 52.50 |
| 01/25/22 | 005 | Case Administration Travel from project site | 0.30 | 52.50 |
| 01/25/22 | 006 | TRAVEL Travel to project site (travel time reduced by 50%) | 0.30 | 19.50 |
| 01/25/22 | 006 | TRAVEL Travel from project site (travel time reduced by 50%) | 0.30 | 19.50 |
| 01/25/22 | 007 | TRAVEL Travel to facility (travel time reduced by 50%) | 0.30 | 25.50 |
| 01/25/22 | 008 | TRAVEL Travel to project site (travel time reduced by 50%) | 0.30 | 13.50 |
| 01/25/22 | 008 | TRAVEL Travel from project site (travel time reduced by 50%) | 0.30 | 13.50 |
| 01/26/22 | 005 | Case Administration Travel to project site (travel time reduced by 50%) | 0.30 | 52.50 |
| 01/26/22 | 006 | TRAVEL Travel to project site (travel time reduced by 50%) | 0.30 | 19.50 |

Watsonville Community Hospital
Watsonville Community Hospital Corporat

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 01/26/22 | 006 | TRAVEL Travel from project site (travel time reduced by 50%) | 0.30 | 19.50 |
| 01/26/22 | 007 | TRAVEL Travel to facility (travel time reduced by 50%) | 0.30 | 25.50 |
| 01/26/22 | 008 | TRAVEL Travel to project site (travel time reduced by 50%) | 0.30 | 13.50 |
| 01/26/22 | 008 | TRAVEL Travel from project site (travel time reduced by 50%) | 0.30 | 13.50 |
| 01/26/22 | 007 | TRAVEL Travel to facility (travel time reduced by 50%) | 0.30 | 25.50 |
| 01/27/22 | 006 | TRAVEL Air travel from San Jose to Atlanta (travel time reduced by 50%) | 3.10 | 201.50 |
| 01/27/22 | 008 | TRAVEL Air travel from San Jose to Atlanta (travel time reduced by 50%) | 3.08 | 138.60 |
| 01/28/22 | 005 | TRAVEL Air travel from San Jose, CA to Atlanta, GA (travel time reduced by 50%) | 3.10 | 542.50 |
| 01/28/22 | 007 | TRAVEL Air travel (travel time reduced by 50%) | 0.35 | 29.75 |
| 01/28/22 | 009 | TRAVEL Air travel (travel time reduced by 50%) | 3.50 | 192.50 |
| | | Total TRAVEL | 40.93 | 3,626.35 |

### Summary of Services

| | | | | |
|---|---|---|---|---|
| 002 | Tamar Terzian | 36.95 hr @ 350.00 | $ | 12932.50 |
| 005 | Tracy Brown, Op Consultant | 47.75 hr @ 175.00 | $ | 8286.65 |
| 006 | Breanna Williams | 58.85 hr @ 65.00 | $ | 3825.25 |
| 008 | Marcus Battle | 50.43 hr @ 45.00 | $ | 2269.35 |
| 009 | Brandon Christopher | 61.50 hr @ 55.00 | $ | 3382.50 |
| 011 | Sherri Loveall | 31.05 hr @ 175.00 | $ | 5433.75 |
| 007 | Sylvia Willis | 47.40 hr @ 85.00 | $ | 4029.00 |

| | | |
|---|---|---|
| **Total Professional Services** | **333.93** | **$ 40,159.00** |

Watsonville Community Hospital
Watsonville Community Hospital Corporat

## Costs and Disbursements

| Date | | Description | Amount |
|------|------|-------------|--------|
| 01/27/22 | TRAV | Hotel - total room charges for Ms. Terzian | 503.31 |
| 01/27/22 | TRAV | Hotel - total room charges for Ms. Loveall | 503.31 |
| 01/27/22 | | TRAVEL Car rental charge for Ms. Terzian and Ms. Loveall | 305.81 |
| 01/28/22 | TRAV | Car Rental for QHAM team | 587.46 |
| 01/28/22 | TRAV | Airfare for QHAM team | 2,477.84 |
| 01/28/22 | TRAV | Hotel charges for QHAM team Room 521 | 679.77 |
| 01/28/22 | TRAV | Hotel charges for QHAM team, Room 534 | 542.70 |
| 01/28/22 | TRAV | Hotel charges for QHAM team, Room 210 | 738.06 |
| 01/28/22 | TRAV | Hotel charges for QHAM team, Room 326 | 788.80 |
| 01/28/22 | TRAV | Hotel charges for QHAM team, Room 232 | 783.06 |
| 03/17/22 | TRAV | TRAVEL Total cost of gas (to/from facility) | 60.00 |
| | | **Total Costs and Disbursements** | **$ 7,970.12** |

| **Total Current Charges** | **$ 48,129.12** |
|---------------------------|-----------------|

## Payments and Credits

| 01/28/22 | Payment - thank you | 0.00 |
|----------|---------------------|------|
| | **Total Payments and Credits** | **$    0.00** |

## Summary of Account

| Balance Forward | $    0.00 |
|-----------------|-----------|
| Total Current Charges | 48,129.12 |
| Less Payments and Credits | 0.00 |
| **Balance Due** | **$ 48,129.12** |