1  Debra I. Grassgreen (CA Bar No. 169978)
   Maxim B. Litvak (CA Bar No. 215852)
2  Steven W. Golden (admitted *pro hac vice*)
   PACHULSKI STANG ZIEHL & JONES LLP
3  One Market Plaza, Spear Tower, 40th Floor
   San Francisco, CA 94105-1020
4  Telephone: 415.263.7000
   Facsimile: 415.263.7010
5  E-mail:    dgrassgreen@pszjlaw.com
              mlitvak@pszjlaw.com
6             sgolden@pszjlaw.com

7  Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON JOINT MOTION FOR ORDER APPROVING (A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND (B) THE FORM AND MANNER OF NOTICE OF OMNIBUS OBJECTIONS**<br><br>Date: June 13, 2022<br>Time: 1:00 p.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>　　　　 280 South First Street<br>　　　　 Courtroom 11<br>　　　　 San Jose, CA 95113-3099<br><br>Judge: Hon. M. Elaine Hammond |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on December 5, 2021 (the "Petition Date"), Watsonville Hospital Corporation ("WHC") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

"Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Jose Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on May 16, 2022, the Debtors filed the *Joint Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) The Form and Manner of Notice of Omnibus Objections* (the "Motion") (the "Claims Objection Procedures Motion") [Docket No. 483].

**PLEASE TAKE FURTHER NOTICE** that pursuant to an order entered by the Court on December 8, 2021 [Docket No. 49], any opposition to the relief requested in the Claims Objection Procedures Motion must be filed and served no later than 4:00 p.m. (Prevailing Pacific Time) on June 6, 2022 (the "Objection Deadline"). Absent prior leave of court, no objection shall exceed ten (10) pages, exclusive of declarations, requests for judicial notice, or any exhibits thereto. The court may deem the failure of any party in interest to file a timely objection to constitute consent to the relief requested.

**PLEASE TAKE FURTHER NOTICE** that if you do not file an objection by the Objection Deadline or in accordance with the above procedures, the court may grant the relief requested in the Claims Objection Procedures Motion without holding a hearing.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected by the Claims Objection Procedures Motion You should read the Claims Objection Procedures Motion carefully and you may want to discuss them with your attorney. Copies of the Claims Objection Procedures Motion can be viewed or obtained by: (i) accessing the Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 280 South First Street, Room 3035, San Jose, CA 95113, or (iii) from the Debtors' proposed notice and claims agent, Stretto, at the case website of https://cases.stretto.com/WatsonvilleHospital, or toll free at: 1-877-476-4390 or submit an inquiry via email to TeamWatsonvilleHospital@stretto.com. Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that a hearing to be conducted in person and via Zoom videoconference has been scheduled for June 13, 2022 at 1:00 p.m. (Prevailing Pacific Time) (the "Hearing"), before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, 280 South

First Street, San Jose, California 95113, Courtroom 11, to consider the Claims Objection Procedures Motion filed by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, the Hearing will be conducted in the presiding Judge's courtroom and will also be conducted by telephone or video. Parties may elect to appear in person or via Zoom videoconference. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: May 16, 2022            PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
    Debra I. Grassgreen
    Maxim B. Litvak
    Steven W. Golden

Attorneys for Debtors and Debtors in Possession