Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 21-51477 |
| WATSONVILLE HOSPITAL CORPORATION, et al.,[1] | Chapter: 11 (Jointly Administered) |
| Debtors. | **FIRST INTERIM APPLICATION OF PERKINS COIE LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 29, 2021 THROUGH MARCH 31, 2022** |
| | **Objection Deadline: July 6, 2022** <br> 4:00 p.m. (Pacific Time) |
| | **Hearing:** July 27, 2022 <br> 10:00 a.m. (Pacific Time) |
| | Judge: Hon. M. Elaine Hammond |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

## I.    INTRODUCTION

Perkins Coie LLP ("Perkins Coie" or the "Applicant") hereby submits its first interim application (the "Application") for allowance and payment of fees and reimbursement of expenses incurred from December 29, 2021 through March 31, 2022 (the "Application Period") as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") of Watsonville Hospital Corporation, et al. (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). The Application is brought pursuant to (i) sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), (ii) Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), (iii) the United States Bankruptcy Court for the Northern District of California Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, (the "Compensation Guidelines"), and (iv) this Court's January 6, 2022 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Procedures Order"). *See* Docket No. 166.

By this Application, Perkins Coie seeks the entry of an order for the interim allowance and payment of **$354,025.46**, (the "Interim Amount") in total for fees earned and reimbursement of expenses incurred during the Application Period. The Interim Amount is comprised of (i) the fees billed by Perkins Coie in compensation for 507.50 hours of professional services rendered as co-counsel to the Committee during the Application Period in the amount of **$351,782.50**, and (ii) reimbursement for expenses Perkins Coie actually incurred that were processed in the course of its representation of the Committee during the Application period in the amount of **$2,242.96**.

This Application is based upon the contents hereof, together with the exhibits, the declaration of Paul S. Jasper filed concurrently herewith, the pleadings, papers, and records on file in these cases, and any evidence or argument that the Court may entertain at the time of the hearing on the Application. This Application is subject to the United States Department of Justice's *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "Appendix B Guidelines"). The summary coversheet, and summary charts in compliance with the Appendix B Guidelines and detailing the amount of fees charged and hours worked by timekeeper

Case: 21-51477    Doc# 488    Filed: 05/16/22    Entered: 05/16/22 12:24:06    Page 2 of
156613648.10                                              157

and billing category, and expense reimbursements requested by category during the Application Period are attached hereto as **Exhibit 2** through **Exhibit 6**.

## II. JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

By General Order 24 (N.D. Cal. Feb. 22, 2016), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, (the "Local Rules"), the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(b).

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B), and the Committee consents to entry of a final order by the Court in connection with this Application to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

## III. FACTUAL AND PROCEDURAL BACKGROUND

### A. General Background

On December 5, 2021, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these Chapter 11 Cases.

The Debtors operate Watsonville Community Hospital (the "Hospital"), a 106-bed acute care facility located in Watsonville, California. As the only acute care facility in the area, the Hospital provides vital services to its surrounding community, including emergency, cardiac, pediatric, surgical, pharmaceutical, laboratory, radiological, and other critical services. A more detailed description of the Debtors, including their current and historical business operations and the events precipitating the chapter 11 filing, is set forth in detail in the Declaration of Jeremy Rosenthal, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11

Petitions and First Day Motions (the "First Day Declaration") [Docket No. 17] incorporated herein by reference. The Hospital, and the Debtors collectively, are operating at a loss. The Debtors' operations were funded through March 31, 2022, via a Court-approved debtor-in-possession credit facility and are being funded at this time (and through August 31, 2022) by the proposed purchaser pending the anticipated closing of a sale of substantially all of the Debtors' assets.

On December 22, 2021, the Office of the United States Trustee for Region 17 (the "U.S. Trustee" or "UST") appointed seven (7) members to the Committee under section 1102(a) of the Bankruptcy Code: (1) California Nurses Association; (2) SEIU United Healthcare Workers - West; (3) Health Trust Workforce Solutions, LLC; (4) Firm Revenue Cycle Management Services, Inc.; (5) Heroic Security, LLC; (6) Teamsters 853; and (7) MEDHOST Direct, Inc. *See* Docket No. 97.

**B.      Employment of Perkins Coie and Sills Cummis as Co-Counsel**

After interviewing multiple law firms, on December 29, 2021, the Committee selected Perkins Coie and Sills Cummis & Gross P.C. ("Sills Cummis") as co-counsel.

On January 28, 2022, the Court entered its *Order Authorizing Retention of Perkins Coie LLP as Co-Counsel to Official Committee of Unsecured Creditors Effective as of December 29, 2021* (the "Retention Order"), authorizing the Committee to retain Perkins Coie as co-counsel to the Committee. *See* Docket No. 259. A copy of the Retention Order is attached as **Exhibit 1** hereto.

On January 31, 2022, the Court entered an order authorizing the Committee to retain Sills Cummis as co-counsel to the Committee. *See* Docket No. 261.

**C.      Interim Compensation Procedures Order and Prior Payment**

On January 6, 2021, the Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Interim Compensation Procedures Order"). *See* Docket No. 166.

In accordance with the Court's Interim Compensation Procedures Order [Dkt No. 166], Perkins Coie submitted three monthly fee statements (collectively, the "Monthly Fee Statements") seeking interim compensation and reimbursement of expenses during the Application Period. *See* Docket Nos. 334, 390 and 444. Copies of the computer-generated time entries reflecting the time recorded for these services, as well as expense statements reflecting the disbursements incurred,

Case: 21-51477    Doc# 488    Filed: 05/16/22    Entered: 05/16/22 12:24:06    Page 4 of 157
156613648.10

were filed with this Court as exhibits to the Monthly Fee Statements and are also attached as **Exhibit 7** and **Exhibit 8** hereto.

| Date of Monthly Fee Statement | Period Covered | Fees Billed | Fees Sought (80%) | Expense Reimbursement Requested (100%) |
|---|---|---|---|---|
| 2/22/2022 | 12/29/2021-01/31/2022 | $205,702.00 | $164,561.60 | $735.26 |
| 3/17/ 2022 | 02/01/2022-02/28/2022 | $128,020.50 | $102,416.40 | $1,446.36 |
| 4/15/2022 | 03/01/2022-03/31/2022 | $18,060.00 | $14,448.00 | $61.34 |
| TOTALS | | $351,782.50 | $281,426.00 | $2,242.96 |

To date, Perkins Coie has been paid a total of $281,426 (80% of the fees billed for the Application Period) and has been reimbursed for $2,242.96 of out-of-expenses (100% of the expenses incurred), for a total received of $283,668.96.

No compensation previously received has been shared. No agreement nor understanding exists between Perkins Coie and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these Chapter 11 Cases.

**Procedural Posture and Significant Events During the Application Period**

**1.** **The DIP Facility, Use of Cash Collateral, and the DIP Order Term Sheet**

On December 8, 2021, the Bankruptcy Court approved the Debtor's motion (the "DIP Motion") seeking approval for its entry into a debtor-in-possession credit facility (the "DIP Facility") with MPT of Watsonville Lender, LLC (in such capacity, the "DIP Lender") on an interim basis. *See* Docket No. 54. The DIP Facility provided for up to the amount of $16,000,000 on an interim basis and up to $30,750,000 on a final basis, inclusive of a limited roll-up of approximately $9,250,000 in emergency advances made by MPT of Watsonville Lender, LLC (in such capacity, "MPT Prepetition Lender") to the Debtors in the approximately 30-day period prior to the Petition Date. The DIP Facility provided the Debtors sufficient operational funding through March 31, 2022 and has a maturity date of August 31, 2022.

On January 19, 2022, the Bankruptcy Court held a hearing (the "Final DIP Hearing") to consider approval of the DIP Facility on a final basis. Prior to the Final DIP Hearing, the Debtors, DIP Lender, and Committee engaged in extensive negotiations regarding the DIP Facility and

proposed form of order approving the DIP Facility. As a result of such negotiations, the Debtors, DIP Lender, and Committee agreed to certain amendments and modifications to the DIP Facility and DIP Order. In addition, as part of the Debtors', DIP Lender's, and Committee's DIP Facility negotiations and consensual resolution, such parties agreed to certain terms incorporated into a term sheet (the "DIP Order Term Sheet"), which was attached to and incorporated into the DIP Order, and, ultimately, was incorporated as a principal component of the joint plan of liquidation (the "Plan") filed by the Debtors and the Committee on May 5, 2022 (as discussed further below).

The negotiation of the DIP Order Term Sheet among the Debtors, Committee, and MPT[2] formed a framework around which the Plan was negotiated and reduced the need for further post-petition litigation regarding key components of the Chapter 11 Cases, including the DIP Facility, Asset Sale (defined below), and Plan. On January 20, 2022, the Bankruptcy Court entered its order approving the Debtor's entry into the DIP Facility on a final basis [Docket No. 232], inclusive of the DIP Order Term Sheet, authorizing an additional $5,500,000 of new money financing from and after the order approving the DIP Facility on an interim basis, as well as the limited roll-up.

**2.     Section 363(f) Sale of Substantially All of the Debtors' Assets**

On December 22, 2021, the Debtors filed a motion (the "Bidding Procedures Motion") to approve certain bidding procedures for the sale (the "Asset Sale") of substantially all of their assets [Docket No. 93], which was approved by an order entered on January 10, 2022 [Docket No. 188] (the "Bid Procedures Order"). The Bid Procedures Order also approved, *inter alia*, a form asset purchase agreement between the Debtors and the Project based upon the Stalking Horse Term Sheet and approved the designation of the Pajaro Valley Healthcare District Project (the "Project") as the Debtors' stalking horse bidder for the sale of substantially all the Debtors' assets.

On December 27, 2021, the Debtors filed a motion to approve the Asset Sale [Docket No. 103] (the "Sale Motion") to the Pajaro Valley Healthcare District Project (the "Project"), subject to overbid. No party submitted a qualified bid prior to the February 14, 2022 deadline to do so.

---

[2] "MPT" means, collectively, MPT of Watsonville Lender, LLC and its affiliates, including MPT of Watsonville, LLC.

Case: 21-51477   Doc# 488   Filed: 05/16/22   Entered: 05/16/22 12:24:06   Page 6 of 157
156613648.10

After a hearing held on February 23, 2022, the Bankruptcy Court entered an order (the "Sale Approval Order") [Docket No. 347], approving the sale of substantially all of the Debtors' assets to the Project or its designee for a purchase price comprising the aggregate amount of: (i) the amounts due under the DIP Loan Documents, up to $25,000,000; (ii) payment of cure costs for executory contracts and unexpired leases assumed by the Debtors and assigned to the buyer as part of the Asset Sale, (iii) certain assumed liabilities, inclusive of certain employee related amounts, (iv) payment of $9,000,000 to MPT in connection with MPT's prepetition claims, and (v) the Project's funding of the Estates' monthly administrative expenses (the "Monthly Funding") through closing of the sale, which must occur by no later than August 31, 2022 (the "Closing Deadline").

### 3. Plan of Liquidation

The Committee worked with the Debtor to develop a consensual plan of liquidation (the "Plan") and disclosure statement, which were filed on May 5, 2022 [Dkt. Nos. 472 and 473]. A hearing on the Debtors' and Committee's joint motion for approval of the disclosure statement is scheduled for June 13, 2022, at 1 p.m. Pacific Time. The Plan is a plan of liquidation which, among other things, provides for a liquidation trustee to liquidate or otherwise dispose of the remaining assets of the Estates (including claims under sections 502, 510 or 544-553 of the Bankruptcy Code ("Avoidance Actions") and other tort and other causes of action) to the extent such assets were not previously monetized to cash or otherwise transferred by the Debtors prior to the Plan's effective date pursuant to the Asset Sale.

## IV. ALLOCATION OF WORK BETWEEN PERKINS COIE AND SILLS CUMMIS

The Committee selected Perkins Coie and Sills Cummis as co-counsel to take advantage of the two firms' complementary skills. Sills Cummis has a depth and breadth of expertise and experience developed over a decade of representing committees in hospital cases throughout the country, but has no California state offices or attorneys. Perkins Coie likewise has extensive experience representing committees in hospital and other healthcare cases; but the Committee valued the unique depth and breadth of expertise that Sills Cummis has specifically in hospital-related cases. Prior to this case, Perkins Coie and Sills Cummis had recent experience working cost-effectively and efficiently together as co-counsel to the official committee of unsecured

-6-

creditors in *In re Mercy Hospital and Medical Center, et al.*, 21-01805-TAB (Bankr. N.D. Ill.), a hospital case filed in February 2021 in the Northern District of Illinois.

Perkins Coie and Sills Cummis have been dividing, and will continue to divide, primary tasks among the two firms to avoid duplication. As examples to date, Sills Cummis led efforts concerning the DIP Motion, and most of the first and second day motions, while Perkins Coie led asset analysis, lien review, investigation of potential Avoidance Actions and other Estate causes of action, and prepared the committee support for retention of Jeremy Rosenthal as Chief Restructuring Officer. There was some necessary overlap and coordination at times, but no more than if a single firm was dividing up tasks among different attorneys. For example, while Sills Cummis took the primary role in drafting the DIP Order Term Sheet, Perkins Coie provided relevant input based on its asset analysis, lien analysis and investigation of potential causes of action against the MPT Prepetition Lender.

## V. SERVICES RENDERED DURING THE APPLICATION PERIOD

Since the formation of the Committee, Perkins Coie has rendered professional services for and assisted the Committee in performing its statutory duties. The background and qualifications of all Perkins Coie attorneys and paraprofessionals who rendered services to the Committee are summarized in the professional biographies attached hereto as **Exhibit 9**.

Based on the unique circumstances of these Chapter 11 Cases, including the Debtors' status as a non-profit entity, Perkins Coie agreed to charge adjusted, discounted hourly rates of $795 for partners and senior counsel, $595 for counsel and associates, and $270 for paralegals and E-discovery professionals (the "Adjusted Hourly Rates"). In general, tasks were allocated among attorneys and paraprofessionals based upon their comparative expertise and in light of their hourly billing rates, consistent with the firm's usual staffing practices. All fees sought allowed are billed at the discounted and capped rates described above.

The rates charged by Perkins Coie professionals are less than or comparable to those charged by other experienced and skillful professionals with bankruptcy and non-bankruptcy practices in similar firms. Excluding paraprofessionals, Perkins Coie's blended hourly rate for

professional services rendered during the Application Period is $776.15, and including paraprofessionals is $693.17.

This Application briefly summarizes, by category, the services rendered by Perkins Coie on behalf of the Committee during the Application Period. Perkins Coie has maintained contemporaneous time records, which include detailed chronologies, describing the precise nature of the work, the time expended, and specific tasks performed on behalf of the Committee during the Application Period. The detailed time records for December 29 - 31, 2021, January, February, and March are attached hereto as **Exhibit 7**. Pursuant to the Interim Compensation Procedures Order, Perkins Coie filed monthly fee statements, which also included the detailed time records.

In accordance with the Northern District Guidelines and the Local Rules, Perkins Coie classified all services performed for which compensation is sought into categories. Perkins Coie attempted to place the services performed in the category that best relates to the service provided.

Perkins Coie has established the following billing categories in this case to date:
- Asset Analysis & Dispositions
- Avoidance Action Analysis
- Business Operations
- Case Administration
- Cash Collateral & DIP Financing
- Claims Administration & Objections
- Committee Meetings & Communications
- Communication with Creditor Constituents
- Contested Matters & Adversary Proceedings
- Executory Contracts & Unexpired Leases
- Hearings
- Lien Analysis
- MPT Investigation
- MPT Investigation - ESS
- Plan & Disclosure Statement
- Relief from Stay & Adequate Protection
- Retention & Fee Applications

**Exhibit 7** includes the Firm's invoices for the Fee Period, which include detailed breakdown of the time entries and expenses incurred for each of the above billing categories of services, and a summary of professionals, their hourly rates, and compensation sought for this category is located at the end of the respective invoice.

-8-

**A.     Asset Analysis & Dispositions (Fees: $108,040.50; Hours: 135.90)**

During the Application Period, Perkins Coie's services in this category were focused on the Debtor's efforts to sell substantially all of their assets to the Project and to identify causes of action and other assets that might be excluded from such sale and instead contributed to a liquidating trust for the benefit of creditors under a plan of liquidation. Perkins Coie, among other things: (i) investigated the circumstances that led to the bankruptcy filing and performed an analysis of, and conducted informal discovery regarding, potential tort and other causes of action against the Hospital's prior management, third party administrators, and other third parties (including document requests and review, analysis of investigatory reports, negotiation of common interest and confidentiality agreements, and interviews); (ii) prepared a memorandum for the Committee summarizing the results of such informal discovery; (iii) assessed potential recoveries with respect to the Debtors' D&O insurance; (iv) reviewed and commented on the order approving proposed bid procedures for the sale; (v) evaluated the stalking horse bid and other bids received by the Debtor (ultimately determined to be non-qualifying); (vi) consulted with professionals for the Debtor (including the CRO, Force 10 Partners, Cowen & Company, and Debtors' counsel) and representatives of the Project about sale closing issues, and progress obtaining legislative approvals required for the Project to form a health care district and obtain state and local government funding for the Project's purchase of the Hospital; (vii) negotiated with MPT (the Debtor's pre-petition secured lender and DIP provider) concerning MPT releasing its lien against certain avoidance claims, tort claims, and other assets that would be available to fund creditor recoveries as part of a settlement with MPT (ultimately memorialized in the DIP Order Term Sheet); (viii) reviewed and negotiated amendments to the stalking horse bidder's asset purchase agreement to exclude identified causes of action and other non-operating assets from the assets acquired by the Project pursuant to its purchase of the Hospital; (ix) monitored the sale process and prepared for the sale hearing; and (x) analyzed and engaged in discussions with the Debtors regarding their schedules and statements of financial affairs.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 135.90 hours, for which Perkins Coie seeks compensation in the amount of $108,040.50.

**B.    Avoidance Action Analysis (Fees: $954.00; Hours: 1.20)**

During the Application Period, Perkins Coie reviewed preliminary avoidance claim data and interviewed Force 10 Partners concerning its prior investigation of insider transfers.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 1.20 hours, for which Perkins Coie seeks compensation in the amount of $954.00.

**C.    Business Operations (Fees: $636.00; Hours: 0.80)**

During the Application Period, Perkins Coie reviewed the Debtor's DIP budget and variance reports, potential savings to fund creditor recoveries, and a Patient ombudsman report.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 0.80 hours, for which Perkins Coie seeks compensation in the amount of $636.00.

**D.    Case Administration (Fees: $38,001.00; Hours: 67.30)**

During the Application Period, Perkins Coie, among other things: (i) met with the Debtors' professionals to discuss overall case strategy, negotiate a confidentiality and common interest agreement, and establish a data room for the Debtors to share information; (ii) reviewed and analyzed first day motions; (iii) attended and prepared a report concerning the 341 creditor's meeting; (iv) prepared, maintained and updated Committee by-laws and contact lists; (v) responded to UST inquiries; (vi) prepared Rule 2019 disclosures for the Committee at the request of the UST; (vii) prepared notices of appearance and *pro hac vice* applications for Perkins Coie and Sills Cummis attorneys; (viii) reviewed status conference statements and case status and operational updates from the CRO and the Debtors' other professionals; (ix) conferred and corresponded with the Debtors' professionals regarding case status and administration; (x) reviewed filings and the docket to monitor case status and identify upcoming hearings and deadlines; (xi) collaborated with Debtors' counsel and co-counsel to schedule and continue hearings as needed; and (xii) assisted co-counsel Sills Cummis with formatting, filing and serving pleadings in conformance with local rules.   This category also included time billed on tasks that did not fall squarely within any other billing category.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 67.30 hours, for which Perkins Coie seeks compensation in the amount of $38,001.00.

**E.    Cash Collateral & DIP Financing (Fees: $17,634.00; Hours: 23.70)**

During the Application Period, Perkins Coie, among other things: (i) reviewed and analyzed the Debtors' motion for authority to obtain DIP financing, use cash collateral, grant superpriority liens, grant adequate protection, and modify the automatic stay; (ii) negotiated with the Debtors and the DIP Lender regarding the terms of the final DIP order, the DIP budget, and the DIP Order Term Sheet.  The DIP Order Term Sheet provided for (a) resolution of issues among the Committee and DIP Lender regarding the DIP Facility (including revisions to the terms of the DIP Order), (b) an agreement regarding the distribution of the proceeds from the Asset Sale among the DIP Lender, MPT Prepetition Lender, and the Debtors' Estates, and (c) an agreement in principle regarding the structure of a plan of liquidation, including the allocation of Estate assets to a liquidating trust and treatment of any claims asserted by MPT against the Debtors.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 23.70 hours, for which Perkins Coie seeks compensation in the amount of $17,634.00.

**F.    Claims Administration (Fees: $7,711.50; Hours: 9.70)**

During the Application Period, Perkins Coie, among other things: (i) reviewed and advised the Committee regarding a stipulation entered into by the Debtors and the Committee to resolve the treatment of the secured claim of, and release the lien, of secured creditor  CNH Finance Fund I, L.P.; (ii) reviewed proposed stipulations between the Debtor and certain holders of general unsecured and Section 503(b)(9) claims; and (iii) conducted discussions with the Debtors concerning bar date and claims objection processes.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 9.70 hours, for which Perkins Coie seeks compensation in the amount of $7,711.50.

**G.    Committee Meetings & Communications (Fees: $15,807.00; Hours: 25.10)**

During the Application Period, Perkins Coie participated in numerous meetings with, and provided updates to, the Committee concerning case developments, including, among other things: (i) Committee organizational issues, such as electing a chairman, and explaining and adopting bylaws; (ii) first day motions; (iii) negotiations with the Debtors and MPT concerning the DIP Order Term Sheet, the final DIP Order, and general contours of a plan of liquidation; (iv) the

-11-

results of Perkins Coie's investigation concerning potential estate claims against MPT, former managers and third parties; (v) sale issues, including efforts to negotiate exclusions of certain assets from the sale to fund a plan; (vi) the Project's efforts to meet closing milestones; (vii) provide analysis and generally discuss the Debtors' case strategy; and (viii) evaluate and seek input on motions filed by the Debtors, including proposed stipulations to resolve claims. Perkins Coie also kept Committee meeting minutes.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 25.10 hours, for which Perkins Coie seeks compensation in the amount of $15,807.00.

**H.      Communication with Creditor Constituents (Fees: $1,033.50; Hours: 1.30)**

During the Application Period, Perkins Coie received calls from individual creditors inquiring about the status of the case and their individual claims.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 1.30 hours, for which Perkins Coie seeks compensation in the amount of $1,033.50.

**I.      Hearings (Fees: $3,237.00; Hours: 4.60)**

During the Application Period, Perkins Coie reviewed hearing agendas and filings in preparation for, and attended, several hearings, including the continued hearing on first day motions (including the Committee's statement in support of retention of Force 10 Partners to provide support services to the CRO), the hearings on the DIP Motion and the Asset Sale, and a status conference.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 4.60 hours, for which Perkins Coie seeks compensation in the amount of $3,237.00.

**J.      Lien Review (Fees: $62,725.50; Hours: 78.90)**

During the Application Period, Perkins Coie assessed the priority, perfection, and potential avoidance of liens asserted by MPT and CNH Finance Fund I, L.P ("CNH") including, among other things:  (i) review and analysis of loan documentation, security and pledge agreements, and financing statements; (ii) preparation of document and information requests related to the lien review; (iii) research related to perfection of certain asset types, such as the Hospital's licenses; (iv) production of a memorandum summarizing the underlying facts and conclusions concerning

-12-

the lien review; and (v) assessment of the accuracy of the recitals in a stipulation between the Debtors, Committee and CNH to resolve its secured claim and obtain release of its lien.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 78.90 hours, for which Perkins Coie seeks compensation in the amount of $62,725.50.

### K. Plan & Disclosure Statement (Fees: $1,908.00; Hours: 2.40)

During the Application Period, Perkins Coie, among other things: (i) reviewed and commented on the Debtors' motion to extend the exclusivity period; and (ii) discussed with the Debtors, and analyzed, streamlining the closing of the sale of the Hospital through an equity sale incorporated into a plan, rather than an asset sale.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 2.40 hours, for which Perkins Coie seeks compensation in the amount of $1,908.00.

### L. Retention & Fee Applications (Fees: $37,228.00; Hours: 72.40)

During the Application Period, Perkins Coie, among other things: (i) prepared and filed a retention application, supporting declarations and orders for Perkins Coie as co-counsel to the Committee and assisted with the preparation and filing of the retention application for co-counsel Sills Cummis and related certificates of no objection; (ii) prepared a declaration of the Committee chairman in support of the retention applications; (iii) responded to informal inquiries from the UST and prepared a supplemental declaration with additional disclosures to address the UST's concerns and to identify additional timekeepers and rates to provide e-discovery services; (iv) reviewed the retention applications and monthly fee statements of the Debtors' professionals; (v) interviewed the CRO and Force 10 Partners, and Debtors' counsel, and prepared a statement of the Committee replying to the UST's objection and supporting the retention of the designation of Jeremy Rosenthal as CRO; (vi) Reviewed the Court's interim compensation order and the Appendix B Guidelines to identify compliance requirements; (vii) sought admission for three attorneys to appear before this Court; and (viii) prepared and filed three (3) monthly fee statements for Perkins Coie, and assisted with preparing and filing three (3) monthly fee statements for Sills Cummis, along with related certifications of no objection.

Case: 21-51477    Doc# 488    Filed: 05/16/22    Entered: 05/16/22 12:24:06    Page 14 of
156613648.10                                        157

In connection with Perkins Coie's retention application, the work done conducting the actual conflict checks on dozens of parties has not been billed and time spent on those checks is not sought to be allowed. The work done, largely by a paralegal, to gather and present this information to the Court in the firm's Employment Application is sought to be allowed.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 72.40 hours, for which Perkins Coie seeks compensation in the amount of $37,228.00.

**M.     MPT Investigation (Fees: $54,895.50; Hours: 76.90)**

During the Application Period, Perkins Coie, among other things: (i) investigated the circumstances surrounding MPT's prepetition transactions with the Debtors, and potential affirmative Bankruptcy Code, tort, or other claims against MPT to determine whether or not to file a challenge to MPT's claims by the February 22, 2022 challenge deadline imposed by the final DIP Order; (ii) conducted informal discovery regarding potential causes of action against MPT (including preparing multiple sets of written document and information requests to the Debtors and MPT, reviewing a large volume of documents produced, reviewing investigatory reports, and negotiating a limited confidentiality agreement for certain documents and information viewed by MPT as proprietary; (iii) engaged in numerous discussions and correspondence with the CRO, and Debtors' and MPT's counsel regarding facts relevant to such investigation; (iv) conducted research and provided analysis concerning potential claims; and (v) prepared a memorandum for the Committee summarizing the facts determined from that investigation, discussing related legal issues, and assessing the relative value to creditors of filing a challenge to MPT's claims and liens, or letting the challenge deadline pass without challenge to trigger the DIP Order Term Sheet becoming effective.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 76.90 hours, for which Perkins Coie seeks compensation in the amount of $54,895.50.

**N.     MPT Investigation - ESS (Fees: $1,971.00; Hours: 7.30)**

During the Application Period, Perkins Coie's e-discovery team provided e-discovery services related to the MPT Investigation including, among other things: (i) data collection and processing; (ii) facilitating review and coding of electronic documents produced by the Debtors

and MPT in connection with the Committee's investigation of potential claims against MPT; and identifying document review protocols to streamline such review.

In connection with the foregoing, Perkins Coie attorneys and paraprofessionals expended 7.30 hours, for which Perkins Coie seeks compensation in the amount of $1,971.00.

## VI.     SUMMARY OF DISBURSEMENTS

Perkins Coie incurred a total of $2,242.96 in out-of-pocket disbursements during the Application Period for Westlaw legal research, court filing fees, database hosting, photocopies and printing, postage, and special/express postage. Perkins Coie records all expenses incurred in connection with its performance of professional services. The charges incurred by Perkins Coie were necessary and were incurred as a direct result of Perkins Coie's representation of the Committee. A summary chart detailing the type and amount of expenses incurred during the Fee Period is attached hereto as **Exhibit 8**.

Perkins Coie customarily charges $0.10 per page for photocopying expenses, as well as $0.25 per page for scanning and copying expenses. Perkins Coie's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. Whenever feasible, Perkins Coie sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

Perkins Coie bills its clients for on-line legal research at the providers' standard usage rates, at the actual amount charged by such services, with no premium. Any volume discount received by Perkins Coie is passed on to the client. Perkins Coie does not charge for local or long-distance calls placed by attorneys from their offices. Perkins Coie only bills its clients for actual costs charged to Perkins Coie by teleconferencing services in the event that a multiple party teleconference is initiated through Perkins Coie.

Case: 21-51477     Doc# 488     Filed: 05/16/22     Entered: 05/16/22 12:24:06     Page 16 of
157
156613648.10

## VII. ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES

The following statement is provided pursuant to ¶ C.5. of the Appendix B Guidelines.

(a) **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Answer**: Yes. Based on the unique circumstances of these cases, including the Debtors' status as a non-profit entity, Perkins Coie agreed to charge adjusted, discounted hourly rates of $795 for partners and senior counsel, $595 for counsel and associates, and $270 for paralegals.

(b) **Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Answer**: Not applicable. Perkins Coie's and its co-counsel's total fees for the Application Period were substantially below the amounts budgeted in the DIP budget.

(c) **Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Answer**: No.

(d) **Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

**Answer**: No.

(e) **Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

**Answer**: Yes. 5.3 hours (4.3 hours of paralegal time and 1.0 hours of senior counsel time) for a total of $1,956 of fees.

(f)     **Question**: If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer**: Not applicable. Perkins Coie did not increase its rates for this matter during the Application Period.

## VIII.   CLIENT REVIEW OF BILLING STATEMENTS

Pursuant to the Northern District Guidelines, an email enclosing this Application was sent to the Committee prior to the filing of this Application. That email invited the Committee to discuss with Perkins Coie and/or the Office of the United States Trustee any objections, concerns, or questions the Committee or its members may have with regard to the requested compensation and reimbursement set forth in the Application.

## IX.   CASH ON HAND

The Debtor's March 2022 monthly operating report reflects that the Debtors were holding a total of $11,249,932 of cash as of March 31, 2022. *See* Docket Nos. 454 to 457. Perkins Coie is informed by Debtor's counsel that, as of May 13, 2022, Debtor's counsel Pachulski Stang Ziehl & Jones was holding $3,928,786.36 in the Professional Fee Trust Account reserved for payment of professional fees.

## X.   NOTICE

In accordance with the Interim Compensation Procedures Order, this Application is being served on: (i) the Debtors; (ii) Counsel for the Debtors; (iii) Counsel for the DIP Lender and the MPT Prepetition Lender, MPT of Watsonville Lender, LLC, and MPT of Watsonville, LLP; (iv) the Office of the United States Trustee; and (v) all parties who have appeared in this case and requested service pursuant to Bankruptcy Rule 2002. The Debtor is separately serving and filing a

notice of the hearing to be held on this Application and the application being filed by counsel to the Debtor. The Committee respectfully requests that this Court find the notice provided herein sufficient under the circumstances and waive and dispense with any further notice requirement.

## XI.  BASIS FOR RELIEF REQUESTED

The statutory predicates for the relief sought herein are 11 U.S.C. §§ 330 and 331, as supplemented by Federal Rule of Bankruptcy Procedure 2016. Section 330(a)(1) of the Bankruptcy Code allows for the following: "(A) reasonable compensation for actual, necessary services rendered by . . . [an] attorney and by any paraprofessional person employed by such [attorney]; and (B) reimbursement for actual, necessary expenses. Section 330(a)(3)(A) provides that:

> [i]n determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [Title 11]; (D) amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title [11].[3]

Congress intended that bankruptcy attorneys be compensated at the market rate for comparable services in non-bankruptcy cases. *See In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 71 (2d Cir. 1996) (*citing In re UNR Indus., Inc.*, 986 F.2d 207, 208–09 (7th Cir. 1993). The policy of 11 U.S.C. § 330 is to ensure that qualified attorneys will "not be deterred from taking bankruptcy cases due to a failure to pay adequate compensation." *Id.* at 210.

The court's examination of the reasonableness of services rendered must be conducted in an "objective manner, based upon what services a reasonable lawyer or legal firm would have

---

[3] 11 U.S.C. § 330(a)(3)

Case: 21-51477   Doc# 488   Filed: 05/16/22   Entered: 05/16/22 12:24:06   Page 19 of
157
156613648.10

performed . . . ." *Ames Dep't Stores*, 76 F.3d at 72 (*citing In re Matter of Taxman Clothing Co.*, 49 F.3d 310, 315 (7th Cir. 1995).

Perkins Coie seeks compensation only for actual, necessary professional services rendered and reimbursement of reasonable expenses incurred on behalf of the Committee during the Application Period. Moreover, the services provided were delivered under challenging, time-sensitive circumstances. The Committee was appointed at a time when critical issues concerning DIP financing, a sale motion, and (pursuant to an interim DIP order already entered by the Court) a fast-approaching deadline of February 22, 2022 was set for the Committee to investigate and challenge the DIP Lender's pre-petition liens and pursue potential claims against the DIP Lender. Accordingly, the combined efforts of multiple attorneys were needed to address the substantial amount of critical work that had to be done on an expedited basis. Perkins Coie and its co-counsel Sills Cummis were diligent in allocating work among them in a manner that kept duplication to a minimum while taking advantage of their respective and complementary expertise to deliver time-sensitive responsiveness to the Committee in a cost-effective manner.

During the Application Period, Perkins Coie's legal services provided important, valuable benefits to the Estates while incurring combined legal fees for that period well below those budgeted in the Court-approved DIP Order. During the Application Period, Perkins Coie and its co-counsel were able to complete their time-sensitive investigation of the DIP Lender, negotiate the DIP Order Term Sheet that will form the framework for a confirmable plan of liquidation, review and analyze the proposed sale of substantially all of the Debtors' assets to the Project, negotiate amendments to the asset purchase agreement to exclude substantial assets that, as a result, can be contributed to a liquidating trust to fund creditor recoveries, resolve the secured claim of, and obtain the release of, CNH's liens, and deliver other legal services described in this Application, and complete that work substantially under the $1 million budgeted for Committee Counsel legal fees under the DIP Order budget for that same period. *See* Docket No. 232-2, page 2. In addition to the benefits described above, by performing their legal services well under budget, and pursuant to the DIP Order Term Sheet, and the amendments negotiated to the Project

Asset Purchase Agreement, the net savings will be available to fund a liquidating trust for the benefit of unsecured creditors.

In sum, the services provided by Perkins Coie during the Application Period were actual and necessary for the administration of these Chapter 11 Cases, performed at the request of the Committee, commensurate with the significance of the tasks, and ultimately provided more than substantial value to the estate and unsecured creditors.

## XII. CONCLUSION

As detailed above, Perkins Coie is seeking the allowance of **$351,782.50** in fees incurred during the Application Period. In addition, Perkins Coie is seeking the allowance of **$2,242.96** in actual, necessary costs and expenses incurred during the Application Period, for a total request of **$354,025.46**. In accordance with 11 U.S.C. § 330, Perkins Coie submits that the amounts requested herein are fair and reasonable given (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services, and the costs of comparable services other than in a case under the Bankruptcy Code. Perkins Coie further submits that pursuant to the criteria normally examined in bankruptcy cases and based upon the factors considered in accordance with 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the results achieved provide more than sufficient justification for approval of the compensation sought by Perkins Coie.

[Continued on next page]

WHEREFORE, Perkins Coie respectfully requests that the Court:

(a)   approve, on an interim basis, the allowance and payment of **$351,782.50** for compensation for professional services rendered to the Committee during the Second Interim Fee Period; and

(b)   approve the reimbursement of Perkins Coie's out-of-pocket expenses incurred in connection with the rendering of such services during the Second Interim Fee Period, in the amount of **$2,242.96**.

DATED:  May 16, 2022                    **PERKINS COIE LLP**

By: */s/ Paul S. Jasper*

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105
Telephone:   415.344.7000
Facsimile:    415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT 1

*Order Approving Retention Application*



1  Paul S. Jasper, Bar No. 200138
   PJasper@perkinscoie.com
2  PERKINS COIE LLP
   505 Howard Street, Suite 1000
3  San Francisco, CA 94105
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Eric E. Walker (*pro hac vice*)
   Illinois Bar No. 6290993
6  EWalker@perkinscoie.com
   PERKINS COIE LLP
7  110 North Wacker Drive, Suite 3400
   Chicago, IL 60606
8  Telephone: 312.324.8659
   Facsimile: 312.324.9659

9
   Proposed *Co-Counsel to the Official Committee of*
10 *Unsecured Creditors*

**The following constitutes the order of the Court.**
**Signed: January 28, 2022**

M. Elaine Hammond
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

11            **UNITED STATES BANKRUPTCY COURT**

12      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

13  In re                                    Case No. 21-51477

14  WATSONVILLE HOSPITAL              Chapter 11
                                     (Jointly Administered)
15  CORPORATION, et al.,[1]

16  Debtors.                         ORDER AUTHORIZING RETENTION OF
                                     PERKINS COIE LLP AS CO-COUNSEL TO
17                                   OFFICIAL COMMITTEE OF UNSECURED
                                     CREDITORS EFFECTIVE AS OF
18                                   DECEMBER 29, 2021

19                                   Judge: Hon. M. Elaine Hammond

20                                   [No Hearing Required]

21          This matter came to be heard on the Application ("Application") of the Official Committee

22  of Unsecured Creditors (the "Committee") and upon the accompanying Declaration of Paul S.

23  Jasper (the "Jasper Declaration"), for an order authorizing the employment and retention of Perkins

24  Coie LLP ("Perkins Coie") to represent the Committee as co-counsel in the above-captioned cases,

25  effective December 29, 2021, as set forth in the Application; and this Court having jurisdiction to

26  _____

27  [1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
        Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital
        Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street,
28      Watsonville, CA 95076.

consider the Application and the relief requested therein; due and proper notice having been given; and the Court being satisfied based on the representations made in the Application and the accompanying Jasper Declaration that Perkins Coie does not hold or represent any interest that is adverse to the Debtors' estates in the above-captioned cases and is disinterested under § 101(14) as modified by § 1103(b) of the Bankruptcy Code; and it appearing to the Court that cause exists for the entry of this order, including that such employment is in the best interests of Debtors' estates, and for the reasons stated on the record:

**IT IS HEREBY ORDERED:**

1.      The Application is granted as provided herein.

2.      The Committee is authorized and empowered to retain and employ Perkins Coie as its co-counsel in these Chapter 11 Cases pursuant to 11 U.S.C. § 1103 and Bankruptcy Rule 2014, effective as of December 29, 2021.

3.      Perkins Coie shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under United States Code by Attorneys in Larger Chapter 11 Cases*, in connection with the Application and any interim and/or final fee application(s) to be filed by Perkins Coie in these Chapter 11 Cases.

4.      Perkin Coie shall use its best efforts to avoid any duplication of services provided by any of the Committee's other retained professionals in these Chapter 11 Cases.

5.      Perkins Coie's compensation and reimbursement in respect to its fees and expenses incurred representing the Committee shall be subject to further order of the Court in accordance with the procedures and standards set forth in §§ 330 and 331 of the Bankruptcy Code, such Federal Rules of Bankruptcy Procedure and local rules as may be applicable from time to time, and such procedures as may be fixed by order of this Court.

6.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

All ECF Parties

155505678.2

**EXHIBIT 2**

**SUMMARY COVERSHEET OF FEE APPLICATION**

| | |
|---|---|
| Name of Applicant: | Perkins Coie LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Period for Which Compensation and Reimbursement is Sought: | December 29, 2021 – March 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $351,782.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $2,242.96 |
| Total Amount Sought for Allowance: | $354,025.46 |
| Petition Date: | December 5, 2021 |
| Retention Date: | December 29, 2021 |
| Date of order approving employment: | January 28, 2022 [Docket No. 259] (Retention approved effective December 29, 2021) |
| Total compensation approved by interim order to date: | None.  This is first interim fee application. |
| Total expenses approved by interim order to date: | None.  This is first interim fee application. |
| Total allowed compensation paid to date: | None.  This is first interim fee application. |
| Total allowed expenses paid to date: | None.  This is first interim fee application. |
| Blended Rate (All Attorneys): | $776.15 |
| Blended Rate (All Timekeepers): | $693.17 |
| Compensation sought in this application already paid pursuant to monthly compensation order but not yet allowed: | $281,426.00 |
| Expenses sought in this application already paid pursuant to monthly compensation order but not yet allowed: | $2,242.96 |
| Number of professionals included in this application: | 10 |
| Number of professionals billing fewer than 15 hours to the case during Application Period: | 5 |
| Type of Fee Application: | First Interim Fee Application[4] |
| Prior Fee Applications: | N/A |

---

[4] This is an interim fee application and the first application for approval and allowance of compensation for services rendered and reimbursement of expenses filed by Perkins Coie LLP in this case. Perkins Coie LLP filed three (3) monthly fee statements during the Application Period, in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, [Docket No. 166].

156613648.10

**EXHIBIT 3(a)**

**SUMMARY OF WORK COMPLETED BY BILLING CATEGORY**

| Billing Code / Description | Total Hours | Total Fees |
|---|---|---|
| 146559.0001.0001 / Asset Analysis & Dispositions | 135.90 | $108,040.50 |
| 146559.0001.0002 / Avoidance Action Analysis | 1.20 | $954.00 |
| 146559.0001.0003 / Business Operations | 0.80 | $636.00 |
| 146559.0001.0004 / Case Administration | 67.30 | $38,001.00 |
| 146559.0001.0005 / Cash Collateral & DIP Financing | 23.70 | $17,634.00 |
| 146559.0001.0006 / Claims Administration | 9.70 | $7,711.50 |
| 146559.0001.0007 / Committee Meetings & Communications | 25.10 | $15,807.00 |
| 146559.0001.0008 / Communication with Creditor Constituents | 1.30 | $1,033.50 |
| 146559.0001.0011 / Hearings | 4.60 | $3,237.00 |
| 146559.0001.0012 / Lien Review | 78.90 | $62,725.50 |
| 146559.0001.0013 / Plan & Disclosure Statement | 2.40 | $1,908.00 |
| 146559.0001.0015 / Retention & Fee Applications | 72.40 | $37,228.00 |
| 146559.0001.0016 / MPT Investigation | 76.90 | $54,895.50 |
| 146559.0001.ES16 / MPT Investigation - ESS (E-Discovery Services and Strategy) | 7.30 | $1,971.00 |
| **TOTALS** | **507.50** | **$351,782.50** |

**EXHIBIT 3(b)**

**BUDGET[5]**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Analysis & Dispositions | 150 | $119,250 | 135.90 | $108,040.50 |
| Avoidance Action Analysis | 20 | $13,900 | 1.20 | $954.00 |
| Business Operations | 10 | $7,950 | 0.80 | $636.00 |
| Case Administration | 80 | $42,600 | 67.30 | $38,001.00 |
| Cash Collateral & DIP Financing | 50 | $39,750 | 23.70 | $17,634.00 |
| Claims Administration | 20 | $13,900 | 9.70 | $7,711.50 |
| Committee Meetings & Communications | 40 | $21,300 | 25.10 | $15,807.00 |
| Communication with Creditor Constituents | 5 | $3,975 | 1.30 | $1,033.50 |
| Hearings | 10 | $7,950 | 4.60 | $3,237.00 |
| Lien Review | 80 | $63,600 | 78.90 | $62,725.50 |
| Plan & Disclosure Statement | 5 | $3,975 | 2.40 | $1,908.00 |
| Retention & Fee Applications | 80 | $42,600 | 72.40 | $37,228.00 |
| MPT Investigation | 100 | $74,500 | 76.90 | $54,895.50 |
| E-Discovery Services and Strategy | 20 | $5,400 | 7.30 | $1,971.00 |
| **TOTALS** | **670** | **$460,650** | **507.5** | **$351,782.50** |

---

[5] Perkins Coie was not asked to prepare a budget in connection with this matter. Perkins Coie was retained at a time when the interim DIP Budget included an overall budget for Committee counsel fees for the Application Period. The budgeted amount was negotiated with the DIP Lender and approved by the Court at a total of $1 million for the Application Period. See Dkt No. 322-2, p. 2. Due to the timing of its preparation, this budget was prepared with the benefit of actual data.

**EXHIBIT 4(a)**

**SUMMARY OF FEES SOUGHT FOR ALLOWANCE BY TIMEKEEPER**

| Name<br>Title / Practice Group<br>Date of First Admission | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| Paul S. Jasper<br>*Senior Counsel*, Bankruptcy & Restructuring<br>Year of First Admission: 1999 | $795.00 | 274.90 | $218,545.50 |
| Eric E. Walker<br>*Partner*, Bankruptcy & Restructuring<br>Year of First Admission: 2006 | $795.00 | 38.10 | $30,289.50 |
| Sara L. Chenetz<br>*Partner*, Bankruptcy & Restructuring<br>Year of First Admission: 1984 | $795.00 | 1.00 | $795.00 |
| David J. Gold<br>*Partner*, Bankruptcy & Restructuring<br>Year of First Admission: 2009 | $795.00 | 70.30 | $55,888.50 |
| Kathleen Allare<br>*Associate*, Bankruptcy & Restructuring<br>Year of First Admission: 2017 | $595.00 | 35.40 | $21,063.00 |
| Haley Rutledge (Varner)<br>*Associate*, Bankruptcy & Restructuring<br>Year of First Admission: 2018 | $595.00 | 4.60 | $2,737.00 |
| Rachel A. Leibowitz<br>*Senior Paralegal*, Bankruptcy & Restructuring | $270.00 | 75.90 | $20,493.00 |
| Anthony Baskin<br>*Project Manager*, E-Discovery Services | $270.00 | 2.70 | $729.00 |
| Roxanna Saghri<br>*Project Manager*, E-Discovery Services | $270.00 | 3.90 | $1,053.00 |
| William Roberts<br>*Project Assistant*, E-Discovery Services | $270.00 | 0.70 | $189.00 |
| **TOTALS:** | | **507.50** | **$351,782.50** |

| | |
|---|---|
| **Blended Rate – Attorneys:** | **$776.15** |
| **Blended Rate – All Timekeepers:** | **$693.17** |

156613648.10

**EXHIBIT 4(b)**

**STAFFING PLAN[6]**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3[7] | $795 |
| Senior Counsel | 1 | $795 |
| Associate | 2 | $595 |
| Paralegal | 1 | $270 |
| E-Discovery Professionals | 3 | $270 |

As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

---

[6] Due to the timing of its preparation, the Staffing Plan for the period of time covered by the Application was prepared with the benefit of actual data.

[7] One of the three partners, Sara Chenetz, only billed 1 hour during the Application Period.

**EXHIBIT 5**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| Category of Disbursement | Amount |
|---|---|
| Computer Research - Lexis/WestLaw | $1,398.60 |
| Court Filing Fees | $634.00 |
| Database Hosting | $92.52 |
| Photocopies and Printing | $86.00 |
| Postage | $19.36 |
| Special Postage | $12.48 |
| **TOTAL** | **$2,242.96** |

**EXHIBIT 6**

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES WITH FEE APPLICATIONS**

| Category of Timekeeper (Using categories already maintained by the firm) | Blended Hourly Rate | |
|---|---|---|
| | **Billed or Collected** Firm or offices for preceding year, excluding bankruptcy* | **Billed** In this fee application |
| Partner | $915 | $795 |
| Senior Counsel | $948 | $795 |
| Associate | $600 | $595 |
| Paralegal | $340 | $270 |
| E-Discovery Services Attorneys** | $300 | $270 |
| All Timekeepers Aggregated | $795 *** | $693.17 |

Case Name:        Watsonville Hospital Corporation, et al.
Case Number:    21-51477
Applicant's Name:   Perkins Coie LLP
Date of Application:  May 16, 2022
Interim or Final:    Interim

* Represents the approximate blended hourly rate for timekeepers in Chicago and San Francisco offices, by timekeeper category, excluding timekeepers that are part of Perkins Coie's bankruptcy and restructuring practice group. All timekeepers that billed time during the Application Period are residents of Perkins Coie's Chicago or San Francisco offices. Sara Chenetz, who billed only 1 hour during the Application Period, is a resident of both the San Francisco and Los Angeles offices.

** This category includes both e-discovery Project Managers and Project Assistants.

*** This number represents a weighted average based on the same numbers of hours for each timekeeper class that was actually billed during the Application Period. The number of hours for each timekeeper class is indicated in Exhibit 3 above.

# **EXHIBIT 7**
*Detailed Time Records for Application Period*

*December 29, 2021 - December 31, 2021*

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

**PERKINS COIE**

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6537625 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0001 |
| 505 Howard Street | Bill Date | January 18, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

### INVOICE SUMMARY

**Re:   146559.0001.0001 / Asset Analysis & Dispositions**

For Professional Services rendered through December 31, 2021

| | |
|---|---|
| Services | $556.50 |
| **Total Invoice Amount** | **$556.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: ▮▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6537625**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 12/31/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 12/30/2021 | P. Jasper | Call with Pachulski and Force 10 re case background, sale, assets and significant issues, CRO retention motion and next steps. (.7) | 0.70 |
| **Total** | | | **0.70** |

**Services**
$556.50

## Summary of Services through 12/31/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 0.70 | 795.00 | 556.50 |
| **Total Services** | | **0.70** | | **$556.50** |

**Total Invoice Amount**
$556.50

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

PERKINS COIE

Watsonville Hospital Official Committee of Unsecured Creditors
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6537626 |
| Matter No. | 146559.0001.0004 |
| Bill Date | January 18, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:   146559.0001.0004 / Case Administration**

For Professional Services rendered through December 31, 2021

| | |
|---|---|
| Services | $5,851.50 |
| **Total Invoice Amount** | **$5,851.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number. ▮▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6537626**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

**PERKINSCOIE**

## Professional Services through 12/31/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 12/29/2021 | E. Walker | Telephone conference regarding Committee representation, strategy, initial first day matters, DIP loan order, bid procedures and next steps (1.0); analysis and various correspondence regarding same (.6). | 1.60 |
| 12/29/2021 | R. Leibowitz | Begin preparing Committee contact list and correspondence regarding additional preliminary tasks; | 0.60 |
| 12/29/2021 | P. Jasper | Discussion with D. Grassgreen and A. Sherman re extensions of response deadlines, initial meeting with CRO, and related issues (.4); Emails to and from S. Golden and D. Grassgreen re scheduling initial meeting (.1); | 0.50 |
| 12/30/2021 | E. Walker | Telephone conference with co-counsel regarding initial Committee matters (.3); correspondence regarding same (.3); review summary of all hands call (.4); telephone conference and various correspondence regarding same (.5); | 1.50 |
| 12/30/2021 | R. Leibowitz | Download pleadings and compile Second Day, Continued First Day, Bid Procedures, and DIP Financing hearing binders and calendar all upcoming hearings and objection deadlines (2.1); email correspondence and telephone conferences regarding same and other preliminary matters (.8); | 2.90 |
| 12/30/2021 | R. Leibowitz | Complete preliminary Committee contact list and circulate to team; | 0.80 |
| 12/30/2021 | R. Leibowitz | Correspondence and conferences with P. Jasper regarding preliminary matters; | 0.80 |
| 12/30/2021 | R. Leibowitz | Prepare pro hac vice applications for E. Walker, K. Allare, and co-counsel (.8); prepare notice of appearance for Perkins Coie (.6); | 1.40 |
| 12/30/2021 | P. Jasper | Review case management order re procedures (.1); Review and revise bylaws (.4); | 0.50 |
| 12/31/2021 | R. Leibowitz | Download dataroom documents and circulate internal link to same; | 0.60 |
| 12/31/2021 | R. Leibowitz | Revise notice of appearance per P. Jasper's instructions and e-file same (.6); revise pro hac vice applications and e-file application for K. Allare upon approval of same (.8); revise and send pro hac vice applications and orders to E. Walker and co-counsel (1.1); | 2.50 |
| **Total** | | | **13.70** |

PERKINSCOIe

**Services**
$5,851.50

## Summary of Services through 12/31/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Walker | Partner | 3.10 | 795.00 | 2,464.50 |
| P. Jasper | Sr Counsel | 1.00 | 795.00 | 795.00 |
| R. Leibowitz | Paralegal | 9.60 | 270.00 | 2,592.00 |
| **Total Services** | | **13.70** | | **$5,851.50** |

**Total Invoice Amount**
$5,851.50

1201 Third Avenue, Suite 4900    Email: clientacct@perkinscoie.com

Seattle, Washington 98101    Accounting: 206.359.3143

Phone: 206.359.8000    Fax: 206.359.9000

**PERKINSCOIE**

| | | | |
|---|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | | Invoice No. | 6537627 |
| Attn: Paul Jasper | | Matter No. | 146559.0001.0007 |
| 505 Howard Street | | Bill Date | January 18, 2022 |
| Suite 1000 | | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | | |

**INVOICE SUMMARY**

**Re:** **146559.0001.0007 / Committee Meetings & Communications**

For Professional Services rendered through December 31, 2021

| | |
|---|---|
| Services | $2,803.50 |
| **Total Invoice Amount** | **$2,803.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: ▇▇▇▇▇▇

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6537627**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 12/31/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 12/31/2021 | R. Leibowitz | Prepare for (.7) and attend initial Committee meeting (1.0) and take notes; prepare draft Committee meeting minutes for attorney review (2.2); | 3.90 |
| 12/31/2021 | R. Leibowitz | Conference with P. Jasper regarding usual committee meeting procedures; | 0.30 |
| 12/31/2021 | P. Jasper | Meeting with creditors committee to discuss bylaws, pending first and second day motions, case strategy and related issues (1.1); Review and revise memorandum for Committee re first and second day motions and recommendations (.7); Review and revise minutes for Committee meeting (.3); | 2.10 |
| **Total** | | | **6.30** |

Services
$2,803.50

## Summary of Services through 12/31/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 2.10 | 795.00 | 1,669.50 |
| R. Leibowitz | Paralegal | 4.20 | 270.00 | 1,134.00 |
| **Total Services** | | **6.30** | | **$2,803.50** |

Total Invoice Amount
$2,803.50

1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
Phone: 206.359.8000  

Email: clientacct@perkinscoie.com  
Accounting: 206.359.3143  
Fax: 206.359.9000  

PERKINS COIE

| | |
|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No.     6537628 |
| Attn: Paul Jasper | Matter No.    146559.0001.0015 |
| 505 Howard Street | Bill Date      January 18, 2022 |
| Suite 1000 | Due Date     Due Upon Receipt |
| San Francisco, CA 94105 | |

## INVOICE SUMMARY

**Re:   146559.0001.0015 / Retention & Fee Applications**

For Professional Services rendered through December 31, 2021

| | |
|---|---|
| Services | $613.50 |
| **Total Invoice Amount** | **$613.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency  
Tax Identification Number.: ▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6537628**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |



Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 12/31/2021

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 12/29/2021 | R. Leibowitz | Download Debtor's counsel's employment application and compile checked parties list to be used in preparation of retention application; | 0.80 |
| 12/31/2021 | P. Jasper | Discuss CRO motion reply with K. Allare (.3); Discussion with J. Blumberg re same (.2); | 0.50 |
| **Total** | | | **1.30** |

**Services**
$613.50

## Summary of Services through 12/31/2021

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|------------|--------------|
| P. Jasper | Sr Counsel | 0.50 | 795.00 | 397.50 |
| R. Leibowitz | Paralegal | 0.80 | 270.00 | 216.00 |
| **Total Services** | | **1.30** | | **$613.50** |

**Total Invoice Amount**
$613.50

*January 2022*

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

PERKINSCOIE

Watsonville Hospital Official Committee of Unsecured Creditors
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6554229 |
| Matter No. | 146559.0001 |
| Bill Date | February 14, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:   146559.0001 / Committee Representation Chapter 11**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Disbursements and Other Services | $705.26 |
| **Total Invoice Amount** | **$705.26** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554229**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Disbursements and Other Detailed Services through 01/31/2022

| Description | Amount |
|---|---|
| Photocopies and printing | 51.90 |
| Special postage | 19.36 |
| US Bank - Filing Fees - C. Janssen, U.S. Northern California Bankruptcy Pro Hac Vice Fee / Kathleen Allare - Watsonville Official Committee / Case No. 21-51477 / Transaction No. A31701129, 12/31/2021 | 317.00 |
| US Bank - Filing Fees - C. Janssen, U.S. Northern California Bankruptcy Pro Hac Vice Fee / Eric Walker - Watsonville Official Committee / Case No. 21-51477 / Transaction No. A31701993, 01/03/2022 | 317.00 |
| **Total** | **$705.26** |

**Total Disbursements and Other Services**
$705.26

**Total Invoice Amount**
$705.26



1201 Third Avenue, Suite 4900

Email: clientacct@perkinscoie.com

Seattle, Washington 98101

Accounting: 206.359.3143

Phone: 206.359.8000

Fax: 206.359.9000

Watsonville Hospital Official Committee of Unsecured Creditors
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6554230 |
| Matter No. | 146559.0001.0001 |
| Bill Date | February 14, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: 146559.0001.0001 / Asset Analysis & Dispositions**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Services | $45,792.00 |
| **Total Invoice Amount** | **$45,792.00** |
| Previous Balance Due | $556.50 |
| **Total Due This Invoice** | **$46,348.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▇▇▇▇▇

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554230**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 01/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 01/01/2022 | P. Jasper | Review and analysis re bidding procedures and sale motions (2.0). | 2.00 |
| 01/02/2022 | P. Jasper | Review and analysis re bidding procedures motion, supporting declaration and interaction with DIP timing and excluded assets (1.5); Review and draft revisions to bidding procedures, assumption and assignment procedures and related order (1.9); | 3.40 |
| 01/03/2022 | P. Jasper | Review and analysis re Pachulski markup of bidding and assumption procedures and bidding procedures order (.4); Discussion with Pachulski team re same (.5); Review first day declaration and research re potential claims against ███████████ (.3); Discussion with J. Rosenthal, N. Rubin, and Pachulski team re potential claims against ███████ and other potential unencumbered assets (.8); | 2.00 |
| 01/04/2022 | P. Jasper | Begin review of investigative reports (.5); | 0.50 |
| 01/05/2022 | P. Jasper | Review declarations and investigatory reports and analysis re potential avoidance claims against former management and management company (1.5); | 2.00 |
| 01/06/2022 | P. Jasper | Review and analysis of Force 10 investigatory reports re ███████████ and related analysis (2.2); | 2.20 |
| 01/06/2022 | P. Jasper | Review of letter from D. Grassgreen to Prospect (.2); Call to and discussion with D. Grassgreen re same and re common interest, confidentiality agreement and information sharing (.5); Analysis re same (.3); Draft email to DS. Grassgreen re same (.5); | 1.50 |
| 01/07/2022 | P. Jasper | Discussion with Cowen, Force 10 and Pachulski teams re marketing process and status of potential interest from competing bidders (.7); Discussion with J. Rosenthal, N. Rubin, Pachulski and A. Sherman re common interest and potential estate claims (.5); | 1.20 |
| 01/10/2022 | S. Chenetz | Partial review of bidding procedures order and sale notice; | 0.30 |
| 01/10/2022 | P. Jasper | Review and comment on common interest agreement (1.6); Emails to and from M. Litvak re same (.1); Discussion with J. Rosenthal, N. Rubin and A. Sherman re MPT comments on potential claims against management and D&O policy (1.4); Follow up discussion with N. Rubin re same (.2); Review documents re 2019 MPT/Quaorum transactions (.3); Discussion with J. Rosenthal, N. Rubin and A. Sherman re MPT comments on terms sheet (.5); Discussion with E. Walker re DIP financing, sale and potential plan negotiations (.4) | 4.50 |
| 01/11/2022 | P. Jasper | Discussion with MPT and Force 10 re DIP and sale issues and potential global settlement (1.1); Follow-up discussion with co-counsel re next steps and related strategy (.2); Discussion with N. Rubin re assets and liabilities (.6); Discussion with E. Walker re potential assets to fund creditor recovery (1.0); Discussion with B. Mankovetskiy re DIP and sale issues, and potential sources for creditor recoveries (.5); | 3.40 |
| 01/12/2022 | P. Jasper | Meeting with lobbyists and coordinator for Pajoro District Project re status | 3.00 |



| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| | | of legislative action and remaining process/issues (.5); Discussions with M. Litvak, J. Rosenthal, N. Rubin, A. Sherman and B. Mankovetstkiy re global settlement negotiations (1.0); Discussion with J. Rosenthal and N. Rubin re potential global settlement scenarios and related factual background (.5); Analysis re same (1.0); | |
| 01/13/2022 | P. Jasper | Review and comment on MPT Term Sheet (.7); | 0.70 |
| 01/14/2022 | P. Jasper | Negotiation with MPT, Debtors counsel and J. Rosenthal re global settlement term sheet (1.3); Review, analysis and comment on multiple rounds of global settlement term sheet (1.0); Discussion with M. Litvak re same (.2); Discussions with B. Mankovetskiy re same (.3); | 2.80 |
| 01/15/2022 | P. Jasper | Review and comment on revised global settlement term sheet and analysis regarding same; | 0.90 |
| 01/16/2022 | P. Jasper | Call with MPT and Debtors to discussion global settlement term sheet (.8); Calls with N. Rubin re available assets outside of WHC and related issues (.2); Review, analysis, and comment on revised term sheet (.5); | 1.50 |
| 01/17/2022 | P. Jasper | Call with MPT and Debtor re MPT Term Sheet (.6) Pre-call discussion with M. Litvak re same (.3); Review, analysis and comment on proposed revisions from Debtors and MPT and draft proposed changes to term sheet (1.2); Review and analysis of additional revisions proposed by MPT and Debtors (.4); Discussion with J. Rosenthal re availability of MPT security deposit as excluded asset (.2); Review emails from M. Litvak and R. Smith re same (.1); Discussion with N. Rubin re schedules and SOFAs and assets available outside of WHC (.3); | 3.10 |
| 01/18/2022 | P. Jasper | Discussion with N. Rubin and D. Meyers re domain ownership and other questions re schedules (.5); Email to C. Bennett re same (.2); Follow up discussion with N. Rubin re schedules, project timing and negotiations, and related issues (.5); | 1.20 |
| 01/19/2022 | P. Jasper | Review Cowen and other files provided by Debtors and prepare request for additional documents (1.3) | 1.30 |
| 01/19/2022 | P. Jasper | Emails to and from C. Bennett and D. Myers re ownership of Watsonville Hospital trademark and review documentation re same (.3); Discussion with N. Rubin re schedules and MORs, and marketing efforts (.4); | 0.70 |
| 01/20/2022 | P. Jasper | Discussion with Cowen and Force 10 re marketing efforts and status of Project's legislative milestones (.7); Draft document requests to Debtors re ▇▇▇▇▇▇▇▇▇▇▇ (2.5); Review first day declaration re same (.3); | 3.50 |
| 01/21/2022 | P. Jasper | Draft document requests to Debtors re ▇▇▇▇▇▇▇▇▇▇▇ (2.7); Discussion with J. Rosenthal and N. Rubin re discovery requests to Debtors (1.1); | 3.80 |
| 01/24/2022 | P. Jasper | Discussion with S. Golden re data room and information requests (.4); Review and analysis of documents provided by Debtor re sale, and third party claims (3.2); | 3.60 |
| 01/25/2022 | P. Jasper | Discussion with J. Rosenthal and S. Golden re document requests and | 1.80 |



| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | potential claims against ██████████████ (.8); Review and analysis re schedules and SOFAs and potential unencumbered assets (1.0); | |
| 01/26/2022 | P. Jasper | Discussion with T. Baskin and E. Walker re data room mechanics for Debtor and document production re schedules, financials, and third party claims (.5); Follow up discussions and emails with T. Baskin re setting up data room/Disco access (.2); Discussion with N. Rubin re schedules, assets separate from WHC, status and future negotiations re Project and related strategic issues (1.1); Multiple emails with Pachulski and KTBS to set up access to data rooms (.3); Analysis re document review (.4); Review and analysis re Project APA, sale motion, and strategy re excluded cash (.6); | 3.10 |
| 01/27/2022 | P. Jasper | Emails to and from D. Gold and M. Litvak re documentation of scheduled assets (.1); Emails to and from N. Rubin re same (.1); Draft document review protocol re Debtors production (1.0); Review articles re Santa Cruz funding and emails to and from J. Rosenthal re same (.2); | 1.20 |
| 01/28/2022 | P. Jasper | Email and call to S. Golden re information requests to Debtors (.2); Analysis re same (.3); | 0.50 |
| 01/31/2022 | P. Jasper | Emails to and from S. Golden re requests for information to Debtors (1.); Review Debtors and Cowen data rooms re same (.2); Emails to and from D. Gold re same (.2); Discussion with E, Walker re potential unencumbered claims and other assets and related strategic issues (.4); Multiple discussions with S. Golden re supplementing data room with information requested from Debtors and targeted email review (1.0); | 1.90 |
| **Total** | | | **57.60** |

Services
$45,792.00

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| S. Chenetz | Partner | 0.30 | 795.00 | 238.50 |
| P. Jasper | Sr Counsel | 57.30 | 795.00 | 45,553.50 |
| **Total Services** | | **57.60** | | **$45,792.00** |

Total Invoice Amount
$45,792.00

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

# PERKINSCOIE

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6554231 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0002 |
| 505 Howard Street | Bill Date | February 14, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:   146559.0001.0002 / Avoidance Action Analysis**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Services | $954.00 |
| **Total Invoice Amount** | **$954.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: ▇▇▇▇▇

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554231**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 01/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|----------------------|-------|
| 01/05/2022 | P. Jasper | Initial review of Force 10 analysis re insider transfers ▮▮▮▮ ▮▮▮ (.4) | 0.40 |
| 01/10/2022 | P. Jasper | Review and analysis re preliminary avoidance claims data (.3); Email to J. Rosenthal and Pachulski with questions re same (.1); | 0.40 |
| 01/13/2022 | P. Jasper | Discussion with N. Rubin re potential avoidance claims (.4); | 0.40 |
| **Total** | | | **1.20** |

Services
$954.00

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|------------|--------------|
| P. Jasper | Sr Counsel | 1.20 | 795.00 | 954.00 |
| **Total Services** | | **1.20** | | **$954.00** |

Total Invoice Amount
$954.00

1201 Third Avenue, Suite 4900    Email: clientacct@perkinscoie.com

Seattle, Washington 98101    Accounting: 206.359.3143

Phone: 206.359.8000    Fax: 206.359.9000

# PERKINS COIE

| | | | |
|---|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | | Invoice No. | 6554232 |
| Attn: Paul Jasper | | Matter No. | 146559.0001.0003 |
| 505 Howard Street | | Bill Date | February 14, 2022 |
| Suite 1000 | | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | | |

## INVOICE SUMMARY

**Re:  146559.0001.0003 / Business Operations**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Services | $477.00 |
| **Total Invoice Amount** | **$477.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number. ▮▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554232**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 01/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 01/13/2022 | P. Jasper | Discussion with J. Rosenthal re budget-related issues and potential savings (.6); | 0.60 |
| **Total** | | | **0.60** |

Services
$477.00

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| P. Jasper | Sr Counsel | 0.60 | 795.00 | 477.00 |
| **Total Services** | | **0.60** | | **$477.00** |

Total Invoice Amount
$477.00

1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
Phone: 206.359.8000

Email: clientacct@perkinscoie.com  
Accounting: 206.359.3143  
Fax: 206.359.9000

**PERKINSCOIe**

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6554233 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0004 |
| 505 Howard Street | Bill Date | February 14, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:  146559.0001.0004 / Case Administration**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Services | $22,965.50 |
| **Total Invoice Amount** | **$22,965.50** |
| Previous Balance Due | $5,851.50 |
| **Total Due This Invoice** | **$28,817.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency  
Tax Identification Number.: ▮▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554233**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 01/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 01/01/2022 | P. Jasper | Review of docket re status of case and identifying issues (.4). | 0.40 |
| 01/02/2022 | E. Walker | Telephone conference with P. Jasper regarding status of case and next steps (.4); analysis regarding same (.3); | 0.70 |
| 01/02/2022 | P. Jasper | Review and comment on confidentiality provision to be added to bylaws re confidential Debtor information; | 0.20 |
| 01/03/2022 | E. Walker | Review first day declaration, pleadings and issues list (2.5); telephone conference with Debtor's counsel regarding status of first day motions, sale and DIP financing (1.0); telephone conference with co-counsel regarding same (.3); review and revise Committee support for retention of CRO (1.1); telephone conference regarding same and case strategy (.6); telephone conference with Force 10 regarding background information on Debtor, transaction and financing issues (.8); | 6.30 |
| 01/03/2022 | R. Leibowitz | Revise caption and signature block on Committee Statement regarding employment of chief restructuring officer, per P. Jasper's request (.6); update Committee Contact List to add counsel contacts for two members (.5); | 1.10 |
| 01/03/2022 | R. Leibowitz | Correspondence and conferences with P. Jasper and S. Andrews regarding preliminary matters (.8); organize pleadings and dataroom folders in document management system (.3); review local rules regarding appearances and joint appearances (.8); | 1.90 |
| 01/03/2022 | P. Jasper | Discussion with Pachulski team re pending motion and markup of orders (1.0); Revise joint notice of appearance and emails to and from Sills Cummis team re same (.2); Review and comment on Commtee Contact list and review notice of appearance and emails re same (.3) Review local rules (.1); Discussion with R. Leibowitz re notice of appearance, pro hac vice application, and related case administration issues (.4); | 2.00 |
| 01/04/2022 | E. Walker | Review first day pleadings and DIP lending pleadings (1.5); correspondence regarding same (.2); correspondence regarding 341 meeting (.1); | 1.80 |
| 01/04/2022 | S. Chenetz | Call with P Jasper re developments and strategic considerations; | 0.20 |
| 01/04/2022 | R. Leibowitz | Finalize and file joint notice of appearance on behalf of the Official Committee (.4); review Case Management Order for service instructions (.3) and prepare certificate of service for Committee Response in Support of Debtors' Retention of CRO (.7); finalize Response and e-file same, along with certificate of service, and arrange for service of same on certain parties via USPS First Class Mail (.4); | 2.10 |
| 01/04/2022 | P. Jasper | Revise joint notice of appearance (.1); Discussion with J. Blumberg re 341 meeting and CRO retention motion (.2); Revise contact list (.1); Review docket re new filings (.2) Email and discussion with H. Rutledge re covering 341 meeting of creditors and background of case (.3); Review first day motions (.8); Revise Committee contact list and email regarding same (.2) Review agenda and email R. Leibowitz re appearance at 1/7 | 2.30 |



| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| | | hearing (.1); Review daily filings and supplemental J. Rosenthal declaration in support of second day relief (.3); | |
| 01/04/2022 | H. Varner | Call with P. Jasper to discuss case background (0.3); prepare for 341 meeting of creditors (0.2). | 0.50 |
| 01/05/2022 | E. Walker | Telephone conference with co-counsel regarding case strategy; | 0.20 |
| 01/05/2022 | H. Varner | Prepare for and attend 341 meeting (0.8); draft and send summary of same to P. Jasper (0.2); | 1.00 |
| 01/07/2022 | R. Leibowitz | Download pleadings and amended hearing agenda and prepare updated hearing binder for January 7, 2022 hearing; | 0.60 |
| 01/07/2022 | P. Jasper | Review and comment on revised confidentiality provisions for bylaws (.3); Draft email to D. Grassgreen and Pachulski team re common interest agreement and confidentiality (.4); Emails to and from M. Litvak re same (.1); Discussion with S. Golden re confidentilaity and common interest issues (.6) Emails to and from M. Litvak and Force 10 and Pachulski teams re same and re scheduling initial discussion (.5); | 1.90 |
| 01/10/2022 | E. Walker | Telephone conference regarding case status and negotiations for DIP financing and potential global resolution; | 0.60 |
| 01/11/2022 | R. Leibowitz | Review bid procedures order and calendar all sale process deadlines; | 0.50 |
| 01/11/2022 | K. Allare | Review order regarding CRO retention, bidding procedures (.2); | 0.20 |
| 01/11/2022 | P. Jasper | Draft email to Committee explaining purpose and mechanics of common interest agreement (.6); | 0.60 |
| 01/14/2022 | P. Jasper | Finalize common interest agreement; | 0.30 |
| 01/18/2022 | P. Jasper | Circulate revised contact list to Committee (.1); | 0.10 |
| 01/19/2022 | E. Walker | Telephone conference regarding case status of action items moving forward; | 1.00 |
| 01/19/2022 | P. Jasper | Discussion with A. Sherman and B. Mankovetskiy regarding division of tasks (.4); Discussion with E. Walker re plan, negotiations with Project, and related strategic issues (.5); | 0.90 |
| 01/20/2022 | R. Leibowitz | Search Wave Computer and PG&E case dockets for Rule 2019 disclosures per U.S. Trustee's instructions; | 1.20 |
| 01/20/2022 | P. Jasper | Discussion with J. Blumberg re Rule 2019 Disclosures and Trustee inquiries (.5) Review and consider application of Rule 2019 to Commitee (.1); | 0.60 |
| 01/24/2022 | R. Leibowitz | Compile chart showing scheduled claims and scheduled unexpired contracts and leases between Committee members and the Debtor to assist in preparation of 2019 disclosure; | 1.60 |



| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|----------------------|-------|
| 01/25/2022 | R. Leibowitz | Prepare draft disclosure per Rule 2019 per P. Jasper's request; | 1.60 |
| 01/25/2022 | P. Jasper | Discussion with E. Walker re case administration issues, including responding to UST requests re budget, Rule 2019 disclosure and related items (.6); Review and consider approach to respond to Trustee inquiries and requests (.4); Discussion with J. Blumberg re UST requests (.3); | 1.30 |
| 01/26/2022 | R. Leibowitz | Download and organize documents produced by Debtor and MPT; | 1.20 |
| 01/26/2022 | P. Jasper | Discussion with S. Cummis re tasks, sale and legislative progress, document review and strategic issues (.4); Analysis re staffing and budget re ESI (1.0); Discussions and emails with T. Baskin and J. Hsen re same (.3); | 1.70 |
| 01/28/2022 | P. Jasper | Revise Committee contact list to include revised California Nurses Association information (.1); | 0.10 |
| 01/31/2022 | R. Leibowitz | Download and organize documents produced by several parties; | 1.20 |
| **Total** | | | **37.90** |

Services
$22,965.50

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| E. Walker | Partner | 10.60 | 795.00 | 8,427.00 |
| S. Chenetz | Partner | 0.20 | 795.00 | 159.00 |
| P. Jasper | Sr Counsel | 12.40 | 795.00 | 9,858.00 |
| H. Varner | Associate | 1.50 | 595.00 | 892.50 |
| K. Allare | Associate | 0.20 | 595.00 | 119.00 |
| R. Leibowitz | Paralegal | 13.00 | 270.00 | 3,510.00 |
| **Total Services** | | **37.90** | | **$22,965.50** |

Total Invoice Amount
$22,965.50

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

**PERKINS COIE**

| | |
|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | |
| Attn: Paul Jasper | Invoice No. 6554234 |
| 505 Howard Street | Matter No. 146559.0001.0005 |
| Suite 1000 | Bill Date February 14, 2022 |
| San Francisco, CA 94105 | Due Date Due Upon Receipt |

## INVOICE SUMMARY

**Re:   146559.0001.0005 / Cash Collateral & DIP Financing**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Services | $17,634.00 |
| **Total Invoice Amount** | **$17,634.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: ▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554234**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |



Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 01/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|----------------------|-------|
| 01/01/2022 | P. Jasper | Review and comment on term sheet for DIP motion compromise (.8) Review and analysis of first day motion and draft final DIP order re same (1.0). | 1.80 |
| 01/03/2022 | P. Jasper | Multiple discussions with E. Walker re strategy re DIP issues (.9); Discussion with Pachulski team re DIP issues and term sheet (.5); Analysis re potential ways to address outstanding DIP motion issues (.7); | 2.10 |
| 01/04/2022 | E. Walker | Telephone conference with co-counsel to prepare for meeting with secured lender / DIP lender counsel (.3); telephone conference with debtor's counsel and MTS counsel regarding case overview and terms for DIP financing (1.0); analysis and internal telephone conference regarding strategy (.8); | 2.10 |
| 01/04/2022 | P. Jasper | Discussion with MPT counsel T. Patterson and S. Gurvitz, M. Litvak and co-counsel re DIP issues, potential global settlement, history of case, and MPT's view (1.1); Pre-call discussion with co-counsel re strategy for DIP negiations (.4). Post-call discussion with A. Sherman re same (.2); Follow-up call with A. Sherman and B. Mankovetsky re term sheet and strategy re potential global settlement (.2). Discussion with E. Walker re strategy re DIP motion and related term sheet (.4). | 2.30 |
| 01/05/2022 | E. Walker | Review draft term sheet regarding structure for DIP financial and global resolution and provide comments to same (1.2); telephone conference regarding same (.8); review revised comments to term sheet (.3); | 2.30 |
| 01/05/2022 | P. Jasper | Review and analysis re term sheet for DIP, sale and plan (1.1); Discussion with E. Walker re same (.7); Draft revisions to term sheet (.5); Discussion with B. Mankovetskiy re same (.3); | 2.60 |
| 01/06/2022 | P. Jasper | Review revised DIP term sheet (.3); Discussion next steps with A. Sherman (.1); Follow-up discussion with A. Sherman re terms sheet and Debtor comments (.2) | 0.60 |
| 01/11/2022 | E. Walker | Telephone conference regarding case status and strategy for negotiating DIP issues; | 1.00 |
| 01/12/2022 | P. Jasper | Review and analysis of markups of DIP financing order, proposed settlement option, and related emails (1.5); | 1.50 |
| 01/13/2022 | E. Walker | Telephone conference regarding status of DIP negotiations and strategy; | 0.80 |
| 01/13/2022 | P. Jasper | Call with S. Gurvitz, M. Litvak and co-counsel re DIP, sale and potential global resolution negotiations (.8); Follow-up call with A. Sherman and B. Mankovetskiy re strategy for negotiations with MPT (.3). | 1.10 |
| 01/15/2022 | E. Walker | Correspondence regarding status of DIP negotiations; | 0.30 |
| 01/16/2022 | E. Walker | Analysis and correspondence regarding status of DIP negotiations; | 0.50 |
| 01/16/2022 | R. Leibowitz | Correspondence regarding Reservation of Rights regarding DIP Motion (.4); finalize, e-file, and circulate file-stamped copy of same (.3); | 0.70 |



| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/16/2022 | P. Jasper | Review and comment on reseration of rights, finalize, and email to R. Leibowitz for filing (.2); | 0.20 |
| 01/17/2022 | E. Walker | Review revised term sheet to resolve DIP financing issues (.5); telephone conference to discuss status and strategy regarding same (.7); | 1.20 |
| 01/17/2022 | P. Jasper | Review MPT reply brief in support of DIP Order (.2); | 0.20 |
| 01/17/2022 | P. Jasper | Review revised DIP order (.2); Review and comment on Debtors reply re DIP motion (.3); | 0.50 |
| 01/18/2022 | R. Leibowitz | Download pleadings and compile updated hearing binder for DIP motion, and update calendar to include ZoomGov link; | 1.60 |
| 01/19/2022 | P. Jasper | Pre-call with J. Blumberg re Trustee objections (.2); Email to M. Litvak and A. Sherman re same (.1); | 0.30 |
| **Total** | | | **23.70** |

**Services**
$17,634.00

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Walker | Partner | 8.20 | 795.00 | 6,519.00 |
| P. Jasper | Sr Counsel | 13.20 | 795.00 | 10,494.00 |
| R. Leibowitz | Paralegal | 2.30 | 270.00 | 621.00 |
| **Total Services** | | **23.70** | | **$17,634.00** |

**Total Invoice Amount**
$17,634.00

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

# PERKINSCOIE

| | |
|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No.      6554235 |
| Attn: Paul Jasper | Matter No.      146559.0001.0007 |
| 505 Howard Street | Bill Date      February 14, 2022 |
| Suite 1000 | Due Date      Due Upon Receipt |
| San Francisco, CA 94105 | |

## INVOICE SUMMARY

**Re:**   **146559.0001.0007 / Committee Meetings & Communications**

For Professional Services rendered through January 31, 2022

| | |
|---|---:|
| Services | $7,111.50 |
| **Total Invoice Amount** | **$7,111.50** |
| Previous Balance Due | $2,803.50 |
| **Total Due This Invoice** | **$9,915.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554235**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ███████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 01/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/04/2022 | P. Jasper | Discussion with S. Lua re status of Pajaro Project approvals and preliminary thoughts on DIP negotiations (.8); Discussion with A. Sherman re timing and agenda for committee meeting and status of Pajaro District (.3). Review email to Committee (.1) | 1.20 |
| 01/05/2022 | P. Jasper | Email to Committee re contact list and review bylaws re same (.2); Discussion and emails with A. Sherman re same (.1); Discussion with S. Lua re meeting with Project re status of milestones (.3); | 0.60 |
| 01/06/2022 | R. Leibowitz | Prepare meeting minutes from January 6, 2022 committee meeting, per P. Jasper's notes and instructions; | 0.80 |
| 01/06/2022 | P. Jasper | Pre-meeting discussion with A. Sherman re creditors committee meeting agenda and approach (.2); Attend meeting of creditors committee (.4); Post-meeting discussion with A. Sherman re same and re minutes (.2); Review and revise minutes of meeting (.3) | 1.10 |
| 01/07/2022 | P. Jasper | Review email to Committee re confidentiality provisions and emails with committee members re contact list (.1); | 0.10 |
| 01/11/2022 | P. Jasper | Discussion with A. Sherman re coordinating tasks to avoid duplication and re strategic issues (.3); Review and comment on common interest agreement and emails re same (.2); | 0.50 |
| 01/13/2022 | R. Leibowitz | Attend Committee meeting and keep minutes (.9); conference with P. Jasper regarding same (.2); | 1.10 |
| 01/13/2022 | P. Jasper | Meeting with Creditors Committee to discuss negoatiations re DIP motion, status of Project legislation, sale issues, retention applications, and common interest agreement (.8); | 0.80 |
| 01/14/2022 | P. Jasper | Emails to Committee re fee applications and common interest agreement (.3); | 0.30 |
| 01/26/2022 | P. Jasper | Draft email to Committee re status of retention applications and e-discovery (.4); | 0.40 |
| 01/27/2022 | P. Jasper | Email to D. Willhoite and K. Skogstad re Committee contact list (.1); Discussion with A. Sherman re update to Committee (.2); | 0.30 |
| 01/28/2022 | P. Jasper | Begin drafting summary of potential claims and recommendation for Committee (1.5); | 1.50 |
| 01/31/2022 | P. Jasper | Draft email to Committee to update re due diligence process and explain confidentiality agreement (.6); Follow up emails with Committee members to collect signatures (.1); Review email from B. Anderson and enclosed declaration and analysis re potential conflicts and resignation from Committee (.8); | 1.50 |

| **Total** | | | **10.20** |



**Services**
$7,111.50

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| P. Jasper | Sr Counsel | 8.30 | 795.00 | 6,598.50 |
| R. Leibowitz | Paralegal | 1.90 | 270.00 | 513.00 |
| **Total Services** | | **10.20** | | **$7,111.50** |

**Total Invoice Amount**
$7,111.50

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

# PERKINSCOIE

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6554237 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0011 |
| 505 Howard Street | Bill Date | February 14, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re: 146559.0001.0011 / Hearings**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Services | $1,908.00 |
| **Total Invoice Amount** | **$1,908.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▮▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554237**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 01/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 01/07/2022 | P. Jasper | Discussion with S. Golden re approach for First Day Motions Continued Hearing (.2); Preparation for hearing on continued first day motions and Trustee objection to retention of Force 10 and CRO (.7); Attend and argue in favor of CRO retention at hearing (1.2); Review and comment on form of orders (.2); | 2.30 |
| 01/18/2022 | P. Jasper | Review agenda for 1/19 hearing and coordinate appearances (.1); | 0.10 |
| **Total** | | | **2.40** |

Services
$1,908.00

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 2.40 | 795.00 | 1,908.00 |
| **Total Services** | | **2.40** | | **$1,908.00** |

Total Invoice Amount
$1,908.00

Watsonville Hospital Official Committee of Unsecured Creditors
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6554238 |
| Matter No. | 146559.0001.0012 |
| Bill Date | February 14, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:  146559.0001.0012 / Lien Review**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Services | $48,415.50 |
| **Total Invoice Amount** | **$48,415.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: ▮▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554238**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 01/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 01/04/2022 | E. Walker | Correspondence regarding lien review; | 0.20 |
| 01/05/2022 | D. Gold | Research for lien review and summarize same; | 3.80 |
| 01/06/2022 | E. Walker | Telephone conference regarding overview of case and lien review (.2); correspondence regarding same (.1); | 0.30 |
| 01/06/2022 | D. Gold | Telephone conference with E. Walker regarding lien review (.2); review loan documents and draft summary of same for lien review (2.3); | 2.50 |
| 01/07/2022 | D. Gold | Review loan documents and analyze lender liens; | 3.40 |
| 01/11/2022 | D. Gold | Review lender documents (1.3); research regarding same (2.3); | 3.60 |
| 01/12/2022 | D. Gold | Review lender documents and compare financing statements to security agreements and pledge agreements (1.9); email P. Jasper regarding same (.3); review local counsel emails regarding same (.1); | 2.30 |
| 01/12/2022 | P. Jasper | Emails to and from D. Gold re lien analysis issues (.2); | 0.20 |
| 01/13/2022 | D. Gold | Draft high level summary of lender's lien claims and email same to E. Walker and P. Jasper; | 2.50 |
| 01/13/2022 | P. Jasper | Review analysis re MPC liens (.2); | 0.20 |
| 01/17/2022 | D. Gold | Draft lien review memorandum (1.4); research for same (2.0); | 3.40 |
| 01/19/2022 | E. Walker | Telephone conference regarding strategy for supplemental research and investigation into lien investigation (.8); follow up correspondence regarding same (.3); | 1.10 |
| 01/19/2022 | D. Gold | Telephone conference with E. Walker regarding lien review; review loan documents to prepare document requests; | 1.60 |
| 01/20/2022 | D. Gold | Review loan documents (2.0); email P. Jasper regarding document requests of MPT (.2); | 2.20 |
| 01/25/2022 | D. Gold | Review documents produced by the debtor and incorporate same into lien review analysis; | 5.70 |
| 01/26/2022 | D. Gold | Review debtors' Schedules and incorporate same into lien review (1.7); analyze liens and draft memo summarizing same for the Committee (3.2); draft and email high-level current analysis to P. Jasper and E. Walker (1.3); | 6.20 |
| 01/27/2022 | E. Walker | Telephone conference regarding status of lien review and additional issues to investigate (.4); various correspondences regarding document collection and review (.3); | 0.70 |
| 01/27/2022 | D. Gold | Telephone conference with E. Walker regarding lien review (.1); research for lien review and summarize same (4.0); email P. Jasper regarding same (.1); | 4.20 |



| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 01/28/2022 | D. Gold | Prepare lien review memo for Committee; | 5.50 |
| 01/31/2022 | D. Gold | Review documents produced by MPT (3.3); draft memorandum for committee summarizing lien review (5.0); research regarding same (1.3); telephone conference with P. Jasper regarding same (.6); | 10.20 |
| 01/31/2022 | P. Jasper | Review and analysis of emails re initial lien review conclusions (.4); Discussion and emails with D. Gold re same (.7); | 1.10 |
| **Total** | | | **60.90** |

Services
$48,415.50

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| D. Gold | Partner | 57.10 | 795.00 | 45,394.50 |
| E. Walker | Partner | 2.30 | 795.00 | 1,828.50 |
| P. Jasper | Sr Counsel | 1.50 | 795.00 | 1,192.50 |
| **Total Services** | | **60.90** | | **$48,415.50** |

Total Invoice Amount
$48,415.50

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000



Watsonville Hospital Official Committee of Unsecured Creditors
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6554239 |
| Matter No. | 146559.0001.0015 |
| Bill Date | February 14, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:** **146559.0001.0015 / Retention & Fee Applications**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Services | $29,255.50 |
| **Total Invoice Amount** | **$29,255.50** |
| | |
| Previous Balance Due | $613.50 |
| **Total Due This Invoice** | **$29,869.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ▓▓▓▓▓

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554239**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 01/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 01/01/2022 | P. Jasper | Review and analysis re CRO motion and UST objection (.6). Begin drafting statement in support of retention of CRO (.2); Review filings and collect factual background re reply re CRO motion (.4) | 1.20 |
| 01/02/2022 | K. Allare | Revise CRO response (2.3); research regarding same (1.5); call with P. Jasper regarding same (.2); | 4.00 |
| 01/02/2022 | P. Jasper | Draft statement in support of designation of CRO and retention of Force 10 Partners and review declarations for evidence in support of same (6.5); | 6.50 |
| 01/03/2022 | R. Leibowitz | Finalize and file pro hac vice application for E. Walker (.7); prepare joint notice of appearance for Perkins Coie and Sills Cummis on behalf of the Committee (.8); conference with Sills Cummis paralegal regarding filing of pro hac vice applications (.3); | 1.80 |
| 01/03/2022 | P. Jasper | Continue to draft Committee statement in support of retention of CRO and Force 10 and revise to incorporate comments from E. Walker (2.2); Emails to and from Committee and M. Litvak re same (.1); | 2.30 |
| 01/04/2022 | R. Leibowitz | Correspondence regarding timing of retention application and review local rules regarding same; | 0.40 |
| 01/04/2022 | P. Jasper | Review filings re CRO retention motion (.4); | 0.40 |
| 01/06/2022 | R. Leibowitz | Follow-up with Conflicts team regarding status of analysis for declaration in support of retention application and correspondence with P. Jasper and E. Walker regarding same; | 0.60 |
| 01/06/2022 | P. Jasper | Review and analysis re Debtors' reply, statements of support and related declarations re CRO retention motion and prepare for hearing re same (1.0); Discussions and emails with R. Leibowitz re preparation of employment application for Perkins Coie (.3); | 1.30 |
| 01/07/2022 | S. Chenetz | Emails with R Leibowitz re items to include in employment application; | 0.20 |
| 01/07/2022 | R. Leibowitz | Further correspondence with Conflicts team regarding analysis (.8); prepare draft retention application and Jasper declaration and correspondence with P. Jasper regarding same (4.1); | 4.90 |
| 01/07/2022 | R. Leibowitz | Review Compensation Procedures Order, prepare memorandum summarizing same, and calendar all related upcoming deadlines; | 0.70 |
| 01/07/2022 | R. Leibowitz | Prepare retention application and accompanying declaration; | 0.50 |
| 01/07/2022 | R. Leibowitz | Conference with S. Kerr regarding declaration disclosures for retention application (.4) and correspondence with P. Jasper regarding same (.2); | 0.60 |
| 01/10/2022 | R. Leibowitz | Review master notice list and add additional parties to exhibit for declaration in support of retention application (.6); revise declaration and exhibit to add connections regarding additional parties (1.7); | 2.30 |
| 01/10/2022 | P. Jasper | Revise draft employment application (1.0); | 1.00 |



| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 01/11/2022 | R. Leibowitz | Revise declaration in support of retention application per P. Jasper's instructions (1.7); proof-read and revise application to employ (.8); prepare draft proposed order (.8); | 3.30 |
| 01/11/2022 | P. Jasper | Revise retention application and supporting declaration (3.0); | 3.00 |
| 01/12/2022 | E. Walker | Attend to retention application; | 0.50 |
| 01/12/2022 | P. Jasper | Draft Committee declaration in support of Perkins Coie employment application (.6); Call to L. Hammonds to coordinate on Committee declaration is support of employment applications (.1); | 0.70 |
| 01/13/2022 | E. Walker | Review retention application and supporting declaration and make comments to same (.8); correspondence regarding same (.2); | 1.00 |
| 01/13/2022 | P. Jasper | Review and revise Anderson declaration in support of employment applications (.2); Discussion with E. Walker re same (.4); Revise and finalize retention application, supporting declaration, proposed order, and exhibit to declaration (1.5); | 2.10 |
| 01/13/2022 | P. Jasper | Revise B. Anderson declaration in support of Perkins Coie and Sills Cummis retention applications (.2); Revise Perkins Coie retention application, declaration and proposed order (.3); | 0.50 |
| 01/17/2022 | R. Leibowitz | Confer with P. Jasper regarding filing of Committee counsel retention applications (.4); prepare certificate of service (.5); finalize and file same for Perkins Coie and Sills Cummis (.8); download and compile e-binder of all applications and declarations and circulate to team (.3); arrange for service via US Mail to notice parties (.2); | 2.20 |
| 01/17/2022 | P. Jasper | Make final revisions to Perkins Coie retention application and supporting documents (.3); Discussion and emails with R. Leibowitz and L. Hammonds re filing of Perkins Coie and Sills Cummis retenton applications and supporting B. Anderson declaration (.3); Emails to and from B. Anderson re same (.1); | 0.70 |
| 01/18/2022 | R. Leibowitz | Review docket, prepare certificate of no objection to Perkins Coie retention application (.7); correspondence with P. Jasper regarding same, and calendar filing deadline (.4); correspondence with Stretto regarding Sherman Declaration missing from Stretto case docket (.2); | 1.30 |
| 01/19/2022 | P. Jasper | Discussion with J. Blumberg re retention applications (.2); Review and prepare response to UST inquiries (.3); | 0.20 |
| 01/20/2022 | E. Walker | Various correspondences regarding Rule 2019 disclosure and retention issues; | 0.30 |
| 01/20/2022 | P. Jasper | Draft response to Trustee inquiries re retention application (.3); | 0.30 |
| 01/21/2022 | E. Walker | Review draft response to US Trustee questions on retention (.3); correspondence regarding same (.1); | 0.40 |
| 01/21/2022 | P. Jasper | Draft response to UST's inquiries re Perkins Coie retention application (.4); | 0.40 |

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|----------------------|-------|
| 01/25/2022 | E. Walker | Various correspondences regarding retention application and US Trustee large case guidelines (.6); telephone conference regarding same (.3); | 0.90 |
| 01/25/2022 | P. Jasper | Prepare supplemental declaration in support of employment application (.5); Revise proposed order (.2); Revise certificate of no objection (.2); | 0.90 |
| 01/26/2022 | P. Jasper | Revise supplemental declaration to address ESI rates and costs (.5); Email and call to J. Blumberg re same (.1); Discussion and emails with E. Walker re same (.2); | 0.80 |
| 01/27/2022 | R. Leibowitz | Correspondence with P. Jasper regarding documents to be filed in connection with retention application (.4); prepare redline of original and revised proposed orders (.8); review Judge Hammonds's e-order submission procedures (.4); finalize documents for filing, file same (.6); correspondence with Sills Cummis to send Word versions of certificate of no objection and proposed order, per P. Jasper's instructions (.2); | 2.60 |
| 01/27/2022 | P. Jasper | Finalize supplemental declaraton, certification of no objection and proposed order granting retention application (.4); Emails to and from J. Blumberg re same (.1); | 0.50 |
| 01/28/2022 | R. Leibowitz | Finalize certificate of no objection and proposed order to Sills Cummis retention application (.3); e-file certificate and upload proposed order (.2); | 0.50 |
| 01/31/2022 | R. Leibowitz | Revise Sills Cummis proposed retention order and re-upload same for entry (.2); correspondence with Sills Cummis and P. Jasper to confirm entry upon receipt of notice (.2); | 0.40 |
| 01/31/2022 | P. Jasper | Review revised proposed order re Sills Cummis retention application (.1); Emails to and from R. Leibowitz and L. Hammonds re same (.1); | 0.20 |
| **Total** | | | **52.40** |

**Services**
$29,255.50

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| E. Walker | Partner | 3.10 | 795.00 | 2,464.50 |
| S. Chenetz | Partner | 0.20 | 795.00 | 159.00 |
| P. Jasper | Sr Counsel | 23.00 | 795.00 | 18,285.00 |
| K. Allare | Associate | 4.00 | 595.00 | 2,380.00 |
| R. Leibowitz | Paralegal | 22.10 | 270.00 | 5,967.00 |
| **Total Services** | | **52.40** | | **$29,255.50** |

**Total Invoice Amount**
$29,255.50

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

# PERKINSCOIE

| | |
|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No.      6554240 |
| Attn: Paul Jasper | Matter No.      146559.0001.0016 |
| 505 Howard Street | Bill Date      February 14, 2022 |
| Suite 1000 | Due Date      Due Upon Receipt |
| San Francisco, CA 94105 | |

## INVOICE SUMMARY

**Re: 146559.0001.0016 / MPT Investigation**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Services | $20,365.00 |
| **Total Invoice Amount** | **$20,365.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: ████

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554240**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |



Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.


## Professional Services through 01/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 01/19/2022 | E. Walker | Review and revise draft discovery correspondence to MPT and Debtor (.3); | 0.30 |
| 01/19/2022 | K. Allare | Research lender liability issue (1.5); | 1.50 |
| 01/19/2022 | P. Jasper | Draft email to Debtors and MPT re investigation and informal discovery (.6); Collect background materials re lender liability cases (.2); Discussion and emails with K. Allare re same (.2); Draft preliminary discovery requests re MPT Investigation (1.3) | 2.30 |
| 01/20/2022 | K. Allare | Research lender liability in California (3.2); draft summary regarding same (.8) | 4.00 |
| 01/20/2022 | P. Jasper | Continue to draft document requests re MPT investigation (2.5); | 2.50 |
| 01/21/2022 | P. Jasper | Revise and finalize document requests related to MPT investgation (2.7); Review research re potential MPT clams (.2); | 2.90 |
| 01/24/2022 | P. Jasper | Preliminary review of MPT data room (.1); Emails to and from S. Gurvitz re same (.1); | 0.20 |
| 01/25/2022 | E. Walker | Telephone conference regarding next steps for document collection and review (.3); correspondence regarding same (.1); | 0.40 |
| 01/25/2022 | P. Jasper | Preliminary review of documents in MPT data room (.2) | 0.20 |
| 01/26/2022 | E. Walker | Telephone conference regarding strategy for collection and review of electronic information for investigation (.5); analysis and various follow up correspondence regarding same (1.0); telephone conference with co-counsel for strategy regarding same (.4); | 1.90 |
| 01/26/2022 | P. Jasper | Multiple dIscussion with S. Gurvitz re MPT document production and approach (1.0); Discussion with T. Baskin re technical issues for production and background (.2); | 1.20 |
| 01/27/2022 | P. Jasper | Review and comment on MPT's proposed confidentiality agreement (.8); Draft document review protocol re MPT producton and review documents and analysis re same (2.0); | 2.00 |
| 01/28/2022 | P. Jasper | Emails to and from S. Gurvitz re document production and confidentiality agreement (.4); Revise confidentiality agreement (1.0); Document review and analysis (.5); Continue to draft document review protocol (1.0) | 2.90 |
| 01/30/2022 | P. Jasper | Review MPT revised confidentiality agreement (.2); Review and analysis re MPT narrative response to information requests (1.0); | 1.20 |
| 01/31/2022 | E. Walker | Review MPT overview memo (.8); analysis and telephone conference regarding same and strategy for investigation (.9); | 1.70 |
| 01/31/2022 | P. Jasper | Review further MPT revisions to confidentiality agreement and discuss same with R. Smith (.1); Review documents produced by MPT (1.7); | 1.80 |
| **Total** | | | **27.00** |

**Services**
$20,365.00

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Walker | Partner | 4.30 | 795.00 | 3,418.50 |
| P. Jasper | Sr Counsel | 17.20 | 795.00 | 13,674.00 |
| K. Allare | Associate | 5.50 | 595.00 | 3,272.50 |
| **Total Services** | | **27.00** | | **$20,365.00** |

**Total Invoice Amount**
$20,365.00

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

# PERKINSCOIE

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6554241 |
| Attn: Paul Jasper | Matter No. | 146559.0001.ES16 |
| 505 Howard Street | Bill Date | February 14, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:  146559.0001.ES16 / MPT Investigation - ESS**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Services | $999.00 |
| Disbursements and Other Services | $30.00 |
| **Total Invoice Amount** | **$1,029.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: ▐▐▐▐▐

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554241**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ███████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 01/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 01/26/2022 | A. Baskin | Meeting with case team to discuss document collection and review strategy (.5); meeting with ESS team regarding same (.3); analysis of sharefile sites (.3); communication with case team regarding data sets (.3); | 1.40 |
| 01/26/2022 | R. Saghri | Download and validate data volume(.1); load documents to electronic discovery platform(.2); update appropriate tracking logs(.1); correspondence with P.Jasper regarding navigation of folder structure and DISCO training(.1); | 0.50 |
| 01/26/2022 | W. Roberts | Create electronic discovery database; | 0.70 |
| 01/27/2022 | R. Saghri | Conference call with P.Jasper regarding electronic discovery database training; | 1.00 |
| 01/31/2022 | R. Saghri | Correspondence with P.Jasper regarding document set(s) uploaded by MPT's counsel; | 0.10 |
| **Total** | | | **3.70** |

Services
$999.00

## Summary of Services through 01/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| A. Baskin | E-Discovery Services & Strategy | 1.40 | 270.00 | 378.00 |
| R. Saghri | E-Discovery Services & Strategy | 1.60 | 270.00 | 432.00 |
| W. Roberts | E-Discovery Services & Strategy | 0.70 | 270.00 | 189.00 |
| **Total Services** | | **3.70** | | **$999.00** |

## Disbursements and Other Detailed Services through 01/31/2022

| Description | Amount |
|-------------|--------|
| ESS - Database Hosting | 30.00 |
| **Total** | **$30.00** |

Total Disbursements and Other Services
$30.00

Total Invoice Amount
$1,029.00

*February 2022*

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

**PERKINSCOIE**

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6569108 |
| Attn: Paul Jasper | Matter No. | 146559.0001 |
| 505 Howard Street | Bill Date | March 10, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:   146559.0001 / Committee Representation Chapter 11**

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Disbursements and Other Services | $1,415.10 |
| **Total Invoice Amount** | **$1,415.10** |
| Previous Balance Due | $705.26 |
| **Total Due This Invoice** | **$2,120.36** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**

Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569108**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Disbursements and Other Detailed Services through 02/28/2022

| Description | Amount |
|---|---|
| Photocopies and printing | 16.50 |
| Computer research - Lexis/WestLaw | 1,398.60 |
| **Total** | **$1,415.10** |

**Total Disbursements and Other Services**
$1,415.10

**Total Invoice Amount**
$1,415.10

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

# PERKINSCOIE

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6569109 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0001 |
| 505 Howard Street | Bill Date | March 10, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:   146559.0001.0001 / Asset Analysis & Dispositions**

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Services | $58,591.50 |
| **Total Invoice Amount** | **$58,591.50** |
| | |
| Previous Balance Due | $46,348.50 |
| **Total Due This Invoice** | **$104,940.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569109**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 02/28/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 02/01/2022 | P. Jasper | Review and analysis of documents produced by Debtors and MPT re claims against ▓▓▓▓ (3.7); Discussion with B. Makovestskiy and A. Sherman re sale and Project APA issues (.3); Emails with J. Rosenthal re collecting emails re potential claims against ▓▓▓▓ (.3); Draft email to Pachulski re extension of deadline to object to sale and review sale and bid procedures motion re same (.4). | 4.40 |
| 02/02/2022 | P. Jasper | Call from S. Golden re Med Host objection to assumption and assignment, sale transaction objection deadline, assets, and related issues (.9); Discussion with S. Gurvitz re sale deadline and Project (.3); Discussion with J. Rosenthal and Pachulski re history relevant to claims against ▓▓▓▓ 1.0); | 2.30 |
| 02/03/2022 | P. Jasper | Review documents from Debtors re facts related to potential claims against ▓▓▓▓ (2.0); Draft email to M. Sachs re ▓▓▓▓ (.3); Discussion with B. Makovetskiy re strategic issues re sale and pursuit of claims against ▓▓▓▓ (.2); Discussion with J. Rosenthal re issues related to Project bid, potential amendments needed and other outstanding concerns re same (1.0); | 3.50 |
| 02/04/2022 | P. Jasper | Discussion with J. Rosenthal re Project issues and strategy re sale and amended APA (1.0); Review and analysis re documents produced by Debtor re ▓▓▓▓ (2.2); | 3.00 |
| 02/07/2022 | P. Jasper | Review and analysis re schedules (.6); Email to J. Rosenthal, N. Rubin and S. Golden re same (.2); Review documents produced by Debtors re ▓▓▓▓ (.6); Draft background fact summary based on information gathered to date re potential claims against ▓▓▓▓ (3.0); | 4.40 |
| 02/08/2022 | E. Walker | Correspondence regarding status of sale process and strategy for regulatory review; | 0.30 |
| 02/08/2022 | P. Jasper | Emails with S. Golden and T. Baskin re format for Debtor document production (.3); Discussion with T. Baskin re Debtor document production (.2) Discussion with K. Allare re background facts re potential claims against ▓▓▓▓ (.1); Collect and email to K. Allare documents re same (.1); Emails and discussions with N. Rubin re value of unencumbered assets (.8); Discussion with S. Golden re value of unencumbered assets, assets being acquired by District, and NOLs (.4); Discussion with J. Rosenthal re same and re sale process (.2); Draft document review protocol re ▓▓▓▓ claims investigation (1.4); Draft background fact summary based on information gathered to date re potential cla▓▓▓▓ (1.6); Draft document review proto▓▓▓▓ (.6); | 5.70 |
| 02/09/2022 | S. Chenetz | Review CDHCS objection to sale and assumption and assignment of agreement; | 0.30 |
| 02/09/2022 | P. Jasper | Discussion with B. Mankovitskiy re sale issues (.1); Discussion with E. Walker re strategic issues re sale, claims analysis, memo for Committee, and most cost-effective way to handle document review (.9); Review | 5.00 |



| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| | | documents produced by Debtors re ███████████████ (4.0); | |
| 02/10/2022 | P. Jasper | Review and analysis of emails and documents produced by J. Rosenthal and Debtors re claims against ███████████████ (5.2); Discussion with S. Golden re narrative and value of unencumbered assets (.2); | 5.40 |
| 02/11/2022 | P. Jasper | Review and analysis re emails produced by Debtor re third party claims and other potential assets (1.5); Research and analysis re potential commercial tort claims (.3) | 1.80 |
| 02/13/2022 | P. Jasper | Draft memo to Committee re recommendations re term sheet (.5); | 0.50 |
| 02/14/2022 | E. Walker | Review treatment of torts under purchase agreement (.5); correspondence regarding same (.4); telephone conference regarding strategy for sale negotiations (.3); | 1.20 |
| 02/14/2022 | P. Jasper | Discussion with B. Mankovetskiy and L. Hammonds re sale issues, excluded assets, term sheet and analysis for Committee (.6); Review and analysis of APA and sale issues (1.0); Follow up discussion with B. Makovestkiy re APA issues (.2); Review bidding procedures order and related correspondence re status of conditions to qualifying (.4); Discussion with S. Golden re sale issues (.6); Draft proposed revisions to APA (1.2); Review letter from Project re Qualifying Bid and satisfaction of milestones and review bidding procedures re same (.8); Review Tenor Health bid and emails to and from S. Golden re same (.3) Discussion with S. Golden re Tenor Health Bid and next steps in bidding process (.4); | 5.50 |
| 02/15/2022 | E. Walker | Review revised APA and potential antitrust claims; | 0.50 |
| 02/15/2022 | P. Jasper | Discussion with J. Rosenthal re sale issues (.6); Discussion with A. Sherman re same (.3); Call to E. King re ███████████████ (.1); Draft analysis re term sheet and review documents and evidence re same (4.0); Review and analysis of APA and excluded assets (1.8); Drafting multiple rounds of revisions to APA and negotiations with Rosenthal and S. Golden re same (1.0); | 7.80 |
| 02/16/2022 | P. Jasper | Discussion with S. Golden re APA and related sale issues (.7); Review and analysis re revised APA language (.3); Review proposed additions to sale order re records access (.2); Discussion with L. Hammonds re sale order and commitee meeting (.2); Review of email from, and discussion with, S. Gurvitz re sale motion (.3); Call to J. Smith re background facts re 2019 transaction (.1); Discussion with Bartko Zankel, S. Golden and J. Rosenthal re APA excluded claims (1.1); Post-call discussion with B. Makovetskiy re same and re Committee call agenda (.2); | 3.10 |
| 02/16/2022 | P. Jasper | Draft analysis for Committee re Option versus Objection. | 5.00 |
| 02/17/2022 | P. Jasper | Continue to draft analysis for Committee re Option versus Objection (.7); Review and analysis of amendments to APA and schedules (1.5); Review DIP budget, APA, and analysis re Excluded Cash sources (1.0); Emails to and from J. Rosenthal re same (.2); Discussion with B. Mankovetskiy re same (.1); Review further revisions to APA amendment and schedule (.3); Discuss same with S. Golden (.1); | 3.90 |

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 02/18/2022 | P. Jasper | Discussion with S. Golden re impact of amendments to sale on treatment of employee benefits and claims (.3); Draft email to MPT, Debtors and Force 10 re Committee support for sale and exercise of option (.3); Discussion with A. Sherman re next steps post-sale (.3); | 0.90 |
| 02/21/2022 | P. Jasper | Discussion with N. Rubin re avoidance actions analysis, claims objections, tort claims, and related strategic issues. | 1.00 |
| 02/21/2022 | P. Jasper | Review schedules and notices re assumed contracts and analysis re claims pool (1.2); | 1.20 |
| 02/22/2022 | P. Jasper | Call with MPT, Debtors counsel, and Force 10 re sale hearing, term sheet, plan, claims objections, pursuit of claims, and related issues (1.0); Analysis re same (.5); Review Project declaration of M. Hallin support of sale (.4); Review and consider notice of hearing agenda and treatment of objections (.3); Prepare for sale hearing (1.0); Draft Committee statement in support of sale (3.8); | 7.00 |
| **Total** | | | **73.70** |

Services
$58,591.50

## Summary of Services through 02/28/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| E. Walker | Partner | 2.00 | 795.00 | 1,590.00 |
| S. Chenetz | Partner | 0.30 | 795.00 | 238.50 |
| P. Jasper | Sr Counsel | 71.40 | 795.00 | 56,763.00 |
| **Total Services** | | **73.70** | | **$58,591.50** |

Total Invoice Amount
$58,591.50

1201 Third Avenue, Suite 4900    Email: clientacct@perkinscoie.com

Seattle, Washington 98101    Accounting: 206.359.3143

Phone: 206.359.8000    Fax: 206.359.9000

# PERKINSCOIE

Watsonville Hospital Official Committee of Unsecured Creditors
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6569110 |
| Matter No. | 146559.0001.0004 |
| Bill Date | March 10, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:  146559.0001.0004 / Case Administration**

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Services | $7,957.00 |
| **Total Invoice Amount** | **$7,957.00** |
| Previous Balance Due | $28,817.00 |
| **Total Due This Invoice** | **$36,774.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569110**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ███████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 02/28/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 02/01/2022 | R. Leibowitz | Pull regional and national U.S. Trustee Disclosure Guidelines and Westlaw Practice Note regarding bankruptcy rule 2019, per H. Rutledge's request (.6); further review of Chapter 11 Case Administration Manual and send pertinent portion to H. Rutledge (.8); | 1.40 |
| 02/01/2022 | H. Varner | Research Bankruptcy Rule 2019 and requirements for disclosures pursuant to same (0.8); discuss same with P. Jasper (0.2); draft email for committee members regarding Rule 2019 disclosure and information needed for same (0.6); | 1.60 |
| 02/02/2022 | P. Jasper | Review, revise, comment on, and circulate notes re 341 meeting (.3); | 0.30 |
| 02/02/2022 | H. Varner | Attend 341 meeting of creditors (1.1); draft and finalize notes related to same (0.4); | 1.50 |
| 02/07/2022 | P. Jasper | Review filings (.2); | 0.20 |
| 02/09/2022 | E. Walker | Telephone conference regarding case status, MPT investigation, sale and related issues; | 0.60 |
| 02/14/2022 | R. Leibowitz | Update calendar to reflect ZoomGov link and include agenda for status hearing set for February 15, 2022; | 0.20 |
| 02/14/2022 | P. Jasper | Discussion with E. Walker re case administration issues (.2); | 0.20 |
| 02/15/2022 | R. Leibowitz | Address billing question for Debtor's budgetary purposes from P. Jasper (.2); review omnibus hearing notice and calendar same (.3); | 0.50 |
| 02/18/2022 | P. Jasper | Draft Rule 2019 disclosure (.2); Emails with Debtors, Force 10 and MPT about next steps and election re term sheet option (.2); Analysis re same (.2); | 0.60 |
| 02/21/2022 | P. Jasper | Review filings and docket, general case administration, and analysis re strategic issues (1.8); | 1.80 |
| 02/22/2022 | R. Leibowitz | Conferences with P. Jasper regarding Committee Statement in Support of Sale Motion to be filed and complete formatting revisions to same (.8); revise same to incorporate proposed changes from A. Sherman, and send to P. Jasper for circulation to Committee (.4); serve same via email upon notice parties and update hearing binder to include same (.2); | 1.40 |
| 02/23/2022 | P. Jasper | Review filings (.2); Review and comment on Health Trust Workforce Solutions contribution to 2019 Disclosure (.3); Review bar date order re same (.1); Review Sills Cummis monthly statement, and Bartko statement, and emails to R. Leibowitz and G. Kopacz re proposed changes and preparation for filing (.3); Updating files and case administration (1.5); Analysis re next steps (.3); Call to N. Rubin re administrative claims bar date and claims issues (.1) Analysis re same (.2); | 2.70 |
| 02/24/2022 | P. Jasper | Review filings and docket (.1); | 0.10 |
| **Total** | | | **13.10** |

**Services**
$7,957.00

## Summary of Services through 02/28/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Walker | Partner | 0.60 | 795.00 | 477.00 |
| P. Jasper | Sr Counsel | 5.90 | 795.00 | 4,690.50 |
| H. Varner | Associate | 3.10 | 595.00 | 1,844.50 |
| R. Leibowitz | Paralegal | 3.50 | 270.00 | 945.00 |
| **Total Services** | | **13.10** | | **$7,957.00** |

**Total Invoice Amount**
$7,957.00

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

PERKINSCOIE

| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6569111 |
|---|---|---|
| Attn: Paul Jasper | Matter No. | 146559.0001.0006 |
| 505 Howard Street | Bill Date | March 10, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:  146559.0001.0006 / Claims Administration & Objections**

For Professional Services rendered through February 28, 2022

| Services | $874.50 |
|---|---|
| **Total Invoice Amount** | **$874.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency

Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569111**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 02/28/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 02/20/2022 | P. Jasper | Review Owens and Minor 503(b)(9) motion, related correspondence, and proposed stipulation and emails and comment on same. | 0.80 |
| 02/23/2022 | P. Jasper | Call to N. Rubin re administrative claims bar date and claims issues (.1) Analysis re same (.2); | 0.30 |
| **Total** | | | **1.10** |

Services
$874.50

## Summary of Services through 02/28/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 1.10 | 795.00 | 874.50 |
| **Total Services** | | **1.10** | | **$874.50** |

Total Invoice Amount
$874.50

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

PERKINSCOIE

Watsonville Hospital Official Committee of Unsecured Creditors
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6569112 |
| Matter No. | 146559.0001.0007 |
| Bill Date | March 10, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:   146559.0001.0007 / Committee Meetings & Communications**

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Services | $5,892.00 |
| **Total Invoice Amount** | **$5,892.00** |
| Previous Balance Due | $9,915.00 |
| **Total Due This Invoice** | **$15,807.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569112**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 02/28/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/01/2022 | P. Jasper | Discussion with B. Makovestskiy and A. Sherman re MedHost potential resignation as chair and how to handle potential recusals re same (.2); . | 0.20 |
| 02/06/2022 | P. Jasper | Email to Committee re status of diligence, confidentiality agreement, and related issues (.2); | 0.20 |
| 02/14/2022 | P. Jasper | Draft email to Committee with analysis re qualifying bids and sale process, lien challenge review, and analysis re affirmative claims (.9); | 0.90 |
| 02/17/2022 | R. Leibowitz | Review notes from January 13, 2022 Committee meeting and prepare draft minutes for P. Jasper's review; | 0.80 |
| 02/17/2022 | P. Jasper | Review pleadings, communications, and memoranda and draft outline in preparation for presentaiton to Committee re sale and term sheet option (3.0); | 3.00 |
| 02/18/2022 | R. Leibowitz | Prepare for (.3) and attend Committee meeting and keep minutes (.7); | 1.00 |
| 02/18/2022 | P. Jasper | Meeting with Committee to discuss sale and term sheet option (.7); Review materials and prepare for Committee meeting (1.3); | 2.00 |
| 02/22/2022 | P. Jasper | Draft email to Committee re statement in support of sale (.1); | 0.10 |
| 02/28/2022 | P. Jasper | Email to Committee re 2019 Disclosure (.1); Emails to and from B. Anderson, M. Posner and D. Willhoite re same (.3); | 0.40 |
| **Total** | | | **8.60** |

Services
$5,892.00

## Summary of Services through 02/28/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| P. Jasper | Sr Counsel | 6.80 | 795.00 | 5,406.00 |
| R. Leibowitz | Paralegal | 1.80 | 270.00 | 486.00 |
| **Total Services** | | **8.60** | | **$5,892.00** |

**Total Invoice Amount**
$5,892.00

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

PERKINSCOIE

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6569113 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0008 |
| 505 Howard Street | Bill Date | March 10, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

### INVOICE SUMMARY

**Re:   146559.0001.0008 / Communication with Creditor Constituents**

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Services | $715.50 |
| **Total Invoice Amount** | **$715.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569113**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 02/28/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 02/08/2022 | P. Jasper | Discussion with E. King in response to voicemail (.3) Discussion and emails with A. Sherman re same (.1); | 0.40 |
| 02/24/2022 | P. Jasper | Review email and discussion with D. Ukestad re creditor inquiry, schedules, bar date and related issues (.4); Review schedules re same (.1); | 0.50 |
| **Total** | | | **0.90** |

Services
$715.50

## Summary of Services through 02/28/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 0.90 | 795.00 | 715.50 |
| **Total Services** | | **0.90** | | **$715.50** |

Total Invoice Amount
$715.50

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

PERKINSCOIe

| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6569114 |
|---|---|---|
| Attn: Paul Jasper | Matter No. | 146559.0001.0011 |
| 505 Howard Street | Bill Date | March 10, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

### INVOICE SUMMARY

**Re:   146559.0001.0011 / Hearings**

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Services | $1,329.00 |
| **Total Invoice Amount** | **$1,329.00** |
| Previous Balance Due | $1,908.00 |
| **Total Due This Invoice** | **$3,237.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569114**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 02/28/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 02/15/2022 | P. Jasper | Attend status conference hearing (.1) | 0.10 |
| 02/22/2022 | R. Leibowitz | Review Debtor's hearing agenda for February 23 hearing on Sale Motion, download pleadings, compile hearing binder, and update calendar to reflect ZoomGov link and e-binder; | 0.80 |
| 02/23/2022 | P. Jasper | Prepare for and attend hearing on sale hearing (1.2) Review second amended notice of agenda (.1); | 1.30 |
| **Total** | | | **2.20** |

**Services**
$1,329.00

## Summary of Services through 02/28/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|------------|--------------|
| P. Jasper | Sr Counsel | 1.40 | 795.00 | 1,113.00 |
| R. Leibowitz | Paralegal | 0.80 | 270.00 | 216.00 |
| **Total Services** | | **2.20** | | **$1,329.00** |

**Total Invoice Amount**
$1,329.00

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

PERKINSCOIE

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6569116 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0012 |
| 505 Howard Street | Bill Date | March 10, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re: 146559.0001.0012 / Lien Review**

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Services | $12,640.50 |
| **Total Invoice Amount** | **$12,640.50** |
| | |
| Previous Balance Due | $48,415.50 |
| **Total Due This Invoice** | **$61,056.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569116**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 02/28/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 02/01/2022 | D. Gold | Draft lien review memo; | 6.20 |
| 02/07/2022 | P. Jasper | Review and revise memo on lien review (1.0); | 1.00 |
| 02/08/2022 | E. Walker | Review draft lien review memo and make comments and revisions to same (1.7); follow up correspondence regarding same (.2). | 1.90 |
| 02/08/2022 | D. Gold | Revise lien review memo with additional information (.5); email to A. Sherman and B. Mankovetskiy (.1); | 0.60 |
| 02/08/2022 | P. Jasper | Review additional revisions to lien review memo and emails to and from E. Walker and D. Gold re same (.2); | 0.20 |
| 02/11/2022 | D. Gold | Review bankruptcy pleadings relating to cash management system; | 1.20 |
| 02/12/2022 | D. Gold | Review bankruptcy pleadings and the debtor's letter regarding certain of its assets (2.1); revise lien review memo to incorporate same (.8); | 2.90 |
| 02/13/2022 | P. Jasper | Review and analysis re lien review and interaction with APA excluded assets and term sheet (1.0); | 1.00 |
| 02/14/2022 | D. Gold | Telephone conference with P. Jasper regarding lien review; | 0.20 |
| 02/14/2022 | P. Jasper | Dsicusison with D. Gold re lien review issues (.2); Revise lien review memo (.5); | 0.70 |
| **Total** | | | **15.90** |

Services
$12,640.50

## Summary of Services through 02/28/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| D. Gold | Partner | 11.10 | 795.00 | 8,824.50 |
| E. Walker | Partner | 1.90 | 795.00 | 1,510.50 |
| P. Jasper | Sr Counsel | 2.90 | 795.00 | 2,305.50 |
| **Total Services** | | **15.90** | | **$12,640.50** |

Total Invoice Amount
$12,640.50

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000



Watsonville Hospital Official Committee of Unsecured Creditors
Attn:  Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6569117 |
| Matter No. | 146559.0001.0015 |
| Bill Date | March 10, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:   146559.0001.0015 / Retention & Fee Applications**

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Services | $4,518.00 |
| **Total Invoice Amount** | **$4,518.00** |
| Previous Balance Due | $29,869.00 |
| **Total Due This Invoice** | **$34,387.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569117**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ███████████<br>███████████<br>███████████<br>███████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use,
and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or
proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 02/28/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 02/07/2022 | E. Walker | Review exhibits for monthly fee statement (.5); correspondence regarding same (.2); | 0.70 |
| 02/14/2022 | E. Walker | Review draft invoices for first monthly fee statement (.7); correspondence regarding same (.1); | 0.80 |
| 02/16/2022 | R. Leibowitz | Review invoices for additional redactions (1.3); prepare draft first monthly fee statement for Perkins Coie (.8); compile charts showing billing by category, billing by timekeeper, and expenses by category, apply redactions to invoices, and prepare finalized exhibits to first fee statement (1.4); prepare certificate of service for Perkins Coie and Sills Cummis fee statements (.4); compose detailed correspondence to P. Jasper and submit same for review (.4); | 4.30 |
| 02/18/2022 | P. Jasper | Review interim compensation procedures order (.2); Review invoices for redactions (.6); Revise monthly statement (.2) Email to R. Leibowitz re revisions to same (.2); | 1.20 |
| 02/22/2022 | R. Leibowitz | Revise Perkins Coie First Monthly Fee Statement and certificate of service per P. Jasper's instructions (1.8); finalize and file same, serve stamped copy via email upon notice parties and arrange for service via U.S. Mail upon mail service parties (.3); | 2.10 |
| 02/22/2022 | P. Jasper | Review and finalize monthly statement filing (.2); Discussion with A. Sherman re Sills Cummis monthly statement filing (.1); | 0.30 |
| 02/23/2022 | R. Leibowitz | Add "submitted" line to signature block on Sills Cummis fee application and finalize same for filing (.4); prepare certificate of service (.5); file and serve same via email and arrange for service on parties to receive same via US mail (.6); | 1.50 |
| **Total** | | | **10.90** |

Services
$4,518.00

## Summary of Services through 02/28/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| E. Walker | Partner | 1.50 | 795.00 | 1,192.50 |
| P. Jasper | Sr Counsel | 1.50 | 795.00 | 1,192.50 |
| R. Leibowitz | Paralegal | 7.90 | 270.00 | 2,133.00 |
| **Total Services** | | **10.90** | | **$4,518.00** |

**Total Invoice Amount**
$4,518.00

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

# PERKINSCOIE

Watsonville Hospital Official Committee of Unsecured Creditors
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6569118 |
| Matter No. | 146559.0001.0016 |
| Bill Date | March 10, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:   146559.0001.0016 / MPT Investigation**

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Services | $34,530.50 |
| **Total Invoice Amount** | **$34,530.50** |
| Previous Balance Due | $20,365.00 |
| **Total Due This Invoice** | **$54,895.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569118**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ████████████<br>████████<br>██████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 02/28/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 02/01/2022 | P. Jasper | Emails to and from J. Rosenthal re review of letter from S. Gurvitz (.3) | 0.30 |
| 02/01/2022 | P. Jasper | Review and analysis of documents produced by Debtors and MPT re potential claims against MPT (1.7); | 1.70 |
| 02/02/2022 | P. Jasper | Discussion with S. Gurvitz re document requests process and background facts(.6); Review letters and email to B. Mankovitskiy re Callahan &Blaine assertions (.3); Discussion with J. Rosenthal and Pachulski re S. Gurvitz letter outlining MPT's positions (1.0); | 1.90 |
| 02/03/2022 | P. Jasper | Draft letter to KTBS re additional requests to MPT (1.0); | 1.00 |
| 02/03/2022 | P. Jasper | Review documents from Debtors re facts related to potential claims against MPT(.4); | 0.40 |
| 02/04/2022 | P. Jasper | Draft letter to S. Gurvitz re follow up requests (2.0); Email to M. Sachs re investigation of alleged claims against MPT (.2) | 2.20 |
| 02/04/2022 | P. Jasper | Review and analysis re documents produced by Debtor re potential claims against MPT (.6); | 0.60 |
| 02/06/2022 | P. Jasper | Continue to draft letter to S. Gurvitz re second set of document and information requests and review documents re same (2.4); | 2.40 |
| 02/07/2022 | P. Jasper | Review research re lender liability (.2); Draft background fact summary based on information gathered to date re potential claims against MPT (1.5); Review documents produced by Debtors re MPT (.3) | 2.00 |
| 02/08/2022 | K. Allare | Call with P. Jasper regarding document review, case status (.3); review Force 10 report (.7); | 1.00 |
| 02/08/2022 | P. Jasper | Discussion with K. Allare re review of KTBS-produced emails (.2); Draft document review protocol re MPT investigation (.3); Continue drafting background fact summary based on information gathered to date re potential claims against MPT (.8); Review documents produced by Debtors re MPT (.3) | 1.60 |
| 02/09/2022 | K. Allare | Call with P. Jasper regarding document review (.2); review document review protocol memo (1.2); call with R. Saghri regarding DISCO (.5); review KTBS emails (2.4); | 4.30 |
| 02/09/2022 | P. Jasper | Discussion with B. Mankovitskiy re coordinating complementary sections of analysis re MPT investigation for Committtee (.4); Discussion and emails with K. Allare re document review re emails produced by KTBS (.2); Discussion and emails with S. Gurvitz re MPT production and E. King confidentiality obligations (.2); Review documents produced by Debtors re MPT claims (2.0); | 2.80 |
| 02/10/2022 | K. Allare | Review KTBS emails (2.5); call with P. Jasper regarding memo (.5); work on same (1.0); | 4.00 |
| 02/10/2022 | P. Jasper | Review and analysis of emails and documents produced by J. Rosenthal | 2.60 |



| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| | | and Debtors re claims against MPT (2.6); | |
| 02/11/2022 | K. Allare | Review hot documents supporting lender liability theory (1.8); draft memo regarding MPT claims (.6); | 2.40 |
| 02/11/2022 | P. Jasper | Review emails produced by MPT re ▇▇▇▇ (1.6); Emails to and from S. Gurvitz re same (.1); Discussion with R. Saghri re same (.2); | 2.00 |
| 02/12/2022 | K. Allare | Draft memo regarding MPT claims analysis (1.2); additional research regarding lender liability under California law (1.8); format, prepare memo (.6) | 3.60 |
| 02/13/2022 | K. Allare | Compile documents cited in memo for P. Jasper review (.8); correspondence regarding damages issue (.4); | 1.20 |
| 02/13/2022 | P. Jasper | Review emails produced by MPT re ▇▇▇▇ 1.5); Review and analyze letter from S. Golden responding to Committee requests for documents and information (.3); Review and comment on memo to Committee re potential lender liability claims (.3); | 2.20 |
| 02/14/2022 | E. Walker | Telephone conference regarding status of MPT investigation and preliminary conclusions; | 0.50 |
| 02/15/2022 | K. Allare | Call with P. Jasper regarding revisions to memo (.3); research and revisions regarding same (2.1); | 2.40 |
| 02/16/2022 | K. Allare | Analyze additional documents, emails regarding CNH financing proposals, MPT governance changes (1.6); research regarding burden of proof on fiduciary duty analysis (.8); research re elements of negligence / breach of fiduciary duty (.8); draft, revise memo sections (1.3); | 4.50 |
| 02/17/2022 | K. Allare | Finalize MPT claims memo (.9); compile appendix for same (1.2); call with P. Jasper (.2) | 2.30 |
| **Total** | | | **49.90** |

Services
$34,530.50

## Summary of Services through 02/28/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Walker | Partner | 0.50 | 795.00 | 397.50 |
| P. Jasper | Sr Counsel | 23.70 | 795.00 | 18,841.50 |
| K. Allare | Associate | 25.70 | 595.00 | 15,291.50 |
| **Total Services** | | **49.90** | | **$34,530.50** |

Total Invoice Amount
$34,530.50

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

# PERKINSCOIe

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6569119 |
| Attn: Paul Jasper | Matter No. | 146559.0001.ES16 |
| 505 Howard Street | Bill Date | March 10, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:  146559.0001.ES16 / MPT Investigation - ESS**

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Services | $972.00 |
| Disbursements and Other Services | $31.26 |
| **Total Invoice Amount** | **$1,003.26** |
| Previous Balance Due | $1,029.00 |
| **Total Due This Invoice** | **$2,032.26** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569119**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | ███████████ |
| **Attn: Client Accounting** | ███████████ |
| **PO Box 24643** | ███████████ |
| **Seattle, WA 98124-0643** | ███████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 02/28/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|----------------------|-------|
| 02/01/2022 | R. Saghri | Correspondence with P.Jasper regarding collection format and processing specifications for data volumes received from MPT's counsel(.2); load documents to electronic discovery platform(.2); update appropriate tracking logs(.1); validate data load(.); | 0.60 |
| 02/02/2022 | R. Saghri | Correspondence with P.Jasper regarding documents received from MPT's counsel; | 0.10 |
| 02/08/2022 | A. Baskin | Communication with case team regarding review strategy (.4); coordinate download and processing of data production (.7); communication with case team regarding same (.2) | 1.30 |
| 02/09/2022 | R. Saghri | Conference with K. Allare regarding electronic discovery database training and Rosenthal emails from KTBS for review(.6); conference with P. Jasper regarding discovery review and database training(.4) | 1.00 |
| 02/10/2022 | R. Saghri | Telephone conference with P. Jasper regarding bulk coding documents in electronic discovery database; | 0.10 |
| 02/11/2022 | R. Saghri | Telephone conference with P. Jasper regarding email data from MPT's counsel; load documents to electronic discovery platform; update appropriate tracking logs; validate data load; | 0.50 |
| **Total** | | | **3.60** |

Services
$972.00

## Summary of Services through 02/28/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|-------------|---------------|
| A. Baskin | E-Discovery Services & Strategy | 1.30 | 270.00 | 351.00 |
| R. Saghri | E-Discovery Services & Strategy | 2.30 | 270.00 | 621.00 |
| **Total Services** | | **3.60** | | **$972.00** |

## Disbursements and Other Detailed Services through 02/28/2022

| Description | Amount |
|------------|--------|
| ESS - Database Hosting | 31.26 |
| **Total** | **$31.26** |

Total Disbursements and Other Services
$31.26

Total Invoice Amount
$1,003.26

*March 2022*

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

**PERKINS COIE**

| | |
|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | |
| Attn: Paul Jasper | |
| 505 Howard Street | |
| Suite 1000 | |
| San Francisco, CA 94105 | |

| | |
|---|---|
| Invoice No. | 6587268 |
| Matter No. | 146559.0001 |
| Bill Date | April 11, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:   146559.0001 / Committee Representation Chapter 11**

For Professional Services rendered through March 31, 2022

| | |
|---|---|
| Disbursements and Other Services | $61.34 |
| **Total Invoice Amount** | **$61.34** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6587268**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** |  |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Disbursements and Other Detailed Services through 03/31/2022

| Description | Amount |
|---|---:|
| Photocopies and printing | 17.60 |
| Special postage | 12.48 |
| ESS - Database Hosting | 31.26 |
| **Total** | **$61.34** |

**Total Disbursements and Other Services**
$61.34

**Total Invoice Amount**
$61.34

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

# PERKINS COIE

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6587269 |
| Attn:  Paul Jasper | Matter No. | 146559.0001.0001 |
| 505 Howard Street | Bill Date | April 11, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:   146559.0001.0001 / Asset Analysis & Dispositions**

For Professional Services rendered through March 31, 2022

| | |
|---|---|
| Services | $3,100.50 |
| **Total Invoice Amount** | **$3,100.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6587269**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** **Attn: Client Accounting** **PO Box 24643** **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 03/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 03/07/2022 | P. Jasper | Discussion with J. Rosenthal re status of sale and budgeting to create value for liquidating trust post-closing | 0.10 |
| 03/10/2022 | P. Jasper | Discussion with N. Rubin re D&O insurance extension and claims analysis (.4); | 0.40 |
| 03/21/2022 | P. Jasper | Emails to and from Force 10 and Pachulski re D&O insurance extension (.2); Discussion with A. Sherman re same (.1); Review and analysis of D&O policy scope, limits, and related issues (.5); | 0.80 |
| 03/22/2022 | P. Jasper | Review status report re assumption and assignment of MEDHOST contracts. | 0.20 |
| 03/23/2022 | P. Jasper | Review letter and email response between S. Golden and T. Forrester re Medhost status report and related issues (.3); Discussion with A. Sherman re same (.1); Discussion with S. Golden re same, timing of assumption and assignment decisions, and status of Project funding and closing progress (.4); | 0.80 |
| 03/29/2022 | P. Jasper | Review sale order and APA re treatment of budget, administrative expenses and professional fees (.2); Discussion with N. Rubin re closing issues and stratgic issues re same (.6); Analysis re same (.3); | 1.10 |
| 03/31/2022 | P. Jasper | Discussion with N. Rubin re sale and closing issues and concerns (.5); | 0.50 |
| **Total** | | | **3.90** |

Services
$3,100.50

## Summary of Services through 03/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|-------------|------------|---------------|
| P. Jasper | Sr Counsel | 3.90 | 795.00 | 3,100.50 |
| **Total Services** | | **3.90** | | **$3,100.50** |

Total Invoice Amount
$3,100.50

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

PERKINSCOIE

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6587270 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0003 |
| 505 Howard Street | Bill Date | April 11, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:   146559.0001.0003 / Business Operations**

For Professional Services rendered through March 31, 2022

| | |
|---|---|
| Services | $159.00 |
| **Total Invoice Amount** | **$159.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6587270**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 03/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 03/11/2022 | P. Jasper | Review report of Patient Ombudsman (.2); | 0.20 |
| **Total** | | | **0.20** |

Services
$159.00

## Summary of Services through 03/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 0.20 | 795.00 | 159.00 |
| **Total Services** | | **0.20** | | **$159.00** |

Total Invoice Amount
$159.00

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000

Email: clientacct@perkinscoie.com
Accounting: 206.359.3143
Fax: 206.359.9000

**PERKINS COIE**

Watsonville Hospital Official Committee of Unsecured Creditors
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6587271 |
| Matter No. | 146559.0001.0004 |
| Bill Date | April 11, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re: 146559.0001.0004 / Case Administration**

For Professional Services rendered through March 31, 2022

| | |
|---|---|
| Services | $1,227.00 |
| **Total Invoice Amount** | **$1,227.00** |
| | |
| Previous Balance Due | $5,241.24 |
| **Total Due This Invoice** | **$6,468.24** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6587271**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** **Attn: Client Accounting** **PO Box 24643** **Seattle, WA 98124-0643** | ███████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 03/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|----------------------|------------------------|-------|
| 03/04/2022 | P. Jasper | Review motion to extend deadline to remove state actions, docket and other filings (.1) | 0.20 |
| 03/11/2022 | P. Jasper | Follow up on emails to C. Bennett re Rule 2019 disclosure | 0.10 |
| 03/16/2022 | P. Jasper | Review and finalize Rule 2019 Disclosure for filing. Review filings and served pleadings (.1); | 0.20 |
| 03/17/2022 | R. Leibowitz | Finalize and file Committee Statement Pursuant to Rule 2019 and Second Monthly Fee Statement of Perkins Coie (.4); download stamped copies and circulate to notice parties (.2); prepare amended coversheet to Second Fee Statement in order to correct objection deadline and file same (.4); prepare certificate of service (.6); | 1.60 |
| 03/18/2022 | P. Jasper | Review filings. | 0.20 |
| 03/21/2022 | P. Jasper | Discussion with A. Sherman re allocation of tasks and review email from A. Sherman to Committee re plan exclusivity (.1); | 0.10 |
| 03/25/2022 | P. Jasper | Review docket, filings and related emails. | 0.20 |
| **Total** | | | **2.60** |

**Services**
$1,227.00

## Summary of Services through 03/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 1.00 | 795.00 | 795.00 |
| R. Leibowitz | Paralegal | 1.60 | 270.00 | 432.00 |
| **Total Services** | | **2.60** | | **$1,227.00** |

**Total Invoice Amount**
$1,227.00

1201 Third Avenue, Suite 4900     Email: clientacct@perkinscoie.com

Seattle, Washington 98101     Accounting: 206.359.3143

Phone: 206.359.8000     Fax: 206.359.9000

# PERKINS COIE

| | |
|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No.    6587272 |
| Attn: Paul Jasper | Matter No.    146559.0001.0006 |
| 505 Howard Street | Bill Date    April 11, 2022 |
| Suite 1000 | Due Date    Due Upon Receipt |
| San Francisco, CA 94105 | |

## INVOICE SUMMARY

**Re:    146559.0001.0006 / Claims Administration & Objections**

For Professional Services rendered through March 31, 2022

| | |
|---|---|
| Services | $6,837.00 |
| **Total Invoice Amount** | **$6,837.00** |
| | |
| Previous Balance Due | $874.50 |
| **Total Due This Invoice** | **$7,711.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6587272**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 03/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 03/04/2022 | P. Jasper | Discussion with S. Golden re CNH claims and liens, potential admnistrative bar date and related claims issues (.7) Analysis and email to D. Gold re CNH lien perfection review (.2). | 0.90 |
| 03/07/2022 | P. Jasper | Discussion with J. Rosenthal re CNH claim and stipulation (.2); Analysis and email to A. Sherman re same (.2); | 0.40 |
| 03/08/2022 | P. Jasper | Emails re estimated fees and CNH stipulation (.1); | 0.10 |
| 03/14/2022 | P. Jasper | Review and comment on draft stipulation with CNH and review pleadings and emails re same (1.3); Review CNH loan and security documents re same (.5); Emails to and from D. Gold and Sills Cummis re same (.1); | 1.90 |
| 03/15/2022 | P. Jasper | Email to S. Golden re comments on CNH stipulation (.1); Discussion with B. Mankovitskiy re same (.1); Review prior emails and incorporate committee claim descriptions into 2019 disclosure (.5); Circulate final 2019 disclosure to Committee for final review (.1); | 0.80 |
| 03/16/2022 | P. Jasper | Review revised stipulation re CNH (.2); | 0.20 |
| 03/17/2022 | P. Jasper | Review and analysis of CNH security and related agreements re CNH stipulation (.4); Discussion with S. Golden re CNH stipulation and source of payments to confirm compliance with order, status hearing, and MedHost talks (.5); | 0.90 |
| 03/21/2022 | P. Jasper | Review CNH stipulation, DIP order, and underlying CNH loan documents and analysis re same (.7); Call and emails to S. Golden re same (.2) | 0.90 |
| 03/22/2022 | P. Jasper | Review email from S. Golden re basis for CNH draws and reserves (.1); | 0.10 |
| 03/31/2022 | P. Jasper | Draft email to Committee explaining background, purpose and recommendation as to CNH Stipulation (.5) Review and response to emails from Committee members re same (.1) | 0.60 |
| 03/31/2022 | P. Jasper | Review and analysis re CNH stipulation and emails explaining background facts (1.6); Call and emails to and from S. Golden re same (.2); | 1.80 |
| **Total** | | | **8.60** |

Services
$6,837.00

## Summary of Services through 03/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 8.60 | 795.00 | 6,837.00 |
| **Total Services** | | **8.60** | | **$6,837.00** |

**Total Invoice Amount**
$6,837.00

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

**PERKINSCOIE**

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6587273 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0008 |
| 505 Howard Street | Bill Date | April 11, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

### INVOICE SUMMARY

**Re:  146559.0001.0008 / Communication with Creditor Constituents**

For Professional Services rendered through March 31, 2022

| | |
|---|---|
| Services | $318.00 |
| **Total Invoice Amount** | **$318.00** |
| Previous Balance Due | $715.50 |
| **Total Due This Invoice** | **$1,033.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6587273**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 03/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 03/15/2022 | P. Jasper | Discussion with C. Bennett re 2019 disclosure, proof of claim deadline and related inquiries (.4) | 0.40 |
| **Total** | | | **0.40** |

**Services**
$318.00

## Summary of Services through 03/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 0.40 | 795.00 | 318.00 |
| **Total Services** | | **0.40** | | **$318.00** |

**Total Invoice Amount**
$318.00

**PERKINS COIE**

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6587274 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0012 |
| 505 Howard Street | Bill Date | April 11, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:   146559.0001.0012 / Lien Review**

For Professional Services rendered through March 31, 2022

| | |
|---|---|
| Services | $1,669.50 |
| **Total Invoice Amount** | **$1,669.50** |
| | |
| Previous Balance Due | $12,640.50 |
| **Total Due This Invoice** | **$14,310.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6587274**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 03/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 03/04/2022 | D. Gold | Review lien review analysis, notes and documents (1.0); email P. Jaspar regarding same (.1); | 1.10 |
| 03/14/2022 | D. Gold | Review CNH settlement agreement and review CNH loan documents regarding same (.4); email P. Jasper regarding same (.1); | 0.50 |
| 03/21/2022 | D. Gold | Review amended CNH settlement agreement (.4); email P. Jasper regarding same (.1); | 0.50 |
| **Total** | | | **2.10** |

Services
$1,669.50

## Summary of Services through 03/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|----------------------|-------|--------------|-------------|---------------|
| D. Gold | Partner | 2.10 | 795.00 | 1,669.50 |
| **Total Services** | | **2.10** | | **$1,669.50** |

Total Invoice Amount
$1,669.50

1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
Phone: 206.359.8000  

Email: clientacct@perkinscoie.com  
Accounting: 206.359.3143  
Fax: 206.359.9000  

**PERKINSCOIE**

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6587275 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0013 |
| 505 Howard Street | Bill Date | April 11, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:  146559.0001.0013 / Plan & Disclosure Statement**

For Professional Services rendered through March 31, 2022

| | |
|---|---|
| Services | $1,908.00 |
| **Total Invoice Amount** | **$1,908.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency  
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6587275**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ███████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 03/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 03/21/2022 | P. Jasper | Review and comment on motion to extend exclusivity period (.3); Emails to and from S. Golden and A. Sherman re same (.1); | 0.40 |
| 03/22/2022 | P. Jasper | Review emails re extension of plan exclusivity (.1); | 0.10 |
| 03/23/2022 | P. Jasper | Review motion to extend exclusivity (.1); | 0.10 |
| 03/29/2022 | P. Jasper | Discussion with J. Rosenthal re closing concerns, and potential transition to equity transaction via plan (.8); Draft summary and analysis of issues discussed with J. Rosenthal (1.0) | 1.80 |
| **Total** | | | **2.40** |

Services
$1,908.00

## Summary of Services through 03/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 2.40 | 795.00 | 1,908.00 |
| **Total Services** | | **2.40** | | **$1,908.00** |

Total Invoice Amount
$1,908.00

PERKINSCOie

Watsonville Hospital Official Committee of Unsecured Creditors
Attn:  Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6587276 |
| Matter No. | 146559.0001.0015 |
| Bill Date | April 11, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:   146559.0001.0015 / Retention & Fee Applications**

For Professional Services rendered through March 31, 2022

| | |
|---|---|
| Services | $2,841.00 |
| **Total Invoice Amount** | **$2,841.00** |
| Previous Balance Due | $4,518.00 |
| **Total Due This Invoice** | **$7,359.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6587276**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP**<br>**Attn: Client Accounting**<br>**PO Box 24643**<br>**Seattle, WA 98124-0643** | ███████████████ |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

## Professional Services through 03/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|------|---------------------|------------------------|-------|
| 03/14/2022 | R. Leibowitz | Finalize certificate of no objection to Perkins Coie fee statement and e-file same (.6); review invoices and prepare draft Second Monthly Fee Statement for Perkins Coie and exhibits to same (1.4); review and propose redactions to invoices (1.3); | 3.30 |
| 03/14/2022 | P. Jasper | Review and revise certificate of no objection re monthly fee statements (.3); Emails to and from P. Jefferies re same (.2); Review and revise CNO for Sills Cummis (.1); Review and revise monthly statement and identify redactions (.4) | 1.00 |
| 03/15/2022 | R. Leibowitz | Revise and finalize certificate of no objection to Sills Cummis's first fee statement and file same (.4); download and circulate stamped copy to team (.2); | 0.60 |
| 03/15/2022 | P. Jasper | Emails to and from Sills Cummis and R. Leibowitz re notice of non-opposition re Sills Cummis monthly fee statement (.1); | 0.10 |
| 03/16/2022 | R. Leibowitz | Complete invoice redactions per P. Jasper's instructions and compile Second Monthly Fee Statement and exhibits for final approval; | 1.30 |
| 03/16/2022 | P. Jasper | Review and finalize Feburary monthly statement. | 0.10 |
| 03/22/2022 | R. Leibowitz | Finalize and file second fee statement of Sills Cummis and serve same on notice parties (.4); prepare certificate of service for Perkins Coie's second fee statement, amended coversheet, and Committee Rule 2019 statement, along with Sills Cummis fee statement, and e-file same (.8); | 1.20 |
| 03/22/2022 | P. Jasper | Review and finalize Sills Cummis fee statement and emails to and from R. Leibowitz re filing (.2); | 0.20 |
| **Total** | | | **7.80** |

Services
$2,841.00

## Summary of Services through 03/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---------------------|-------|--------------|-------------|---------------|
| P. Jasper | Sr Counsel | 1.40 | 795.00 | 1,113.00 |
| R. Leibowitz | Paralegal | 6.40 | 270.00 | 1,728.00 |
| **Total Services** | | **7.80** | | **$2,841.00** |

Total Invoice Amount
$2,841.00

# **EXHIBIT 8**
*Detailed Disbursement Records for*
*Application Period*

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

# PERKINSCOIE

| | | |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6554229 |
| Attn: Paul Jasper | Matter No. | 146559.0001 |
| 505 Howard Street | Bill Date | February 14, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

**Re:   146559.0001 / Committee Representation Chapter 11**

For Professional Services rendered through January 31, 2022

| | |
|---|---|
| Disbursements and Other Services | $705.26 |
| **Total Invoice Amount** | **$705.26** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency

Tax Identification Number.: ▮▮▮▮▮

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6554229**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** | |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Disbursements and Other Detailed Services through 01/31/2022

| Description | Amount |
|---|---|
| Photocopies and printing | 51.90 |
| Special postage | 19.36 |
| US Bank - Filing Fees - C. Janssen, U.S. Northern California Bankruptcy Pro Hac Vice Fee / Kathleen Allare - Watsonville Official Committee / Case No. 21-51477 / Transaction No. A31701129, 12/31/2021 | 317.00 |
| US Bank - Filing Fees - C. Janssen, U.S. Northern California Bankruptcy Pro Hac Vice Fee / Eric Walker - Watsonville Official Committee / Case No. 21-51477 / Transaction No. A31701993, 01/03/2022 | 317.00 |
| **Total** | **$705.26** |

**Total Disbursements and Other Services**
$705.26

**Total Invoice Amount**
$705.26

1201 Third Avenue, Suite 4900

Seattle, Washington 98101

Phone: 206.359.8000

Email: clientacct@perkinscoie.com

Accounting: 206.359.3143

Fax: 206.359.9000

PERKINS COIE

| | | | |
|---|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | | Invoice No. | 6569108 |
| Attn:  Paul Jasper | | Matter No. | 146559.0001 |
| 505 Howard Street | | Bill Date | March 10, 2022 |
| Suite 1000 | | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | | |

## INVOICE SUMMARY

**Re:   146559.0001 / Committee Representation Chapter 11**

For Professional Services rendered through February 28, 2022

| | |
|---|---|
| Disbursements and Other Services | $1,415.10 |
| **Total Invoice Amount** | **$1,415.10** |
| Previous Balance Due | $705.26 |
| **Total Due This Invoice** | **$2,120.36** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6569108**

| CHECKS: | ACH / WIRE TRANSFERS IN USD: |
|---|---|
| **Perkins Coie LLP** **Attn: Client Accounting** **PO Box 24643** **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Disbursements and Other Detailed Services through 02/28/2022

| Description | Amount |
|---|---:|
| Photocopies and printing | 16.50 |
| Computer research - Lexis/WestLaw | 1,398.60 |
| **Total** | **$1,415.10** |

**Total Disbursements and Other Services**
$1,415.10

**Total Invoice Amount**
$1,415.10

1201 Third Avenue, Suite 4900    Email: clientacct@perkinscoie.com

Seattle, Washington 98101    Accounting: 206.359.3143

Phone: 206.359.8000    Fax: 206.359.9000

**PERKINSCOIE**

Watsonville Hospital Official Committee of Unsecured Creditors
Attn: Paul Jasper
505 Howard Street
Suite 1000
San Francisco, CA 94105

| | |
|---|---|
| Invoice No. | 6587268 |
| Matter No. | 146559.0001 |
| Bill Date | April 11, 2022 |
| Due Date | Due Upon Receipt |

## INVOICE SUMMARY

**Re:  146559.0001 / Committee Representation Chapter 11**

For Professional Services rendered through March 31, 2022

| | |
|---|---|
| Disbursements and Other Services | $61.34 |
| **Total Invoice Amount** | **$61.34** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

## REMITTANCE INSTRUCTIONS

Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6587268**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP** |  |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Disbursements and Other Detailed Services through 03/31/2022

| Description | Amount |
|---|---:|
| Photocopies and printing | 17.60 |
| Special postage | 12.48 |
| ESS - Database Hosting | 31.26 |
| **Total** | **$61.34** |

**Total Disbursements and Other Services**
$61.34

**Total Invoice Amount**
$61.34

# **EXHIBIT 9**
*Biographical Statements of Professionals*



# Professional Biography



## PAUL JASPER | SENIOR COUNSEL

SAN FRANCISCO
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
+1.415.344.7155
PJasper@perkinscoie.com

For more than 20 years, Paul Jasper has represented clients in transactional, bankruptcy, corporate restructuring, and complex litigation matters. He draws on his knowledge of risk mitigation on defaulted corporate trust transactions to advise corporate trustees and other deal parties such as monoline insurers, portfolio managers, and bondholders, on defaulted structured finance, asset-backed, and other complex financings. These include post-default servicing, enforcement of remedies, and out-of-court restructurings, as well as related risk mitigation and litigation strategies.

Paul has advised clients on all aspects of collateralized debt obligation (CDO), collateralized loan obligation (CLO), collateralized bond obligation (CBO), and other structured finance-related workouts. His experience includes issues related to termination of synthetic securities and swap agreements, amendments, liquidation of collateral, direct and synthetic commutations, and related disputes.

In addition, Paul represents debtors, creditors committees, secured and unsecured creditors, and asset purchasers in nationwide bankruptcy cases and out-of-court workouts and restructurings. He also advises creditors, assignees for the benefit of creditors, trustees, receivers, and asset purchasers in receiverships, assignments for benefit of creditors, and other state insolvency matters. He has extensive experience in preference and fraudulent transfer litigation.

Paul also represents a wide range of clients in risk mitigation and related commercial litigation, including banks, insurance companies, and other financial institutions; venture capital and real estate investment funds; private and public companies; and airports and other governmental entities. He has advised clients on issues including fraud, breach of fiduciary duty, negligence, breach of contract, and business tort claims.

Paul has been published in the *Bankruptcy Strategist* and other publications on various trends and developments in the law.

### RELATED EMPLOYMENT

- Rimon PC, San Francisco, CA, Partner
- Schnader Harrison Segal & Lewis LLP, San Francisco, CA, Partner
- Dewey & LeBoeuf LLP, San Francisco, CA, Partner

### NEWS

06.29.2021

*Perkins Coie Adds Paul Jasper as Senior Counsel in the Financial Transactions Practice*

Press Releases

Perkins Coie is pleased to announce that Paul Jasper has joined the firm in San Francisco as senior counsel in the Financial Transactions practice.

## AREAS OF FOCUS

**PRACTICES**

- Financial Transactions
- Corporate Trust
- Structured Finance & Securitization
- Bankruptcy & Restructuring
- Business Litigation
- Corporate Law

## BAR AND COURT ADMISSIONS

- California
- U.S. Supreme Court
- Supreme Court of California
- State Superior Court of California
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Northern District of California

## EDUCATION

- UC Berkeley School of Law, J.D.
- University of California, San Diego, B.A., *cum laude*
- Yeshivat Bat Ayin, Talmudic Law and Hebrew, Israel

---

© 2022 Perkins Coie LLP



# Professional Biography



## ERIC E. WALKER | PARTNER

CHICAGO
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
+1.312.324.8659
EWalker@perkinscoie.com

Eric Walker focuses his practice on all aspects of financial restructuring and bankruptcy with experience representing virtually every major stakeholder in bankruptcy proceedings throughout the country. Eric has significant experience in the highly regulated healthcare industry, representing debtors, creditor committees, private equity sponsors, stalking horse bidders, landlords, and other constituents in out-of-court restructuring negotiations, bankruptcy, and litigation. He has particular experience in restructuring hospital systems, senior living facilities, continuing care retirement communities (CCRCs), skilled nursing facilities (SNFs), behavioral health centers, and diagnostic medical laboratories. His successful representation of the asset purchaser in the *Health Diagnostic Laboratories* (*HDL*) bankruptcy case was awarded the 2016 Restructuring Deal of the Year (Under $100M) by M&A Advisors.

Eric also has experience in the hotel and hospitality industry, regularly representing hotel owners, developers, operators, lenders, and major hotel brands in transactions, state and federal litigation, and bankruptcy. He represented the petitioners before the U.S. Supreme Court in *RadLAX Gateway Hotel, LLC, et al. v. Amalgamated Bank* (Case No. 11-166), a landmark chapter 11 bankruptcy case involving secured creditor cram down.

Eric has been recognized as a leading bankruptcy practitioner by *Chambers USA*, *Lawdragon*, and the National Conference of Bankruptcy Judges. In 2017, Eric was honored as one of 40 Under 40 restructuring professionals by the American Bankruptcy Institute. He currently serves on the board of directors for the American Bankruptcy Institute and the advisory board for the Annual ABI Central States Bankruptcy Workshop. Eric frequently writes and speaks on issues of bankruptcy, hospitality, and healthcare law.



## Ranked by Chambers USA 2021

Bankruptcy and Restructuring

### PROFESSIONAL RECOGNITION

- Listed in *Chambers USA* "America's Leading Lawyers" for Bankruptcy and Restructuring, 2021

- Listed in the *Lawdragon 500 Leading U.S. Bankruptcy and Restructuring Lawyers*, 2020, 2022

- Named by American Bankruptcy Institute, "40 Under 40 Leading Restructuring Professionals," 2017

*The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and no certificate, award or recognition is a requirement to practice law in Illinois.*

## PROFESSIONAL LEADERSHIP

- American Bankruptcy Institute (ABI), Director, 2019 – present

## RELATED EMPLOYMENT

- DLA Piper US LLP, Chicago, IL, Associate, 2006 - 2008
- Judicial Extern to The Hon. Lorraine Murphy Weil, U.S. Bankruptcy Court for the District of Connecticut, 2005 - 2006
- International Business Machines Corporation (IBM), Financial Analyst, Global Services, 2000 - 2003

## EXPERIENCE

- Counsel to the Official Committee of Unsecured Creditors in several senior living and continuing care retirement communities (CCRC) chapter 11 bankruptcy proceedings across the country, including:
  - Clare Oaks – CCRC located in Bartlett, Illinois (Bankr. N.D. Ill.)
  - Henry Ford Village – CCRC located in Dearborn, Michigan (Bankr. E.D. Mich.)
  - Amsterdam House – CCRC located in Port Washington, New York (Bankr. E.D.N.Y)
  - California Nevada Methodist Homes – Two CCRCs located in Northern California (Bankr. N.D.Cal.)
  - The Prospect-Woodward Home – CCRC located in Keene, New Hampshire (Bankr. D.N.H.)
- Counsel to the Official Committee of Unsecured Creditors in community hospital chapter 11 bankruptcy proceedings, including:
  - Mercy Hospital (Bankr. N.D. Ill.)
  - Watsonville Community Hospital (Bankr. N.D. Cal.)
- Special litigation counsel for medical diagnostic lab company in chapter 11 proceeding, successfully obtaining a preliminary injunction requiring CMS to pay over $5 million in Medicare reimbursements post-petition notwithstanding a prepetition fraud suspension
- Counsel to investment group in negotiating stalking horse bid, debtor-in-possession financing and plan sponsorship for publicly-traded healthcare company in Chapter 11
- Counsel to successful stalking horse bidder in *In re Health Diagnostic Laboratory, LLC*, which was awarded the "2016 Restructuring Deal of the Year (Under $100M)" by M&A Advisors
- Counsel for private equity sponsors in various distressed healthcare investments, including:
  - Out-of-court restructuring of behavioral health business
  - Converted chapter 11 bankruptcy proceeding involving medical supply distribution business
  - Defense counsel in WARN Act class action and breach of fiduciary duty adversary proceedings involving regional ambulance businesses
- Representation of large independent hotel owner and affiliated management company in various state court litigations
- Counsel to major hotel brand in Chapter 11 proceedings involving a portfolio of eight full-service hotels across the country
- Defense counsel to hotel developer in arbitration and litigation against competitor

## NEWS

05.20.2021

*Perkins Coie Named Among Top Law Firms in 2021 Chambers USA*
Press Releases
Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of *Chambers USA: America's Leading Lawyers for Business*, as one of the top law firms in the United States.

09.10.2019

*Perkins Coie Attorneys Mentioned in Law360 Article - Del. Judge 'Unlikely' To Halt True Health Medicare Payments*
General News
Eric Walker, Brian Audette and David Gold were mentioned as representing True Health in the *Law 360* article "Del. Judge 'Unlikely' To Halt True Health Medicare Payments" regarding Medicare payments to bankrupt True Health Diagnostics LLC.

08.29.2019

### Perkins Coie Attorneys Mentioned in Law360 - Gov't Must Restart Medicare Payments To True Health: Judge

General News

*Law360*

Perkins Coie attorneys Eric Walker, Brian Audette and David Gold were mentioned in a *Law360*\* article titled "Gov't Must Restart Medicare Payments To True Health: Judge."

11.03.2017

### Perkins Coie's Eric E. Walker Named to American Bankruptcy Institute's 40 Under 40

Press Releases

Perkins Coie is proud to announce that Eric E. Walker, a partner in the firm's Bankruptcy & Restructuring practice, was named to the American Bankruptcy Institute's (ABI) 2017 40 Under 40 Inaugural Class.

11.17.2016

### Perkins Coie Awarded 2016 Restructuring Deal of the Year From M&A Advisor

General News

Perkins Coie is proud to announce it was awarded the "Restructuring Deal of the Year (Under $100M)" at the 15th Annual M&A Advisor Awards Gala, held at the New York Athletic Club in New York City on Wednesday, November 9, 2016.

07.23.2015

### LNR Partners Victory for Neff and Walker

General News

Chicago bankruptcy partners David Neff and Eric Walker recently obtained a victory in the United States Court of Appeals for the Ninth Circuit for client LNR Partners in *JPMCC 2007-C1 Grasslawn Lodging, LLC v. Transwest Resort Properties, Inc.*

07.02.2015

### David Neff and Eric Walker Mentioned in Law360

General News

David Neff and Eric Walker were mentioned in a *Law360* article, "Creditors Can Challenge Completed Chapter 11 Plan, Ninth Circuit Says," regarding the appeal of a bankruptcy plan that was already in action.

04.18.2015

### Eric Walker Presents at American Bankruptcy Institute

General News

Chicago bankruptcy partner Eric Walker was invited to speak at the American Bankruptcy Institute's 2015 Annual Spring Meeting in Washington, D.C. on April 16-19. The conference was attended by approximately 1,000 of the nation's leading bankruptcy attorneys, judges and academics. Eric presented on recent business case law updates regarding the evolving doctrine of equitable mootness in bankruptcy.

01.06.2015

### Perkins Coie Announces 2015 Partner Class

Press Releases

Perkins Coie announced that 21 associates, counsel and senior counsel have been promoted to partner. "The members of Perkins Coie's 2015 partner class are talented, hard-working attorneys who embody the national strength and forward-looking growth of our firm," said John Devaney, Perkins Coie's Firmwide Managing Partner.

01.16.2013

### Perkins Coie Announces Counsel Promotions

Press Releases

Perkins Coie has announced that 88 attorneys have been promoted to the firm's newly created Counsel position, effective January 1, 2013. Counsel is a partnership track position for attorneys with at least six years of experience, recognizing consistently high quality legal work and the ability to supervise junior lawyers and staff and collaborate with partners on the strategy, development and management of client matters.

## PUBLICATIONS

09.17.2019

### Delaware Bankruptcy Court Decision Strengthens Protections for Healthcare Providers in Bankruptcy

Updates

In an August 2019 case argued by Perkins Coie attorneys, the U.S. Bankruptcy Court for the District of Delaware ruled that the automatic stay under section 362(a) of the Bankruptcy Code bars the Centers for Medicare & Medicaid Services (CMS) from withholding Medicare payments to a healthcare provider in bankruptcy notwithstanding a pre-petition suspension due to credible allegations of fraud.

07.01.2018

***Transwest Revisited: No Due-on-Sale Required in Restructured Loans***

Articles

*American Bankruptcy Institute Journal*

05.2017

***Transwest: How Many Accepting Impaired Classes Are Required for a Joint Plan Under § 1129(a)(10)?***

Articles

*American Bankruptcy Institute Journal*

09.23.2015

***Equitable Mootness And 3rd-Party Investors — Some Clarity***

Articles

*Law360*

12.2012

***Supreme Court Validates Credit Bidding for Secured Lenders***

Articles

The Review of Banking & Financial Services

The article analyzes the Supreme Court's recent decision in *RadLAX Gateway Hotel, LLC v. Amalgamated Bank*, 132 S. Ct. 2065 (2012) and its implications for secured lending.

12.2012

***Supreme Experience: Arguing Before The Supreme Court of The United States For The First Time***

Articles

View PDF of article

Perkins Coie Associate Eric Walker wrote this article discussing a case that he presented to the U.S. Supreme Court.

08.2012

***Supreme Court Weighs In on Credit-Bidding in RadLAX: Implications for Chapter 11 Practice***

Articles

ABI Committee News - Business Reorganization Committee Newsletter, Volume 11, Number 4

06.07.2012

***RadLAX: No Credit Bidding – No Confirmation***

Updates

On May 29, 2012, in a case argued by Perkins Coie Bankruptcy attorneys, the U.S. Supreme Court held that a Chapter 11 plan involving the sale of collateral free of liens could be confirmed over a secured creditor's objection only by allowing the secured creditor to bid its debt (i.e., credit bid) at the sale pursuant to Section 1129(b)(2)(A)(ii) of the Bankruptcy Code.

06.24.2011

***Enforceability of Nonrecourse Carve-Outs and Springing Guarantees***

Articles

Eric Walker, financial restructuring and bankruptcy associate in Chicago, recently wrote an article for the June 2011 issue of Secured Credit Committee Newsletter, a section of the American Bankruptcy Institute. The article analyzes the early decisions dealing with the use of nonrecourse carve-out clauses and "springing" or "bad-boy" guarantees in commercial lending. He notes that case law dealing with their enforceability is not very well developed and the courts that have addressed these issues have uniformly held that such lender safeguards are generally enforceable.

2011

***Cramming Up Through Reinstatement: Preserving a Lower Cost of Funds in a Rising Interest Rate Debt Market***

Articles

ABI Southwest Bankruptcy Conference

## PRESENTATIONS

05.04.2017

***Risky Business: Issues Facing The Real Estate, Retail and Hospitality Businesses***

Speaking Engagements

2017 William J. O'Neill Bankruptcy Institute / Cleveland, OH

11.09.2015

***Bankruptcy, Restructurings and Workouts***

Speaking Engagements
17th Annual Commercial Real Estate Institute / Chicago, IL

04.18.2015
***Business Case Law Updates***
Speaking Engagements
American Bankruptcy Institute's Annual Spring Meeting / Washington, D.C.

## AREAS OF FOCUS

**PRACTICES**

- Bankruptcy & Restructuring
- Business Litigation

**INDUSTRIES**

- Hospitality
- Healthcare
- Cannabis Law
- CMBS and Real Estate Workouts

## BAR AND COURT ADMISSIONS

- Illinois

## EDUCATION

- University of Connecticut School of Law, J.D., 2006, Notes & Comment Editor, *Connecticut Law Review*
- Miami University, B.S.B.A., Finance, 2000

---

© 2022 Perkins Coie LLP


# Professional Biography



## SARA L. CHENETZ | **PARTNER**

LOS ANGELES
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
+1.310.788.3218
SChenetz@perkinscoie.com

SAN FRANCISCO
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
+1.415.344.7088
SChenetz@perkinscoie.com

Sara Chenetz assists clients in formulating and implementing practical, and often complex, solutions to business concerns and opportunities for business growth. In and out of court proceedings, she guides clients through restructurings, workouts, and litigation, including helping clients identify investment prospects, recover owed monies, enhance business relationships, and improve governance and capital structures.

Sara has first-chaired multiple trials, arbitrations, and mediations, in addition to serving as a court-appointed Chapter 11 trustee in the U.S. Bankruptcy Courts for the Central District of California and District of Nevada. She continues to serve as a mediator in bankruptcy cases in California and elsewhere.

Sara regularly counsels first and second lien holders, buyers of assets, official committees, debtors in possession, companies contemplating bankruptcy filings, officers and directors, trustees, assignees, and businesses doing business with troubled companies. She has developed niche knowledge in an array of areas, as varied as employee benefit plans to law firm bankruptcies. She has done so in a myriad of industries, including aerospace, entertainment, fintech, senior living, and wine to name a few.

A senior fellow of the Litigation Counsel of America, Sara has been ranked by *Chambers USA*, which highlighted such clients' comments as *"Sara is an outstanding lawyer and client manager; she is an excellent active listener, facilitator and solutionist - she always provides practical strategies and solutions that move a matter forward."*



Ranked by Chambers USA Four
Years in a Row



# Legal Commentary on Planning and Development

Insights into legal issues relating to development and use of land and federal, state and local permitting and approval processes.

VISIT THE CALIFORNIA LAND USE & DEVELOPMENT LAW REPORT

## PROFESSIONAL RECOGNITION

- Ranked by *Chambers USA* for Bankruptcy, 2009, 2011 - 2013, 2018 - 2021
- Named a "Top Lawyer" by *Los Angeles Magazine*, 2021
- Listed in the *Lawdragon 500 Leading U.S. Bankruptcy and Restructuring Lawyers*, 2020, 2022
- Recipient of Changemaker Award presented by the Coalition Against Slavery & Trafficking for pro bono work representing survivors of human trafficking, 2018
- Litigation Council of America, Senior Fellow
- American Bar Foundation, Fellow
- Listed in Southern California Super Lawyers for Bankruptcy, 2005 - 2022
- Peer Review Rated AV Preeminent in *Martindale-Hubbell*
  (AV® Preeminent ™ and BV® Distinguished™ are certification marks of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedures, standards and policies.)

## PROFESSIONAL LEADERSHIP

- Association of Insolvency and Restructuring Advisors, Annual Conference Planning Committee, 2021
- Turnaround Management Association, Turnaround/Transactions Award Selection Committee, 2021
- Perkins Coie Economic Recovery & Opportunities Team, formed March 2020
- Perkins Coie Billing & Collections Committee, Firmwide Chair, 2016 - present
- ALI CLE Commercial Law/Bankruptcy, Advisory Panel Member, 2015 - present
- Kellogg School of Management Strategic Leadership Programs, Northwestern University, 2015 and 2019
- American Bankruptcy Institute Bankruptcy Battleground West Conference, Planning Committee, 2014 - 2017
- Southern California Chapter of Turnaround Management Association, Former Vice President
- International Women's Insolvency and Restructuring Confederation, Former Member of International Board of Directors
- Los Angeles Bankruptcy Forum, Former Member of Board of Directors
- Turnaround Management Annual Convention, Planning Committee, 2011
- Annual California Bankruptcy Forum, Co-Chair, 2008
- U.S. Bankruptcy Court for Central District of California, Panel of Mediators, record for completing the longest successful mediation sessions in both of the last two years

## EXPERIENCE

**FIRST AND SECOND LIEN DEBT HOLDERS**
Debt holders in Chapter 11 cases, restructurings, workouts and litigation involving cash collateral, relief from stay, lien avoidance, cramdown, intercreditor, confirmation, valuation, avoidable transfer and other issues.

**BORROWERS AND GUARANTORS**
Borrowers and guarantors in workouts, refinancings, restructurings and litigated disputes.

**OFFICIAL COMMITTEES**
Official committees in cases involving, among other issues, contested plan confirmation, purchase price adjustment arbitration, disputed asset sales, prosecution of breach of fiduciary duty, equitable and contractual subordination, fraud and avoidance claims and substantive consolidation.

**DEBTORS IN POSSESSION AND OTHER TROUBLED BUSINESSES**
Debtors in possession and other financially troubled businesses determining fixes and implementing them.

**POST RESTRUCTURING CORPORATE GOVERNANCE**
Restructured and reorganized businesses regarding post-emergence management, governance and operations.

**AVOIDANCE AND OTHER LITIGATION**
Plaintiffs and defendants in avoidable transfer adversary proceedings and other litigation through successful trial verdicts and appeals and structuring complex settlements.

**REAL PROPERTY SECURED LENDERS**
Secured lenders to real property-owning debtors, including in single asset real estate (SARE) and large multi-debtor Chapter 11 cases and receiverships.

**BUYERS OF TROUBLED ASSETS**
Buyers of assets from debtors in possessions, assignees and others in determine best structures for acquisitions and getting deals closed.

**OWNERS OF TROUBLED BUSINESSES**
Investors in troubled businesses in connection with maximizing the value of their investments and addressing their rights and obligations.

**DEBT ACQUIRERS**
Secondary market purchasers of secured notes and unsecured claims in bankruptcy, restructuring and state court litigation matters.

**MULTI-EMPLOYER BENEFIT PLANS**
Multi-employer plans in cases involving plan underfunding, substantive consolidation of special purpose entities and related issues.

**RISK ASSESSMENT AND COUNSEL**
Financially healthy companies in structuring lending, distribution, licensing, sale and other agreements in light of credit, compelled assignment, other risks and opportunities.

**DIRECTORS AND OFFICERS**
Current and past directors and officers of DIPs and other troubled businesses in connection with their rights and responsibilities and as defendants in and targets of litigation.

**ESTATE FIDUCIARIES**
Trustees, assignees in assignments for the benefit of creditors (ABCs), plan administrators and receivers regarding estate administration, asset recovery and liquidation, litigation and exercise of duties.

## NEWS

05.20.2021

### *Perkins Coie Named Among Top Law Firms in 2021 Chambers USA*
Press Releases
Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of *Chambers USA: America's Leading Lawyers for Business*, as one of the top law firms in the United States.

02.02.2021

### *Sara Chenetz Quoted in Bloomberg—U.S. Bankruptcy Tracker: Battered Firms Hasten to Cut Costs*
General News
*Bloomberg*
Partner Sara Chenetz was quoted in "U.S. Bankruptcy Tracker: Battered Firms Hasten to Cut Costs," an article in *Bloomberg*, regarding prepackaged bankruptcy filings.

04.27.2020

### *Perkins Coie Named Among Top Law Firms in 2020 Chambers USA*
Press Releases
Perkins Coie LLP is proud to announce that it has again been ranked by Chambers & Partners, publishers of *Chambers USA: America's Leading Lawyers for Business*, as one of the top law firms in the United States. For 2020, the firm is recognized for 55 practice areas and 141 individual attorneys, marking an increase from the 52 practices areas and 139 recognized attorneys a year ago.

04.02.2020

### *Sara Chenetz Quoted in The Wall Street Journal - Bankruptcy Lawyers Gear Up for Surge in Filings Due to Coronavirus Fallout*
General News
*The Wall Street Journal*

*The Wall Street Journal's* Jonathan Randles talked with Sara Chenetz for an article looking at how the coronavirus pandemic is expected to cause a significant increase in debt restructurings and Chapter 11 bankruptcy filings across the economy.

05.01.2019

### *Perkins Coie Named Among Top Law Firms in 2019 Chambers USA*

Press Releases

Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of *Chambers USA: America's Leading Lawyers for Business*, as one of the top law firms in the United States. For 2019, the firm is recognized in 52 practice areas and 139 individual attorneys.

05.03.2018

### *Perkins Coie Named Among Top Firms in 2018 Chambers USA*

Press Releases

Perkins Coie is proud to announce that it has again been ranked by Chambers & Partners, publishers of *Chambers USA: America's Leading Lawyers for Business*, as one of the top law firms in the United States. For 2018, the firm is recognized in 51 practice areas and 130 individual attorneys were also recognized.

05.08.2013

### *Perkins Coie Adds Experienced Bankruptcy Partner in California*

Press Releases

Perkins Coie is pleased to announce that Sara L. Chenetz has joined the firm's Los Angeles office as a partner in the Financial Transactions & Restructuring group. Chenetz, who represents clients in restructuring, bankruptcy, workouts, litigation and related matters, was most recently a partner at Blank Rome LLP.

## PUBLICATIONS

06.17.2020

### *INSIGHT: Retailers Considering Bankruptcy Should Look to CARES Act, Court Rulings*

Articles

Bloomberg Law

Retailers hit by the economic downturn are considering bankruptcy protections.

2020

### *Keeping Business Going During COVID-19*

01.14.2020

### *Why Chinese Companies File Chapter 15 Cases in US Bankruptcy Courts*

Updates

Reward Science and Technology Industry Group Co., Ltd. (Reward) joins a growing list of Chinese companies which have chosen to file a case in U.S. Bankruptcy Court in connection with their restructuring efforts under the People's Republic of China's Enterprise Bankruptcy Law (EBL).

This update was also published in *Harvard Law School Bankruptcy Roundtable,* titled "Why Chinese Companies File Chapter 15 Cases in US Bankruptcy Courts," on 02.25.2020.

Fall 2017

### *Enforcing Unenforceable Contract Provisions in Bankruptcy*

Articles

Today's General Counsel

Contracts routinely include anti-assignment and ipso facto provisions, which are typically unenforceable in bankruptcy cases. Such provisions restrict contracting parties from transferring their obligations and rights under the agreement to a third party without obtaining permission. They are known as "anti-assignment clauses." They also permit termination due to the bankruptcy financial condition, or insolvency of a party — known as "ipso facto clauses."

11.18.2015

### *Retail Distress in the 2015 Buying Season*

Articles

Retail Merchandiser

A record number of retail and mall closures and bankruptcies should put retailers and their vendors on alert as the holiday season begins.

06.09.2015

### *Can This Holiday Be Saved? Retail Distress in the 2015 Buying Season*

Updates

In the ramp up to this holiday season, the record number of retail and mall closures and bankruptcies should put retailers and their vendors on alert. Several retail icons have sought or considered bankruptcy protection.

Republished in *Law360* on 06.25.2015.

03.2013

### Bankruptcy Buyers Beware
Articles
Corporate Counsel Magazine

03.2012

### Bankruptcy and Financial Restructuring Law 2012
Attorney Publications
Aspatore Thought Leadership
Author of the chapter "Developments With Bankruptcies, Restructurings, Workouts, and Distressed Asset Sales."

03.2011

### Inside the Minds: Trends in Commercial Bankruptcy Filings
Attorney Publications
Aspatore Thought Leadership
Author of the chapter "The New Landscape in Chapter 11 Cases: Lots of Liquidations, More Undersecured Creditors, and Less Time for Everyone."

## PRESENTATIONS

12.2021

### Winding Down Companies When Chapter 11 Is Not an Option
Speaking Engagements
Panelist
2021 American Bankruptcy Institute Leadership Conference
Chapter 11 doesn't work for every corporate liquidation. This panel of experts discussed other ways a corporation can be liquidated, including out-of-court liquidations, receiverships, ABCs, the Delaware Dissolution Statute and chapter 7.

05.2021

### Consensus Building and Mediation in Bankruptcy
Speaking Engagements
Panelist
California Bankruptcy Forum / Virtual

12.10.2020

### Strategically Negotiating the Changing Retail Landscape—2021 and Beyond
Webinars

09.24.2020

### Capital Solutions for Financially Stressed Companies
Speaking Engagements
2020 ACG Seattle Northwest Middle Market Growth Conference / Webinar

05.14.2020

### How to Maximize Value at Companies with Challenged Capital Structures
Webinar
Perkins Coie Partners Sara Chenetz and Joydeep Dasmunshi and Gordian Group President and Head of Restructuring Peter Kaufman discussed ways funds can address challenges and enhance the value of portfolio companies as well as capitalize on investment opportunities in this market.

04.16.2020

### Bankruptcy in a Coronavirus World
Webinar
CRE Radio & TV

09.06.2018

### Winding Down Companies When Bankruptcy is Not an Option
26th Annual American Bankruptcy Institute Southwest Conference

03.06.2018

### *Perkins Coie Partner Featured at 2018 Bankruptcy Battleground West Conference*

Perkins Coie proudly announced that Partner Sara L. Chenetz was a featured panelist during the plenary session at the 2018 Bankruptcy Battleground West Conference in Los Angeles on March 6, 2018.

12.2016

### *What Business Lawyers Need to Know About Bankruptcy Remote Entities: How Remote Is Bankruptcy Remote?*

American Law Institute

06.2016

### *How Investment Bankers Get Full Value From Distressed Transactions*

Association of Insolvency and Restructuring Advisors Annual Bankruptcy and Restructuring Conference

03.2016

### *Judges' "Shark Tank" Panel*

American Bankruptcy Institute Battleground West

01.2015

### *Protecting, Acquiring and Using Intellectual Property When Financial Distress is Present or Possible*

American Law Institute CLE

03.2014

### *Getting Employed, Getting Retained and Getting Appointed*

American Bankruptcy Institute Battleground West

02.2014

### *Investing in Distressed Real Property*

CBRE Radio

## AREAS OF FOCUS

### PRACTICES

- Bankruptcy & Restructuring
- Corporate Law
- Economic Opportunity & Recovery Team
- Financial Transactions

### INDUSTRIES

- Fintech
- Arts & Entertainment
- Retail & Consumer Products
- Wineries, Breweries & Distilleries
- Autonomous Vehicle Systems
- Music, Film & Television
- CMBS and Real Estate Workouts

## BAR AND COURT ADMISSIONS

- California
- New York
- New Jersey
- U.S. District Court for the Central District of California

- U.S. District Court for the Eastern District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the District of New Jersey
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Third Circuit

**EDUCATION**

- American University Washington College of Law, J.D.
- University of Massachusetts, B.A., *magna cum laude*

---

© 2022 Perkins Coie LLP



# Professional Biography



## DAVID J. GOLD | **PARTNER**

CHICAGO
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
+1.312.324.8540
DGold@perkinscoie.com

David Gold concentrates his practice on all aspects of general commercial litigation, financial restructuring, bankruptcy and distressed real estate. He represents debtors, creditors and trustees and has significant experience in the hotel and hospitality industries. In the hospitality sector, David has represented secured lenders, major hotel brands, creditors and debtors in all aspects of Chapter 11 restructurings, assignments for the benefit of creditors, out of court transactions and general litigation. He also regularly provides counsel on secured transactions under the UCC, lien and judgment enforcement and asset protection.

David also has significant experience with CMBS securitized loan workouts and has prosecuted and defended foreclosure and receivership actions for commercial properties, including hotels, office buildings, shopping centers and single-use properties. His CMBS and distressed real estate practice concentrates on the Midwest, but David's real estate experience spans the country.

David recently acted as Chapter 11 debtor's counsel for a steel manufacturer for the construction, agricultural, mining equipment and power generation industries, overseeing a successful marketing and sale of the company and the preservation of hundreds of jobs. He also recently acted as defense counsel for a private equity company in breach of fiduciary duty adversary proceedings involving a failed ambulance business.

## PROFESSIONAL RECOGNITION

- *Best Lawyers in America* 2021 - 2022: Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law

## PROFESSIONAL LEADERSHIP

- Chicago Bar Association
- American Bankruptcy Institute

## COMMUNITY INVOLVEMENT

- Chicago Volunteer Legal Services, Guardian *ad litem* program, 2018 - Present
- Chicago Domestic Violence Legal Clinic, 2013 – Present
- Unemployment Compensation Appeals Clinic (UAC), Madison, WI, Volunteer Worker, 2006 - 2009
- Center for Disability and Elder Law, Chicago, IL, Volunteer Worker, 2005 - 2006

## NEWS

08.26.2021

### Best Lawyers® 2022 Recognizes 367 Perkins Coie Attorneys
Press Releases
Perkins Coie is proud to announce that 367 of its attorneys were recognized by the 2022 *Best Lawyers®*. A total of 278 attorneys were selected by their peers for inclusion in the 2022 edition of *The Best Lawyers in America*® and 89 attorneys were selected for inclusion in the 2022 edition of *Best Lawyers: Ones to Watch*.

08.20.2020

### Best Lawyers® 2021 Recognizes 358 Perkins Coie Attorneys
Press Releases
Perkins Coie is proud to announce that 358 of its attorneys were recognized by *Best Lawyers®* 2021. A total of 290 attorneys were selected by their peers for inclusion in the 2021 edition of *The Best Lawyers in America*® and 68 attorneys were selected for inclusion in the inaugural edition of *Best Lawyers: Ones to Watch*.

09.10.2019

### Perkins Coie Attorneys Mentioned in Law360 Article - Del. Judge 'Unlikely' To Halt True Health Medicare Payments
General News
Eric Walker, Brian Audette and David Gold were mentioned as representing True Health in the *Law 360* article "Del. Judge 'Unlikely' To Halt True Health Medicare Payments" regarding Medicare payments to bankrupt True Health Diagnostics LLC.

08.29.2019

### Perkins Coie Attorneys Mentioned in Law360 - Gov't Must Restart Medicare Payments To True Health: Judge
General News
*Law360*
Perkins Coie attorneys Eric Walker, Brian Audette and David Gold were mentioned in a *Law360\** article titled "Gov't Must Restart Medicare Payments To True Health: Judge."

01.02.2019

### Perkins Coie Announces 2019 Partner Class
Press Releases
Perkins Coie is pleased to announce that 27 counsel and senior counsel have been promoted to partner.

05.05.2016

### DAVID GOLD RECEIVES CHAMPION OF JUSTICE AWARD
General News
David Gold, Jordan McCarthy and Furqan Mohammed were awarded with a Champion of Justice Award by the Chicago Domestic Violence Legal Clinic for their work with the clinic.

01.04.2016

### Perkins Coie Announces 2016 Counsel Promotions
Press Releases
Perkins Coie has announced that 32 attorneys have been promoted to the firm's counsel position, effective January 1, 2016.

10.20.2015

### Daniel Zazove and David Gold Mentioned in The Deal
General News
*The Deal*
Daniel Zazove and David Gold were mentioned in *The Deal* article titled, "LB Steel to Market Business in Chapter 11" as counsel.


## PUBLICATIONS

09.17.2019

### Delaware Bankruptcy Court Decision Strengthens Protections for Healthcare Providers in Bankruptcy
Updates
In an August 2019 case argued by Perkins Coie attorneys, the U.S. Bankruptcy Court for the District of Delaware ruled that the automatic stay under section 362(a) of the Bankruptcy Code bars the Centers for Medicare & Medicaid Services (CMS) from withholding Medicare payments to a healthcare provider in bankruptcy notwithstanding a pre-petition suspension due to credible allegations of fraud.

04.24.2013

### Illinois Supreme Court Issues New Rules Affecting Mortgage Foreclosures
Updates
The Illinois Supreme Court has issued new court rules that become effective on May 1, 2013, modifying the evidentiary requirements for obtaining foreclosure judgments, among other things. The rules are the result of the work of a special committee

appointed by the court to study, address and unify the procedures used throughout the state in mortgage foreclosure proceedings.

04.15.2013
***Lehman: Approval of Fee Applications for the Professional Fees of Individual Committee Members***
Articles
ABI Committee News

## PRESENTATIONS

04.04.2017
***What You Need to Know About Foreclosure Now***
Speaking Engagements
American Bankruptcy Institute Webinar

01.28.2015
***Bankruptcy Claims***
Speaking Engagements
CLE presentation to in-house lawyers / Chicago, IL

## AREAS OF FOCUS

**PRACTICES**
* Bankruptcy & Restructuring
* Corporate Law
* Litigation
* Real Estate Litigation

**INDUSTRIES**
* Hospitality
* CMBS and Real Estate Workouts

## BAR AND COURT ADMISSIONS

* Illinois
* Wisconsin
* U.S. Court of Appeals for the Seventh Circuit

## EDUCATION

* University of Wisconsin Law School, J.D., *cum laude*, Order of the Coif, 2009, Articles Editor, *Wisconsin Law Review*
* Kenyon College, B.A., Biology and Anthropology, with distinction, 2004

---

© 2022 Perkins Coie LLP



# Professional Biography



## KATHLEEN (KATIE) ALLARE | ASSOCIATE

CHICAGO
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
+1.312.263.5771
KAllare@perkinscoie.com

Associate Katie Allare has experience representing debtors and creditors in Chapter 11 reorganizations in the healthcare, retail, entertainment, and energy sectors. Katie has prepared clients for in-court and out-of-court restructurings, and her practice is focused on all aspects of corporate restructuring and bankruptcy. Katie's restructuring background includes advocating for clients in high-stakes Chapter 11 proceedings, including by developing plans of reorganization and litigating contested plan issues. She has also negotiated settlements for the treatment of contracts and leases within Chapter 11.

### PROFESSIONAL RECOGNITION

- Selected for inclusion in *Best Lawyers: Ones to Watch*, 2022

### RELATED EMPLOYMENT

- Selected for inclusion in *Best Lawyers: Ones to Watch*, 2022
- Kirkland & Ellis, LLP, Chicago, IL, Associate, 2017 - 2020; Summer Associate, 2016
- U.S. Bankruptcy Court for the District of Arizona, Judicial Intern to the Hon. Madeleine Wanslee, 2015

### NEWS

08.26.2021
*Best Lawyers® 2022 Recognizes 367 Perkins Coie Attorneys*
Press Releases
Perkins Coie is proud to announce that 367 of its attorneys were recognized by the 2022 *Best Lawyers®*. A total of 278 attorneys were selected by their peers for inclusion in the 2022 edition of *The Best Lawyers in America®* and 89 attorneys were selected for inclusion in the 2022 edition of *Best Lawyers: Ones to Watch*.

### PUBLICATIONS

01.04.2021
*New COVID-19 Relief Law Includes Limited Bankruptcy Protections Regarding PPP Loans*
Updates
The latest COVID-19 relief legislation provided some additional aid and clarity for a select group of debtors and left many other questions unanswered.

### AREAS OF FOCUS

**PRACTICES**

• Bankruptcy & Restructuring

**BAR AND COURT ADMISSIONS**

• Illinois

**EDUCATION**

• Notre Dame Law School, J.D., 2017
• University of Notre Dame, M.S., Business, 2014
• University of Notre Dame, B.A., Political Science, 2012

---

© 2022 Perkins Coie LLP


# Professional Biography



## HAILEY RUTLEDGE (VARNER) | **ASSOCIATE**

CHICAGO
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
+1.312.324.8545
HVarner@perkinscoie.com

Hailey has experience representing secured and unsecured creditors in bankruptcy proceedings. She has drafted and litigated various pleadings in bankruptcy court on behalf of creditors, including motions for allowance of administrative expense claims, cure objections, plan objections, and other substantive pleadings. In addition, Hailey has experience representing the court-appointed Trustee in Chapter 7 proceedings, including attending contested hearings and drafting motions to approve settlements, sales of assets, retention of counsel and other professionals, and Trustee fee applications. Hailey also has experience litigating and negotiating settlements related to fraudulent transfer claims, preference claims, and contract and lease disputes in bankruptcy, state, and federal district courts.

During law school, Hailey was an articles editor for the *University of Illinois Law Review*, and a judicial extern for the Honorable Michael M. Mihm of the U.S. District Court for the Central District of Illinois. Hailey devotes significant time to pro bono work, especially *Guardian Ad Litem* cases.

### PROFESSIONAL RECOGNITION

- Named to the Illinois "Rising Stars" List by *Super Lawyers®*, Creditor Debtor Rights, 2021

### PROFESSIONAL LEADERSHIP

- International Women's Insolvency & Restructuring Confederation (IWIRC), Member

### RELATED EMPLOYMENT

- Quarles & Brady LLP, Chicago, IL, Associate, 2018 – 2021; Summer Associate, 2017
- Champaign County State's Attorney's Office, Urbana, IL, Legal Intern, 2017 – 2018
- U.S. District Court for the Central District of Illinois, Peoria, IL, Judicial Extern for the Hon. Michael M. Mihm, 2016

### AREAS OF FOCUS

**PRACTICES**
- Bankruptcy & Restructuring

**INDUSTRIES**
- CMBS and Real Estate Workouts

**BAR AND COURT ADMISSIONS**

- Illinois

**EDUCATION**

- University of Illinois College of Law, J.D., *magna cum laude*, 2018, Articles Editor, *University of Illinois Law Review*
- Loras College, B.A., Spanish and Criminal Justice, *magna cum laude*, 2015

---

© 2022 Perkins Coie LLP


# Professional Biography



**RACHEL LEIBOWITZ** | PARALEGAL

CHICAGO, IL

131 S. Dearborn Street
Suite 1700
Chicago, IL US
+1.312.263.3037
RLeibowitz@perkinscoie.com

Rachel Leibowitz is a paralegal in the firm's Business practice. She has 10 years of experience supporting bankruptcy, real estate, and litigation matters. Prior to joining Perkins Coie, as paralegal to a chapter 7 trustee, Rachel was responsible for all due diligence, location of undisclosed assets, and asset liquidation, as well as comprehensive bankruptcy litigation support, including discovery production and requests to produce.

Rachel assists with all aspects of chapter 11 debt restructurings and liquidations, including the representation of debtors, creditors, secured lenders, committees, and trustees. She conducts legal research and prepares bankruptcy petitions, schedules of assets and liabilities, statements of financial affairs, routine motions, proposed orders, and applications for compensation. She has also helped with bankruptcy appeals to district courts.

Rachel is proud to support several pro bono initiatives, including helping refugee clients seeking asylum in the United States. She also initiated the effort that led to the firm's donation of 4,000 N95 respirator masks to hospital workers during the COVID-19 pandemic.

## REPRESENTATIVE EXPERIENCE

- Representation of debtor as special litigation counsel in an adversary complaint against and subsequent appeal by the U.S. Department of Health and Human Services, securing the Bankruptcy Court's order requiring that the federal government resume Medicare payments to bankrupt medical testing company in the District of Delaware.

- Representation of the official committee of unsecured creditors in the bankruptcy case of an assisted living facility filed in the U.S. Bankruptcy Court for the Northern District of Illinois.

- Representation of trust defendants in fraudulent preference litigation by the chapter 7 trustee of a bankrupt home builder in the U.S. Bankruptcy Court for the Northern District of Illinois.

- Representation of CMBS special servicer in litigation of breach of contract and waste claims against prior owners of a foreclosed hotel in Harris County Court and the Texas First District Court of Appeals.

- Assist generally with representation of CMBS special servicers, commercial real estate owners, operators, and managers in connection with defaulted loans, claims for unpaid rents, and assumption and rejection of leases and contracts in bankruptcies.

## EDUCATION

- Loyola University Chicago, Dual Litigation and Corporate Paralegal Certificate, with honors

- Boston University, Bachelor of Arts, Psychology



**LANGUAGES**

• Spanish

**PROFESSIONAL RECOGNITION**

• Member, Lambda Epsilon Chi (LEX) Honor Society, founded by the American Association for Paralegal Education