Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, et al.,[1]<br><br>Debtors. | Case No. 21-51477<br><br>Chapter: 11<br><br>(Jointly Administered)<br><br>**NOTICE OF ERRATA**<br><br>**Corrected Objection Deadline:** June 6, 2022 4:00 p.m. (PST)<br><br>**Corrected Hearing Date:** June 13, 2022 1:00 p.m. (PST)<br><br>Related Docket Nos. 488, 491<br><br>Judge: Hon. M. Elaine Hammond |

PLEASE TAKE NOTICE that the coversheets to the *First Application for Compensation of Perkins Coie LLP as Co-Counsel for Official Committee of Unsecured Creditors* [Docket No. 488] and the *First Application for Compensation of Sills Cummis & Gross P.C., as Co-Counsel for*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

*Official Committee of Unsecured Creditors* [Docket No. 491] contained the incorrect hearing date and objection deadline.

The **hearing** on the foregoing interim applications for compensation is scheduled for **June 13, 2022, at 1:00 p.m. Pacific Time**, and the **objection deadline** is **4:00 p.m. Pacific Time on June 6, 2022**.

DATED:  May 16, 2022	**PERKINS COIE LLP**

By: */s/ Paul S. Jasper*

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105
Telephone:    415.344.7000
Facsimile:     415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*