Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF PERKINS COIE LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 29, 2021 THROUGH MARCH 31, 2022**<br><br>Date: June 13, 2022<br>Time: 1:00 p.m.<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br>Judge: Hon. M. Elaine Hammond |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on December 5, 2021 (the "Petition Date"), Watsonville Hospital Corporation ("WHC") and its debtor affiliates, as debtors and debtors in possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

(collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Jose Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on May 16, 2022, the Official Committee of Unsecured Creditors filed the *First Interim Application of Perkins Coie LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance and Payment of Fees and Reimbursement of Expenses for the Period December 29, 2021 through March 31, 2022* (the "Application"). [Docket No. 488], and *Notice of Errata to Correct Hearing Date and Objection Deadline* [Docket No. 493].

**PLEASE TAKE FURTHER NOTICE** that pursuant to pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order"), any opposition to the relief requested in the Application must be filed and served no later than 4:00 p.m. (Prevailing Pacific Time) on June 6, 2022 (the "Objection Deadline"). Absent prior leave of court, no objection shall exceed ten (10) pages, exclusive of declarations, requests for judicial notice, or any exhibits thereto. The court may deem the failure of any party in interest to file a timely objection to constitute consent to the relief requested.

**PLEASE TAKE FURTHER NOTICE** that if you do not file an objection by the Objection Deadline or in accordance with the above procedures, the court may grant the relief requested in the Application without holding a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application can be viewed or obtained by: (i) accessing the Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 280 South First Street, Room 3035, San Jose, CA 95113, or (iii) from the Debtors' notice and claims agent, Stretto, at the case website of https://cases.stretto.com/WatsonvilleHospital, or toll free at: 1-877-476-4390 or submit an inquiry via email to TeamWatsonvilleHospital@stretto.com. Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that a hearing to be conducted in person and via Zoom videoconference has been scheduled for June 13, 2022 at 1:00 p.m. (Prevailing Pacific Time) (the "Hearing"), before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, 280 South First Street, San Jose, California 95113, Courtroom 11, to consider the Application.

**PLEASE TAKE FURTHER NOTICE** that, the Hearing will be conducted in the presiding Judge's courtroom and will also be conducted by telephone or video. Parties may elect to appear in person or via Zoom videoconference. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: May 16, 2022         PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
    Debra I. Grassgreen
    Maxim B. Litvak
    Steven W. Golden

Attorneys for Debtors and Debtors in Possession