Tamar Terzian, Esq. (SBN 254148)
Epps & Coulson, LLP
1230 Crenshaw Blvd., Suite 200
Torrance, CA 90501
Telephone: (213) 929-2357
Facsimile: (213) 929-2394
Email: tamar@eppscoulson.com

Patient Care Ombudsman

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>In re Watsonville Hospital Corporation et al,1<br><br>Debtor-In-Possession. | Chapter 11<br><br>Case No.: Case No. 5:21-bk-51477 (MEH)<br><br>**SECOND INTERIM REPORT OF PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. §333(b)(2)**<br><br>[No Hearing Required]<br><br>Judge: Hon. M. Elaine Hammond |

---

1 The Debtors in these cases are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

1

## TABLE OF CONTENTS

I. Appointment of Patient Care Ombudsman Pursuant to 11 U.S.C. § 333…………………. 3

II. The Hospital………............................................................................................................ 3

III. PCO's Observations General Overview For the Second Reporting Period ……………..5

IV. Reports Reviewed…………………………………………………………………………10

V.  Critical Vendors……………………………………………………………………….11

VI. Medical Records/Health Information Management ("HIM") Department……………...11

VII. Infection Control…..……………………………………………………………………..11

VIII. Conclusion…………………………………………………………………………………12

**TO THE HONORABLE M. ELAINE HAMMOND, THE OFFICE OF UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL PARTIES OF INTEREST:**

## I. Appointment of Patient Care Ombudsman Pursuant to 11 U.S.C. § 333

The Court ordered the appointment of a PCO pursuant to 11 U.S.C. § 333 (a)(1) to monitor, and report to the Court, the quality of patient care provided by Watsonville Community Hospital (the "Hospital"). The PCO, whose appointment by the Office of United States Trustee was approved by the Court, performed the duties described in 11 U.S.C. §§ 333(b) and (c). A notice of the appointment was posted throughout the Hospital. The PCO performed these duties with the assistance of independent contractors, whose verified statements were filed with the Court. *See* Docket No. 315. During this reporting period, PCO focused on the staffing issues, the anesthesiology coverage, and quality risk management.

The PCO respectfully submits her second interim report for the March 15, 2022 through May 15, 2022 period (the "Second Reporting Period") as required by 11 U.S.C. §§ 333(b) and (c).

In compliance with the federal privacy requirements, the PCO cannot disclose any individually identifiable health information that could distinguish a patient directly or could provide a reasonable basis to do so. *See* 45 CFR §160.103. Accordingly, while all of PCO's observations, audits, and interviews occurred between her appointment and the filing of this report, the specific names and interview dates will not be provided.

Further, as with all regulatory/compliance work, the PCO does not assume liability for Hospital compliance obligations under state and federal law and any and all proposed or implementing regulations. Moreover, while the PCO may use auditing tools/guidelines that are employed by certification agencies and auditors, the PCO does not certify the Hospitals compliance with regulatory standards.

## II. The Hospital

The Hospital continues to operate a 106-bed acute care hospital located at 2468 75 Nielson +Street, Watsonville, Ca 95076. The Hospital has been operating for several years. The Hospital administration is working with all professionals during the sale process.

1. **Quality of Care**

    A. The PCO surveyed and evaluated the critical systems in place to assess the Hospitals ability to provide the standard of care during the bankruptcy process. The patient care delivery was evaluated against criteria that reflect professional standards of good quality care (and, increasingly, patient-oriented measures of satisfaction.) Data about processes can be obtained in numerous ways. These include patient reports of care rendered, direct observation of care, review of medical records (or abstracts of records) and similar documents, and analysis of accreditation and monitoring agencies claims or other utilization data. During this review the PCO and her independent consultants reviewed patient charts, observed care and interviewed various staff members in different departments.

    B. During this second visit we again met with the Chief Nursing Officer to notify the various departments of the site visit and providing us with the reports to review the facility.

    C. As noted before each department has its own policies and procedures in addition to the general Hospital policies and procedures regarding professional and staff obligations and responsibilities. The Hospital has developed systems for documenting the course of patient care in medical records, for instance, nurses' notes, attending physicians' notes, operative notes, admission and discharge summaries, results, and interpretations of clinical tests, procedures, and examinations. The CNO and Hospital administration shared new policies and procedures in place since the last visit and will be discussed below.

    D. The PCO also reviewed the Hospital Leapfrog ratings and other reports of Department of Public Health and California Department of Social Services. The PCO is in continuous contact with administration to discuss and review progress, new reporting data and the status of patient care.

    E. The PCO continues to have regular communication with the CNO. Through the CNO, the PCO is well-informed on the status of all events (positive or negative), corrective action plan progress, results of CDPH investigations, State Board of Pharmacy and Joint Commission surveys.

///

### III. PCO's Observations General Overview For the Second Reporting Period

The PCO conducted a site visit for two consecutive days and had an opportunity to meet with the hospital administration, specifically the chief nursing officer and the two new administrators. There are no physician complaints and no supply issues. The PCO interviewed the Chief Nursing Officer and two other administrative staff that detailed the new programs that the board will be implementing.

    **A. Antibiotic Stewardship Program**

The administration is implementing an antibiotic stewardship program. The new protocols for using the correct medication for the correct bacteria (organism/antibiotic/length of treatment). The new protocols will be approved by the Board.

    **B. Clinical Initiatives Workgroup**

Sherry has a project management list for the items currently being addressed. The workgroups currently in action are:

1. Hand Hygiene
2. Nurse governments - The nurse government's workgroup was formed by the administration and includes the nursing staff who are interested in managing groups to help facilitate a better working environment. Nurses from each department get together with the administration to take on some tasks. Currently, they are heading up the fall risk initiative, pressure injury reduction, COTI reduction, and C Line infection reduction.
3. Pre-op checklist
4. Auditing of the Preop checklist
5. Policy Development- C Diff reduction
6. Better EHR documentation for physicians. Physicians to check and review work earlier.
7. Getting patients up earlier after surgery.
8. Mock audits

With new administration and new hires, the Hospital is able to implement these programs in order to increase the infection control, and overall Leapfrog ratings of the Hospital.

    **b. The Nursing Units**

The PCO initially met with the CNO. The patient census on the day of the initial visit was 40 and on the second day was 45. The census normally fluctuates between 40 to 50 patients per day.

The two issues that continue, that are currently national issues, the Hospital is having is enough nursing staff and blood supply shortage. With respect to staffing, since the last visit, the Hospital has had approximately 29 new hires across various departments and they continue to train and fill open positions. The Hospital does continue to use travel nurses in order to maintain patient care. The PCO interviewed various nurses and while all are aware of the bankruptcy, they were all generally positive and didn't believe it would impact their dedication to treating patients. The continued open lines of communication between management and employees will assist the staff to feel secure in their positions at the Hospital. The CNO noted that the Hospital was sufficiently staffed and had sufficient medical supplies and other items necessary to safely continue the Hospital's daily operations.

The PCO toured all of the nursing units for each department. The PCO did not observe any infection control violations, or health insurance portability and accountability act ("HIPAA") breaches. Most of the nursing staff has been employed by the Hospital for several years, are well trained, and have significant experience in performing their job duties. The PCO observed that the nursing staff is very friendly to family visitors and welcoming. General housekeeping practices appeared to be maintained, as no safety concerns were noted regarding equipment placement, with hallway paths remaining clear and unblocked. The PCO observed that the staff was using proper protective equipment ("PPE") at all times. For example, the PCO observed a nurse with PPE prior to entering a COVID patients' room and disposing of the PPE carefully, and immediately performing a hand hygiene. The nurse ratio is two patients to one nurse and more staff can be assigned if needed based on the patient's acuity for the day, this is standard practice in the industry.

    c. **The Emergency Department**

The PCO observed patient care in this department and determined that the nurses and staff worked together to assure patient care. This Department continued to provide the quality of patient care and transfers will occur to another hospital if the patient care would be compromised.

During the PCO's visit to this department there were six patients receiving care. The staffing was appropriate and included physicians, residents and nurses.

### d. Intensive Care Unit

PCO observed staff washing hands and utilizing waterless hand gel. All washing/gel stations utilized by PCO throughout the site visit were stocked with appropriate gel, soap, and/or paper towels.

Sharps containers were prevalent and not overfilled. Dirty utility rooms were marked with the appropriate biohazard sign. Patients in isolation had the appropriate personal protective equipment ("PPE") stocked outside of the room and the isolation notification on the room door. PCO observed code carts on the unit with the appropriate seal in place with daily checks being performed and documented. In the past three months, the staff in this department have undergone sepsis infection training and implementations of a Sepsis protocol bundle. Based on information from the Hospital and review of the policies the Hospital has made substantial improvement to prevent and treat Sepsis infections. Meanwhile, PCO will monitor infection data to ensure consistency with state standards.

### e. Pre-Op, Surgery, and Post Anesthesia Care Unit

PCO observed pre-op care, a surgical procedure, and PACU care in the surgery department. Anesthesiologists and surgeons were queried, and all stated they had the supplies and tools needed to practice in their respective specialties. The issue of an anesthesiologist available at all time continues to be an issue for surgeries but they have not had to cancel surgeries, only reschedule surgeries.

No other concerns were noted.

### f. Medical Surgical Unit

This unit is located on the second floor. In this unit there was sufficient staffing however the unit uses multiple health records of both paper and digital that causes delays. PCO would recommend having an additional staff to assist in transmitting information between nursing units and oversee administrative and organizational support. Nothing more to note.

### g. Obstetrics & Gynecology

7

The PCO met with the director of nursing for this Department. She stated there have been no issues and the staff has worked together to resolve any day-to-day issues. As stated above, the largest issue has been shortage of staff. However, the observations of the PCO was that the nursing staff ratio is two patients to one nurse, or three patients to one nurse, depending on the acuity levels of the patients. There was sufficient coverage based on the census during the PCO's visit.

### h. Neonatal ICU/ Labor & Delivery

1. Neonatal ICU

The Neonatal ICU ("NICU") was very clean. Each room has hand sanitizer mounted on the walls and the expectation is that every time staff/visitors enter the room they are to use the sanitizer.

The NICU beds are calibrated and unexpired. Crash carts are inspected daily and PCO was able to view logs for the crash cart and checking of supplies for expiration dates. An emergency kit was located under each of the NICU beds and locked to ensure all medications/tools/supplies remain intact and functional.

2. Labor and Delivery

The labor and delivery department does roughly 70-85 deliveries per month. The average stay for patients is two to three days. They have patient-staff ratio of one to one for active labor and one to two for labor. They all agreed they do a reasonable amount of overtime. The rooms are clean and orderly and all equipment inspected had current expirations.

Labor and delivery has six beds each and the rooms are all furnished with their own restrooms and shower, couches for family, and an adjoining supply room. Midwives or Nurse Practitioners are able to deliver babies but there is also a 24-hour OB/GYN present Monday through Friday through all shift providing coverage. Sleeping rooms are available to physicians and staff. The labor and delivery unit also provide prenatal education classes.

The Hospital allows two support visitors for the patient as long as they have tested negative for COVID within 48 hours.

There were no areas of concern in this department.

### i. Pharmacy

8

The pharmacy is located on the first floor and there are two separate pharmacies. One is for inpatient and the other outpatient. The PCO met with the director of pharmacy. There are no pharmacy shortages to report. They had a visit from the board of pharmacy on April 13, 2022 and there were no negative findings when they visited.

The one issue raised by the pharmacy was that when the pharmacy is closed other pharmacies would not fill written prescriptions. Effective January 2022, all prescriptions must be electronic with a few exceptions. The Hospital pharmacy could fill the written prescriptions; however, when the Hospital is closed, some patients do not have electronic access and only have a written prescription. The local pharmacies understand now the exceptions to the electronic prescriptions and patients have not had any current issues.

### j. Clinical Laboratory

The PCO revisited this unit and reviewed current logs for machines. The PCO recommended the lab perform correlations between three other facilities every three months which was done by staff. The Laboratory recently had a JCAHO audit. The lab is CAP (College of American Pathologists) certified, and current. CLIA (Clinical Lab Improvement Act) deeming is current. No concerns noted.

### k. Coronary Care Unit

This unit is not operating. It remains under renovation. The Hospital hopes to have this unit open in the future.

### l. Environmental Services Department

The hospital grounds and facility were clean and welcoming. A receptionist sits at the front entrance to direct visitors, and a security guard sits at the back entrance. PCO found the floors clean and free of debris, bathrooms clean with the appropriate supplies, and EVS staff with cleaning carts visible throughout the house on all three shifts. PCO asked no less than three EVS staff members if they had the supplies necessary to perform their duties. No concerns were voiced or noted.

### m. Dietary

All RD's have valid and current licenses verified by viewing of actual certificate or wallet

sized card. There are no changes or recommendations in this department.

n. **CARF Inpatient Rehabilitation**

1. Physical Therapy

The outpatient physical therapy department continues to see 40-60 patients on a busy day and 30-50 on a regular day. No concerns noted.

2. Occupational therapy

The Hospital provides Occupational Therapy ("OT") for their patients. All instruments have current calibrations and are cleaned regularly by hospital janitorial services. No concerns noted.

3. Speech Pathology

The speech pathologist was unable to be interviewed as was not in the office but will follow up on the next visit to Hospital.

4. Physical Medicine/Rehabilitation

PCO was able to survey the physical therapy department and it was clean and orderly and the staff was friendly and accommodating. In the supply room, the medical equipment is calibrated yearly and clean. Topical solutions such as bio freeze were labeled with open dates as required. E-stim, walkers, other items all calibrated (next due 08/22) and/or unexpired. The staff reported that there are no problems with supplies including theraband, water, blocks, finger splints, etc. No concerns noted.

o. **Diagnostic Radiology**

The services of this department include: CT Scan, Bone Density Scans, Mammography MRI, Nuclear Medicine, Ultrasounds. PCO interviewed staff in this department. No concerns are noted.

IV. **Reports Reviewed**

The PCO requested and reviewed the California Department of Public Health ("CDPH") records. The CDPH investigates all patient complaints as well as all mandated hospital self-reported complaints. The PCO discussed these reports and allegations with the hospital administration. The specifics of each case are a matter of public record and can be found on the

CDPH web sites.

There was one incident reported but there have been no findings at this time. On a weekly basis CDPH continues to monitor the Hospital. The PCO will continue to monitor the progress in subsequent visits along with all new CDPH reports as filed.

## V. Critical Vendors

All vendors are currently providing services and equipment and under the contractual agreements. Critical vendors continue to operate and supply critical equipment to the Hospital without delay. No concern noted.

## VI. Medical Records/Health Information Management ("HIM") Department

The Medical Records for the Hospital are stored in three different locations of the discharged patients. Hospital is using hybrid medical records including: MedHost EMR is used in Med surg unit, Centrocity used exclusively in OB/Gyn. Most departments are using some semblance of a hybrid system including paper charts.

The PCO conducted a sampling of the files. No concerns were noted and all consent forms were properly executed.

## VII. Infection Control

**A. Clostridioides Difficile Infection (C-Diff)** –As discussed above the new protocols includes a new C-diff protocol. In a review of hospital protocols, it was found that many of the C-diff infections credited to being hospital-based were actually community-based. New protocols include the loose stools patient had before entering the facility. This has reduced the number of hospital-based infections significantly.

**B. Sepsis**- The hospital has started doing sepsis alerts directed by the Director of the Emergency Department. The sepsis alerts are still housed within the emergency department but will roll out to other departments as soon as it is approved. The audit sheet that was created gets resources to the patient faster, including lab and cultures. Within three hours the patient will have labs, antibiotics and fluids. If the pressure is still low then pressers are given and the patient then transfers to ICU.

**C. Catheter Associated Urinary Tract Infections (CAUTI)**- Nurse Driven Protocols

11
Case: 21-51477    Doc# 501    Filed: 05/17/22    Entered: 05/17/22 14:55:59    Page 11 of 12

have been implemented to reduce and stain CAUTI. Any nurse can remove a catheter if it is not needed. This is nationally known as the Houdini Protocol. HOUDINI is an acronym for hematuria, obstruction, urological surgery/intervention, decubitus ulcer, input/output monitoring, nursing care and immobility. This reduces the risk of CAUTI. The PCO recommends training all nursing units to proper catheter placement and prompt removal.

## VIII. Conclusion

The expectation at this juncture is that the PCO will conduct a third site visit during the sale process unless the sale is complete. PCO will remain engaged with clinical leadership and the quality department to monitor staffing coverage.

Dated: March 15, 2022          TAMAR TERZIAN

By: */s/ Tamar Terzian*
Tamar Terzian
Patient Care Ombudsman