1   AN NGUYEN RUDA (SBN 215453)
       *aruda@bartko.com*
2   KERRY L. DUFFY (SBN 233160)
       *kduffy@bartko.com*
3   BARTKO ZANKEL BUNZEL & MILLER
    A Professional Law Corporation
4   One Embarcadero Center, Suite 800
    San Francisco, California 94111
5   Telephone: (415) 956-1900
    Facsimile:  (415) 956-1152
6
7   *Special Labor and Employment Counsel
    to Debtors*

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  In re:                              Case No. 21-51477

13  WATSONVILLE HOSPITAL              Chapter 11
    CORPORATION, *et al.*,
14                                      **FIRST INTERIM APPLICATION OF
              Debtors.[1]               BARTKO ZANKEL BUNZEL & MILLER
15                                      AS SPECIAL LABOR AND
                                        EMPLOYMENT COUNSEL TO THE
16                                      DEBTORS FOR ALLOWANCE AND
                                        PAYMENT OF COMPENSATION AND
17                                      REIMBURSEMENT OF EXPENSES FOR
                                        THE PERIOD DECEMBER 6, 2021
18                                      THROUGH MARCH 31, 2022**

19                                      Judge: Hon. M. Elaine Hammond

20                                      Date:      June 13, 2022
                                        Time:      1:00 p.m.
21                                      Place:     United States Bankruptcy Court
                                                   280 South First Street
22                                                 Courtroom 11
                                                    San Jose, CA 95113-3099]
23

24

25

26
    _____
27  [1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax
    identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare
28  Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare,
    LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

Case: 21-51477   Doc# 514   Filed: 05/20/22   Entered: 05/20/22 14:18:42   Page 1 of 82

Bartko Zankel Bunzel & Miller ("Bartko" or the "Firm") hereby submits its *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 6, 2021 through March 31, 2022* (the "Application"), as special labor and employment counsel to the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned jointly-administered cases. This Application requests entry of an order allowing, on an interim basis, compensation to the Firm for services rendered to the Debtors and expenses incurred during the period from December 6, 2021 through March 31, 2022 (the "Fee Period").

The Firm seeks interim approval of its fees incurred and reimbursement of expenses during the Fee Period totaling **$161,426.68**[2] which sum represents compensation for legal services rendered in the amount of **$156,024.75**[3] and reimbursement for expenses incurred in the amount of **$5,401.93**. The Firm spent a total of 362.95 hours and incurred a total of $156,024.75 in fees associated with the services provided to the Debtors in this matter.

This Application is based upon the contents hereof, together with the exhibits, the declaration of An Nguyen Ruda filed concurrently herewith, the pleadings, papers, and records on file in this cases, and any evidence or argument that the Court may entertain at the time of the hearing on the Application. This Application is subject to the United States Department of Justice's *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "Large Case Guidelines"). Summary charts complying with the Large Case Guidelines and detailing the amount of fees charged and hours worked by each of the Firm's professionals and paraprofessionals during the Fee Period are attached hereto as **Exhibit C** through **Exhibit H**.

---

[2] These fees include amounts for Karl Lohwater, a contract attorney who billed $10,052.75 for 25.45 hours of work performed for the Debtors, as more fully detailed in Exhibit D hereto. While these amounts are technically expenses, they are being passed through without mark-up as part of the fee category, as the underlying detail for those billings are captured in the fee section of the supporting invoices.

[3] Karl Lohwater was incorrectly listed in Bartko's First Monthly Fee Application as billing $5,816.25 when this amount should have been $4,641.25. While Bartko was approved for an amount of $42,169.13 for the period from December 1, 2021 through December 31, 2021, Bartko recognized this discrepancy prior to receiving any payment, and was paid the lower amount of $41,229.13 (i.e., amount reduced by $1,175.00). The dollar totals listed in this Application have been adjusted to reflect a $1,175.00 reduction in the total fees billed to date and the total compensation sought to be approved for the Fee Period.

# I.

## BACKGROUND

**General Background**

On December 5, 2021 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no committees have been appointed or designated.

The Debtors operate Watsonville Community Hospital (the "Hospital"), a 106 bed acute care facility located in Watsonville, California. As the only acute care facility in the area, the Hospital provides vital services to its surrounding community, including emergency, cardiac, pediatric, surgical, pharmaceutical, laboratory, radiological, and other critical services. A more detailed description of the Debtors, including their current and historical business operations and the events precipitating the chapter 11 filing, is set forth in detail in the *Declaration of Jeremy Rosenthal, Chief Restructuring Officer of the Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions* (the "First Day Declaration") [Docket No. 17] incorporated herein by reference.[4]

On December 22, 2022, the Office of the United States Trustee, Region 17 (the "UST") appointed the following members to the Official Committee of Unsecured Creditors (the "Committee" ) pursuant to section 1102(a)(1) of the Bankruptcy Code: (i) California Nurses Association; (ii) SEIU United healthcare Workers – West; (iii) Health Trust Workforce Solutions, LLC; (iv) Firm Revenue Recycling Management Services, Inc.; (v) Heroic Security, LLC; (vi) Teamsters 853; and (vii) MEDHOST Direct, Inc.

**Employment of Bartko**

On December 17, 2021, the Debtors' filed their *Application Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel for the Debtors Effective as of the Petition*

---

[4] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

[Docket No. 84] (the "Retention Application"). On January 6, 2022, the Court entered its *Order Authorizing the Debtors to Employ Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel for the Debtors Effective as of the Petition Date* [Docket No. 168] (the "Retention Order"). A true and correct copy of the Retention Order is attached hereto as **Exhibit A**.

**Present Posture of the Case**

With respect to providing a brief narrative history of Debtors' chapter 11 cases and their present posture, Bartko references and incorporates by this reference the interim fee application of Debtors' general bankruptcy counsel, Pachulski Stang Ziehl & Jones LLP filed on May 16, 2022 [Docket No. 486].

**II.**

**SERVICES RENDERED**

Bartko is, pursuant to Bankruptcy Code § 327(e), special labor and employment counsel to the Debtors. Bartko has allocated its services by Debtor and by specific matter per Debtor, as is standard in all of its billing matters. Bartko does its best to place time entries and expenses into the specific matter which reflects the work performed per Debtor. Bartko, in the Application Period, has rendered services in the following matters:

**General Labor**

During the Application Period, the time spent in this category includes the following tasks: (i) general labor advice; (ii) effects bargaining with SEIU; (iii) work on finalizing the SEIU contract bargaining agreement (iv) preparation of WARN Act Notices and follow-up related to anticipated layoffs; (v) analysis of various employment issues related to the bankruptcy; (vi) work on interim wage order; (vii) analysis and strategy regarding potential grievance claims; (viii) conduct investigations in connection with grievances; (ix) review and analysis of new individual employee claims; (x) meetings and communications with consultants regarding strategic planning, ADP system, payroll audit and employee matters; (xi) work with CNA in connection with side letter agreement; (xii) review tax filings (Forms 5500); (xiii) advice on options for defined benefit pension plan and other benefit plans in context of bankruptcy; (ixv) review of and comments

on employee talking points; (xv) review benefit provisions of APA; (xvi) correspond with plan actuaries and PBGC regarding cash balance pension plan; and (xvii) research requirements for annual funding notice during pendency of bankruptcy.

**Total Hours 289.55/Total Fees $142,219.75**

**Retention**

During the Application Period, the time spent in this matter includes the following tasks: (i) preparation of retention application; (ii) communications with Debtors' general bankruptcy counsel regarding retention; (iii) perform conflict check analysis for retention.

**Total Hours 18.80/Total Fees $7,441.50**

**Bankruptcy Administration (Bk Admin)**

During the Application Period, the time spent in this matter includes the following tasks: (i) preparation of Notice of Appearance and request for notice.

**Total Hours .50/Total Fees $197.50**

**Fee Application**

During the Application Period, the time spent in this matter includes the following tasks: (i) preparation of monthly fee statements that are the subject of this Application; and (ii) communications with Debtors' general bankruptcy counsel in connection with the monthly fee statements.

**Total Hours 19.40/Total Fees $6,167.00**

**List of Expenses by Matter**

Bartko advanced costs in connection with the performance of the services described in this Application. During the Fee Period, Bartko incurred a total of $5,401.93 in expenses. As this modest amount reflects, Bartko made every effort to keep the costs in this case to a minimum. A summary chart detailing the type and amount of expenses incurred during the Fee Period is attached hereto as **Exhibit H-2**.

**Hourly Rates**

The hourly rates of all professionals and paraprofessionals rendering services in this case are set forth on the Billing Summary Chart on **Exhibit D** annexed hereto.

**Professionals**

The biographies of the attorneys who primarily worked on this matter and a description of their professional experience and education are attached hereto as **Exhibit I**. Bartko has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded in these proceedings, except to be shared among members of the Firm.

**Client Review of Billing Statements**

Pursuant to the Northern District Guidelines, an email enclosing this Application is being sent to the Debtors concurrently. This email invites the Debtors to discuss with the Firm and/or the Office of the United States Trustee any objections, concerns, or questions the Debtors may have with regard to the requested compensation and reimbursement set forth in the Application.

**Notice of Application and Hearing**

Notice of the submission of this Application and the hearing thereon will be provided to the Office of the United States Trustee, the Debtors, all parties requesting special notice and other interested parties in accordance with the Local Bankruptcy Rules. Complete copies of the Application will be promptly furnished to any other party upon specific request. Therefore, notice should be deemed adequate under the circumstances and in accordance with Federal Bankruptcy Rules 2002(a)(6) and 2002(c)(2). Additionally, this Application is available from the claims and noticing agent, Stretto, at no charge.

**Other Compliance with Large Case Requirements**

Attached as **Exhibit C** through **Exhibit H** are the exhibits that Bartko understands need to be completed and filed together with this Application in order to comply with the Large Case Guidelines. In addition, pursuant to paragraph C.5 of the Large Case Guidelines, Bartko provides the following statements:

| INQUIRY | STATEMENTS |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain | No. |

| INQUIRY | STATEMENTS |
|---------|------------|
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | Not applicable. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No. |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees. | No. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | No. |
| If the fee application includes any rate increases since retention:<br>    i. Did your client review and approve those rate increases in advance?<br>    ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | N/A |

## III.
## THE FEES AND EXPENSES REQUESTED SHOULD
## BE AWARDED BASED UPON APPLICABLE LAW

The fees and expenses requested by this Application are an appropriate award for Bartko's services in acting as counsel to the Debtors.

### A.     Evaluation of Requests for Compensation

Pursuant to section 330 of the Bankruptcy Code, the Court may award to a professional person reasonable compensation for actual, necessary services rendered, and reimbursement for

actual, necessary expenses incurred. Pursuant to section 331 of the Bankruptcy Code, the Court may award interim compensation and reimbursement to a professional. As set forth above, the fees for which the Firm requests compensation and the costs incurred for which the Firm requests reimbursement are for actual and necessary services rendered and costs incurred.

In determining the amount of allowable fees under section 330(a) of the Bankruptcy Code, courts are to be guided by the same "general principles" as are to be applied in determining awards under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy matters." *Burgess v. Klenske* (*In re Manoa Finance Co., Inc.*), 853 F.2d 687, 691 (9th Cir. 1988). The "standard is an objective one as to whether the fees were reasonable and necessary at the time they were incurred." *In re Auto Parts Club, Inc.*, 211 B.R. 29, 35 (B.A.P. 9th Cir. 1999).

In assessing the propriety of an award of attorneys' fees, twelve factors relevant to determining such fees were identified in *Johnson v. Georgia Highway Express, Inc.*, 488 F. 2d 714, 717-719 (5th Cir. 1974), a Title VII class action case under the Civil Rights Act of 1964, 42 U. S. C. § 2000 et seq., and *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U. S. 951 (1976): (1) the time and labor required, (2) the novelty and difficulty of the questions, (3) the skill requisite to perform the service properly, (4) the preclusion of other employment by the professional due to acceptance of the case, (5) the customary fee, (6) whether fee is fixed or contingent, (7) time limitations imposed by the client or the circumstances, (8) the amount involved and the results obtained, (9) the experience, reputation, and ability of the professionals, (10) the undesirability of the case, (11) the nature and length of the professional relationship with the client, and (12) awards in similar cases. *See American Benefit Life Ins. Co. v. Baddock* (*In re First Colonial Corp. of America*), 544 F.2d 1291 (5th Cir. 1977) (*Johnson* criteria applicable in bankruptcy cases).

The time for which compensation is sought is detailed in the Firm's invoices for the Fee Period annexed hereto as **Exhibit B**. Bartko's services and time expenditure in acting as special labor and employment counsel to Debtors are reasonable in light of the labor required and outcome achieved in those matters. The Firm's charges for its professional services are based upon the time, nature, extent, and value of such services and the cost of comparable services in the San Francisco

area, other than in a case under the Bankruptcy Code. The compensation the Firm seeks by way of this Application is the customary compensation commonly sought by the Firm and other professionals for work performed in similar circumstances.

**Section 330(a)(3) Factors**

Section 330(a)(3) of the Bankruptcy Code sets forth several factors to be considered by the Court. Although some of these factors, such as the time involved and the timeliness of Bartko's performance, were addressed above, Bartko believes two of these factors should be discussed separately again here.

First, section 330(a)(3)(C) of the Bankruptcy Code requires that the professional services be necessary to the administration of, or beneficial at the time at which the service was rendered toward completion of the case. Bartko believes that its services were both necessary and beneficial to the estates, as Bartko handled complex employment and labor issues which required substantial skill, time and effort in representing the interests of the estates.

Second, section 330(a)(3)(E) of the Bankruptcy Code requires the compensation to be reasonable based on customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code. Bartko believes its attorneys are skilled and have performed well in this case, and that the fees charged by Bartko are commensurate with the fees charged by Bartko's counterparts who are engaged in non-bankruptcy areas of the law, including with respect to employment and labor specialties. The experience, reputation and abilities of Bartko's attorneys are well known and respected in the community.

**Available Funds**

Bartko understands that the Debtors have sufficient funds available for the payment of fees and costs requested herein.

//

//

**IV.**

**CONCLUSION**

Bartko requests an interim allowance of all fees and costs for the Fee Period. Neither Bartko, nor any partners or associates of the Firm, have any agreement or any understanding of any kind or nature to divide, pay over, or share any portion of the fees to be awarded Bartko with any other person or attorney, except among members of the Firm.

Bartko believes that the services rendered for which compensation is sought in this Application have been beneficial to the estates, that the costs incurred have been necessary and proper, and that the sums requested for the services rendered and the costs incurred are fair and reasonable.

WHEREFORE, Bartko respectfully requests that this Court (a) authorize interim allowance and direct payment of fees and costs, (b) award interim compensation to the Firm in the amount of **$161,426.68** inclusive of all fees and costs for the period from December 6, 2021 through March 31, 2022, consisting of **$156,024.75** of fees and **$5,401.93** of expenses, and (c) grant such other and further relief as may be appropriate under the circumstances.

DATED:  May 20, 2022            BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation


By: _____
Kerry L. Duffy
*Special Labor and Employment Counsel to Debtors*

# Exhibit A

<u>**EXHIBIT A**</u>



**Entered on Docket
January 06, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | Debra I. Grassgreen (CA Bar No. 169978)
2 | Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
3 | PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor

The following constitutes the order of the Court.
Signed: January 6, 2022

San Francisco, CA  94105-1020
4 | Telephone:     415.263.7000
Facsimile:     415.263.7010
5 | E-mail:     dgrassgreen@pszjlaw.com
6 | mlitvak@pszjlaw.com
sgolden@pszjlaw.com

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

7 | Proposed Attorneys for Debtors and
Debtors in Possession

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN JOSE DIVISION**

11 | In re: | Case No. 21-51477

12 | WATSONVILLE HOSPITAL | Chapter 11
CORPORATION, *et al.*, | (jointly Administered)

13 | Debtors.[1] | **ORDER AUTHORIZING THE DEBTORS**
14 | | **TO EMPLOY BARTKO ZANKEL**
**BUNZEL & MILLER AS SPECIAL**
15 | | **LABOR AND EMPLOYMENT COUNSEL**
**FOR THE DEBTORS EFFECTIVE AS OF**
16 | | **THE PETITION DATE**

17 | | Judge:     Hon. M. Elaine Hammond

18 | | [No Hearing Requested]

19 |

20 | Upon the Application (the "<u>Application</u>"),[2] of the above-captioned debtors and debtors in

21 | possession (collectively, the "<u>Debtors</u>") in the above-captioned chapter 11 cases (the "<u>Bankruptcy</u>

22 | <u>Cases</u>"), pursuant to section 327(e) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and

23 | Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), for

24 | authority to retain and employ Bartko Zankel Bunzel & Miller ("<u>Bartko</u>") as the Debtors' special labor

25 | and employment counsel effective as of the Petition Date, all as more fully set forth in the Application;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC.  The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

and this Court having jurisdiction to consider the Application and the relief requested therein; and consideration of the Application and the requested relief being a core proceeding; and venue being proper before this Court; and the Court having found and determined that notice of the Application as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application, the First Day Declaration, the Ruda Declaration, and the Rosenthal Declaration; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interests of the Debtors, their estates, creditors, and all parties in interest and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted as provided herein.

2.      The Debtors are authorized, pursuant to section 327(e) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016, to retain and employ Bartko as special labor and employment counsel under the terms and conditions set forth in the Application and the Ruda Declaration, which are appropriate under the circumstances of these Bankruptcy Cases, effective as of the Petition Date.

3.      Bartko shall be compensated in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any applicable orders of this Court, and shall file interim and final applications for allowance of its compensation and expenses in accordance with the foregoing, which applications shall be subject to sections 330 and 331 of the Bankruptcy Code.  Bartko is authorized to apply the balance of the retainer amount to any post-petition fees and expense authorized pursuant to orders of this Court.

4.      To the extent that Bartko retains any independent contract workers for use in connection with ongoing matters for the Debtors, any amounts paid will be included as expense items, and the cost will be passed onto the Debtors without mark-up.

5.       Nothing herein shall be deemed a waiver or limitation of any of the Debtors' rights or claims against Bartko or Bartko's rights or claims against the Debtors estates (subject to the applicable

provisions of the Bankruptcy Code), all of which rights and claims are expressly reserved and preserved.

6.      In the event of any inconsistency between the terms of the Application, the Ruda Declaration, and this Order, the terms of this Order shall govern.

7.      The Debtors and Bartko are authorized to take all actions necessary or appropriate to implement the relief granted in this Order.

8.      Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

9.      This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

***END OF ORDER***

**COURT SERVICE LIST**

All ECF Parties

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# Exhibit B

*In Account With*

TAX ID No. 94-2542676

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

January 5, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA 95076

| | |
|---|---|
| Invoice #: | 132460 |
| Client #: | 2732 |
| Matter #: | 001 |
| Billing Attorney: | ANR |

For professional services rendered and disbursements advanced through December 31, 2021:

**RE: General Labor**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/21 | MCL | Prepare follow-up questions via email with regard to MultiPlan contract and its potential termination to assess potential OON claims. | .10 | 39.50 |
| 12/06/21 | MCL | Respond to emails from Force10 Partners and A. Ruda re: BCBS late claim submission. | .10 | 39.50 |
| 12/07/21 | ANR | Work on employment matters including transaction support. | 1.50 | 892.50 |
| 12/07/21 | ANR | Telephone call with S. Golden and union re employment clarification. | .20 | 119.00 |
| 12/07/21 | ANR | Review of pre-petition issues related to discrimination charge. | 1.50 | 892.50 |
| 12/07/21 | MCL | Respond to emails from Force10 Partners and A. Ruda re: BCBS late claim submission. | .10 | 39.50 |
| 12/07/21 | MCL | Telephone call with A. Ruda re: BCBS late claim submission. | .20 | 79.00 |
| 12/07/21 | MCL | Coordinate preparation of form for submission. | .50 | 197.50 |
| 12/07/21 | MCL | Review preliminary approval papers to provide initial analysis to A. Ruda and P. Ryan. | .30 | 118.50 |
| 12/07/21 | MCL | Review preliminary settlement release terms to provide initial analysis to A. Ruda and P. Ryan. | .30 | 118.50 |
| 12/07/21 | KWL | Analysis of Forms 5500 filed by WCH. | 1.00 | 395.00 |
| 12/08/21 | ANR | Analysis of various employee related issues concerning bankruptcy. | 2.50 | 1,487.50 |
| 12/08/21 | ANR | Telephone call with N. Rubin re employee matter. | .30 | 178.50 |
| 12/08/21 | ANR | Review of employee communication email. | .80 | 476.00 |
| 12/08/21 | ANR | Review of email from R. Dickerson re employee FAQ. | .10 | 59.50 |
| 12/08/21 | ANR | Review of emails re affirmative recovery claim. | .50 | 297.50 |
| 12/08/21 | MCL | Respond to email from Force10 Partners re: claim form. | .10 | 39.50 |

Client #: 2732                                                         January 5, 2022
Matter #: 001                                                     Invoice #: 132460

| Date | Tkpr | Description | Hours | Amount |
|------|------|------------|-------|--------|
| 12/09/21 | ANR | Review of opt in of BCBS claim; review of email from R. Case re transaction details. | .30 | 178.50 |
| 12/09/21 | ANR | Analysis of interim wage order. | 1.50 | 892.50 |
| 12/09/21 | ANR | Review of prepetition, post petition PTO issues and cashout issues. | 1.00 | 595.00 |
| 12/09/21 | ANR | Review of various emails from bankruptcy professionals and R. Dickerson re prepetition cap. | 1.00 | 595.00 |
| 12/09/21 | ANR | Telephone call with labor union re interim wage order. | .70 | 416.50 |
| 12/09/21 | MCL | Respond to emails from A. Ruda and Force10 re: submission of claim form for BCBS subscriber settlement. | .20 | 79.00 |
| 12/10/21 | LAF | Review APA and issues re same. | 1.20 | 714.00 |
| 12/10/21 | ANR | Conference call with bankruptcy and labor and employment teams re compensation and benefits. | .80 | 476.00 |
| 12/10/21 | ANR | Conference call with bankruptcy team and regulatory lawyer re asset purchase agreement. | .80 | 476.00 |
| 12/10/21 | ANR | Review of email from R. Dickerson re DFEH charge. | .10 | 59.50 |
| 12/10/21 | ANR | Reply to email from R. Dickerson re DFEH charge. | .10 | 59.50 |
| 12/10/21 | MCL | Submit claim form to JND Legal. | .30 | 118.50 |
| 12/10/21 | MCL | Respond to emails from A. Ruda and Force10 re: submission of claim form for BCBS subscriber settlement. | .20 | 79.00 |
| 12/10/21 | MCL | Review settlement claims calculation to provide analysis to Force10 re: same. | .40 | 158.00 |
| 12/10/21 | KWL | Conference call with Renne Albarano, Steve Golden, An Ruda, and Rosanne Dickerson regarding interim wage payment order. | 1.00 | 395.00 |
| 12/12/21 | LAF | Analysis regarding labor issues and district hospital MOUs. | 3.00 | 1,785.00 |
| 12/12/21 | ANR | Redline of employee FAQ re interim wage order. | 1.00 | 595.00 |
| 12/13/21 | ANR | Conference call with labor union and bankruptcy professional re interim wage order. | .30 | 178.50 |
| 12/13/21 | ANR | Redline of asset purchase agreement re labor issues. | 2.40 | 1,428.00 |
| 12/13/21 | ANR | Review of pending grievances at hospital re development of resolution strategy. | .50 | 297.50 |
| 12/13/21 | MCL | Prepare and respond to email from JND Legal re: submission of claim form for BCBS subscriber settlement. | .10 | 39.50 |
| 12/14/21 | LAF | Review CBAs regarding successor issues. | 1.00 | 595.00 |
| 12/14/21 | LAF | Revise APA employment section. | 1.00 | 595.00 |
| 12/14/21 | LAF | Participate in professionals call. | .50 | 297.50 |
| 12/14/21 | LAF | Analyze issues re bankruptcy, research re same. | 2.00 | 1,190.00 |
| 12/14/21 | ANR | Attend part of weekly professionals call. | .60 | 357.00 |
| 12/14/21 | ANR | Email to S. Golden re DFEH charge. | .10 | 59.50 |
| 12/14/21 | ANR | Review of email from S. Golden re DFEH Charge. | .10 | 59.50 |
| 12/14/21 | ANR | Review of email from B. Wallen re DFEH Charge. | .10 | 59.50 |
| 12/14/21 | ANR | Review of employee PTO FAQ. | .10 | 59.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/14/21 | ANR | Review of email from union re PTO FAQ. | .10 | 59.50 |
| 12/14/21 | ANR | Review of email from S. Golden to union re PTO FAQ. | .10 | 59.50 |
| 12/14/21 | ANR | Review of bankruptcy professional redline to APA. | .80 | 476.00 |
| 12/14/21 | ANR | Review of email from R. Dickerson re grievances. | .10 | 59.50 |
| 12/14/21 | KXT | Begin to prepare an outstanding grievance tracker for all unions. | 3.50 | 1,312.50 |
| 12/14/21 | KWL | Review APA draft and provide comments on employee benefits provisions. | 3.25 | 1,283.75 |
| 12/15/21 | ANR | Review of email from R. Albarano re labor dues. | .10 | 59.50 |
| 12/15/21 | ANR | Review of email from S. Golden re labor dues. | .10 | 59.50 |
| 12/15/21 | ANR | Reply to R. Albarano re labor dues. | .10 | 59.50 |
| 12/15/21 | ANR | Review of Caltec email re side letter agreement re per diem. | .10 | 59.50 |
| 12/15/21 | ANR | Review of email from labor union re PTO. | .10 | 59.50 |
| 12/15/21 | ANR | Strategy session re revision of labor and alternatives. | 1.90 | 1,130.50 |
| 12/15/21 | ANR | Revise labor and alternatives. | 1.90 | 1,130.50 |
| 12/16/21 | ANR | Meeting re alternatives and strategies. | 4.20 | 2,499.00 |
| 12/16/21 | ANR | Review of email from K. Lohwater re benefits revisions. | .10 | 59.50 |
| 12/16/21 | ANR | Review of email from S. Golden re benefits revisions. | .10 | 59.50 |
| 12/16/21 | ANR | Review of email from S. Golden to labor union re wage order. | .10 | 59.50 |
| 12/16/21 | ANR | Review of email from Caltec union re side letter. | .10 | 59.50 |
| 12/16/21 | ANR | Review of email from S. Golden to union re FAQ. | .10 | 59.50 |
| 12/16/21 | ANR | Email to unions re FAQ. | .10 | 59.50 |
| 12/16/21 | CC | Email with Unions re signed CBAs. | .20 | 45.00 |
| 12/16/21 | CC | Finalize bargaining notes from 12/14/21 session with CNA. | .60 | 135.00 |
| 12/16/21 | CC | Update tracker notes from 12/14/21 session with CNA. | .60 | 135.00 |
| 12/16/21 | KWL | Review Employee FAQ to provide comments. | .50 | 197.50 |
| 12/17/21 | LAF | Conference call re WARN Act extension issues. | 1.10 | 654.50 |
| 12/17/21 | ANR | Conference call with J. Rosenthal, N. Rubin and L. Fernandez re WARN Notices. | .50 | 297.50 |
| 12/17/21 | ANR | Review of email from R. Dickerson re waiver. | .10 | 59.50 |
| 12/17/21 | ANR | Review of waiver. | .30 | 178.50 |
| 12/17/21 | ANR | Review of email from Caltec union. | .10 | 59.50 |
| 12/17/21 | ANR | Reply to email from Caltec union. | .10 | 59.50 |
| 12/17/21 | ANR | Review of additional email from R. Dickerson re waiver. | .10 | 59.50 |
| 12/17/21 | ANR | Review of email from J. Rosenthal re waiver. | .10 | 59.50 |
| 12/17/21 | ANR | Review of email from R. Dickerson re Caltec employee letter. | .10 | 59.50 |
| 12/17/21 | ANR | Email to R. Dickerson re programming. | .10 | 59.50 |
| 12/17/21 | ANR | Email to bankruptcy team re APA timelines. | .10 | 59.50 |
| 12/17/21 | ANR | Emails to labor unions re employee FAQ. | .10 | 59.50 |
| 12/17/21 | CC | Prepare memo of rest/meal break period excerpts from all Union CBAs. | .50 | 112.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/17/21 | CC | Retrieve bankruptcy notice to DLSE. | .30 | 67.50 |
| 12/20/21 | ANR | Conference call with Force10 team re personnel matters. | .80 | 476.00 |
| 12/20/21 | ANR | Various emails with R. Dickerson and bankruptcy lawyers re PTO grievance. | .50 | 297.50 |
| 12/20/21 | ANR | Email to union re side letter. | .10 | 59.50 |
| 12/21/21 | ANR | Conference call with N. Rubin re employee matter. | .30 | 178.50 |
| 12/21/21 | ANR | Review of email from S. Golden re employee matter. | .10 | 59.50 |
| 12/21/21 | ANR | Reply to email from R. Dickerson re grievance. | .10 | 59.50 |
| 12/21/21 | ANR | Review status of payroll cycle. | .20 | 119.00 |
| 12/22/21 | ANR | Review of email from R. Dickerson re meal waiver. | .10 | 59.50 |
| 12/22/21 | ANR | Email with R. Dickerson re employee matter. | .10 | 59.50 |
| 12/22/21 | ANR | Review of Asset Purchase Agreement revisions. | .50 | 297.50 |
| 12/22/21 | ANR | Further revisions to Asset Purchase Agreement. | .50 | 297.50 |
| 12/22/21 | ANR | Review of email from union re leave issue. | .10 | 59.50 |
| 12/22/21 | ANR | Review of email from S. Golden re leave issue. | .10 | 59.50 |
| 12/22/21 | ANR | Reply to email from S. Golden re leave issue. | .10 | 59.50 |
| 12/22/21 | KWL | Quick review of new draft APA. | 1.00 | 395.00 |
| 12/23/21 | ANR | Zoom meeting with R. Dickerson re employee matter. | .50 | 297.50 |
| 12/23/21 | ANR | Review of email from R. Dickerson re payroll matter. | .10 | 59.50 |
| 12/23/21 | ANR | Telephone call with union re employee matter. | .30 | 178.50 |
| 12/23/21 | ANR | Review of email from Project Counsel re labor questions. | .10 | 59.50 |
| 12/23/21 | ANR | Reply to email from Project Counsel re labor questions. | .10 | 59.50 |
| 12/23/21 | ANR | Review of status of payroll matter. | .10 | 59.50 |
| 12/23/21 | ANR | Review of revised Asset Purchase Agreement language. | .50 | 297.50 |
| 12/23/21 | ANR | Telephone call with N. Rubin re employee matters. | .40 | 238.00 |
| 12/24/21 | ANR | Review of K. Lohwater analysis re benefits. | .10 | 59.50 |
| 12/24/21 | ANR | Revision to APA draft on labor issues. | .40 | 238.00 |
| 12/24/21 | RXS | Review applicable provisions in applicable CBAs regarding meal/rest break requirements. | .60 | 237.00 |
| 12/24/21 | RXS | Prepare clinical/non-clinical meal break waivers in compliance with same. | .60 | 237.00 |
| 12/24/21 | KWL | Comments to SWG regarding IBNR, cash balance pension plan, with related research on distress terminations, PBCG processes, etc. | 1.75 | 691.25 |
| 12/27/21 | LAF | Telephone call re employee issues with attorneys for the Project. | 1.00 | 595.00 |
| 12/27/21 | ANR | Conference call with Team re asset purchase agreement. | .80 | 476.00 |
| 12/27/21 | ANR | Review of email from S. Golden re schedules. | .10 | 59.50 |
| 12/27/21 | ANR | Review of email from B. Wallen re OHSA. | 1.00 | 595.00 |
| 12/27/21 | KWL | KTSB conference call regarding APA. | .30 | 118.50 |

Client #: 2732

Matter #: 001

January 5, 2022

Invoice #: 132460

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/27/21 | KWL | Telephone call with An Ruda regarding, contacting broker for list of plans, buyer assumption of IBNR, termination of cash balance plan, and employee Q&A. | .20 | 79.00 |
| 12/28/21 | ANR | Conference call with D. Meyer and B. Wallen re OSHA citation. | .40 | 238.00 |
| 12/28/21 | ANR | Conference call with Project Labor counsel re CBAs. | 1.00 | 595.00 |
| 12/28/21 | ANR | Review of email from K. Lohwater re benefits. | .10 | 59.50 |
| 12/28/21 | ANR | Various emails with M. Litvak re benefits. | .10 | 59.50 |
| 12/28/21 | ANR | Reply to email from K. Lohwater re benefits. | .10 | 59.50 |
| 12/28/21 | ANR | Review of email from Project counsel re benefits. | .10 | 59.50 |
| 12/28/21 | ANR | Email to ADP re payroll. | .10 | 59.50 |
| 12/28/21 | ANR | Email to P. Gantt re new matter. | .10 | 59.50 |
| 12/28/21 | KWL | Review PBGC regulations relating to reportable events, communicate to the group on requirements and next steps, communications with L. Dauenhauer. | 1.75 | 691.25 |
| 12/28/21 | KWL | Review procedures for distress termination of cash balance pension plan. | .50 | 197.50 |
| 12/28/21 | KWL | Prepare e-mail to Jeremy Rosenthal, Nick Rubin, et al. | .30 | 118.50 |
| 12/28/21 | KWL | Follow-up on discussions re procedures for distress termination of cash balance pension plan. | .20 | 79.00 |
| 12/29/21 | ANR | Review of email from S. Golden re schedules. | .10 | 59.50 |
| 12/29/21 | ANR | Review of email from B. Wallen re safety consultant. | .10 | 59.50 |
| 12/29/21 | ANR | Review of schedule of grievances. | .30 | 178.50 |
| 12/29/21 | BJS | Perform research for labor and employment advice. | 5.00 | 2,125.00 |
| 12/29/21 | KXT | Further prepare outstanding grievances tracker. | .60 | 225.00 |
| 12/31/21 | BJS | Perform research for labor and employment advice. | 1.20 | 510.00 |

**TOTAL PROFESSIONAL SERVICES RENDERED**     **$ 41,987.25**

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|------|------|-------|--------|--------|-------|
| Chou, Chet | 225.00 | 2.20 | 495.00 | .00 | .00 |
| Thukral, Kritika | 375.00 | 4.10 | 1,537.50 | .00 | .00 |
| Shou, Ronnie | 395.00 | 1.20 | 474.00 | .00 | .00 |
| Livesay, Marisa C. | 395.00 | 2.90 | 1,145.50 | .00 | .00 |
| Lohwater, Karl W. | 395.00 | 11.75 | 4,641.25 | .00 | .00 |
| Schnayerson, Ben J. | 425.00 | 6.20 | 2,635.00 | .00 | .00 |
| Fernandez, Louise Ann | 595.00 | 10.80 | 6,426.00 | .00 | .00 |
| Ruda, An Nguyen | 595.00 | 41.40 | 24,633.00 | .00 | .00 |
| **TOTALS** | | **80.55** | **$ 41,987.25** | **.00** | **$ .00** |

**DISBURSEMENTS ADVANCED**

| Date | Description | Amount |
|------|-------------|--------|
| | ACC Federal Express Charges | 353.98 |
| | Hotel Expenses | 584.40 |
| | Ground Transportation | 225.29 |
| | Airfare Expenses | 775.66 |
| | **TOTAL DISBURSEMENTS ADVANCED** | **$ 1,939.33** |
| | **TOTAL THIS INVOICE** | **$ 43,926.58** |

*Balance is due within 30 days from the date of this invoice.*
*We reserve the right to charge interest at 10% per annum on amounts not paid within 30 days.*

*In Account With*

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

February 24, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA 95076

| | |
|---|---|
| Invoice #: | 133304 |
| Client #: | 2732 |
| Matter #: | 001 |
| Billing Attorney: | ANR |

For professional services rendered and disbursements advanced through January 31, 2022:

**RE: Watsonville Community Hospital - General Labor**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 1/03/22 | ANR | Review of benefits schedule. | .10 | 59.50 |
| 1/03/22 | ANR | Reply to email from union re PTO issue. | .10 | 59.50 |
| 1/03/22 | ANR | Review of PTO cashout grievance. | .40 | 238.00 |
| 1/03/22 | ANR | Telephone call with union re bankruptcy status. | .50 | 297.50 |
| 1/03/22 | ANR | Review of labor strategies and alternatives. | .50 | 297.50 |
| 1/03/22 | CC | Research CNA benefits guide and side letter proposal. | .50 | 112.50 |
| 1/03/22 | BJS | Continue labor and employment research. | 2.10 | 892.50 |
| 1/03/22 | RXS | Revise meal break waiver forms for clinical and non-clinical employees based on client's specific timekeeping policies and practices. | .30 | 118.50 |
| 1/04/22 | ANR | Conference call with Force10 re labor matters. | .50 | 297.50 |
| 1/04/22 | ANR | Conference call with R. Dickerson re grievances and employee claims. | .40 | 238.00 |
| 1/04/22 | ANR | Conference call with B. Wallin and D. Meyers re OSHA matter. | .50 | 297.50 |
| 1/04/22 | ANR | Review of email re OSHA specialist engagement letter. | .10 | 59.50 |
| 1/04/22 | ANR | Review of email from S. Golden re retirement plans. | .10 | 59.50 |
| 1/04/22 | ANR | Review of email from K. Lohwater re retirement plans. | .10 | 59.50 |
| 1/04/22 | ANR | Review of email from R. Dickerson re grievances. | .10 | 59.50 |
| 1/04/22 | ANR | Review of retiree health provisions in CBAs. | 1.40 | 833.00 |
| 1/04/22 | BJS | Provide labor and employment advice to client. | .20 | 85.00 |
| 1/04/22 | RXS | Conference with L. Fernandez regarding revisions to meal break waivers for clinical and non-clinical workers. | .60 | 237.00 |
| 1/04/22 | RXS | Review California law to ensure compliance for clinical workers under applicable wage order and case law. | .70 | 276.50 |
| 1/04/22 | KWL | E-mails to An Ruda and Marsh McLennan consultants regarding benefit plans. | .50 | 197.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/05/22 | ANR | Review of labor strategies and alternatives. | .80 | 476.00 |
| 1/05/22 | ANR | Review of email from S. Golden re APA schedules. | .10 | 59.50 |
| 1/05/22 | ANR | Review of email from B. Wallin re APA schedules. | .10 | 59.50 |
| 1/05/22 | ANR | Review of email from P. Gantt re standard stipulation language. | .10 | 59.50 |
| 1/05/22 | ANR | Prepare of email to OSHA re settlement conference. | .80 | 476.00 |
| 1/05/22 | ANR | Emails with R. Dickerson re employee policy. | .10 | 59.50 |
| 1/05/22 | ANR | Review of email from K. Lohwater re retirement plans. | .10 | 59.50 |
| 1/05/22 | ANR | Email to R. Dickerson re meal waivers. | .10 | 59.50 |
| 1/05/22 | CC | Research tentative agreement on removal of Extended Insurance. | .80 | 180.00 |
| 1/05/22 | KXT | Review and analyze outstanding grievances and update grievance tracker. | 3.00 | 1,125.00 |
| 1/05/22 | RXS | Review and analyze management rights section of relevant CBAs in order to determine whether meal break waivers are permissible under same. | .20 | 79.00 |
| 1/05/22 | RXS | Prepare email to client regarding clinical and non-clinical meal break waivers with instructions for implementation of same. | .30 | 118.50 |
| 1/05/22 | RXS | Conference with L. Fernandez regarding clarifications to language of waivers to comply with applicable wage order and California law. | .60 | 237.00 |
| 1/05/22 | RXS | Finalize meal break waivers for clinical and non-clinical employees. | .10 | 39.50 |
| 1/06/22 | ETF | Review email from client re employee issue and follow up re same. | .10 | 39.50 |
| 1/06/22 | ANR | Telephone call with S. Golden re bankruptcy status and schedules. | .30 | 178.50 |
| 1/06/22 | ANR | Conference call with J. Rosenthal and N. Rubin re labor strategy. | .80 | 476.00 |
| 1/06/22 | ANR | Revision to email to OHSA. | .30 | 178.50 |
| 1/06/22 | ANR | Revision to safety consultant engagement letter. | .50 | 297.50 |
| 1/06/22 | ANR | Review and reply to email from R. Dickerson re arbitration. | .10 | 59.50 |
| 1/06/22 | ANR | Email to union re arbitrator selection. | .10 | 59.50 |
| 1/06/22 | CC | Finalize P. Gantt engagement letter; transmit re same. | .10 | 22.50 |
| 1/06/22 | RXS | Review California case law to prepare response to client inquiry regarding meal break waivers. | .20 | 79.00 |
| 1/06/22 | RXS | Prepare response to client questions. | .20 | 79.00 |
| 1/06/22 | RXS | Prepare email recommending adoption of new meal break waivers. | .20 | 79.00 |
| 1/07/22 | ANR | Review of prepare schedule 4.9 and 4.11(b). | .70 | 416.50 |
| 1/07/22 | ANR | Review of correspondence re tax schedule to APA. | .20 | 119.00 |
| 1/07/22 | KXT | Further analyze outstanding grievances to update grievance tracker. | 1.20 | 450.00 |
| 1/07/22 | KWL | Revise Schedule 4.15, Taxes, including review of materials provided by Marsh McLennan Agency related to plan filings. | 3.25 | 1,283.75 |
| 1/07/22 | KWL | Revise Schedule 4.6(b) and other schedules, including review of materials provided by Marsh McLennan Agency related to plan filings. | 1.00 | 395.00 |
| 1/07/22 | KWL | Revise of Schedule 4.13, Benefit Plans. | .80 | 316.00 |
| 1/07/22 | KWL | Follow-up on e-mail exchanges. | .20 | 79.00 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/10/22 | ETF | Review service list for WARN notices and email TPA re same. | .20 | 79.00 |
| 1/10/22 | ANR | Review of alternatives and strategy re labor. | 1.20 | 714.00 |
| 1/10/22 | ANR | Telephone call with J. Rosenthal re updates. | .30 | 178.50 |
| 1/10/22 | ANR | Review of email from SEIU re grievance. | .10 | 59.50 |
| 1/10/22 | ANR | Status email to J. Rosenthal and N. Rubin re various matters. | .10 | 59.50 |
| 1/10/22 | ANR | Review of email from J. Rosenthal re various matters. | .10 | 59.50 |
| 1/10/22 | ANR | Conference call with potential consultant. | 1.00 | 595.00 |
| 1/10/22 | KXT | Review and analyze information relating to outstanding grievances to identify what is missing. | 2.50 | 937.50 |
| 1/11/22 | ANR | Conference call with potential consultant. | .80 | 476.00 |
| 1/11/22 | ANR | Additional conference call with potential consultant. | .70 | 416.50 |
| 1/11/22 | ANR | Review of email from B. Wallin re OSHA settlement status. | .10 | 59.50 |
| 1/11/22 | ANR | Reply to email from B. Wallin re settlement status. | .10 | 59.50 |
| 1/11/22 | ANR | Review of email from S. Golden re PBGC request. | .10 | 59.50 |
| 1/11/22 | ANR | Reply to email from S. Golden re PBGC request. | .10 | 59.50 |
| 1/11/22 | ANR | Review of email from S. Golden to PBCG. | .10 | 59.50 |
| 1/11/22 | ANR | Review of email from R. Zamar re S&M contract. | .10 | 59.50 |
| 1/11/22 | ANR | Follow-up email to ADP re payroll. | .10 | 59.50 |
| 1/11/22 | KWL | Correspondence with PBGC regarding cash balance pension plan. | .30 | 118.50 |
| 1/11/22 | KWL | Prepare Sch 4.13 & 4.15. | 1.00 | 395.00 |
| 1/11/22 | KWL | Review Sch SB (actuarial information) to Form 5500. | 1.00 | 395.00 |
| 1/12/22 | ANR | Conference call with possible consultant re labor matters. | .50 | 297.50 |
| 1/12/22 | ANR | Review of email from R. Dickerson re meal break policy. | .10 | 59.50 |
| 1/12/22 | ANR | Email to R. Coburn re go-live date re paycode. | .10 | 59.50 |
| 1/12/22 | RXS | Respond to client inquiry clarifying difference between clinical and non-clinical meal waivers. | .10 | 39.50 |
| 1/13/22 | ETF | Review authority re postponement notification. | .30 | 118.50 |
| 1/13/22 | ETF | Review strategy re WARN Notice update. | .40 | 158.00 |
| 1/13/22 | LAF | Strategy call re warn act. | 1.00 | 595.00 |
| 1/13/22 | ANR | Conference call with Project re labor and employment matters. | .90 | 535.50 |
| 1/13/22 | ANR | Analysis of WARN Act extension. | .80 | 476.00 |
| 1/13/22 | ANR | Conference call with consultant re labor matters. | .80 | 476.00 |
| 1/13/22 | ANR | Review email from S. Slayer re labor matter. | .10 | 59.50 |
| 1/13/22 | GXC | Attend team meeting regarding upcoming deadlines and schedule for notices. | .30 | 67.50 |
| 1/13/22 | KXT | Further analyze outstanding grievances to identify what is missing to correspond with R. Dickerson to obtain. | .30 | 112.50 |
| 1/13/22 | RXS | Prepare response to client inquiry regarding further clarifications for application of clinical and non-clinical meal waivers. | .20 | 79.00 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/14/22 | ETF | Review authority re additional notice under WARN. | .80 | 316.00 |
| 1/14/22 | ETF | Prepare additional WARN Notice. | .60 | 237.00 |
| 1/14/22 | ETF | Prepare client update. | 1.20 | 474.00 |
| 1/14/22 | LAF | Research re warn extension issues. | 1.00 | 595.00 |
| 1/14/22 | LAF | Revise Extension letters. | .50 | 297.50 |
| 1/14/22 | ANR | Conference call with J. Rosenthal and Project re labor. | .40 | 238.00 |
| 1/14/22 | ANR | Telephone call with N. Rubin re employment matters. | .20 | 119.00 |
| 1/14/22 | ANR | Review of various emails re PTO upon separation. | .30 | 178.50 |
| 1/17/22 | KWL | Correspondence with S. Golden regarding retirement plans. | .20 | 79.00 |
| 1/17/22 | KWL | Review files regarding money purchase plan. | .30 | 118.50 |
| 1/18/22 | ETF | Prepare notices. | .30 | 118.50 |
| 1/18/22 | ETF | Review strategy. | .20 | 79.00 |
| 1/18/22 | ETF | Email R. Dickerson employees. | .20 | 79.00 |
| 1/18/22 | ETF | Revise notices. | .30 | 118.50 |
| 1/18/22 | ETF | Prepare cover letter to be sent by L. Fernandez re notices. | .30 | 118.50 |
| 1/18/22 | LAF | Prepare warn extension letters. | .40 | 238.00 |
| 1/18/22 | ANR | Review of revised WARN Act letter. | .50 | 297.50 |
| 1/18/22 | ANR | Review of email from B. Wallin re grievances. | .10 | 59.50 |
| 1/18/22 | ANR | Email to R. Dickerson re grievances. | .10 | 59.50 |
| 1/18/22 | ANR | Email to R. Dickerson re WARN Act letters. | .10 | 59.50 |
| 1/18/22 | ANR | Review of email from M. Litvak re WARN Act notices. | .10 | 59.50 |
| 1/18/22 | ANR | Review of email from SEIU re grievances. | .10 | 59.50 |
| 1/18/22 | ANR | Email to G. Hopkins re WARN act notice. | .10 | 59.50 |
| 1/18/22 | ANR | Telephone call with G. Hopkins re WARN notice. | .30 | 178.50 |
| 1/18/22 | ANR | Status update to client re WARN notice. | .20 | 119.00 |
| 1/18/22 | KWL | Coordinate mailing of extension notices to prepare for government entities and union addresses. | 1.30 | 513.50 |
| 1/19/22 | ETF | Compare WARN letter notice lists to finalize same. | 1.00 | 395.00 |
| 1/19/22 | ETF | Exchange emails with R. Dickerson and A. Baker. | .20 | 79.00 |
| 1/19/22 | ETF | Telephone call with Stretto representative J. Nguyen-Phan. | .90 | 355.50 |
| 1/19/22 | ANR | Review of email from B. Wallin re past grievances. | .10 | 59.50 |
| 1/19/22 | ANR | Review of fee application. | .50 | 297.50 |
| 1/19/22 | ANR | Review of WARN Act employee memorandum. | .10 | 59.50 |
| 1/19/22 | ANR | Revision to employee memorandum. | .10 | 59.50 |
| 1/19/22 | ANR | Review of final WARN Act notices. | .10 | 59.50 |
| 1/19/22 | ANR | Email to R. Dickerson re grievances. | .10 | 59.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/19/22 | GXC | Review current list of remote employees to revise list of government officials to be contacted with notice. | .60 | 135.00 |
| 1/19/22 | PJY | Internal email regarding data file. | .10 | 35.00 |
| 1/19/22 | PJY | Data analysis of employee list. | .60 | 210.00 |
| 1/19/22 | RXS | Revise meal break waivers and policy acknowledgments based on feedback from client to separate policy from waivers acknowledgment. | .30 | 118.50 |
| 1/20/22 | ETF | Coordinate finalization of WARN Notice. | .60 | 237.00 |
| 1/20/22 | ANR | Conference call with Force10 and S. Golden re PTO. | .40 | 238.00 |
| 1/20/22 | ANR | Review of email from B. Wallin re grievances. | .10 | 59.50 |
| 1/20/22 | ANR | Review of WARN Act extension process. | .60 | 357.00 |
| 1/20/22 | ANR | Further review of employee memo. | .40 | 238.00 |
| 1/20/22 | ANR | Review of email from R. Dickerson re PTO issues. | .10 | 59.50 |
| 1/20/22 | ANR | Review of email from K. Thukral re grievances. | .10 | 59.50 |
| 1/20/22 | ANR | Review of revisions to employee notice. | .10 | 59.50 |
| 1/20/22 | ANR | Email to S. Slayer re WARN extension. | .10 | 59.50 |
| 1/20/22 | ANR | Prepare email to unions re WARN extension. | .30 | 178.50 |
| 1/20/22 | GXC | Discuss status of additional notices to be sent to Union representatives and newly hired employees. | 1.80 | 405.00 |
| 1/20/22 | RXS | Revise meal break policy to clarify differences between clinical and non-clinical employees' meal break waivers. | .20 | 79.00 |
| 1/21/22 | ANR | Review of email from client re WARN lists. | .10 | 59.50 |
| 1/21/22 | ANR | Email to S. Slayer re WARN notices. | .10 | 59.50 |
| 1/21/22 | ANR | Review of email from S. Golden to union. | .10 | 59.50 |
| 1/21/22 | ANR | Review and reply to email from CNA re PTO call. | .10 | 59.50 |
| 1/21/22 | ANR | Review of email from G. Hopkins re WARN extension announcement. | .10 | 59.50 |
| 1/21/22 | ANR | Review of email from R. Dickerson re communications. | .10 | 59.50 |
| 1/21/22 | ANR | Review of email from S. Slayer re employee announcement. | .10 | 59.50 |
| 1/21/22 | ANR | Conference call with B. Wallin and consultants re OSHA matter. | .10 | 59.50 |
| 1/21/22 | ANR | Email to CNA re prepetition PTO. | .10 | 59.50 |
| 1/21/22 | GXC | Coordinate with team regarding sending out emails to entities and newly hired employees additional notice. | 3.20 | 720.00 |
| 1/24/22 | ANR | Prepare to meet with SEIU-UHW re prepetition PTO. | .50 | 297.50 |
| 1/24/22 | ANR | Prepare to meet with Teamsters re prepetition PTO. | .50 | 297.50 |
| 1/24/22 | ANR | Prepare to meet with CalTec re prepetition PTO. | .90 | 535.50 |
| 1/24/22 | ANR | Review of email from R. Dickerson re grievances. | .10 | 59.50 |
| 1/24/22 | ANR | Review of email from S. Golden re prepetition PTO proposal. | .10 | 59.50 |
| 1/24/22 | ANR | Email to R. Dickerson re union meetings. | .10 | 59.50 |
| 1/25/22 | ANR | Meet with CNA re prepetition PTO. | 1.00 | 595.00 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/25/22 | ANR | Telephone call with SEIU re PTO. | .20 | 119.00 |
| 1/25/22 | ANR | Review of proposal re post petition PTO. | .30 | 178.50 |
| 1/25/22 | ANR | Revision to PTO proposal. | .20 | 119.00 |
| 1/25/22 | ANR | Telephone call with N. Rubin re labor update. | .30 | 178.50 |
| 1/25/22 | ANR | Review of email from R. Dickerson re meeting with unions. | .10 | 59.50 |
| 1/25/22 | ANR | Reply to email from R. Dickerson re employee. | .10 | 59.50 |
| 1/25/22 | CC | Attend conference call with P. Lee, N Barrett and A. Ruda re PTO payout, grievance and SM contract. | .60 | 135.00 |
| 1/27/22 | ANR | Review of email from R. Dickerson re grievances. | .10 | 59.50 |
| 1/27/22 | ANR | Review of documentation re grievance. | .50 | 297.50 |
| 1/27/22 | ANR | Prepare for telephone call with facility re grievance meeting. | .50 | 297.50 |
| 1/27/22 | ANR | Email to SEIU re PTO. | .10 | 59.50 |
| 1/27/22 | ANR | Email to CNA re PTO. | .10 | 59.50 |
| 1/27/22 | ANR | Email to Caltec re PTO. | .10 | 59.50 |
| 1/27/22 | ANR | Email to Teamsters re PTO. | .10 | 59.50 |
| 1/27/22 | ANR | Email to ADP re paycodes. | .10 | 59.50 |
| 1/27/22 | CC | Attend conference call with Watsonville management re cancellation of HUCs. | .50 | 112.50 |
| 1/28/22 | ANR | Review of email from ADP re paycodes. | .10 | 59.50 |
| 1/28/22 | ANR | Reply to email from ADP re paycodes. | .10 | 59.50 |
| 1/28/22 | ANR | Telephone call with SEIU re PTO proposal. | .30 | 178.50 |
| 1/28/22 | ANR | Email to S. Golden re proposal. | .10 | 59.50 |
| 1/28/22 | KWL | Review ASA agreement with Meritain Health and related documents. | 1.00 | 395.00 |
| 1/28/22 | KWL | E-mail to RA regarding analysis and options. | .30 | 118.50 |
| 1/31/22 | ANR | Prepare for OSHA settlement meeting. | .50 | 297.50 |
| 1/31/22 | ANR | Prepare for SEIU S&M meeting. | .80 | 476.00 |
| 1/31/22 | ANR | Review of S&M collective bargaining agreement for benefits. | .90 | 535.50 |
| 1/31/22 | ANR | Meet with SEIU S&M re unit coordinators. | 1.00 | 595.00 |
| 1/31/22 | ANR | Review of email from R. Dickerson re PTO. | .10 | 59.50 |
| 1/31/22 | ANR | Review of email from S. Golden re PTO. | .10 | 59.50 |
| 1/31/22 | ANR | Review of email from N. Barrett re collective bargaining agreement. | .10 | 59.50 |
| 1/31/22 | ANR | Telephone call with SEIU re collective bargaining agreement. | .30 | 178.50 |
| 1/31/22 | ANR | Telephone call with R. Dickerson re employee matter. | .30 | 178.50 |
| 1/31/22 | CC | Research SEIU SM tentative agreement for Article 20 Section C. | .80 | 180.00 |
| 1/31/22 | CC | Attend zoom call with SEIU and Watsonville Management re cancellation of HUCs. | 1.10 | 247.50 |

**TOTAL PROFESSIONAL SERVICES RENDERED**     **$ 38,137.75**

Client #: 2732                                                    February 24, 2022
Matter #: 001                                                    Invoice #: 133304

## TIMEKEEPER SUMMARY

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|------|------|-------|--------|--------|-------|
| Chou, Chet | 225.00 | 4.40 | 990.00 | .00 | .00 |
| Cheng, Gloria | 225.00 | 5.90 | 1,327.50 | .00 | .00 |
| Ycaro, Patrick J. | 350.00 | .70 | 245.00 | .00 | .00 |
| Thukral, Kritika | 375.00 | 7.00 | 2,625.00 | .00 | .00 |
| Ferguson, Elizabeth T. | 395.00 | 7.60 | 3,002.00 | .00 | .00 |
| Shou, Ronnie | 395.00 | 4.20 | 1,659.00 | .00 | .00 |
| Lohwater, Karl W. | 395.00 | 11.15 | 4,404.25 | .00 | .00 |
| Schnayerson, Ben J. | 425.00 | 2.30 | 977.50 | .00 | .00 |
| Fernandez, Louise Ann | 595.00 | 2.90 | 1,725.50 | .00 | .00 |
| Ruda, An Nguyen | 595.00 | 35.60 | 21,182.00 | .00 | .00 |
| **TOTALS** | | **81.75** | **$ 38,137.75** | **.00** | **$ .00** |

## DISBURSEMENTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| | ACC Federal Express Charges | 20.32 |
| | SAFETY COMPLIANCE MANAGEMENT, INC., Expert Services Rendered, 4791 | 3,395.00 |

**TOTAL DISBURSEMENTS ADVANCED**          **$ 3,415.32**

**TOTAL THIS INVOICE**          **$ 41,553.07**

Client #: 2732
February 24, 2022

Matter #: 001
Invoice #: 133304

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 132460 | 1/05/22 | 43,926.58 | 35,529.13 | 8,397.45 |

Previous Balance                                      $ 8,397.45

**TOTAL BALANCE DUE**                      **$ 49,950.52**

Remaining Unapplied Cash Balance            $ 46,027.46

**PAYMENTS APPLIED SINCE LAST INVOICE**

| Date | Type | Invoice No. | Check No. | Paid By | Amount |
|---|---|---|---|---|---|
| 2/24/22 | Payment | 132460 | | | $ 35,529.13 |

*Balance is due within 30 days from the date of this invoice.*
*We reserve the right to charge interest at 10% per annum on amounts not paid within 30 days.*

*In Account With*

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**

*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

March 11, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA 95076

| | |
|---|---|
| Invoice #: | 133767 |
| Client #: | 2732 |
| Matter #: | 001 |
| Billing Attorney: | ANR |

---

For professional services rendered and disbursements advanced through February 28, 2022:

**RE:  Watsonville Community Hospital  - General Labor**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 2/01/22 | ANR | Conference call with internal and ADP team re payroll. | .80 | 476.00 |
| 2/01/22 | ANR | Conference call with J. Rosenthal and N. Rubin re labor update. | 1.00 | 595.00 |
| 2/01/22 | ANR | Prepare of email to SEIU re collective bargaining agreement. | .20 | 119.00 |
| 2/02/22 | ANR | Meet with Caltec re labor issues. | .80 | 476.00 |
| 2/02/22 | ANR | Conference call with SEIU re contract issues. | .80 | 476.00 |
| 2/02/22 | ANR | Conference call with ADP re payroll matters. | .50 | 297.50 |
| 2/02/22 | ANR | Review of email from R. Dickerson re PTO. | .10 | 59.50 |
| 2/02/22 | ANR | Review of email from J. Johnson re payroll. | .10 | 59.50 |
| 2/02/22 | CC | Attend conference call with Caltec and Management re ongoing issues. | .50 | 112.50 |
| 2/03/22 | ANR | Review of email from R. Albarano re PTO. | .10 | 59.50 |
| 2/03/22 | ANR | Review of update re OSHA matter. | .50 | 297.50 |
| 2/04/22 | ANR | Review of email from B. Wallin re OSHA settlement conference. | .10 | 59.50 |
| 2/04/22 | ANR | Review of email from R. Dickerson re PTO. | .10 | 59.50 |
| 2/04/22 | ANR | Conference call with B. Wallin, D. Meyer and P. Gantt re OSHA matter. | .30 | 178.50 |
| 2/04/22 | ANR | Review of email from OSHA counsel re status. | .10 | 59.50 |
| 2/07/22 | ANR | Telephone call with Force 10 and S. Golden re union PTO questions. | .50 | 297.50 |
| 2/07/22 | ANR | Prepare for OSHA conference. | .50 | 297.50 |
| 2/07/22 | ANR | Review of email from ADP re payroll. | .10 | 59.50 |
| 2/08/22 | ANR | Attend settlement conference. | .50 | 297.50 |
| 2/08/22 | ANR | Caucus with team re settlement conference. | .30 | 178.50 |
| 2/08/22 | ANR | Review of settlement proposal. | .30 | 178.50 |
| 2/08/22 | ANR | Review of email from union re EVS meeting. | .10 | 59.50 |

Client #: 2732
Matter #: 001

March 11, 2022
Invoice #: 133767

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/08/22 | ANR | Review of email from workers compensation lawyer. | .10 | 59.50 |
| 2/09/22 | ANR | Meet with strategy consultants re labor and employment matters. | 1.00 | 595.00 |
| 2/09/22 | ANR | Review of email from R. Dickerson re WARN Act notices. | .10 | 59.50 |
| 2/09/22 | ANR | Review of additional email from R. Dickerson re WARN Act notices. | .10 | 59.50 |
| 2/09/22 | ANR | Review of email from B. Wallin re OSHA. | .10 | 59.50 |
| 2/09/22 | ANR | Review of response from Cal OSHA. | .10 | 59.50 |
| 2/10/22 | ANR | Review of email from union re production information. | .20 | 119.00 |
| 2/11/22 | ANR | Conference call with ADP re payroll matter. | .80 | 476.00 |
| 2/11/22 | RXS | Conference with client, A. Ruda, and J. Johnson regarding payroll matter. | .70 | 276.50 |
| 2/14/22 | ANR | Analysis of payroll matter. | .50 | 297.50 |
| 2/14/22 | ANR | Telephone call with consultant re payroll review. | .30 | 178.50 |
| 2/14/22 | ANR | Review of email from S. Golden re collective bargaining agreement. | .10 | 59.50 |
| 2/14/22 | ANR | Reply to email from S. Golden re collective bargaining agreement. | .10 | 59.50 |
| 2/14/22 | ANR | Review of email from union re employee matter. | .10 | 59.50 |
| 2/14/22 | JS | Meet with R. Shou, A. Ruda re payroll audit. | .50 | 197.50 |
| 2/15/22 | ANR | Review of email from B. Wallen re OSHA matter. | .10 | 59.50 |
| 2/15/22 | ANR | Review of email from S. Golden re claims. | .10 | 59.50 |
| 2/15/22 | ANR | Review of OSHA remediation/abatements. | .10 | 59.50 |
| 2/15/22 | ANR | Review of email from union re grievance. | .10 | 59.50 |
| 2/16/22 | ANR | Attend conference call with S. Golden re possible claims. | .50 | 297.50 |
| 2/16/22 | ANR | Emails with K. Lohwater re retirement plans. | .10 | 59.50 |
| 2/16/22 | ANR | Review of email from Caltec re meeting. | .10 | 59.50 |
| 2/16/22 | ANR | Prepare emails to labor unions re PTO reminders. | .40 | 238.00 |
| 2/16/22 | ANR | Review of email from T. del Castillo re mediator. | .10 | 59.50 |
| 2/16/22 | KWL | Review e-mails between actuary (Principal) and PBGC and materials sent and follow up with JR & DM to obtain 2021 W-2 employee compensation for the PBGC. | .75 | 296.25 |
| 2/17/22 | ANR | Meet at Watsonville with Force10 and consultants re strategic planning. | 4.00 | 2,380.00 |
| 2/17/22 | ANR | Telephone call with NLRB. | .20 | 119.00 |
| 2/17/22 | ANR | Review of compliance matter. | .20 | 119.00 |
| 2/17/22 | JS | Email communication with R. Shou, A. Ruda, M. Mishra re Payroll Codes review data file. | .10 | 39.50 |
| 2/17/22 | KWL | Analyze retirement plans with Steve Golden and review of files regarding money purchase plan. | .80 | 316.00 |
| 2/18/22 | ANR | Meet with SEIU re various labor matters. | 1.00 | 595.00 |
| 2/18/22 | ANR | Telephone call with Union re collective bargaining agreement. | .30 | 178.50 |
| 2/18/22 | ANR | Telephone call with R. Dickerson re labor matters. | .30 | 178.50 |
| 2/18/22 | ANR | Review of email from Caltec union re follow up on issues. | .10 | 59.50 |

Client #: 2732
Matter #: 001

March 11, 2022
Invoice #: 133767

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/18/22 | ANR | Review of email from R. Dickerson to CNA. | .10 | 59.50 |
| 2/18/22 | ANR | Email with SEIU re PTO. | .10 | 59.50 |
| 2/22/22 | ANR | Review of email from R. Albarano re PTO. | .10 | 59.50 |
| 2/22/22 | ANR | Reply to email from R. Albarano re PTO. | .10 | 59.50 |
| 2/22/22 | ANR | Review of status re OSHA settlement. | .10 | 59.50 |
| 2/22/22 | CC | Prepare memorandum of 2022-02-09 meeting with P. Ryan. | .10 | 22.50 |
| 2/22/22 | CC | Review SEIU SM Amended CBA. | .20 | 45.00 |
| 2/22/22 | KWL | Review 2021 pay information requested by PCBC, actuaries for the plan. | .20 | 79.00 |
| 2/22/22 | KWL | Send PCBC the 2021 pay information along with related correspondence. | .30 | 118.50 |
| 2/23/22 | ETF | Begin to prepare employment agreement for HR employee. | .90 | 355.50 |
| 2/23/22 | ANR | Conference call with Force10 re employee matters. | .50 | 297.50 |
| 2/23/22 | ANR | Prepare recommendation email re employee. | .30 | 178.50 |
| 2/23/22 | ANR | Review of email from R. Albarano re PTO. | .10 | 59.50 |
| 2/23/22 | ANR | Review of email from R. Dickerson re PTO. | .10 | 59.50 |
| 2/23/22 | KWL | Discussion with Horace Jones, actuary for the plan, regarding the 2021 pay information. | .30 | 118.50 |
| 2/23/22 | KWL | Correspond with D Myers regarding the 2021 pay information. | .20 | 79.00 |
| 2/24/22 | ETF | Finish employee agreement for HR employee. | .50 | 197.50 |
| 2/24/22 | ETF | Prepare offer letter for HR employee. | .40 | 158.00 |
| 2/24/22 | ANR | Telephone call with SEIU re collective bargaining agreement. | .50 | 297.50 |
| 2/24/22 | ANR | Telephone call with Hospital Consultant re labor. | .50 | 297.50 |
| 2/24/22 | ANR | Review of email from Caltec re outpatient staffing. | .10 | 59.50 |
| 2/24/22 | ANR | Review of email from J. Rosenthal re employee. | .10 | 59.50 |
| 2/24/22 | ANR | Reply to email from J. Rosenthal re employee. | .10 | 59.50 |
| 2/24/22 | ANR | Emails with union re spending account. | .10 | 59.50 |
| 2/24/22 | ANR | Email to R. Albarano re pay module. | .10 | 59.50 |
| 2/24/22 | ANR | Follow up email to union re PTO proposal. | .10 | 59.50 |
| 2/24/22 | CC | Review Watsonville CBA and Practices memo. | .10 | 22.50 |
| 2/25/22 | ANR | Meet with Teamsters re attendance policy. | .80 | 476.00 |
| 2/25/22 | ANR | Meet with union re PTO proposal. | .70 | 416.50 |
| 2/25/22 | ANR | Review of email from B. Wallen re consultant. | .10 | 59.50 |
| 2/25/22 | ANR | Review of email from union re PTO agreement. | .10 | 59.50 |
| 2/28/22 | ETF | Prepare severance agreement for executive-level employee. | 1.80 | 711.00 |
| 2/28/22 | ANR | Conference call with Force10 re employee matters and collective bargaining agreement. | .80 | 476.00 |
| 2/28/22 | ANR | Additional conference call with Force10 re employee matters. | .70 | 416.50 |
| 2/28/22 | ANR | Review of employee attendance policy. | .50 | 297.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/28/22 | ANR | Review of union response to PTO proposal. | .10 | 59.50 |
| 2/28/22 | ANR | Emails with ADP re payroll. | .10 | 59.50 |

**TOTAL PROFESSIONAL SERVICES RENDERED**  **$ 18,674.75**

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|------|------|-------|--------|--------|-------|
| Chou, Chet | 225.00 | .90 | 202.50 | .00 | .00 |
| Ferguson, Elizabeth T. | 395.00 | 3.60 | 1,422.00 | .00 | .00 |
| Si, John | 395.00 | .60 | 237.00 | .00 | .00 |
| Shou, Ronnie | 395.00 | .70 | 276.50 | .00 | .00 |
| Lohwater, Karl W. | 395.00 | 2.55 | 1,007.25 | .00 | .00 |
| Ruda, An Nguyen | 595.00 | 26.10 | 15,529.50 | .00 | .00 |
| **TOTALS** | | **34.45** | **$ 18,674.75** | **.00** | **$ .00** |

**TOTAL THIS INVOICE**  **$ 18,674.75**

*Balance is due within 30 days from the date of this invoice.*
*We reserve the right to charge interest at 10% per annum on amounts not paid within 30 days.*

*In Account With*

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

April 5, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA  95076

| | |
|---|---|
| Invoice #: | 133863 |
| Client #: | 2732 |
| Matter #: | 001 |
| Billing Attorney: | ANR |

For professional services rendered and disbursements advanced through March 31, 2022:

**RE:   General Labor**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 2/24/22 | ANR | Review of emails to unions re California Paid Sick Leave. | .30 | 178.50 |
| 3/01/22 | ETF | Make further revisions to severance agreement and provide same to client. | .80 | 316.00 |
| 3/01/22 | ANR | Provide advice re employee matter. | .50 | 297.50 |
| 3/01/22 | ANR | Telephone call with hospital consultant re labor matter. | .50 | 297.50 |
| 3/01/22 | ANR | Review of email from M. Mishra re payroll project. | .10 | 59.50 |
| 3/01/22 | ANR | Review of email from union re PTO grievance. | .10 | 59.50 |
| 3/01/22 | ANR | Email with S. Golden re PTO grievance. | .10 | 59.50 |
| 3/01/22 | ANR | Review of email from union representative re grievance. | .10 | 59.50 |
| 3/01/22 | ANR | Review of email from R. Dickerson. | .10 | 59.50 |
| 3/02/22 | ANR | Telephone call with J. Doolittle re collective bargaining agreement. | .40 | 238.00 |
| 3/02/22 | ANR | Conference call with N. Rubin re labor matter. | .30 | 178.50 |
| 3/02/22 | ANR | Conference call with consultants re ADP system. | .80 | 476.00 |
| 3/02/22 | ANR | Review of employee matter. | .80 | 476.00 |
| 3/02/22 | ANR | Review of email from ADP re check processing. | .10 | 59.50 |
| 3/02/22 | ANR | Email with Consultant re candidate. | .10 | 59.50 |
| 3/02/22 | ANR | Review of CNA grievance. | .30 | 178.50 |
| 3/02/22 | ANR | Review of email from union re new hire orientation. | .10 | 59.50 |
| 3/02/22 | ANR | Review of email from J. Doolittle re employee matter. | .10 | 59.50 |
| 3/02/22 | ANR | Revision to email from J. Rosenthal re employee matter. | .30 | 178.50 |
| 3/02/22 | ANR | Review of payroll consultant engagement agreement. | .30 | 178.50 |
| 3/02/22 | ANR | Review of email from ADP re system access. | .10 | 59.50 |
| 3/02/22 | ANR | Email to CNA re PTO payout. | .10 | 59.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/02/22 | ANR | Email to SEIU re PTO payout. | .10 | 59.50 |
| 3/02/22 | ANR | Email to Caltec re PTO payouts. | .10 | 59.50 |
| 3/02/22 | ANR | Review of supplemental declaration re contractor engagement. | .30 | 178.50 |
| 3/02/22 | JS | Meet with A. Ruda, C. James, P. Ryan, M. Mishra, G. Blanchard-Saiger, J. Rubin re payroll and timekeeping audit. | .80 | 316.00 |
| 3/03/22 | ANR | Interview of investigator. | .50 | 297.50 |
| 3/03/22 | ANR | Review of email from B. Wallin re consultant engagement. | .10 | 59.50 |
| 3/03/22 | ANR | Review of email from ADP re payroll. | .10 | 59.50 |
| 3/03/22 | ANR | Review of employee matter. | .10 | 59.50 |
| 3/03/22 | ANR | Email to R. Dickerson re investigation. | .10 | 59.50 |
| 3/03/22 | ANR | Telephone call with R. Dickerson re grievances. | .30 | 178.50 |
| 3/03/22 | ANR | Conference call with union re grievances. | .50 | 297.50 |
| 3/03/22 | ANR | Telephone call with Consultant re labor matters. | .30 | 178.50 |
| 3/03/22 | JS | Download and submit ADP access form. | .20 | 79.00 |
| 3/03/22 | JS | Email signed form to J. Johnson, N. Rubin, A. Ruda, and R. Albarano. | .30 | 118.50 |
| 3/04/22 | ANR | Review of email from union re attendance policy. | .10 | 59.50 |
| 3/04/22 | ANR | Review of email from R. Dickerson re employee matters. | .10 | 59.50 |
| 3/04/22 | ANR | Review of attendance policies. | .50 | 297.50 |
| 3/04/22 | ANR | Conference call with consultant re labor matters. | .20 | 119.00 |
| 3/07/22 | ANR | Telephone call with union re grievance settlements. | .80 | 476.00 |
| 3/07/22 | ANR | Telephone call with Consultant re labor matters. | .40 | 238.00 |
| 3/07/22 | ANR | Conference call with Force10 re labor matters. | .80 | 476.00 |
| 3/07/22 | ANR | Review of investigation status. | .60 | 357.00 |
| 3/07/22 | ANR | Review of email from R. Dickerson to union re attendance policy. | .10 | 59.50 |
| 3/07/22 | ANR | Review of employee matter. | .80 | 476.00 |
| 3/07/22 | ANR | Review of email from J. Doolittle re collective bargaining agreement. | .10 | 59.50 |
| 3/07/22 | ANR | Review of separate employee matter. | .60 | 357.00 |
| 3/08/22 | ANR | Telephone call with N. Rubin re union grievances. | .30 | 178.50 |
| 3/08/22 | ANR | Meeting with N Rubin and R. Dickerson re union grievances. | .50 | 297.50 |
| 3/08/22 | ANR | Telephone call with union re grievances and settlement. | .50 | 297.50 |
| 3/08/22 | ANR | Telephone call with R. Dickerson re settlement. | .20 | 119.00 |
| 3/08/22 | ANR | Review of email from S. Sharma re employee matter. | .10 | 59.50 |
| 3/08/22 | ANR | Reply to email from S. Sharma re employee matter. | .10 | 59.50 |
| 3/08/22 | ANR | Review of email from J. Rosenthal re employee matter. | .10 | 59.50 |
| 3/08/22 | ANR | Reply to email from J. Rosenthal re employee matter. | .10 | 59.50 |
| 3/08/22 | ANR | Review of employee matter. | .60 | 357.00 |
| 3/09/22 | ANR | Attend grievance settlement meeting with union. | .80 | 476.00 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/09/22 | ANR | Attend additional grievance meeting with union. | 1.00 | 595.00 |
| 3/09/22 | ANR | Conference call with Force10 and Consultant re labor matters. | .80 | 476.00 |
| 3/09/22 | ANR | Status update to facility re union grievance. | .50 | 297.50 |
| 3/09/22 | CC | Attend step 3 call re Marcus Booker grievance. | 1.00 | 225.00 |
| 3/09/22 | JS | Prepare email re ADP access follow up. | .10 | 39.50 |
| 3/09/22 | JS | Review and analysis of email re shift diff grace period. | .90 | 355.50 |
| 3/10/22 | ANR | Telephone call with B. Wallin and M. Misra re consulting engagement. | .50 | 297.50 |
| 3/10/22 | ANR | Conference call with S. Sharma and team re employee matters. | 1.00 | 595.00 |
| 3/10/22 | ANR | Telephone call with union re grievance matter. | .30 | 178.50 |
| 3/10/22 | ANR | Review of email from R. Dickerson re grievance matter. | .20 | 119.00 |
| 3/10/22 | CC | Attend call with management to discuss reduction and operational improvements. | .60 | 135.00 |
| 3/11/22 | ETF | Review strategy re additional WARN Notice | .50 | 197.50 |
| 3/11/22 | ETF | Review strategy re WARN Notices and union notices. | .30 | 118.50 |
| 3/11/22 | ETF | Prepare union notices. | .60 | 237.00 |
| 3/11/22 | ETF | Prepare email to R. Dickerson re request for employee roster. | .30 | 118.50 |
| 3/11/22 | ETF | Prepare email to client re template letter. | .40 | 158.00 |
| 3/11/22 | ETF | Exchanges with Stretto re service of notice. | .30 | 118.50 |
| 3/11/22 | ETF | Prepare email to client re additional WARN Notice. | .20 | 79.00 |
| 3/11/22 | LAF | Telephone conferences re warn issues, follow up re same. | 1.30 | 773.50 |
| 3/11/22 | ANR | Emails with R. Dickerson re union grievance. | .20 | 119.00 |
| 3/12/22 | ETF | Review email from R. Dickerson. | .10 | 39.50 |
| 3/12/22 | ETF | Review file for example of employee list. | .10 | 39.50 |
| 3/12/22 | ETF | Prepare response email to R. Dickerson. | .10 | 39.50 |
| 3/14/22 | ETF | Review  list provided re employees on roster for WARN. | .10 | 39.50 |
| 3/14/22 | ETF | Exchange emails with Stretto re lists provided re employees on roster for WARN. | .20 | 79.00 |
| 3/14/22 | ETF | Exchange email with Rosanne re further inquiry into some discrepancies. | .30 | 118.50 |
| 3/14/22 | ETF | Prepare union notice re Article 3 provisions. | .30 | 118.50 |
| 3/14/22 | ANR | Meet with union re attendance policy. | .50 | 297.50 |
| 3/14/22 | ANR | Email to R. Dickerson re employee matter. | .10 | 59.50 |
| 3/14/22 | ANR | Review WARN extension memo. | .30 | 178.50 |
| 3/14/22 | CC | Finalize notes for meeting with Management and S. Sharma. | .40 | 90.00 |
| 3/14/22 | CC | Finalize notes re M. Booker step 3 meeting. | .20 | 45.00 |
| 3/14/22 | CC | Attend meeting with management re attendance policy. | .80 | 180.00 |
| 3/14/22 | PJY | Data analysis to cross check Employee Roster with WARN notice. | .70 | 245.00 |
| 3/14/22 | PJY | Email to E. Ferguson regarding file comparison | .10 | 35.00 |
| 3/15/22 | ETF | Prepare notices to unions and government officials under WARN Act. | .40 | 158.00 |
| 3/15/22 | ETF | Revise notice to union under Article 3. | .30 | 118.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/15/22 | ETF | Review information re employee notices and follow-up on same. | .30 | 118.50 |
| 3/15/22 | ETF | Prepare cover letter to new hires. | .30 | 118.50 |
| 3/15/22 | ANR | Attend onsite meetings re various labor matters with Watsonville leadership. | 8.20 | 4,879.00 |
| 3/15/22 | JS | Format employee new hire list with WARN date. | .10 | 39.50 |
| 3/15/22 | JS | Prepare email re payroll audit and regular rate of pay calculation with regards to standby pay. | .40 | 158.00 |
| 3/15/22 | GXC | Revise 2nd notice to newly hired employees and employees not previously noticed. | 1.80 | 405.00 |
| 3/16/22 | ETF | Review issues re employee lists for WARN Notices. | .40 | 158.00 |
| 3/16/22 | ANR | Revisions to employee notice re WARN Act memo and FAQ re same. | 1.00 | 595.00 |
| 3/16/22 | GXC | Confer with E. Ferguson regarding status of WARN notices to newly hired employees, unions and government officials. | 2.40 | 540.00 |
| 3/16/22 | GXC | Clarify with client regarding previously notice dates listed on list of newly hired employees. | .90 | 202.50 |
| 3/16/22 | GXC | Research government entities for newly hired employee residing in Colorado. | .60 | 135.00 |
| 3/17/22 | ETF | Prepare union notice. | .60 | 237.00 |
| 3/17/22 | ETF | Review employee list. | .40 | 158.00 |
| 3/17/22 | ETF | Contact Stretto and client re union notice and employee list. | .40 | 158.00 |
| 3/17/22 | ETF | Finalize WARN notice distribution. | .90 | 355.50 |
| 3/17/22 | ANR | Conference call with internal team re WARN Act notice mailing. | .40 | 238.00 |
| 3/17/22 | ANR | Grievance meeting with CNA. | 2.50 | 1,487.50 |
| 3/17/22 | ANR | Conference call with union re grievance matter. | .40 | 238.00 |
| 3/17/22 | ANR | Follow up on union grievance matter. | .20 | 119.00 |
| 3/17/22 | ANR | Review of union email re grievance. | .10 | 59.50 |
| 3/17/22 | ANR | Reply to union email re grievance. | .10 | 59.50 |
| 3/17/22 | ANR | Emails to labor unions re WARN Act notices. | .10 | 59.50 |
| 3/17/22 | ANR | Conference call with J. Rosenthal re labor matter. | .60 | 357.00 |
| 3/17/22 | CC | Conference call with management re step 3 of 12 hour shift grievance. | 2.30 | 517.50 |
| 3/17/22 | GXC | Prepare WARN notice and CBA letters to Union representatives of California Nurses Association, California Technical Employees' Coalition, SEIU United Healthcare Workers- West and General Teamsters Union, Local 912. | .50 | 112.50 |
| 3/17/22 | GXC | Confirm with client that all newly hired employees specially noticed dates are accurate. | .90 | 202.50 |
| 3/17/22 | GXC | Prepare specially noticed letters to employees and check for accuracy before mailing. | 1.10 | 247.50 |
| 3/17/22 | GXC | Affect email notice to newly hired employees with special notice dates. | 1.90 | 427.50 |
| 3/17/22 | GXC | Confirm government entities are still current contacts to be sent WARN notice. | 1.10 | 247.50 |
| 3/17/22 | GXC | Check accuracy of letters and mailing labels before mailing. | .90 | 202.50 |
| 3/17/22 | GXC | Affect email notice to government entities of additional WARN notice. | 1.00 | 225.00 |

Client #: 2732
Matter #: 001

April 5, 2022
Invoice #: 133863

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/18/22 | ANR | Conference call with Force10 and bankruptcy lawyers re transaction. | .60 | 357.00 |
| 3/18/22 | ANR | Telephone call with Chief Nurse Officer re union matter. | .80 | 476.00 |
| 3/18/22 | ANR | Telephone call with union re grievance matter. | .60 | 357.00 |
| 3/18/22 | ANR | Telephone call with J. Rosenthal re employee matter. | .30 | 178.50 |
| 3/18/22 | ANR | Telephone call with N. Rubin re employee matter. | .30 | 178.50 |
| 3/18/22 | ANR | Email with R. Dickerson re employee matter. | .10 | 59.50 |
| 3/18/22 | ANR | Review and reply to email from union re WARN notice. | .10 | 59.50 |
| 3/18/22 | ANR | Emails with S. Salyer re employee matter. | .10 | 59.50 |
| 3/18/22 | ANR | Email to union re grievance resolution. | .10 | 59.50 |
| 3/18/22 | CC | Multiple telephone calls with P. Ryan re Powerpoint slides. | .30 | 67.50 |
| 3/21/22 | ANR | Conference call with Force10 re employee matters. | .50 | 297.50 |
| 3/21/22 | ANR | Review of employee waivers. | .30 | 178.50 |
| 3/22/22 | ETF | Email R. Dickerson and A. Baker re offer letter templates. | .10 | 39.50 |
| 3/22/22 | ANR | Telephone call with N. Marsden re regulatory employee matter. | .50 | 297.50 |
| 3/22/22 | ANR | Conference call with J. Rosenthal and N. Rubin re employee matter. | .50 | 297.50 |
| 3/22/22 | ANR | Conference call with Human Resources re transaction employee timeline. | .50 | 297.50 |
| 3/22/22 | ANR | Review of email from union re dues. | .10 | 59.50 |
| 3/22/22 | ANR | Review of email from facility re OSHA matter. | .10 | 59.50 |
| 3/22/22 | ANR | Review of email from S. Torres re personnel matter. | .10 | 59.50 |
| 3/23/22 | ANR | Review of email from K. Skogstad re union dues. | .10 | 59.50 |
| 3/23/22 | ANR | Review of email from J. White re employee program. | .10 | 59.50 |
| 3/23/22 | ANR | Review of email from SEIU re employee matter. | .10 | 59.50 |
| 3/23/22 | ANR | Review of employee matter. | .10 | 59.50 |
| 3/23/22 | ANR | Review of email from R. Dickerson re contract interpretation. | .10 | 59.50 |
| 3/23/22 | ANR | Status update to client re employee matter. | .10 | 59.50 |
| 3/23/22 | ANR | Email to CNA re meal waivers. | .10 | 59.50 |
| 3/23/22 | JS | Review email re ADP access. | .10 | 39.50 |
| 3/23/22 | JS | Setup ADP profile. | .10 | 39.50 |
| 3/23/22 | JS | Prepare email to G. Blanchard-Saiger and M. Mishra re payroll code audit meeting. | .20 | 79.00 |
| 3/23/22 | JS | Prepare email re meeting confirmation. | .10 | 39.50 |
| 3/24/22 | ETF | Prepare notice for new hires re WARN Act. | .60 | 237.00 |
| 3/24/22 | ANR | Telephone call with human resources re employee matter. | .50 | 297.50 |
| 3/24/22 | ANR | Summarize employee matter status to J. Rosenthal. | .30 | 178.50 |
| 3/24/22 | ANR | Telephone call with N. Rubin re employee matter. | .30 | 178.50 |
| 3/24/22 | ANR | Review of email from CNA re employee matter. | .10 | 59.50 |
| 3/24/22 | ANR | Review of OSHA matter status. | .30 | 178.50 |
| 3/24/22 | ANR | Review of write up re employee matter. | .40 | 238.00 |

Client #: 2732
Matter #: 001

April 5, 2022
Invoice #: 133863

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/24/22 | ANR | Review of email from CNA re side letter. | .10 | 59.50 |
| 3/24/22 | ANR | Reply to email from CNA re side letter. | .10 | 59.50 |
| 3/24/22 | ANR | Review of email from S. Stout re side letter. | .10 | 59.50 |
| 3/24/22 | ANR | Reply to email from S. Stout re staffing matter. | .10 | 59.50 |
| 3/25/22 | CC | Finalize notes from Step 3 meeting re 12 hour shift. | 1.10 | 247.50 |
| 3/28/22 | ETF | Review strategy re WARN notices for new hires. | .10 | 39.50 |
| 3/28/22 | ANR | Review of email from union re grievance. | .10 | 59.50 |
| 3/28/22 | ANR | Reply to email from union re grievance. | .10 | 59.50 |
| 3/28/22 | ANR | Review of grievance side letters. | .10 | 59.50 |
| 3/28/22 | ANR | Telephone call with Union re grievance. | .30 | 178.50 |
| 3/28/22 | ANR | Review of email from union re grievance. | .10 | 59.50 |
| 3/28/22 | ANR | Review of email from J. Rosenthal re employee matter. | .10 | 59.50 |
| 3/28/22 | ANR | Reply to email from J. Rosenthal re personnel matter. | .10 | 59.50 |
| 3/28/22 | KXT | Prepare side letter. | 1.20 | 450.00 |
| 3/29/22 | ETF | Prepare email to client re WARN Notice for new hires. | .10 | 39.50 |
| 3/29/22 | ETF | Review and respond to email from human resources department re same. | .10 | 39.50 |
| 3/29/22 | ETF | Review revisions on WARN Notice for new hires and follow-up. | .10 | 39.50 |
| 3/29/22 | LAF | Review Warn extension notice. | .40 | 238.00 |
| 3/29/22 | ANR | Conference call with client and Force10 re employee matter. | .80 | 476.00 |
| 3/29/22 | ANR | Review of proposed memorandum to employees. | .20 | 119.00 |
| 3/29/22 | CC | Finalize meeting notes re Attendance Policy Changes. | .40 | 90.00 |
| 3/29/22 | RXS | Begin exemption analysis of payroll positions in order to determine proper classification. | 1.10 | 434.50 |
| 3/29/22 | RXS | Prepare CNA side letter regarding standby shifts for operating room per diem nurses. | 1.00 | 395.00 |
| 3/30/22 | ETF | Prepare notice for new hires at Watsonville Community Hospital. | .10 | 39.50 |
| 3/30/22 | ANR | Review of email from facility re employee matter. | .10 | 59.50 |
| 3/30/22 | ANR | Review of email from union re proof of claim. | .10 | 59.50 |
| 3/30/22 | ANR | Review of S. Golden reply re proof of claim. | .10 | 59.50 |
| 3/30/22 | ANR | Review of benefits tracker. | .20 | 119.00 |
| 3/30/22 | ANR | Review of employee email re concern. | .10 | 59.50 |
| 3/30/22 | ANR | Review of summary re employee performance. | .30 | 178.50 |
| 3/30/22 | ANR | Review of email from J. Rosenthal re side letter. | .10 | 59.50 |
| 3/30/22 | ANR | Reply to email from J. Rosenthal re side letter. | .10 | 59.50 |
| 3/30/22 | ANR | Revisions to SEIU side letter. | .50 | 297.50 |
| 3/30/22 | ANR | Revision to CNA side letter. | .80 | 476.00 |
| 3/30/22 | ANR | Telephone call with N. Rubin re employee matter. | .40 | 238.00 |

Client #: 2732                                                     April 5, 2022
Matter #: 001                                                Invoice #: 133863

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 3/30/22 | CC | Finalize notes re HUC meeting. | .50 | 112.50 |
| 3/31/22 | ANR | Review of email from Chief Nurse Officer re side letter. | .10 | 59.50 |
| 3/31/22 | ANR | Reply to email from Chief Nurse Officer re side letter. | .10 | 59.50 |
| 3/31/22 | ANR | Meet with union re grievance settlements and pending matter. | 1.60 | 952.00 |
| 3/31/22 | ANR | Telephone call with J. Rosenthal re employee matters. | .30 | 178.50 |
| 3/31/22 | ANR | Review of email from union re department matter. | .10 | 59.50 |
| 3/31/22 | ANR | Additional email from Chief Nurse Officer re side letter. | .10 | 59.50 |
| 3/31/22 | ANR | Reply to additional email from Chief Nurse re Side Letter. | .10 | 59.50 |
| 3/31/22 | CC | Meet with Management and Union to discuss results of survey. | 1.40 | 315.00 |
| 3/31/22 | JS | Review email re sample ADP report. | .10 | 39.50 |
| 3/31/22 | JS | Telephone calls with ADP customer support re login issue. | .30 | 118.50 |
| 3/31/22 | JS | Prepare email re ADP login issue. | .20 | 79.00 |

**TOTAL PROFESSIONAL SERVICES RENDERED**          **$ 43,419.00**

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|------|------|-------|--------|--------|-------|
| Chou, Chet | 225.00 | 9.00 | 2,025.00 | .00 | .00 |
| Cheng, Gloria | 225.00 | 13.10 | 2,947.50 | .00 | .00 |
| Ycaro, Patrick J. | 350.00 | .80 | 280.00 | .00 | .00 |
| Thukral, Kritika | 375.00 | 1.20 | 450.00 | .00 | .00 |
| Ferguson, Elizabeth T. | 395.00 | 9.80 | 3,871.00 | .00 | .00 |
| Si, John | 395.00 | 3.90 | 1,540.50 | .00 | .00 |
| Shou, Ronnie | 395.00 | 2.10 | 829.50 | .00 | .00 |
| Fernandez, Louise Ann | 595.00 | 1.70 | 1,011.50 | .00 | .00 |
| Ruda, An Nguyen | 595.00 | 51.20 | 30,464.00 | .00 | .00 |
| **TOTALS** | | **92.80** | **$ 43,419.00** | **.00** | **$ .00** |

**DISBURSEMENTS ADVANCED**

| Date | Description | Amount |
|------|-------------|--------|
| | ACC Federal Express Charges | 47.28 |

**TOTAL DISBURSEMENTS ADVANCED**          **$ 47.28**

**TOTAL THIS INVOICE**          **$ 43,466.28**

Client #: 2732                                                                    April 5, 2022
Matter #: 001                                                              Invoice #: 133863

Remaining Unapplied Cash Balance                          $ 9,282.34

*Balance is due within 30 days from the date of this invoice.*
*We reserve the right to charge interest at 10% per annum on amounts not paid within 30 days.*

*In Account With*

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

January 14, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA 95076

| | |
|---|---|
| Invoice #: | 132822 |
| Client #: | 2732 |
| Matter #: | 010 |
| Billing Attorney: | ANR |

---

For professional services rendered and disbursements advanced through December 31, 2021:

**RE: Retention**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/08/21 | KLD | Analyze and gather information for exhibits and supporting detail for retention application. | 1.50 | 592.50 |
| 12/08/21 | KLD | Review docket and key background documents. | 1.40 | 553.00 |
| 12/09/21 | KLD | Prepare application to retain Bartko Zankel as special counsel. | 2.90 | 1,145.50 |
| 12/13/21 | ANR | Review of facts re professional fee application. | .50 | 297.50 |
| 12/13/21 | CC | Telephone call with A. Ruda and K. Duffy re conflict check. | .40 | 90.00 |
| 12/13/21 | CC | Prepare schedule 1 and 2 in support of declaration to fee application. | .40 | 90.00 |
| 12/14/21 | KLD | Telephone call with B. Wallen regarding retention application and related work. | .50 | 197.50 |
| 12/14/21 | KLD | Prepare declaration of Jeremy Rosenthal in support of application to retain Bartko. | .60 | 237.00 |
| 12/14/21 | CC | Multiple calls with K. Duffy re first fee application. | .40 | 90.00 |
| 12/14/21 | CC | Review conflict checks for Schedule 2 in support of fee application. | .50 | 112.50 |
| 12/15/21 | KLD | Continued analysis and work to prepare Bartko retention application. | 2.80 | 1,106.00 |
| 12/15/21 | KLD | Analyze bankruptcy and local rules impacting retention submission. | .40 | 158.00 |
| 12/15/21 | KLD | Evaluate conflicts reports for any evidence of a conflict in regards to Bartko's retention. | .60 | 237.00 |
| 12/15/21 | KLD | Prepare declaration of An Ruda in support of application to retain Bartko. | 1.80 | 711.00 |
| 12/15/21 | KLD | Draft proposed order authorizing retention of Bartko. | .40 | 158.00 |
| 12/15/21 | KLD | Email B. Wallen regarding retention application and supporting documents. | .20 | 79.00 |
| 12/15/21 | ANR | Review of Ruda declaration in support of application for employment as special counsel. | .60 | 357.00 |
| 12/15/21 | CC | Multiple calls with K. Duffy re conflicts and connected entities to Debtor and financial numbers for fee application. | .60 | 135.00 |

Client #: 2732
Matter #: 010

January 14, 2022
Invoice #: 132822

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/15/21 | CC | Continue to prepare Schedule 2. | .30 | 67.50 |
| 12/16/21 | CC | Multiple emails with K. Duffy and finance to obtain amounts for fee application. | .70 | 157.50 |
| 12/17/21 | KLD | Telephone call and email with B. Wallen regarding finalization of retention application and related filings. | .40 | 158.00 |
| 12/27/21 | KLD | Communications with B. Wallen to address information requested by UST in regards to retention application. | .50 | 197.50 |
| 12/29/21 | KLD | Evaluate updated conflicts list schedule. | .20 | 79.00 |
| 12/29/21 | ANR | Review of email from B. Wallen re special counsel conflicts check. | .20 | 119.00 |

**TOTAL PROFESSIONAL SERVICES RENDERED**     **$ 7,125.00**

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|------|------|-------|--------|--------|-------|
| Chou, Chet | 225.00 | 3.30 | 742.50 | .00 | .00 |
| Duffy, Kerry L. | 395.00 | 14.20 | 5,609.00 | .00 | .00 |
| Ruda, An Nguyen | 595.00 | 1.30 | 773.50 | .00 | .00 |
| **TOTALS** | | **18.80** | **$ 7,125.00** | **.00** | **$ .00** |

**TOTAL THIS INVOICE**     **$ 7,125.00**

*Inception To Date Information (Including Current Invoice)*

Fees Billed     $ 7,125.00
Expenses Billed     $ .00

*Balance is due within 30 days from the date of this invoice.*
*We reserve the right to charge interest at 10% per annum on amounts not paid within 30 days.*

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

March 2, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA 95076

| | |
|---|---|
| Invoice #: | 133311 |
| Client #: | 2732 |
| Matter #: | 010 |
| Billing Attorney: | ANR |

---

For professional services rendered and disbursements advanced through January 31, 2022:

**RE: Retention**

### DETAIL OF PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/02/22 | KLD | Perform additional conflicts check analysis based upon updated detail. | .30 | 118.50 |
| 1/03/22 | KLD | Respond to email from B. Wallen regarding proposed order. | .20 | 79.00 |
| 1/03/22 | ANR | Reply to email from B. Wallin re special counsel application. | .10 | 59.50 |
| 1/03/22 | ANR | Review of email from B. Wallin re special counsel application. | .10 | 59.50 |
| | | **TOTAL PROFESSIONAL SERVICES RENDERED** | | **$ 316.50** |

### TIMEKEEPER SUMMARY

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|------|------|-------|--------|--------|-------|
| Duffy, Kerry L. | 395.00 | .50 | 197.50 | .00 | .00 |
| Ruda, An Nguyen | 595.00 | .20 | 119.00 | .00 | .00 |
| **TOTALS** | | **.70** | **$ 316.50** | **.00** | **$ .00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 316.50** |

Client #: 2732
Matter #: 010

March 2, 2022
Invoice #: 133311

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| 132822 | 1/14/22 | 7,125.00 | 5,700.00 | 1,425.00 |

Previous Balance $ 1,425.00

**TOTAL BALANCE DUE** **$ 1,741.50**

**PAYMENTS APPLIED SINCE LAST INVOICE**

| Date | Type | Invoice No. | Check No. | Paid By | Amount |
|---|---|---|---|---|---|
| 2/24/22 | Payment | 132822 | | | $ 5,700.00 |

*Balance is due within 30 days from the date of this invoice.*
*We reserve the right to charge interest at 10% per annum on amounts not paid within 30 days.*

*In Account With*

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

February 7, 2022

| | |
|---|---|
| Watsonville Hospital Holdings, Inc. | Invoice #: 133227 |
| Accounts Payable | Client #: 2732 |
| 75 Nielson Street | Matter #: 007 |
| Watsonville, CA 95076 | Billing Attorney: ANR |

---

For professional services rendered and disbursements advanced through January 31, 2022:

**RE: Bk Admin**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/26/22 | KLD | Prepare Notice of Appearance and request for notice. | .50 | 197.50 |
| | | **TOTAL PROFESSIONAL SERVICES RENDERED** | | **$ 197.50** |

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|------|------|-------|--------|--------|-------|
| Duffy, Kerry L. | 395.00 | .50 | 197.50 | .00 | .00 |
| **TOTALS** | | **.50** | **$ 197.50** | **.00** | **$ .00** |

**TOTAL THIS INVOICE**      **$ 197.50**

*Balance is due within 30 days from the date of this invoice.*
*We reserve the right to charge interest at 10% per annum on amounts not paid within 30 days.*

*In Account With*

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

February 7, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA 95076

| | |
|---|---|
| Invoice #: | 133229 |
| Client #: | 2732 |
| Matter #: | 009 |
| Billing Attorney: | ANR |

For professional services rendered and disbursements advanced through January 31, 2022:

**RE:   Fee Application**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/10/22 | KLD | Prepare supporting detail for fee application. | 1.20 | 474.00 |
| 1/10/22 | CC | Emails with K. Duffy re fee application. | .20 | 45.00 |
| 1/11/22 | CC | Prepare exhibits to fee application. | 1.20 | 270.00 |
| 1/12/22 | KLD | Prepare Bartko's First Monthly Fee Application. | 2.50 | 987.50 |
| 1/12/22 | CC | Multiple telephone calls with K. Duffy and K. Myles re exhibits and invoices for fee application. | .50 | 112.50 |
| 1/12/22 | CC | Continue to prepare exhibits to fee application. | .20 | 45.00 |
| 1/13/22 | KLD | Telephone calls with B. Wallen to coordinate and address fee application submission materials. | .70 | 276.50 |
| 1/13/22 | CC | Continue to prepare exhibits. | 1.40 | 315.00 |
| 1/14/22 | CC | Finalize exhibits for fee application. | .40 | 90.00 |
| 1/18/22 | KLD | Analyze information from B. Wallen to update fee application. | .40 | 158.00 |
| 1/21/22 | KLD | Update exhibits to fee application. | .50 | 197.50 |
| 1/21/22 | KLD | Email B. Wallen regarding revised fee application submission. | .10 | 39.50 |

**TOTAL PROFESSIONAL SERVICES RENDERED**                **$ 3,010.50**

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|------|------|-------|--------|--------|-------|
| Chou, Chet | 225.00 | 3.90 | 877.50 | .00 | .00 |
| Duffy, Kerry L. | 395.00 | 5.40 | 2,133.00 | .00 | .00 |
| **TOTALS** | | **9.30** | **$ 3,010.50** | **.00** | **$ .00** |

Client #: 2732
Matter #: 009

February 7, 2022
Invoice #: 133229

**TOTAL THIS INVOICE**                                          **$ 3,010.50**

*Balance is due within 30 days from the date of this invoice.*
*We reserve the right to charge interest at 10% per annum on amounts not paid within 30 days.*

*In Account With*

TAX ID No. 94-2542676

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

March 10, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA 95076

| | |
|---|---|
| Invoice #: | 133766 |
| Client #: | 2732 |
| Matter #: | 009 |
| Billing Attorney: | ANR |

For professional services rendered and disbursements advanced through February 28, 2022:

**RE: Fee Application**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/02/22 | KLD | Coordinate with B. Wallen in regarding fee application submission. | .20 | 79.00 |
| 2/25/22 | KLD | Analysis and prepare Bartko's second monthly fee application. | .60 | 237.00 |
| 2/25/22 | CC | Prepare exhibits to second monthly fee application. | .60 | 135.00 |
| 2/28/22 | CC | Continue to prepare second monthly fee application. | .50 | 112.50 |

**TOTAL PROFESSIONAL SERVICES RENDERED** **$ 563.50**

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|------|------|-------|--------|--------|-------|
| Chou, Chet | 225.00 | 1.10 | 247.50 | .00 | .00 |
| Duffy, Kerry L. | 395.00 | .80 | 316.00 | .00 | .00 |
| **TOTALS** | | **1.90** | **$ 563.50** | **.00** | **$ .00** |

**TOTAL THIS INVOICE** **$ 563.50**

*Balance is due within 30 days from the date of this invoice.*
*We reserve the right to charge interest at 10% per annum on amounts not paid within 30 days.*

*In Account With*

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

April 5, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA 95076

| | |
|---|---|
| Invoice #: | 133867 |
| Client #: | 2732 |
| Matter #: | 009 |
| Billing Attorney: | ANR |

For professional services rendered and disbursements advanced through March 31, 2022:

**RE:   Fee Application**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 3/02/22 | KLD | Analysis of exhibits and supporting detail for second monthly fee application. | .50 | 197.50 |
| 3/02/22 | CC | Prepare second monthly fee application. | 1.50 | 337.50 |
| 3/03/22 | CC | Continue to prepare second monthly fee application. | 1.00 | 225.00 |
| 3/04/22 | KLD | Revise second monthly fee application and supporting exhibits. | .50 | 197.50 |
| 3/04/22 | CC | Finalize second monthly fee application for filing. | .20 | 45.00 |
| 3/07/22 | KLD | Edit second monthly fee application. | .20 | 79.00 |
| 3/11/22 | KLD | Analysis of supporting detail for third monthly fee application. | .60 | 237.00 |
| 3/22/22 | KLD | Prepare Bartko's Third Monthly Fee Application. | 1.10 | 434.50 |
| 3/24/22 | KLD | Check docket for any opposition to fee application. | .20 | 79.00 |
| 3/24/22 | KLD | Prepare Statement of Non-Opposition Certificate of No Objection to Bartko's Second Monthly Fee Application. | .60 | 237.00 |
| 3/24/22 | CC | Prepare third monthly fee application. | .90 | 202.50 |
| 3/25/22 | KLD | Coordinate with Pachulski Stang Ziehl & Jones LLP in regards to Bartko's third monthly fee application. | .20 | 79.00 |
| 3/25/22 | KLD | Revise third monthly fee application and exhibits. | .50 | 197.50 |
| 3/25/22 | CC | Finalize third monthly fee application for filing. | .20 | 45.00 |

**TOTAL PROFESSIONAL SERVICES RENDERED**    **$ 2,593.00**

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|------|------|-------|--------|--------|-------|
| Chou, Chet | 225.00 | 3.80 | 855.00 | .00 | .00 |
| Duffy, Kerry L. | 395.00 | 4.40 | 1,738.00 | .00 | .00 |
| **TOTALS** | | **8.20** | **$ 2,593.00** | **.00** | **$ .00** |

**TOTAL THIS INVOICE**          **$ 2,593.00**

*Balance is due within 30 days from the date of this invoice.*
*We reserve the right to charge interest at 10% per annum on amounts not paid within 30 days.*

# Exhibit C

**EXHIBIT C**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**
(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE* | |
|---|---|---|
| | **BILLED OR COLLECTED** Firm or offices for preceding year, excluding bankruptcy* | **BILLED** In this fee application |
| Partner | $496.87 | $562.86 |
| Senior Counsel | $735.00 | $395.00 |
| Associate | $338.11 | $389.07 |
| Contract Attorney | N/A | $395.00 |
| Data Analyst | $352.42 | $383.75 |
| Paralegal | $206.06 | $225.00 |
| All timekeepers aggregated** | $425.69 | $429.88 |

**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

Case Name:        Watsonville Hospital Corporation, et al.
Case Number:      21-51477
Applicant's Name: Bartko Zankel Bunzel & Miller
Date of Application: May 19, 2022
Interim or Final:  Interim

# Exhibit D

**EXHIBIT D**

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES/ CHANGE SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| An Ruda | Partner | Labor | 2001 | 155.80 | $92,701.00 | $595 | $595 | 0 |
| Louise Ann Fernandez | Partner | Labor | 1979 | 15.40 | $9,163.00 | $595 | $595 | 0 |
| Ben Schnayerson | Partner | Labor | 2008 | 8.50 | $3,612.50 | $425 | $425 | 0 |
| Kerry Duffy | Partner | Litigation | 2004 | 25.80 | $10,191.00 | $395 | $395 | 0 |
| Ronnie Shou | Associate | Labor | 2016 | 8.20 | $3,239.00 | $395 | $395 | 0 |
| Elizabeth Ferguson | Associate | Labor | 2017 | 21.00 | $8,295.00 | $395 | $395 | 0 |
| Marisa Livesay | Senior Counsel | Litigation | 2002 | 2.90 | $1,145.50 | $395 | $395 | 0 |
| Kritika Thukral | Associate. | Labor | 2020 | 12.30 | $4,612.50 | $375 | $375 | 0 |
| Karl Lohlwater | Contract Attorney | N/A | 1979 | 25.45 | $10,052.75 | $395 | $395 | 0 |
| John Si | Data Analyst | N/A | N/A | 4.50 | $1,777.50 | $395 | $395 | 0 |
| Patrick Ycaro | Data Analyst | N/A | N/A | 1.50 | $525.00 | $350 | $350 | 0 |
| Chet Chou | Paralegal | Labor | N/A | 28.60 | $6,435.00 | $225 | $225 | 0 |
| Gloria Cheng | Paralegal | Labor | N/A | 19.00 | $4,275.00 | $225 | $225 | 0 |
| **TOTAL** | | | | 362.95 | $156,024.75 | | | |

Case Name:  Watsonville Hospital Corporation, et al.
Case Number:  21-51477
Applicant's Name:  Bartko Zankel Bunzel & Miller
Date of Application:  May 19, 2022
Interim or Final:  Interim

2732.009/1740536.2

# Exhibit E

Summary Cover Sheet

| | |
|---|---|
| Name of Applicant: | Bartko Zankel Bunzel & Miller |
| Name of client: | Special Labor and Employment Counsel to Debtors |
| Time period covered by this application: | December 6, 2021 – March 31, 2021 |
| Total compensation sought this period: | $161,426.68 |
| Total expenses sought this period: | $5,401.93 |
| Petition date: | December 5, 2021 |
| Retention date: | Effective December 5, 2021 |
| Date of order approving employment: | January 6, 2022 |
| Total fees approved by interim order to date: | $0.00 |
| Total expenses approved by interim order to date: | $0.00 |
| Total allowed fees paid to date: | $0.00 |
| Total allowed expenses paid to date: | $0.00 |
| Blended rate in this application for all attorneys: | $519.38 |
| Blended rate in this application for all timekeepers: | $429.88 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $124,819.80 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $5,401.93 |
| Number of professionals included in this application: | 13 |

| Name of Applicant: | Bartko Zankel Bunzel & Miller |
|---|---|
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A. The Firm was under budget for the Fee Period |
| Number of professionals billing fewer than 15 hours to the case during this period | 7 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No. |

Case Name:           Watsonville Hospital Corporation, et al.
Case Number:        21-51477
Applicant's Name:     Bartko Zankel Bunzel & Miller
Date of Application:    May 19, 2022
Interim or Final:      Interim

# Exhibit F

Budget

| CATEGORY | PROJECTED TOTAL HOURS | PROJECTED TOTAL FEES |
|---|---|---|
| General Labor | 295.00 | $160,000 |
| Retention | 19.00 | $9,000 |
| Bankruptcy Administration | 3.00 | $1,000 |
| Fee Application | 20.00 | $7,000 |
| **GRAND TOTAL** | **337.00** | **$177,000** |

Case Name:           Watsonville Hospital Corporation, et al.
Case Number:         21-51477
Applicant's Name:    Bartko Zankel Bunzel & Miller
Date of Application: May 19, 2022
Interim or Final:    Interim

# Exhibit G

Staffing Plan

| CATEGORY OF TIMEKEEPER 1 (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE (Based upon 2022 Rates) |
|---|---|---|
| Partner | 4 | $562.86 |
| Senior Counsel | 1 | $395.00 |
| Associate | 3 | $389.07 |
| Contract Attorney | 1 | $395.00 |
| Data Analyst | 2 | $383.75 |
| Paralegal | 2 | $225.00 |
| 1 As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category. | | |

Case Name:           Watsonville Hospital Corporation, et al.
Case Number:        21-51477
Applicant's Name:   Bartko Zankel Bunzel & Miller
Date of Application:  May 19, 2022
Interim or Final:      Interim

# Exhibit H

## EXHIBIT H-1

### Summary of Compensation

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| General Labor | 289.55 | $142,219.75 |
| Retention | 18.80 | $7,441.50 |
| Bankruptcy Administration | .5 | $197.50 |
| Fee Application | 19.40 | $6,167.00 |
| **TOTAL** | **328.25** | **$156,024.75** |

Case Name:            Watsonville Hospital Corporation, et al.
Case Number:        21-51477
Applicant's Name:    Bartko Zankel Bunzel & Miller
Date of Application:   May 19, 2022
Interim or Final:      Interim

2732.009/1740536.2

**EXHIBIT H-2**

Summary of Expense

| EXPENSE | TOTAL |
|---|---|
| Hotel | $584.40 |
| Airfare | $775.66 |
| Ground Transportation | $225.29 |
| Federal Express Charges | $421.58 |
| Expert Services – Safety Compliance Management, Inc. | $3,395.00 |
| **GRAND TOTAL** | **$5,401.93** |

Case Name:             Watsonville Hospital Corporation, et al.
Case Number:           21-51477
Applicant's Name:      Bartko Zankel Bunzel & Miller
Date of Application:   May 19, 2022
Interim or Final:      Interim

# Exhibit I

<u>EXHIBIT I</u>





## An Nguyen Ruda

## Contact

Main: 415.956.1900
Mobile: 310.966.0758
Direct: 415.291.4534
Fax: 415.956.1152
Email: aruda@bzbm.com

## Education

Santa Clara University, School of Law, J.D.,
*magna cum laude*, 2001

University of California, Berkeley, *with highest
honors*, B.A., 1997

## Bar Admissions

State Bar of California

U.S. District Courts for the Northern, Southern,
Central and Eastern Districts of California

## Speaking Engagements

Continuing Education of the Bar Presents:
Fundamentals of Employment Law

## Publications

Labor & Employment New Year Round-Up:
What to Expect in 2020

Labor & Employment 2018 Legislative Round-
Up: What to Expect in 2019

The California Court of Appeal Further Burdens
California Hospitals by Barring Meal Waivers
for Employees Working Long Shifts

Daily Journal: Franchisors Should Beware
Standardized Noncompetes

Aspatore/Thompson Reuters: Inside the Minds:
Negotiating and Drafting Employment
Agreements, 2014 ed.

## Practice Areas

Labor and Employment Litigation (single plaintiff and class action)

Trade Secrets

Collective Bargaining

Advice and Counseling

Outside General Counsel Services

## Experience

An Nguyen Ruda is co-chair of the Labor and Employment practice group. She takes a problem-solving approach to personnel issues brought by her clients whether it be advice, counseling, collective bargaining or litigation. An has and seeks long term legal and business relationships with her clients. She would much rather provide compliance review and strategic advice on the front end, rather than have clients pay for litigation on the back end.

An takes no greater pleasure than in seeing her clients grow, and every year where there is no employment litigation for her clients is another year of success.

Where litigation is unavoidable, An has worked on high stakes cases and obtained great results for clients. Some examples include:

- Leveraging through litigation the return of stock and ownership to a Company whose C-Suite had allegedly misappropriated trade secrets and misused company assets to form a competing entity. This case was filed in the Northern District of California and implicated citizens of Luxembourg, Russia and Dubai.

- Obtaining a defense award in a wrongful termination matter filed by a C-Suite Executive of a financial services company.

- Defeating class certification in several wage and hour class actions with over $100 million in exposure.

- Obtaining an award against a defense lawyer who keep documents in contravention of a settlement agreement, which resulted in two court of appeal decisions.

Besides advice, counseling and litigation, a significant portion of An's practice is traditional labor. An has served as the Chief Negotiator on several significant labor contracts, including multiple Master Collective Bargaining Agreements, initial labor agreements as well successor agreements. Most recently, An served as the Chief Negotiator for the Los Angeles Times in their initial contact with The NewsGuild. Also, she negotiated the consensual modification of eight labor agreements in 75 days with six labor unions for a hospital system in bankruptcy. An has negotiated collective labor agreements with healthcare, manufacturing, newspaper unions.

One Embarcadero Center • Suite 800 • San Francisco, CA 94111 • 415.956.1900 • www.BZBM.com

## Media Recognition

Daily Journal: Dealmakers 4

Daily Journal: Restrictive settlements may not fly

San Francisco Business Times: Flex Time Law Hits S.F.

Employment Law Daily: Employee's "welcome letter" is arguably employment contract incorporating job application's terms

The Recorder: On the Move

## Languages

Vietnamese

An and her team can also assist employers who have existing unions with advice, arbitrations, unfair labor practice charges, and union petition for election or other attempts to organize. An is known for her creative solutions, and respectful labor relations, and ability to quickly close collective bargaining agreements.

Prior to joining the firm, An was a partner at Jeffer Mangels Butler & Mitchell LLP. An started her legal career at Crosby Heafey Roach & May, prior to and after its acquisition by Reed Smith LLP.

One Embarcadero Center • Suite 800 • San Francisco, CA 94111 • 415.956.1900 • www.BZBM.com







## Louise Ann Fernandez

## Contact

Main:     415.956.1900

Mobile:   310.307.6115

Direct:   415.291.4525

Fax:      415.956.1152

Email:    lfernandez@bzbm.com

Address:  12100 Wilshire Blvd., Suite 600
          Los Angeles, CA  90025

## Education

George Washington University Law School, J.D., 1978

Stanford University, A.B., 1975

## Professional Affiliations

Member, Executive Committee, Labor and Employment Law Section, State Bar of California (1987-1989)

Member, Labor and Employment Law Section, Los Angeles County Bar Association

American Bar Association

Board Member, Assistance Dogs of the West (2018-2020)

Member, Pitzer College Board of Trustees

## Bar Admissions

State Bar of California

Federal Courts in California

United States Court of Appeals, Ninth Circuit

## Practice Areas

Labor and Employment

Class Action Defense

Trade Secret Litigation

Intellectual Property Litigation

Health Care Labor Law

Appellate Litigation

## Experience

Louise Ann "Luzann" Fernandez is co-chair of the Labor and Employment practice group, with more than 30 years of experience. Luzann is a fierce litigator who is hired by corporations, hospitals, and celebrities for high profile and exposure cases. Luzann does not back down from challenges facing her clients and comes up with out of the box and novel theories.

Luzann is also active as an independent investigator. Using her litigation experience, Luzann investigates claims of discrimination, retaliation, harassment, and other corporate compliance issues.

Luzann serves as a mediator and is a volunteer mediator for the Central District of California Mediation/Conciliation program. She brings her extensive experience to resolve conflicts.

Prior to joining the firm, Luzann was the Chair of the Labor and Employment practice group at Jeffer Mangels Butler & Mitchell LLP where she founded the group. Luzann started her legal career as a field attorney at the National Labor Relations Board.

## Representative Cases

Represented entertainment executive against false accusations of sexual assault. Obtained both a dismissal, seven-figure public settlement on a malicious prosecution case in favor of the executive, and a public apology in the New York Times.

Represented technology company in its litigation against C-Suite executives who misappropriated trade secrets and company resources to start a competing venture. Luzann was able to obtain jurisdiction over the foreign nationals which was pivotal to the case.

Defeated class certification on behalf of numerous clients.

Architect of strategy to hold a California executive of a global cosmetics company to his nonsolicitation and non-compete.

Obtained judgment against a Plaintiff's lawyer on behalf of a technology company who failed to return documents to the Company post-litigation.

Obtained summary judgment on behalf of a global cosmetics company; thus, eliminating the risk of class certification.

Argued en banc before Ninth Circuit on National Labor Relations Act preemption issues.

One Embarcadero Center • Suite 800 • San Francisco, CA 94111 • 415.956.1900 • www.BZBM.com

## Honors

Recognized in *Best Lawyers in America®*, Labor and Employment Law - Management, 2016-2021

Named as a "Super Lawyer," by *Los Angeles Magazine*, 2004-2019

Martindale-Hubbell Peer Review, AV Rating

Recognized in "Best Lawyers in Southern California," *Los Angeles Magazine*, 2015-2020

Recognized in "Women in Law," *Los Angeles Magazine*, 2017-2019

Included in "Top Women Attorneys in Southern California," *Los Angeles Magazine*, 2014-2018

Named by the *Daily Journal* as one of California Top Labor & Employment Lawyers, 2010, 2013

## Speaking Engagements

The Twenty Ninth Annual Labor and Employment Law Symposium: Effective Advocacy in Employment Arbitrations: The Experts Tell You What Works and What Works Against You

Legal Update for the Professional and Human Resources Association: Contingent Workforce Issues

Presentation: Sexual Harassment in the Workplace - Louise Ann Fernandez

University of California Los Angeles Entertainment Symposium: Rush to the Future: New Rights and Wrongs in the Entertainment Industry

## Publications

Labor & Employment New Year Round-Up: What to Expect in 2020

Labor & Employment 2018 Legislative Round-Up: What to Expect in 2019

New Law Prohibits California Employers From Asking Applicants About Salary History

CLIENT ALERT: 2017 Criminal Background Laws

Corporate Law Winter 2010 Newsletter: Employee Monitoring in an Electronic Age

One Embarcadero Center • Suite 800 • San Francisco, CA 94111 • 415.956.1900 • www.BZBM.com



## Ben Schnayerson



## Contact

Main: 415.956.1900
Direct: 415.291.4541
Fax: 415.956.1152
Email: bschnayerson@bzbm.com
LinkedIn: Ben Schnayerson

## Practice Areas

Labor & Employment

## Education

University of San Francisco School of Law, J.D., 2008

University of Pennsylvania, B.A. (History), 1998

## Bar Admissions

State Bar of California

## Experience

Ben Schnayerson is a Principal at the firm and a member of the Labor and Employment team. He vigorously defends businesses facing claims of discrimination, harassment, retaliation, wage-and-hour class action lawsuits, and PAGA lawsuits in both state and federal courts. Mr. Schnayerson also has significant experience appearing before administrative bodies, such as the DFEH, EEOC, the California Labor Commissioner, and NRLB. Mr. Schnayerson negotiates collective bargaining agreements with unions, defends businesses against grievances, and helps companies prepare for potential strikes.

Additionally, Mr. Schnayerson is often retained as employment counsel for businesses, helping them navigate tricky situations to circumvent expensive and time-consuming lawsuits. He believes in taking a proactive approach to avoid litigation, and regularly updates employment handbooks and performs internal audits to ensure compliance with federal and state regulations. He also negotiates and drafts employment agreements.

Prior to joining Bartko Zankel, Mr. Schnayerson worked for a national law firm as part of their labor and employment team, also defending businesses against employment lawsuits throughout California. Before entering the legal world, Mr. Schnayerson worked as a journalist, having written for the San Francisco Chronicle, Wired magazine, the San Bernardino County Sun, and the Half Moon Bay Review.

One Embarcadero Center • Suite 800 • San Francisco, CA 94111 • 415.956.1900 • www.BZBM.com



# BARTKO
# ZANKEL
# BUNZEL

BARTKO · ZANKEL · BUNZEL · MILLER

## Kerry L. Duffy



## Contact

| | |
|---|---|
| Main: | 415.956.1900 |
| Direct: | 415.956.1900 |
| Fax: | 415.956.1152 |
| Email: | kduffy@bzbm.com |

## Education

University of California,
Hastings College of the Law, J.D., 2004
(Moot Court Awards: Honorable Mention,
Best Advocacy Brief, Best Oral Argument)

Miami University B.A. Cum Laude
(Psychology; Organizational Behavior and
History), 1999

## Professional Affiliations

American Bar Association

Association of Business Trial Lawyers (ABTL),
Northern California Chapter

Queen's Bench Bar Association

Board Member, SFPM Educational Enrichment
Foundation, Fall 2015 to 2019

## Bar Admissions

State Bar of California, 2004

United States District Courts for all of
California, 2005

## Publications

Author, "California Responses to Supercenter
Development: A Survey of Ordinances, Cases
and Elections," Public Law Research Institute
Reports, Spring 2004

## Practice Areas

Labor & Employment

Business Litigation

Intellectual Property Litigation

Privacy and Security Breach Litigation

Proposition 65 Matters

Antitrust Litigation

## Experience

Kerry Duffy is a Principal of the firm. Ms. Duffy has been involved in multiple high value commercial litigation cases. She has successfully represented clients in a range of matters, including employment disputes, antitrust claims, privacy claims, data breaches, bankruptcy, breach of contract, and Proposition 65 claims. She also has significant experience in e-discovery counseling and data management.

Prior to joining the firm, Ms. Duffy practiced in Oakland, California, specializing in bankruptcy litigation. She was a judicial extern to the Honorable Randall J. Newsome (Ret.), Chief Judge of the United States Bankruptcy Court, Northern District of California. While in law school, Ms. Duffy was an extern in the Office of the United States Trustee of the U.S. Department of Justice, San Francisco Division.

## Representative Cases

Ms. Duffy helped obtain a defense verdict in a civil antitrust monopolization trial where the plaintiffs asked the jury for $34 million.

Ms. Duffy successfully resolved a FDIC investigation concerning a failed bank.

A major healthcare organization provider was represented by Ms. Duffy in a vendor breach of contract case.

Ms. Duffy was a member of the firm's trial team in a trademark case over the use of a business name in which the firm twice defeated Wells Fargo's motions for a preliminary injunction. *Wells Fargo v. ABD*, 2014 WL 4312021.

One Embarcadero Center • Suite 800 • San Francisco, CA 94111 • 415.956.1900 • www.BZBM.com



# BARTKO
# ZANKEL
# BUNZEL



BARTKO · ZANKEL · BUNZEL · MILLER

## Marisa C. Livesay



## Contact

Main:      415.956.1900
Direct:    415.291.4520
Fax:       415.956.1152
Email:     mlivesay@bzbm.com
LinkedIn:  Marisa Livesay

## Practice Areas

Antitrust Litigation

Business Litigation

Class Action Litigation

Labor & Employment

## Education

University of California, Los Angeles School of Law, J.D., 2002 (Corporate Law Specialization)

University of Arizona, B.A. (History and Spanish), 1999

## Bar Admissions

State Bar of California

U.S. District Court for the Northern, Southern, Eastern, and Central Districts of California

United States Court of Appeals for the Ninth Circuit

## Experience

Marisa Livesay is Senior Counsel to the firm and a member of the firm's Business Litigation Group. She focuses on antitrust and unfair competition issues.

Prior to joining the firm, Marisa developed extensive experience litigating a wide range of complex class actions at both the state and federal court level. She successfully litigated matters involving antitrust, wage and hour, unfair and deceptive practices, and unlawful taxation claims. She has also represented institutional investors, including public and labor pension funds, who suffered losses due to corporate fraud in securities and derivative litigation. Marisa has expertise in all stages of litigation, including drafting pleadings and dispositive motions, overseeing all aspects of complex discovery, as well as handling trial preparation and mediations.

# Karl W. Lohwater

Karl is an ERISA and tax attorney with broad and diverse experience in all aspects of employee benefits and executive compensation. He received his J.D. from Columbia University Law School, where he was a Harlan Fiske Stone Scholar; his LLM (Taxation) from New York University Law School, and his B.A. from The College of Wooster, where he was a mathematics major. Karl also has a post-baccalaureate certificate in accounting from the University of Virginia.

For 25 years, Karl was the General Counsel of two of the world's largest actuarial and human resources consulting firms, Towers Perrin (now Willis Towers Watson) and Buck Consultants (now Buck Global). Before that, he was a tax and employee benefits associate at Pepper Hamilton (now Troutman Pepper) in Philadelphia and Employee Benefits Counsel at Bell Atlantic (a predecessor of Verizon). Karl's experience includes –

- Managing the contracting, technical legal support, and regulatory compliance functions for domestic and non-U.S. firms engaged in benefits administration and outsourcing for defined contribution, defined benefit, health and welfare plans, and equity and deferred compensation plans;
- Consulting with clients on retirement plan governance and ERISA fiduciary responsibility, domestic and non-U.S. equity programs, executive and non-qualified deferred compensation, I.R.C. § 409A, and cross-border compensation and benefits tax matters (including three years as a full-time consultant at Buck Consultants);
- Establishing and managing broker-dealers, investment advisers, and other regulated entities supporting employee benefit consulting, administration and outsourcing, and trust operations, and servicing as the Financial and Operations Principal and Chief Compliance Officer of various of these entities; and
- Co-authoring the first two editions of Communicating Total Rewards, one of the How-To Series for the HR Professional published by WorldatWork

Karl has also served as the Chief Operating Officer and Chief Compliance Officer of U.S. and Canadian hedge funds and U.S. commodity trading advisers and commodity pool operators. He is currently the Chief Compliance Officer of a Toronto-based convertible private debt hedge fund and the Financial & Operations Principal of two FINRA-member broker-dealer and holds Series 3, 7, 24, 27, 30, 53, 63, and 65 licenses.

Karl is a Director of Advanced Conservation Strategies, a not-for-profit organization focused on island conservation that was selected as one of 20 finalists in the marketplace on Innovative Financial Solutions for Development Competition sponsored by the Gates Foundation, World Bank, and Agence Française de Développement (AFD).

Karl is also an FAA-certified Airline Transport Pilot, a commercial blimp pilot, and a Gold Seal Flight Instructor who holds all seven flight instructor ratings issued by the FAA.



# BARTKO
# ZANKEL
# BUNZEL
BARTKO · ZANKEL · BUNZEL · MILLER

## Elizabeth T. Ferguson



## Contact
Main:    415.956.1900
Direct:  415.291.4526
Fax:     415.956.1152
Email:   eferguson@bzbm.com

## Practice Areas
Labor & Employment

Business Litigation

Intellectual Property Litigation

Antitrust

IP & Brand Protection | Supply Chain Security

White Collar Investigations

## Education
University of California, Hastings College of the Law, J.D., *cum laude*, 2017

University of California, Santa Cruz, B.A. (Legal Studies), 2008

## Professional Affiliations
Alameda County Bar Association

## Bar Admissions
State Bar of California

U.S. District Courts for the Northern and Central Districts of California

## Experience
Elizabeth (Lisa) Ferguson is an associate in the firm's Labor & Employment Group and Business Litigation Group.  Lisa represents clients in a variety of matters, including commercial litigation, intellectual property, antitrust, and white collar investigations.

Prior to joining the firm, Lisa represented insurers in complex coverage disputes at both the state and federal court level.  As coverage counsel, Lisa handled a wide range of cases, including construction defect, product liability, habitability, property, and wrongful incarceration.  Lisa achieved favorable settlements on behalf of her clients in contentious coverage matters.

In law school, Lisa was a member of the *Hastings Law Journal* and received Witkin and CALI Awards in Remedies and the CALI Award in Bankruptcy.  Lisa spent her summers volunteering at Public Defender's Offices in the Bay Area to assist indigent clients facing misdemeanor and felony charges.

One Embarcadero Center • Suite 800 • San Francisco, CA 94111 • 415.956.1900 • www.BZBM.com



# BARTKO ZANKEL BUNZEL

BARTKO · ZANKEL · BUNZEL · MILLER



## Ronnie Shou



## Contact

| | |
|---|---|
| Main: | 415.956.1900 |
| Direct: | 415.291.4550 |
| Fax: | 415.956.1152 |
| Email: | rshou@bzbm.com |
| LinkedIn: | Ronnie Shou |

## Practice Areas

Class Actions

Labor & Employment

## Education

University of California, Hastings College of the Law, J.D., 2016

University of California, San Diego, B.A. (Political Science), 2011

## Bar Admissions

State Bar of California

U.S. District Court for the Northern, Southern, Eastern, and Central Districts of California

United States Court of Appeals for the Ninth Circuit

## Experience

Ronnie Shou defends employers in single-Plaintiff litigation before state and federal courts and administrative agencies. She also represents employers in complex wage and hour class and representative actions. She is experienced in litigating and mediating under the California Labor Code, Fair Employment and Housing Act, Americans with Disabilities Act, and Title VII.

Ronnie also advises employers on all aspects of California employment law, including drafting and revising handbooks, employment policies, employment contracts, arbitration agreements, severance agreements, all forms of alleged discrimination, wrongful termination, wage and hour, and unfair labor practices.

In law school, Ronnie externed for the Honorable A. James Robertson, III of the San Francisco Superior Court and served as a law clerk with the San Francisco City Attorney's Office Code Enforcement Team and The Equal Employment Opportunity Commission.

Ronnie is fluent in Mandarin Chinese and currently serves as an alumni coach for the UC Hastings Moot Court Team.

One Embarcadero Center • Suite 800 • San Francisco, CA 94111 • 415.956.1900 • www.BZBM.com



BARTKO · ZANKEL · BUNZEL · MILLER



## Kritika Thukral

## Contact

Main:      415.956.1900
Direct:    415.291.4582
Fax:       415.956.1152
Email:     kthukral@bzbm.com
LinkedIn:  Kritika Thukral

## Practice Areas

Class Actions

Collective Bargaining

Employment Advice and Counseling

Labor & Employment (Single Plaintiff and Class Actions)

Trade Secrets

## Education

University of California, Davis, School of Law, J.D., 2018

University of California, Berkeley, B.A. (Political Science), 2012

## Bar Admissions

State Bar of California

## Experience

Kritika Thukral is an Associate at the firm and a member of the Labor and Employment team. She represents employers in various types of employment litigation, including wage and hour class actions; Private Attorney General Act (PAGA) actions; and discrimination, wrongful termination, retaliation, and harassment lawsuits. Kritika has experience defending employers in both state and federal courts, as well as in arbitrations and administrative hearings.

Kritika also advises employers and human resource professionals on a broad range of labor and employment matters, including employer policies and procedures, leave laws, exempt employee misclassification, and laws related to independent contractor misclassification. She also has experience in drafting, revising, and updating employee handbooks.

Kritika's practice also includes negotiating collective bargaining agreements with unions, defending businesses against grievances, and helping companies prepare for potential strikes.

Kritika obtained her undergraduate degree from the University of California, Berkeley, and her law degree from University of California, Davis School of Law (King Hall). While in law school, Ms. Thukral served as Editor-in-Chief of Journal of Juvenile Law & Policy, and as Articles Editor of the Business Law Journal. She was a Certified Law Student with the Civil Rights Clinic at King Hall and co-authored a Ninth Circuit Court of Appeals brief in this role. Kritika also served as Board Member of King Hall's Employment Association and Student Member of the Milton L. Schwartz/David F. Levi American Inn of Court.

One Embarcadero Center • Suite 800 • San Francisco, CA 94111 • 415.956.1900 • www.BZBM.com

**Gloria Cheng**
**Paralegal**

Education: B.A. in Diplomacy and World Affairs with Political Analysis emphasis, Occidental College 1994. J.D. from Ohio State University, Moritz School of Law 1998; Employed by Bartko, Zankel Bunzel and Miller since 2021.  Working as a paralegal since 1999 with over 20 years' experience in Litigation and Dispute Resolution.

**Chet Chou**
**Paralegal**

Education: B.A. Sociology, Emory University, 1997; B.A. Computer Information Systems, Georgia State University, 2001; Certified Paralegal, San Francisco State University, 2006; Employed by Bartko, Zankel Bunzel & Miller since 2020. Working as a legal secretary and paralegal since 2005 with 17 years of experience in Litigation, and 6 years of experience in Labor and Employment.

**John Si**
**Data Analyst**

Verity Health System, managed and oversaw the organization's Human Capital Management Analytics; Analyst, working on Human Resources Information Systems (HRIS); Employed by Bartko, Zankel Bunzel & Miller since 2021.

**Patrick Ycaro**
**Data Analyst**

Education: B.A. in Economics, CSU Long Beach; 9 years of experience in HR/Timekeeping and 7 years of experience in Data Analytics. Employed by Bartko, Zankel Bunzel & Miller since 2021.