AN NGUYEN RUDA (SBN 215453)
    aruda@bzbm.com
KERRY L. DUFFY (SBN 233160)
    kduffy@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

*Special Labor and Employment Counsel
to Debtors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**DECLARATION OF AN RUDA IN SUPPORT OF FIRST INTERIM APPLICATION OF BARTKO ZANKEL BUNZEL & MILLER AS SPECIAL LABOR AND EMPLOYMENT COUNSEL TO THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 6, 2021 THROUGH MARCH 31, 2022**<br><br>Judge: Hon. M. Elaine Hammond<br><br>Date:  June 13, 2022<br>Time:  1:00 p.m.<br>Place: United States Bankruptcy Court<br>        280 South First Street<br>        Courtroom 11<br>        San Jose, CA 95113-3099] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

I, An Nguyen Ruda, declare and state as follows:

The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

1. I am a principal in the law firm of Bartko Zankel Bunzel & Miller ("Bartko"). I submit this declaration in support of the *First Interim Application of Bartko Zankel Bunzel & Miller as Counsel to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 6, 2021 through March 31, 2022* (the "Application").

2. I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

3. I have reviewed the time and billing records submitted in support of the Application. I believe that the legal services described therein were actually performed and that such services were reasonably necessary to represent the Debtors and were in the best interests of the Debtors' estate. I have also reviewed the billing records and believe that all expenses advanced on behalf of the Debtors were necessarily incurred and are properly charged as administrative expenses of the estate. Expenses for transportation, airfare, hotel were primarily incurred in connection with attending union negotiations and/or working meetings with the client. Federal Express mail was used for filings and/or other necessary deliveries that were not adequate via regular postage. The bill for expert services was a necessary and indispensable expense in connection with settling a pending California/OSHA matter on behalf of the Debtors.

4. The amounts requested in the Application for fees and costs are based on the records kept in the ordinary course of BZBM's business with time entries made at or about the time of the transactions noted in the records by persons responsible for maintaining the records. Bartko believes that the rates for expenses are the market rates that the majority of law firms charge clients for such services.

5. Bartko has not been paid or promised any compensation from any source for services rendered in connection with this case, other than the Debtor's funds and the retainer paid to it by the Debtor pre-petition.

6. Bartko has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

7. Bartko believes that the compensation and expense reimbursement sought herein is in conformity with the *United States Bankruptcy Court Northern District of California Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees*, with the exception that - as special labor and employment counsel - compensation and expense reimbursements have been categorized in accordance with Bartko's standard billing methods in which monthly billings are tracked by client matter rather than by category.

8. As made clear in the Application, the compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by Bartko and generally accepted by the Firm's clients.

9. I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2022 at Fort Collins, Colorado.

                                                              */s/ An Nguyen Ruda*
                                                                AN NGUYEN RUDA