MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
JASON BLUMBERG (SBN 330150)
Trial Attorney
ELVINA ROFAEL (SBN 333919)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email: Jason.Blumberg@usdoj.gov
Email: Elvina.Rofael@usdoj.gov

Attorneys for Acting United States Trustee
Tiffany Carroll[1]

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| In re: | No. 21-51477 MEH |
|---|---|
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 |
| | Date: June 13, 2022 |
| | Time: 1:00 p.m. |
| Debtors.[2] | Judge: Honorable M. Elaine Hammond |
| | Courtroom 11, 280 South First St. |
| | San Jose, CA 95113-3099 |

**UNITED STATES TRUSTEE'S OMNIBUS RESERVATION OF**
**RIGHTS WITH RESPECT TO FIRST INTERIM FEE APPLICATIONS**

Tiffany Carroll, the Acting United States Trustee for Region 15 (the "United States Trustee"), by and through her undersigned counsel, hereby files this omnibus reservation of rights with respect to the *First Interim Fee Applications* filed in the above-captioned cases [ECF Nos. 478; 486-495; 514-518] (the "Applications").

---

[1] Tiffany Carroll, the Acting United States Trustee for Region 15, is acting in this appointment for Tracy Hope Davis, the United States Trustee for Region 17, who has recused herself.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

In support of her reservation of rights, the United States Trustee respectfully represents as follows:

1. The fee applicants bear the burden of proof to show entitlement to the requested fees under 11 U.S.C. § 330. *See In re Eliapo*, 298 B.R. 392, 402 (B.A.P. 9th Cir. 2003), *rev'd in part on other grounds*, 468 F.3d 592 (9th Cir. 2006); *In re Ginji Corp.*, 117 B.R. 983, 990 (Bankr. D. Nev. 1990) ("The applicant … has the burden of proof to show the reasonableness of the fees sought").

2. The United States Trustee has provided comments and engaged in discussions with all professionals to resolve informal objections to the first interim fee applications prior to the hearing.

3. Although the United States Trustee does not object to the requested interim fees at this time, the United States Trustee reserves the right to object to any and all fees on any and all grounds in connection with interim and final fee applications. *See In re Strand*, 375 F.3d 854, 858 (9th Cir. 2004) (interim fee awards are always subject to reexamination during the course of the case).

Dated: June 3, 2022

TIFFANY CARROLL
ACTING UNITED STATES TRUSTEE OF REGION 15

/s/ *Elvina Rofael*
Elvina Rofael
Attorney for the United States Trustee