MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
JASON BLUMBERG (SBN 330150)
Trial Attorney
ELVINA ROFAEL (SBN 333919)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First St., Suite 268
San Jose, CA 95113
Telephone: (916) 930-2100
Facsimile: (916) 930-2099
Email: Jason.Blumberg@usdoj.gov
Email: Elvina.Rofael@usdoj.gov

Attorneys for Acting United States Trustee
Tiffany Carroll[1]

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[2] | No. 21-51477 MEH<br><br>Chapter 11<br><br>Date: June 13, 2022<br>Time: 1:00 p.m.<br>Judge: Honorable M. Elaine Hammond<br>Courtroom 11, 280 South First St.<br>San Jose, CA 95113-3099 |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE UNITED STATES TRUSTEE TO APPROVAL OF JOINT MOTION FOR ORDER APPROVING (A) PROCEDURES FOR FILING OMNIBUS OBJECTIONS TO CLAIMS AND (B) THE FORM AND MANNER OF NOTICE OF OMNIBUS OBJECTIONS**

Tiffany Carroll, the Acting United States Trustee for Region 15 (the "United States Trustee"), by and through her undersigned counsel, hereby files this limited objection (the

---

[1] Tiffany Carroll, the Acting United States Trustee for Region 15, is acting in this appointment for Tracy Hope Davis, the United States Trustee for Region 17, who has recused herself.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

"Objection") and reservation of rights with respect to the joint motion for an order approving (a) procedures for filing omnibus objections to claims and (b) the form and manner of notice of omnibus objections (ECF No. 483) (the "Motion") filed by the Debtors and the Official Committee of Unsecured Creditors (the "Committee" and together with the Debtors, the "Movants"). In support of her Objection, the United States Trustee respectfully represents as follows:

## I. INTRODUCTION

1. As set forth further below, the United States Trustee objects to approval of the Motion unless the form of notice is modified to provide individualized notice to affected creditors on the notice itself.

## II. STATEMENT OF FACTS

2. On December 5, 2021, the Debtors commenced voluntary cases under Chapter 11 of the United States Bankruptcy Code. *See* ECF No. 1. The Debtors are currently debtors-in-possession under sections 1107 and 1108 of the Bankruptcy Code.

3. On December 6, 2021, the Court entered an Order directing the joint administration of these cases for procedural purposes only. *See* ECF No. 24.

4. On December 22, 2021, the UST appointed the Committee. *See* ECF No. 97.

5. The Motion requests authority to file omnibus objections on the grounds set forth in Bankruptcy Rule 3007(d) and on several additional grounds. *See* ECF No. 483, at p. 5 of 9. Further, Movants propose a form of notice that will be provided to affected creditors (the "Omnibus Claim Objection Notice"). *See* ECF No. 483-1, at pp. 8, 13 of 16. The Omnibus Claim Objection Notice does not provide individualized notice that identifies the affected creditor and its claim on the notice itself (except in the case of patients). *Id*.

2
Case: 21-51477    Doc# 529    Filed: 06/03/22    Entered: 06/03/22 10:56:30    Page 2 of 4

### III.   OBJECTION

6. As a general rule, a claim objection may address no more than one claim. *See* Fed. R. Bankr. P. 3007(c). This general rule may be varied by court order and is subject to Rule 3007(d), which allows some "omnibus claim objections" but places certain limitations on the use of omnibus objections. *See* Fed. R. Bankr. P. 3007(d). The Committee Note to Rule 3007 notes "[s]uch filings present significant opportunity for efficient administration of large cases, but the rule includes restrictions on the use of these omnibus objections to ensure the protection of the due process rights of the claimants." *See* Committee Note to Fed. R. Bankr. P. 3007.

7. Here, the Movants seek authority to file omnibus objections on the grounds set forth in Bankruptcy Rule 3007(d) and on several additional grounds. *See* ECF No. 483, at p. 5 of 9.

8. While the United States Trustee does not oppose the relief requested in principle, in order to ensure creditors receive fair notice, individualized notice should be provided to each affected creditor. *Cf. In re Protea Biosciences, Inc.*, 2018 WL 5734464, at *5 (Bankr. N.D.W. Va. Oct. 30, 2018) ("[T]he court should consider whether the claimants will receive 'fair notice of any objection'" when determining whether to allow an objection to more than one claim in a single document."); 9 *Collier on Bankruptcy* P 3007.03 (16th 2022) ("A court considering a motion to join objections to multiple claims will be concerned with ensuring that the claimants receive fair notice of any objection.").

9. An individualized form of notice is consistent with the approved forms of notice in *In re Professional Financial Investors, Inc.*, Case No. 20-30604 (Bankr. N.D. Cal. San Francisco Division) (ECF Nos. 958, at p. 17 of 19 and 1032) and *In re PG&E Corp.*, Case No. 19-30088 (Bankr. N.D. Cal. San Francisco Division) (ECF No. 8228-1, at p. 3 of 4). The Movants cited both cases in their Motion. *See* Motion, at pp. 6-7 of 9.

## IV. CONCLUSION

10. Based on the foregoing, the United States Trustee respectfully requests that the Court (i) sustain the Objection and (ii) disapprove the Motion, unless modified to address the concerns set forth in this Objection. The UST reserves all her rights.

Dated: June 3, 2022

TIFFANY CARROLL
ACTING UNITED STATES TRUSTEE OF REGION 15

/s/ *Elvina Rofael*
Elvina Rofael
Attorney for the United States Trustee