AN NGUYEN RUDA (SBN 215453)
  aruda@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

*Special Labor and Employment Counsel
to Debtors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**FIFTH MONTHLY FEE STATEMENT OF BARTKO ZANKEL BUNZEL & MILLER, AS SPECIAL LABOR AND EMPLOYMENT COUNSEL FOR THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2022 – APRIL 30, 2022**<br><br>Judge: Hon. M. Elaine Hammond<br><br>**Objection Deadline:**    **June 21, 2022**<br>                               **4:00 p.m. (Pacific Time)**<br><br>[No Hearing Requested] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

2732.009/1743349.1                                                                                                      Case No. 21-51477

| Name of Applicant: | Bartko Zankel Bunzel and Miller |
|---|---|
| Authorized to Provide Professional Services to: | Special Labor and Employment Counsel |
| Date of Retention: | December 5, 2021 by Order entered January 6, 2022 [Dkt No. 168] |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2022 – April 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $16,506.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $29.37 |

On December 17, 2021, Watsonville Hospital Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed the *Debtors' Application for the Entry of an Order Authorizing the Retention of Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel for the Debtors Effective as of the Petition Date* [Docket No. 84] (the "Retention Application"). The Retention Application was granted on January 6, 2022 by this Court's *Order Authorizing the Retention of Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel for the Debtors Effective as of the Petition Date* [Docket No. 168] (the "Retention Order"). Bartko Zankel Bunzel & Miller ("Bartko" or "Applicant"), as special labor and employment counsel to the Debtors, hereby submits its fifth monthly fee statement (the "Monthly Fee Statement") for allowance and payment of compensation for the period of April 1, 2022 through and including April 30, 2022 (the "Fee Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order")[2].

By this Monthly Fee Statement, Bartko seeks (i) a monthly interim allowance of compensation in the amount of $16,506.00 and actual and necessary expenses in the amount of $29.37 for a total allowance of $16,535.37 and (ii) payment of $13,204.80 (80% of the allowed

---
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

fees pursuant to the Compensation Procedures Order) and reimbursement of $29.37 (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $13,234.17 for the Fee Period.

Attached as **Exhibit 1** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Monthly Fee Statement and the hourly rate and total fees for each professional from April 1, 2022 through and including April 30, 2022.

Attached as **Exhibit 2** is a summary of hours and fees by category during the Fee Period from April 1, 2022 through and including April 30, 2022.

Attached as **Exhibit 3** is a summary of expenses included in this Monthly Fee Statement from April 1, 2022 through and including April 30, 2022.

Attached as **Exhibit 4** are the detailed time entries, by category, from April 1, 2022 through and including April 30, 2022.

In accordance with the Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on the affected Retained Professional and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Bartko an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

**WHEREFORE**, Bartko respectfully requests that the Court authorize payment of the fees and expenses requested herein by Bartko and in accordance with the Compensation Procedures Order.

| | | |
|---|---|---|
| DATED: June 3, 2022 | | BARTKO ZANKEL BUNZEL & MILLER<br>A Professional Law Corporation |
| | | By: _____<br>Kerry L. Duffy<br>*Special Labor and Employment Counsel to Debtors* |

# EXHIBIT 1

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2022 – APRIL 30, 2022

| NAME OF PROFESSIONAL INDIVIDUAL | POSITION OF THE APPLICANT, YEAR OF OBTAINING LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Ruda, An | Partner, 2001 | $595 | 16.00 | $9,520.00 |
| Duffy, Kerry | Partner, 2004 | $395 | 3.40 | $1,343.00 |
| Shou, Ronnie | Associate, 2016 | $395 | 5.80 | $2,291.00 |
| Ferguson, Elizabeth | Associate, 2017 | $395 | .10 | $39.50 |
| Lohlwater, Karl | Contract Attorney, 1979 | $395 | 2.30 | $908.50 |
| Si, John | Data Analyst, n/a | $395 | 1.70 | $671.50 |
| Chou, Chet | Paralegal, n/a | $225 | 7.70 | $1,732.50 |
| **TOTALS** | | | **37.00** | **$16,506.00** |

**EXHIBIT 2**

**COMPENSATION BY CATEGORY**
**APRIL 1, 2022 – APRIL 30, 2022**

| CATEGORY | HOURS BILLED THIS PERIOD | FEES | EXPENSES | TOTAL COMPENSATION FOR APPLICATION |
|---|---|---|---|---|
| Watsonville Hospital Holdings, Inc. – General Labor | 28.80 | $14,083.00 | $29.37 | $14,112.37 |
| Watsonville Hospital Holdings, Inc. – Fee Application | 8.20 | $2,423.00 | $0 | $2,423.00 |
| **TOTAL** | **37** | **$16,506.00** | **$29.37** | **$16,535.37** |

# EXHIBIT 3

**EXPENSES BY CATEGORY**
**APRIL 1, 2022 – APRIL 30, 2022**

| COSTS/EXPENSE | AMOUNT BILLED |
|---|---|
| Federal Express Charges | $29.37 |
| **TOTAL** | $29.37 |

# EXHIBIT 4

**TIME DETAIL ENTRIES**
**APRIL 1, 2022 – APRIL 30, 2022**

# EXHIBIT 1

*In Account With*

# BARTKO ZANKEL BUNZEL

BARTKO ZANKEL BUNZEL & MILLER
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

May 5, 2022

| | |
|---|---|
| Watsonville Hospital Holdings, Inc. | Invoice #: 134501 |
| Accounts Payable | Client #: 2732 |
| 75 Nielson Street | Matter #: 001 |
| Watsonville, CA  95076 | Billing Attorney: ANR |

_____

For professional services rendered and disbursements advanced through April 30, 2022:

**RE:  Watsonville Community Hospital  - General Labor**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/01/22 | ANR | Prepare email to client re grievance settlement. | .20 | 119.00 |
| 4/01/22 | ANR | Review of email from R. Dickerson re grievance settlement. | .10 | 59.50 |
| 4/01/22 | ANR | Review of email from S. Sayler re grievance settlement. | .10 | 59.50 |
| 4/01/22 | ANR | Review of email from R. Dickerson re side letter. | .10 | 59.50 |
| 4/01/22 | ANR | Reply to email from R. Dickerson re side letter. | .10 | 59.50 |
| 4/01/22 | ANR | Review employee report. | .50 | 297.50 |
| 4/01/22 | JS | Review multiple emails from client re ADP login issues. | .40 | 158.00 |
| 4/03/22 | RXS | Prepare 10-page memorandum regarding proper exempt/non-exempt classification for Payroll Coordinator, Payroll Manager, Staff Accountant, and Senior Accountant. | 4.80 | 1,896.00 |
| 4/04/22 | ANR | Conference call with Force 10 and management team re employee matter investigation. | .80 | 476.00 |
| 4/04/22 | ANR | Review request for information from the Union. | .30 | 178.50 |
| 4/04/22 | ANR | Email from R. Dickerson re request for information from the Union. | .10 | 59.50 |
| 4/04/22 | ANR | Reply to email from R. Dickerson re request for information from the Union. | .10 | 59.50 |
| 4/04/22 | ANR | Review of grievance re employee warning. | .10 | 59.50 |
| 4/04/22 | ANR | Email to union re grievance. | .10 | 59.50 |
| 4/04/22 | ANR | Review of reply from union re grievance. | .10 | 59.50 |
| 4/04/22 | ANR | Review of memorandum re employee grievance. | .40 | 238.00 |
| 4/04/22 | ANR | Revise to employee disciplinary notice. | .20 | 119.00 |
| 4/05/22 | ANR | Review request for information from the Union. | .20 | 119.00 |
| 4/05/22 | ANR | Review of OSHA matter status. | .10 | 59.50 |
| 4/05/22 | ANR | Email to union re side letter. | .10 | 59.50 |

Client #: 2732  
Matter #: 001  

May 5, 2022  
Invoice #: 134501

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/05/22 | ANR | Review of email from union re grievance. | .10 | 59.50 |
| 4/06/22 | ANR | Email to M. Vranjes re side letter. | .10 | 59.50 |
| 4/06/22 | ANR | Analysis of OSHA matter and next steps. | .30 | 178.50 |
| 4/07/22 | ANR | Attend union meeting. | .30 | 178.50 |
| 4/07/22 | ANR | Follow-up on action items for OSHA matter. | .30 | 178.50 |
| 4/12/22 | ANR | Review of employee analysis re exemption status. | 1.10 | 654.50 |
| 4/12/22 | ANR | Emails with R. Dickerson re employee matter exemption status . | .20 | 119.00 |
| 4/12/22 | ANR | Review of email from M. Vranjes re employee matter exemption status. | .10 | 59.50 |
| 4/12/22 | RXS | Review job description for Accounts Payable Supervisor. | .50 | 197.50 |
| 4/12/22 | RXS | Revise memorandum analyzing classification of payroll positions as exempt to include analysis for Accounts Payable Supervisor. | .50 | 197.50 |
| 4/13/22 | ANR | Attend meeting with labor union. | .90 | 535.50 |
| 4/13/22 | ANR | Review of email from union re grievance. | .10 | 59.50 |
| 4/13/22 | ANR | Review of email from union re staffing. | .10 | 59.50 |
| 4/13/22 | CC | Attend meeting with Management and HUCS to discuss floating of HUCS. | 1.00 | 225.00 |
| 4/13/22 | CC | Finalize notes re same. | .30 | 67.50 |
| 4/14/22 | ANR | Review of email from SEIU re grievance. | .20 | 119.00 |
| 4/15/22 | ANR | Prepare for union meeting. | .50 | 297.50 |
| 4/15/22 | ANR | Meet with union re grievance. | 1.00 | 595.00 |
| 4/15/22 | ANR | Telephone call with R. Dickerson re employee matter exemption status. | .40 | 238.00 |
| 4/15/22 | CC | Attend meeting with CNA re CCU 12 hour shift grievance. | 1.00 | 225.00 |
| 4/18/22 | ANR | Conference call with Force 10 re employee matter resignation. | .80 | 476.00 |
| 4/18/22 | ANR | Review of email from SEIU. | .10 | 59.50 |
| 4/18/22 | ANR | Review of email from S. Sharma re employee matter resignation. | .10 | 59.50 |
| 4/19/22 | ETF | Follow-up on analysis re potential further postponement of WARN notices. | .10 | 39.50 |
| 4/19/22 | ANR | Review of email from S. Golden re employee matter service agreement. | .10 | 59.50 |
| 4/19/22 | ANR | Review of email from R. Albarano re employee matter resignation. | .10 | 59.50 |
| 4/19/22 | ANR | Review of email from R. Farris re CNA grievance. | .10 | 59.50 |
| 4/19/22 | JS | Run master control reports for the payroll audits. | .40 | 158.00 |
| 4/19/22 | JS | Meet with G. Blanchard-Saiger re payroll audit. | .60 | 237.00 |
| 4/20/22 | ANR | Telephone call with S. Golden and H. Kavane re transition services and agreement. | .50 | 297.50 |
| 4/20/22 | ANR | Telephone call with Force10 re employee matter resignation. | .40 | 238.00 |
| 4/20/22 | JS | Review email from management re payroll audit. | .30 | 118.50 |
| 4/20/22 | KWL | Review e-mails regarding annual funding notice for cash balance pension plan. | .50 | 197.50 |
| 4/21/22 | ANR | Conference call with Force10 re employee transfer. | .50 | 297.50 |
| 4/21/22 | ANR | Review of employee pay review status. | .30 | 178.50 |
| 4/21/22 | ANR | Review of email from R. Albarano re union dues. | .10 | 59.50 |

| | |
|---|---|
| Client #: 2732 | May 5, 2022 |
| Matter #: 001 | Invoice #: 134501 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 4/21/22 | ANR | Email to various unions re dues. | .20 | 119.00 |
| 4/21/22 | ANR | Review of email from SEIU union in connection with grievance. | .10 | 59.50 |
| 4/21/22 | ANR | Review of email from S. Sharma re pay employee review. | .10 | 59.50 |
| 4/21/22 | KWL | Analyze regulations regarding annual funding notice. | 1.60 | 632.00 |
| 4/21/22 | KWL | Review e-mail regarding funding notice requirements during bankruptcy. | .20 | 79.00 |
| 4/22/22 | ANR | Meet with Force10 and legal professionals re transaction and transition services. | .80 | 476.00 |
| 4/22/22 | CC | Finalize 4/15/22 effects bargaining notes with CNA. | .60 | 135.00 |
| 4/25/22 | ANR | Meet with Hospital management re 12 hour shifts and CCU. | .70 | 416.50 |
| 4/25/22 | ANR | Emails with R. Dickerson re resolution of human resources matters. | .20 | 119.00 |
| 4/25/22 | ANR | Review of email from J. White re employee payroll matter. | .10 | 59.50 |
| 4/25/22 | ANR | Review of benefits accruals pursuant to the contract bargaining agreement. | .40 | 238.00 |
| 4/25/22 | ANR | Review of email from S. Stout re Hospital policy for call time. | .10 | 59.50 |
| 4/25/22 | ANR | Reply to email from SEIU re grievance. | .10 | 59.50 |
| 4/26/22 | ANR | Review of email from S. Stout re Hospital policy on call. | .10 | 59.50 |
| 4/28/22 | ANR | Review of email from S. Golden re plan documents. | .10 | 59.50 |
| 4/28/22 | ANR | Review of union information request. | .20 | 119.00 |
| 4/28/22 | ANR | Review of email from R. Dickerson re employee matter. | .10 | 59.50 |
| 4/28/22 | ANR | Review additional email from R. Dickerson re employee matter. | .10 | 59.50 |
| 4/28/22 | ANR | Rely to email from R. Dickerson re employee matter. | .10 | 59.50 |

**TOTAL PROFESSIONAL SERVICES RENDERED**    **$ 14,083.00**

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|---|---|---|---|---|---|
| Chou, Chet | 225.00 | 2.90 | 652.50 | .00 | .00 |
| Ferguson, Elizabeth T. | 395.00 | .10 | 39.50 | .00 | .00 |
| Si, John | 395.00 | 1.70 | 671.50 | .00 | .00 |
| Shou, Ronnie | 395.00 | 5.80 | 2,291.00 | .00 | .00 |
| Lohwater, Karl W. | 395.00 | 2.30 | 908.50 | .00 | .00 |
| Ruda, An Nguyen | 595.00 | 16.00 | 9,520.00 | .00 | .00 |
| **TOTALS** | | **28.80** | **$ 14,083.00** | **.00** | **$ .00** |

**DISBURSEMENTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| | ACC Federal Express Charges | 29.37 |

**TOTAL DISBURSEMENTS ADVANCED**    **$ 29.37**

**TOTAL THIS INVOICE**                                                                            **$ 14,112.37**

*Balance is due within 30 days from the date of this invoice.*
*We reserve the right to charge interest at 10% per annum on amounts not paid within 30 days.*

*In Account With*

# BARTKO ZANKEL BUNZEL
BARTKO ZANKEL BUNZEL & MILLER
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

May 5, 2022

| | |
|---|---|
| Watsonville Hospital Holdings, Inc. | Invoice #: 134504 |
| Accounts Payable | Client #: 2732 |
| 75 Nielson Street | Matter #: 009 |
| Watsonville, CA 95076 | Billing Attorney: ANR |

_____

For professional services rendered and disbursements advanced through April 30, 2022:

**RE:   Fee Application**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 4/15/22 | KLD | Analysis of and work on supporting data for fourth monthly fee application and exhibits. | 1.40 | 553.00 |
| 4/18/22 | KLD | Prepare Statement of Non-Opposition Certificate. | .60 | 237.00 |
| 4/19/22 | CC | Prepare fourth monthly fee application. | 1.30 | 292.50 |
| 4/20/22 | KLD | Revise fourth monthly fee application. | .50 | 197.50 |
| 4/20/22 | CC | Continue to prepare exhibits to the fourth monthly fee application. | .60 | 135.00 |
| 4/22/22 | KLD | Finalize fourth monthly fee application. | .30 | 118.50 |
| 4/25/22 | CC | Prepare First Interim Fee Application. | .80 | 180.00 |
| 4/26/22 | CC | Prepare exhibits to the First Interim Fee Application. | 1.80 | 405.00 |
| 4/28/22 | KLD | Analyze and work on supporting detail for the interim fee application. | .60 | 237.00 |
| 4/28/22 | CC | Continue to prepare First Interim Fee Application. | .30 | 67.50 |

**TOTAL PROFESSIONAL SERVICES RENDERED**                                                                        **$ 2,423.00**

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|---|---|---|---|---|---|
| Chou, Chet | 225.00 | 4.80 | 1,080.00 | .00 | .00 |
| Duffy, Kerry L. | 395.00 | 3.40 | 1,343.00 | .00 | .00 |
| **TOTALS** | | 8.20 | $ 2,423.00 | .00 | $ .00 |

**TOTAL THIS INVOICE**                                                                                                    **$ 2,423.00**