AN NGUYEN RUDA (SBN 215453)
　aruda@bzbm.com
KERRY L. DUFFY (SBN 233160)
　kduffy@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:　(415) 956-1152

*Special Labor and Employment Counsel to Debtors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Lead Case No. 21-51477<br><br>Chapter 11<br><br>**DECLARATION OF KARL LOHWATER IN ACCORDANCE WITH BANKRUPTCY RULES 2014 AND 2016** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

I, Karl Lohwater, hereby state and declare as follows:

1. I am a contract attorney providing services for the Debtors on behalf of the law firm of Bartko Zankel Bunzel & Miller ("Bartko" or the "Firm"), One Embarcadero Center, Suite 800, San Francisco, CA 94111, who have been retained as special labor and employment counsel for Debtors (Docket No. 168). I submit this declaration to provide the disclosures required under Bankruptcy Rules 2014 and 2016. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. I am an ERISA and tax attorney with broad and diverse experience in all aspects of employee benefits and compensation, and have a post-baccalaureate certificate in accounting. I understand that I will be providing services for the Debtors on behalf of Bartko which relate to my areas of expertise, including with respect to the following:

   a) Review tax filings (Forms 5500) filed or to be filed by Debtors;

   b) Advice on options, including termination, for defined benefit pension plan and other benefit plans;

   c) Review of and comments on employee FAQs relating to employee benefits;

   d) Analyze benefit provisions of APA;

   e) Provide advice concerning employee retirement plans.

3. I understand that Bartko will be required to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in the Chapter 11 Cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and orders of this Court. I also recognizes that the U.S. Trustee is charged with reviewing applications for compensation when the U.S. Trustee deems it appropriate and that the U.S. Trustee will utilize the U.S. Trustee Guidelines.

4. I have not agreed to any variations from, or alternatives to my standard or customary billing arrangements for this engagement, nor have I varied my rate based on the geographic location of the bankruptcy case. I understand that the fees for the work I perform for the Debtors will be passed through without mark-up.

5.  My rates are subject to periodic adjustment. Reasonable notice will be provided to the Debtors and the U.S. Trustee of any increases to my hourly rates. There are no arrangements between myself and any other entity for the sharing of compensation received or to be received in connection with this case.

6.  I understand that I am subject to the same conflicts checks as are required for Bartko, and have made the following investigation prior to submitting this declaration. To confirm that I did not have a prior representation that precluded my representation of the Debtors, I conducted a review of potential connections and relationships between myself and the potential parties in interest identified on <u>Schedule 1</u> hereto. My investigation has not revealed any actual or potential conflicts of interest, and I am not aware of any adverse interest or other connection with the Debtors, their creditors, the U.S. Trustee or any party-in interest herein in the matters upon which I have been retained. Upon further and continuing review of the lists of all creditors and interested parties, I will make any further disclosures as may be appropriate.

7.  Given the large number of parties in interest in this bankruptcy case and because the information on <u>Schedule 1</u> may change over time, I may not be able to conclusively identify all relationships or potential relationships with all creditors or other parties in interest. If any additional relationships are discovered, I will promptly file a supplemental declaration. Additionally, I will use reasonable efforts to identify such developments and promptly file a supplemental declaration.

8.  I am not a creditor or an insider of the Debtors. Nor was I an employee of the Debtors within the two (2) years prior to the date of the filing of the chapter 11 petition.

9.  To the best of my knowledge and insofar as I have been able to ascertain, I have no connection with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the Office of the United States Trustee, or any insider of the Debtors. Nor am I related to a justice of this Court or the United States Trustee for Region 17. I do not have an interest materially adverse to the interest of the Debtors, their estates, or any class of creditors, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors or for any other reason.

2732.009/1743937.1         3         Lead Case No. 21-51477

Case: 21-51477    Doc# 533    Filed: 06/03/22    Entered: 06/03/22 16:06:01    Page 3 of 6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 3, 2022                     Respectfully submitted,

/s/ Karl Lohwater
KARL LOHWATER

# SCHEDULE 1

## Search List

**Debtors**
Halsen Healthcare, LLC
Watsonville Healthcare Management, LLC
Watsonville Hospital Corporation
Watsonville Hospital Holdings, Inc.

**Related Parties**
Halsen Holdings, LLC
KSJS Montecito Investments, LLC
RLB Capital, LLC

**Secured Creditors/UCC**
CNH Finance Fund I, L.P.
Dell Financial Services, LLC
Flex Financial
MPT of Watsonville, LLC
MPT of Watsonville Lender, LLC
GE HFS, LLC
NFS Leasing, Inc.
SCG Capital Corp.
Urban Partnership Bank
Western Alliance Equipment Finance, LLC

**Current/Former Directors and Officers**
Bruce Grimshaw
David Gordon
Daniel Brothman
Edmund King
Frank R. Williams
Jeremy Rosenthal
Sean Fowler
Steven Salyer
Sumer Sharma

**Professionals**
Bankruptcy Management Solutions, Inc.
Bartko Zankel Bunzl & Miller, P.C.
Blanco + Hopkins & Associates, LLC
Cowen and Company, LLC
Force Ten Partners LLC
Hooper Lundy & Bookman, P.C.
Pachulski Stang Ziehl & Jones LLP

**Litigation Counterparties**
Peritus Advisors
Vaco LLC
VRC LLC

**Stalking Horse Bidder**
Pajaro Valley Healthcare District Project

**Committee Members**
California Nurses Association
SEIU United Healthcare Workers-West
Health Trust Workforce Solutions, LLC
Firm Revenue Cycle Management Services, Inc.
Heroic Security, LLC
Teamsters 853
Medhost Direct, Inc.

**Major Contract Counterparties**
Alta Hospitals System, LLC
Aretaeus Telemedicine, Inc.
Associated Pathology Medical Group
CEP America – Neurology, P.C.
Elite Anesthesia Medical Group, Inc.
Coastal Health Partners, P.C.
LifeLinc Anesthesia VI, P.C.
Philips Medical Capital, LLC

**Utilities**
AT&T
Charter Communications
City of Watsonville
Constellation New Energy
Pacific Gas & Electric
Stericycle, Inc.
Verizon

| | | |
|---|---|---|
| | **Banks** | **Unions** |
| | Bank of America | California Nurses Association |
| | Farmers & Merchants Bank | California Technical Employees' Coalition |
| | Wells Fargo Bank | General Teamsters Local 912 |
| | | SEIU-UHW |
| | **Insurance and Benefits Parties** | **Largest Unsecured Creditors** |
| | Beazley Insurance Company, Inc. | 3M Health Information System |
| | BETA Healthcare Group | Allied Universal Company |
| | Crum & Forster Specialty Insurance Co. | ASD Healthcare |
| | Delta Dental of California | Cardinal Health |
| | First Insurance Funding | Carefusion Solutions LLC |
| | Hudson Specialty Insurance Co. | Department of Health Care Services (DHCS) |
| | Igoe Administrative Services | Dominican Hospital |
| | Marsh & McLennan Agency, LLC | Emergency Medical Services Authority |
| | Starr Indemnity & Liability Co. | Firm Revenue Cycle Management |
| | Tokio Marine Specialty Insurance Co. | Guidehouse Managed Services Inc. |
| | Travelers Indemnity Co. of Connecticut | Health Trust |
| | | Healthnow Administrative Services |
| | **Judges and UST Personnel** | Heroic Security, LLC |
| | Anna Lee | Intuitive Surgical, Inc |
| | Anna Rosales | Lucile Packard Children Hospital |
| | Honorable M. Elaine Hammond | Medhost |
| | Honorable Stephen L. Johnson | Medical Properties Trust, Inc. |
| | Katina Umpierre | Meritain Health Inc. |
| | Laurent Chen | Pacific Gas & Electric |
| | Marta E. Villacorta | Peritus Advisors |
| | Michael Chow | Pinehurst Hospitalist Medical Group, Inc. |
| | Patricia Vargas | Radiology Medical Group |
| | Raenna J. Rorabeck | Rehab Practice Management |
| | Suhey Ramirez | Rxbenefits |
| | Walker Mondt | Salud Para La Gente |
| | | Santa Cruz County Tax Collector |
| | | Stealth Partner Group, LLC |
| | | Stryker Orthopaedics |
| | | The Permanente Medical Group |
| | | Total Renal Care, Inc |