Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**SUPPLEMENTAL DECLARATION OF DEBRA I. GRASSGREEN IN SUPPORT OF FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 6, 2021 THROUGH MARCH 31, 2022**<br><br>Date: June 13, 2022<br>Time: 1:00 p.m.<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br>Judge: Hon. M. Elaine Hammond |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

I, Debra I. Grassgreen, declare and state as follows:

The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

1. I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"). I submit this declaration (the "Supplemental Declaration") in support of the *First Interim Application of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 6, 2021 through March 31, 2022* [Docket No. 486] (the "Application").

2. I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

3. As a product of discussions with the Office of the United States Trustee ("OUST") regarding certain time entries contained in the Application, PSZJ hereby submits amended descriptions for certain time entries included in the Application (the "Amendments").

4. After the OUST reviewed the Application and provided PSZJ with a spreadsheet of time entries that were subject to informal objection, PSZJ either revised such time entries or provided clarification as to why such time entries were in compliance with applicable fee guidelines. PSZJ's amended time entries for those instances where the OUST raised informal objections to the original description are attached hereto as **Exhibit A**.

5. I have personally reviewed the revised time descriptions attached hereto as **Exhibit A** and believe the contents to be true and correct to the best of my knowledge, information and belief. Additionally, I believe the Supplemental Declaration addresses the concerns expressed by the OUST regarding PSZJ's Application.

6. In addition to the Amendments, PSZJ has voluntarily agreed to reduce its fees requested in the Application by $11,925.00.

7. As set forth in the *Debtors' Application for the Entry of an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Attorneys for the Debtors Effective as of the Petition Date* [Docket No. 70] (the "Retention Application"), PSZJ's hourly rates are subject to generally applicable increases as put into effect from time to time by the Firm. PSZJ further disclosed

in the Retention Application that it will provide reasonable notice to the Debtors and the OUST of any increases of the Firm's hourly rates. *See* Retention Application, Fn. 4.

8. On January 25, 2022, the Debtors filed a *Notice of Increase in Hourly Rates for Pachulski Stang Ziehl & Jones LLP Effective as of January 1, 2022* [Docket No. 240].

9. WHEREFORE, PSZJ respectfully requests that this Court (a) authorize interim allowance and direct payment of fees and costs, (b) award interim compensation to the Firm in the amount of **$1,271,898.33** inclusive of all fees and costs (net of reduction) for the period from December 6, 2021 through March 31, 2022, consisting of **$1,265,726.00** of fees (net of reduction) and **$6,172.33** of expenses, and (c) grant such other and further relief as may be appropriate under the circumstances.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2022                     */s/ Debra I. Grassgreen*
                                        Debra I. Grassgreen

# EXHIBIT A

**(Revised Time Descriptions)**

| DATE | ATTY | TIME | AMOUNT | REVISED DESCRIPTION |
|---|---|---|---|---|
| 12/7/2021 | Wallen, Ben | 0.50 | $375.00 | Detailed correspondences with Mr. Golden and Ms. Jeffries regarding the status, plan of action, and drafting of the retention applications of the Debtors' professionals. |
| 12/9/2021 | Wallen, Ben | 0.20 | $150.00 | Correspond with outside counsel, Marc Cowden, re: filing notices of bankruptcy in pending litigation. |
| 12/10/2021 | Kevane, Henry | 0.60 | $765.00 | Review D. Grassgreen changes to bidding procedures (.2) and telephone call re further edits / corrections (.30) and circulate to J. Rosenthal (.1). |
| 12/10/2021 | Wallen, Ben | 0.20 | $150.00 | Correspond with Mr. Myers (F10) regarding a pre-petition union grievance |
| 12/13/2021 | Wallen, Ben | 0.30 | $225.00 | Multiple correspondences with Mr. Golden and Ms. Jeffries regarding preparation of the Debtors' Force 10, Stretto, and Cowen retention applications. |
| 12/14/2021 | Litvak, Maxim | 0.80 | $900.00 | Review MPT and Project comments to bid procedures (.5); emails with team re same (.3). |
| 12/14/2021 | Litvak, Maxim | 3.00 | $3,375.00 | Revise APA with H. Kevane and special labor and healthcare counsel comments (2.7); emails with team re same (.3) |
| 12/15/2021 | Golden, Steven | 0.40 | $290.00 | Participate in call with H. Kevane et al re: QAF payments' |
| 12/15/2021 | Wallen, Ben | 0.60 | $450.00 | Multiple correspondences with Mr. Cowden (outside counsel), Mr. Golden and Force 10 re: upcoming dates and status conferences in prepetition litigations |
| 12/16/2021 | Litvak, Maxim | 0.90 | $1,012.50 | Review and comment on bar date motion and supporting notices (.7); emails with team re same (.2). |
| 12/16/2021 | Wallen, Ben | 0.60 | $450.00 | Call with Force 10 and Prospect re: Cal. OSHA citations. |
| 12/16/2021 | Wallen, Ben | 0.20 | $150.00 | Review Cal. OSHA citations and updates in advance of call re: same. |
| 12/17/2021 | Kevane, Henry | 0.80 | $1,020.00 | Review and comment on Project Asset Purchase Agreement |
| 12/17/2021 | Wallen, Ben | 0.40 | $300.00 | Multiple correspondences with Mr. Torrell and PSZJ team re: revisions to Hooper retention application |
| 12/17/2021 | Wallen, Ben | 0.60 | $450.00 | Correspondences with PSZJ and BZBM teams re: revisions and comments to BZBM retention application and next steps re: approval and filing. |
| 12/21/2021 | Kevane, Henry | 0.60 | $765.00 | Review/reply to J. Rosenthal/N. Rubin comments to bid procedures (.2) and follow up with S. Golden (.2) and Project counsel (.2). |

| DATE | ATTY | TIME | AMOUNT | REVISED DESCRIPTION |
|---|---|---|---|---|
| 12/21/2021 | Litvak, Maxim | 0.80 | $900.00 | Review and comment on bid procedures motion and related filings (.6); emails with team re same (.2). |
| 12/21/2021 | Wallen, Ben | 0.20 | $150.00 | Multiple correspondences with Mr. Myers (F10) and outside counsel (DBT) re: additional notices of say of pre-petition litigation. |
| 12/22/2021 | Wallen, Ben | 0.20 | $150.00 | Correspond with Force 10 (Mr. Myers) and outside counsel (DBT) re: filing notice of bankruptcy in prepetition litigation cases. |
| 12/23/2021 | Litvak, Maxim | 2.50 | $2,812.50 | Revise and incorporate updates to APA (2.2); coordinate same with client and Project counsel (.3). |
| 12/23/2021 | Wallen, Ben | 0.40 | $300.00 | Multiple calls with Mr. Myers (F10) re: stay of prepetition litigation. |
| 12/23/2021 | Wallen, Ben | 0.10 | $75.00 | Call with Mr. Myers (F10) re: Cal. OSHA citations |
| 12/26/2021 | Litvak, Maxim | 2.00 | $2,250.00 | Review and comment on sale pleadings (1.7); emails with team and client re same (.3). |
| 12/27/2021 | Wallen, Ben | 0.50 | $375.00 | Multiple calls with Mr. Myers (F10) and outside Safety consultant re: OSHA citations and resolutions of same. |
| 12/27/2021 | Wallen, Ben | 0.20 | $150.00 | Correspond with Ms. Ruda (BZBM) re: OSHA citations and next steps re: same. |
| 12/27/2021 | Wallen, Ben | 0.20 | $150.00 | Correspond with Mr. Golden and counsel to the DIP lender re: form response to reclamation demand. |
| 12/28/2021 | Wallen, Ben | 0.70 | $525.00 | Multiple correspondences with BZBM, Force 10, and Pachulski teams regarding Cal. OSHA citations, abatement of issues underlying same, and need for outside OSHA safety consultant. |
| 12/29/2021 | Golden, Steven | 0.20 | $145.00 | Continue preparation of APA Schedules. |
| 12/29/2021 | Wallen, Ben | 0.20 | $150.00 | Correspondences with Mr. Torrell (Hooper) regarding UST comments to HL retention application and resolving same. |
| 12/29/2021 | Wallen, Ben | 0.60 | $450.00 | Correspondences with BZBM, Safety consultant, and Force 10 teams re: resolving Cal OSHA citations and next steps thereto. |
| 12/29/2021 | Wallen, Ben | 0.30 | $225.00 | Correspondences with Force 10 and PSZJ teams re: OSHA consultant consulting proposal. |
| 12/30/2021 | Wallen, Ben | 0.80 | $600.00 | Correspondences with PSZJ, CRO, BZBM teams and safety consultant regarding the retention of safety consultant regarding resolution of Cal. OSHA issues. |
| 12/30/2021 | Wallen, Ben | 0.10 | $75.00 | Correspond with Force 10 team re: update from PG&E re: informal utility objection. |

| DATE | ATTY | TIME | AMOUNT | REVISED DESCRIPTION |
|---|---|---|---|---|
| 12/31/2021 | Jeffries, Patricia | 0.30 | $138.00 | Email to Max Litvak and Steve Golden re reply date for DIP Objection (.1); revise form of final DIP Order (.2) |
| 1/3/2022 | Wallen, Ben | 0.20 | $165.00 | Correspond with Force 10 and safety consultant re: onboarding consultant into investigation and Cal. OSHA response. |
| 1/4/2022 | Kevane, Henry | 0.70 | $997.50 | Confer with M. Litvak re Committee investigation (.4) and review F10 reports to Committee counsel (.3). |
| 1/4/2022 | Wallen, Ben | 0.60 | $495.00 | Call with Debtor management, OSHA consultant, and F10 re: status of safety professional review of OSHA issues and related diligence. |
| 1/4/2022 | Wallen, Ben | 0.10 | $82.50 | Correspond with Mr. Golden and Ms. Jeffries re: submission of numerous COC's and resolutions of first/second day issues. |
| 1/4/2022 | Wallen, Ben | 0.70 | $577.50 | Numerous correspondences to Hooper, PSZJ, and Force 10 teams re: Hooper retention issues. |
| 1/5/2022 | Wallen, Ben | 0.50 | $412.50 | Draft detailed correspondence to PSZJ and F10 teams re: developments with OSHA investigation and next steps. |
| 1/5/2022 | Wallen, Ben | 0.10 | $82.50 | Correspond with Mr. Golden re: APA schedules. |
| 1/6/2022 | Wallen, Ben | 0.20 | $165.00 | Correspond with BZBM, OSHA consultant, and Force 10 re: terms of OSHA consultant retention and need for involvement by Littler at status conference. |
| 1/7/2022 | Wallen, Ben | 0.40 | $330.00 | Correspond with Hooper and Committee Counsel re: resolutions of Hooper Lundy retention issues. |
| 1/10/2022 | Wallen, Ben | 0.20 | $165.00 | Correspond with PG&E and Ms. Albarano re: revised PGE utility demand. |
| 1/10/2022 | Wallen, Ben | 0.20 | $165.00 | Correspond with Ms. Jeffries and Mr. Golden re: implementation of Interim Comp. Order. |
| 1/11/2022 | Wallen, Ben | 0.50 | $412.50 | Draft detailed correspondence to Committee and DIP Lender re: proposed resolution of PGE utility demand. |
| 1/11/2022 | Wallen, Ben | 0.40 | $330.00 | Numerous update correspondences with Mr. Torrell and Mr. Litvak re: resolution of issues re: Hooper retention. |
| 1/11/2022 | Wallen, Ben | 0.10 | $82.50 | Correspond with Ms. Ruda, Mr. Gantt re: status of OSHA issues and attempts to expedite OSHA discussions, negotiations and review of administrative appeal. |
| 1/13/2022 | Wallen, Ben | 0.20 | $165.00 | Correspond with Ms. Jeffries re: interim compensation forms and issues. |
| 1/19/2022 | Litvak, Maxim | 1.50 | $1,912.50 | Review and comment on schedules and SOFAs (1.0); emails with team (.3) and client re same (.2). |

DOCS_SF:107495.3 92381/002

Case: 21-51477   Doc# 537   Filed: 06/06/22   Entered: 06/06/22 15:44:25   Page 7 of 9

| DATE | ATTY | TIME | AMOUNT | REVISED DESCRIPTION |
|---|---|---|---|---|
| 1/20/2022 | Wallen, Ben | 0.60 | $495.00 | Multiple Creditor Calls (4x) re case status. |
| 1/20/2022 | Wallen, Ben | 0.20 | $165.00 | Correspond with Force 10 team re: 401(k) Audit professional OCP retention issues. |
| 1/21/2022 | Wallen, Ben | 0.20 | $165.00 | Correspond with OSHA consultant, Force 10, BZBM and Debtor management re: response to OSHA Letter. |
| 1/21/2022 | Wallen, Ben | 0.40 | $330.00 | Numerous correspondences with Steve Clark & Associates re: OCP retention materials. |
| 1/31/2022 | Wallen, Ben | 0.10 | $82.50 | Correspond with DBT and Pension Assurance re: Completed OCP Materials. |
| 2/1/2022 | Wallen, Ben | 0.20 | $165.00 | Correspond with Mr. Golden and Force 10 team re: reporting under tax order. |
| 2/2/2022 | Golden, Steven | 2.00 | $1,550.00 | Continue drafting narrative response letter to Committee re investigation |
| 2/3/2022 | Wallen, Ben | 0.20 | $165.00 | Correspond with counsel for O&M and Ms. Jeffries re: O&M 503(b)(9) claim. |
| 2/8/2022 | Wallen, Ben | 0.30 | $247.50 | Attend Formal Settlement conference in front of Cal. OSHA ALJ, other attendees included Cal. OSHA, Prospect outside counsel, BZBM, and Safety consultant. |
| 2/8/2022 | Wallen, Ben | 0.20 | $165.00 | Correspond with Littler (prospect labor counsel), safety consultant, and BZBM re: OSHA conference. |
| 2/10/2022 | Golden, Steven | 0.20 | $155.00 | Draft and send emails to PSZJ team re: declarations in support of sale |
| 2/10/2022 | Wallen, Ben | 0.10 | $82.50 | Correspond with O&M counsel re: O&M claims. |
| 2/10/2022 | Golden, Steven | 0.70 | $542.50 | Update Stalking Horse APA Schedules (.3); draft and send emails to client and PSZJ team regarding filing of same (.4) |
| 2/14/2022 | Wallen, Ben | 0.30 | $247.50 | Multiple correspondences with O&M counsel and Force 10 re: O&M Claims. |
| 2/14/2022 | Wallen, Ben | 0.40 | $330.00 | Return calls to two purported general unsecured creditors regarding the Debtors' chapter 11 cases. |
| 2/15/2022 | Wallen, Ben | 0.60 | $495.00 | Correspond with OSHA consultant, Force 10, and Littler re: OSHA Negotiations and information requests. |
| 2/16/2022 | Wallen, Ben | 0.10 | $82.50 | Correspond with Mr. Golden re: insurance policy. |
| 2/18/2022 | Wallen, Ben | 0.30 | $247.50 | Correspond with O&M counsel re: O&M Stipulation and next steps. |
| 2/19/2022 | Wallen, Ben | 0.10 | $82.50 | Correspond with DIP Lender and Committee re: O&M Stipulation. |
| 2/21/2022 | Jeffries, Patricia | 1.00 | $495.00 | Revise Disclosure Statement |
| 2/21/2022 | Wallen, Ben | 0.10 | $82.50 | Correspond with Littler re: Cal OSHA Order. |
| 2/22/2022 | Jeffries, Patricia | 0.50 | $247.50 | Revise Disclosure Statement |

| DATE | ATTY | TIME | AMOUNT | REVISED DESCRIPTION |
|---|---|---|---|---|
| 2/22/2022 | Wallen, Ben | 0.40 | $330.00 | Multiple Correspondence with Littler re: Language and negotiation of Cal. OSHA Order and implications of same. |
| 2/23/2022 | Wallen, Ben | 0.30 | $247.50 | Call with Force 10 re: Cal OSHA Update. |
| 2/24/2022 | Wallen, Ben | 0.50 | $412.50 | Numerous correspondences with BZBM, PSZJ, and the CRO re: BZBM potential contract attorneys. |
| 2/24/2022 | Wallen, Ben | 0.40 | $330.00 | Multiple correspondences with Littler re: terms of entered Cal. SHA order. |
| 2/25/2022 | Wallen, Ben | 0.10 | $82.50 | Correspond with Littler and OSHA consultant re terms of OSHA Order. |
| 3/9/2022 | Golden, Steven | 0.30 | $232.50 | Draft and send responsive email to T. Forrester re: MEDHOST executory contract assumption dispute |
| 3/15/2022 | Wallen, Ben | 0.80 | $660.00 | Numerous correspondences with OSHA consultant, PSZJ, Force 10, and BZBM re: second set of pre-petition Cal. OSHA citations and next steps regarding same. |
| 3/16/2022 | Wallen, Ben | 0.20 | $165.00 | Correspond with Ms. Albarano re: Preparation and filing of OCP quarterly statement. |
| 3/23/2022 | Kevane, Henry | 0.60 | $855.00 | Review Medicare / Medi-Cal cure stipulation (.2) and follow-up with Messrs. Doolittle and Bristion re comments (.2) and further discussion with CMS / DHCS (.2). |
| 3/23/2022 | Wallen, Ben | 0.10 | $82.50 | Correspond with Debtor employee (Ms. Neil) re: status of prepetition litigation matter. |