UNITED STATES BANKRUPTCY COURT
Northern District of California San Jose

In re:
Watsonville Hospital Corporation,
Debtor(s).

Case No.: 21-51477
Chapter: 11

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on June 6, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

Objection and Reservation of Rights of the U.S. Trustee to Approval of (I) Disclosure Statement and (II) Motion to Approve Solicitation and Voting Procedures

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. June 6, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Watsonville Hospital Corporation 21-51477**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 3484 | Akerman LLP Attn: Andrea Hartley, 98 Southeast 7th Street, Suite 1100, Miami, FL, 33131, United States | First Class |
| 3484 | Akerman LLP Attn: Evelina Gentry, 601 West 5th Street #300, Los Angeles, CA, 90071, United States | First Class |
| 3484 | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC Attn: Luther P. Crull, III, 420 20th Street North, Suite 1400, Birmingham, AL, 35203, United States | First Class |
| 3484 | Bartko Zankel Bunzel & Miller Attn: An Nguyen Ruda, One Embarcadero Center, Ste. 800, San Francisco, CA, 94111, United States | First Class |
| 3484 | California Nurses Association Attn: David B. Willhoite, 155 Grand Avenue, Oakland, CA, 94612, United States | First Class |
| 3484 | Cowen and Company, LLC, 599 Lexington Ave., 20th Fl., New York, NY, 10022, United States | First Class |
| 3484 | Force Ten Partners, LLC Attn: Jeremy Rosenthal, 5271 California Ave., Suite 270, Irvine, CA, 92617, United States | First Class |
| 3484 | Hooper, Lundy & Bookman, P.C., 1875 Century Park East, Ste. 1600, Los Angeles, CA, 90067, United States | First Class |
| 3484 | KTBS Law, LLP Attn: Thomas E. Patterson, 1801 Century Park East, 26th Floor, Los Angeles, CA, 90067, United States | First Class |
| 3484 | Pachulski Stang Ziehl & Jones LLP Attn: Debra Grassgreen, One Market Plaza Spear Tower, 40th Floor, San Francisco, CA, 94105, United States | First Class |
| 3484 | Perkins Coie LLP Attn: Eric E. Walker, 110 N. Wacker Dr., Ste. 3400, Chicago, IL, 60606, United States | First Class |
| 3484 | Perkins Coie LLP Attn: Kathleen Allare, 110 N. Wacker Dr., Ste. 3400, Chicago, IL, 60606, United States | First Class |
| 3484 | Perkins Coie LLP Attn: Paul S. Jasper, 505 Howard St., Ste. 1000, San Francisco, CA, 94105, United States | First Class |
| 3484 | Pillsbury, Winthrop, Shaw and Pittman, LLP Attn: Gerry Hinkley, 725 South Figueroa St., 36th Floor, Los Angeles, CA, 90017, United States | First Class |
| 3484 | Sill Cummis & Gross Attn: Andrew H. Sherman, One Riverfront Plaza, Newark, NJ, 07102, United States | First Class |
| 3484 | Stretto, 410 Exchange, Suite 100, Irvine, CA, 92602, United States | First Class |
| 3484 | Tamar Terzian, 1122 E. Green Street, Pasadena, CA, 91106, United States | First Class |
| 3484 | Watsonville Hospital Corp., 75 Nielson Street, Watsonville, CA, 95076, United States | First Class |
| 3484 | Weinberg, Roger and Rosenfeld Attn: Bruce A. Harland, 1375 55th Street, Emeryville, CA, 94608, United States | First Class |