Tamar Terzian, Esq. (SBN 254148)
1122 E. Green Street
Pasadena, CA 91106
Telephone: (818) 242-1100
Facsimile: (818) 242-1012
Email: tamar@terzlaw.com

Patient Care Ombudsman

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>In re Watsonville Hospital Corporation et al,1<br><br>Debtor-In-Possession. | Chapter 11<br><br>Case No.: Case No. 5:21-bk-51477 (MEH)<br><br>**SUPPLEMENTAL FOR FIRST INTERIM FEE APPLICATION OF TAMAR TERZIAN, PATIENT CARE OMBUDSMAN AND INDEPENDENT CONSULTANTS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 14, 2022 –MARCH 15, 2022**<br><br>**Judge: Hon. M. Elaine Hammond**<br><br>Hearing Date: June 13, 2022<br>Time: 1:00 p.m.<br>Place: Via Zoom |

---

1 The Debtors in these cases are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

1

**TO THE HONORABLE M. ELAINE HAMMOND, THE OFFICE OF UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL PARTIES OF INTEREST:**

The Court ordered the appointment of a PCO pursuant to 11 U.S.C. § 333 (a)(1) to monitor, and report to the Court, the quality of patient care provided by Watsonville Community Hospital (the "Hospital"). The PCO performed these duties with the assistance of independent contractors Quality Healthcare Asset Management and Sherri Loveall of Integrated Health Systems, whose verified statements were filed with the Court. *See* Docket No. 315.

On May 11, 2022, Tamar Terzian, Patient Care Ombudsman ("PCO") and her consultants caused to file the First Interim Fee Application for the period of January 14, 2022 through March 15, 2022 ("First Interim Reporting Period"), which requested interim allowance and payment of for services rendered and costs. *See* Docket No. 478.

After discussions with the Office of United States Trustee, the PCO is providing additional information to supplement the time entries in its First Interim Fee Application and is attached hereto as Exhibit "1," for the First Interim Reporting Period.

**WHEREFORE**, PCO respectfully requests that this Court approve and authorize payment of the fees in the amount of $38,518.80 and expenses in the amount of 8,537.73.

Dated: June 10, 2022             TAMAR TERZIAN

By: */s/ Tamar Terzian*
Tamar Terzian
Patient Care Ombudsman

**EXHIBIT "1"**

| Date | Time Keeper | Hours/Fees | Additional Information |
|---|---|---|---|
| 1-20-2022 | QUAM TEAM- | 3.0/$525.00 | Meeting and Discussions with team for preparation of site visit; understanding of facility; review of each department and assignment for each for team. |
| 1-20-2022 | QUAM TEAM | 3.0/$195.00 | Meeting and Discussions with team for preparation of site visit; understanding of facility; review of each department and assignment for each for team. |
| 1-20-2022 | QUAM TEAM | 3.0/$195.00 | Meeting and Discussions with team for preparation of site visit; understanding of facility; review of each department and assignment for each for team. |
| 1-20-2022 | QUAM TEAM | 3.0/$135.00 | Meeting and Discussions with team for preparation of site visit; understanding of facility; review of each department and assignment for each for team. |
| 1-24-2022 | TAMAR TERZIAN | 2.0/$700.00 | Meeting and Discussion with team regarding |

| | | | |
|---|---|---|---|
| | | | plan of action for the first site visit and the various departments to be monitored by each consultant. |
| 1-26-2022 | TAMAR TERZIAN | 3.0/$1,050.00 | Discussion with kitchen staff and preparation of notes based on discussion with kitchen staff members. |
| 1-26-2022 | TAMAR TERZIAN | 1.0/$350.00 | Discussion with Sherri Stout and review of Quality Control documents. |