Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF PROPOSED AGENDA FOR HEARING**<br><br>Date: June 13, 2022<br>Time: 1:00 p.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br><br>Judge: Hon. M. Elaine Hammond |

**PROPOSED AGENDA FOR HEARING ON JUNE 13, 2022 at 1:00 p.m.**

**Zoom Video Conference Link:**

**https://www.zoomgov.com/j/1612588748?pwd=eTUxU1BSQWlpblJDemhPZEoyN1FBQT09**

**Passcode: 004198**

By Phone: 669 254 5252 | Webinar ID: 161 258 8748 | Passcode: 004198

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

**A.     Disclosure Statement and Solicitation Procedures**

1. **Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors Filed by Watsonville Hospital Corporation** [Filed 05/06/22, Docket No. 473].

2. **Joint Motion for an Order (I) Approving Disclosure Statement; (II) Establishing Procedures for the Solicitation and Tabulation of Votes on Plan; (III) Scheduling Hearing on Confirmation of Plan; and (IV) Approving Related Matters (RE: related document(s)473 Disclosure Statement filed by Debtor Watsonville Hospital Corporation).** [Filed 05/06/22, Docket No. 474].

Responses Received

A. *Objection and Reservation of Rights of the U.S. Trustee to Approval of (I) Disclosure Statement and (II) Motion to Approve Solicitation and Voting Procedures* [Filed 06/06/22, Docket No. 536].

Related Documents:

A. Notice of Hearing on Joint Motion for an Order (I) Approving Disclosure Statement; (II) Establishing Procedures for the Solicitation and Tabulation of Votes on Plan; (III) Scheduling Hearing on Confirmation of Plan; and (IV) Approving Related Matters [Filed 06/05/22, Docket No. 475].

B. Certificate of Service re: [Filed 05/09/22, Docket No. 477].

C. Notice of Filing Exhibit C to Disclosure Statement (Plan Recovery Analysis) for Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Filed 05/23/22, Docket No. 519].

D. Supplemental Certificate of Service re: [Filed 05/23/22, Docket No. 521].

E. Certificate of Service on Objection and Reservation of Rights of the U.S. Trustee to Approval of (I) Disclosure Statement and (II) Motion to Approve Solicitation and Voting Procedures [Filed 06/06/22, Docket No. 538].

F. First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Filed 06/08/22, Docket No. 543].

G. Disclosure Statement for First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Filed 06/08/22, Docket No. 544].

H. Plan Proponents' Reply in Support of Joint Motion for an Order (I) Approving Disclosure Statement; (II) Establishing Procedures of the Solicitation and Tabulation of Votes on Plan; (III) Scheduling Hearing on Confirmation of Plan; and (IV) Approving Related Matters [Filed 06/08/22, Docket No. 545].

I. Notice Regarding Notice of Filing of Blacklines of Plan and disclosure Statement [Filed 06/08/22, Docket No. 546].

Response Deadline:  June 6, 2022 at 4:00 p.m. Pacific Time

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

**Status**:  The matter is going forward.

**B.     Omnibus Claims Objection Procedures**

**3.     Motion to Approve Document Joint Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) The Form and Manner of Notice of Omnibus Objections Filed by Watsonville Hospital Corporation** [Filed 05/16/22, Docket No. 483].

Responses Received

A. *Limited Objection and Reservation of Rights of the U.S. Trustee to Approval of Joint Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of Notice of Omnibus Objections* [Filed 06/03/22, Docket No. 529].

Related Documents:

A. Declaration of Jeremy Rosenthal in Support of Joint Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) The Form and Manner of Notice of Omnibus Objections [Filed 05/16/22, Docket No. 484].

B. Notice of Hearing on Joint Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) The Form and Manner of Notice of Omnibus Objection [Filed 05/16/22, Docket No. 485].

C. Amended Notice of hearing [Filed 05/17/22, Docket No. 503].

D. Certificate of Service [Filed 06/03/22, Docket No. 529].

E. Notice of Filing Revised Proposed Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) The Form and Manner of Notice of Omnibus Objections [Filed 06/08/22, Docket No. 547].

Response Deadline:  June 6, 2022 at 4:00 p.m. Pacific Time

**Status**:  The matter is going forward.

**C.     Interim Fee Applications**

**4.     Application for First Interim Fee Application of Tamar Terzian, Patient Care Ombudsman and Independent Consultants for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 14, 2022 -March 14, 2022 for Tamar Terzian, Ombudsman Health,** Fee: $38,518.80, Expenses: $8,537.73 [Filed 05/11/22, Docket No. 478].

**5.     Interim Application for Compensation First Interim Application of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 6, 2021 through March 31, 2022 for Debra I. Grassgreen, Debtor's Attorney,** Fee: $1,277,651.50, Expenses: $6,172.33 [Filed 05/16/22, Docket No. 486].

**6.     First Application for Compensation of Perkins Coie LLP as Co-Counsel for Official Committee of Unsecured Creditors,** Fee: $351,782.50, Expenses: $2,242.96 [Filed 05/16/22, Docket No. 488].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

**7.** **First Application for Compensation of Sills Cummis & Gross P.C., as Co-Counsel for Official Committee of Unsecured Creditors,** Fee: $341,437.50, Expenses: $746.00 [Filed 05/16/22, Docket No. 491].

**8.** **First Interim Application of Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 6, 2021 Through March 31, 2022 for Bartko Zankel Bunzel & Miller, Special Counsel,** Fee: $156,024.75, Expenses: $5,401.93 [Filed 05/20/22, Docket No. 516].

Responses Received

    A. *U.S. Trustee's Omnibus Reservation of Rights with Respect to First Interim Fee Applications* [Filed 06/03/22, Docket No. 528].

Related Documents:

    A. Notice of Hearing (Re Dkt No. 478) [Filed 05/11/22, Docket No. 479].

    B. Certificate of Service (Re Dkt No. 478) [Filed 05/11/22, Docket No. 480]

    C. Declaration of Debra I. Grassgreen in Support of First Interim Application of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 6, 2021 through March 31, 2022 [Filed 05/16/22, Docket No. 487].

    D. Declaration of Paul S. Jasper in Support of First Interim Application for Compensation of Perkins Coie LLP as Co-Counsel to the Official Committee of Unsecured Creditors [Filed 05/16/22, Docket No. 489].

    E. Notice of Hearing (Re Dkt No. 486) [Filed 05/16/22, Docket No. 490].

    F. Notice Regarding Errata to Correct Hearing Date and Objection Deadline (Re Dkt Nos. 488, 491) [Filed 05/16/22, Docket No. 493].

    G. Notice of Hearing (Re Dkt No. 488) [Filed 05/16/22, Docket No. 494].

    H. Notice of Hearing (Re Dkt No. 491) [Filed 05/16/22, Docket No. 495]

    I. Amended Notice of Hearing (Re Dkts 486, 488, 491) [Filed 05/17/22, Docket No. 504].

    J. Second Amended Notice of Hearing (Re Dkts 486, 488, 491) [Filed 05/18/22, Docket No. 505].

    K. Certificate of Service [Filed 05/19/22, Docket No. 506].

    L. Notice of Hearing (Re Dkt No. 516) [Filed 05/20/22, Docket No. 518].

    M. Certificate of Service (Re Dkt Nos. 516, 518) [Filed 05/23/22, Docket No. 522].

    N. Supplemental Declaration of Paul S. Jasper in Support of First Interim Application of Perkins Coie LLP as Co-Counsel to The Official Committee of Unsecured Creditors for Allowance and Payment of Fees and Reimbursement of Expenses for The Period of December 29, 2021 Through March 31, 2022 [Filed 06/03/22, Docket No. 530].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

O. Declaration of Karl Lohwater in Accordance with Bankruptcy Rules 2014 and 2016 (Re Dkt No. 548) [Filed 06/03/22, Docket No. 533].

P. Supplemental Declaration of Debra I. Grassgreen in Support of First Interim Application of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 6, 2021 through March 31, 2022 [Filed 06/06/22, Docket No. 537].

Q. Supplemental Declaration of Andrew H. Sherman in Support of First Interim Fee Application of Sills Cummis & Gross P.C., as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of December 29, 2021 Through March 31, 2022 [Filed 06/07/22, Docket No. 539].

R. Supplemental Document of Sills Cummis & Gross P.C., in Support (Re Dkt No. 491) [Filed 06/07/22, Docket No. 540].

S. Certificate of Service [Filed 06/07/22, Docket No. 541].

T. Supplemental Declaration of An Nguyen Ruda in Support of First Interim Application of Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 6, 2021 through March 31, 2022 [Filed 06/08/22, Docket No. 548].

U. Supplemental For First Interim Fee Application of Tamar Terzian, Patient Care Ombudsman and Independent Consultants For Allowance and Payment of Compensation and Reimbursement of Expenses For The Period of January 14, 2022 March 15, 2022 [Filed 06/10/22, Docket No. 551].

Response Deadline: June 6, 2022 at 4:00 p.m. Pacific Time

**Status**: The matter is going forward.

Dated:    June 10, 2022                         PACHULSKI STANG ZIEHL & JONES LLP


                                                By: */s/ Debra I. Grassgreen*
                                                      Debra I. Grassgreen
                                                      Maxim B. Litvak
                                                      Steven W. Golden

                                                      Attorneys for Debtors and Debtors in Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA