Tamar Terzian, Esq. (SBN 254148)
Terzian Law Group,
A Professional Corporation
1122 E. Green Street
Pasadena, CA 91106
Telephone: (818) 242-1100
Facsimile: (818) 242-1012
Email: tamar@terzlaw.com

Patient Care Ombudsman

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE COMMUNITY HOSPITAL,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 5:21-bk-51477 (MEH)<br><br>**CERTIFICATE OF SERVICE**<br><br>[Related to Dkt No. 551] |

---

[1] The Debtors in these cases are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076

1

# CERTIFICATE OF SERVICE

I, Micheal Kollman, state as follows:

I am over the age of 18 and not a party to the above-captioned case.

I certify that on June 10, 2022, a true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

**"SUPPLEMENTAL FOR FIRST INTERIM FEE APPLICATION OF TAMAR TERZIAN, PATIENT CARE OMBUDSMAN AND INDEPENDENT CONSULTANTS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 14, 2022 – MARCH 15, 2022"**

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 10, 2022            */s/ Micheal Kollman*

**SERVICE LIST**
**VIA ELECTRONIC MAIL**:

- Kathleen Allare — kallare@perkinscoie.com
- Joseph M Ammar — ammar@millercanfield.com
- Sheryl Betance — aw01@ecfcbis.com, pacerpleadings@stretto.com
- Jason Blumberg — jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Manuel A. Boigues — mboigues@unioncounsel.net
- Sara L. Chenetz — schenetz@perkinscoie.com
- Jonathan R. Doolittle — jonathan.doolittle@pillsburylaw.com
- Anthony James Dutra — adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- Evelina Gentry — evelina.gentry@akerman.com
- Steven W Golden — sgolden@pszjlaw.com
- Debra I. Grassgreen — dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Edward Green — egreen@foley.com
- Ralph P. Guenther — courts@tkdougherty.com, Notices@montereylaw.com
- Anjana Gunn — Anjana.Gunn@doj.ca.gov
- Sasha M. Gurvitzs — gurvitz@ktbslaw.com
- Catherine Holzhauser — cholzhauser@beesontayer.com, nmounir@beesontayer.com
- Paul S. Jasper — pjasper@perkinscoie.com, docketsflit@perkinscoie.com
- Gerald P. Kennedy — gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Henry C. Kevane — hkevane@pszyjw.com
- Jane Kim — jkim@kbkllp.com
- Maxim B. Litvak — mlitvak@pszjlaw.com, pjeffries@pszyjw.com
- Emily Elisabeth Manbeck — manbeck.emily@pbgc.gov, efile@pbgc.gov
- Boris Mankovetskiy — bmankovetskiy@sillscummis.com
- J. Barrett Marum — bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- Shane J. Moses — smoses@foley.com, llanglois@foley.com
- Anthony Napolitano — anapolitano@buchalter.com
- Office of the U.S. Trustee/SJ — USTPRegion17.SJ.ECF@usdoj.gov
- Michaela Foster Posner — courtnotices@unioncounsel.net
- Michael T. Pyle — Michael.T.Pyle@usdoj.gov, Elizabeth.Inocencio@usdoj.gov
- Elvina Rofael — elvina.rofael@usdoj.gov
- Katina.Umpierre@usdoj.gov, Patti.Vargas@usdoj.gov
- GemMil.Langit@usdoj.gov
- Andrew H. Sherman — asherman@sillscummis.com
- Gerald N. Sims — jerrys@psdslaw.com, bonniec@psdslaw.com
- Kyrsten Skogstad — kskogstad@calnurses.org
- Robert J. Smith — rsmith@ktbslaw.com
- Michael St. James — ecf@stjames-law.com
- Eric E. Walker — ewalker@perkinscoie.com
- Benjamin L. Wallen — bwallen@pszjlaw.com
- Claire K. Wu — claire.wu@pillsburylaw.com, firmwidecalendardocket@pillsburylaw.com

Case: 21-51477   Doc# 553   Filed: 06/10/22   Entered: 06/10/22 12:32:03   Page 3 of 5

**VIA REGULAR MAIL**:

Rachel E. Brennan
Daniel J. Harris
Lucas F. Hammonds
Gregory Kopacz
Andrew H Sherman
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

Cowen and Company, LLC
Cowen and Company, LLC
599 Lexington Avenue, 20th Floor
New York, NY 10022

Bruce A. Harland
Weinberg, Roger and Rosenfeld
1375 55th Street
Emeryville, CA 94608

Andrea Hartley
Akerman LLP
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

Gerry Hinkley
Pillsbury, Winthrop, Shaw and Pittman, LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524

Thomas E. Patterson
KTBS Law LLP
1801 Century Park East, 26th Floor
Los Angeles, CA 90067

Jeremy Rosenthal
Force Ten Partners, LLC
5271 California Ave., Suite 270
Irvine, CA 92617

An Nguyen Ruda
Bartko Zankel Bunzel & Miller
One Embarcadero Center, Suite 800
San Francisco, CA 94111

4

Stretto
410 Exchange, Suite 100
Irvine, CA 92602

Gary E Torrell
Hooper, Lundy & Bookman, P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067

David B. Willhoite
California Nurses Association
Attn: Legal Department
155 Grand Avenue
Oakland, CA 94612