Tamar Terzian, Esq. (SBN 254148)
Terzian Law Group,
A Professional Corporation
1122 E. Green Street
Pasadena, CA  91106
Telephone:  (818) 242-1100
Facsimile:    (818) 242-1012
Email:  tamar@terzlaw.com

Patient Care Ombudsman

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>WATSONVILLE COMMUNITY HOSPITAL,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 5:21-bk-51477 (MEH)<br><br>**CERTIFICATE OF SERVICE**<br><br>[Related to Dkt No. 551 ] |

---

[1] The Debtors in these cases are:  Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC.  The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076

1

## CERTIFICATE OF SERVICE

I, Christie Skiparnias, state as follows:

I am over the age of 18 and not a party to the above-captioned case.

I certify that on June 21, 2022, a true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

**"DECLARATION IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF TAMAR TERZIAN, PATIENT CARE OMBUDSMAN AND INDEPENDENT CONSULTANTS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 14, 2022 -MARCH 14, 2022"**

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 21, 2022

_____

**SERVICE LIST**
**<u>VIA ELECTRONIC MAIL</u>:**

- **Kathleen Allare** kallare@perkinscoie.com
- **Desiree Amador** amador.desiree@pbgc.gov
- **Joseph M Ammar** ammar@millercanfield.com
- **Sheryl Betance** aw01@ecfcbis.com, pacerpleadings@stretto.com
- **Jason Blumberg** jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Manuel A. Boigues** mboigues@unioncounsel.net
- **Mark Bostick** mbostick@wendel.com, bankruptcy@wendel.com
- **Adam S. Cashman** acashman@singercashman.com, firmcalendar@singercashman.com
- **Sara L. Chenetz** schenetz@perkinscoie.com
- **Sandi Meneely Colabianchi** scolabianchi@grsm.com, aunderwood@gordonrees.com
- **Jonathan R. Doolittle** jonathan.doolittle@pillsburylaw.com
- **Kerry Duffy** kduffy@bztm.com, spearson@bzbm.com
- **Anthony James Dutra** adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- **Thomas H. Forrester** tforrester@gsrm.com
- **Evelina Gentry** evelina.gentry@akerman.com
- **Steven W Golden** sgolden@pszjlaw.com
- **Debra I. Grassgreen** dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Edward Green** egreen@foley.com
- **Ralph P. Guenther** courts@tkdougherty.com, Notices@montereylaw.com
- **Anjana Gunn** Anjana.Gunn@doj.ca.gov
- **Sasha M. Gurvitz** sgurvitz@ktbslaw.com
- **Catherine Holzhauser** cholzhauser@beesontayer.com, nmounir@beesontayer.com
- **Paul S. Jasper** pjasper@perkinscoie.com, docketsflit@perkinscoie.com
- **Monique Jewett-Brewster** mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gerald P. Kennedy** gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Henry C. Kevane** hkevane@pszyjw.com
- **Jane Kim** jkim@kbkllp.com
- **Maxim B. Litvak** mlitvak@pszjlaw.com, pjeffries@pszyjw.com
- **Boris Mankovetskiy** bmankovetskiy@sillscummis.com
- **J. Barrett Marum** bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Keith A. McDaniels** kmcdaniels@kellerbenvenutti.com
- **Shane J. Moses** smoses@foley.com, llanglois@foley.com
- **Anthony Napolitano** anapolitano@buchalter.com, marias@buchalter.com
- **Office of the U.S. Trustee / SJ** USTPRegion17.SJ.ECF@usdoj.gov
- **Michaela Foster Posner** courtnotices@unioncounsel.net
- **Christopher E. Prince** cprince@lesnickprince.com
- **Michael T. Pyle** Michael.T.Pyle@usdoj.gov, Elizabeth.Inocencio@usdoj.gov
- **Michael B. Reynolds** mreynolds@swlaw.com, kcollins@swlaw.com
- **ElvinaRofael** elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov
- **Andrew H. Sherman** asherman@sillscummis.com
- **Gerald N. Sims** jerrys@psdslaw.com, bonniec@psdslaw.com
- **Kyrsten Skogstad** kskogstad@calnurses.org
- **Robert J. Smith** rsmith@ktbslaw.com
- **Michael St. James** ecf@stjames-law.com
- **Andrew B. Still** astill@swlaw.com, kcollins@swlaw.com
- **Tamar Terzian** tterzian@eppscoulson.com
- **Eric E. Walker** ewalker@perkinscoie.com
- **Benjamin L. Wallen** bwallen@pszjlaw.com
- **Paul J Winterhalter** pwinterhalter@offitkurman.com
- **Jeffrey C Wisler** jwisler@connollygallagher.com
- **Claire K. Wu** claire.wu@pillsburylaw.com, firmwidecalendardocket@pillsburylaw.com

3

**VIA REGULAR MAIL:**

| | |
|---|---|
| **3M Health Information Systems Inc**<br>575 West Murray Blvd<br>Murray, UT 84123-4611 | **APPLIEDMEDICAL DISTRIBUTION**<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 |
| **ABBOTT NUTRITION**<br>3300 Stelzer Rd<br>Columbus, OH 43215 | **APPLIED STATISTICS & MANAGEMENT INC**<br>PO BOX 2738<br>Temecula, CA 92593-0000 |
| **ADEX Medical Staffing, LLC**<br>509 Madison Ave<br>Suite 1916<br>New York, NY 10022 | **ARGON MEDICAL DEVICES INC**<br>1445 Flat Creek Rd<br>Athens, TX 75751 |
| **ADP**<br>One ADP Boulevard<br>Roseland, NJ 07068 | **Abbott Laboratories Inc**<br>200 Abbott Park Road<br>Abbot Park, IL 60064-6214 |
| **AESCULAP INC**<br>824 12th Ave<br>Bethlehem, PA 18018 | **Advanced Cardiovascular Specialists Inc.**<br>2490 Hospital Drive<br>#311<br>Mountain View, CA 94040 |
| **AGILITI HEALTH INC**<br>6625 W 78th St<br>Ste 300<br>Minneapolis, MN 55439 | **Aetna Health of California, Inc.**<br>2409 Camino Ramon<br>San Ramon, CA 94583 |
| **ALLERGAN USA INC**<br>5 Giralda Farms<br>Madison, NJ 7940 | **Airgas Healthcare**<br>3021 Messer Airport Hwy<br>Birmingham, AL 35203 |
| **ALLOSOURCE**<br>6278 S Troy Cir<br>Centennial, CO 80111 | **Allied Universal Company**<br>Eight Tower Bridge<br>161 Washington Street<br>Suite 600<br>Conshohocken, PA 19428 |
| **ALPHATEC SPINE INC**<br>1950 Camino Vida Roble<br>Carlsbad, CA 92008 | |
| **AMBU INC**<br>6230 Old Dobbin Lane<br>Suite 250<br>Columbia, MD 21045 | **Alta Hospitals System LLC**<br>3415 South Sepulveda Blvd<br>9th Floor<br>Los Angeles, CA 90034 |
| **AMERICAN RED CROSS**<br>Blood Services<br>PO BOX 100805<br>Pasadena, CA 91189-0805 | **American Data Network, LLC**<br>10809 Executive Center Drive<br>Suite 300<br>Little Rock, AK 72211 |
| **API Healthcare Corporation**<br>1550 Innovation Way<br>Hartford, WI 53207 | **Aptos Surgery Center, LLC**<br>3275 Aptos Rancho Road<br>Aptos, CA 95003 |

4

| | | |
|---|---|---|
| 1 | **Arcus Data Security Inc.**<br>(c/o) Irton Mountain<br>P.O. Box 915004<br>Dallas, TX 75391-5004 | **BD MEDICAL**<br>1 Becton Drive<br>Franklin Lakes, NJ 7417 |
| | **Aretaeus Telemedicine Inc.**<br>2751 4th Street<br>#135<br>Santa Rosa, CA 95405 | **BIOMET MICROFIXATION**<br>1520 Tradeport Drive<br>Jacksonville, FL 32218 |
| | **Argo Partners**<br>12 West 37th St 9th Fl<br>New York, NY 10018 | **BOSTON SCIENTIFIC CORP**<br>300 Boston Scientific Way<br>Mailstop M405<br>Marlborough, MA 1752 |
| | **Artifact Health Inc**<br>PO Box 949<br>Boulder, CO 80306 | **Baer, Negrin & Troff LLP**<br>12400 Wilshire Blvd<br>Suite 1180<br>Los Angeles, CA 90025 |
| | **Associated Pathology Medical Group**<br>105-A Cooper Court<br>Los Gatos, CA 95032 | **Bard Access Systems**<br>1 Beacton Dr<br>Franklin Lakes, NJ 7417 |
| | **Athenahealth, Inc.**<br>311 Arsenal Street<br>Watertown, MA 02472 | **Barstow Healthcare Management Inc.**<br>65 Nielson St.<br>Suite 102<br>Watsonville, CA 95076 |
| | **Taurino Avelar MD**<br>511 Union Street<br>Ste 1800<br>Nashville, TN 37219 | **Bayview Gastroenterology**<br>4145 Clares Street<br>Suite A<br>Capitola, CA 95010 |
| | **B BRAUN MEDICAL INC**<br>824 12th Ave<br>Bethlehem, PA 18018 | **Beckman Coulter, Inc.**<br>250 S Kraemer Blvd<br>PO Box 8000<br>Brea, CA 92822-8000 |
| | **BARD PERIPHERAL VASCULAR INC**<br>850 W Rio Salado Pkwy<br>Tempe, AZ 85281 | **Melissa Lopez Bermejo MD**<br>1041 Freedom Blvd<br>Watsonville, CA 95076 |
| | **BAXTER HEALTHCARE/BIOSURGERY DIV**<br>1 Baxter Parkway<br>Deerfield, IL 60015 | **BioFire**<br>515 Colorow Drive<br>Salt Lake City, UT 84108 |
| | **BD CAREFUSION 2200 (V MUELLER)**<br>1 Becton Drive<br>Franklin Lakes, nj 7417 | **Blue Cross of California**<br>21555 Oxnard St<br>Woodland Hills, CA 91367 |
| | **BD CareFusion Solutions, LLC**<br>3750 Torrey View Court<br>San Diego, CA 92130 | |

| | | |
|---|---|---|
| | **Board of trustees of the Leland Stanford Junior University (on behalf of its School of Medicine, Stanford University), Lucile Salter Packard Children's Hospital**<br>1265 Welch Road<br>MSOB<br>Stanford, CA 94305 | **COVIDIEN SALES LLC**<br>4642 COLLECTIONS CENTER DRIVE<br>Chicago, IL 60693 |
| | **Ryan Brandt MD**<br>26 Hollins Drive<br>Santa Cruz, CA 95060 | **CR Bard DAVOL INC**<br>100 SOCKANOSSETT CROSSRD<br>PO BOX 8500<br>Cranston, RI 02920 |
| | **Rachel E. Brennan**<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | **Cabrillo Community College District**<br>6500 Soquel Drive<br>Aptos, CA 95003 |
| | **CALSTAR Air Medical Services LLC**<br>4933 Bailey Loop<br>McClellan, CA 95652 | **California Nurses Association**<br>155 Grand Avenue<br>Oakland, CA 94612 |
| | **CARDINAL HEALTH 200 LLC**<br>3651 Birchwood Drive<br>Waukegan, IL 60085 | **California Physicians Service, Inc.**<br>d/b/a Blue Shield of California<br>PO Box 629010<br>El Dorado Hills, CA 95762-9010 |
| | **CEP America- Neurology, PC**<br>d/b/a Virtuity<br>2100 Powell Street<br>Suite 900<br>Emeryville, CA 94608 | **California State University - Monterey Bay**<br>100 Campus Center<br>Valley Hall West<br>Seaside, CA 93955-8001 |
| | **CNH Finance Fund 1, LP**<br>6151 Wilson Mills Road<br>Suite 310<br>Highland Heights, OH 44143 | **Canteen Vending Services**<br>4120 Dublin Blvd<br>#350<br>Dublin, CA 94568 |
| | **COMPLIANCELINE, LLC**<br>8615 CLIFF CAMERON DRIVE STE #290<br>Charlotte, NC 28269 | **Cardinal Health 110, LLC**<br>7200 Cardinal Place W<br>Dublin, OH 43017 |
| | **COOK MEDICAL LLC**<br>1025 W Acuff Rd<br>Bloomington, IN 47404 | **Carrier**<br>PO BOX 93844<br>Chicago, IL 60673-3844 |
| | **CORCYM INC**<br>155 E Boardwalk Dr<br>Ste 400 #448<br>Fort Collins, CO 80525 | **Change Healthcare**<br>PO BOX 98347<br>Chicago, IL 60693-0000 |
| | **COVIDIEN**<br>15 Hampshire St<br>Mansfield, MA 2048 | **Clean Harbors Environmental Services Inc**<br>1021 Berryessa Rd<br>San Jose, CA 95133 |
| | | **Coastal Health Partners**<br>65 Nielson St.<br>Watsonville, CA 95076 |

6

| | | |
|---|---|---|
| 1 | **Coastal Health Partners, P.C.**<br>1820 Main St.<br>Watsonville, CA 95076 | **Dell Financial Services LLC**<br>99355 Collections Center Drive<br>Chicago, IL 60693 |
| 2 | | |
| 3 | **Coastal Healthcare Administrators**<br>P.O. Box 80308<br>Salinas, CA 93901 | **Delta Dental of California**<br>560 Mission Street<br>Suite 1300<br>San Francisco, CA 94105 |
| 4 | | |
| 5 | **Colin Construction Company**<br>210 Lincoln Way<br>Auburn, CA 95603 | **Diablo Infectious Diseases Consultative Services Medical Group**<br>20283 Santa Maria Ave<br>Castro Valley, CA 94546 |
| 6 | | |
| 7 | **Compass MSA Linen**<br>1500 Liberty Ridge Drive<br>Suite 210<br>Wayne, PA 19087 | **Dignity Health**<br>d/b/a Dominican Hospital<br>185 Berry Street<br>Suite 300<br>San Francisco, CA 94107 |
| 8 | | |
| 9 | **Continuant Inc**<br>5050 20th Street East<br>Fife, WA 98424 | **Dignity Health Medical Foundation**<br>3400 Data Drive<br>3rd Floor<br>Rancho Cordova, CA 95670 |
| 10 | | |
| 11 | **Contra Costa Medical Career College**<br>4041 Lone Tree Way<br>Suite 101<br>Antioch, CA 94531 | **Rahul Dixit, M.D**<br>5304 Ballona Lane<br>Culver City, CA 90230 |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | **County of Santa Cruz**<br>1080 Emeline Ave<br>Building D<br>Santa Cruz, CA 95060 | **Duke University Health System, Inc.**<br>3100 Tower Blvd.<br>Suite 600<br>Durham, NC 27707 |
| 16 | | |
| 17 | **Cowen and Company, LLC**<br>Cowen and Company, LLC<br>599 Lexington Avenue, 20th Floor<br>New York, NY 10022 | **EDWARDS LIFESCIENCES LLC**<br>One Edwards Way<br>Irvine, CA 92614 |
| 18 | | |
| 19 | **Albert Crevello, MD**<br>243 Green Valley Road#D<br>Freedom, CA 95019 | **ETHICON ENDO-SURGERY INC**<br>4545 Creek Rd<br>Cincinnati, OH 45242 |
| 20 | | |
| 21 | **Crothall Laundry Services Inc.**<br>2365 N Airport Way<br>Manteca, CA 95336 | **ETHICON US LLC**<br>4545 Creek Rd<br>Cincinnati, OH 45242 |
| 22 | | |
| 23 | **CyraCom International Inc**<br>(Language Line Services Inc.)<br>5780 N Swan Road<br>Tucson, TX 85718 | **EXPERIAN HEALTH INC**<br>PO BOX 846133<br>Los Angeles, CA 90088-0000 |
| 24 | | |
| 25 | | |
| 26 | **DOMINICAN HOSPITAL**<br>FINANCE DEPARTMENT<br>1555 SOQUEL DRIVE<br>Santa Cruz, CA 95065-0000 | **Easy Choice Health Plan**<br>180 E. Ocean Blvd<br>#7<br>Long Beach, CA 92646 |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | **Elite Anesthesia Group, Inc.**<br>4000 Meridian Blvd<br>Franklin, TN 37067 | **Foothill College DeAnza Community College District**<br>12345 El Monte Drive<br>, |
| | **EnBio**<br>150 East Olive Ave.<br>Suite 114<br>Burbank, CA 91502 | **Terri Jane Freedman**<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>One Boland Drive<br>West Orange, NJ 07052 |
| | **Epiphany Healthcare Data Management, LLC**<br>3000 E Boundary Terrace<br>Suite 2<br>Midlothian, VA 23112 | **GE HFS, LLC**<br>12854 Kenan Drive<br>Suite 201<br>Jacksonville, FL 32258 |
| | **FISHER HEALTHCARE**<br>81 Wyman Street<br>Waltham, MA 2454 | **GE Healthcare IITS USA Corp**<br>15724 Collections Center Drive<br>Chicago, IL 60693 |
| | **FISHER&PAYKEL HEALTHCARE INC**<br>15 Maurice Paykel Place<br>East Tamaki<br>Auckland, 2013 | **GETINGE USA SALES LLC**<br>1 Geoffrey Way<br>Wayne, NJ 7470 |
| | **Firm Revenue Cycle Management Services, Inc.**<br>5590 South Fort Apache Road<br>Las Vegas, NV 89148 | **GOJO Industries Inc**<br>1 Gojo Plz<br>STE 500<br>Akron, OH 44311 |
| | **First Alarm Security & Control**<br>1731 Technology Drive<br>Suite 800<br>San Jose, CA 95110 | **GQR Global Markets**<br>1038 Princeton Drive<br>Suite B<br>Marina Del Rey, CA 90292 |
| | **First Health Group Corp.**<br>3200 Highland Ave<br>Downers Grove, IL 60515 | **GUERBET LLC**<br>821 Alexander Rd<br>Princeton, NJ 8540 |
| | **First Insurance Funding**<br>450 Skokie Blvd.<br>Suite 1000<br>Northbrook, IL 60062 | **General Electric Capital Corporation**<br>20225 Water Tower Boulevard<br>Brookfield, WI 53045 |
| | **Foley & Lardner LLP**<br>555 South Flower Street<br>Suite 3300<br>Los Angeles, CA 90071-2411 | **General Teamsters Local 912**<br>22 East 5th Street<br>Watsonville, CA 95076 |
| | **Foodbuy LLC**<br>2400 Yorkmont Rd<br>Charlotte, NC 28217 | **Global Healthcare Exchange Inc.**<br>1315 Century Drive<br>Suite 100<br>Louisville, CO 80027 |
| | | **Golden Age Convalescent Hospital**<br>523 Burlingame Avenue<br>Capitola, CA 95010 |

| | |
|---|---|
| **Golden State Heart and Vascular Associates Inc.**<br>2 Lowe Ragsdale Dr<br>Monterey, CA 93940 | **Andrea Hartley**<br>Akerman LLP<br>98 Southeast Seventh Street, Suite 1100<br>Miami, FL 33131 |
| **Good Samaritan Hospital, L.P.**<br>2425 Samaritan Drive<br>San Jose, CA 95124 | **Health Net Federal Services, LLC**<br>2025 Aerojet Road<br>Rancho Cordova, CA 95742 |
| **Greenberg Traurig LLP**<br>2375 East Camelback Road<br>Suite 700<br>Phoenix, AZ 85016 | **Health Net of California, Inc.**<br>155 Grand Avenue<br>2nd Floor<br>Oakland, CA 94612 |
| **Guidehouse Managed Services Inc.**<br>(Navigant Cymetrix Corporation)<br>2875 Michelle<br>#250<br>Irvine, CA 92606 | **Health Value Management, Inc.**<br>d/b/a ChoiceCare Network<br>PO Box 19013<br>Green Bay, WI 54307 |
| **HEROIC Security LLC**<br>1881 W TRAVERSE PKWY STE E<br>Lehi, UT 84043 | **HealthStream Inc**<br>500 11th Avenue North<br>Suite 1000<br>Nashville, TN 37203 |
| **HILL-ROM CO INC**<br>1069 State Route 46 East<br>Batesville, IN 47006 | **HealthTrust Purchasing Group, L.P.**<br>1100 Dr. Martin L King Jr Blvd<br>Suite 1100<br>Nashville, TN 37203 |
| **HOLOGIC INC**<br>250 Campus Dr<br>Marlborough, MA 01752 | **HealthTrust Workforce Solutions LLC**<br>1000 Sawgrass Corporate Parkway<br>6th Floor<br>Sunrise, FL 33323 |
| **Halo Unlimited, Inc**<br>dba Infant Hearing Screening Specialists<br>1867 California Ave<br>#101<br>Corona, CA 92881 | **Hearts and Hands Post Acute Care and Rehab Center**<br>2990 Soquel Avenue<br>Santa Cruz, CA 95062 |
| **Lucas F. Hammonds**<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | **Highland Capital Corporation**<br>1 Passaic Avenue<br>Fairfield, NJ 7004 |
| **Bruce A. Harland**<br>Weinberg, Roger and Rosenfeld<br>1375 55th Street<br>Emeryville, CA 94608 | **Gerry Hinkley**<br>Pillsbury, Winthrop, Shaw<br>and Pittman, LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524 |
| **Daniel J. Harris**<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | **ICU MEDICAL SALES INC**<br>951 Calle Amanecer<br>San Clemente, CA 92673 |

| | | |
|---|---|---|
| 1 | **INTEGRA LIFESCIENCES SALES/NEURO** | **Gregory Kopacz** |
| 2 | 1100 Campus Road<br>Princeton, NJ 8540 | Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| 3 | **Igoe & Company Incorporated** | **LIFENET HEALTH** |
| 4 | 10905 Technology Place<br>Suite A<br>San Diego, CA 92127 | 1864 Concert Drive<br>Virginia Beach, VA 23453 |
| 5 | | **LIVANOVA USA INC** |
| 6 | **International Business Machines Corporation** | 100 Cyberonics Blvd<br>STE 600 |
| 7 | 1 New Orchard Road<br>Armonk, NY 10504-1722 | Houston, TX 77058 |
| 8 | **International Business Machines Corporation** | **Leasing Associates of Barrington, Inc**<br>12854 Kenan Drive |
| 9 | PO Box 643600<br>Pittsburgh, PA 15264-3600 | Suite 201<br>Jacksonville, FL 32258 |
| 10 | **Iron Mountain Secure Shredding, Inc.** | **Lifeline Anesthesia VI, P.C.**<br>3340 Players Club Parkway |
| 11 | 745 Atlantic Avenue<br>Boston, MA 2111 | Suite 350<br>Memphis, TN 38125 |
| 12 | | **Lucile Packard Children's Hospital at Stanford** |
| 13 | **JOHNSON&JOHNSON HEALTH CARE SYS** | 725 Welch Road<br>Palo Alto, CA 94304 |
| 14 | 425 Hoes Ln<br>Piscataway, NJ 08854 | **MCN Healthcare** |
| 15 | **Johnson Controls Fire Protection LP** | 1777 S Harrison St<br>Denver, CO 80210 |
| 16 | 6952 Preston Ave<br>STE A | **MEAD JOHNSON&COMPANY LLC** |
| 17 | Livermore, CA 94551-9545 | 2400 W Lloyd Expressway<br>Evansville, IN 47721 |
| 18 | **Kaiser Foundation Hospitals**<br>PO Box 23380 | **MEDHOST Direct Inc** |
| 19 | Oakland, CA 94623-2338 | 6550 Carothers Parkway<br>Suite 160 |
| 20 | **Kindred Nursing and Transitional Care - Santa Cruz** | Franklin, TN 37067 |
| 21 | 1115 Capitola Road<br>Santa Cruz, CA 95062 | **MEDIVATORS INC**<br>14605 28th Avenue North |
| 22 | | Minneapolis, MN 55447 |
| 23 | **Li Kuo Kong MD**<br>20283 Santa Maria Ave | **MEDLINE INDUSTRIES LP** |
| 24 | Castro Valley, CA 94546 | 1 Medline Pl<br>Mundelein, IL 60060 |
| 25 | **Konica Minolta Business Solutions USA, Inc.** | **MEDTRONIC SOFAMOR DANEK USA** |
| 26 | 100 Williams Drive<br>Ramsey, NJ 07446 | 710 Medtronic Parkway |
| 27 | | Minneapolis, MN 55432 |
| 28 | | |

| | |
|---|---|
| **MILLER'S TRANS. & STOR.**<br>220 WALKER STREET<br>Watsonville, CA 95076 | **Mid-Coastal Perinatal Outreach Program**<br>1265 Welch Road<br>MSOB<br>Stanford, CA 94305 |
| **MIMEDX GROUP INC**<br>1175 WEST OAK COMMONS COURT<br>MARIETTA, GA 30062 | **Mills Peninsula Health Services**<br>1500 Trousdale Blvd.<br>Burlingame, CA 94010 |
| **MOLNLYCKE HEALTH CARE US LLC**<br>5445 Triangle Parkway<br>Suite 400<br>Peach Tree Corners, GA 30092 | **Monterey Peninsula Surgery Center**<br>d/b/a Capitola Surgery Center<br>2265 41 st Avenue<br>Capitola, CA 95010 |
| **MPT of Watsonville, LLC**<br>c/o MPT Operating Partnership, L.P.<br>Legal Dept.<br>1000 Urban Center Drive Suite 501<br>Birmingham, AL 35242 | **MorCare LLC**<br>2429 Military Road<br>Suite 300<br>Niagra Falls, NY 14304 |
| **Mako Surgical Corp**<br>2555 Davie Road<br>Fort Lauderdale, FL 33317 | **Moran Printing Inc (Emprint)**<br>5425 Florida Blvd<br>#5425<br>Baton Rouge, LA 70806 |
| **Roy Martinez**<br>1800 Harrison Street<br>Suite 2350<br>Oakland, CA 94612 | **MultiPlan, Inc.**<br>115 Fifth Avenue<br>New York, NY 10003 |
| **Masimo America Inc**<br>52 Discovery<br>Irvine, CA 92618 | **NDSC**<br>215 South Broadway<br>#412<br>Salem, NH 3079 |
| **Medely**<br>2355 Westwood<br>#412<br>Los Angeles, CA 90064 | **NELLCOR PURITAN BENNETT/ASPECT**<br>15 Hampshire St<br>Mansfield, MA 2048 |
| **MediaMedia**<br>5712 Arapho Drive<br>San Jose, CA 95123 | **NEOMED INC**<br>5405 Windward Pkwy<br>Alpharetta, GA 30004 |
| **Medsurant, LLC**<br>100 Front Street<br>Suite 280<br>West Conshohocken, PA 19428 | **NEVEN DEVELOPMENT LLC**<br>350-A CORAL ST.<br>SANTA CRUZ, CA 95060 |
| **Meritain Health Inc**<br>PO Box 1652<br>Amherst, NY 14226 | **NFS Leasing, Inc.**<br>(assignee of GE HFS, LLC)<br>900 Cummings Center<br>Suite 226-U<br>Beverly, MA 01915 |

| | | |
|---|---|---|
| 1 | **NOVO SURGICAL INC**<br>700 Commerce Drive<br>Ste 500<br>Oak Brook, IL 60523 | **PINEHURST HOSPITALIST MEDICAL GROUP, INC.**<br>4535 DRESSLER RD NW<br>Canton, OH 44718 |
| | **NUVASIVE INC**<br>7475 Lusk Blvd<br>San Diego, CA 92121 | **Packard Children's Health Alliance, Inc**<br>1573 Mallory Lane<br>Suite 100<br>Brentwood, TN 37027 |
| | **NX Health Network**<br>23048 N. 15th Ave<br>Phoenix, AZ 85027 | **Thomas E. Patterson**<br>KTBS Law LLP<br>1801 Century Park East<br>Ste 26th Floor<br>Los Angeles, CA 90067 |
| | **Natividad Medical Center**<br>1441 Constitution Boulevard<br>Salinas, CA 93906 | **Thomas E. Patterson**<br>KTBS Law LLP<br>1801 Century Park East<br>Ste 26th Floor<br>Los Angeles, CA 90067 |
| | **ORGANOGENESIS INC**<br>150 Dan Rd<br>Canton, MA 2021 | **Peritus Advisors**<br>22431 Antonio Parkway<br>STE B160-675<br>Rancho Santa Margarita, CA 92688 |
| | **Olympus America Inc.**<br>3500 Corporate Parkway<br>Center Valley, PA 18034 | **Pharmacy OneSource Inc**<br>525 Junction Road<br>Suite 5000<br>Madison, WI 53717 |
| | **Optum360, LLC**<br>11000 Optum Circle<br>Eden Prairie, MN 55344 | **Picis Clinical Solutions Inc**<br>100 Quannapowitt Parkway<br>STE 405<br>Wakefield, MA 1880 |
| | **OrthoNorCal, Inc.**<br>3803 S Bascom Avenue<br>Ste. 102<br>Campbell, CA 95008 | **Pinnacle Medical Group, Inc.**<br>4 Rossi Circle<br>Suite 141<br>Salinas, CA 93907 |
| | **Owens & Minor Distribution, Inc.**<br>PO BOX 53523<br>Los Angeles, CA 900743523 | **Pitney Bowes**<br>PO Box 223648<br>Pittsburgh, PA 15250-2648 |
| | **P&A PICC, LLC**<br>2059 Camden Ave<br>#289<br>San Jose, CA 95124 | **Pony Express Distribution and Delivery**<br>355 Baker Street<br>Santa Cruz, CA 95062 |
| | **PARA HealthCare Analytics, LLC**<br>4801 East Copa de Oro Drive<br>Anaheim, CA 92807 | |
| | **PENUMBRA INC**<br>One Penumbra Place<br>Alameda, CA 94502 | |
| | **PHILIPS IMAGE GUIDED THERAPY**<br>9965 Federal Drive<br>Colorado Springs, CO 80921 | |

12

| | | |
|---|---|---|
| 1 | **Premier Healthcare Solutions, Inc.** 13034 Ballantyne Corporate Place Charlotte, NC 28277 | **Royal Cup Inc** PO Box 841000 Dallas, TX 75284 |
| | **Press Ganey Associates Inc** 404 Columbia Place SOuth Bend, IN 46601 | **An Nguyen Ruda** Bartko Zankel Bunzel & Miller One Embarcadero Center, Suite 800 San Francisco, CA 94111 |
| | **ProviderTrust, Inc.** 406 11th Avenue N. Suite 250 Nashville, TN 37203 | **RxBenefits, Inc** 3700 Colonnade Pkwy Suite 600 Birmingham, AL 35243 |
| | **QUIDEL CORP** 10165 McKellar Court San Diego, CA 92121 | **SC JOHNSON PROFESSIONAL USA INC** 2815 Coliseum Ctr Dr Ste 600 Charlotte, NC 28217 |
| | **R4 Solutions Inc** 19925 Stevens Creek Blvd #100 Cupertino, CA 95014 | **SCG Capital Corporation** (assignee of GE HFS, LLC) 74 West Park Place Stamford, CT 06901 |
| | **REVUP, LLC** 2554 E. Lester Avenue Fresno, CA 93720 | **SEIU United Healthcare Workers-West** 560 Thomas L Berkley Wy. Oakland, CA 94612 |
| | **Radiology Medical Group of Santa Cruz County, Inc.** 1661 Soquel Drive Bldg. G Santa Cruz, CA 90565 | **SMITH&NEPHEW WOUND** 7135 Goodlett Farms Pkwy 0 Cordova, TN 38016 |
| | **Leroy Rasi MD** 276 Green Valley Road Freedom, CA 95076 | **SMITHS MEDICAL ASD INC** 5200 Upper Metro Place Ste 200 Dublin, OH 43017 |
| | **Rehab Practice Management, LLC** 330 Franklin Road Suite 135A-102 Brentwood, TN 37027 | **SPECTRANETICS LLC** 9965 Federal Drive Colorado Springs, CO 80921 |
| | **Restorix Health Inc** 445 Hamilton Ave Suite 800 White Plains, NY 10601 | **STERIS CORP** 5960 Heisley Road Mentor, OH 44060 |
| | **Rezult Group Inc** 340 Seven Springs Way Suite 700 Brentwood, TN 37027 | **STRYKER CRANIOMAXILLOFACIAL** 1941 Stryker Way Portage, MI 49002 |
| | **Jeremy Rosenthal** Force Ten Partners, LLC 5271 California Ave., Suite 270 Irvine, CA 92617 | |

13

| | |
|---|---|
| **STRYKER ORTHOPAEDICS**<br>BOX 93213<br>Chicago, IL 606730000 | **Santa Cruz Health Information Exchange LLC**<br>5200 Soquel Ave<br>Suite 103<br>Santa Cruz, CA 95062 |
| **STRYKER SALES LLC**<br>1901 Romence Road Parkway<br>Portage, MI 49002 | |
| **STRYKER SPINE**<br>C/O STRYKER SALES CORP<br>PO BOX 93308<br>Chicago, IL 60673 | **Santa Cruz-Monterey-Merced Managed Medical Care Commission**<br>d/b/a Central Coast Alliance for Health<br>1600 Green Hills Road<br>Scott Valley, CA 95066 |
| **STRYKER SUSTAINABILITY SOLUTIONS**<br>PO Box 29387<br>Phoenix, AZ 85038 | **Satellite Healthcare, Inc.**<br>300 Santana Row<br>Suite 300<br>San Jose, CA 95128 |
| **STRYKER/ENDOSCOPY**<br>47900 Bayside Pkwy<br>Fremont, CA 94538 | **Andrew H Sherman**<br>Sill Cummis & Gross<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| **STRYKER/MEDICAL**<br>1901 Romence Road Parkway<br>Portage, MI 49002 | **Siemens Healthcare Diagnostics, Inc**<br>115 Norwood Park South<br>Norwood, MA 2062 |
| **SYMMETRY SURGICAL INC**<br>3034 Owen Drive<br>Antioch, TN 37013 | **Spectrio LLC**<br>4033 Tampa Road<br>Suite 103<br>Oldsmar, FL 34677 |
| **Salem & Green, A Professional Corporation**<br>655 University Avenue<br>Suite 200<br>Sacramento, CA 95825 | **Spineology Inc**<br>7800 3rd Street N<br>Suite 600<br>Saint Paul, MN 55128 |
| **Salinas Valley Memorial Hospital**<br>450 East Romie Lane<br>Salinas, CA 93901 | **Stanford Hospital and Clinics**<br>725 Welch Road<br>Palo Alto, CA 94304 |
| **Salud Para La Gente**<br>PO Box 1870<br>Watsonville, CA 95077-1870 | **State of California, California Emergency Medical Services Authority**<br>PO Box 138008<br>Sacramento, CA 95813 |
| **Salud Para La Gente Inc**<br>204 East Beach Street<br>Watsonville, CA 95076 | **Steve Clark & Associates, Inc**<br>950 Glenn Drive<br>Suite 250<br>Folsom, CA 95630 |
| **Steven Salyer**<br>75 Nielson St.<br>Watsonville, CA 95076 | |
| **Sanderling Renal Services-USA LLC**<br>45/65 Nielson Street<br>Watsonville, CA 95076 | |

| | |
|---|---|
| **Stretto**<br>410 Exchange<br>Suite 100<br>Irvine, CA 92602 | **The Permanente Medical Group, Inc**<br>1800 Harrison Street<br>Suite 2350<br>Oakland, CA 94612 |
| **Stretto**<br>410 Exchange<br>Suite 100<br>Irvine, CA 92602 | **The SSI Group LLC**<br>4721 Morrison Drive<br>Mobile, AL 36609 |
| **Stryker MAKO**<br>2825 Airview Blvd<br>Portage, MI 49002 | **The SSI Group, LLC**<br>4721 Morrison Drive<br>Mobile, AL 36609 |
| **Stryker Sales Corporation**<br>1941 Stryker Way<br>Portage, MI 49024 | **ThyssenKrupp Elevator Corporation**<br>2140 Zanker Rd<br>San Jose, CA 95133 |
| **Surgical Associates of Monterey Bay Corp**<br>3315 Mission Drive<br>Santa Cruz, CA 95065 | **Doug Tilley**<br>Singer Cashman LLP<br>505 Montgomery Street, Suite 1100<br>San Francisco, CA 94111 |
| **Surgical Associates of Monterey Bay Medical Corporation**<br>1668 Dominican Way<br>Santa Cruz, CA 95065 | **Times Publishing Group**<br>9601 Soquel Drive<br>Aptos, CA 95003 |
| **TERUMO CARDIOVASCULAR SYSTEMS**<br>6200 Jackson Road<br>Ann Harbor, MI 48103 | **Gary E Torrell**<br>Hooper, Lundy & Bookman, P.C.<br>1875 Century Park East, Suite 1600<br>Los Angeles, CA 90067 |
| **Team Health Medical Call Center**<br>1431 Centerpoint Blvd<br>Suite 110<br>Knoxville, TN 37932 | **Transwestern Insurance Administrators, Inc.**<br>955 N St.<br>Fresno, CA 93721 |
| **The Accountable Alliance, Inc.**<br>d/b/a USA Senior Care Network, Inc.<br>1250 South Capital of Texas Highway<br>Building 3, Suite 500<br>Austin, TX 78746 | **TriWest Healthcare Alliance**<br>PO Box 42049<br>Phoenix, AZ 85080-2049 |
| | **United HealthCare Insurance Company**<br>2300 Clayton Road<br>Suite 1000<br>Concord, CA 94520 |
| **The Forerunner Group LLC**<br>1150 First Ave<br>Suite 910<br>King of Prussia, PA 19406 | **UnitedHealth Military & Veterans Services, LLC**<br>2222 West Dunlap<br>Phoenix, AZ 85021 |
| **The Pajaronian**<br>21 Brennan St<br>#14<br>Watsonville, CA 95076 | **VRC Companies, LLC**<br>868 Mt. Moriah<br>Memphis, TN 38117 |

| | | |
|---|---|---|
| 1 | **VYAIRE MEDICAL INC**<br>29429 NETWORK PLACE<br>Chicago, IL 606731294 | 535 Auto Center Drive<br>Watsonville, CA 95076 |
| | | **Watsonville Post Acute Center**<br>535 Auto Center Drive<br>Watsonville, CA 95076 |
| | **Valley Convalescent Hospital**<br>919 Freedom Boulevard<br>Watsonville, CA 95076 | **Watsonville Square LLC**<br>1820 Main Street<br>Watsonville, CA 95076 |
| | **VelocityEHS**<br>222 Merchandise Mart Plaza<br>Suite 1750<br>Chicago, IL 60654 | **Western Alliance Equipment Finance, Inc.**<br>(assignee of GE HFS, LLC)<br>1 East Washington<br>Ste 1400<br>Phoenix, AZ 85004 |
| | **Verge Solutions LLC**<br>11 eWall Street<br>Mount Pleasant, SC 29464 | |
| | **Vision Service Plan**<br>3333 Quality Drive<br>Rancho Cordova, CA 95670 | **Western Growers Assurance Trust Fund**<br>17620 Fitch St<br>Irvine, CA 92614 |
| | **Matko Vranjes**<br>75 Nielson Street<br>Watsonville, CA 95076 | **David B. Willhoite**<br>California Nurses Association<br>Legal Department<br>155 Grand Avenue<br>Oakland, CA 94612 |
| | **WL GORE&ASSOCIATES INC**<br>960 W Elliot Rd<br>Ste 202<br>Tempe, AZ 85284 | **Wound Care Advantage LLC**<br>304 West Sierra Madre Blvd<br>Sierra Madre, CA 91024 |
| | **Watsonville Community Hospital**<br>(attn: Pajaro Valley Community Health Tr<br>75 Nielson Street<br>Watsonville, CA 95076 | **ZIMMER US INC**<br>345 E Main St<br>Warsaw, IN 46580 |
| | **Watsonville Hospital Federal Credit Union**<br>75 Nielson Street<br>Watsonville, CA 95076 | **Scott A. Zuber**<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>One Boland Drive<br>West Orange, NJ 07052 |
| | **Watsonville Nursing Center** | |