| | |
|---|---|
| 1 | Debra I. Grassgreen (CA Bar No. 169978) |
| 2 | Maxim B. Litvak (CA Bar No. 215852) |
|   | Steven W. Golden (admitted *pro hac vice*) |
| 3 | PACHULSKI STANG ZIEHL & JONES LLP |
|   | One Market Plaza, Spear Tower, 40th Floor |
| 4 | San Francisco, CA  94105-1020 |
|   | Telephone: 415.263.7000 |
| 5 | Facsimile: 415.263.7010 |
|   | E-mail: dgrassgreen@pszjlaw.com |
| 6 | mlitvak@pszjlaw.com |
|   | sgolden@pszjlaw.com |

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51477 |
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 |
| Debtors.[1] | **OMNIBUS NOTICE OF HEARING ON: (I) DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATE AND CONTINGENT EMPLOYEE AND RETIREE CLAIMS); (II) DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS); (III) DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS); AND (IV) DEBTORS' OBJECTION TO CLAIMS FILED BY DAVID J. OCHOA (CLAIM NOS. 327 AND 328)** |
| | **[RE DOCKET NOS. 573, 574, 575 AND 577]** |
| | Date: July 27, 2022 |
| | Time: 10:00 a.m. |
| | Place: United States Bankruptcy Court |
| | 280 South First Street |
| | Courtroom 11 |
| | San Jose, CA 95113-3099 |
| | Judge: Hon. M. Elaine Hammond |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on December 5, 2021 (the "Petition Date"), Watsonville Hospital Corporation ("WHC") and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Jose Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on June 21, 2022, the Debtors filed the below claim objections (collectively, the "Claim Objections"):

(a) *Debtors' First Omnibus Objection to Claims (Duplicate and Contingent Employee and Retiree Claims)* [Docket No. 573];

(b) *Debtors' Second Omnibus Objection to Claims (Misclassified Claims)* [Docket No. 574];

(c) *Debtors' Third Omnibus Objection to Claims (No Liability Claims)* [Docket No. 575]; and

(d) *Debtors' Objection to Claims Filed by David J. Ochoa (Claim Nos. 327 and 328)* [Docket No. 577].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Claim Objections will be conducted in person and via Zoom videoconference on July 27 2022 at 10:00 a.m. (Prevailing Pacific Time) (the "Hearing"), before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, 280 South First Street, San Jose, California 95113, Courtroom 11.

**PLEASE TAKE FURTHER NOTICE** that, the Hearing will be conducted in the presiding Judge's courtroom and will also be conducted by telephone or video. Parties may elect to appear in person or via Zoom videoconference. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that on June 14, 2022, the United States Bankruptcy Court for the Northern District of California, San Jose Division (the "Court") entered an order [Docket

No. 558] approving procedures for filing and resolving omnibus objections to claims asserted against the Debtors in these Chapter 11 Cases (the "Omnibus Claim Objection Procedures").

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Omnibus Objection filed with respect to the claim(s), you must file a response (each, a "Response") with the Court in accordance with the Omnibus Claim Objection Procedures and appear at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that any Response must be filed with the Court and served so as to be **actually received** by **July 22, 2022 at 5:00 p.m. (prevailing Pacific Time)** (the "Response Deadline") by the following parties (the "Notice Parties"): (a) the Debtors, c/o Force Ten Partners LLP, 5271 California Avenue, Suite 270, Irvine, CA 92617, Attn: Jeremy Rosenthal (jrosenthal@force10partners.com); and (b) (ii) counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, One Market Plaza, Spear Tower, 40th Floor, San Francisco, CA 94105, Attn: Debra Grassgreen (dgrassgreen@pszjlaw.com), Maxim Litvak (mlitvak@pszjlaw.com), and Steven Golden (sgolden@pszjlaw.com).

**Failure to timely file a Response by the Response Deadline and as otherwise set forth herein may result in the Court granting the Claim Objections without further notice or a hearing.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Claim Objections and Omnibus Claim Objection Procedures can be viewed or obtained by: (i) accessing the Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 280 South First Street, Room 3035, San Jose, CA 95113, or (iii) from the Debtors' proposed notice and claims agent, Stretto, at the case website of https://cases.stretto.com/WatsonvilleHospital, or toll free at: 1-877-476-4390 or submit an inquiry via email to TeamWatsonvilleHospital@stretto.com. Note that a PACER password is needed to access documents on the Court's website.

Dated: June 21, 2022      PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
    Debra I. Grassgreen
    Maxim B. Litvak
    Steven W. Golden

    Attorneys for Debtors and Debtors in Possession