Entered on Docket
June 28, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: June 28, 2022



_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER APPROVING FIRST INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 6, 2021 THROUGH MARCH 31, 2022**<br><br>**[Re Docket No. 486]**<br><br>Date: June 13, 2022<br>Time: 1:00 p.m.<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br>Judge: Hon. M. Elaine Hammond |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

Case: 21-51477    Doc# 585    Filed: 06/28/22    Entered: 06/28/22 09:02:27    Page 1 of 3

The Court having considered the *First Interim Application of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 6, 2021 through March 31, 2022* [Docket No. 486] and the *Supplemental Declaration of Debra I. Grassgreen in Support of First Interim Application of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 6, 2021 through March 31, 2022* [Docket No. 537] (together, the "Application")[2] filed by Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel for the Debtors, the *United States Trustee's Omnibus Reservation of Rights with Respect to First Interim Fee Applications* [Docket No. 528], and the other records and pleadings filed in the above-captioned chapter 11 cases; and having found that notice of and opportunity for a hearing on the Application was duly given and that such notice was appropriate and sufficient under the particular circumstances, that the fees and expenses requested in the Application, as amended, are reasonable and have been earned, and that good cause exists for interim approval of the fees and expenses requested by PSZJ in the Application.

**IT IS HEREBY ORDERED:**

1. The Application is APPROVED.

2. PSZJ is hereby awarded interim compensation for professional services rendered during the Application Period of December 6, 2021 through March 31, 2022, in the aggregate amount **$1,271,898.33** inclusive of all fees and costs, consisting of **$1,265,726.00** of fees (net of reduction) and **$6,172.33** of expenses.

// END OF ORDER //

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

COURT SERVICE LIST

ECF Participants