

1  AN NGUYEN RUDA (SBN 215453)
   *aruda@bzbm.com*

2  KERRY L. DUFFY (SBN 233160)
   *kduffy@bzbm.com*

The following constitutes the order of the Court.
Signed: June 28, 2022

3  BARTKO ZANKEL BUNZEL & MILLER

4  A Professional Law Corporation
One Embarcadero Center, Suite 800

5  San Francisco, California 94111
Telephone: (415) 956-1900

6  Facsimile: (415) 956-1152

*M. Elaine Hammond*

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

7  *Special Labor and Employment Counsel*
*to Debtors*

8

9

10              **UNITED STATES BANKRUPTCY COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12              **SAN JOSE DIVISION**

13  In re:

14  WATSONVILLE HOSPITAL
CORPORATION, *et al.*,

15           Debtors.[1]

16

17

18

19

20

21

22

23

24

25

26

Case No. 21-51477

Chapter 11
(Jointly Administered)

**ORDER APPROVING FIRST INTERIM
APPLICATION OF BARTKO ZANKEL
BUNZEL & MILLER, AS SPECIAL
LABOR AND EMPLOYMENT COUNSEL
FOR THE DEBTORS, FOR ALLOWANCE
AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF DECEMBER 6,
2021 THROUGH MARCH 31, 2022**

**[Re Docket No. 516]**

Date:    June 13, 2022
Time:   1:00 p.m.
Place:   United States Bankruptcy Court
       280 South First Street
       Courtroom 11
       San Jose, CA 95113-3099
Judge:  Hon. M. Elaine Hammond

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

The Court having considered the *First Interim Application of Bartko Zankel Bunzel &* *Miller, as Special Labor Counsel for the Debtors, for Allowance and Payment of* *Compensation and Reimbursement of Expenses for the Period December 6, 2021 through March* *31, 2022* [Docket No. 516] and the *Supplemental Declaration of Ann Nguyen Ruda in Support of* *First Interim Application of Bartko Zankel Bunzel & Miller, as Special Labor Counsel for the* *Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses for the* *Period December 6, 2021 through March 31, 2022* [Docket No. 548] (together, the "Application")[2] filed by Bartko Zankel Bunzel & Miller ("Bartko"), counsel for the Debtors, the *United States* *Trustee's Omnibus Reservation of Rights with Respect to First Interim Fee Applications* [Docket No. 528], and the other records and pleadings filed in the above-captioned chapter 11 cases; and having found that notice of and opportunity for a hearing on the Application was duly given and that such notice was appropriate and sufficient under the particular circumstances, that the fees and expenses requested in the Application, as amended, are reasonable and have been earned, and that good cause exists for interim approval of the fees and expenses requested by PSZJ in the Application.

**IT IS HEREBY ORDERED:**

1.      The Application is APPROVED.

2.      Bartko is hereby awarded interim compensation for professional services rendered during the Application Period of December 6, 2021 through March 31, 2022, in the aggregate amount **$156,321.96** inclusive of all fees and costs, consisting of **$151,024.75** of fees (net of reduction) and **$5,297.21** of expenses.

// END OF ORDER //

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

COURT SERVICE LIST

ECF Participants