

1  Tamar Terzian
   tamar@terzlaw.com
2  1122 E. Green Street
   Pasadena, Ca 91106
3  Tel: (818) 242-1100
4  Fax: (818) 242-1012

5  *Patient Care Ombudsman*

**The following constitutes the order of the Court.
Signed: June 29, 2022**

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re:

WATSONVILLE HOSPITAL CORPORATION, *et al.*,

Debtors.[1]

Case No. 21-51477 (MEH)

Chapter 11
(Jointly Administered)

**ORDER APPROVING FIRST INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PATIENT CARE OMBUDSMAN**

Date:  June 13, 2022
Time:  1:00 p.m.
Place: United States Bankruptcy Court
       280 South First Street
       Courtroom 11
       San Jose, CA 95113-3099
Judge: Hon. M. Elaine Hammond

Upon consideration of the interim application of Tamar Terzian in her capacity as the Patient Care Ombudsman ("Application")(Docket No. 478) for allowance of compensation and reimbursement of expenses and costs; and it appearing to the Court that the relief requested in the Application is in the best interests of the Debtors' estates, its creditors and other parties-in-interest; and the Court having jurisdiction to consider the Application and the relief requested therein; and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

adequate and appropriate notice of the Application having been given; and after due deliberation and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The PCO Application is approved on an interim basis in the amount of $38,518.80 for fees and $8,537.73 for expenses, for a total of $47,056.53.

2. The Debtors are authorized and directed to make payment to Tamar Terzian for the outstanding fees and expenses approved herein. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

/// END OF ORDER ///

## COURT SERVICE LIST

ECF Participants