Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone:    415.263.7000
Facsimile:    415.263.7010
E-mail:       dgrassgreen@pszjlaw.com
              mlitvak@pszjlaw.com
              sgolden@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**SIXTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPESNES FOR THE PERIOD OF MAY 1, 2022 THROUGH MAY 31, 2022**<br><br>Judge:   Hon. M. Elaine Hammond<br><br>**Objection Deadline:  July 14, 2022**<br>**4:00 p.m. (Pacific Time)**<br><br>[No Hearing Requested] |

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | December 5, 2021 by Order entered January 7, 2022 [Dkt No. 179] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2022 – May 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $140,566.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $547.47 |

On December 17, 2021, Watsonville Hospital Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed the *Debtors' Application for the Entry of an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Attorneys for the Debtors Effective as of the Petition Date* [Docket No. 70] (the "Retention Application"). The Retention Application was granted on January 7, 2022 by this Court's *Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Attorneys for the Debtors Effective as of the Petition Date* [Docket No. 179]. Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or "Applicant"), as counsel to the Debtors hereby submits its sixth monthly fee statement (the "Monthly Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2022 through and including May 31, 2022 (the "Fee Period") pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order")[2].

By this Monthly Fee Statement, PSZ&J seeks (i) a monthly interim allowance of compensation in the amount of **$140,566.00** and actual and necessary expenses in the amount of $547.47 for a total allowance of **$141,113.47** and (ii) payment of **$112,452.80** (80% of the allowed fees pursuant to the Compensation Procedures Order) and reimbursement of $547.47 (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of **$113,000.27** for the Fee Period.

Annexed as **Exhibit 1** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Monthly Fee

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

Statement and the hourly rate and total fees for each professional from May 1, 2022 through and including May 31, 2022.

Attached as **Exhibit 2** is a summary of hours by category during the Fee Period by category from May 1, 2022 through and including May 31, 2022.

Attached as **Exhibit 3** is a summary of expenses included in this Monthly Fee Statement from May 1, 2022 through and including May 31, 2022.

Attached as **Exhibit 4** are the detailed time entries from May 1, 2022 through and including May 31, 2022.

In accordance with the Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on the affected Retained Professional and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement.

If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: June 30, 2022              PACHULSKI STANG ZIEHL & JONES LLP


By: */s/ Debra I. Grassgreen*
    Debra I. Grassgreen
    Maxim B. Litvak
    Steven W. Golden

    Attorneys for Debtors and Debtors in Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

## EXHIBIT 1

### COMPENSATION BY PROFESSIONAL
### MAY 1, 2022 – MAY 31, 2022

| NAME OF PROFESSIONAL INDIVIDUAL | POSITION OF THE APPLICANT, YEAR OF OBTAINING LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Debra I. Grassgreen | Partner; 1992 | $1,425.00 | 27.20 | $38,760.00 |
| Henry C. Kevane | Partner; 1986 | $1,425.00 | 24.10 | $34,342.50 |
| Maxim B. Litvak | Partner; 1997 | $1,275.00 | 12.30 | $15,682.50 |
| Ben L. Wallen | Associate; 2016 | $825.00 | 2.60 | $ 2,145.00 |
| Steven W. Golden | Associate; 2014 | $775.00 | 51.40 | $39,835.00 |
| Patricia J. Jeffries | Paralegal; N/A | $495.00 | 19.80 | $ 9,801.00 |
| Ben L. Wallen | Associate; 2016 | $0.00 | 3.50 | $ 0.00 |
| Debra I. Grassgreen | Partner; 1992 | $0.00 | 1.00 | $ 0.00 |
| Maxim B. Litvak | Partner; 1997 | $0.00 | .30 | $ 0.00 |
| Patricia J. Jeffries | Paralegal; N/A | $0.00 | 3.40 | $ 0.00 |
| Steven W. Golden | Associate; 2014 | $0.00 | 0.60 | $ 0.00 |
| **TOTALS** | | | **146.20** | **$140,566.00** |

**EXHIBIT 2**

**COMPENSATION BY CATEGORY**
**MAY 1, 2022 – MAY 31, 2022**

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Disposition | 11.40 | $14,685.00 |
| Bankruptcy Litigation | 2.40 | $ 2,625.00 |
| Case Administration | 2.60 | $ 2,388.00 |
| Claims Administration / Objections | 13.70 | $11,885.50 |
| Compensation Professionals | 21.80 | $ 9,414.50 |
| Corporate Governance / Board Matters | 10.20 | $ 9,760.00 |
| Employee Benefits / Pension | 0.90 | $    697.50 |
| Executory Contracts | 10.90 | $14,752.50 |
| Financial Filings | 1.60 | $ 2,001.00 |
| Financing | 5.70 | $ 7,512.50 |
| General Creditors' Committee | 1.00 | $    775.00 |
| Insurance Issues | 3.10 | $ 4,357.50 |
| Operations | 0.70 | $    622.50 |
| Plan and Disclosure Statement | 55.90 | $58,543.50 |
| Stay Litigation | 0.30 | $    148.50 |
| Tax Issues | 0.50 | $    397.50 |
| **TOTAL** | **142.70** | **$140,566.00** |

# EXHIBIT 3

## EXPENSES BY CATEGORY
## MAY 1, 2022 – MAY 31, 2022

| COSTS/EXPENSE | AMOUNT BILLED |
|---|---|
| Lexis/Nexis – Legal Research | $355.17 |
| Outside Services – Everlaw eDiscovery Database | $ 62.50 |
| Pacer – Court Research | $ 39.20 |
| Reproduction / Scan Copy | $ 15.90 |
| Transcript | $ 74.70 |
| **TOTAL** | **$ 547.47** |

# EXHIBIT 4

### TIME DETAIL ENTRIES
### MAY 1, 2022 – MAY 31, 2022

# Pachulski Stang Ziehl & Jones LLP

One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020

Rosenthal, Jeremy / Williams Frank
Watsonville Hospital Corp.

May 31, 2022
Invoice  130300
Client   92381
Matter   00002
**DG**

RE:  Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  05/31/2022**

| | |
|---|---|
| FEES | $140,566.00 |
| EXPENSES | $547.47 |
| **TOTAL CURRENT CHARGES** | **$141,113.47** |
| **BALANCE FORWARD** | **$402,494.69** |
| **TOTAL BALANCE DUE** | **$543,608.16** |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:     2
Invoice 130300
May 31, 2022

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BLW | Wallen , Ben L | Associate | 0.00 | 3.50 | $0.00 |
| BLW | Wallen , Ben L | Associate | 825.00 | 2.60 | $2,145.00 |
| DG | Grassgreen, Debra I. | Partner | 0.00 | 1.00 | $0.00 |
| DG | Grassgreen, Debra I. | Partner | 1425.00 | 27.20 | $38,760.00 |
| HCK | Kevane, Henry C. | Partner | 1425.00 | 24.10 | $34,342.50 |
| MBL | Litvak, Maxim B. | Partner | 0.00 | 0.30 | $0.00 |
| MBL | Litvak, Maxim B. | Partner | 1275.00 | 12.30 | $15,682.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 0.00 | 3.40 | $0.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 495.00 | 19.80 | $9,801.00 |
| SWG | Golden, Steven W. | Associate | 0.00 | 0.60 | $0.00 |
| SWG | Golden, Steven W. | Associate | 775.00 | 51.40 | $39,835.00 |
| | | | | 146.20 | $140,566.00 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:     3
Invoice 130300
May 31, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 11.40 | $14,685.00 |
| BL | Bankruptcy Litigation [L430] | 2.40 | $2,625.00 |
| CA | Case Administration [B110] | 2.60 | $2,388.00 |
| CG | Corporate Governance/Board Mtr | 10.20 | $9,760.00 |
| CO | Claims Admin/Objections[B310] | 13.70 | $11,885.50 |
| CP | Compensation Prof. [B160] | 21.80 | $9,414.50 |
| EB | Employee Benefit/Pension-B220 | 0.90 | $697.50 |
| EC | Executory Contracts [B185] | 10.90 | $14,752.50 |
| FF | Financial Filings [B110] | 1.60 | $2,001.00 |
| FN | Financing [B230] | 5.70 | $7,512.50 |
| GC | General Creditors Comm. [B150] | 1.00 | $775.00 |
| II | Insurance Issues | 3.10 | $4,357.50 |
| OP | Operations [B210] | 0.70 | $622.50 |
| PD | Plan & Disclosure Stmt. [B320] | 55.90 | $58,543.50 |
| SL | Stay Litigation [B140] | 0.30 | $148.50 |
| TI | Tax Issues [B240] | 0.50 | $397.50 |
| | | 146.20 | $140,566.00 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381   -00002

Page:     4
Invoice 130300
May 31, 2022

## Summary of Expenses

| Description | Amount |
| --- | ---: |
| Lexis/Nexis- Legal Research [E | $355.17 |
| Outside Services | $62.50 |
| Pacer - Court Research | $39.20 |
| Reproduction/ Scan Copy | $15.90 |
| Transcript [E116] | $74.70 |
| | $547.47 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:     5
Invoice 130300
May 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Disposition [B130]

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/03/2022 | DG | AD | Review summary of APA provisions from S. Golden | 0.30 | 1425.00 | $427.50 |
| 05/03/2022 | SWG | AD | Draft and send email to J. Rosenthal re: provisions of APA | 0.70 | 775.00 | $542.50 |
| 05/04/2022 | HCK | AD | Conference call with C. Montalvo, J. Rosenthal & S. Golden re Project closing preparation. | 0.50 | 1425.00 | $712.50 |
| 05/04/2022 | HCK | AD | Review Project APA and contract notices re private payor agreements for assignment. | 0.40 | 1425.00 | $570.00 |
| 05/05/2022 | HCK | AD | Further research re CHOW and CBOP license transfers. | 0.70 | 1425.00 | $997.50 |
| 05/09/2022 | SWG | AD | Begin drafting Seller closing checklist | 0.30 | 775.00 | $232.50 |
| 05/10/2022 | HCK | AD | Review APA and other closing preparation memos (.3);and outline open items for tomorrow's call (.3). | 0.60 | 1425.00 | $855.00 |
| 05/11/2022 | HCK | AD | Memos to / from J. Doolittle and S. Golden re Project closing preparation. | 0.20 | 1425.00 | $285.00 |
| 05/12/2022 | HCK | AD | Conference call with Project counsel re closing preparation. | 0.30 | 1425.00 | $427.50 |
| 05/12/2022 | SWG | AD | Weekly call with Project re: closing matters | 0.30 | 775.00 | $232.50 |
| 05/13/2022 | DG | AD | Review email and attached summary of governors budget from Janelle Blanco (.7) and J. Rosenthal email re: same (.1) | 0.80 | 1425.00 | $1,140.00 |
| 05/17/2022 | HCK | AD | Work on Project APA closing preparation (.2); and review notes / files for tomorrow's call (.2). | 0.40 | 1425.00 | $570.00 |
| 05/17/2022 | HCK | AD | Review files / Verity forms re license and provider number transfers. | 0.80 | 1425.00 | $1,140.00 |
| 05/18/2022 | HCK | AD | All-hands call with Project, J. Rosenthal and S. Golden re closing tasks and deadlines. | 0.50 | 1425.00 | $712.50 |
| 05/18/2022 | HCK | AD | Review private payor assumption / rejection stipulations for use with Project closing. | 0.70 | 1425.00 | $997.50 |
| 05/18/2022 | SWG | AD | Weekly touch point call with the Buyer | 0.50 | 775.00 | $387.50 |
| 05/23/2022 | HCK | AD | Follow-up with S. Golden re closing checklist. | 0.10 | 1425.00 | $142.50 |
| 05/24/2022 | HCK | AD | Memos to / from J. Rosenthal et al. re Project fundraising and closing target. | 0.20 | 1425.00 | $285.00 |
| 05/26/2022 | HCK | AD | Memos to / from M. Litvak re Project closing | 0.20 | 1425.00 | $285.00 |

Pachulski Stang Ziehl & Jones LLP

Watsonville Hospital Corp.

92381   -00002

Page:    6

Invoice 130300

May 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | updates and extension funding. | | | |
| 05/26/2022 | HCK | AD | Memo to J. Doolittle and A. Briskin re treatment of private payor agreements(1.); and follow-up re draft stipulations (.3). | 1.30 | 1425.00 | $1,852.50 |
| 05/27/2022 | HCK | AD | Follow-up with J. Doolittle re private payor stipulations. | 0.10 | 1425.00 | $142.50 |
| 05/27/2022 | HCK | AD | Review Project extension letter. | 0.10 | 1425.00 | $142.50 |
| 05/27/2022 | HCK | AD | All-hands conference call with J. Rosenthal, S. Golden, C. Montalvo and J. Doolittle re Project closing. | 0.60 | 1425.00 | $855.00 |
| 05/27/2022 | HCK | AD | Further review J. Doolittle draft of Project APA closing checklist. | 0.20 | 1425.00 | $285.00 |
| 05/27/2022 | SWG | AD | Participate in weekly closing call with Buyer | 0.60 | 775.00 | $465.00 |
| | | | | **11.40** | | **$14,685.00** |

## Bankruptcy Litigation [L430]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/2022 | BLW | BL | Correspondence from class counsel re: potential estate anti-trust claims. | 0.10 | 825.00 | $82.50 |
| 05/09/2022 | BLW | BL | Call from potential class counsel re: potential existence of estate anti-trust claims against third party. | 0.50 | 825.00 | $412.50 |
| 05/09/2022 | MBL | BL | Review correspondence from A. Bailey re hospital class action. | 0.10 | 1275.00 | $127.50 |
| 05/12/2022 | DG | BL | Review documents and summary of hospital bed litigation claims | 1.00 | 1425.00 | $1,425.00 |
| 05/25/2022 | BLW | BL | Correspond with Plaintiff's attorney correspondence re: potential hospital bed litigation claims. | 0.30 | 825.00 | $247.50 |
| 05/31/2022 | BLW | BL | Call with Force 10 re: CA compensation board notice of motion. | 0.10 | 825.00 | $82.50 |
| 05/31/2022 | BLW | BL | Correspond with Mr. Golden and Ms. Ruda re: CA compensation board notice of motion. | 0.20 | 825.00 | $165.00 |
| 05/31/2022 | BLW | BL | Review CA. compensation board notice of motion. | 0.10 | 825.00 | $82.50 |
| | | | | **2.40** | | **$2,625.00** |

## Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/03/2022 | PJJ | CA | Update critical dates memo, calendar entries & | 0.20 | 495.00 | $99.00 |

Pachulski Stang Ziehl & Jones LLP

Watsonville Hospital Corp.

92381    -00002

Page:     7

Invoice 130300

May 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | reminders. | | | |
| 05/09/2022 | DG | CA | Review critical dates | 0.30 | 1425.00 | $427.50 |
| 05/09/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 05/10/2022 | HCK | CA | Review accumulated paperflow. | 0.20 | 1425.00 | $285.00 |
| 05/12/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 05/13/2022 | HCK | CA | Review paperflow this week. | 0.10 | 1425.00 | $142.50 |
| 05/17/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.30 | 495.00 | $148.50 |
| 05/17/2022 | PJJ | CA | Prepare notice of cancellation of 5/25 hearing (.2) and file (.1). | 0.30 | 495.00 | $148.50 |
| 05/23/2022 | HCK | CA | Review accumulated paperflow over past week. | 0.30 | 1425.00 | $427.50 |
| 05/25/2022 | DG | CA | Review critical dates memorandum | 0.20 | 1425.00 | $285.00 |
| 05/25/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 05/31/2022 | MBL | CA | Emails with team and client re misc. pending case administration issues. | 0.10 | 1275.00 | $127.50 |
| | | | | **2.60** | | **$2,388.00** |

## Corporate Governance/Board Mtr

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2022 | DG | CG | Participate in Board call | 0.80 | 1425.00 | $1,140.00 |
| 05/02/2022 | SWG | CG | Participate in Board call. | 0.80 | 775.00 | $620.00 |
| 05/03/2022 | SWG | CG | Research for and begin drafting letter to Debtors' officers | 2.50 | 775.00 | $1,937.50 |
| 05/05/2022 | SWG | CG | Continue drafting letter to officers | 0.90 | 775.00 | $697.50 |
| 05/16/2022 | SWG | CG | Attend to corporate governance matters re: corporate officers | 0.60 | 775.00 | $465.00 |
| 05/18/2022 | SWG | CG | Research re: corporate governance matters | 0.50 | 775.00 | $387.50 |
| 05/19/2022 | DG | CG | Review presentation regarding corporate governance matters. | 0.40 | 1425.00 | $570.00 |
| 05/19/2022 | SWG | CG | Update presentation to executive officers. | 0.90 | 775.00 | $697.50 |
| 05/19/2022 | MBL | CG | Review and comment on presentation re: corporate | 0.30 | 1275.00 | $382.50 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:      8
Invoice 130300
May 31, 2022

|            |     |    |                                                                            | Hours | Rate    | Amount     |
|------------|-----|----|----------------------------------------------------------------------------|-------|---------|------------|
|            |     |    | governance matters.                                                        |       |         |            |
| 05/20/2022 | DG  | CG | Review officer memo and provide comments to S. Golden                       | 0.50  | 1425.00 | $712.50    |
| 05/23/2022 | SWG | CG | Attend Board meeting (partial)                                              | 0.50  | 775.00  | $387.50    |
| 05/23/2022 | MBL | CG | Attend board call (0.7); draft board minutes and coordinate with client re same (0.3). | 1.00  | 1275.00 | $1,275.00  |
| 05/24/2022 | SWG | CG | Finalize prior Board meeting minutes.                                       | 0.30  | 775.00  | $232.50    |
| 05/24/2022 | MBL | CG | Coordinate with board and client re board minutes; review board minutes.    | 0.20  | 1275.00 | $255.00    |
|            |     |    |                                                                            | 10.20 |         | $9,760.00  |

## Claims Admin/Objections[B310]

|            |     |    |                                                                            | Hours | Rate    | Amount     |
|------------|-----|----|----------------------------------------------------------------------------|-------|---------|------------|
| 05/02/2022 | DG  | CO | Review claims objection procedures motion                                  | 0.70  | 1425.00 | $997.50    |
| 05/06/2022 | BLW | CO | Call with California OSHA re: pre-petition demand and governmental unit bar date. | 0.20  | 825.00  | $165.00    |
| 05/09/2022 | BLW | CO | Call with Cal. OSHA re: filing POC.                                         | 0.10  | 825.00  | $82.50     |
| 05/12/2022 | SWG | CO | Update omnibus claims objection procedures per comments from Committee      | 0.40  | 775.00  | $310.00    |
| 05/13/2022 | BLW | CO | Correspond re: Hill-Rom claims.                                             | 0.20  | 825.00  | $165.00    |
| 05/13/2022 | SWG | CO | Begin drafting first omnibus claim objection                               | 1.10  | 775.00  | $852.50    |
| 05/16/2022 | HCK | CO | Review omnibus claim objection procedures.                                 | 0.20  | 1425.00 | $285.00    |
| 05/16/2022 | PJJ | CO | Draft notice of hearing on clams procedures motion.                        | 0.30  | 495.00  | $148.50    |
| 05/16/2022 | SWG | CO | Finalize claim objection procedures motion                                 | 0.20  | 775.00  | $155.00    |
| 05/16/2022 | PJJ | CO | Prepare for and file claims objection procedures motion.                   | 0.30  | 495.00  | $148.50    |
| 05/17/2022 | PJJ | CO | Prepare amended Notice of Hearing regarding claims procedures motion (.2) and file (.1). | 0.30  | 495.00  | $148.50    |
| 05/18/2022 | SWG | CO | Call with R. Albarano re: omnibus claims objection                         | 0.80  | 775.00  | $620.00    |
| 05/19/2022 | SWG | CO | Review claims for omnibus objection                                        | 1.10  | 775.00  | $852.50    |
| 05/23/2022 | SWG | CO | Continue drafting omnibus claims objections                                | 2.00  | 775.00  | $1,550.00  |
| 05/24/2022 | DG  | CO | Analyze data and legal authorities re: claims                              | 1.40  | 1425.00 | $1,995.00  |
| 05/25/2022 | SWG | CO | Discussion with P. Jasper re: omnibus claims                               | 1.00  | 775.00  | $775.00    |

Pachulski Stang Ziehl & Jones LLP

Watsonville Hospital Corp.

92381    -00002

Page:    9

Invoice 130300

May 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | objection motion (.5) and plan issues (.5) | | | |
| 05/25/2022 | SWG | CO | Receive and review email from UST re: comments to Omnibus Claims Objection Procedures (.2); research re: issues raised in same (.6) | 0.80 | 775.00 | $620.00 |
| 05/31/2022 | SWG | CO | Edit omnibus claim objection order, procedures, and exhibits per comments from parties. | 0.60 | 775.00 | $465.00 |
| 05/31/2022 | SWG | CO | Continue drafting omnibus claims objections | 2.00 | 775.00 | $1,550.00 |
| | | | | 13.70 | | $11,885.50 |

## Compensation Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/03/2022 | PJJ | CP | Work on 1st interim fee application. | 1.00 | 495.00 | $495.00 |
| 05/04/2022 | PJJ | CP | Work on 1st fee application. | 0.80 | 495.00 | $396.00 |
| 05/05/2022 | PJJ | CP | Work on fee application. | 6.00 | 495.00 | $2,970.00 |
| 05/06/2022 | SWG | CP | Review and edit PSZJ's First Interim Fee Statement. | 0.20 | 775.00 | $155.00 |
| 05/09/2022 | PJJ | CP | Review/revise 1st interim fee application. | 0.40 | 495.00 | $198.00 |
| 05/09/2022 | PJJ | CP | Telephone conference with Perkins Coie regarding interim fee application. | 0.20 | 495.00 | $99.00 |
| 05/09/2022 | SWG | CP | Review and edit First Interim Fee Application | 0.20 | 775.00 | $155.00 |
| 05/10/2022 | PJJ | CP | Email from/to Debra Grassgreen regarding holdbacks. | 0.20 | 495.00 | $99.00 |
| 05/11/2022 | PJJ | CP | Email to BZBM regarding interim fee applications. | 0.20 | 495.00 | $99.00 |
| 05/12/2022 | PJJ | CP | Prepare and file Certificate of No Objection regarding March fees. | 0.30 | 495.00 | $148.50 |
| 05/12/2022 | PJJ | CP | Emails from/to BZBM regarding interim fee application procedures. | 0.20 | 495.00 | $99.00 |
| 05/16/2022 | DG | CP | Review fee application | 1.10 | 1425.00 | $1,567.50 |
| 05/16/2022 | PJJ | CP | Prepare for and file interim fee application. | 0.90 | 495.00 | $445.50 |
| 05/16/2022 | PJJ | CP | Draft Declaration in support of 1st fee application. | 0.30 | 495.00 | $148.50 |
| 05/16/2022 | PJJ | CP | Draft notice of hearing on 1st interim fee application. | 0.30 | 495.00 | $148.50 |
| 05/16/2022 | PJJ | CP | Prepare and file notice of hearing on Sills Cummis 1st fee application. | 0.30 | 495.00 | $148.50 |
| 05/16/2022 | PJJ | CP | Prepare and file notice of hearing on Perkins Coie | 0.30 | 495.00 | $148.50 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    10
Invoice 130300
May 31, 2022

|            |     |    |                                                                                                                     | Hours | Rate   | Amount   |
|------------|-----|----|---------------------------------------------------------------------------------------------------------------------|-------|--------|----------|
|            |     |    | 1st fee application.                                                                                                 |       |        |          |
| 05/16/2022 | PJJ | CP | Process professional fee payments.                                                                                  | 0.20  | 495.00 | $99.00   |
| 05/16/2022 | SWG | CP | Review first interim fee application                                                                                 | 0.20  | 775.00 | $155.00  |
| 05/17/2022 | PJJ | CP | Review/revise Force 10 monthly fee statement (.2); prepare for and file same (.2).                                   | 0.40  | 495.00 | $198.00  |
| 05/17/2022 | PJJ | CP | Prepare amended Notice of Hearing regarding interim fee applications (.3); file same (.1).                           | 0.40  | 495.00 | $198.00  |
| 05/18/2022 | PJJ | CP | Prepare 2nd amended Notice of Hearing on fee applications (.2) and file (.1).                                        | 0.30  | 495.00 | $148.50  |
| 05/19/2022 | PJJ | CP | Review BZBM interim fee application.                                                                                 | 0.30  | 495.00 | $148.50  |
| 05/19/2022 | PJJ | CP | Prepare Notice of Hearing on BZBM interim fee application.                                                           | 0.30  | 495.00 | $148.50  |
| 05/20/2022 | PJJ | CP | Prepare and file Notice of Hearing on BZBM fee application.                                                          | 0.30  | 495.00 | $148.50  |
| 05/20/2022 | SWG | CP | Review April fee sstatement.                                                                                         | 0.20  | 775.00 | $155.00  |
| 05/24/2022 | PJJ | CP | Prepare monthly fee statement.                                                                                       | 0.60  | 495.00 | $297.00  |
| 05/24/2022 | PJJ | CP | Prepare for and file monthly fee statement.                                                                          | 0.30  | 495.00 | $148.50  |
| 05/25/2022 | PJJ | CP | Review UST comments to 1st interim fee application (.2); email Steven W. Golden regarding same (.1). (NO CHARGE)     | 0.30  | 0.00   | $0.00    |
| 05/25/2022 | PJJ | CP | Telephone conference with K. Duffy regarding UST comments to BZBM interim fee application (no charge) (.4); email to Kerry regarding same (.1). | 0.10  | 495.00 | $49.50   |
| 05/25/2022 | MBL | CP | Review UST comments to PSZJ first quarterly fee app.  (NO CHARGE)                                                    | 0.10  | 0.00   | $0.00    |
| 05/26/2022 | PJJ | CP | Prepare initial responses to UST comments to interim fee application (NO CHARGE).                                    | 0.80  | 0.00   | $0.00    |
| 05/26/2022 | SWG | CP | Begin drafting response to UST's informal objection to PSZJ fees (NO CHARGE)                                         | 0.40  | 0.00   | $0.00    |
| 05/27/2022 | PJJ | CP | Review UST comments to first interim fee application  and prepare responses thereto (1.0); email to B. Wallen re additional responses (.2) [NO CHARGE] | 1.20  | 0.00   | $0.00    |
| 05/31/2022 | DG  | CP | Review UST comments on fees; review fee application; confer with S. Golden and have call with UST (NO CHARGE)        | 1.00  | 0.00   | $0.00    |

Pachulski Stang Ziehl & Jones LLP

Watsonville Hospital Corp.

92381    -00002

Page:    11

Invoice 130300

May 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/31/2022 | PJJ | CP | Update response chart to UST fee objection [NO CHARGE]. | 0.70 | 0.00 | $0.00 |
| 05/31/2022 | PJJ | CP | Conference call with UST, D. Grassgreen and S. Golden re fee objection resolution (.2); follow up call with S. Golden (.2). [NO CHARGE] | 0.40 | 0.00 | $0.00 |
| 05/31/2022 | MBL | CP | Review response to UST fee issues (NO CHARGE). | 0.20 | 0.00 | $0.00 |
| 05/31/2022 | SWG | CP | Call with UST re: PSZJ Interim Fee App  (NO CHARGE) | 0.20 | 0.00 | $0.00 |
| | | | | 21.80 | | $9,414.50 |

## Employee Benefit/Pension-B220

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/16/2022 | SWG | EB | Call with A. Ruda re: employee matters | 0.40 | 775.00 | $310.00 |
| 05/31/2022 | SWG | EB | Participate in call with A. Ruda, J. Rosenthal, and R. Albarano re: employee matters | 0.50 | 775.00 | $387.50 |
| | | | | 0.90 | | $697.50 |

## Executory Contracts [B185]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2022 | DG | EC | Review cardinal stipulation (.2) and email from Committee counsel re: same (.1) | 0.30 | 1425.00 | $427.50 |
| 05/02/2022 | HCK | EC | Review / update Medicare / Medi-Cal assignment stipulations. | 0.30 | 1425.00 | $427.50 |
| 05/03/2022 | HCK | EC | Memos to / from J. Doolittle re DHCS cure components (.4); and review memos from A. Gunn (.2). | 0.60 | 1425.00 | $855.00 |
| 05/03/2022 | HCK | EC | Prepare for tomorrow's call with M. Pyle (CMS) re Medicare and review notes. | 0.50 | 1425.00 | $712.50 |
| 05/04/2022 | HCK | EC | Review CMS files re cure components. | 0.30 | 1425.00 | $427.50 |
| 05/04/2022 | HCK | EC | Conference call with M. Pyle and J. Doolittle re CMS / RAC claim and cure stipulation. | 0.50 | 1425.00 | $712.50 |
| 05/05/2022 | HCK | EC | Various follow-up re Medicare / Medi-Cal assignment (.2); stipulations and update cure categories (.2). | 0.40 | 1425.00 | $570.00 |
| 05/05/2022 | SWG | EC | Participate in weekly contract catch-up call | 0.50 | 775.00 | $387.50 |
| 05/10/2022 | HCK | EC | Further edit / update government provider agreement (.5); stipulations and review CMS / DHCS files (.2). | 0.70 | 1425.00 | $997.50 |

Pachulski Stang Ziehl & Jones LLP

Watsonville Hospital Corp.

92381    -00002

Page:    12

Invoice 130300

May 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/11/2022 | HCK | EC | Follow-up with M. Pyle re CMS letter to hospital. | 0.10 | 1425.00 | $142.50 |
| 05/11/2022 | HCK | EC | Further work on government provider agreement / CHOW process (.3) and review files (.3). | 0.60 | 1425.00 | $855.00 |
| 05/12/2022 | HCK | EC | Review CHP agreement re Medicare professional charges. | 0.50 | 1425.00 | $712.50 |
| 05/13/2022 | HCK | EC | Further review CHP contract re Medicare / Medi-Cal OP recoupment. | 0.50 | 1425.00 | $712.50 |
| 05/17/2022 | HCK | EC | Review Medicare / MediCal notes and cure updates. | 0.10 | 1425.00 | $142.50 |
| 05/18/2022 | HCK | EC | Review files re forms of payor stipulations. | 0.20 | 1425.00 | $285.00 |
| 05/19/2022 | SWG | EC | Call with counsel to MPT and Colin Construction re: mechanic's lien and contract | 0.70 | 775.00 | $542.50 |
| 05/23/2022 | HCK | EC | Further review APA schedules re stipulations and claims. | 0.80 | 1425.00 | $1,140.00 |
| 05/25/2022 | HCK | EC | Follow-up re treatment of private payor agreements (.3); and review APA re rejection / assignment (.3). | 0.60 | 1425.00 | $855.00 |
| 05/27/2022 | HCK | EC | Memos to / from M. Pyle and J. Doolittle re CMS OP letter and research review rights. | 0.80 | 1425.00 | $1,140.00 |
| 05/27/2022 | HCK | EC | Memos to / from J. Rosenthal et al. re CMS OP letter and redetermination deadlines. | 0.60 | 1425.00 | $855.00 |
| 05/27/2022 | HCK | EC | Memos to / from N. Marsden re CMS review / redetermination. | 0.50 | 1425.00 | $712.50 |
| 05/31/2022 | HCK | EC | Follow-up with N. Marsden and telephone call with Ms. Marsden re CMS redetermination. | 0.60 | 1425.00 | $855.00 |
| 05/31/2022 | HCK | EC | Follow-up re payor stipulations (private / government). | 0.20 | 1425.00 | $285.00 |
| | | | | **10.90** | | **$14,752.50** |

## Financial Filings [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/15/2022 | DG | FF | Review April Operating Reports | 0.80 | 1425.00 | $1,140.00 |
| 05/19/2022 | DG | FF | Review operating reports | 0.50 | 1425.00 | $712.50 |
| 05/19/2022 | PJJ | FF | Prepare for and file monthly operating reports. | 0.30 | 495.00 | $148.50 |
| | | | | **1.60** | | **$2,001.00** |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    13
Invoice 130300
May 31, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

## Financing [B230]

| 05/03/2022 | MBL | FN | Address client inquiry re interest accrual; review loan documents and emails with client re interest accrual. | 0.30 | 1275.00 | $382.50 |
|---|---|---|---|---|---|---|
| 05/05/2022 | DG | FN | Review weekly variance report | 0.40 | 1425.00 | $570.00 |
| 05/13/2022 | DG | FN | Review week 22 variance report | 0.30 | 1425.00 | $427.50 |
| 05/13/2022 | HCK | FN | Confer with M. Litvak re MPT property tax issue. | 0.20 | 1425.00 | $285.00 |
| 05/13/2022 | HCK | FN | Review MPT lease documents re property tax accrual. | 0.40 | 1425.00 | $570.00 |
| 05/13/2022 | MBL | FN | Confer with H. Kevane re tax funding issues. | 0.10 | 1275.00 | $127.50 |
| 05/13/2022 | MBL | FN | Review DIP variance summary from Force10. | 0.10 | 1275.00 | $127.50 |
| 05/19/2022 | DG | FN | Review Variance report | 0.30 | 1425.00 | $427.50 |
| 05/19/2022 | MBL | FN | Emails with S. Golden and client re MPT professional fees and interest charges (.3); review DIP order and loan agreement (.2). | 0.50 | 1275.00 | $637.50 |
| 05/19/2022 | MBL | FN | Call with MPT counsel re MPT charges (0.1); follow-up emails with MPT counsel and client re same (0.4). | 0.50 | 1275.00 | $637.50 |
| 05/19/2022 | SWG | FN | Respond to client inquiry re: DIP financing obligations | 0.20 | 775.00 | $155.00 |
| 05/20/2022 | MBL | FN | Follow-up with client re MPT interest payments. | 0.10 | 1275.00 | $127.50 |
| 05/23/2022 | MBL | FN | Call with R. Smith, counsel to MPT re interest issues (0.3); update client re same (0.1). | 0.40 | 1275.00 | $510.00 |
| 05/24/2022 | MBL | FN | Review DIP loan agreement and APA (.3); address client inquiry re MPT fees and interest issues (.2). | 0.50 | 1275.00 | $637.50 |
| 05/25/2022 | DG | FN | Review and analyze revised budget | 0.50 | 1425.00 | $712.50 |
| 05/25/2022 | MBL | FN | Address client inquiry re MPT claims (.2); review DIP order and APA (.2). | 0.40 | 1275.00 | $510.00 |
| 05/25/2022 | MBL | FN | Call with J. Rosenthal re MPT claim issues. | 0.30 | 1275.00 | $382.50 |
| 05/27/2022 | DG | FN | Review weekly variance report | 0.20 | 1425.00 | $285.00 |
|  |  |  |  | **5.70** |  | **$7,512.50** |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    14
Invoice 130300
May 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**General Creditors Comm. [B150]**

| 05/23/2022 | SWG | GC | Participate in call with J. Rosenthal and Committee counsel re: committee matters (.9); follow up with J. Rosenthal re: same (.1) | 1.00 | 775.00 | $775.00 |
| | | | | **1.00** | | **$775.00** |

**Insurance Issues**

| 05/26/2022 | MBL | II | Emails with team and client re malpractice insurance issues (.2); review APA re same (.2). | 0.40 | 1275.00 | $510.00 |
| 05/26/2022 | HCK | II | Memos to / from S. Golden et al. re BETA medical malpractice coverage and plan comments. | 0.40 | 1425.00 | $570.00 |
| 05/26/2022 | HCK | II | Further memos to / from J. Rosenthal and S. Golden re BETA and treatment of medical malpractice claims. | 0.60 | 1425.00 | $855.00 |
| 05/26/2022 | HCK | II | Further follow-up with R. Albarano et al. re BETA backup / analysis. | 0.30 | 1425.00 | $427.50 |
| 05/26/2022 | HCK | II | Telephone call with S. Golden re BETA insurance issues. | 0.50 | 1425.00 | $712.50 |
| 05/26/2022 | HCK | II | Brief research re BETA pooled insurance coverage terms. | 0.80 | 1425.00 | $1,140.00 |
| 05/31/2022 | HCK | II | Memos to / from S. Golden, et al. re BETA analysis and call. | 0.10 | 1425.00 | $142.50 |
| | | | | **3.10** | | **$4,357.50** |

**Operations [B210]**

| 05/04/2022 | BLW | OP | Correspond with California OSHA re: demand letter re: pre-petition citations. | 0.50 | 825.00 | $412.50 |
| 05/06/2022 | BLW | OP | Call with California OSHA re: pre-petition demand. | 0.10 | 825.00 | $82.50 |
| 05/18/2022 | MBL | OP | Emails with S. Golden re CNH reserve issues. | 0.10 | 1275.00 | $127.50 |
| | | | | **0.70** | | **$622.50** |

**Plan & Disclosure Stmt. [B320]**

| 05/01/2022 | DG | PD | Call with Committee, MPT and S. Golden re: plan issues | 1.00 | 1425.00 | $1,425.00 |
| 05/01/2022 | SWG | PD | Call with Debtors, MPT, and Committee re: Plan | 1.00 | 775.00 | $775.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2022 | DG | PD | Review updated plan, updated disclosure statement and related motion | 2.40 | 1425.00 | $3,420.00 |
| 05/02/2022 | SWG | PD | Update Plan and related documents after call | 1.00 | 775.00 | $775.00 |
| 05/03/2022 | DG | PD | Review further revised plan and revised disclosure statement | 1.70 | 1425.00 | $2,422.50 |
| 05/03/2022 | DG | PD | Review email from committee with further plan and disclosure statement comments | 0.70 | 1425.00 | $997.50 |
| 05/03/2022 | MBL | PD | Review latest plan and DS revisions (0.5); call with S. Golden re latest plan and DS revisions and other pending items (0.3). | 0.80 | 1275.00 | $1,020.00 |
| 05/03/2022 | SWG | PD | Edit disclosure statement and related documents per comments from various parties | 1.00 | 775.00 | $775.00 |
| 05/04/2022 | DG | PD | Call with committee professionals re: plan issues (.6); call with J. Rosenthal re: same (.2) | 0.80 | 1425.00 | $1,140.00 |
| 05/04/2022 | DG | PD | Review email from S. Golden including attached further disclosure statement revisions | 0.60 | 1425.00 | $855.00 |
| 05/04/2022 | DG | PD | Review updated solicitation procedures motion and exhibits thereto | 1.10 | 1425.00 | $1,567.50 |
| 05/04/2022 | MBL | PD | Review committee comments to plan and DS (.2); emails with team re plan and DS (.1). | 0.30 | 1275.00 | $382.50 |
| 05/04/2022 | SWG | PD | Call with Committee counsel re: plan/disclosure statement matters (.6) and follow up with J. Rosenthal re: same (.1) | 0.70 | 775.00 | $542.50 |
| 05/04/2022 | SWG | PD | Comprehensive review and editing of Plan, Disclosure Statement, and Solicitation Procedures Motion in preparation for filing. | 4.70 | 775.00 | $3,642.50 |
| 05/05/2022 | DG | PD | Detailed Review in advance of filing revised plan, disclosure statement, solicitation motion incorporating all comments to date | 3.00 | 1425.00 | $4,275.00 |
| 05/05/2022 | PJJ | PD | Draft notice of solicitation procedures motion. | 0.50 | 495.00 | $247.50 |
| 05/05/2022 | PJJ | PD | Telephone conference with Steven W. Golden regarding Plan and Disclosure Statement filing logistics. | 0.30 | 495.00 | $148.50 |
| 05/05/2022 | MBL | PD | Calls with S. Golden re plan and DS issues (0.5); follow-up emails re MPT claim treatment (0.4). | 0.90 | 1275.00 | $1,147.50 |
| 05/05/2022 | MBL | PD | Review and comment on plan recovery analysis (0.3); call with S. Golden re plan recovery analysis | 0.70 | 1275.00 | $892.50 |

Pachulski Stang Ziehl & Jones LLP

Watsonville Hospital Corp.

92381  -00002

Page:   16

Invoice 130300

May 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | (0.4). | | | |
| 05/05/2022 | SWG | PD | Continue review and editing of Plan, Disclosure Statement, and related documents in preparation for filing. | 4.80 | 775.00 | $3,720.00 |
| 05/05/2022 | SWG | PD | Call with S. Gurvitz re: Plan matters. | 0.20 | 775.00 | $155.00 |
| 05/05/2022 | SWG | PD | Call with M. Litvak re: Plan edits | 0.50 | 775.00 | $387.50 |
| 05/05/2022 | SWG | PD | Calls with J. Rosenthal re: Plan and Disclosure Statement edits. | 0.80 | 775.00 | $620.00 |
| 05/05/2022 | SWG | PD | Call with J. Rosenthal re: edits to Plan prior to filing | 0.40 | 775.00 | $310.00 |
| 05/05/2022 | SWG | PD | Call with P. Jasper re: final edits to Plan | 0.60 | 775.00 | $465.00 |
| 05/06/2022 | HCK | PD | Review filed plan and disclosure statement. | 0.50 | 1425.00 | $712.50 |
| 05/06/2022 | PJJ | PD | Prepare for and file Plan and Disclosure Statement, solicitation procedures motion and notice of hearing. | 1.50 | 495.00 | $742.50 |
| 05/06/2022 | MBL | PD | Emails with team re filing of plan and DS. | 0.10 | 1275.00 | $127.50 |
| 05/06/2022 | SWG | PD | Update Plan and related documents for filing | 0.50 | 775.00 | $387.50 |
| 05/09/2022 | MBL | PD | Review and comment on revised plan recovery analysis (0.2); emails with S. Golden re same (0.1). | 0.30 | 1275.00 | $382.50 |
| 05/09/2022 | MBL | PD | Call with client and committee counsel re plan recovery analysis. | 0.50 | 1275.00 | $637.50 |
| 05/09/2022 | SWG | PD | Draft and send emails to MPT and Committee re: Plan Recovery Analysis | 0.20 | 775.00 | $155.00 |
| 05/10/2022 | HCK | PD | Review DS approval motion. | 0.10 | 1425.00 | $142.50 |
| 05/10/2022 | MBL | PD | Emails with team and opposing counsel re plan issues (0.2); review notice of supplemental plan-related filings (0.1). | 0.20 | 1275.00 | $255.00 |
| 05/10/2022 | SWG | PD | Draft notice of filing of exhibits to Plan and Disclosure Statement | 0.40 | 775.00 | $310.00 |
| 05/12/2022 | HCK | PD | Conference call with J. Rosenthal and S. Golden re Plan filings / claim objections. | 0.50 | 1425.00 | $712.50 |
| 05/12/2022 | HCK | PD | Review Prospect management agreement re scope / tail. | 0.60 | 1425.00 | $855.00 |
| 05/12/2022 | MBL | PD | Call with S. Golden re plan exhibits and status. | 0.20 | 1275.00 | $255.00 |
| 05/12/2022 | SWG | PD | Discussion with H. Kevane and J. Rosenthal re: plan matters | 0.30 | 775.00 | $232.50 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    17
Invoice 130300
May 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/16/2022 | DG | PD | Review email from PBGC re: plan issues (.3); review plan re: same (.7); confer with S. Golden re: same (.3) | 1.30 | 1425.00 | $1,852.50 |
| 05/18/2022 | SWG | PD | Edit Plan and Disclosure Statement per comments from various parties | 0.80 | 775.00 | $620.00 |
| 05/18/2022 | SWG | PD | Call with L. Hammonds re: plan and disclosure statement edits | 0.20 | 775.00 | $155.00 |
| 05/20/2022 | SWG | PD | Call with L. Hammonds re: plan matters | 0.30 | 775.00 | $232.50 |
| 05/20/2022 | SWG | PD | Call with P. Jasper re: plan matters | 0.40 | 775.00 | $310.00 |
| 05/20/2022 | SWG | PD | Call with J. Rosenthal re: plan issues | 0.40 | 775.00 | $310.00 |
| 05/23/2022 | DG | PD | Call with J. Rosenthal re: plan issues and excluded claims | 0.40 | 1425.00 | $570.00 |
| 05/23/2022 | DG | PD | Emails to and from S. Golden and M. Litvak re: plan issues | 0.20 | 1425.00 | $285.00 |
| 05/24/2022 | DG | PD | Call with T. Patterson re: plan issues | 0.50 | 1425.00 | $712.50 |
| 05/24/2022 | MBL | PD | Emails with team re plan status and MPT issues. | 0.30 | 1275.00 | $382.50 |
| 05/24/2022 | SWG | PD | Reply to email from counsel to Cigna re Plan matters. | 0.10 | 775.00 | $77.50 |
| 05/25/2022 | DG | PD | Review email from UST re: informal comments to Plan (.1); review Plan in response thereto (.7); review and respond to emails from Committee counsel re: same (.3); review research (1.2) | 2.30 | 1425.00 | $3,277.50 |
| 05/25/2022 | HCK | PD | Review filed plan re treatment of insurance. | 0.20 | 1425.00 | $285.00 |
| 05/25/2022 | MBL | PD | Review UST comments to Plan and DS (0.4); emails with S. Golden and committee counsel re same (0.1). | 0.50 | 1275.00 | $637.50 |
| 05/25/2022 | MBL | PD | Call with committee counsel, client, and S. Golden re UST plan issues. | 1.20 | 1275.00 | $1,530.00 |
| 05/25/2022 | SWG | PD | Call with counsel to PBGC re: Plan and Disclosure Statement comments | 0.30 | 775.00 | $232.50 |
| 05/25/2022 | SWG | PD | Call with Force 10 and Committee counsel re: Plan and Disclosure Statement comments | 1.30 | 775.00 | $1,007.50 |
| 05/26/2022 | DG | PD | Review and comment on draft response to UST re: plan comments | 0.40 | 1425.00 | $570.00 |
| 05/26/2022 | MBL | PD | Emails with team and committee counsel re UST plan issues (0.3); review and comment on revised | 0.50 | 1275.00 | $637.50 |

Pachulski Stang Ziehl & Jones LLP

Watsonville Hospital Corp.

92381    -00002

Page:    18

Invoice 130300

May 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | plan language (0.2). | | | |
| 05/26/2022 | SWG | PD | Review informal comments to Plan, Disclosure Statement, and related documents and edit such documents in response to such comments. | 2.00 | 775.00 | $1,550.00 |
| 05/26/2022 | SWG | PD | Call with counsel to insurer re: plan and disclosure statement issues. | 0.90 | 775.00 | $697.50 |
| 05/26/2022 | SWG | PD | Draft and send email to client re: comments to Plan from insurer. | 0.20 | 775.00 | $155.00 |
| 05/26/2022 | SWG | PD | Exchange emails with client re: proposed changes to plan and disclosure statement | 0.60 | 775.00 | $465.00 |
| 05/26/2022 | SWG | PD | Call with H. Kevane re: insurance issues in Plan and Disclosure Statement | 0.50 | 775.00 | $387.50 |
| 05/26/2022 | SWG | PD | Draft and send email to Debtors' and Committees' professionals re: response to UST informal comments on Plan | 0.40 | 775.00 | $310.00 |
| 05/26/2022 | SWG | PD | Edit Disclosure Statement. | 0.20 | 775.00 | $155.00 |
| 05/31/2022 | HCK | PD | Review S. Golden markups to plan and various redlines / inserts from Committee. | 0.80 | 1425.00 | $1,140.00 |
| 05/31/2022 | MBL | PD | Review and comment on amended plan, DS, and order approving DS. | 0.40 | 1275.00 | $510.00 |
| 05/31/2022 | SWG | PD | Draft and send comprehensive email to Debtors' and Committees' professionals re: amended plan, disclosure statement, and related documents. | 0.40 | 775.00 | $310.00 |
| 05/31/2022 | SWG | PD | Call with D. Grassgreen re: Plan and Disclosure Statement matters | 0.50 | 775.00 | $387.50 |
| 05/31/2022 | SWG | PD | Edit Plan, Disclosure Statement, and related documents per comments from various parties. | 0.70 | 775.00 | $542.50 |
| 05/31/2022 | SWG | PD | Research issues re: plan confirmation | 0.30 | 775.00 | $232.50 |
| | | | | **55.90** | | **$58,543.50** |

## Stay Litigation [B140]

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/02/2022 | PJJ | SL | Prepare for and file stipulation and order regarding Cardinal. | 0.30 | 495.00 | $148.50 |
| | | | | **0.30** | | **$148.50** |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381   -00002

Page:    19
Invoice 130300
May 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Tax Issues [B240]

| 05/13/2022 | SWG | TI | Research and exchange emails re: payment of property taxes | 0.30 | 775.00 | $232.50 |
|---|---|---|---|---|---|---|
| 05/17/2022 | BLW | TI | Update monthly tax reporting schedule. | 0.20 | 825.00 | $165.00 |
| | | | | **0.50** | | **$397.50** |
| 05/31/2022 | BLW | WO | Prepare responses to UST inquiries re: time entries (NO CHARGE) | 3.50 | 0.00 | $0.00 |

**TOTAL SERVICES FOR THIS MATTER:**                               **$140,566.00**

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    20
Invoice 130300
May 31, 2022

## **Expenses**

| | | | |
|---|---|---|---:|
| 02/10/2022 | TR | Transcript [E116] eScribers, Inv. 540507, P. Jeffries | 74.70 |
| 05/03/2022 | LN | 92381.00002 Lexis Charges for 05-03-22 | 82.62 |
| 05/03/2022 | LN | 92381.00002 Lexis Charges for 05-03-22 | 5.53 |
| 05/04/2022 | RE2 | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 05/04/2022 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 05/04/2022 | RE2 | SCAN/COPY ( 59 @0.10 PER PG) | 5.90 |
| 05/05/2022 | LN | 92381.00002 Lexis Charges for 05-05-22 | 51.63 |
| 05/05/2022 | LN | 92381.00002 Lexis Charges for 05-05-22 | 5.53 |
| 05/05/2022 | LN | 92381.00002 Lexis Charges for 05-05-22 | 5.53 |
| 05/12/2022 | LN | 92381.00002 Lexis Charges for 05-12-22 | 17.51 |
| 05/13/2022 | LN | 92381.00002 Lexis Charges for 05-13-22 | 10.33 |
| 05/18/2022 | LN | 92381.00002 Lexis Charges for 05-18-22 | 30.98 |
| 05/18/2022 | LN | 92381.00002 Lexis Charges for 05-18-22 | 9.91 |
| 05/25/2022 | LN | 92381.00002 Lexis Charges for 05-25-22 | 10.32 |
| 05/25/2022 | LN | 92381.00002 Lexis Charges for 05-25-22 | 63.31 |
| 05/25/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/31/2022 | LN | 92381.00002 Lexis Charges for 05-31-22 | 61.97 |
| 05/31/2022 | OS | CS Disco, Inv. 173468, PJ | 62.50 |
| 05/31/2022 | PAC | Pacer - Court Research | 39.20 |

**Total Expenses for this Matter**                                    **$547.47**

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    - 00002

Page:    21
Invoice 130300
May 31, 2022

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**    **05/31/2022**

| | |
|---|---:|
| **Total Fees** | **$140,566.00** |
| **Total Expenses** | **547.47** |
| **Total Due on Current Invoice** | **$141,113.47** |

**Outstanding Balance from prior invoices as of**    **05/31/2022**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---:|---:|---:|
| 129199 | 12/31/2021 | $477,230.50 | $2,954.93 | $95,446.10 |
| 129692 | 01/31/2022 | $347,976.50 | $2,144.24 | $69,595.30 |
| 129746 | 02/28/2022 | $252,985.50 | $236.66 | $50,531.10 |
| 129899 | 03/31/2022 | $199,788.50 | $836.56 | $39,957.76 |
| 130172 | 04/30/2022 | $146,629.50 | $334.93 | $146,964.43 |

**Total Amount Due on Current and Prior Invoices:**        **$543,608.16**