

Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone:   415.263.7000
Facsimile:    415.263.7010
E-mail:         dgrassgreen@pszjlaw.com
                    mlitvak@pszjlaw.com
                    sgolden@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

The following constitutes the order of the Court.
Signed: July 12, 2022

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51477 |
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 (Jointly Administered) |
| Debtors.[1] | **AGREED ORDER REGARDING ASSUMPTION AND ASSIGNMENT OF CIGNA AGREEMENTS** |
| | **Re: Docket No. 606** |
| | Judge: Honorable M. Elaine Hammond |

Upon the Stipulation [Docket No. 606] (the "Stipulation") entered into by Watsonville Hospital Corporation and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"); the Pajaro Valley Health Care District Corporation (the "Buyer"); and Cigna HealthCare of California, Inc. and Connecticut General Life Insurance Company (collectively, "Cigna" and, together with the Debtors and Buyer, the "Parties"); and the relief requested in the Stipulation being in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved.

2. Watsonville Hospital Corporation is authorized to assume and assign the Cigna Agreements to the Buyer pursuant to Section 365 of the Bankruptcy Code effective as of the Closing Date.

3. The Stipulation shall be binding on the Debtors, and any successor thereto (including, without limitation, any chapter 7 or chapter 11 trustee for any of the Debtors or any other estate representative appointed in the Bankruptcy Cases or any successor cases) in all circumstances and for all purposes. The Stipulation also shall be binding on all creditors and other parties in interest and all of their respective successors and assigns, including, without limitation, any other person or entity acting or seeking to act on behalf of the Debtors' estates in all circumstances and for all purposes.

4. This Court shall retain exclusive jurisdiction to determine all matter arising from or related to the implementation, interpretation, or enforcement of the Stipulation or this Order.

// END OF ORDER //

**COURT SERVICE LIST**

All ECF Parties.