Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for Debtors and
Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF PROPOSED AGENDA FOR HEARING**<br><br>Date: July 27, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br><br>Judge: Hon. M. Elaine Hammond |

**PROPOSED AGENDA FOR HEARING ON JULY 27, 2022 at 10:00 a.m.**

**Zoom Video Conference Link:**

**https://www.zoomgov.com/j/1609284444?pwd=RmhmRUIvMGpJRitra0d3RTNheERCQT09**

**Passcode: 817876**

By Phone: 669 254 5252 | Webinar ID: 160 928 4444 | Passcode: 817876

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

# I. Matters Going Forward

**A. Plan Confirmation**

**1. Modified First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors.** [Filed 07/18/22, Docket No. 616].

Responses Received:

A. *Objection and Reservation of Rights of the U.S. Trustee to Confirmation of Joint Plan of Reorganization* [Filed 07/14/22, Docket No. 611].

Related Documents:

A. [Signed] Order Approving Disclosure Statement for First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Filed 06/14/22, Docket No. 557].

B. Certificates of Service (of solicitation materials) [Filed 06/17/22, 06/24/22, 07/01/22, 07/08/22 and 07/18/22] [Docket Nos. 564, 583, 594, 643 and 614, respectively].

C. Notice of Filing of Plan Supplement to First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Filed 07/08/22, Docket No. 602], and related Certificate of Service [Filed 07/11/22, Docket No. 605].

D. [Signed] Agreed Order Regarding Assumption and Assignment of CIGNA Agreements [filed 07/12/22, Docket No. 607].

E. Notice of Filing of Blackline of Plan [Filed 07/18/22, Docket No. 617].

F. Tabulation Declaration in Connection with Confirmation of Modified First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Filed 07/18/22, Docket No. 618].

G. Declaration of Jeremy Rosenthal in Support of Modified First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Filed 07/18/22, Docket No. 619].

H. Memorandum of Law in Support of Modified First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Filed 07/18/22, Docket No. 623].

I. Declaration of Cecilia Montalvo in Support of Modified First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Filed 07/19/22, Docket No. 624].

## II. Resolved Matters

**A. Debtors' Motion for Entry of an Order (I) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of Liens; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief** [Filed 12/27/21, Docket No. 103].

Responses Received:

A. *MEDHOST Cloud Services, Inc. and MEDHOST Direct, Inc. Objection to (i) the Proposed Assumption and Designation of MEDHOST's Executory Contracts, (ii) the Assignment of MEDHOST's Executory Contracts to an Assignee, (iii) the Description of Contract Parties and Cure Amounts Assigned to MEDHOST's Contracts, and (iv) the Provision of Adequate Assurance of Future Performance* [Filed 02/01/22, Docket No. 265].

B. *MEDHOST's Objection to Third Supplemental Notice of Potential Assumption and Assignment and Cure Amount with Respect to the Executory Contracts and Unexpired Leases of the Debtors in Connection with a Sale of Substantially All of the Debtors' Assets* [Filed 07/12/22, Docket No. 608].

Related Documents:

A. [Signed] Order (I) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of Liens; (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed 02/23/22, Docket No. 347]

B. Notice of Hearing on MEDHOST's Objection to (I) the Proposed Assumption and Designation of MEDHOST's Executory Contracts, (II) the Assignment of MEDHOST's Executory Contracts to an Assignee, (III) the Description of Contract Parties and Cure Amounts Assigned to MEDHOST's Contracts, and (IV) the Provision of Adequate Assurance of Future Performance [Filed 06/15/22, Docket No. 560].

C. Third Supplemental Notice of Potential Assumption and Assignment and Cure Amount with Respect to the Executory Contracts and Unexpired Leases of the Debtors in Connection with a Sale of Substantially All of the Debtors' Assets [Filed 07/07/2022, Docket No. 600], and related Certificate of Service [Filed 07/08/22, Docket No. 603].

D. [Signed] Agreed order Extending Deadline to MEDHOST to Object to First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors [Filed 07/18/22, Docket No. 615].

E. Withdrawal of MEDHOST's Objection to (i) the Proposed Assumption and Designation of MEDHOST's Executory Contracts, (ii) the Assignment of MEDHOST's Executory Contracts to an Assignee, (iii) the Description of Contract Parties and Cure Amounts Assigned to MEDHOST's Contracts, and (iv) the Provision of Adequate Assurance of Future Performance [Filed 07/21/22, Docket No. 631].

Response Deadline: June 6, 2022 at 4:00 p.m. Pacific Time

**Status**: The matter with MEDHOST has been resolved.

# III. Uncontested Matters Under CNO

A. **Claim Objections**

1. **Debtors' First Omnibus Objection to Claims (Duplicate and Contingent Employee and Retiree Claims)** [Filed 06/21/22, Docket No. 573].

2. **Debtors' Second Omnibus Objection to Claims (Misclassified Claims)** [Filed 06/21/22, Docket No. 574].

3. **Debtors' Third Omnibus Objection to Claims (No Liability Claims)** [Filed 06/21/22, Docket No. 575].

Responses Received: *None*

Related Documents:

A. Declaration of Jeremy Rosenthal in Support of the Debtors' First, Second and third Omnibus Objections to Claims [Filed 06/21/22, Docket No. 576].

B. Omnibus Notice of Hearing on (I) Debtors' First Omnibus Objection to Claims (Duplicate and Contingent Employee and Retiree Claims); (II) Debtors' Second Omnibus Objection to Claims (Duplicate and Contingent Misclassified Claims; (III) Debtors' Third Omnibus Objection to Claims (Duplicate and Contingent No Liability Claims); and (IV) Debtors' Objection to Claims Filed by David J. Ochoa (Claim Nos. 327 and 328) [Filed 06/21/22, Docket No. 578].

C. Certificate of Service [Filed 06/22/22, Docket No. 580].

D. Certificate of No Objection Regarding Debtors' First, Second and third Omnibus Objections to Claims [Filed 07/25/22, Docket No. 633].

Response Deadline: July 22, 2022 at 5:00 p.m. Pacific Time

**Status**: No responses having been received, the Debtors have submitted a proposed Order for entry at the Court's convenience.

4. **Debtors' Objection to Claims Filed by David J. Ochoa (Claim Nos. 327 and 328)** [Filed 06/21/22, Docket No. 577].

Responses Received: *None*

Related Documents:

A. Omnibus Notice of Hearing on (I) Debtors' First Omnibus Objection to Claims (Duplicate and Contingent Employee and Retiree Claims); (II) Debtors' Second Omnibus Objection to Claims (Duplicate and Contingent Misclassified Claims; (III) Debtors' Third Omnibus Objection to Claims (Duplicate and Contingent No Liability Claims); and (IV) Debtors' Objection to Claims Filed by David J. Ochoa (Claim Nos. 327 and 328) [Filed 06/21/22, Docket No. 578].

B. Certificate of Service [Filed 06/22/22, Docket No. 580].

C. Certificate of No Objection Regarding Debtors' Objection to Claims Filed by David J. Ochoa (Claim Nos. 327 and 328) [Filed 07/25/22, Docket No. 634].

<u>Response Deadline</u>: July 22, 2022 at 500 p.m. Pacific Time

**Status**: No response having been received, the Debtors have submitted a proposed Order for entry at the Court's convenience.

Dated: July 26, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
 Debra I. Grassgreen
 Maxim B. Litvak
 Steven W. Golden

 Attorneys for Debtors and Debtors in Possession