# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Aimee Marshall, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 25, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Seventh Monthly Fee Statement of Bartko Zankel Bunzel & Miller, as Special Labor and Employment Counsel for the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2022 – June 30, 2022** (Docket No. 635)

Dated: July 26, 2022

/s/ *Aimee Marshall*
Aimee Marshall
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
855.524.4733
TeamWatsonvilleHospital@stretto.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

# Exhibit A



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Attorney General of the United States | c/o U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | Washington | DC | 20503-0001 |
| California Dept. of Public Health | c/o Office of Legal Services | 1415 L Street | Suite 500 | Sacramento | CA | 95814 |
| California Dept. of Public Health | c/o San Jose District Office | Attn: Jie Wang District Manager | 100 Paseo de San Antonio Suite 235 | San Jose | CA | 95113 |
| California Nurses Association | | PO Box 89-4392 | | Los Angeles | CA | 90189-4392 |
| California Technical Employees' Coalition | | PO Box 700 | | West Sacramento | CA | 95691 |
| Centers for Medicare and Medicaid Services | c/o Office of the Administrator | Chiquita Brooks-LaSure, Administrator | 7500 Security Boulevard | Baltimore | MD | 21244 |
| CNH Finance Fund I, L.P. | c/o CNH Finance, L.P. | Attn: Timothy Peters | PMB 1285 24 East Ave | New Canaan | CT | 06840-5529 |
| CNH Finance Fund I, L.P. | c/o Kincaid, Frame & Associates Co., LPA | Attn: Alexander Frame and Timothy Kincaid | 6151 Wilson Mills Road Suite 310 | Highland Height | OH | 44143 |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Perkins Coie LLP | Attn: Paul S Jasper & Sara L Chenetz | 505 Howard Street, Suite 1000 | San Francisco | CA | 94105 |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Sills Cummis & Gross P.C. | Attn: Andrew H Sherman & Boris I Mankovetskiy | One Riverfront Plaza | Newark | NJ | 07102 |
| Dell Financial Services, L.L.C. | | Mail Stop-PS2DF-23 | One Dell Way | Round Rock | TX | 78682 |
| Department of Health and Human Services | c/o General Counsel | 200 Independence Avenue, S.W. | | Washington | DC | 20201 |
| Department of Health Care Services | c/o Office of Legal Services | Subpoena Desk | PO Box 997413 MS 0010 | Sacramento | CA | 95899-7413 |
| Department Of Health Care Services (DHCS) | Attn: HQAF Accnt/Cashier | Mail Stop 1101 | 1501 Capital Ave Suite 71.2048 | Sacramento | CA | 95814-5005 |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Flex Financial, a Division of | c/o Stryker Sales LLC | 1901 Romence Road Parkway | | Portage | MI | 49002 |
| Flex Financial, a Division of Stryker Sales Corporation | | 1111 Old Eagle School Road | | Wayne | PA | 19087 |
| GE HFS, LLC | | PO Box 414, W-490 | | Milwaukee | WI | 53201 |
| Health Trust Workforce Solutions, LLC | Attn: Howell S. Arnold | 1100 Dr Martin L King Jr Blvd Ste 1100 | | Nashville | TN | 37203 |
| Medhost Direct, Inc | Attn: William P Anderson | 6550 Carothers Parkway, Ste 160 | | Franklin | TN | 37067 |
| MPT of Watsonville Lender, LLC and MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas E Patterson, Robert J Smith, Sasha M Gurvitz | 1801 Century Park East 26th Floor | Los Angeles | CA | 90067 |
| MPT of Watsonville, LLC | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Luther P. Crull, III | 420 20th Street North Suite 1400 | Birmingham | AL | 35203 |
| MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas Patterson and Sasha Gurvitz | 1801 Century Park East 26th Floor | Los Angeles | CA | 90067 |
| MPT of Watsonville, LLC | c/o MPT Operating Partnership, L.P. | Legal Dept. | 1000 Urban Center Drive Suite 501 | Birmingham | AL | 35242 |
| NFS Leasing, Inc. | | 900 Cummings Center | Suite 226-U | Beverly | MA | 01915 |
| Noridian Healthcare Solutions, LLC | | 900 42nd St S | PO Box 6711 | Fargo | ND | 58103 |
| Phillips Medical Capital, LLC | | 1111 Old Eagle School Road | | Wayne | PA | 19087 |
| Public Health Service | c/o US Dept. of Health & Human Services | Rm 4A53 Paklawn Building | 5600 Fishers Lane | Rockville | MD | 20857 |
| SCG Capital Corporation | Accounting Dept | 74 W Park Place | | Stamford | CT | 06901 |
| Seiu Uhw And Joint Employer | | 1000 Broadway Suite 675 | | Oakland | CA | 94607 |
| State of California DOJ | c/o Office of the Attorney General | 1300 I Street | | Sacramento | CA | 95814-2919 |
| Teamsters 853 | Attn: Steven Lua | 22 E 5th St | | Watsonville | CA | 95076 |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)

Case: 21-51477    Doc# 637    Filed: 07/26/22    Entered: 07/26/22 10:31:46    Page 3 of 7

Page 1 of 2



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Teamsters Local Union #912 | | 22 East Fifth Avenue | | Watsonville | CA | 95076 |
| The Office of the United States Trustee | Attn: Jason Blumberg, Elvina Rofael, and Marta Villacorta | 280 South First Street | Room 268 | San Jose | CA | 95113 |
| U.S. Securities & Exchange Commission | Attn: Bankruptcy Counsel | 444 South Flower Street | Suite 900 | Los Angeles | CA | 90071-9591 |
| Urban Partnership Bank | | 7936 South Cottage Grove | | Chicago | IL | 60619 |
| Western Alliance Equipment Finance, Inc. | | One East Washington Ste 1400 | | Phoenix | AZ | 85004 |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)

Case: 21-51477    Doc# 637    Filed: 07/26/22    Entered: 07/26/22 10:31:46    Page 4 of 7

Page 2 of 2

# Exhibit B



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ADEX Medical Staffing LLC | c/o Akerman LLP | Attn: Andrea Hartley | andrea.hartley@akerman.com |
| ADEX Medical Staffing LLC | c/o Akerman LLP | Attn: Evelina Gentry | evelina.gentry@akerman.com |
| BETA Healthcare Group | c/o Pyle Sims Duncan & Stevenson, APC | Attn: Gerald N Sims | jerrys@psdslaw.com |
| California Department of Health Care Services (DHCS) | c/o Office of the Attorney General | Attn: Anjana N. Gunn | anjana.gunn@doj.ca.gov |
| California Department of Public Health (CDPH) | Office of the Attorney General | Attn: Anjana N Gunn | anjana.gunn@doj.ca.gov |
| California Dept. of Public Health | c/o San Jose District Office | Attn: Jie Wang District Manager | CDPH-LNC-SANJOSE@cdph.ca.gov |
| California Emergency Medical Services Authority | Office of the Attorney General | Attn: Anjana N Gunn, Deputy Attorney General | anjana.gunn@doj.ca.gov |
| California Nurses Association | Attn: Kyrsten B. Skogstad and David B. Willhoite | | execoffice@calnurses.org<br>kskogstad@calnurses.org<br>dwillhoite@calnurses.org |
| California Physicians' Service dba Blue Shield of California | c/o Snell & Wilmer LLP | Attn: Michael B Reynolds & Andrew B Still | mreynolds@swlaw.com<br>astill@swlaw.com |
| Cardinal Health | c/o Chiesa Shahinian & Giantomasi PC | Attn: Terri Jane Freedman & Scott A Zuber | tfreedman@csglaw.com<br>szuber@csglaw.com |
| Cardinal Health | c/o Hopkins & Carley, ALC | Attn: Monique D. Jewett-Brewster | mjb@hopkinscarley.com |
| CNH Finance Fund I LP | c/o Foley & Lardner LLP | Attn: Edward J. Green | egreen@foley.com |
| CNH Finance Fund I LP | c/o Foley & Lardner LLP | Attn: Shane J. Moses | smoses@foley.com |
| CNH Finance Fund I, L.P. | c/o CNH Finance, L.P. | Attn: Timothy Peters | legal@cnhfinance.com |
| CNH Finance Fund I, L.P. | c/o Kincaid, Frame & Associates Co., LPA | Attn: Alexander Frame and Timothy Kincaid | aframe@kincaidframe.com<br>tkincaid@kincaidframe.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Perkins Coie LLP | Attn: Eric E Walker & Kathleen Allare | ewalker@perkinscoie.com<br>kallare@perkinscoie.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Perkins Coie LLP | Attn: Paul S Jasper & Sara L Chenetz | pjasper@perkinscoie.com<br>schenetz@perkinscoie.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Sills Cummis & Gross P.C. | Attn: Andrew H Sherman & Boris I Mankovetskiy | asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com |
| Department of Health Care Services | c/o Office of Legal Services | | DHCSBankruptcy@dhcs.ca.gov |
| Emerald Textile Services Northern California, LLC | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P Kennedy | gerald.kennedy@procopio.com |
| Health Trust Workforce Solutions, LLC | Attn: Howell S. Arnold | | howell.arnold@healthtrustpg.com |
| Intuitive Surgical, Inc. | c/o Singer Cashman LLP | Attn: Adam S Cashman & Doug Tilley | acashman@singercashman.com<br>dtilley@singercashman.com |
| LifeLinc Corporation and LifeLinc Anesthesia VI, P.C. | c/o Keller Benvenutti Kim LLP | Attn: Jane Kim | jkim@kbkllp.com |
| Medhost Direct, Inc | Attn: William P Anderson | | bill.anderson@medhost.com |
| MPT of Watsonville Lender, LLC and MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas E Patterson, Robert J Smith, Sasha M Gurvitz | tpatterson@ktbslaw.com<br>rsmith@ktbslaw.com<br>sgurvitz@ktbslaw.com |
| MPT of Watsonville, LLC | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Luther P. Crull, III | lcrull@bakerdonelson.com |
| MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas Patterson and Sasha Gurvitz | tpatterson@ktbslaw.com<br>sgurvitz@ktbslaw.com |
| Neven Development, LLC | c/o Guenther \| Miller Law Group | Attn: Ralph P. Guenther, Esq. | rguenther@guentherlawgroup.com |
| Pajaro Valley Healthcare District Project | c/o Pillsbury Winthrop Shaw Pittman LLP | Attn: Gerry Hinkley and Claire K. Wu | gerry.hinkley@pillsburylaw.com<br>claire.wu@pillsburylaw.com |
| Pajaro Valley Healthcare District Project | c/o Pillsbury Winthrop Shaw Pittman LLP | Attn: Jonathan R. Doolittle | jonathan.doolittle@pillsburylaw.com |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Desiree M Amador | amador.desiree@pbgc.gov<br>efile@pbgc.gov |
| Philips Medical Capital, LLC | c/o Keller Benvenutti Kim LLP | Attn: Keith A McDaniels | kmcdaniels@kbkllp.com |
| Philips Medical Capital, LLC | c/o Offit Kurman, P.C. | Attn: Paul J Winterhalter | pwinterhalter@offitkurman.com |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)

Case: 21-51477    Doc# 637    Filed: 07/26/22    Entered: 07/26/22 10:31:46    Page 6 of 7

Page 1 of 2



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Picis Clinical Solutions, Inc. | c/o Hanson Bridgett LLP | Attn: Anthony J Dutra | adutra@hansonbridgett.com |
| Secretary of the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services | c/o Assistant United States Attorney | Attn: Michael T Pyle | michael.t.pyle@usdoj.gov |
| SEIU United Healthcare Workers | | | bharland@unioncounsel.net |
| SEIU United Healthcare Workers | Attn: Cassaundra Curtis | | ccurtis@seiu-uhw.org<br>msalcedo@seiu-uhw.org |
| SEIU United Healthcare Workers – West | c/o Weinberg Roger & Rosenfeld | Attn: Manuel A Boigues & Michaela F Posner | bankruptcycourtnotices@unioncounsel.net<br>bharland@unioncounsel.net<br>mboigues@unioncounsel.net<br>mposner@unioncounsel.net |
| SEIU-UHW West & Joint Education Fund | c/o Weinberg Roger & Rosenfeld | Attn: Manuel A Boigues & Bruce A Harland | bankruptcycourtnotices@unioncounsel.net<br>mboigues@unioncounsel.net<br>bharland@unioncounsel.net |
| Special Labor and Employment Counsel to Debtors | c/o Bartko Zankel Bunzel & Miller | Attn: Kerry L. Duffy | kduffy@bzbm.com<br>aruda@bzbm.com |
| Teamsters 853 | Attn: Steven Lua | | slua@teamsters853.org |
| Teamsters Local Union #912 | | | slua@teamsters853.org |
| Teamsters Union Local 853 | c/o Beeson, Tayer & Bodine, APC | Attn: Catherine E Holzhauser | cholzhauser@beesontayer.com |
| The Office of the United States Trustee | Attn: Jason Blumberg, Elvina Rofael, and Marta Villacorta | | marta.villacorta@usdoj.gov<br>Jason.Blumberg@usdoj.gov<br>Elvina.Rofael@usdoj.gov |
| Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee | Attn: Elvina Rofael | Elvina.Rofael@usdoj.gov |
| Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee | Attn: Jason Blumberg | Jason.blumberg@usdoj.gov |
| U.S. Acute Care Solutions and VEP Ventures | c/o Buchalter, a Professional Corporation | Attn: Anthony J. Napolitano | anapolitano@buchalter.com |
| Watsonville Hospital Corporation, et al. | c/o Force Ten Partners LLC | Attn: Jeremy Rosenthal | jrosenthal@force10partners.com |
| Watsonville Hospital Corporation, et al. | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Debra Grassgreen, Maxim B. Litvak and Steven W. Golden | dgrassgreen@pszjlaw.com<br>mlitvak@pszjlaw.com<br>sgolden@pszjlaw.com |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)

Case: 21-51477    Doc# 637    Filed: 07/26/22    Entered: 07/26/22 10:31:46    Page 7 of 7

Page 2 of 2