

| | |
|---|---|
| 1 | Debra I. Grassgreen (CA Bar No. 169978) |
| 2 | Maxim B. Litvak (CA Bar No. 215852) |
|   | Steven W. Golden (admitted *pro hac vice*) |

Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Debtors and Debtors in Possession*

**The following constitutes the order of the Court.**
**Signed: July 26, 2022**

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51477 |
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 (Jointly Administered) |
| Debtors.[1] | **ORDER SUSTAINING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (DUPLICATE AND CONTINGENT EMPLOYEE AND RETIREE CLAIMS)** |
| | Date: July 27, 2022 |
| | Time: 10:00 a.m. |
| | Place: United States Bankruptcy Court |
| | 280 South First Street |
| | Courtroom 11 |
| | San Jose, CA 95113-3099 |
| | Judge: Hon. M. Elaine Hammond |

**THIS MATTER** came before the Court upon consideration of the *Debtors' First Omnibus Objection to Claims (Duplicate and Contingent Employee and Retiree Claims*) [Docket No. 573] (the "First Omnibus Objection"), and the *Declaration of Jeremy Rosenthal in Support of Debtors' First, Second and Third Omnibus Objections to Claims* [Docket No. 576], filed by the above-captioned debtors and debtors in possession (the "Debtors"), for entry of an order disallowing and expunging the claims as set forth on Exhibit 1 attached to the First Omnibus Objection. The Court finds and concludes that service and notice were proper as to all affected claimants. Pursuant to the Notice of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

Hearing [Docket No. 578], responses to the First Omnibus Objection were due no later than 4:00 p.m. on July 18, 2022, and none having been filed,

Accordingly, it is ORDERED:

1. The First Omnibus Objection is hereby SUSTAINED as to all claims it addresses.

** END OF ORDER **

COURT SERVICE LIST

All ECF participants