

Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Debtors and Debtors in Possession*

**The following constitutes the order of the Court.**
**Signed: July 26, 2022**

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER SUSTAINING DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)**<br><br>Date: July 27, 2022<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br>Judge: Hon. M. Elaine Hammond |

**THIS MATTER** came before the Court upon consideration of the *Debtors' Second Omnibus Objection to Claims (Misclassified Claims)* [Docket No. 574] (the "Second Omnibus Objection"), and the *Declaration of Jeremy Rosenthal in Support of Debtors' First, Second and Third Omnibus Objections to Claims* [Docket No. 576], filed by the above-captioned debtors and debtors in possession (the "Debtors"), for entry of an reclassifying the claims as set forth on Exhibit 1 attached to the Second Omnibus Objection. The Court finds and concludes that service and notice were proper as to all

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

affected claimants.  Pursuant to the Notice of Hearing [Docket No. 578], responses to the Second Omnibus Objection were due no later than 4:00 p.m. on July 18, 2022, and none having been filed,

Accordingly, it is ORDERED:

1. The Second Omnibus Objection is hereby SUSTAINED as to all claims it addresses.

** END OF ORDER **

COURT SERVICE LIST

All ECF participants