

1  Debra I. Grassgreen (CA Bar No. 169978)
   Maxim B. Litvak (CA Bar No. 215852)
2  Steven W. Golden (admitted *pro hac vice*)
   PACHULSKI STANG ZIEHL
3  & JONES LLP
   One Market Plaza, Spear Tower, 40th Floor
4  San Francisco, CA 94105-1020
   Telephone:    415.263.7000
5  Facsimile:    415.263.7010
   E-mail:       dgrassgreen@pszjlaw.com
6                mlitvak@pszjlaw.com
                 sgolden@pszjlaw.com
7
   *Counsel to Debtors and Debtors in*
8  *Possession*

**The following constitutes the order of the Court.**
**Signed: July 26, 2022**

*M. Elaine Hammond*
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

9               **UNITED STATES BANKRUPTCY COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10                    **SAN JOSE DIVISION**

11 | In re:                          | Case No. 21-51477
12 | WATSONVILLE HOSPITAL            | Chapter 11
   | CORPORATION, *et al.*,          | (Jointly Administered)
13 |
   |                    Debtors.[1]  | **ORDER SUSTAINING DEBTORS' THIRD**
14 |                                 | **OMNIBUS OBJECTION TO CLAIMS**
   |                                 | **(NO LIABILITY CLAIMS)**
15 |
   |                                 | Date:    July 27, 2022
16 |                                 | Time:    10:00 a.m.
   |                                 | Place:   United States Bankruptcy Court
17 |                                 |          280 South First Street
   |                                 |          Courtroom 11
18 |                                 |          San Jose, CA 95113-3099
   |                                 | Judge:   Hon. M. Elaine Hammond
19

20       **THIS MATTER** came before the Court upon consideration of the *Debtors' Third Omnibus*

21 *Objection to Claims (No Liability Claims)* [Docket No. 575] (the "Third Omnibus Objection"), and

22 the *Declaration of Jeremy Rosenthal in Support of Debtors' First, Second and Third Omnibus*

23 *Objections to Claims* [Docket No. 576], filed by the above-captioned debtors and debtors in possession

24 (the "Debtors"), for entry of an order disallowing and expunging the claims as set forth on Exhibit 1

25 attached to the Third Omnibus Objection.  The Court finds and concludes that service and notice were

26 proper as to all affected claimants.  Pursuant to the Notice of Hearing [Docket No. 578], responses to

27 ─────────────────────
[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
28 Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital
   Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA
   95076.

Case: 21-51477    Doc# 640    Filed: 07/26/22    Entered: 07/26/22 16:45:15    Page 1 of 3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

the Third Omnibus Objection were due no later than 4:00 p.m. on July 18, 2022, and none having been filed,

Accordingly, it is ORDERED:

1.    The Third Omnibus Objection is hereby SUSTAINED as to all claims it addresses.

** END OF ORDER **

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

COURT SERVICE LIST

All ECF participants

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

DOCS_LA:339869.1 92884/002