# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 26, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Proposed Agenda for Hearing** (Docket No. 636)

Furthermore, on July 26, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Sustaining Debtors' First Omnibus Objection to Claims (Duplicate and Contingent Employee and Retiree Claims)** (Docket No. 638)

- **Order Sustaining Debtors' Second Omnibus Objection to Claims (Misclassified Claims)** (Docket No. 639)

- **Order Sustaining Debtors' Third Omnibus Objection to Claims (No Liability Claims)** (Docket No. 640)

- **Notice of Filing of Blackline of Proposed Confirmation Order** (Docket No. 642)

- **Amended Notice of Proposed Agenda for Hearing** (Docket No. 643)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

Furthermore, on July 26, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**, and on one (1) confidential party not included herein:

- **Order Sustaining Debtors' First Omnibus Objection to Claims (Duplicate and Contingent Employee and Retiree Claims)** (Docket No. 638)

Furthermore, on July 26, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, and on ten (10) confidential parties not included herein:

- **Order Sustaining Debtors' Second Omnibus Objection to Claims (Misclassified Claims)** (Docket No. 639)

Furthermore, on July 26, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jennifer Jaeger at 2981 Abrams Drive, Marina, CA 93933, and on three (3) confidential parties not included herein:

- **Order Sustaining Debtors' Third Omnibus Objection to Claims (No Liability Claims)** (Docket No. 640)

Dated: July 27, 2022

/s/ *James Nguyen-Phan*
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
855.524.4733
TeamWatsonvilleHospital@stretto.com

# Exhibit A



# Exhibit A
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Attorney General of United States | c/o U.S. Department of Justice | 950 Pennsylvania Avenue NW | | Washington | DC | 20503-0001 |
| California Dept. of Public Health | c/o Office of Legal Services | 1415 L Street Suite 500 | | Sacramento | CA | 95814 |
| California Dept. of Public Health | c/o San Jose District Office | 100 Paseo de San Antonio Suite 235 | Attn: Jie Wang District Manager | San Jose | CA | 95113 |
| California Nurses Association | Attn: Legal Dept | PO Box 89-4392 | | Los Angeles | CA | 90189-4392 |
| California Tech Employees Coalition | Attn: Legal Department | PO Box 700 | | West Sacramento | CA | 95691 |
| Centers for Medicare Medicaid Srvs | c/o Office of the Administrator | 7500 Security Boulevard | Chiquita Brooks LaSure Administrator | Baltimore | MD | 21244 |
| CNH Finance Fund I L.P. | c/o CNH Finance L.P. | PMB 1285 24 East Ave | Attn: Timothy Peters | New Canaan | CT | 06840-5529 |
| CNH Finance Fund I L.P. | c/o Kincaid Frame & Associates Co | 6151 Wilson Mills Road Suite 310 | Attn: A Frame and T Kincaid | Highland Height | OH | 44143 |
| Dell Financial Services L.L.C. | Attn: Legal Department | One Dell Way | Mail Stop-PS2DF-23 | Round Rock | TX | 78682 |
| Department Health & Human Service | c/o General Counsel | 200 Independence Avenue S.W. | | Washington | DC | 20201 |
| Department Of Health Care Services | Attn: HQAF Accnt/Cashier | 1501 Capital Ave Suite 71.2048 | Mail Stop 1101 | Sacramento | CA | 95814-5005 |
| Department of Health Care Services | c/o Office of Legal Services | PO Box 997413 MS 0010 | Subpoena Desk | Sacramento | CA | 95899-7413 |
| Flex Financial a Division of | c/o Stryker Sales Corporation | 1111 Old Eagle School Road | | Wayne | PA | 19087 |
| Flex Financial a Division of | c/o Stryker Sales LLC | 1901 Romence Road Parkway | | Portage | MI | 49002 |
| GE HFS LLC | Attn: Legal Department | PO Box 414 W-490 | | Milwaukee | WI | 53201 |
| Health Trust Workforce Solution LLC | Attn: Howell S. Arnold | 1100 Dr Martin L King Jr Blvd | Ste 1100 | Nashville | TN | 37203 |
| Internal Revenue Service | Attn: Legal Department | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Medhost Direct Inc | Attn: William P Anderson | 6550 Carothers Parkway Ste 160 | | Franklin | TN | 37067 |
| MPT of Watsonville LLC | Baker Donelson Bearman Caldwell | 420 20th Street North Suite 1400 | Attn: Luther P. Crull III | Birmingham | AL | 35203 |
| MPT of Watsonville LLC | c/o KTBS Law LLP | 1801 Century Park East 26th Floor | Attn: T Patterson and S Gurvitz | Los Angeles | CA | 90067 |
| MPT of Watsonville LLC | c/o MPT Operating Partnership L.P. | 1000 Urban Center Drive Suite 501 | Legal Dept. | Birmingham | AL | 35242 |
| NFS Leasing Inc. | Attn: Legal Department | 900 Cummings Center Suite 226-U | | Beverly | MA | 01915 |
| Noridian Healthcare Solutions LLC | Attn: Legal Department | 900 42nd St S | PO Box 6711 | Fargo | ND | 58103 |
| Phillips Medical Capital LLC | Attn: Legal Department | 1111 Old Eagle School Road | | Wayne | PA | 19087 |
| Public Health Service | c/o US Dept Health & Human Services | 5600 Fishers Lane Rm 4A53 | Paklawn Building | Rockville | MD | 20857 |
| SCG Capital Corporation | Attn: Accounting Dept | 74 W Park Place | | Stamford | CT | 06901 |
| Seiu Uhw And Joint Employer | Attn: Legal Dept | 1000 Broadway Suite 675 | | Oakland | CA | 94607 |
| State of California DOJ | c/o Office of the Attorney General | 1300 I Street | | Sacramento | CA | 95814-2919 |
| Teamsters 853 | Attn: Steven Lua | 22 E 5th St | | Watsonville | CA | 95076 |
| Teamsters Local Union #912 | Attn: Legal Dept | 22 East Fifth Avenue | | Watsonville | CA | 95076 |
| The Office of United States Trustee | Attn: Villacorta Blumberg & Rofael | 280 South First Street Room 268 | | San Jose | CA | 95113 |
| Urban Partnership Bank | Attn: Legal Department | 7936 South Cottage Grove | | Chicago | IL | 60619 |
| US Securities & Exchange Commission | Attn: Bankruptcy Counsel | 444 South Flower Street Suite 900 | | Los Angeles | CA | 90071-9591 |
| Western Alliance Equipment Finance | Attn: Legal Department | One East Washington Ste 1400 | | Phoenix | AZ | 85004 |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)

Case: 21-51477    Doc# 644    Filed: 07/27/22    Entered: 07/27/22 10:46:13    Page 4 of 14

Page 1 of 1

# Exhibit B



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ADEX Medical Staffing LLC | c/o Akerman LLP | Attn: Andrea Hartley | andrea.hartley@akerman.com |
| ADEX Medical Staffing LLC | c/o Akerman LLP | Attn: Evelina Gentry | evelina.gentry@akerman.com |
| BETA Healthcare Group | c/o Pyle Sims Duncan & Stevenson, APC | Attn: Gerald N Sims | jerrys@psdslaw.com |
| California Department of Health Care Services (DHCS) | c/o Office of the Attorney General | Attn: Anjana N. Gunn | anjana.gunn@doj.ca.gov |
| California Department of Public Health (CDPH) | Office of the Attorney General | Attn: Anjana N Gunn | anjana.gunn@doj.ca.gov |
| California Dept. of Public Health | c/o San Jose District Office | Attn: Jie Wang District Manager | CDPH-LNC-SANJOSE@cdph.ca.gov |
| California Emergency Medical Services Authority | Office of the Attorney General | Attn: Anjana N Gunn, Deputy Attorney General | anjana.gunn@doj.ca.gov |
| California Nurses Association | Attn: Kyrsten B. Skogstad and David B. Willhoite | | execoffice@calnurses.org kskogstad@calnurses.org dwillhoite@calnurses.org |
| California Physicians' Service dba Blue Shield of California | c/o Snell & Wilmer LLP | Attn: Michael B Reynolds & Andrew B Still | mreynolds@swlaw.com astill@swlaw.com |
| Cardinal Health | c/o Chiesa Shahinian & Giantomasi PC | Attn: Terri Jane Freedman & Scott A Zuber | tfreedman@csglaw.com szuber@csglaw.com |
| Cardinal Health | c/o Hopkins & Carley, ALC | Attn: Monique D. Jewett-Brewster | mjb@hopkinscarley.com |
| CNH Finance Fund I LP | c/o Foley & Lardner LLP | Attn: Edward J. Green | egreen@foley.com |
| CNH Finance Fund I LP | c/o Foley & Lardner LLP | Attn: Shane J. Moses | smoses@foley.com |
| CNH Finance Fund I, L.P. | c/o CNH Finance, L.P. | Attn: Timothy Peters | legal@cnhfinance.com |
| CNH Finance Fund I, L.P. | c/o Kincaid, Frame & Associates Co., LPA | Attn: Alexander Frame and Timothy Kincaid | aframe@kincaidframe.com tkincaid@kincaidframe.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Perkins Coie LLP | Attn: Eric E Walker & Kathleen Allare | ewalker@perkinscoie.com kallare@perkinscoie.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Perkins Coie LLP | Attn: Paul S Jasper & Sara L Chenetz | pjasper@perkinscoie.com schenetz@perkinscoie.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Sills Cummis & Gross P.C. | Attn: Andrew H Sherman & Boris I Mankovetskiy | asherman@sillscummis.com bmankovetskiy@sillscummis.com |
| Department of Health Care Services | c/o Office of Legal Services | | DHCSBankruptcy@dhcs.ca.gov |
| Emerald Textile Services Northern California, LLC | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P Kennedy | gerald.kennedy@procopio.com |
| Health Trust Workforce Solutions, LLC | Attn: Howell S. Arnold | | howell.arnold@healthtrustpg.com |
| Intuitive Surgical, Inc. | c/o Singer Cashman LLP | Attn: Adam S Cashman & Doug Tilley | acashman@singercashman.com dtilley@singercashman.com |
| LifeLinc Corporation and LifeLinc Anesthesia VI, P.C. | c/o Keller Benvenutti Kim LLP | Attn: Jane Kim | jkim@kbkllp.com |
| Medhost Direct, Inc | Attn: William P Anderson | | bill.anderson@medhost.com |
| MPT of Watsonville Lender, LLC and MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas E Patterson, Robert J Smith, Sasha M Gurvitz | tpatterson@ktbslaw.com rsmith@ktbslaw.com sgurvitz@ktbslaw.com |
| MPT of Watsonville, LLC | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Luther P. Crull, III | lcrull@bakerdonelson.com |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)

Case: 21-51477    Doc# 644    Filed: 07/27/22    Entered: 07/27/22 10:46:13    Page 6 of 14

Page 1 of 2



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas Patterson and Sasha Gurvitz | tpatterson@ktbslaw.com<br>sgurvitz@ktbslaw.com |
| Neven Development, LLC | c/o Guenther \| Miller Law Group | Attn: Ralph P. Guenther, Esq. | rguenther@guentherlawgroup.com |
| Pajaro Valley Healthcare District Project | c/o Pillsbury Winthrop Shaw Pittman LLP | Attn: Gerry Hinkley and Claire K. Wu | gerry.hinkley@pillsburylaw.com<br>claire.wu@pillsburylaw.com |
| Pajaro Valley Healthcare District Project | c/o Pillsbury Winthrop Shaw Pittman LLP | Attn: Jonathan R. Doolittle | jonathan.doolittle@pillsburylaw.com |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Desiree M Amador | amador.desiree@pbgc.gov<br>efile@pbgc.gov |
| Philips Medical Capital, LLC | c/o Keller Benvenutti Kim LLP | Attn: Keith A McDaniels | kmcdaniels@kbkllp.com |
| Philips Medical Capital, LLC | c/o Offit Kurman, P.C. | Attn: Paul J Winterhalter | pwinterhalter@offitkurman.com |
| Picis Clinical Solutions, Inc. | c/o Hanson Bridgett LLP | Attn: Anthony J Dutra | adutra@hansonbridgett.com |
| Secretary of the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services | c/o Assistant United States Attorney | Attn: Michael T Pyle | michael.t.pyle@usdoj.gov |
| SEIU United Healthcare Workers | | | bharland@unioncounsel.net |
| SEIU United Healthcare Workers | Attn: Cassaundra Curtis | | ccurtis@seiu-uhw.org<br>msalcedo@seiu-uhw.org |
| SEIU United Healthcare Workers – West | c/o Weinberg Roger & Rosenfeld | Attn: Manuel A Boigues & Michaela F Posner | bankruptcycourtnotices@unioncounsel.net<br>bharland@unioncounsel.net<br>mboigues@unioncounsel.net<br>mposner@unioncounsel.net |
| SEIU-UHW West & Joint Education Fund | c/o Weinberg Roger & Rosenfeld | Attn: Manuel A Boigues & Bruce A Harland | bankruptcycourtnotices@unioncounsel.net<br>mboigues@unioncounsel.net<br>bharland@unioncounsel.net |
| Special Labor and Employment Counsel to Debtors | c/o Bartko Zankel Bunzel & Miller | Attn: Kerry L. Duffy | kduffy@bzbm.com<br>aruda@bzbm.com |
| Teamsters 853 | Attn: Steven Lua | | slua@teamsters853.org |
| Teamsters Local Union #912 | | | slua@teamsters853.org |
| Teamsters Union Local 853 | c/o Beeson, Tayer & Bodine, APC | Attn: Catherine E Holzhauser | cholzhauser@beesontayer.com |
| The Office of the United States Trustee | Attn: Jason Blumberg, Elvina Rofael, and Marta Villacorta | | marta.villacorta@usdoj.gov<br>Jason.Blumberg@usdoj.gov<br>Elvina.Rofael@usdoj.gov |
| Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee | Attn: Elvina Rofael | Elvina.Rofael@usdoj.gov |
| Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee | Attn: Jason Blumberg | Jason.blumberg@usdoj.gov |
| U.S. Acute Care Solutions and VEP Ventures | c/o Buchalter, a Professional Corporation | Attn: Anthony J. Napolitano | anapolitano@buchalter.com |
| Watsonville Hospital Corporation, et al. | c/o Force Ten Partners LLC | Attn: Jeremy Rosenthal | jrosenthal@force10partners.com |
| Watsonville Hospital Corporation, et al. | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Debra Grassgreen, Maxim B. Litvak and Steven W. Golden | dgrassgreen@pszjlaw.com<br>mlitvak@pszjlaw.com<br>sgolden@pszjlaw.com |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)

Case: 21-51477    Doc# 644    Filed: 07/27/22    Entered: 07/27/22 10:46:13    Page 7 of 14

Page 2 of 2

# Exhibit C



# Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Attorney General of the United States | c/o U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | Washington | DC | 20503-0001 |
| California Dept. of Public Health | c/o Office of Legal Services | 1415 L Street | Suite 500 | Sacramento | CA | 95814 |
| California Dept. of Public Health | c/o San Jose District Office | Attn: Jie Wang District Manager | 100 Paseo de San Antonio Suite 235 | San Jose | CA | 95113 |
| California Nurses Association | | PO Box 89-4392 | | Los Angeles | CA | 90189-4392 |
| California Technical Employees' Coalition | | PO Box 700 | | West Sacramento | CA | 95691 |
| Centers for Medicare and Medicaid Services | c/o Office of the Administrator | Chiquita Brooks-LaSure, Administrator | 7500 Security Boulevard | Baltimore | MD | 21244 |
| CNH Finance Fund I, L.P. | c/o CNH Finance, L.P. | Attn: Timothy Peters | PMB 1285 24 East Ave | New Canaan | CT | 06840-5529 |
| CNH Finance Fund I, L.P. | c/o Kincaid, Frame & Associates Co., LPA | Attn: Alexander Frame and Timothy Kincaid | 6151 Wilson Mills Road Suite 310 | Highland Height | OH | 44143 |
| Dell Financial Services, L.L.C. | | Mail Stop-PS2DF-23 | One Dell Way | Round Rock | TX | 78682 |
| Department of Health and Human Services | c/o General Counsel | 200 Independence Avenue, S.W. | | Washington | DC | 20201 |
| Department of Health Care Services | c/o Office of Legal Services | Subpoena Desk | PO Box 997413 MS 0010 | Sacramento | CA | 95899-7413 |
| Department Of Health Care Services (DHCS) | Attn: HQAF Accnt/Cashier | Mail Stop 1101 | 1501 Capital Ave Suite 71.2048 | Sacramento | CA | 95814-5005 |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Flex Financial, a Division of | c/o Stryker Sales LLC | 1901 Romence Road Parkway | | Portage | MI | 49002 |
| Flex Financial, a Division of Stryker Sales Corporation | | 1111 Old Eagle School Road | | Wayne | PA | 19087 |
| GE HFS, LLC | | PO Box 414, W-490 | | Milwaukee | WI | 53201 |
| Health Trust Workforce Solutions, LLC | Attn: Howell S. Arnold | 1100 Dr Martin L King Jr Blvd Ste 1100 | | Nashville | TN | 37203 |
| Medhost Direct, Inc | Attn: William P Anderson | 6550 Carothers Parkway, Ste 160 | | Franklin | TN | 37067 |
| MPT of Watsonville, LLC | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Luther P. Crull, III | 420 20th Street North Suite 1400 | Birmingham | AL | 35203 |
| MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas Patterson and Sasha Gurvitz | 1801 Century Park East 26th Floor | Los Angeles | CA | 90067 |
| MPT of Watsonville, LLC | c/o MPT Operating Partnership, L.P. | Legal Dept. | 1000 Urban Center Drive Suite 501 | Birmingham | AL | 35242 |
| NFS Leasing, Inc. | | 900 Cummings Center | Suite 226-U | Beverly | MA | 01915 |
| Noridian Healthcare Solutions, LLC | | 900 42nd St S | PO Box 6711 | Fargo | ND | 58103 |
| Phillips Medical Capital, LLC | | 1111 Old Eagle School Road | | Wayne | PA | 19087 |
| Public Health Service | c/o US Dept. of Health & Human Services | Rm 4A53 Paklawn Building | 5600 Fishers Lane | Rockville | MD | 20857 |
| SCG Capital Corporation | Accounting Dept | 74 W Park Place | | Stamford | CT | 06901 |
| Seiu Uhw And Joint Employer | | 1000 Broadway Suite 675 | | Oakland | CA | 94607 |
| State of California DOJ | c/o Office of the Attorney General | 1300 I Street | | Sacramento | CA | 95814-2919 |
| Teamsters 853 | Attn: Steven Lua | 22 E 5th St | | Watsonville | CA | 95076 |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)

Case: 21-51477    Doc# 644    Filed: 07/27/22    Entered: 07/27/22 10:46:13    Page 9 of 14

Page 1 of 2



# Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Teamsters Local Union #912 | | 22 East Fifth Avenue | | Watsonville | CA | 95076 |
| The Office of the United States Trustee | Attn: Jason Blumberg, Elvina Rofael, and Marta Villacorta | 280 South First Street | Room 268 | San Jose | CA | 95113 |
| U.S. Securities & Exchange Commission | Attn: Bankruptcy Counsel | 444 South Flower Street | Suite 900 | Los Angeles | CA | 90071-9591 |
| Urban Partnership Bank | | 7936 South Cottage Grove | | Chicago | IL | 60619 |
| Western Alliance Equipment Finance, Inc. | | One East Washington Ste 1400 | | Phoenix | AZ | 85004 |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)

Case: 21-51477    Doc# 644    Filed: 07/27/22    Entered: 07/27/22 10:46:13    Page 10 of 14

Page 2 of 2

# Exhibit D



**Exhibit D**
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Anne Thomas | 16511 Alexander LN | East Garrison | CA | 93933 |
| Danielle Lucchesi | 16005 Meridian Road | Salinas | CA | 93907 |
| Desiree Weld | 1250 Tamara Court | Hollister | CA | 95023 |
| Emma Louise Pearse | 79 Alta Vista Dr | Santa Cruz | CA | 95060 |
| Gina Lavagnino | 840 Talbot Dr. | Hollister | CA | 95023 |
| Jean Ann Johnson | 575 Vivienne Drive | Watsonville | CA | 95076 |
| Josefina C Papanggo Diaz | 5537 McFarlan Ranch Drive | Antioch | CA | 94531 |
| Julie Eaton | 49 Blanca Lane #528 | Watsonville | CA | 95076 |
| Kathleen Ogorman | 431 Escalona Dr | Santa Cruz | CA | 95060 |
| Katie Kathleen Bianco | 4422 Starboard Ct | Soquel | CA | 95073 |
| Lynn Clough | 307 Gallos Ave | La Selva Beach | CA | 95076 |
| Michael Beal | 187 Manfre Rd | Watsonville | CA | 95076 |
| Nancy Gonzalez Garcia | 984 Longfellow Drive 120 Case Toni at Apt D | Salinas | CA | 93906 |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)  Case: 21-51477   Doc# 644   Filed: 07/27/22   Entered: 07/27/22 10:46:13   Page 12 of 14

Page 1 of 1

# Exhibit E



**Exhibit E**
Served Via First-Class Mail

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Jennifer Dohl | PO Box 686 | San Juan Bautista | CA | 95045-0686 |
| Marta White | 8814 Hirasaki Avenue | Gilroy | CA | 95020 |
| Melissa Lopez-Bermejo MD | 243 Green Valey Rd Suite D | Freedom | CA | 95019 |
| Narindar Bhullar, MD | 64 Aspen way Suite 101 | Watsonville | CA | 95076 |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)  Case: 21-51477    Doc# 644    Filed: 07/27/22    Entered: 07/27/22 10:46:13    Page 14 of 14

Page 1 of 1