

|   |   |
|---|---|
| 1 | Debra I. Grassgreen (CA Bar No. 169978) |
| 2 | Maxim B. Litvak (CA Bar No. 215852) |
|   | Steven W. Golden (admitted *pro hac vice*) |

The following constitutes the order of the Court.
Signed: July 28, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

*Counsel to Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIMS FILED BY DAVID J. OCHOA (Claim Nos. 327 and 328)**<br><br>Date: July 27, 2022<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br>Judge: Hon. M. Elaine Hammond |

**THIS MATTER** came before the Court upon consideration of the *Debtors' Objection to Claims Filed by David J. Ochoa (Claim Nos. 327 and 328)* [Docket No. 577] (the "Ochoa Objection"), filed by the above-captioned debtors and debtors in possession (the "Debtors"), for entry of an order disallowing and expunging Claim Nos. 327 and 328, as set forth in the Ochoa Objection. The Court finds and concludes that service and notice were proper as to all affected claimants. Pursuant to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

Notice of Hearing [Docket No. 578], responses to the Ochoa Objection were due no later than 4:00 p.m. on July 18, 2022, and none having been filed,

Accordingly, it is ORDERED:

The Ochoa Objection is hereby SUSTAINED as to all claims it addresses.

** END OF ORDER **

**COURT SERVICE LIST**

All ECF participants