1   Paul S. Jasper, Bar No. 200138              Andrew H. Sherman (*pro hac vice*)
    PJasper@perkinscoie.com                     ASherman@sillscummis.com
2   Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)   Boris I. Mankovetskiy (*pro hac vice*)
    EWalker@perkinscoie.com                     BMankovetskiy@sillscummis.com
3   PERKINS COIE LLP                            SILLS CUMMIS & GROSS P.C.
    505 Howard Street, Suite 1000               One Riverfront Plaza
4   San Francisco, CA 94105                     Newark, New Jersey 07102
    Telephone: 415.344.7000                     Telephone:   973.643.7000
5   Facsimile: 415.344.7050                     Facsimile:   973.643.6500

6
7   *Co-Counsel to the Official Committee of Unsecured Creditors*

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

11  In re                                       CASE NO. 21-51477

12  WATSONVILLE HOSPITAL                        Chapter: 11
13  CORPORATION, et al.,[1]                     (Jointly Administered)

14                                              **FOURTH MONTHLY FEE STATEMENT
    Debtors.                                    OF SILLS CUMMIS & GROSS P.C., AS
15                                              CO-COUNSEL TO THE OFFICIAL
                                                COMMITTEE OF UNSECURED
16                                              CREDITORS FOR THE PERIOD OF
                                                APRIL 1, 2022 THROUGH APRIL 30, 2022**
17
18                                              Judge: Hon. M. Elaine Hammond

19                                              **Objection Deadline: August 15, 2022**
                                                        **4:00 p.m. (Pacific Time)**
20
                                                [No Hearing Requested]
21

22

23

24

25

26  _____
    [1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
27  Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital
    Holdings, Inc. (1118); and Halsen Healthcare, LLC.  The Debtors' business address is 75 Nielson Street, Watsonville,
28  CA 95076.

| Name of Applicant: | Sills Cummis & Gross P.C. |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | December 29, 2021, by Order entered January 31, 2022 [Docket No. 261] |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2022 – April 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $103,875.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $106.93 |

On January 17, 2022, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed an *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Watsonville Hospital Corporation, et al., Effective as of December 29, 2021* [Docket No. 211] (the "Retention Application").

The Retention Application was granted on January 31, 2022, by this Court's *Order Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Watsonville Hospital Corporation, et al., Effective as of December 29, 2021* [Docket No. 261] (the "Retention Order").

Sills Cummis & Gross P.C. ("Sills"), as co-counsel to the Committee hereby submits its fourth monthly fee statement (the "Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing April 1, 2022 through and including April 30, 2022 (the "Fee Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, date January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order").[3]

---

[2] Sills' fees at its *standard* hourly rates actually total $121,285.00. However, as noted in its Retention Order (defined below), Sills' fees are subject to a $625 blended hourly rate cap. After application of this discount, Sills' fees were reduced to $103,875.00.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

By this Fee Statement, Sills seeks: (i) a monthly interim allowance of compensation in the amount of $103,875.00 and actual and necessary expenses in the amount of $106.93, for a total allowance of $103,981.93; and (ii) payment of $83,100.00 (80% of the allowed fees pursuant to the Compensation Procedures Order) and reimbursement of $106.93 (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $83,206.93 for the Fee Period.

Attached as **Exhibit 1** is the name of each Sills professional who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period and the hourly rate and total fees for each such professional.

Attached as **Exhibit 2** is a summary of hours by task code during the Fee Period.

Attached as **Exhibit 3** is a summary of expenses included in the Fee Statement.

Attached as **Exhibit 4** is the invoice undergirding this Fee Statement, which includes detailed time entries for Sills' professionals during the Fee Period.

In accordance with the Compensation Procedures Order, responses or objections to this Fee Statement, if any, must be filed and served on Sills and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, Sills or its co-counsel shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Sills an amount equal to 80% of the fees and 100% of the expenses requested in this Fee Statement.

If an objection is timely filed and served, the Debtors shall be authorized and directed to pay Sills 80% of the fees and 100% of the expenses not subject to an objection.

*[REMAINDER OF PAGE INTENTIONALLY BLANK]*

8861928
Case: 21-51477    Doc# 652    Filed: 08/01/22    Entered: 08/01/22 11:27:14    Page 3 of 21

DATED: August 1, 2022

**PERKINS COIE LLP**

By: */s/ Paul S. Jasper*

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric Walker, IL Bar No 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

*Co-Counsel to the Official Committee of
Unsecured Creditors*

8861928

## EXHIBIT 1

### Compensation by Professional

| Name of Professional Individual | Position, primary department, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $925 | 9.0 | $8,325.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $825 | 37.0 | $30,525.00 |
| Lucas Hammonds | Of Counsel, Bankruptcy First Bar Admission: 2008 | $725 | 15.1 | $10,947.50 |
| Daniel Harris | Of Counsel, Bankruptcy First Bar Admission: 2008 | $725 | 42.3 | $30,667.50 |
| Gregory Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $650 | 62.8 | $40,820.00 |
| **Total Fees at Standard Rates** | | | **166.2** | **$121,285.00** |
| **Total Fees After Application of $625 Blended Rate Discount** | | | **166.2** | **$103,875.00** |

**EXHIBIT 2**

**Compensation by Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 4.3 | $3,410.00 |
| Business Operations (103) | 1.2 | $990.00 |
| Case Administration (104) | 1.9 | $1,540.00 |
| Claims Administration and Objections (105) | 2.7 | $2,147.50 |
| Fee/Employment Applications (107) | 2.2 | $1,430.00 |
| Fee/Employment Objections (108) | 0.6 | $390.00 |
| Plan and Disclosure Statement (113) | 153.3 | $111,377.50 |
| **TOTAL** | **166.2** | **$121,285.00** |
| **Total Fees After Application of $625 Blended Rate Discount** | **166.2** | **$103,875.00** |

8861928

**EXHIBIT 3**

**Expenses**

| Expense Category | Amount Billed |
|------------------|---------------|
| Lexis-Nexis | $106.93 |
| **Total** | **$106.93** |

1                              **EXHIBIT 4**

2                                **Invoice**

8861928

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of
Watsonville Hospital Corporation
c/o William P. Anderson, Committee Chair
MEDHOST Direct, Inc.
6550 Carothers Parkway, Ste. 160
Franklin, TN 37067

May 26, 2022
Client/Matter No. 08650135.000001
Invoice: 2020742
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through April 30, 2022

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 04/01/22 | BM | 102 | Analysis regarding sale closing issues and bridge period funding budget. | 1.30 | |
| 04/08/22 | LFH | 102 | Review and analyze sale order, purchase agreement, and relating filings regarding sale closing and plan integration issues. | 1.20 | |
| 04/14/22 | BM | 102 | Analysis regarding sale closing issues. | 0.90 | |
| 04/29/22 | BM | 102 | Analysis of issues regarding sale closing. | 0.80 | |
| 04/29/22 | GAK | 102 | Review status report regarding assumption/assignment of contracts. | 0.10 | |
| | | **TASK TOTAL 102** | | **4.30** | **$3,410.00** |
| **103 – BUSINESS OPERATIONS** | | | | | |
| 04/15/22 | BM | 103 | Analysis regarding Debtors' financial reporting. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2022
Client/Matter No. 08650135.000001
Invoice: 2020742
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/21/22 | BM | 103 | Analysis regarding Debtors' financial reporting. | 0.40 | |
| 04/29/22 | BM | 103 | Analysis regarding Debtors' financial reporting. | 0.40 | |
| | | **TASK TOTAL 103** | | **1.20** | **$990.00** |

## 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 04/13/22 | GAK | 104 | Draft update email to the Committee members regarding the proposed plan of liquidation and next steps. | 0.30 | |
| 04/15/22 | GAK | 104 | Review order setting numerous upcoming hearings and email A. Sherman regarding same. | 0.10 | |
| 04/15/22 | GAK | 104 | Review notification regarding upcoming status conference and email A. Sherman regarding same. | 0.10 | |
| 04/20/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.80 | |
| 04/27/22 | AHS | 104 | Prepare for and attend status conference. | 0.60 | |
| | | **TASK TOTAL 104** | | **1.90** | **$1,540.00** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 04/25/22 | BM | 105 | Analysis regarding draft claims objections procedures motion. | 0.80 | |
| 04/25/22 | AHS | 105 | Initial review of claims procedure motion. | 0.20 | |
| 04/26/22 | BM | 105 | Analysis regarding revisions of proposed omnibus claims objections procedures. | 0.70 | |
| 04/26/22 | LFH | 105 | Review and analyze draft omnibus objection procedures motion. | 0.50 | |

Sills Cummis & Gross P.C.

Creditors' Committee
                                                    May 26, 2022
                                    Client/Matter No. 08650135.000001
                                                    Invoice: 2020742
                                                    Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/28/22 | LFH | 105 | Analyze omnibus objection procedures issues. | 0.50 | |

| | | | TASK TOTAL 105 | 2.70 | $2,147.50 |
|---|---|---|---|---|---|

**107 – FEE/EMPLOYMENT APPLICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 04/06/22 | GAK | 107 | Communications with A. Sherman regarding CNO. | 0.10 | |
| 04/06/22 | GAK | 107 | Prepare for CNO for February fee statement. | 0.50 | |
| 04/07/22 | GAK | 107 | Email local counsel regarding CNO for fee application. | 0.20 | |
| 04/14/22 | GAK | 107 | Work on March fee statement. | 0.20 | |
| 04/24/22 | GAK | 107 | Work on March fee statement. | 0.80 | |
| 04/25/22 | GAK | 107 | Finalize March fee statement and email local counsel regarding same. | 0.40 | |

| | | | TASK TOTAL 107 | 2.20 | $1,430.00 |
|---|---|---|---|---|---|

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 04/01/22 | GAK | 108 | Review Bartko's February fee statement. | 0.10 | |
| 04/24/22 | GAK | 108 | Review Bartko's March fee statement and email A. Sherman regarding same. | 0.10 | |
| 04/24/22 | GAK | 108 | Review Force 10's March fee statement and email A. Sherman regarding same. | 0.10 | |
| 04/29/22 | GAK | 108 | Review PCO's interim fee application and email A. Sherman regarding same. | 0.20 | |
| 04/29/22 | GAK | 108 | Review Pachulski's March fee statement and email A. Sherman regarding same. | 0.10 | |

| | | | TASK TOTAL 108 | 0.60 | $390.00 |
|---|---|---|---|---|---|

|            |     |     |                                                                                            | HOURS | AMOUNT |
|------------|-----|-----|--------------------------------------------------------------------------------------------|-------|--------|

### 113 – PLAN AND DISCLOSURE STATEMENT

| 04/01/22 | BM  | 113 | Analysis regarding plan of liquidation.                                                                  | 1.20 |  |
| 04/01/22 | AHS | 113 | Call with Debtors' professionals re: plan and confirmation issues.                                       | 0.80 |  |
| 04/05/22 | BM  | 113 | Analysis regarding sale closing issues and plan of liquidation.                                          | 1.40 |  |
| 04/07/22 | BM  | 113 | Analysis regarding plan of liquidation.                                                                  | 1.30 |  |
| 04/07/22 | LFH | 113 | Review and analyze DIP financing term sheet with respect to plan structure issues.                       | 0.40 |  |
| 04/07/22 | LFH | 113 | Analyze potential plan and plan structure issues.                                                        | 0.60 |  |
| 04/07/22 | LFH | 113 | Review forms of liquidating plan from 9th Circuit.                                                       | 0.70 |  |
| 04/07/22 | LFH | 113 | Analyze liquidating trust issues.                                                                        | 0.40 |  |
| 04/07/22 | LFH | 113 | Review forms of liquidating trust agreement.                                                             | 0.40 |  |
| 04/07/22 | LFH | 113 | Confer with G. Kopacz regarding DIP financing settlement term sheet, plan structure, and liquidating trust issues. | 0.50 |  |
| 04/07/22 | GAK | 113 | Analysis of DIP settlement term sheet in connection with analysis of plan structure issues.              | 0.40 |  |
| 04/07/22 | GAK | 113 | Research regarding plan structure issues.                                                                | 2.20 |  |
| 04/07/22 | GAK | 113 | Communications with L. Hammonds regarding plan and liquidating trust agreement structure issues.         | 0.30 |  |
| 04/08/22 | BM  | 113 | Analysis of issues regarding plan of liquidation.                                                        | 1.30 |  |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2022
Client/Matter No. 08650135.000001
Invoice: 2020742
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/08/22 | LFH | 113 | Analyze plan structure issues. | 0.60 | |
| 04/08/22 | LFH | 113 | Analyze sale and plan timing and integration issues. | 0.40 | |
| 04/08/22 | LFH | 113 | Analyze liquidating trust agreement issues. | 0.60 | |
| 04/08/22 | LFH | 113 | Analyze liquidating trust oversight issues. | 0.30 | |
| 04/08/22 | GAK | 113 | Analysis of liquidating trust issues. | 1.90 | |
| 04/08/22 | GAK | 113 | Call with L. Hammonds regarding plan issues. | 0.20 | |
| 04/09/22 | GAK | 113 | Research regarding plan structure issues. | 2.40 | |
| 04/11/22 | LFH | 113 | Analyze plan issues. | 0.30 | |
| 04/12/22 | BM | 113 | Analysis of issues regarding plan of liquidation. | 1.60 | |
| 04/13/22 | BM | 113 | Analysis of issues regarding plan of liquidation. | 2.10 | |
| 04/13/22 | AHS | 113 | Initial review of plan and address plan revisions. | 1.10 | |
| 04/13/22 | LFH | 113 | Review and analyze draft plan. | 1.90 | |
| 04/13/22 | LFH | 113 | Compare draft plan structure to plan structure and terms outlined in DIP financing term sheet. | 0.70 | |
| 04/13/22 | LFH | 113 | Analyze draft plan revision issues. | 0.80 | |
| 04/13/22 | LFH | 113 | Confer with B. Mankovetskiy regarding plan and plan revision issues. | 0.20 | |
| 04/13/22 | LFH | 113 | Confer with G. Kopacz regarding plan revision issues. | 0.20 | |
| 04/13/22 | LFH | 113 | Analyze confirmation issues. | 0.40 | |
| 04/13/22 | DJH | 113 | Review and revise draft plan of liquidation. | 2.80 | |
| 04/13/22 | GAK | 113 | Review draft plan of liquidation provided by Debtors' counsel. | 3.60 | |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/13/22 | GAK | 113 | Various communications with A. Sherman and D. Harris regarding proposed plan of liquidation and action strategy. | 0.40 | |
| 04/14/22 | BM | 113 | Analysis regarding draft plan of liquidation. | 1.40 | |
| 04/14/22 | DJH | 113 | Review and revise draft plan of liquidation. | 3.70 | |
| 04/14/22 | GAK | 113 | Analyze proposed plan of liquidation, including analysis of proposed structure, specified definitions and creditor recovery/waterfall issues. | 5.70 | |
| 04/15/22 | BM | 113 | Analysis regarding draft plan of liquidation. | 1.90 | |
| 04/15/22 | AHS | 113 | Email to Committee re: plan issues, follow up emails and further review of plan. | 1.10 | |
| 04/15/22 | DJH | 113 | Review and revise draft plan of liquidation. | 0.80 | |
| 04/15/22 | DJH | 113 | Call with G. Kopacz regarding plan. | 0.40 | |
| 04/15/22 | GAK | 113 | Review order extending the Debtors' exclusive periods and email A. Sherman regarding same. | 0.10 | |
| 04/15/22 | GAK | 113 | Various communications with D. Harris and B. Mankovetskiy regarding plan issues. | 0.10 | |
| 04/15/22 | GAK | 113 | Update Plan definitions, claim classification provisions, insurance claim provisions, distribution provisions and miscellaneous plan provisions. | 3.40 | |
| 04/15/22 | GAK | 113 | Analysis of DIP term sheet regarding GUC/MPT allocation of sale proceeds and claim distributions in connection with Plan analysis. | 0.80 | |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/16/22 | GAK | 113 | Review and revise sections of Plan dealing with Plan implementation, the liquidation trust and the liquidation trustee. | 2.70 | |
| 04/17/22 | GAK | 113 | Review and revise Plan provisions relating to executory contract, assumption/rejection procedures, distribution procedures, claim reconciliation procedures, jurisdiction provisions and conditions precedent to effective date. | 7.20 | |
| 04/18/22 | BM | 113 | Analysis regarding motion to approve disclosure statement and related relief. | 1.30 | |
| 04/18/22 | BM | 113 | Analysis regarding liquidating trust issues. | 1.10 | |
| 04/18/22 | BM | 113 | Analysis and revisions of proposed draft plan. | 1.40 | |
| 04/18/22 | AHS | 113 | Review of email from Debtors' counsel re: plan issues and review of documents as sent. | 1.40 | |
| 04/18/22 | DJH | 113 | Review and revise disclosure statement motion and exhibits. | 1.30 | |
| 04/18/22 | DJH | 113 | Prepare for and attend call with G. Kopacz regarding plan. | 1.40 | |
| 04/18/22 | DJH | 113 | Review revised plan of liquidation. | 1.70 | |
| 04/18/22 | DJH | 113 | Call with G. Kopacz and precedent research regarding plans. | 0.50 | |
| 04/18/22 | GAK | 113 | Review and mark up plan and conduct research in connection with same. | 6.10 | |
| 04/18/22 | GAK | 113 | Meeting with D. Harris regarding plan analysis. | 1.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2022
Client/Matter No. 08650135.000001
Invoice: 2020742
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/18/22 | GAK | 113 | Review and revise release, exculpation, limitation of liability, injunction and other related provisions and conduct research regarding same, including related to assignability of commercial tort claims. | 5.80 | |
| 04/19/22 | BM | 113 | Analysis and revisions regarding draft plan of liqudiation. | 1.60 | |
| 04/19/22 | DJH | 113 | Correspond with G. Kopacz regarding plan. | 0.30 | |
| 04/19/22 | DJH | 113 | Review revised version of plan. | 0.80 | |
| 04/19/22 | DJH | 113 | Review and revise disclosure statement motion and order/exhibits. | 1.40 | |
| 04/19/22 | GAK | 113 | Work on injunction/release/exculpation provisions. | 1.80 | |
| 04/19/22 | GAK | 113 | Communications with D. Harris regarding changes. | 0.30 | |
| 04/19/22 | GAK | 113 | Update definitions and make conforming changes. | 2.10 | |
| 04/19/22 | GAK | 113 | Revise Plan to address powers of Liquidation Trustee and related issues. | 2.20 | |
| 04/20/22 | BM | 113 | Analysis regarding motion to approve solicitation procedures. | 0.90 | |
| 04/20/22 | BM | 113 | Analysis and revisions of draft plan of liquidation. | 1.30 | |
| 04/20/22 | AHS | 113 | Call with counsel for Debtors re: plan issues and comments. | 1.10 | |
| 04/20/22 | AHS | 113 | Follow up call with P. Jasper re: next steps and plan issues. | 0.30 | |
| 04/20/22 | GAK | 113 | Review and revised proposed disclosure statement motion. | 2.90 | |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2022
Client/Matter No. 08650135.000001
Invoice: 2020742
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/20/22 | GAK | 113 | Call with A. Sherman and B. Mankovetskiy regarding Liquidating Plan. | 0.40 | |
| 04/20/22 | GAK | 113 | Revise liquidating plan to address comments of A. Sherman and B. Mankovetskiy. | 1.80 | |
| 04/20/22 | GAK | 113 | Review and revise proposed disclosure statement order, ballots, confirmation hearing notice and other exhibits to the disclosure statement order. | 1.60 | |
| 04/20/22 | GAK | 113 | Prepare for and attend call with Debtors' counsel regarding Plan comments. | 1.00 | |
| 04/25/22 | BM | 113 | Analysis regarding liquidating trust agreement. | 1.30 | |
| 04/25/22 | LFH | 113 | Analyze liquidating trust agreement issues. | 0.30 | |
| 04/25/22 | LFH | 113 | Analyze solicitation issues. | 0.40 | |
| 04/25/22 | LFH | 113 | Confer with B. Mankovetskiy regarding plan and solicitation issues. | 0.20 | |
| 04/25/22 | LFH | 113 | Review and analyze correspondence regarding plan revision and solicitation issues. | 0.30 | |
| 04/25/22 | LFH | 113 | Confer with G. Kopacz regarding plan revision and plan document issues. | 0.20 | |
| 04/25/22 | LFH | 113 | Review and analyze updated draft of plan. | 0.90 | |
| 04/25/22 | LFH | 113 | Analyze further plan revision issues. | 0.60 | |
| 04/25/22 | LFH | 113 | Review and analyze draft disclosure statement motion and supporting materials. | 0.80 | |
| 04/26/22 | BM | 113 | Analysis of issues regarding proposed plan releases. | 0.90 | |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2022
Client/Matter No. 08650135.000001
Invoice: 2020742
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/26/22 | BM | 113 | Analysis and revisions of proposed plan and ancillary documents. | 1.60 | |
| 04/26/22 | LFH | 113 | Review and analyze Debtors' turn of plan. | 1.20 | |
| 04/26/22 | LFH | 113 | Analyze plan revision issues. | 0.80 | |
| 04/26/22 | LFH | 113 | Review plan and revisions with respect to DIP term sheet fidelity. | 0.70 | |
| 04/26/22 | LFH | 113 | Review and analyze updated disclosure statement motion and supporting materials. | 0.90 | |
| 04/26/22 | LFH | 113 | Analyze solicitation and disclosure statement motion revision issues. | 0.60 | |
| 04/26/22 | LFH | 113 | Confer with B. Mankovetskiy regarding plan issues. | 0.20 | |
| 04/26/22 | GAK | 113 | Attention to Debtors' comments to Plan. | 0.80 | |
| 04/27/22 | BM | 113 | Analysis and revisions of draft plan of liquidation and ancillary documents. | 1.30 | |
| 04/27/22 | BM | 113 | Analysis of issues regarding plan releases. | 0.90 | |
| 04/27/22 | AHS | 113 | Address plan and release issues. | 0.40 | |
| 04/27/22 | LFH | 113 | Review and analyze draft plan. | 2.80 | |
| 04/27/22 | LFH | 113 | Revise draft plan. | 3.60 | |
| 04/27/22 | LFH | 113 | Analyze plan revision issues. | 0.90 | |
| 04/27/22 | LFH | 113 | Conferences with B. Mankovetskiy regarding plan and plan revision issues. | 0.50 | |
| 04/27/22 | LFH | 113 | Further revise plan. | 1.10 | |
| 04/27/22 | LFH | 113 | Further revise plan. | 1.10 | |
| 04/28/22 | BM | 113 | Analysis of issues regarding plan of liquidation. | 1.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2022
Client/Matter No. 08650135.000001
Invoice: 2020742
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/28/22 | BM | 113 | Analysis regarding proposed revisions of motion to approved disclosure statement and solicitation procedures. | 0.80 | |
| 04/28/22 | AHS | 113 | Address plan and disclosure statement issues and emaiil to Committee scheduling meeting. | 0.80 | |
| 04/28/22 | LFH | 113 | Analyze plan and disclosure statement finalization and filing issues. | 0.40 | |
| 04/28/22 | LFH | 113 | Revise exhibits to disclosure statement motion. | 0.80 | |
| 04/28/22 | LFH | 113 | Revise disclosure statement approval motion. | 1.10 | |
| 04/28/22 | LFH | 113 | Conference with A. Sherman regarding plan issues. | 0.10 | |
| 04/28/22 | LFH | 113 | Analyze disclosure statement approval and solicitation issues. | 0.70 | |
| 04/28/22 | LFH | 113 | Review and analyze draft disclosure statement motion. | 0.70 | |
| 04/28/22 | LFH | 113 | Review and analyze draft plan. | 1.30 | |
| 04/28/22 | LFH | 113 | Confer with B. Mankovetskiy regarding disclosure statement motion and plan issues. | 0.20 | |
| 04/28/22 | LFH | 113 | Prepare summary and correspondence to Committee regarding plan and plan issues. | 1.20 | |
| 04/28/22 | LFH | 113 | Revise draft plan. | 0.80 | |
| 04/29/22 | BM | 113 | Analysis regarding revisions of proposed plan of liquidation. | 1.10 | |
| 04/29/22 | BM | 113 | Analysis regarding preservation of potential estate-based causes of action under plan. | 0.80 | |
| 04/29/22 | BM | 113 | Analysis regarding liquidation trust agreement. | 0.80 | |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04/29/22 | AHS | 113 | Initial review of disclosure statement and calls re: same. | 1.20 | |
| 04/29/22 | LFH | 113 | Review and analyze updated draft of plan. | 0.90 | |
| 04/29/22 | LFH | 113 | Review and analyze updated disclosure statement motion and exhibits. | 0.70 | |
| 04/29/22 | LFH | 113 | Prepare analysis of open plan issues. | 0.40 | |
| 04/29/22 | LFH | 113 | Review and analyze draft disclosure statement. | 1.80 | |
| 04/29/22 | LFH | 113 | Analyze plan revision issues. | 0.60 | |
| 04/29/22 | LFH | 113 | Analyze disclosure statement revision issues. | 0.50 | |
| 04/29/22 | LFH | 113 | Analyze solicitation issues. | 0.40 | |
| | | **TASK TOTAL 113** | | **153.30** | **$111,377.50** |
| | | **TOTAL FEES at Standard Rates** | | **166.20** | **$121,285.00** |
| | | **TOTAL FEES at Blended Rate of $625** | | **166.20** | **$103,875.00** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 102 | Asset Disposition | | 4.30 | $3,410.00 |
| 103 | Business Operations | | 1.20 | $990.00 |
| 104 | Case Administration | | 1.90 | $1,540.00 |
| 105 | Claims Administration and Objections | | 2.70 | $2,147.50 |
| 107 | Fee/Employment Applications | | 2.20 | $1,430.00 |
| 108 | Fee/Employment Objections | | 0.60 | $390.00 |
| 113 | Plan and Disclosure Statement | | 153.30 | $111,377.50 |
| | TOTAL FEES at Standard Rates | | 166.20 | $121,285.00 |
| | TOTAL FEES at Blended Rate of $625 | | 166.20 | $103,875.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

May 26, 2022
Client/Matter No. 08650135.000001
Invoice: 2020742
Page 13

| Andrew H. Sherman | 9.00 | x | $925.00 | = | $8,325.00 |
|---|---|---|---|---|---|
| Boris Mankovetskiy | 37.00 | x | $825.00 | = | $30,525.00 |
| Daniel J. Harris | 15.10 | x | $725.00 | = | $10,947.50 |
| Lucas F. Hammonds | 42.30 | x | $725.00 | = | $30,667.50 |
| Gregory A. Kopacz | 62.80 | x | $650.00 | = | $40,820.00 |

**DISBURSEMENT DETAIL**

| 04/18/22 | 379 | Lexis-Nexis | $106.93 |
|---|---|---|---|
| | **TOTAL DISBURSEMENTS** | | **$106.93** |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $103,875.00 |
| Total Disbursements | $106.93 |
| **TOTAL THIS INVOICE** | **$103,981.93** |

\*Total includes fees at **_Blended Rate_**. Per Retention Application, lesser of fees at _Standard Rates_ (**$121,285.00**) and fees at _Blended Rate_ of $625 (**$103,875.00**) apply.