Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    973.643.7000
Facsimile:    973.643.6500

*Co-Counsel to the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, et al.,[1]<br><br>Debtors. | CASE NO. 21-51477<br><br>Chapter: 11<br>(Jointly Administered)<br><br>**FIFTH MONTHLY FEE STATEMENT OF SILLS CUMMIS & GROSS P.C., AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 1, 2022 THROUGH MAY 31, 2022**<br><br>Judge: Hon. M. Elaine Hammond<br><br>**Objection Deadline: August 15, 2022<br>4:00 p.m. (Pacific Time)**<br><br>[No Hearing Requested] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

| Name of Applicant: | Sills Cummis & Gross P.C. |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | December 29, 2021, by Order entered January 31, 2022 [Docket No. 261] |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2022 – May 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $88,000.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $23.30 |

On January 17, 2022, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed an *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Watsonville Hospital Corporation, et al., Effective as of December 29, 2021* [Docket No. 211] (the "Retention Application").

The Retention Application was granted on January 31, 2022, by this Court's *Order Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Watsonville Hospital Corporation, et al., Effective as of December 29, 2021* [Docket No. 261] (the "Retention Order").

Sills Cummis & Gross P.C. ("Sills"), as co-counsel to the Committee hereby submits its fifth monthly fee statement (the "Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2022 through and including May 31, 2022 (the "Fee Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, date January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order").[3]

---

[2] Sills' fees at its *standard* hourly rates actually total $104,817.50. However, as noted in its Retention Order (defined below), Sills' fees are subject to a $625 blended hourly rate cap. After application of this discount, Sills' fees were reduced to $88,000.00.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

Case: 21-51477   Doc# 654   Filed: 08/01/22   Entered: 08/01/22 11:30:15   Page 2 of
25
8916448

By this Fee Statement, Sills seeks: (i) a monthly interim allowance of compensation in the amount of $88,000.00 and actual and necessary expenses in the amount of $23.30, for a total allowance of $88,023.30; and (ii) payment of $70,400.00 (80% of the allowed fees pursuant to the Compensation Procedures Order) and reimbursement of $23.30 (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $70,423.30 for the Fee Period.

Attached as **Exhibit 1** is the name of each Sills professional who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period and the hourly rate and total fees for each such professional.

Attached as **Exhibit 2** is a summary of hours by task code during the Fee Period.

Attached as **Exhibit 3** is a summary of expenses included in the Fee Statement.

Attached as **Exhibit 4** is the invoice undergirding this Fee Statement, which includes detailed time entries for Sills' professionals during the Fee Period.

In accordance with the Compensation Procedures Order, responses or objections to this Fee Statement, if any, must be filed and served on Sills and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, Sills or its co-counsel shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Sills an amount equal to 80% of the fees and 100% of the expenses requested in this Fee Statement.

If an objection is timely filed and served, the Debtors shall be authorized and directed to pay Sills 80% of the fees and 100% of the expenses not subject to an objection.

*[REMAINDER OF PAGE INTENTIONALLY BLANK]*

8916448

DATED:  August 1, 2022

**PERKINS COIE LLP**

By: *_/s/ Paul S. Jasper_____*

Paul   S.   Jasper,   Bar   No.   200138
PJasper@perkinscoie.com
Eric Walker, IL Bar No 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105
Telephone:  415.344.7000
Facsimile:  415.344.7050

Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    973.643.7000
Facsimile:    973.643.6500

*Co-Counsel to the Official Committee of Unsecured Creditors*

8916448

**EXHIBIT 1**

**Compensation by Professional**

| Name of Professional Individual | Position, primary department, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 11.5 | $10,637.50 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 29.2 | $24,090.00 |
| Lucas Hammonds | Of Counsel, Bankruptcy<br>First Bar Admission: 2008 | $725 | 67.0 | $48,575.00 |
| Gregory Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 33.1 | $21,515.00 |
| **Total Fees at Standard Rates** | | | **140.8** | **$104,817.50** |
| **Total Fees After Application of $625 Blended Rate Discount** | | | **140.8** | **$88,000.00** |

## EXHIBIT 2

### Compensation by Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 1.3 | $1,112.50 |
| Asset Disposition (102) | 2.2 | $1,815.00 |
| Business Operations (103) | 0.7 | $577.50 |
| Case Administration (104) | 5.4 | $4,420.00 |
| Claims Administration and Objections (105) | 11.4 | $8,405.00 |
| Fee/Employment Applications (107) | 36.1 | $24,195.00 |
| Fee/Employment Objections (108) | 0.3 | $195.00 |
| Financing (109) | 1.2 | $950.00 |
| Plan and Disclosure Statement (113) | 82.2 | $63,147.50 |
| **TOTAL** | **140.8** | **$104,817.50** |
| **Total Fees After Application of $625 Blended Rate Discount** | **140.8** | **$88,000.00** |

8916448

**EXHIBIT 3**

**Expenses**

| Expense Category | Amount Billed |
|:---:|:---:|
| Lexis-Nexis | $23.20 |
| Pacer | $0.10 |
| **Total** | **$23.30** |

1                                          **<u>EXHIBIT 4</u>**

2                                              **Invoice**

# Sills Cummis & Gross
## A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of
Watsonville Hospital Corporation
c/o William P. Anderson, Committee Chair
MEDHOST Direct, Inc.
6550 Carothers Parkway, Ste. 160
Franklin, TN 37067

June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through May 31, 2022

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 05/04/22 | BM | 101 | Analysis regarding avoidance claims against insiders. | 0.90 | |
| 05/24/22 | AHS | 101 | Call re: investigation of possible claims and 2004 relief. | 0.40 | |
| | | **TASK TOTAL 101** | | **1.30** | **$1,112.50** |
| **102 – ASSET DISPOSITION** | | | | | |
| 05/06/22 | BM | 102 | Analysis regarding sale closing issues. | 0.80 | |
| 05/12/22 | BM | 102 | Analysis regarding sale closing and budget issues. | 1.40 | |
| | | **TASK TOTAL 102** | | **2.20** | **$1,815.00** |
| **103 – BUSINESS OPERATIONS** | | | | | |
| 05/05/22 | BM | 103 | Analysis regarding Debtors' financial reporting. | 0.40 | |
| 05/13/22 | BM | 103 | Analysis regarding Debtors' financial reporting. | 0.30 | |
| | | **TASK TOTAL 103** | | **0.70** | **$577.50** |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Page 2

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|

## 104 – CASE ADMINISTRATION

| 05/01/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 1.10 | |
| 05/02/22 | BM | 104 | Attend Committee meeting. | 0.70 | |
| 05/03/22 | BM | 104 | Call with Debtors' counsel and CRO regarding pending matters. | 1.10 | |
| 05/04/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.60 | |
| 05/09/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 0.50 | |
| 05/20/22 | GAK | 104 | Review numerous notifications regarding upcoming hearings and emails to A. Sherman regarding same. | 0.20 | |
| 05/25/22 | BM | 104 | Call with Debtors' counsel regarding pending matters. | 1.20 | |
| | | **TASK TOTAL 104** | | **5.40** | **$4,420.00** |

## 105 – CLAIMS ADMINISTRATION AND OBJECTIONS

| 05/10/22 | BM | 105 | Analysis regarding reserved MPT claims. | 0.80 | |
| 05/10/22 | BM | 105 | Analysis and revisions regarding draft omnibus objection procedures. | 0.60 | |
| 05/10/22 | LFH | 105 | Review and analyze draft omnibus claim objection procedures motion. | 0.80 | |
| 05/10/22 | LFH | 105 | Research and analyze omnibus claim objection issues. | 0.90 | |
| 05/10/22 | LFH | 105 | Revise omnibus claim objection procedures motion and accompanying papers. | 2.80 | |
| 05/10/22 | LFH | 105 | Analyze omnibus claim objection procedure issues. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Page 3

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/10/22 | LFH | 105 | Analyze further omnibus claim objection procedure motion revision issues. | 0.40 | |
| 05/10/22 | LFH | 105 | Coordinate with B. Mankovetskiy, P. Jasper, and Debtors' counsel regarding omnibus claim objection procedures motion issues. | 0.30 | |
| 05/12/22 | LFH | 105 | Analyze omnibus claim objection procedures issues. | 0.40 | |
| 05/12/22 | LFH | 105 | Review and analyze updates to draft omnibus objection procedures motion. | 0.20 | |
| 05/12/22 | LFH | 105 | Coordinate with Debtors' counsel regarding omnibus objection procedures motion revision issues. | 0.20 | |
| 05/12/22 | LFH | 105 | Prepare correspondence to Committee regarding omnibus claim objection procedures motion and related issues. | 0.70 | |
| 05/12/22 | LFH | 105 | Revise draft correspondence to Committee regarding omnibus claim objection procedures motion. | 0.20 | |
| 05/13/22 | LFH | 105 | Analyze omnibus objection procedures issues. | 0.30 | |
| 05/13/22 | LFH | 105 | Revise omnibus claim objection procedures motion. | 0.40 | |
| 05/13/22 | LFH | 105 | Analyze omnibus objection procedures motion finalization issues. | 0.20 | |
| 05/13/22 | LFH | 105 | Call with S. Golden regarding omnibus objection procedures motion issues. | 0.20 | |
| 05/13/22 | LFH | 105 | Confer with B. Mankovetskiy regarding omnibus objection procedures issues. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/13/22 | LFH | 105 | Correspond with B. Mankovetskiy and P. Jasper regarding omnibus claim objection procedures and claims reconciliation strategy issues. | 0.20 | |
| 05/16/22 | LFH | 105 | Coordinate with Debtors' counsel regarding omnibus claim objection procedures motion finalization and filing issues. | 0.20 | |
| 05/16/22 | LFH | 105 | Revise omnibus objection procedure motion. | 0.20 | |
| 05/16/22 | LFH | 105 | Analyze omnibus claims objection procedure and motion revision issues. | 0.30 | |
| 05/16/22 | LFH | 105 | Review Debtors' comments to omnibus claim objection procedures motion. | 0.30 | |
| 05/31/22 | LFH | 105 | Review and analyze updated omnibus claim objection procedures order. | 0.20 | |

|  | **TASK TOTAL 105** | | | **11.40** | **$8,405.00** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| 05/05/22 | GAK | 107 | Begin preparing first interim fee application. | 5.70 | |
| 05/07/22 | GAK | 107 | Attention to information request (LEDES) from the U.S. Trustee regarding interim fee application. | 0.40 | |
| 05/07/22 | GAK | 107 | Work on interim fee application. | 0.80 | |
| 05/09/22 | GAK | 107 | Draft background section of fee application. | 1.10 | |
| 05/09/22 | GAK | 107 | Draft narrative section of fee application. | 3.10 | |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/10/22 | GAK | 107 | Continue drafting interim fee application. | 5.10 | |
| 05/10/22 | GAK | 107 | Attention to proposed insert from co-counsel. | 0.30 | |
| 05/10/22 | GAK | 107 | Prepare notification to committee regarding fee application. | 0.30 | |
| 05/10/22 | GAK | 107 | Draft declaration in support of application. | 0.60 | |
| 05/10/22 | GAK | 107 | Review ND Guidelines in connection with fee application. | 0.60 | |
| 05/11/22 | AHS | 107 | Review and revise fee application. | 0.80 | |
| 05/11/22 | GAK | 107 | Call with P. Jasper regarding fee application issues. | 0.10 | |
| 05/11/22 | GAK | 107 | Update fee application to incorporate comments from co-counsel. | 1.90 | |
| 05/12/22 | AHS | 107 | Further review and revisions to fee application. | 0.70 | |
| 05/12/22 | AHS | 107 | Email to Committee re: fee application and other business. | 0.60 | |
| 05/12/22 | LFH | 107 | Review draft interim fee application and attachments for circulation to Committee. | 0.40 | |
| 05/12/22 | LFH | 107 | Prepare draft correspondence to Committee regarding interim fee application issues. | 0.40 | |
| 05/12/22 | LFH | 107 | Coordinate with G. Kopacz and P. Jasper regarding interim fee application issues. | 0.30 | |
| 05/12/22 | LFH | 107 | Confer with G. Kopacz regarding fee application issues. | 0.20 | |
| 05/12/22 | GAK | 107 | Finalize interim fee application for review by client. | 2.80 | |
| 05/12/22 | GAK | 107 | Prepare CNO for March fee statement. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/16/22 | GAK | 107 | Revise fee application based on comments of local counsel. | 0.80 | |
| 05/16/22 | GAK | 107 | Email A. Sherman regarding fee application. | 0.10 | |
| 05/16/22 | GAK | 107 | Additional communications with local counsel regarding fee application. | 0.30 | |
| 05/16/22 | GAK | 107 | Email US Trustee regarding fee application. | 0.10 | |
| 05/25/22 | AHS | 107 | Review of email from UST re: fee application issues. | 0.20 | |
| 05/25/22 | GAK | 107 | Work on April fee statement. | 0.30 | |
| 05/25/22 | GAK | 107 | Attention to comments of US Trustee to first interim fee application. | 1.90 | |
| 05/29/22 | GAK | 107 | Work on proposed response to the U.S. Trustee's information request. | 2.70 | |
| 05/29/22 | GAK | 107 | Prepare April fee statement. | 0.90 | |
| 05/31/22 | GAK | 107 | Finalize draft response to UST regarding information request for review by A. Sherman. | 2.30 | |
| | | **TASK TOTAL 107** | | **36.10** | **$24,195.00** |

**108 – FEE/EMPLOYMENT OBJECTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 05/14/22 | GAK | 108 | Review PCO interim fee application and email A. Sherman regarding same. | 0.10 | |
| 05/20/22 | GAK | 108 | Review Force 10's March fee statement and email A. Sherman regarding same. | 0.10 | |
| 05/27/22 | GAK | 108 | Review Pachulski's April fee statement and email A. Sherman regarding same. | 0.10 | |
| | | **TASK TOTAL 108** | | **0.30** | **$195.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Page 7

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **109 – FINANCING** |  |  |  |  |  |
| 05/25/22 | BM | 109 | Analysis regarding budget issues and repayment of certain MPT claims. | 0.80 |  |
| 05/27/22 | LFH | 109 | Review updated DIP budget. | 0.20 |  |
| 05/27/22 | LFH | 109 | Review updated DIP budget. | 0.20 |  |
|  |  | **TASK TOTAL 109** |  | **1.20** | **$950.00** |
| **113 – PLAN AND DISCLOSURE STATEMENT** |  |  |  |  |  |
| 05/01/22 | LFH | 113 | Correspond with A. Sherman and B. Mankovetskiy regarding plan revision issues. | 0.20 |  |
| 05/01/22 | LFH | 113 | Revise draft plan. | 0.80 |  |
| 05/01/22 | LFH | 113 | Review draft plan, term sheet, and related documents with respect to final plan comments. | 0.60 |  |
| 05/01/22 | LFH | 113 | Conference with B. Mankovetskiy regarding plan revision issues. | 0.30 |  |
| 05/01/22 | LFH | 113 | Call with Debtors' counsel regarding plan finalization issues. | 0.90 |  |
| 05/01/22 | LFH | 113 | Analyze plan finalization issues in preparation for call with Debtors' counsel regarding same. | 0.60 |  |
| 05/01/22 | LFH | 113 | Review and analyze updated plan in preparation for call with Debtors' counsel regarding plan finalization issues. | 0.80 |  |
| 05/02/22 | BM | 113 | Attend to revisions of proposed disclosure statement. | 0.90 |  |
| 05/02/22 | BM | 113 | Analysis of issues regarding draft plan of liquidation. | 1.60 |  |
| 05/02/22 | AHS | 113 | Review and edit draft disclosure statement. | 1.60 |  |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/02/22 | AHS | 113 | Prepare for committee meeting. | 0.30 | |
| 05/02/22 | AHS | 113 | Attend committee meeting re: plan and disclosure statement issues. | 1.10 | |
| 05/02/22 | LFH | 113 | Analyze solicitation and confirmation issues. | 0.50 | |
| 05/02/22 | LFH | 113 | Confer with B. Mankovetskiy regarding disclosure statement revision issues. | 0.20 | |
| 05/02/22 | LFH | 113 | Review docket and case filings with respect to disclosure statement revision issues. | 0.70 | |
| 05/02/22 | LFH | 113 | Analyze disclosure statement revision issues. | 0.80 | |
| 05/02/22 | LFH | 113 | Analyze "excluded party" exhibit and claim preservation issues. | 0.40 | |
| 05/02/22 | LFH | 113 | Review and analyze draft disclosure statement. | 2.30 | |
| 05/02/22 | LFH | 113 | Correspond with Debtors' counsel regarding plan revision issues. | 0.40 | |
| 05/02/22 | LFH | 113 | Revise plan. | 0.70 | |
| 05/02/22 | LFH | 113 | Revise draft disclosure statement. | 4.70 | |
| 05/03/22 | BM | 113 | Analysis and revisions of draft plan and disclosure statement. | 1.90 | |
| 05/03/22 | BM | 113 | Analysis and revisions of motion to approve disclosure statement. | 0.70 | |
| 05/03/22 | BM | 113 | Analysis regarding liquidating trust agreement. | 0.70 | |
| 05/03/22 | LFH | 113 | Coordinate with Debtors' counsel regarding plan documents and filing issues. | 0.40 | |
| 05/03/22 | LFH | 113 | Further revise disclosure statement. | 0.30 | |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/03/22 | LFH | 113 | Confer with B. Mankovetskiy regarding plan revision issues. | 0.30 | |
| 05/03/22 | LFH | 113 | Review and analyze updated disclosure statement motion and exhibits. | 0.40 | |
| 05/03/22 | LFH | 113 | Analyze claim preservation and prosecution issues. | 0.40 | |
| 05/03/22 | LFH | 113 | Analyze plan release scope issues. | 0.50 | |
| 05/03/22 | LFH | 113 | Analyze plan structure and revision issues. | 0.60 | |
| 05/03/22 | LFH | 113 | Review first day declaration regarding corporate structure issues for disclosure statement. | 0.30 | |
| 05/03/22 | LFH | 113 | Coordinate with Debtors' counsel regarding disclosure statement issues. | 0.30 | |
| 05/03/22 | LFH | 113 | Revise disclosure statement. | 1.60 | |
| 05/03/22 | LFH | 113 | Confer with B. Mankovetskiy regarding plan and disclosure statement issues. | 0.30 | |
| 05/03/22 | LFH | 113 | Analyze plan distribution analysis issues. | 0.20 | |
| 05/03/22 | LFH | 113 | Analyze plan and disclosure statement filing and hearing timeline issues. | 0.40 | |
| 05/03/22 | LFH | 113 | Analyze plan and disclosure statement revision and finalization issues. | 0.70 | |
| 05/03/22 | LFH | 113 | Confer with B. Mankovetskiy regarding plan and disclosure statement motion issues. | 0.20 | |
| 05/03/22 | LFH | 113 | Analyze disclosure statement motion finalization issues. | 0.30 | |
| 05/03/22 | LFH | 113 | Analyze plan finalization issues. | 0.40 | |
| 05/03/22 | LFH | 113 | Review revisions to disclosure statement motion and accompanying materials. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/03/22 | LFH | 113 | Review and analyze revisions to plan. | 0.30 | |
| 05/03/22 | LFH | 113 | Review and analyze disclosure statement. | 0.60 | |
| 05/04/22 | BM | 113 | Analysis and revisions of draft plan of liquidation and disclosure statement. | 1.70 | |
| 05/04/22 | BM | 113 | Attend to revisions of motion to approve solicitation procedures. | 0.70 | |
| 05/04/22 | AHS | 113 | Call with counsel for Debtors re: disclosure statement issues. | 0.80 | |
| 05/04/22 | AHS | 113 | Review of case law re: disclosure statement issues. | 0.60 | |
| 05/04/22 | AHS | 113 | Further review of revised disclosure statement. | 1.20 | |
| 05/04/22 | LFH | 113 | Review updated plan. | 0.30 | |
| 05/04/22 | LFH | 113 | Analyze solicitation timeline issues. | 0.20 | |
| 05/04/22 | LFH | 113 | Analyze solicitation issues. | 0.30 | |
| 05/04/22 | LFH | 113 | Analyze plan and disclosure statement filing issues. | 0.40 | |
| 05/04/22 | LFH | 113 | Coordinate with A. Sherman and B. Mankovetskiy regarding plan revision issues. | 0.30 | |
| 05/04/22 | LFH | 113 | Coordinate with Debtors' counsel regarding plan and disclosure statement revision issues. | 0.30 | |
| 05/04/22 | LFH | 113 | Further revise disclosure statement. | 0.50 | |
| 05/04/22 | LFH | 113 | Analyze disclosure statement revision and finalization issues. | 0.70 | |
| 05/04/22 | LFH | 113 | Review and analyze updated disclosure statement. | 0.80 | |
| 05/04/22 | LFH | 113 | Revise plan. | 0.80 | |
| 05/04/22 | LFH | 113 | Analyze claim preservation and plan revision issues. | 0.90 | |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/04/22 | LFH | 113 | Confer with B. Mankovetskiy regarding plan issues. | 0.20 | |
| 05/04/22 | LFH | 113 | Call with Debtors' counsel regarding plan issues. | 0.60 | |
| 05/04/22 | LFH | 113 | Research and analyze 9th Circuit claim preservation issues. | 2.40 | |
| 05/04/22 | LFH | 113 | Further revise disclosure statement. | 0.20 | |
| 05/05/22 | BM | 113 | Analysis and revisions of proposed plan, disclosure statement and motion to approve solicitation procedures. | 1.20 | |
| 05/05/22 | AHS | 113 | Review of near final version of disclosure statement and related documents and email re: same. | 0.80 | |
| 05/05/22 | LFH | 113 | Review and analyze updated plan. | 0.80 | |
| 05/05/22 | LFH | 113 | Analyze plan finalization and disclosure statement update issues. | 0.60 | |
| 05/05/22 | LFH | 113 | Coordinate with Debtors' counsel regarding disclosure statement update issues. | 0.20 | |
| 05/05/22 | LFH | 113 | Review and analyze updated disclosure statement and compare with plan. | 1.10 | |
| 05/05/22 | LFH | 113 | Coordinate with A. Sherman and B. Mankovetskiy regarding plan document issues. | 0.30 | |
| 05/05/22 | LFH | 113 | Analyze plan consent issues. | 0.30 | |
| 05/05/22 | LFH | 113 | Analyze plan definition issues. | 0.30 | |
| 05/05/22 | LFH | 113 | Confer with B. Mankovetskiy regarding plan and solicitation issues. | 0.30 | |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/05/22 | LFH | 113 | Call with S. Golden regarding plan and disclosure statement issues. | 0.30 | |
| 05/05/22 | LFH | 113 | Review and analyze updated disclosure statement motion issues. | 0.50 | |
| 05/05/22 | LFH | 113 | Review and analyze proposed updates to plan definitions for filing version. | 0.20 | |
| 05/05/22 | LFH | 113 | Call with P. Jasper regarding updates to proposed filing version of plan. | 0.30 | |
| 05/05/22 | LFH | 113 | Confer and coordinate with B. Mankovetskiy regarding updates to proposed filing version of plan. | 0.30 | |
| 05/05/22 | LFH | 113 | Review further updated plan and proposed revisions for filing version. | 0.40 | |
| 05/05/22 | LFH | 113 | Analyze solicitation issues. | 0.20 | |
| 05/05/22 | LFH | 113 | Analyze plan supplement issues. | 0.40 | |
| 05/05/22 | LFH | 113 | Review and analyze proposed filing versions of plan documents. | 0.90 | |
| 05/05/22 | LFH | 113 | Analyze liquidation trust administration issues. | 0.30 | |
| 05/05/22 | LFH | 113 | Analyze liquidation trust agreement issues. | 0.40 | |
| 05/06/22 | BM | 113 | Analysis and revisions of draft plan of liquidation. | 0.80 | |
| 05/07/22 | GAK | 113 | Review notification regarding DS hearing and email A. Sherman regarding same. | 0.10 | |
| 05/09/22 | BM | 113 | Analysis regarding draft liquidation analysis. | 0.70 | |
| 05/09/22 | LFH | 113 | Call with B. Mankovetskiy and Debtors' counsel regarding plan distribution analysis. | 0.50 | |

| Date | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/09/22 | LFH | 113 | Review draft distribution analysis. | 0.20 | |
| 05/10/22 | BM | 113 | Attend to comments to proposed plan recovery analysis. | 0.60 | |
| 05/13/22 | LFH | 113 | Call with P. Jasper regarding disclosure statement and plan issues. | 0.20 | |
| 05/13/22 | LFH | 113 | Analyze claim preservation and plan Exhibit A finalization issues. | 0.30 | |
| 05/13/22 | LFH | 113 | Analyze plan supplement issues. | 0.30 | |
| 05/13/22 | LFH | 113 | Analyze oversight committee and liquidation trust issues. | 0.40 | |
| 05/16/22 | BM | 113 | Analysis regarding comments and informal objections to disclosure statement from creditors and responses thereto. | 1.10 | |
| 05/17/22 | LFH | 113 | Analyze plan and liquidation trust administration issues. | 0.40 | |
| 05/17/22 | LFH | 113 | Analyze liquidation trust agreement issues. | 0.30 | |
| 05/17/22 | LFH | 113 | Prepare draft liquidation trust agreement. | 0.70 | |
| 05/18/22 | LFH | 113 | Call with Debtors' counsel regarding plan revision comments from potential objecting parties. | 0.20 | |
| 05/18/22 | LFH | 113 | Review proposed revisions to plan in response to potential objections. | 0.40 | |
| 05/18/22 | LFH | 113 | Analyze plan revision issues. | 0.30 | |
| 05/19/22 | BM | 113 | Analysis regarding proposed liquidation analysis. | 0.70 | |
| 05/19/22 | BM | 113 | Analysis regarding resolution of informal objections to disclosure statement. | 0.90 | |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Page 14

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/19/22 | LFH | 113 | Coordinate with Debtors' counsel regarding PBGC plan and disclosure statement issues. | 0.20 | |
| 05/19/22 | LFH | 113 | Prepare analysis of disclosure statement and plan issues and correspond with B. Mankovetskiy regarding same. | 0.40 | |
| 05/19/22 | LFH | 113 | Review purchase agreement with respect to pension issues and PBGC plan and disclosure statement comments. | 0.30 | |
| 05/19/22 | LFH | 113 | Review plan recovery analysis and excluded parties exhibit. | 0.30 | |
| 05/19/22 | LFH | 113 | Analyze proposed PBGC disclosure statement and plan language. | 0.30 | |
| 05/19/22 | LFH | 113 | Analyze disclosure statement exhibit and plan supplement issues. | 0.40 | |
| 05/19/22 | LFH | 113 | Analyze disclosure statement potential objection resolution issues. | 0.40 | |
| 05/19/22 | LFH | 113 | Confer with B. Mankovetskiy regarding plan and disclosure statement issues. | 0.20 | |
| 05/19/22 | LFH | 113 | Analyze plan and disclosure statement revision issues in light of comments from potential objecting parties. | 0.60 | |
| 05/19/22 | LFH | 113 | Coordinate with P. Jasper regarding excluded parties exhibit issues. | 0.20 | |
| 05/20/22 | BM | 113 | Analysis of issues regarding proposed plan releases. | 0.90 | |
| 05/20/22 | AHS | 113 | Call from counsel to creditor re: plan issues. | 0.30 | |
| 05/20/22 | AHS | 113 | Address claims investigation issues in connection with plan. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee

June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Page 15

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/20/22 | LFH | 113 | Analyze plan and disclosure statement revision issues in response to potential objecting party comments. | 0.30 | |
| 05/20/22 | LFH | 113 | Analyze liquidation trust agreement issues. | 0.30 | |
| 05/20/22 | LFH | 113 | Confer with B. Mankovetskiy regarding claim preservation and excluded parties list issues. | 0.20 | |
| 05/20/22 | LFH | 113 | Analyze excluded parties list issues and correspond with P. Jasper regarding same. | 0.20 | |
| 05/20/22 | LFH | 113 | Call with Debtors' counsel regarding plan and disclosure statement issues. | 0.20 | |
| 05/20/22 | LFH | 113 | Confer with P. Jasper regarding excluded party list and potential estate claim issues. | 0.40 | |
| 05/20/22 | LFH | 113 | Prepare liquidation trust agreement. | 0.50 | |
| 05/24/22 | BM | 113 | Analysis regarding resolution of informal objections to disclosure statement. | 0.60 | |
| 05/24/22 | LFH | 113 | Call with A. Sherman, B. Mankovetskiy, and P. Jasper regarding excluded party, claim investigation, and claim preservation issues. | 0.60 | |
| 05/24/22 | LFH | 113 | Analyze excluded party and claim preservation issues. | 0.40 | |
| 05/25/22 | BM | 113 | Analysis regarding liquidating trust agreement. | 0.90 | |
| 05/25/22 | AHS | 113 | Call with Debtor's counsel and CRO re: plan issues and issues raised by UST. | 1.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee
June 13, 2022
Client/Matter No. 08650135.000001
Invoice: 2021709
Page 16

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/25/22 | LFH | 113 | Call with Debtors' counsel, A. Sherman, B. Mankovetskiy, and P. Jasper regarding U.S. Trustee comments regarding plan and disclosure statement. | 1.20 | |
| 05/26/22 | LFH | 113 | Analyze plan limitation of liability issues. | 0.70 | |
| 05/26/22 | LFH | 113 | Coordinate with Debtors' counsel regarding plan limitation of liability issues. | 0.30 | |
| 05/27/22 | LFH | 113 | Analyze plan and disclosure statement update issues. | 0.30 | |
| 05/31/22 | BM | 113 | Analysis regarding revisions of proposed plan, disclosure statement and solicitation procedures order. | 1.40 | |
| 05/31/22 | LFH | 113 | Review and analyze updated plan. | 0.60 | |
| 05/31/22 | LFH | 113 | Review and analyze updated disclosure statement. | 0.40 | |
| 05/31/22 | LFH | 113 | Review and analyze updated disclosure statement order. | 0.20 | |
| 05/31/22 | LFH | 113 | Analyze PBGC insert revision issues for plan and disclosure statement. | 0.30 | |
| | | **TASK TOTAL 113** | | **82.20** | **$63,147.50** |
| | | **TOTAL FEES at Standard Rates** | | **140.80** | **$104,817.50** |
| | | **TOTAL FEES at Blended Rate of $625** | | **140.80** | **$88,000.00** |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| 101 | Asset Analysis and Recovery | | 1.30 | $1,112.50 |
| 102 | Asset Disposition | | 2.20 | $1,815.00 |
| 103 | Business Operations | | 0.70 | $577.50 |
| 104 | Case Administration | | 5.40 | $4,420.00 |
| 105 | Claims Administration and Objections | | 11.40 | $8,405.00 |

| | | | | |
|---|---|---|---|---|
| 107 | Fee/Employment Applications | | 36.10 | $24,195.00 |
| 108 | Fee/Employment Objections | | 0.30 | $195.00 |
| 109 | Financing | | 1.20 | $950.00 |
| 113 | Plan and Disclosure Statement | | 82.20 | $63,147.50 |
| | **TOTAL FEES at Standard Rates** | | 140.80 | $104,817.50 |
| | **TOTAL FEES at Blended Rate of $625** | | 140.80 | $88,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 11.50 | x | $925.00 | = | $10,637.50 |
| Boris Mankovetskiy | 29.20 | x | $825.00 | = | $24,090.00 |
| Lucas F. Hammonds | 67.00 | x | $725.00 | = | $48,575.00 |
| Gregory A. Kopacz | 33.10 | x | $650.00 | = | $21,515.00 |

## DISBURSEMENT DETAIL

| | | | |
|---|---|---|---|
| 05/04/22 | 379 | Lexis-Nexis | $23.20 |
| 05/26/22 | 358 | Pacer | $0.10 |
| | | **TOTAL DISBURSEMENTS** | **$23.30** |

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $88,000.00 |
| Total Disbursements | $23.30 |
| **TOTAL THIS INVOICE** | **$88,023.30** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$104,817.50**) and fees at *Blended Rate* of $625 (**$88,000.00**) apply.