# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, et al.,<br><br>Debtors. | Case No. 21-51477<br><br>Chapter: 11<br><br>CERTIFICATE OF SERVICE |

I am over the age of eighteen years of age, not a party to this action, and employed in the City of Chicago, in Cook County, Illinois, at Perkins Coie LLP, 110 North Wacker Drive, Suite 3400, Chicago, Illinois 60606.

On **August 1, 2022**, I caused true and correct copies of the following documents to be served electronically all persons and entities that have filed notices of appearance and requested service in these cases pursuant to Bankruptcy Rule 2002, and via email and/or via United States Postal Service, First Class Mail upon the parties listed on the attached service list:

**Docket No. 652:** *Fourth Monthly Fee Statement of Sills Cummis & Gross P.C., as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2022 through April 30, 2022.*

**Docket No. 654:** *Fifth Monthly Fee Statement of Sills Cummis & Gross P.C., as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2022 through May 31, 2022.*

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed this 1st day of August 2022, in Chicago, Illinois.

*/s/ Rachel Leibowitz*

Rachel Leibowitz

# SERVICE LIST

**Parties served via email and by United States Postal Service, First Class Mail:**

(i) **Debtors, c/o Force Ten Partners LLC,** 5271 California Ave., Suite 270, Irvine, CA 92617, Attn: Jeremy Rosenthal (jrosenthal@force10partners.com);

(ii) **Counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP,** One Market Street, Spear Plaza, 40th Floor, San Francisco, CA 94105-1020, Attn: Debra Grassgreen (dgrassgreen@pszjlaw.com), Maxim B. Litvak (mlitvak@pszjlaw.com), and Steven W. Golden (sgolden@pszjlaw.com);

(iii) **Counsel for the DIP Lender, the MPT Prepetition Lender, and MPT of Watsonville, LLP:**

   a. **KTBS Law, LLP,** 1801 Century Park East, 26th Floor, Los Angeles, CA 90067, Attn: Thomas E. Patterson (tpatterson@ktbslaw.com), Sasha M. Gurvitz (sgurvitz@ktbslaw.com), and Robert J. Smith (RSmith@ktbslaw.com); and

   b. **Baker, Donelson, Bearman, Caldwell & Berkowitz, PC,** 420 20th Street North, Suite 1400, Birmingham, Alabama 35203, Attn: Luther P. Crull, III (lcrull@bakerdonelson.com);

(iv) **Co-counsel for Official Committee of Unsecured Creditors:**

   a. **Sills Cummis & Gross P.C.,** One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew H. Sherman (asherman@sillscummis.com) and Boris I. Mankovetskiy (bmankovetskiy@sillscummis.com); and

   b. **Perkins Coie LLP,** 505 Howard Street, Suite 1000, San Francisco, CA 94105, Attn: Paul S. Jasper (PJasper@perkinscoie.com), Eric E. Walker (EWalker@perkinscoie.com), and Katie Allare (KAllare@perkinscoie.com);

(v) **Office of the United States Trustee, Region 17,** 280 South First St., Room 268, San Jose, CA 95113, Attn: Jason Blumberg (jason.blumberg@usdoj.gov), Elvina Rofael (elvina.rofael@usdoj.gov), and Marta Villacorta (marta.villacorta@usdoj.gov).

**Parties served by United States Postal Service, First Class Mail:**

    (i)    **Watsonville Hospital Corporation,** Attn: Jeremy Rosenthal, CRO, 75 Neilson Street, Watsonville, CA 95076

    (ii)    **Akerman LLP**, Attn: Andrea Hartley, 98 Southeast Seventh Street Suite 1100, Miami, FL 33131

    (iii)    **Akerman LLP**, Attn: Evelina Gentry, 601 West Fifth Street, Suite 300, Los Angeles, CA 90071