STATE OF CALIFORNIA

**CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION**
450 N STREET, MIC:55, SACRAMENTO, CALIFORNIA
PO BOX 942879, SACRAMENTO, CALIFORNIA 94279-0055
TELEPHONE 916-309-5650 • FAX 916-327-0615
www.cdtfa.ca.gov

YOLANDA RICHARDSON
Secretary, Government Operations Agency

NICOLAS MADUROS
Director
GAVIN NEWSOM
Governor

AMY TONG
Secretary, Government Operations Agency

NICOLAS MADUROS
Director

July 27, 2022

STRETTO
JUL 29 2022
Received

U S Bankruptcy Court
Northern District Court of California
280 South First Street, Rm 3035
San Jose, CA 95113

        Account No. 42-100065
        Debtor(s): Watsonville Hospital Corporation
        Bankruptcy Case No. 21-51477

Ladies and Gentlemen:

Enclosed is an original Notice of Withdrawal of the CDTFA's (California Department of Tax and Fee Administration, fka: Board of Equalization) Priority Claim for taxes.

Please file this notice in the proceedings described above.

        Sincerely,

        Ryan Slauson
        Tax Compliance Supervisor
        Collections Support Bureau

cc:  Watsonville Hospital Corporation, et al. Claims Processing Center
      c/o Stretto
      410 Exchange, Suite 100
      Irvine, CA 92602

California Department of Tax and Fee Administration
Collections Support Bureau, MIC:55
450 N Street
PO Box 942879
Sacramento CA 94279-0055
Telephone (916) 309-5650

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Watsonville Hospital Corporation, | Bankruptcy Case No. 21-51477 |
| Debtor(s) | NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FOR TAXES |
| | Chapter No. 11 |
| | Account No. 42-100065 |

Ryan Slauson, undersigned states

1) That I am one of the authorized representatives of the State of California Department of Tax and Fee Administration (functional successor to the State Board of Equalization); that as such I am qualified and empowered to and do withdraw the Department's claim in the amount of $4,985.00 as filed in these proceedings on 4/11/22 as Claim 304.

Dated: July 27, 2022
At Sacramento, California

CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION

Ryan Slauson
Authorized Representative

-1-