1   Debra I. Grassgreen (CA Bar No. 169978)
    Maxim B. Litvak (CA Bar No. 215852)
2   Steven W. Golden (admitted *pro hac vice*)
    PACHULSKI STANG ZIEHL & JONES LLP
3   One Market Plaza, Spear Tower, 40th Floor
    San Francisco, CA 94105-1020
4   Telephone:    415.263.7000
    Facsimile:    415.263.7010
5   E-mail:       dgrassgreen@pszjlaw.com
                  mlitvak@pszjlaw.com
6                 sgolden@pszjlaw.com

7   Attorneys for Debtors and Debtors in Possession

8                   **UNITED STATES BANKRUPTCY COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No. 21-51477 |
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 (Jointly Administered) |
| Debtors.[1] | **SEVENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPESNES FOR THE PERIOD OF JUNE 1, 2022 THROUGH JUNE 30, 2022** |
| | Judge:   Hon. M. Elaine Hammond |
| | **Objection Deadline:  August 18, 2022 4:00 p.m. (Pacific Time)** |
| | [No Hearing Requested] |

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | December 5, 2021 by Order entered January 7, 2022 [Dkt No. 179] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2022 – June 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $151,807.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $386.47 |

On December 17, 2021, Watsonville Hospital Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed the *Debtors' Application for the Entry of an Order Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Attorneys for the Debtors Effective as of the Petition Date* [Docket No. 70] (the "Retention Application"). The Retention Application was granted on January 7, 2022 by this Court's *Authorizing the Retention of Pachulski Stang Ziehl & Jones LLP as Attorneys for the Debtors Effective as of the Petition Date* [Docket No. 179]. Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or "Applicant"), as counsel to the Debtors hereby submits its seventh monthly fee statement (the "Monthly Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2022 through and including June 30, 2022 (the "Fee Period") pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order")[2].

By this Monthly Fee Statement, PSZ&J seeks (i) a monthly interim allowance of compensation in the amount of $**151,807.00** and actual and necessary expenses in the amount of **$386.47** for a total allowance of $**152,193.47** and (ii) payment of $**121,445.60** (80% of the allowed fees pursuant to the Compensation Procedures Order) and reimbursement of **$386.47** (100% of the allowed expenses pursuant to the Compensation Procedures Order) for a total payment of $**121,832.07** for the Fee Period.

Annexed as **Exhibit 1** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Monthly Fee

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

Case: 21-51477  Doc# 658  Filed: 08/04/22  Entered: 08/04/22 09:40:05  Page 2 of 30

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

Statement and the hourly rate and total fees for each professional from June 1, 2022 through and including June 30, 2022.

Attached as **Exhibit 2** is a summary of hours by category during the Fee Period by category from June 1, 2022 through and including June 30, 2022.

Attached as **Exhibit 3** is a summary of expenses included in this Monthly Fee Statement from June 1, 2022 through and including June 30, 2022.

Attached as **Exhibit 4** are the detailed time entries from June 1, 2022 through and including June 30, 2022.

In accordance with the Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on the affected Retained Professional and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement.

If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated:   August 4, 2022          PACHULSKI STANG ZIEHL & JONES LLP


By: */s/ Debra I. Grassgreen*
Debra I. Grassgreen
Maxim B. Litvak
Steven W. Golden

Attorneys for Debtors and Debtors in Possession

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

**EXHIBIT 1**

**COMPENSATION BY PROFESSIONAL**
**JUNE 1, 2022 – JUNE 30, 2022**

| NAME OF PROFESSIONAL INDIVIDUAL | POSITION OF THE APPLICANT, YEAR OF OBTAINING LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Debra I. Grassgreen | Partner; 1992 | $1,425.00 | 18.00 | $25,650.00 |
| Henry C. Kevane | Partner; 1986 | $1,425.00 | 41.10 | $58,567.50 |
| Maxim B. Litvak | Partner; 1997 | $1,275.00 | 11.70 | $14,917.50 |
| Ben L. Wallen | Associate; 2016 | $825.00 | 4.90 | $4,042.50 |
| Steven W. Golden | Associate; 2014 | $775.00 | 44.80 | $34,720.00 |
| Leslie A. Forrester | Law Library Director, N/A | $495.00 | 2.60 | $1,287.00 |
| Patricia J. Jeffries | Paralegal; N/A | $495.00 | 25.50 | $12,622.50 |
| Debra I. Grassgreen | Partner; 1992 | $0.00 | 0.70 | $0.00 |
| Patricia J. Jeffries | Paralegal; N/A | $0.00 | 0.80 | $0.00 |
| **TOTALS** | | | **150.10** | **$151,807.00** |

## EXHIBIT 2

### COMPENSATION BY CATEGORY
### JUNE 1, 2022 – JUNE 1, 2022

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Analysis / Recovery | 0.20 | $    255.00 |
| Asset Disposition | 24.90 | $28,122.50 |
| Case Administration | 6.80 | $  5,040.00 |
| Claims Administration / Objections | 16.40 | $12,194.00 |
| Compensation Professionals | 14.30 | $  7,278.00 |
| Corporate Governance / Board Matters | 0.20 | $    155.00 |
| Employee Benefits / Pension | 1.20 | $  1,125.00 |
| Executory Contracts | 30.40 | $36,565.00 |
| Financial Filings | 0.80 | $    396.00 |
| Financing | 5.00 | $  6,780.00 |
| General Creditors' Committee | 0.20 | $    155.00 |
| Hearing | 2.90 | $  2,785.50 |
| Insurance Issues | 8.70 | $11,292.50 |
| Litigation (Non-Bankruptcy) | 0.30 | $    247.50 |
| Operations | 1.90 | $  2,022.50 |
| Plan and Disclosure Statement | 34.50 | $36,304.50 |
| Retention of Professionals | 0.20 | $      99.00 |
| Tax Issues | 1.20 | $    990.00 |
| **TOTAL** | **150.10** | **$151,807.00** |

## EXHIBIT 3

### EXPENSES BY CATEGORY
### JUNE 1, 2022 – JUNE 1, 2022

| COSTS/EXPENSE | AMOUNT BILLED |
|---|---|
| Bloomberg – Online Research | $ 81.80 |
| Lexis/Nexis – Legal Research | $244.37 |
| Pacer – Court Research | $ 51.30 |
| Reproduction / Scan Copy | $   9.00 |
| **TOTAL** | **$ 386.47** |

# EXHIBIT 4

### TIME DETAIL ENTRIES
### JUNE 1, 2022 – JUNE 30, 2022

# Pachulski Stang Ziehl & Jones LLP

One Market Plaza, Spear Tower
40th Floor, Suite 4000
San Francisco, CA 94105-1020

Rosenthal, Jeremy / Williams Frank

Watsonville Hospital Corp.

June 30, 2022

Invoice    130465
Client      92381
Matter      00002
            **DG**

RE:  Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  06/30/2022

| | |
|---|---|
| FEES | $151,807.00 |
| EXPENSES | $386.47 |
| **TOTAL CURRENT CHARGES** | **$152,193.47** |
| **BALANCE FORWARD** | **$288,077.96** |
| **LAST PAYMENT** | **$230,638.80** |
| **TOTAL BALANCE DUE** | **$209,632.63** |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381 - 00002

Page: 2
Invoice 130465
June 30, 2022

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BLW | Wallen , Ben L | Associate | 825.00 | 4.90 | $4,042.50 |
| DG | Grassgreen, Debra I. | Partner | 0.00 | 0.70 | $0.00 |
| DG | Grassgreen, Debra I. | Partner | 1425.00 | 18.00 | $25,650.00 |
| HCK | Kevane, Henry C. | Partner | 1425.00 | 41.10 | $58,567.50 |
| LAF | Forrester, Leslie A. | Other | 495.00 | 2.60 | $1,287.00 |
| MBL | Litvak, Maxim B. | Partner | 1275.00 | 11.70 | $14,917.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 0.00 | 0.80 | $0.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 495.00 | 25.50 | $12,622.50 |
| SWG | Golden, Steven W. | Associate | 775.00 | 44.80 | $34,720.00 |
| | | | | 150.10 | $151,807.00 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:     3
Invoice 130465
June 30, 2022

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 0.20 | $255.00 |
| AD | Asset Disposition [B130] | 24.90 | $28,122.50 |
| CA | Case Administration [B110] | 6.80 | $5,040.00 |
| CG | Corporate Governance/Board Mtr | 0.20 | $155.00 |
| CO | Claims Admin/Objections[B310] | 16.40 | $12,194.00 |
| CP | Compensation Prof. [B160] | 14.30 | $7,278.00 |
| EB | Employee Benefit/Pension-B220 | 1.20 | $1,125.00 |
| EC | Executory Contracts [B185] | 30.40 | $36,565.00 |
| FF | Financial Filings [B110] | 0.80 | $396.00 |
| FN | Financing [B230] | 5.00 | $6,780.00 |
| GC | General Creditors Comm. [B150] | 0.20 | $155.00 |
| HE | Hearing | 2.90 | $2,785.50 |
| II | Insurance Issues | 8.70 | $11,292.50 |
| LN | Litigation (Non-Bankruptcy) | 0.30 | $247.50 |
| OP | Operations [B210] | 1.90 | $2,022.50 |
| PD | Plan & Disclosure Stmt. [B320] | 34.50 | $36,304.50 |
| RP | Retention of Prof. [B160] | 0.20 | $99.00 |
| TI | Tax Issues [B240] | 1.20 | $990.00 |
| | | 150.10 | $151,807.00 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    - 00002

Page:      4
Invoice 130465
June 30, 2022

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
| --- | --- |
| Bloomberg | $81.80 |
| Lexis/Nexis- Legal Research [E | $244.37 |
| Pacer - Court Research | $51.30 |
| Reproduction/ Scan Copy | $9.00 |
| | $386.47 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:     5
Invoice 130465
June 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| 06/02/2022 | MBL | AA | Review MPT preference analysis re Prospect. | 0.20 | 1275.00 | $255.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | **0.20** |  | **$255.00** |

### Asset Disposition [B130]

| 06/01/2022 | DG | AD | Call with Tom Patterson re: status of sale (.5); confer with S. Golden re: same (.2); followup call with Tom Patterson, Sasha Gurwitz and J. Rosenthal re: same (.6) | 1.30 | 1425.00 | $1,852.50 |
|---|---|---|---|---|---|---|
| 06/01/2022 | HCK | AD | Memos to / from S. Golden et al. re Project closing. | 0.20 | 1425.00 | $285.00 |
| 06/01/2022 | BLW | AD | Correspond with Mr. Golden re: insurance policies for sale closing. | 0.20 | 825.00 | $165.00 |
| 06/03/2022 | SWG | AD | Participate in closing call with Project | 0.50 | 775.00 | $387.50 |
| 06/07/2022 | MBL | AD | Confer with H. Kevane re insurance/sale issues. | 0.20 | 1275.00 | $255.00 |
| 06/08/2022 | HCK | AD | Memos to / from S. Golden et al. re Project closing and open items. | 0.20 | 1425.00 | $285.00 |
| 06/09/2022 | HCK | AD | Memos to / from M. Pyle (CMS) re Provider Relief Fund payments to WCH and CHOW issues (.8); review HRSA rules (.3) | 1.10 | 1425.00 | $1,567.50 |
| 06/10/2022 | HCK | AD | Brief Project call and memos to / from group to reschedule. | 0.20 | 1425.00 | $285.00 |
| 06/10/2022 | HCK | AD | Memos to / from S. Golden et al. re Project closing call and checklist. | 0.20 | 1425.00 | $285.00 |
| 06/10/2022 | HCK | AD | Memos to / from J. Doolittle re County of Santa Cruz closing loan (.2) and follow-up with J. Rosenthal re escrow (.2) | 0.40 | 1425.00 | $570.00 |
| 06/10/2022 | MBL | AD | Review closing checklist from project; coordinate with team and MPT counsel re same. | 0.30 | 1275.00 | $382.50 |
| 06/13/2022 | HCK | AD | Follow-up re Project closing call and various new agenda items. | 0.30 | 1425.00 | $427.50 |
| 06/13/2022 | HCK | AD | Memos to / from S. Golden re Project closing checklist. | 0.20 | 1425.00 | $285.00 |
| 06/13/2022 | MBL | AD | Review updated sale closing checklist (.1); emails with team re same (.1). | 0.20 | 1275.00 | $255.00 |
| 06/13/2022 | SWG | AD | Draft and edit comprehensive sale closing checklist | 2.20 | 775.00 | $1,705.00 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:      6
Invoice 130465
June 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/14/2022 | HCK | AD | Review further revisions to Project closing checklist. | 0.20 | 1425.00 | $285.00 |
| 06/14/2022 | MBL | AD | Call with S. Golden re sale status and closing issues (0.1); review updated closing checklist (0.1). | 0.20 | 1275.00 | $255.00 |
| 06/15/2022 | HCK | AD | All-hands conference call with Project counsel, J. Rosenthal and C. Montalvo re Project closing preparation. | 0.80 | 1425.00 | $1,140.00 |
| 06/15/2022 | HCK | AD | Review A. Briskin revised closing checklist. | 0.20 | 1425.00 | $285.00 |
| 06/15/2022 | HCK | AD | Review A. Ruda comments to Project closing checklist and compare. | 0.20 | 1425.00 | $285.00 |
| 06/15/2022 | MBL | AD | Call with client and project re sale status issues and updates (dropped early). | 0.80 | 1275.00 | $1,020.00 |
| 06/15/2022 | SWG | AD | Weekly closing call with Project | 0.80 | 775.00 | $620.00 |
| 06/16/2022 | HCK | AD | Memos to / from R. Smith (MPT counsel) re Project closing and draft stipulations for assignment of provider agreements. | 0.60 | 1425.00 | $855.00 |
| 06/16/2022 | HCK | AD | Review Project / Debtor closing checklists and update status. | 0.40 | 1425.00 | $570.00 |
| 06/16/2022 | MBL | AD | Emails with client, team, and MPT counsel re sale status issues. | 0.20 | 1275.00 | $255.00 |
| 06/16/2022 | SWG | AD | Update sale closing checklist | 0.20 | 775.00 | $155.00 |
| 06/16/2022 | SWG | AD | Draft and send email to MPT counsel re: closing matters | 0.20 | 775.00 | $155.00 |
| 06/17/2022 | HCK | AD | Memos to / from S. Golden and J. Rosenthal re CBOP certification and review APA re licenses. | 0.50 | 1425.00 | $712.50 |
| 06/20/2022 | HCK | AD | Review various memos re Project license applications. | 0.20 | 1425.00 | $285.00 |
| 06/20/2022 | SWG | AD | Discussion with Debtors' professionals re: employee matters in connection with asset sale | 0.70 | 775.00 | $542.50 |
| 06/21/2022 | SWG | AD | Review and revise draft of Liquidation Trust Agreement. | 0.90 | 775.00 | $697.50 |
| 06/22/2022 | HCK | AD | Prepare for today's Project closing call and review notes / drafts. | 0.40 | 1425.00 | $570.00 |
| 06/22/2022 | HCK | AD | All-hands call with C.Mantalvo, J. Doolittle, S. Golden and A. Briskin re Project closing updates. | 0.50 | 1425.00 | $712.50 |
| 06/22/2022 | SWG | AD | Call with Buyer's representatives re: employee and | 1.00 | 775.00 | $775.00 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:      7
Invoice 130465
June 30, 2022

|            |     |    |                                                                            | Hours | Rate    | Amount      |
|------------|-----|----|----------------------------------------------------------------------------|-------|---------|-------------|
|            |     |    | benefits issues                                                            |       |         |             |
| 06/22/2022 | SWG | AD | Weekly sale touchpoint with Project                                        | 0.50  | 775.00  | $387.50     |
| 06/23/2022 | SWG | AD | Begin drafting data storage agreement with Buyer                           | 1.30  | 775.00  | $1,007.50   |
| 06/23/2022 | SWG | AD | Call with Buyer re: ADP transition                                         | 0.40  | 775.00  | $310.00     |
| 06/24/2022 | HCK | AD | Review Project closing extension letter.                                   | 0.10  | 1425.00 | $142.50     |
| 06/27/2022 | HCK | AD | Memos to / from J. Rosenthal et al. re Project funding.                    | 0.20  | 1425.00 | $285.00     |
| 06/27/2022 | HCK | AD | Memos to / from S. Golden and R. Smith re Project update.                  | 0.30  | 1425.00 | $427.50     |
| 06/27/2022 | HCK | AD | Memos to / from S. Golden re updated sale checklists and closing tasks.    | 0.40  | 1425.00 | $570.00     |
| 06/27/2022 | SWG | AD | Review and edit NDA requested by Buyer in connection with sale            | 0.20  | 775.00  | $155.00     |
| 06/28/2022 | HCK | AD | Follow-up with J. Doolittle et al. re MPT closing call.                    | 0.20  | 1425.00 | $285.00     |
| 06/28/2022 | HCK | AD | Telephone call with S. Golden re Project closing assistance.              | 0.20  | 1425.00 | $285.00     |
| 06/28/2022 | SWG | AD | Call with J. Rosenthal and N. Rubin re: sale closing matters.             | 0.50  | 775.00  | $387.50     |
| 06/29/2022 | HCK | AD | All-hands conference call with S. Golden, J. Rosenthal and Project counsel re closing checklist. | 0.80  | 1425.00 | $1,140.00   |
| 06/29/2022 | HCK | AD | Revise / annotate Project closing checklist re payor agreements, insurance, other. | 0.50  | 1425.00 | $712.50     |
| 06/29/2022 | SWG | AD | Participate in weekly closing call with the Project                        | 0.80  | 775.00  | $620.00     |
| 06/30/2022 | HCK | AD | All-hands call with MPT counsel and Project re closing update.            | 0.40  | 1425.00 | $570.00     |
| 06/30/2022 | HCK | AD | Review Project APA re closing checklist tasks and deadlines.              | 0.70  | 1425.00 | $997.50     |
| 06/30/2022 | HCK | AD | Review various memos re Project license application.                      | 0.20  | 1425.00 | $285.00     |
| 06/30/2022 | SWG | AD | Call with MPT counsel re: sale closing matters                            | 0.50  | 775.00  | $387.50     |
|            |     |    |                                                                            | **24.90** |     | **$28,122.50** |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381     -00002

Page:     8
Invoice 130465
June 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Case Administration [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2022 | DG | CA | Review Critical Dates Memo | 0.10 | 1425.00 | $142.50 |
| 06/01/2022 | HCK | CA | Memos to / from P. Jeffries re critical dates. | 0.10 | 1425.00 | $142.50 |
| 06/01/2022 | HCK | CA | Review accumulated paperflow over past week. | 0.30 | 1425.00 | $427.50 |
| 06/01/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 06/06/2022 | HCK | CA | Review accumulated paperflow over past week. | 0.20 | 1425.00 | $285.00 |
| 06/07/2022 | DG | CA | Review updated critical dates memo | 0.10 | 1425.00 | $142.50 |
| 06/07/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 06/09/2022 | PJJ | CA | Draft Agenda for 6/13 hearing. | 2.00 | 495.00 | $990.00 |
| 06/10/2022 | PJJ | CA | Revise and prepare Agenda for filing. | 0.30 | 495.00 | $148.50 |
| 06/13/2022 | HCK | CA | Review accumulated paperflow over past week. | 0.30 | 1425.00 | $427.50 |
| 06/14/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 06/17/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.80 | 495.00 | $396.00 |
| 06/20/2022 | HCK | CA | Review accumulated paperflow, dates and deadlines. | 0.40 | 1425.00 | $570.00 |
| 06/20/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 06/21/2022 | PJJ | CA | Update critical dates memo, calendar entries & reminders. | 0.20 | 495.00 | $99.00 |
| 06/21/2022 | LAF | CA | Research re: Data storage agreements. | 0.80 | 495.00 | $396.00 |
| 06/27/2022 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.10 | 495.00 | $49.50 |
| 06/28/2022 | HCK | CA | Review accumulated paperflow over past week. | 0.30 | 1425.00 | $427.50 |
| | | | | **6.80** | | **$5,040.00** |

### Corporate Governance/Board Mtr

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/16/2022 | SWG | CG | Draft June 8 Board minutes. | 0.20 | 775.00 | $155.00 |
| | | | | **0.20** | | **$155.00** |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:      9
Invoice 130465
June 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

## Claims Admin/Objections[B310]

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/03/2022 | DG | CO | Review UST objection to claims objections procedures motion | 0.40 | 1425.00 | $570.00 |
| 06/03/2022 | LAF | CO | Legal research re: Sample 9th Circuit omnibus claim objection procedures. | 1.00 | 495.00 | $495.00 |
| 06/03/2022 | SWG | CO | Call with A. Westmoreland re: claim objections | 0.30 | 775.00 | $232.50 |
| 06/06/2022 | PJJ | CO | Draft reply in support of claims objection procedures motion. | 0.50 | 495.00 | $247.50 |
| 06/06/2022 | LAF | CO | Legal research re: Omnibus claims objection notice. | 0.50 | 495.00 | $247.50 |
| 06/07/2022 | SWG | CO | Update proposed Omnibus Claims Objection Procedures Order | 0.20 | 775.00 | $155.00 |
| 06/08/2022 | PJJ | CO | Prepare notice of filing of revised claims objection procedure order. | 0.40 | 495.00 | $198.00 |
| 06/10/2022 | SWG | CO | Continue drafting Second and Third Omnibus Claim Objections. | 1.80 | 775.00 | $1,395.00 |
| 06/13/2022 | PJJ | CO | Prepare claims objection procedures order for filing. | 0.20 | 495.00 | $99.00 |
| 06/13/2022 | SWG | CO | Continue drafting omnibus claims objections | 1.90 | 775.00 | $1,472.50 |
| 06/14/2022 | PJJ | CO | Revise claims objection procedures order and re-submit. | 0.20 | 495.00 | $99.00 |
| 06/14/2022 | SWG | CO | Continue drafting and editing omnibus claims objections | 0.60 | 775.00 | $465.00 |
| 06/15/2022 | MBL | CO | Review and comment on first, second, and third omnibus claim objections (0.7); emails with S. Golden re same (0.1). | 0.80 | 1275.00 | $1,020.00 |
| 06/15/2022 | SWG | CO | Update omnibus claim objections and associated declaration | 1.00 | 775.00 | $775.00 |
| 06/17/2022 | SWG | CO | Edit third omnibus claim objection | 0.60 | 775.00 | $465.00 |
| 06/20/2022 | SWG | CO | Finalize first drafts of claims objections and declaration in support and send same to client | 0.40 | 775.00 | $310.00 |
| 06/20/2022 | SWG | CO | Review updated claims register and send same to client for reconciliation | 0.50 | 775.00 | $387.50 |
| 06/21/2022 | PJJ | CO | Prepare 3rd omnibus claim objections for filing. | 1.00 | 495.00 | $495.00 |
| 06/21/2022 | PJJ | CO | Prepare objection to Ochoa claims for service and filing. | 0.60 | 495.00 | $297.00 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    10
Invoice 130465
June 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/21/2022 | PJJ | CO | Prepare omnibus notice of hearing on claims. | 0.50 | 495.00 | $247.50 |
| 06/21/2022 | MBL | CO | Review revised claim objections. | 0.30 | 1275.00 | $382.50 |
| 06/21/2022 | LAF | CO | Obtain Ochoa docket, complaint. | 0.30 | 495.00 | $148.50 |
| 06/21/2022 | SWG | CO | Call with R. Albarano re: claims objections | 0.40 | 775.00 | $310.00 |
| 06/21/2022 | SWG | CO | Prepare objection to Ochoa claims. | 0.70 | 775.00 | $542.50 |
| 06/22/2022 | HCK | CO | Briefly review omnibus claim objections filed yesterday. | 0.20 | 1425.00 | $285.00 |
| 06/22/2022 | SWG | CO | Begin drafting stipulation with CNA re claims | 0.70 | 775.00 | $542.50 |
| 06/23/2022 | SWG | CO | Call with counsel to union re: claims objections | 0.40 | 775.00 | $310.00 |
| | | | | 16.40 | | $12,194.00 |

## Compensation Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2022 | DG | CP | (NO CHARGE) Review email from J. Blomberg re: PSZJ fee adjustment | 0.20 | 0.00 | $0.00 |
| 06/01/2022 | PJJ | CP | Draft response to UST fee objection (NO CHARGE) | 0.80 | 0.00 | $0.00 |
| 06/03/2022 | DG | CP | Review UST Omnibus Objection to fees (NO CHARGE) | 0.50 | 0.00 | $0.00 |
| 06/03/2022 | PJJ | CP | Review BZBM monthly fee statement. | 0.20 | 495.00 | $99.00 |
| 06/06/2022 | PJJ | CP | Prepare for and file supplemental declaration in support of 1st fee application. | 0.30 | 495.00 | $148.50 |
| 06/06/2022 | BLW | CP | Correspondence to Force 10 re: preparation of OCP quarterly statement. | 0.20 | 825.00 | $165.00 |
| 06/07/2022 | PJJ | CP | Telephone conference with Kerry Duffy regarding interim fee hearing. | 0.20 | 495.00 | $99.00 |
| 06/07/2022 | BLW | CP | Review and comment on draft OCP quarterly statement chart from Force 10. | 0.10 | 825.00 | $82.50 |
| 06/08/2022 | PJJ | CP | Emails from/to B. Wallen regarding Hooper Lundy monthly fee statements. | 0.20 | 495.00 | $99.00 |
| 06/08/2022 | BLW | CP | Correspond with Mr. Torrell re: Hooper interim compensation and next steps. | 0.20 | 825.00 | $165.00 |
| 06/13/2022 | PJJ | CP | Draft omnibus interim fee order. | 1.10 | 495.00 | $544.50 |
| 06/14/2022 | PJJ | CP | Telephone conference with P. Jasper regarding interim fee order (.2); revise same (.2). | 0.40 | 495.00 | $198.00 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381   -00002

Page:    11
Invoice 130465
June 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/15/2022 | PJJ | CP | Prepare Foce 10 May fee statement for filing. | 0.40 | 495.00 | $198.00 |
| 06/17/2022 | PJJ | CP | Update professional fee chart. | 0.30 | 495.00 | $148.50 |
| 06/20/2022 | PJJ | CP | Emails from/to Sills Cummis regarding fee order. | 0.20 | 495.00 | $99.00 |
| 06/20/2022 | PJJ | CP | Revise and prepare for filing 1st interim fee order. | 0.50 | 495.00 | $247.50 |
| 06/21/2022 | PJJ | CP | Prepare Certificate of No Objection regarding April fee statement. | 0.20 | 495.00 | $99.00 |
| 06/22/2022 | PJJ | CP | Email professionals re Court's request for omnibus fee order. | 0.20 | 495.00 | $99.00 |
| 06/22/2022 | PJJ | CP | File CNO re April fee statement. | 0.20 | 495.00 | $99.00 |
| 06/23/2022 | PJJ | CP | Prepare omnibus order on 1st interim fee applications (.4); upload same (.2). | 0.60 | 495.00 | $297.00 |
| 06/23/2022 | PJJ | CP | Draft BZBM interim fee order (.4); and upload (.2). | 0.60 | 495.00 | $297.00 |
| 06/24/2022 | PJJ | CP | Prepare May fee statement. | 1.00 | 495.00 | $495.00 |
| 06/27/2022 | PJJ | CP | Work on May fee statement. | 1.10 | 495.00 | $544.50 |
| 06/27/2022 | PJJ | CP | Process professional fee payments. | 0.20 | 495.00 | $99.00 |
| 06/27/2022 | PJJ | CP | Email J. Rosenthal re May fee statement. | 0.10 | 495.00 | $49.50 |
| 06/27/2022 | SWG | CP | Review and edit May prebill | 0.30 | 775.00 | $232.50 |
| 06/27/2022 | BLW | CP | Review OCP Q2 payments and order re: same. Prepare quarterly statement re: same. | 0.80 | 825.00 | $660.00 |
| 06/27/2022 | BLW | CP | Correspond with Force 10 re: OCP Q2 payments. | 0.20 | 825.00 | $165.00 |
| 06/28/2022 | PJJ | CP | process professional fee payments. | 0.20 | 495.00 | $99.00 |
| 06/28/2022 | PJJ | CP | Update professional fee tracking chart. | 0.50 | 495.00 | $247.50 |
| 06/28/2022 | PJJ | CP | Revise May fee statement. | 0.20 | 495.00 | $99.00 |
| 06/28/2022 | BLW | CP | Call with Force 10 re: OCP payments. | 0.20 | 825.00 | $165.00 |
| 06/28/2022 | BLW | CP | Confer with Mr. Golden re: OCP Quarterly statement. | 0.40 | 825.00 | $330.00 |
| 06/28/2022 | BLW | CP | Confer with Force 10 re: OCP statement. | 0.10 | 825.00 | $82.50 |
| 06/29/2022 | PJJ | CP | Prepare for and file quarterly OCP statement. | 0.40 | 495.00 | $198.00 |
| 06/29/2022 | BLW | CP | Revise and comment on OCP quarterly statement. | 0.40 | 825.00 | $330.00 |
| 06/30/2022 | PJJ | CP | Update professional fee tracking chart. | 0.40 | 495.00 | $198.00 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    12
Invoice 130465
June 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/30/2022 | PJJ | CP | Prepare May fee statement for filing. | 0.20 | 495.00 | $99.00 |
| | | | | 14.30 | | $7,278.00 |

### Employee Benefit/Pension-B220

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/10/2022 | SWG | EB | Call with CNA and labor counsel re: various issues | 0.60 | 775.00 | $465.00 |
| 06/13/2022 | SWG | EB | Call with counsel to SEIU | 0.30 | 775.00 | $232.50 |
| 06/30/2022 | HCK | EB | Memos to / from S. Golden re COBRA benefits and review files. | 0.30 | 1425.00 | $427.50 |
| | | | | 1.20 | | $1,125.00 |

### Executory Contracts [B185]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/01/2022 | HCK | EC | Follow-up with Project re provider agreement stipulations. | 0.20 | 1425.00 | $285.00 |
| 06/01/2022 | HCK | EC | Memos to / from N. Marsden and R. Albarano et al. re CMS OP analysis and backup. | 0.60 | 1425.00 | $855.00 |
| 06/02/2022 | HCK | EC | Memos to /from A. Gunn re DHCS update and cure stipulation. | 0.20 | 1425.00 | $285.00 |
| 06/06/2022 | DG | EC | Review J. Brice email re: contract issues | 0.10 | 1425.00 | $142.50 |
| 06/06/2022 | HCK | EC | Follow-up with R. Albarano et al. re CMS overpayment research and S. Sharma review. | 0.30 | 1425.00 | $427.50 |
| 06/06/2022 | HCK | EC | Various follow-up with Guidehouse, N. Marsden et al. re CMS OP redetermination / backup and edit Medicare assignment stipulation. | 0.60 | 1425.00 | $855.00 |
| 06/06/2022 | HCK | EC | Memos to / from M. Pyle re CMS stipulation. | 0.10 | 1425.00 | $142.50 |
| 06/06/2022 | SWG | EC | Call with counsel to contract counterparty re: executory contract issues | 0.10 | 775.00 | $77.50 |
| 06/07/2022 | HCK | EC | Memos to / from J. Kearney, et al. re CMS redetermination strategy / analysis. | 0.30 | 1425.00 | $427.50 |
| 06/07/2022 | HCK | EC | Memos to / from J. Doolittle and M. Pyle / A. Gunn re Medicare and Medi-Cal draft stipulations. | 0.20 | 1425.00 | $285.00 |
| 06/08/2022 | HCK | EC | All-hands call with R. Albarano, J. Kearney, J. Lin, S. Sharma and Guidehouse team re CMS OP appeal. | 0.80 | 1425.00 | $1,140.00 |
| 06/08/2022 | HCK | EC | Memos to / from J. Doolittle and M. Pyle re Project revised draft of CMS assignment stipulation. | 0.30 | 1425.00 | $427.50 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    13
Invoice 130465
June 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/09/2022 | DG | EC | Review Medicare assumption and assignment agreement and H. Kevane Markup (1); review email from H. Kevane re: same (.1); office conference with H. Kevane re: overall case status (.4) | 1.50 | 1425.00 | $2,137.50 |
| 06/09/2022 | HCK | EC | Further review markup to Medicare stipulation from Mr. Doolittle and memo to J. Rosenthal, et al. re same. | 0.90 | 1425.00 | $1,282.50 |
| 06/09/2022 | HCK | EC | Memo to J. Doolittle and A. Briskin re comments to revised draft of Medicare assignment stipulation. | 0.50 | 1425.00 | $712.50 |
| 06/10/2022 | DG | EC | Review and respond to S. Golden emails re: medhost | 0.20 | 1425.00 | $285.00 |
| 06/10/2022 | HCK | EC | Memos to / from J. Doolittle et al. re Medi-Cal stipulation for Ms. Gunn. | 0.20 | 1425.00 | $285.00 |
| 06/10/2022 | HCK | EC | Further review DHCS / CMS files re cure estimates / assurances. | 1.30 | 1425.00 | $1,852.50 |
| 06/10/2022 | HCK | EC | Memos to / from A. Gunn re Medi-Cal stipulation. | 0.10 | 1425.00 | $142.50 |
| 06/10/2022 | HCK | EC | Review J. Doolittle revised draft of DHCS / Medi-Cal cure and assignment stipulation and review redline to 3/17 version. | 0.80 | 1425.00 | $1,140.00 |
| 06/10/2022 | SWG | EC | Call with counsel to MEDHOST re: objection | 0.30 | 775.00 | $232.50 |
| 06/13/2022 | HCK | EC | Further review J. Doolittle revisions to CMS / DHCS assignment stipulations and outline issues. | 0.60 | 1425.00 | $855.00 |
| 06/14/2022 | HCK | EC | Follow-up re CMS redetermination request for Project update and assignment stipulation. | 0.30 | 1425.00 | $427.50 |
| 06/14/2022 | HCK | EC | Review A. Gunn memo re DHCS cure stipulation and review markup. | 0.40 | 1425.00 | $570.00 |
| 06/14/2022 | PJJ | EC | Draft notice of hearing on Medhost assignment objection. | 0.50 | 495.00 | $247.50 |
| 06/15/2022 | HCK | EC | Memos to / from Guidehouse et al. re CMS redetermination requests and reconcile CMS charts. | 0.80 | 1425.00 | $1,140.00 |
| 06/15/2022 | HCK | EC | Edit provider agreement assignment stipulations. | 0.20 | 1425.00 | $285.00 |
| 06/15/2022 | HCK | EC | Follow-up with M. Cambridge re CMS reconciliation and update stipulation. | 0.40 | 1425.00 | $570.00 |
| 06/15/2022 | PJJ | EC | Continue to prepare Medhost notice of hearing. | 0.30 | 495.00 | $148.50 |
| 06/15/2022 | PJJ | EC | Prepare for and file Medhost notice of hearing. | 0.20 | 495.00 | $99.00 |
| 06/20/2022 | PJJ | EC | Draft emergency motion to assume/assign contracts. | 2.00 | 495.00 | $990.00 |

|            |     |     |                                                                              | Hours | Rate | Amount |
|------------|-----|-----|------------------------------------------------------------------------------|-------|---------|-----------|
| 06/22/2022 | HCK | EC  | Memos to / from J. Doolittle and A. Gunn re DHCS cure negotiations.           | 0.20  | 1425.00 | $285.00   |
| 06/22/2022 | HCK | EC  | Further research re CMS provider relief funds repayment obligations.          | 1.20  | 1425.00 | $1,710.00 |
| 06/22/2022 | HCK | EC  | Draft insert to CMS stipulation re MAC / RAC audit and recoupment.            | 0.50  | 1425.00 | $712.50   |
| 06/22/2022 | SWG | EC  | Draft and send emails to counterparties re: executory contracts and cure amounts. | 0.30  | 775.00  | $232.50   |
| 06/23/2022 | SWG | EC  | Call with counsel to ADP re: statement of work.                              | 0.30  | 775.00  | $232.50   |
| 06/24/2022 | HCK | EC  | Review M. Pyle memo and markups / inserts to CMS cure and assignment stipulation. | 1.30  | 1425.00 | $1,852.50 |
| 06/24/2022 | HCK | EC  | Memos to / from J. Doolittle re CMS stipulation.                             | 0.10  | 1425.00 | $142.50   |
| 06/24/2022 | HCK | EC  | Further research re CMS standard assignment conditions.                       | 0.60  | 1425.00 | $855.00   |
| 06/24/2022 | HCK | EC  | Review DHCS cure computations for call with A. Gunn.                          | 0.20  | 1425.00 | $285.00   |
| 06/24/2022 | SWG | EC  | Call with Buyer and Philips re: assumption of agreements                      | 0.30  | 775.00  | $232.50   |
| 06/27/2022 | SWG | EC  | Begin drafting stipulation resolving Philips and Colin matters and contracts. | 1.00  | 775.00  | $775.00   |
| 06/27/2022 | SWG | EC  | Update cure schedule per information from counterparty                        | 0.10  | 775.00  | $77.50    |
| 06/27/2022 | SWG | EC  | Call with ADP re: MSA and SOW                                                | 0.50  | 775.00  | $387.50   |
| 06/28/2022 | HCK | EC  | Memos to / from J. Doolittle re CMS markup to stipulation and prepare for conference call. | 0.40  | 1425.00 | $570.00   |
| 06/28/2022 | HCK | EC  | Conference call with J. Doolittle re CMS stipulation.                        | 0.50  | 1425.00 | $712.50   |
| 06/28/2022 | HCK | EC  | Memos to / from  J. Doolittle re inserts to CMS stipulation re audit appeals. | 0.70  | 1425.00 | $997.50   |
| 06/28/2022 | SWG | EC  | Call with counsel to contract counterparties (.1) and follow up-email re: same (.1) | 0.20  | 775.00  | $155.00   |
| 06/28/2022 | SWG | EC  | Continue drafting stipulation re: Colin and Philips.                         | 0.20  | 775.00  | $155.00   |
| 06/28/2022 | SWG | EC  | Call with ADP re: contract issues.                                          | 0.50  | 775.00  | $387.50   |
| 06/29/2022 | HCK | EC  | Memos to / from A. Gunn re DHCS cure stipulation and prepare for today's conference call. | 0.70  | 1425.00 | $997.50   |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:     15
Invoice 130465
June 30, 2022

|            |     |     |                                                                                                          | Hours | Rate    | Amount      |
|------------|-----|-----|----------------------------------------------------------------------------------------------------------|-------|---------|-------------|
| 06/29/2022 | HCK | EC  | Conference call with J. Doolittle and A. Gunn re Medi-Cal assignment.                                    | 0.40  | 1425.00 | $570.00     |
| 06/29/2022 | HCK | EC  | Follow-up with A. Gunn, et al. re DHCS stipulation.                                                       | 0.20  | 1425.00 | $285.00     |
| 06/29/2022 | HCK | EC  | Review DHCS supporting documentation received today for Medi-Cal OPs.                                    | 0.40  | 1425.00 | $570.00     |
| 06/29/2022 | HCK | EC  | Review / edit revised version of Medi-Cal stipulation from J. Doolittle and circulate markup.            | 0.80  | 1425.00 | $1,140.00   |
| 06/29/2022 | HCK | EC  | Review revised version of Medicare stipulation and circulate markup to J. Doolittle.                     | 0.70  | 1425.00 | $997.50     |
| 06/30/2022 | HCK | EC  | Follow-up re Medi-Cal / Medicare redlines to counsel and review markups.                                 | 0.50  | 1425.00 | $712.50     |
| 06/30/2022 | SWG | EC  | Draft and send emails to contract counterparties re: resolution of objections                           | 0.20  | 775.00  | $155.00     |
| 06/30/2022 | SWG | EC  | Calls with J. Doolittle (.3) and FTI (.5) re: ADP implementation and contract issues                    | 0.70  | 775.00  | $542.50     |
| 06/30/2022 | SWG | EC  | Research re: assumption and assignment requirements under section 365                                    | 0.40  | 775.00  | $310.00     |
| 06/30/2022 | SWG | EC  | Call with A. Ruda re: ADP                                                                                 | 0.30  | 775.00  | $232.50     |
| 06/30/2022 | SWG | EC  | Call with ADP re: implementation of spin                                                                 | 0.70  | 775.00  | $542.50     |
|            |     |     |                                                                                                          | **30.40** |     | **$36,565.00** |

### Financial Filings [B110]

|            |     |     |                                                                              | Hours | Rate   | Amount    |
|------------|-----|-----|------------------------------------------------------------------------------|-------|--------|-----------|
| 06/21/2022 | PJJ | FF  | Prepare Monthly Operating Reports for filing (.4); efile same (.4).          | 0.80  | 495.00 | $396.00   |
|            |     |     |                                                                              | **0.80** |     | **$396.00** |

### Financing [B230]

|            |     |     |                                                                                                                                | Hours | Rate    | Amount      |
|------------|-----|-----|--------------------------------------------------------------------------------------------------------------------------------|-------|---------|-------------|
| 06/02/2022 | MBL | FN  | Analyze MPT prof fee and interest claims; review lease and credit documents (0.5) and emails with client and team re same (0.4). | 0.90  | 1275.00 | $1,147.50   |
| 06/04/2022 | DG  | FN  | Review week 25 variance report                                                                                                 | 0.30  | 1425.00 | $427.50     |
| 06/04/2022 | MBL | FN  | Follow-up with client re MPT info request.                                                                                     | 0.10  | 1275.00 | $127.50     |
| 06/05/2022 | DG  | FN  | Review emails from MPT counsel R. Smith (.1) and M. Litvak re: DIP Interest and related disputes (.1); re: DIP Order re: same (.5) | 0.70  | 1425.00 | $997.50     |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:     16
Invoice 130465
June 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2022 | MBL | FN | Emails with MPT counsel and client re MPT claim issues. | 0.20 | 1275.00 | $255.00 |
| 06/07/2022 | DG | FN | Review and respond to emails from M. Litvak (.1) and J. Rosenthal (.1) re: budget | 0.20 | 1425.00 | $285.00 |
| 06/07/2022 | MBL | FN | Emails with client re budget status. | 0.10 | 1275.00 | $127.50 |
| 06/08/2022 | DG | FN | Review and respond to emails from J. Rosenthal (.1); M. Litvak (.1) re: MPT expenses; review key provisions of DIP  documents re: same (.4) | 0.60 | 1425.00 | $855.00 |
| 06/08/2022 | MBL | FN | Emails with client and MPT counsel re MPT fees. | 0.10 | 1275.00 | $127.50 |
| 06/09/2022 | MBL | FN | Emails with MPT counsel and client re MPT claims. | 0.20 | 1275.00 | $255.00 |
| 06/10/2022 | DG | FN | Review variance report-week 26 incorporating updated budget | 0.30 | 1425.00 | $427.50 |
| 06/10/2022 | DG | FN | Review and respond to M. Litvak emails re: MPT DIP Expenses | 0.20 | 1425.00 | $285.00 |
| 06/10/2022 | MBL | FN | Call with R. Smith, MPT counsel re MPT claims. | 0.20 | 1275.00 | $255.00 |
| 06/10/2022 | MBL | FN | Emails with client and team re MPT claim proposal. | 0.50 | 1275.00 | $637.50 |
| 06/15/2022 | HCK | FN | Memos to / from S. Golden and R. Smith re CMS / DHCS and sale updates. | 0.40 | 1425.00 | $570.00 |
| | | | | 5.00 | | $6,780.00 |

## General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/30/2022 | SWG | GC | Call with committee counsel re: case matters | 0.20 | 775.00 | $155.00 |
| | | | | 0.20 | | $155.00 |

## Hearing

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/10/2022 | MBL | HE | Review and comment on hearing outline (0.2); emails with team re hearing prep (0.2). | 0.40 | 1275.00 | $510.00 |
| 06/10/2022 | SWG | HE | Update hearing agenda | 0.10 | 775.00 | $77.50 |
| 06/13/2022 | PJJ | HE | Attend Disclosure Statement hearing. | 0.40 | 495.00 | $198.00 |
| 06/13/2022 | MBL | HE | Attend DS and fee hearing (0.5); follow-up call and emails with S. Golden and court re same (0.2). | 0.70 | 1275.00 | $892.50 |
| 06/13/2022 | MBL | HE | Call with S. Golden re hearing prep. | 0.10 | 1275.00 | $127.50 |
| 06/13/2022 | MBL | HE | Emails with D. Grassgreen re hearing outcome. | 0.10 | 1275.00 | $127.50 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:     17
Invoice 130465
June 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/13/2022 | SWG | HE | Prepare for (.4) and attend (.5) Disclosure Statement Hearing | 0.90 | 775.00 | $697.50 |
| 06/13/2022 | SWG | HE | Call with M. Litvak and P. Jasper re: debrief of hearing | 0.20 | 775.00 | $155.00 |
|  |  |  |  | **2.90** |  | **$2,785.50** |

**Insurance Issues**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2022 | HCK | II | Conference call with S. Golden, J. Rosenthal and R. Albarano re BETA policy. | 0.40 | 1425.00 | $570.00 |
| 06/01/2022 | HCK | II | Review BETA policy documents and coverages and memos to / from S. Golden re same. | 1.40 | 1425.00 | $1,995.00 |
| 06/07/2022 | HCK | II | Further review BETA policy and coverage / premium documents. | 1.20 | 1425.00 | $1,710.00 |
| 06/07/2022 | HCK | II | Confer with M. Litvak re BETA insurance / tail. | 0.20 | 1425.00 | $285.00 |
| 06/07/2022 | HCK | II | Memo to J. Rosenthal, et al. re BETA coverage terms and extended reporting period. | 0.80 | 1425.00 | $1,140.00 |
| 06/08/2022 | HCK | II | Follow-up with J. Rosenthal and S. Golden re BETA tail. | 0.20 | 1425.00 | $285.00 |
| 06/21/2022 | HCK | II | Follow-up with S. Golden re BETA tail. | 0.10 | 1425.00 | $142.50 |
| 06/28/2022 | HCK | II | Memos to / from S. Golden re BETA tail premium and APA analysis. | 0.70 | 1425.00 | $997.50 |
| 06/28/2022 | HCK | II | Telephone call with S. Golden re BETA analysis and tail coverage. | 0.40 | 1425.00 | $570.00 |
| 06/28/2022 | HCK | II | Follow-up with S. Golden and J. Rosenthal re BETA analysis. | 0.20 | 1425.00 | $285.00 |
| 06/28/2022 | HCK | II | Telephone call with S. Golden re BETA alternatives. | 0.20 | 1425.00 | $285.00 |
| 06/28/2022 | HCK | II | Review BETA policy and additional insured documents. | 1.20 | 1425.00 | $1,710.00 |
| 06/28/2022 | SWG | II | Call with H. Kevane re: tail insurance matters | 0.40 | 775.00 | $310.00 |
| 06/28/2022 | SWG | II | Research regarding tail insurance issues. | 0.90 | 775.00 | $697.50 |
| 06/28/2022 | SWG | II | Call with J. Rosenthal re: tail insurance issues. | 0.40 | 775.00 | $310.00 |
|  |  |  |  | **8.70** |  | **$11,292.50** |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    18
Invoice 130465
June 30, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Litigation (Non-Bankruptcy)**

| 06/14/2022 | BLW | LN | Detailed follow up email to insurer counsel re: Forcier worker's compensation matter, existence of bankruptcy, and related issues. | 0.30 | 825.00 | $247.50 |
| | | | | **0.30** | | **$247.50** |

**Operations [B210]**

| 06/07/2022 | DG | OP | Review email and attached BETA policy from H. Kevane (.5); analyze same  (.3) | 0.80 | 1425.00 | $1,140.00 |
| 06/13/2022 | BLW | OP | Correspond with Force 10 re: Prospect/OSHA invoice issues. | 0.20 | 825.00 | $165.00 |
| 06/14/2022 | BLW | OP | Correspondence to Littler re: OSHA bill and potential new inspection. | 0.30 | 825.00 | $247.50 |
| 06/15/2022 | BLW | OP | Confer with Littler re: miscommunication re: potential OSHA citation and resolve same. | 0.10 | 825.00 | $82.50 |
| 06/28/2022 | SWG | OP | Call with client re: operational matters. | 0.50 | 775.00 | $387.50 |
| | | | | **1.90** | | **$2,022.50** |

**Plan & Disclosure Stmt. [B320]**

| 06/01/2022 | MBL | PD | Call with D. Grassgreen re plan release issues. | 0.10 | 1275.00 | $127.50 |
| 06/01/2022 | SWG | PD | Call with J. Rosenthal and H. Kevane re: insurance matters related to Plan | 0.30 | 775.00 | $232.50 |
| 06/02/2022 | MBL | PD | Emails with UST and team re plan revisions. | 0.10 | 1275.00 | $127.50 |
| 06/03/2022 | DG | PD | Call with J. Rosenthal and S. Golden re: plan issues (.5); call with MPT counsel and Force 10 re: same (.4) | 0.90 | 1425.00 | $1,282.50 |
| 06/03/2022 | DG | PD | Review revised plan documents | 1.20 | 1425.00 | $1,710.00 |
| 06/03/2022 | DG | PD | Review and respond to emails from S. Golden re: Plan matters | 0.20 | 1425.00 | $285.00 |
| 06/03/2022 | MBL | PD | Emails with team and committee counsel re plan issues. | 0.20 | 1275.00 | $255.00 |
| 06/03/2022 | MBL | PD | Call with R. Smith re MPT claim issues (0.5); follow-up call with J. Rosenthal re MPT claim issues (0.3); follow-up emails to MPT counsel and client re MPT claim issues (0.2). | 1.00 | 1275.00 | $1,275.00 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381   -00002

Page:    19
Invoice 130465
June 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/03/2022 | SWG | PD | Call with J. Rosenthal re: Plan issues. | 0.40 | 775.00 | $310.00 |
| 06/03/2022 | SWG | PD | Call with Debtors' professionals and MPT re: Plan issues | 0.50 | 775.00 | $387.50 |
| 06/03/2022 | SWG | PD | Update Plan, Disclosure Statement, and related documents. | 0.60 | 775.00 | $465.00 |
| 06/06/2022 | DG | PD | Review plan comments from UST in advance of call (.3); review plan (1); call with representatives from U.S. Trustee, Committee and PSZJ re: UST plan comments (.4); email to J. Blumberg re: same (.1); review email and extensive attachments from S. Golden including plan and disclosure revisions in response to informal objections (1.3); review Committee plan markup (.8) review UST objection to disclosure statement (.7) | 4.60 | 1425.00 | $6,555.00 |
| 06/06/2022 | HCK | PD | Review OUST plan objections and D.S. reservation of rights. | 0.70 | 1425.00 | $997.50 |
| 06/06/2022 | PJJ | PD | Draft reply to UST objection to Disclosure Statement. | 0.30 | 495.00 | $148.50 |
| 06/06/2022 | MBL | PD | Call with UST, committee counsel, and team re plan comments and revisions. | 0.40 | 1275.00 | $510.00 |
| 06/06/2022 | MBL | PD | Call with MPT counsel, committee counsel, and team re plan releases. | 0.30 | 1275.00 | $382.50 |
| 06/06/2022 | MBL | PD | Review UST objection to DS and plan (0.2); emails with team re same (0.1). | 0.30 | 1275.00 | $382.50 |
| 06/06/2022 | MBL | PD | Call with S. Golden re UST plan objection. | 0.10 | 1275.00 | $127.50 |
| 06/06/2022 | MBL | PD | Review and comment on revised plan and DS (0.3); emails with team and committee counsel re same (0.1). | 0.40 | 1275.00 | $510.00 |
| 06/06/2022 | SWG | PD | Call with U.S. Trustee re: Plan/DS issues. | 0.30 | 775.00 | $232.50 |
| 06/06/2022 | SWG | PD | Call with counsel to MPT and Committee re: Plan issues | 0.30 | 775.00 | $232.50 |
| 06/06/2022 | SWG | PD | Call with J. Rosenthal re: plan issues | 0.20 | 775.00 | $155.00 |
| 06/06/2022 | SWG | PD | Draft and send comprehensive email to Debtors' and Committee's professionals re: status of plan and disclosure statement | 0.50 | 775.00 | $387.50 |
| 06/06/2022 | SWG | PD | Begin research and drafting of reply in support of Disclosure Statement. | 2.50 | 775.00 | $1,937.50 |

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    20
Invoice 130465
June 30, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/07/2022 | DG | PD | Review revised drafts of all key plan documents including plan, disclosure statement and related pleadings (2.3); review further markup form committee (.5); review and respond to emails re: injunction language (.2) | 3.00 | 1425.00 | $4,275.00 |
| 06/07/2022 | MBL | PD | Review and comment on reply in support of DS and in response to UST objection. | 0.50 | 1275.00 | $637.50 |
| 06/07/2022 | MBL | PD | Review committee comments to plan and DS (0.4); call with S. Golden re same (0.2); emails with team and committee counsel re plan revisions (0.2). | 0.80 | 1275.00 | $1,020.00 |
| 06/07/2022 | MBL | PD | Review revised reply in support of DS. | 0.20 | 1275.00 | $255.00 |
| 06/07/2022 | SWG | PD | Update Plan and Disclosure Statement per comments from various parties | 0.60 | 775.00 | $465.00 |
| 06/07/2022 | SWG | PD | Continue drafting Reply in Support of Disclosure Statement | 1.80 | 775.00 | $1,395.00 |
| 06/07/2022 | SWG | PD | Update Plan and Disclosure Statement with comments received from various parties (.3); draft and send comprehensive status email attaching same to Debtors' and Committee's professionals (.4) | 0.70 | 775.00 | $542.50 |
| 06/07/2022 | SWG | PD | Further edit Plan and Disclosure Statement (.4); send same to Debtors and Committee (.2) and MPT (.1) | 0.70 | 775.00 | $542.50 |
| 06/08/2022 | DG | PD | Review final plan documents for filing | 1.30 | 1425.00 | $1,852.50 |
| 06/08/2022 | PJJ | PD | Prepare for and file 1st amended Plan, Disclosure Statement, reply to UST objection to Disclosure Statement and notice of filing blacklines. | 2.10 | 495.00 | $1,039.50 |
| 06/08/2022 | MBL | PD | Emails with team re plan and DS filings. | 0.10 | 1275.00 | $127.50 |
| 06/08/2022 | SWG | PD | Finalize First Amended Plan, Disclosure Statement, and related documents for filing | 0.90 | 775.00 | $697.50 |
| 06/09/2022 | HCK | PD | Review revised plan and D.S. filed yesterday. | 0.50 | 1425.00 | $712.50 |
| 06/09/2022 | SWG | PD | Draft and send email to U.S. Trustee re: disclosure statement hearing matters | 0.20 | 775.00 | $155.00 |
| 06/10/2022 | SWG | PD | Prepare for Disclosure Statement hearing | 1.50 | 775.00 | $1,162.50 |
| 06/13/2022 | PJJ | PD | Prepare Disclosure Statement/solicitation procedures order for filing. | 0.20 | 495.00 | $99.00 |
| 06/13/2022 | SWG | PD | Call with client re: Plan/Disclosure Statement | 0.20 | 775.00 | $155.00 |
| 06/14/2022 | HCK | PD | Review entered DS approval order. | 0.10 | 1425.00 | $142.50 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/14/2022 | PJJ | PD | Revise Disclosure Statement order and re-submit. | 0.20 | 495.00 | $99.00 |
| 06/14/2022 | SWG | PD | Prepare Solicitation Packages after Disclosure Statement Hearing | 0.50 | 775.00 | $387.50 |
| 06/15/2022 | PJJ | PD | Prepare solicitation materials for Stretto. | 0.30 | 495.00 | $148.50 |
| 06/15/2022 | PJJ | PD | Prepare notice of filing solicitation versions of Plan and Disclosure Statement. | 0.50 | 495.00 | $247.50 |
| 06/15/2022 | SWG | PD | Prepare notices of filing of Plan and Disclosure Statement documents. | 0.30 | 775.00 | $232.50 |
| 06/21/2022 | MBL | PD | Review draft liquidation trust agreement and S. Golden comments thereto. | 0.40 | 1275.00 | $510.00 |
| 06/23/2022 | SWG | PD | Receive and respond to email from union re: plan voting | 0.20 | 775.00 | $155.00 |
| 06/30/2022 | SWG | PD | Call with MEDHOST counsel re: plan | 0.30 | 775.00 | $232.50 |
|  |  |  |  | **34.50** |  | **$36,304.50** |

**Retention of Prof. [B160]**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 06/03/2022 | PJJ | RP | Review/revise Lohwater disclosure declaration. | 0.20 | 495.00 | $99.00 |
|  |  |  |  | **0.20** |  | **$99.00** |

**Tax Issues [B240]**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 06/16/2022 | BLW | TI | Confer with Force 10 re: Monthly Tax Disclosures. | 0.30 | 825.00 | $247.50 |
| 06/20/2022 | BLW | TI | Revise multiple months of tax reporting charts. | 0.90 | 825.00 | $742.50 |
|  |  |  |  | **1.20** |  | **$990.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                  **$151,807.00**

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    22
Invoice 130465
June 30, 2022

___

**Expenses**

| | | | |
|---|---|---|---|
| 06/06/2022 | LN | 92381.00002 Lexis Charges for 06-06-22 | 23.61 |
| 06/06/2022 | LN | 92381.00002 Lexis Charges for 06-06-22 | 17.56 |
| 06/06/2022 | LN | 92381.00002 Lexis Charges for 06-06-22 | 8.42 |
| 06/06/2022 | LN | 92381.00002 Lexis Charges for 06-06-22 | 73.43 |
| 06/09/2022 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/10/2022 | LN | 92381.00002 Lexis Charges for 06-10-22 | 70.29 |
| 06/10/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/10/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/13/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/15/2022 | LN | 92381.00002 Lexis Charges for 06-15-22 | 17.56 |
| 06/21/2022 | BB | 92381.00002 Bloomberg Charges through 06-21-22 | 81.80 |
| 06/21/2022 | LN | 92381.00002 Lexis Charges for 06-21-22 | 7.86 |
| 06/24/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/24/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/28/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/29/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/29/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/29/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/29/2022 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/29/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/30/2022 | LN | 92381.00002 Lexis Charges for 06-30-22 | 8.78 |
| 06/30/2022 | LN | 92381.00002 Lexis Charges for 06-30-22 | 16.86 |
| 06/30/2022 | PAC | Pacer - Court Research | 51.30 |

**Total Expenses for this Matter**     **$386.47**

Pachulski Stang Ziehl & Jones LLP
Watsonville Hospital Corp.
92381    -00002

Page:    23
Invoice 130465
June 30, 2022

---

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    **06/30/2022**

| | |
|---|---|
| **Total Fees** | **$151,807.00** |
| **Total Expenses** | **386.47** |
| **Total Due on Current Invoice** | **$152,193.47** |

**Outstanding Balance from prior invoices as of**    **06/30/2022**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 129899 | 03/31/2022 | $199,788.50 | $836.56 | $0.06 |
| 130172 | 04/30/2022 | $146,629.50 | $334.93 | $29,325.90 |
| 130300 | 05/31/2022 | $140,566.00 | $547.47 | $28,113.20 |

**Total Amount Due on Current and Prior Invoices:**    **$209,632.63**