| | |
|---|---|
| 1 | Andrew H. Sherman (*pro hac vice*) |
| | ASherman@sillscummis.com |
| 2 | Boris I. Mankovetskiy (*pro hac vice*) |
| | BMankovetskiy@sillscummis.com |
| 3 | **SILLS CUMMIS & GROSS P.C.** |
| | One Riverfront Plaza |
| 4 | Newark, New Jersey 07102 |
| | Telephone:   973.643.7000 |
| 5 | Facsimile:   973.643.6500 |
| 6 | *Co-Counsel to the Official Committee of Unsecured Creditors* |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re | CASE NO. 21-51477 |
| WATSONVILLE HOSPITAL CORPORATION, et al.,[1] | Chapter: 11 |
| Debtors. | (Jointly Administered) |
| | **CERTIFICATION OF NO OBJECTION REGARDING FIFTH MONTHLY FEE STATEMENT OF SILLS CUMMIS & GROSS P.C., AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 1, 2022 THROUGH MAY 31, 2022** |
| | Related Docket No. 654 |
| | **[No Order Required]** |
| | Judge:    Hon. M. Elaine Hammond |

The undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtors and debtors-in-possession (the "Debtors") hereby certifies that:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

1. As of the date hereof, no answer, objection or other responsive pleading has been received to the *Fifth Monthly Fee Statement of Sills Cummis & Gross P.C., as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of May 1, 2022 through May 31, 2022* [Docket No. 654] (the "<u>Monthly Fee Statement</u>"), filed on August 1, 2022.

2. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "<u>Compensation Procedures Order</u>"), objections to the Monthly Fee Statement were to be filed and served no later than August 15, 2022, at 4:00 p.m., prevailing Pacific Time.

3. Pursuant to the Compensation Procedures Order, the Debtors are authorized to pay Sills Cummis & Gross P.C. $70,423.30, which represents 80% of the $88,000.00 of fees ($70,400.00) and 100% of the $23.30 of actual and necessary expenses requested in the Monthly Fee Statement, for the period from May 1, 2022 through May 31, 2022, upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

DATED: August 16, 2022　　　　　　　　**SILLS CUMMIS & GROSS P.C.**

By: <u>*/s/ Andrew H. Sherman*</u>

Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:　973.643.7000
　Facsimile:　973.643.6500

*Co-Counsel to the Official Committee of Unsecured Creditors*

Submitted by:
<u>*/s/ Paul S. Jasper*</u>
Paul S. Jasper
Perkins Coie LLP