Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone:    415.263.7000
Facsimile:    415.263.7010
E-mail:       dgrassgreen@pszjlaw.com
              mlitvak@pszjlaw.com
              sgolden@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2022 THROUGH JUNE 31, 2022**<br><br>**[Related Docket No. 658]**<br><br>[**No Order Required**]<br><br>Judge:     Hon. M. Elaine Hammond |

The undersigned counsel for the above-captioned debtors and debtors-in-possession (the "Debtors") hereby certifies that:

1.     As of the date hereof, no answer, objection or other responsive pleading has been received to the *Seventh Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP as Counsel for*

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

*the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2022 through June 30, 2022* [Docket No. 658] (the "<u>Monthly Fee Statement</u>"), filed on August 4, 2022.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon.   Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "<u>Compensation Procedures Order</u>"), objections to the Monthly Fee Statement were to be filed and served no later than August 18, 2022 at 4:00 p.m. prevailing Pacific Time.

2.     Pursuant to the Compensation Procedures Order, the Debtors are authorized to pay Pachulski Stang Ziehl & Jones LLP the sum of $121,832.07 which represents 80% of the fees ($121,445.60) and 100% of the expenses ($386.47) requested in the Monthly Fee Statement, for the period from June 1, 2022 through June 30, 2022, upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

Dated:   August 19, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
    Debra I. Grassgreen
    Maxim B. Litvak
    Steven W. Golden

    Attorneys for Debtors and Debtors in Possession