```
Debra I. Grassgreen (CA Bar No. 169978)
Henry C. Kevane (CA Bar No. 125757)
Steven W. Golden (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile:  415.263.7010
E-mail:     dgrassgreen@pszjlaw.com
            hkevane@pszjlaw.com
            sgolden@pszjlaw.com
```

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477 (MEH)<br><br>Chapter 11<br><br>**AMENDED CERTIFICATE OF SERVICE** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Market Plaza, Spear Tower, 40th Floor, Suite 4000, San Francisco, CA 94105-1020.

On August 24, 2022, I caused to be served the following documents in the manner stated below:

- ***Stipulation for Assumption and Assignment of Medicare Provider Agreement* [Docket No. ]**

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document. On August 24, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 24, 2022 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant

**ECF List**

- Kathleen Allare    kallare@perkinscoie.com
- Desiree Amador    amador.desiree@pbgc.gov
- Joseph M Ammar    ammar@millercanfield.com
- Sheryl Betance    aw01@ecfcbis.com, pacerpleadings@stretto.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Manuel A. Boigues    mboigues@unioncounsel.net
- Mark Bostick    mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- Adam S. Cashman    acashman@singercashman.com, firmcalendar@singercashman.com
- Sara L. Chenetz    schenetz@perkinscoie.com
- Sandi Meneely Colabianchi    scolabianchi@grsm.com, aunderwood@gordonrees.com
- Jonathan R. Doolittle    jonathan.doolittle@pillsburylaw.com
- Kerry Duffy    kduffy@bztm.com, spearson@bzbm.com
- Anthony James Dutra    adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- Thomas H. Forrester    tforrester@gsrm.com
- Evelina Gentry    evelina.gentry@akerman.com
- Steven W Golden    sgolden@pszjlaw.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Edward Green    egreen@foley.com
- Ralph P. Guenther    courts@tkdougherty.com, Notices@montereylaw.com
- Anjana Gunn    Anjana.Gunn@doj.ca.gov
- Sasha M. Gurvitz    sgurvitz@ktbslaw.com
- Catherine Holzhauser    cholzhauser@beesontayer.com, nmounir@beesontayer.com
- Paul S. Jasper    pjasper@perkinscoie.com, docketsflit@perkinscoie.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Henry C. Kevane    hkevane@pszyjw.com
- Jane Kim    jkim@kbkllp.com
- Maxim B. Litvak    mlitvak@pszjlaw.com, pjeffries@pszyjw.com
- Boris Mankovetskiy    bmankovetskiy@sillscummis.com
- J. Barrett Marum    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- Keith A. McDaniels    kmcdaniels@kellerbenvenutti.com
- Shane J. Moses    smoses@foley.com, llanglois@foley.com
- Anthony brewsterstillitano    anapolitano@buchalter.com, marias@buchalter.com
- Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
- Michaela Foster Posner    courtnotices@unioncounsel.net
- Christopher E. Prince    cprince@lesnickprince.com
- Michael T. Pyle    Michael.T.Pyle@usdoj.gov, Elizabeth.Inocencio@usdoj.gov
- Michael B. Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Elvina Rofael    elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov, GemMil.Langit@usdoj.gov
- Andrew H. Sherman    asherman@sillscummis.com
- Gerald N. Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Kyrsten Skogstad    kskogstad@calnurses.org
- Robert J. Smith    rsmith@ktbslaw.com
- Michael St. James    ecf@stjames-law.com
- Andrew B. Still    astill@swlaw.com, kcollins@swlaw.com
- Tamar Terzian    tterzian@eppscoulson.com
- Eric E. Walker    ewalker@perkinscoie.com
- Benjamin L. Wallen    bwallen@pszjlaw.com
- Paul J Winterhalter    pwinterhalter@offitkurman.com
- Jeffrey C Wisler    jwisler@connollygallagher.com
- Claire K. Wu    claire.wu@pillsburylaw.com, firmwidecalendardocket@pillsburylaw.com

**SERVED VIA EMAIL**

| | | |
|---|---|---|
| SEIU United Healthcare Workers – West<br>c/o MANUEL A. BOÍGUES<br>WEINBERG ROGER & ROSENFELD<br>1375 55th Street<br>Emeryville, CA 94608<br>Telephone: (510) 337-1001<br>Fax: (510) 337-1023<br>Email:<br>bankruptcycourtnotices@unioncounsel.net<br>bharland@unioncounsel.net<br>mboigues@unioncounsel.net<br>mposner@unioncounsel.net | PERKINS COIE LLP<br>505 Howard Street, Suite 100<br>San Francisco, CA 94105<br>Attn: Paul S. Jasper<br>Sara L. Chenetz<br>Tel: 415-344-7000<br>Fax: 415-344-7050<br>Email: PJasper@perkinscoie.com<br>SChenetz@perkinscoie.com | PERKINS COIE LLP<br>110 North Wacker Drive, 34th Floor<br>Chicago, IL 60606<br>Attn: Eric E. Walker<br>Kathleen Allare<br>Tel: 312-324-8400<br>Fax: 312-324-9400<br>EWalker@perkinscoie.com<br>KAllare@perkinscoie.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Gerry Hinkley<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524<br>Telephone: 213.488.7188<br>Facsimile: 213.629.1033<br>gerry.hinkley@pillsburylaw.com | David B. Willhoite<br>CALIFORNIA NURSES ASSOCIATION<br>LEGAL DEPARTMENT<br>155 Grand Avenue<br>510-273-2200 (Telephone)<br>510-663-4822 (Facsimile)<br>dwillhoite@calnurses.org | Adam S. Cashman<br>acashman@singercashman.com<br>Doug Tilley<br>dtilley@singercashman.com<br>SINGER CASHMAN LLP<br>505 Montgomery Street, Suite 1100<br>San Francisco, California 94111<br>Telephone: (415) 500-6080<br>Facsimile: (415) 500-6080 |
| Thomas E. Patterson<br>Robert J. Smith<br>Sasha M. Gurvitz<br>KTBS LAW LLP<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br>Telephone: 310-407-4000<br>Facsimile: 310-407-9090<br>Email: tpatterson@ktbslaw.com<br>rsmith@ktbslaw.com<br>sgurvitz@ktbslaw.com | AKERMAN LLP<br>Evelina Gentry (SBN 296796)<br>601 West Fifth Street, Suite 300<br>Los Angeles, California 90071<br>Telephone: (213) 533 5975<br>Facsimile: (213) 627-6342<br>evelina.gentry@akerman.com | AKERMAN LLP<br>Andrea Hartley<br>98 Southeast Seventh Street, Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 982 5682<br>Facsimile: (305) 374 5095<br>andrea.hartley@akerman.com |
| SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Attn: Andrew H. Sherman<br>Boris I. Mankovetskiy<br>asherman@sillscummis.com<br>bmankovetskiy@sillscummis.com | Emily E. Manbeck<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>Phone: (202) 229-6607<br>Fax: (202) 326-4138<br>Emails:<br>manbeck.emily@pbgc.gov<br>efile@pbgc.gov | |