AN NGUYEN RUDA (SBN 215453)
  aruda@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

*Special Labor and Employment Counsel to Debtors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**EIGHTH MONTHLY FEE STATEMENT OF BARTKO ZANKEL BUNZEL & MILLER, AS SPECIAL LABOR AND EMPLOYMENT COUNSEL FOR THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2022 – JULY 31, 2022**<br><br>Judge: Hon. M. Elaine Hammond<br><br>**Objection Deadline:**   September 12, 2022<br>                                     4:00 p.m. (Pacific Time)<br><br>[No Hearing Requested] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

2732.009/1764523.1                                1

| Name of Applicant: | Bartko Zankel Bunzel and Miller |
|---|---|
| Authorized to Provide Professional Services to: | Special Labor and Employment Counsel |
| Date of Retention: | December 5, 2021 by Order entered January 6, 2022 [Dkt No. 168] |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2022 – July 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $51,746.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $2,703.93 |

On December 17, 2021, Watsonville Hospital Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed the *Debtors' Application for the Entry of an Order Authorizing the Retention of Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel for the Debtors Effective as of the Petition Date* [Docket No. 84] (the "Retention Application"). The Retention Application was granted on January 6, 2022 by this Court's *Order Authorizing the Retention of Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel for the Debtors Effective as of the Petition Date* [Docket No. 168] (the "Retention Order"). Bartko Zankel Bunzel & Miller ("Bartko" or "Applicant"), as special labor and employment counsel to the Debtors, hereby submits its eighth monthly fee statement (the "Monthly Fee Statement") for allowance and payment of compensation for the period of July 1, 2022 through and including July 31, 2022 (the "Fee Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order")[2].

By this Monthly Fee Statement, Bartko seeks (i) a monthly interim allowance of compensation in the amount of $51,746.00, and actual and necessary expenses in the amount of $2,703.93 for a total allowance of $54,449.93; and (ii) payment of $41,396.80 (80% of the allowed

---
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

fees pursuant to the Compensation Procedures Order) and reimbursement of $2,703.93 for a total payment of $44,100.73 for the Fee Period.

Attached as **Exhibit 1** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Monthly Fee Statement and the hourly rate and total fees for each professional from July 1, 2022 through and including July 31, 2022.

Attached as **Exhibit 2** is a summary of hours and fees by category during the Fee Period from July 1, 2022 through and including July 31, 2022.

Attached as **Exhibit 3** is a summary of expenses included in this Monthly Fee Statement from July 1, 2022 through and including July 31, 2022.

Attached as **Exhibit 4** are the detailed time entries, by category, from July 1, 2022 through and including July 31, 2022.

In accordance with the Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on the affected Retained Professional and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Bartko an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay an amount equal to 80% of the fees and 100% of the expenses not subject to an objection.

**WHEREFORE**, Bartko respectfully requests that the Court authorize payment of the fees and expenses requested herein by Bartko and in accordance with the Compensation Procedures Order.

| | | |
|---|---|---|
| DATED: August 26, 2022 | BARTKO ZANKEL BUNZEL & MILLER<br>A Professional Law Corporation | |
| | By: | _/s/ Kerry L. Duffy_<br>Kerry L. Duffy<br>*Special Labor and Employment Counsel to Debtors* |

# EXHIBIT 1

**COMPENSATION BY PROFESSIONAL**
**JULY 1, 2022 – JULY 31, 2022**

| NAME OF PROFESSIONAL INDIVIDUAL | POSITION OF THE APPLICANT, YEAR OF OBTAINING LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Ruda, An | Partner, 2001 | $595 | 35.40 | $21,063.00 |
| Fernandez, Louise Ann | Partner, 1979 | $595 | 8.70 | $5,176.50 |
| Duffy, Kerry | Partner, 2004 | $395 | 2.90 | $1,145.50 |
| Ferguson, Elizabeth | Associate, 2017 | $395 | 14.10 | $5,569.50 |
| Thukral, Kritika | Associate, 2020 | $375 | 5.30 | $1,987.50 |
| Lohwater, Karl | Contract Attorney, 1979 | $395 | 27.80 | $10,981.00 |
| Si, John | Data Analyst, n/a | $395 | 2.90 | $1,145.50 |
| Truong, Trieu | Data Analyst, n/a | $275 | 2.20 | $605.00 |
| Chou, Chet | Paralegal, n/a | $225 | 5.20 | $1,170.00 |
| Cheng, Gloria | Paralegal, n/a | $225 | 12.90 | $2,902.50 |
| **TOTALS** | | | **117.40** | **$51,746.00** |

# EXHIBIT 2

**COMPENSATION BY CATEGORY**
**JULY 1, 2022 – JULY 31, 2022**

| CATEGORY | HOURS BILLED THIS PERIOD | FEES | EXPENSES | TOTAL COMPENSATION FOR APPLICATION |
|---|---|---|---|---|
| Watsonville Hospital Holdings, Inc. – General Labor | 112.90 | $50,240.50 | $2,703.93 | $52,944.43 |
| Watsonville Hospital Holdings, Inc. – Fee Application | 4.50 | $1,505.50 | 0.00 | $1,505.50 |
| **TOTAL** | **117.40** | **$51,746.00** | **$2,703.93** | **$54,449.93** |

# **EXHIBIT 3**

**EXPENSE BY CATEGORY**
**JULY 1, 2022 – JULY 31, 2022**

| COST/EXPENSE | AMOUNT BILLED |
|---|---|
| Inhouse Copies | $2,650.80 |
| Federal Express Charges | $53.13 |
| **TOTAL** | **2,703.93** |

# EXHIBIT 4

**TIME DETAIL ENTRIES**
**JULY 1, 2022 – JULY 31, 2022**

*In Account With*

# BARTKO ZANKEL BUNZEL

BARTKO ZANKEL BUNZEL & MILLER
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

August 5, 2022

| | |
|---|---|
| Watsonville Hospital Holdings, Inc. | Invoice #: 135843 |
| Accounts Payable | Client #: 2732 |
| 75 Nielson Street | Matter #: 001 |
| Watsonville, CA 95076 | Billing Attorney: ANR |

For professional services rendered and disbursements advanced through July 31, 2022:

**RE:  Watsonville Community Hospital  - General Labor**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/28/22 | KWL | E-mail to An Ruda and Allyson Hauck regarding ERISA exemption and application of other laws, e.g., COBRA, HIPPA, PHSA, I.R.S. tax rules. | .50 | 197.50 |
| 6/28/22 | KWL | Correspondence with S Golden, J Rosenthal, A Ruda, and N Rubin regarding termination of cash balance pension plan and PEPRA 2013 (1.0); correspondence with MMA regarding termination (.5). | 1.50 | 592.50 |
| 6/29/22 | KWL | Research on NOIT and § 204(h) notice (1.5); e-mail exchanges with R Stover, J Giambalvo, M Cowell, and A Ruda on the same; draft combined NOIT and § 204(h) notice (.8); e-mail with comments and issues on same (.5). | 2.80 | 1,106.00 |
| 7/01/22 | ETF | Draft new WARN postponement notice based on review of published information from State of California. | .60 | 237.00 |
| 7/01/22 | LAF | Telephone conference with client regarding MOU and related issues. | .50 | 297.50 |
| 7/01/22 | LAF | Research regarding status as a public entity. | 2.00 | 1,190.00 |
| 7/01/22 | LAF | Review warn notice and prepare bullet points re secondment agreement. | .40 | 238.00 |
| 7/01/22 | ANR | Conference call with client, Marsh, Principal re retirement plan transition. | 1.00 | 595.00 |
| 7/01/22 | ANR | Review of WARN notice extension. | .30 | 178.50 |
| 7/01/22 | ANR | Review of employee secondment terms. | .50 | 297.50 |
| 7/01/22 | ANR | Email to union re transition meeting. | .10 | 59.50 |
| 7/01/22 | KWL | Discussions with Jeff Chang on restating 401(k) plan to 401(a) gov plan at closing (1.0); research on special 15-day notice period for 204(h) notice (.8). | 1.80 | 711.00 |
| 7/01/22 | KWL | Call with J Chang, J Rosenthal, A Ruda, R Stover, H Jones, Principal and March personnel on 401(k) plan and cash balance pension plan (204(h)/NOIT, etc.). | 1.00 | 395.00 |
| 7/02/22 | LAF | Prepare secondment agreement. | 2.00 | 1,190.00 |
| 7/03/22 | ANR | Final review of secondment agreement. | .50 | 297.50 |

Client #: 2732  August 5, 2022
Matter #: 001  Invoice #: 135843

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/05/22 | ETF | Exchange emails with client re requested revisions to WARN postponement notice. | .10 | 39.50 |
| 7/05/22 | ETF | Revise WARN postponement notice per request from client. | .10 | 39.50 |
| 7/05/22 | ETF | Review further strategy re WARN postponement notice language based on legislative information on the topic. | .40 | 158.00 |
| 7/05/22 | ANR | Telephone call with A. Hauck re union meeting. | .30 | 178.50 |
| 7/05/22 | ANR | Meeting with internal nursing and human resources in preparation for union meeting. | .50 | 297.50 |
| 7/05/22 | ANR | Telephone call with A. Hauck re employee transition. | .20 | 119.00 |
| 7/05/22 | ANR | Attend PACU question and answer meeting for registered nursing staff. | 1.00 | 595.00 |
| 7/05/22 | ANR | Attend post-union debrief meeting with internal nursing and human resources. | .40 | 238.00 |
| 7/05/22 | ANR | Review of email from K Skogstad re transition meeting. | .10 | 59.50 |
| 7/05/22 | ANR | Email to S. Golden re COBRA notice. | .10 | 59.50 |
| 7/05/22 | ANR | Review of email from S. Golden to ADP re statement of work. | .20 | 119.00 |
| 7/05/22 | CC | Attend pre-call with CNA to prepare for PACU 12 hour shift Q&A. | .40 | 90.00 |
| 7/05/22 | CC | Attend Q&A session with CNA and PACU nurses. | .90 | 202.50 |
| 7/05/22 | KWL | Call w/ L Ferguson (.7), quick research (NLRB v. Natural Gas Utility District of Hawkins Co, TN) on status of PVHDP & its controlled 501(c)(3) as public entity under California labor laws (.3). | 1.00 | 395.00 |
| 7/06/22 | ETF | Draft WARN Notices for government officials and unions. | 1.90 | 750.50 |
| 7/06/22 | ETF | Telephone call with client re employee information needed for WARN postponement notices. | .10 | 39.50 |
| 7/06/22 | ETF | Review employee census list provided by client and follow up on missing information re same. | .20 | 79.00 |
| 7/06/22 | LAF | Prepare email to client re status as public entity (.3), telephone conference with K. Lohwater re same (.3). | .60 | 357.00 |
| 7/06/22 | ANR | Meeting with R. Albarano and S. Golden re employee payroll. | .60 | 357.00 |
| 7/06/22 | ANR | Internal meeting with J. Si re final employee checks. | .20 | 119.00 |
| 7/06/22 | ANR | Review of email from union re transition meeting. | .10 | 59.50 |
| 7/06/22 | ANR | Email with A. Hauck re union transition meeting. | .10 | 59.50 |
| 7/06/22 | ANR | Reply to email from A. Hauck re union transition meeting. | .10 | 59.50 |
| 7/06/22 | ANR | Review of email from S. Golden re COBRA. | .10 | 59.50 |
| 7/06/22 | ANR | Review of employee communication re status update. | .10 | 59.50 |
| 7/06/22 | ANR | Review of email from G. Hopkins re employee communication. | .10 | 59.50 |
| 7/06/22 | ANR | Review of email from union re retirement plans. | .10 | 59.50 |
| 7/06/22 | ANR | Review of draft retirement FAQs. | .30 | 178.50 |
| 7/06/22 | KWL | Call with Ryan Stover, Jeff Chang, and Horace Jones regarding talking points for union negotiations (.7); draft talking points for A Ruda (3.0). | 3.70 | 1,461.50 |
| 7/07/22 | ETF | Revise Secondment Agreement per client requests. | 1.60 | 632.00 |

| Client #: 2732 | | | August 5, 2022 | |
| --- | --- | --- | --- | --- |
| Matter #: 001 | | | Invoice #: 135843 | |

| Date | Tkpr | Description | Hours | Amount |
| --- | --- | --- | ---: | ---: |
| 7/07/22 | ETF | Meeting with H. Yohannes, S. Caldwell, K. Lohwater, and M. Johnson re audit forms and claims. | 1.30 | 513.50 |
| 7/07/22 | ETF | Prepare and coordinate WARN Notices to out-of-state government officials and exhibits for union notices and government officials notices. | .60 | 237.00 |
| 7/07/22 | LAF | Revise secondment agreement. | .50 | 297.50 |
| 7/07/22 | ANR | Bi-weekly transition call with A. Hauck. | .80 | 476.00 |
| 7/07/22 | ANR | Pre-call with Buyer and A. Hauck re collective bargaining agreement transition. | .50 | 297.50 |
| 7/07/22 | ANR | Meeting with union re collective bargaining agreement transition. | .80 | 476.00 |
| 7/07/22 | ANR | Review of email from ADP re statement of work. | .10 | 59.50 |
| 7/07/22 | ANR | Review of email from S. Golden re final payroll. | .10 | 59.50 |
| 7/07/22 | ANR | Review of emails from T. Mack re PACU informational. | .10 | 59.50 |
| 7/07/22 | ANR | Review of FAQ ballot. | .20 | 119.00 |
| 7/07/22 | GXC | Maintain and updated government entities service list. | 4.60 | 1,035.00 |
| 7/07/22 | KWL | Revise talking points for union negotiations with comments from R Stover, J Golden, and H Jones and transmit to A Ruda. | 1.80 | 711.00 |
| 7/08/22 | ETF | Revise WARN notices and draft templates for CBA letters re notices of sale. | .70 | 276.50 |
| 7/08/22 | ETF | Exchange emails with Stretto re mailing of notices. | .10 | 39.50 |
| 7/08/22 | ETF | Review statements regarding employee messaging related to WARN Notices and revise same. | .80 | 316.00 |
| 7/08/22 | ETF | Exchange multiple emails with client and advisors re employee messaging related to WARN Notices. | .20 | 79.00 |
| 7/08/22 | ETF | Review authority re business sale exception. | .60 | 237.00 |
| 7/08/22 | ETF | Advise client re WARN Notice and release discrepancies and exception rule. | .40 | 158.00 |
| 7/08/22 | LAF | Research re COBRA termination issues. | 2.20 | 1,309.00 |
| 7/08/22 | ANR | Attend meeting with Labor Unions. | .50 | 297.50 |
| 7/08/22 | ANR | Telephone call with R. Albarano re final payroll. | .50 | 297.50 |
| 7/08/22 | ANR | Telephone call with N. Rubin re final payroll. | .30 | 178.50 |
| 7/08/22 | ANR | Review of email from S. Golden re former employee matter. | .10 | 59.50 |
| 7/08/22 | ANR | Review of additional WARN memorandum and talking points. | .50 | 297.50 |
| 7/08/22 | ANR | Review of email from CNA re standing call. | .10 | 59.50 |
| 7/08/22 | ANR | Review of vendor agreement. | .10 | 59.50 |
| 7/08/22 | ANR | Review of grievance status. | .30 | 178.50 |
| 7/08/22 | JS | Work on WARN notice exhibits. | .30 | 118.50 |
| 7/08/22 | GXC | Prepare customized letters to newly hired employees updating WARN notice. | 2.60 | 585.00 |
| 7/08/22 | TNT | Prepare WARN exhibits (1.8); meeting with J. Si to validate (.5). | 2.20 | 605.00 |
| 7/11/22 | ETF | Review and revise union and government officials warn notice exhibits. | .60 | 237.00 |
| 7/11/22 | ETF | Review and respond to email from Stretto confirming service. | .10 | 39.50 |
| 7/11/22 | ETF | Coordinate service for notice of disposition or sale to unions and WARN Notices | .40 | 158.00 |

| | | | | |
|---|---|---|---|---|
| Client #: 2732 | | | August 5, 2022 | |
| Matter #: 001 | | | Invoice #: 135843 | |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 7/11/22 | ANR | Standing call with A. Hauck re transition. | .50 | 297.50 |
| 7/11/22 | ANR | Review of collective bargaining agreement retirement plan language. | 1.20 | 714.00 |
| 7/11/22 | ANR | Review of email from A. Hauck re union presentation. | .10 | 59.50 |
| 7/11/22 | ANR | Review of proposed schedule re PACU. | .10 | 59.50 |
| 7/11/22 | ANR | Email to J. Rosenthal re employee transition. | .10 | 59.50 |
| 7/11/22 | GXC | Distribute 4th Additional WARN notice to newly employed, government entities and union representatives via mail, Federal Express and electronic mail. | 5.30 | 1,192.50 |
| 7/11/22 | KWL | E-mail to A H et al. on 15-day notice period (.3); call with A Ruda and K Thukral on WCH CBA retirement plan language (1.0); revise CBA language (1.0); finalize union talking points (1.0). | 3.30 | 1,303.50 |
| 7/12/22 | ETF | Draft updated notice for new hires based on new termination dates in WARN postponement notice. | .20 | 79.00 |
| 7/12/22 | ANR | Review of retirement plans with K. Lohlwater. | .80 | 476.00 |
| 7/12/22 | ANR | Review of email from A. Hauck re notice period. | .10 | 59.50 |
| 7/12/22 | ANR | Review of email from CNA re standing meeting. | .10 | 59.50 |
| 7/12/22 | ANR | Revisions to employee letters. | .60 | 357.00 |
| 7/12/22 | ANR | Review of WARN Act notice. | .10 | 59.50 |
| 7/12/22 | ANR | Email to A. Hauck re COBRA notices. | .10 | 59.50 |
| 7/12/22 | ANR | Conference call with J. Rosenthal and N. Rubin re transactions status and employee separations. | .80 | 476.00 |
| 7/12/22 | ANR | Review of retirement language redline for collective bargaining agreements. | .70 | 416.50 |
| 7/12/22 | CC | Review status of current presidents for Unions. | .40 | 90.00 |
| 7/12/22 | GXC | Send additional WARN notice to new president of Teamsters Union. | .40 | 90.00 |
| 7/12/22 | KXT | Call with K. Lohwater and A. Ruda to discuss revising the "retirement plan" provisions of the collective bargaining agreements. | .80 | 300.00 |
| 7/13/22 | ANR | Attend labor call with buyer and Force 10 re transition. | 1.00 | 595.00 |
| 7/13/22 | ANR | Conference call with A. Hauck and CNO re employee schedules. | .80 | 476.00 |
| 7/13/22 | ANR | Attend call with A. Hauck and R. Alberano re final payroll. | .70 | 416.50 |
| 7/13/22 | KWL | Various e-mails regarding CBA language (A Ruda, A Hauck, J Rosenthal, et al.), Principal administration of new 401(a) plan (R Stover, et al.), advice on 401(k) remittances (A Ruda, A Hauck, J Rosenthal, et al.); notice period (A Hauck, A Ruda). | 1.30 | 513.50 |
| 7/14/22 | ETF | Review and respond to email from A. Hauck re information requested re addresses for WARN notices. | .10 | 39.50 |
| 7/14/22 | ANR | Attend standing weekly transition call with A. Hauck. | 1.00 | 595.00 |
| 7/14/22 | ANR | Review of email from R. Albarano re retirement contributions. | .10 | 59.50 |
| 7/14/22 | ANR | Production of SEIU of information requests. | .30 | 178.50 |
| 7/14/22 | ANR | Review of sample COBRA Notice. | .40 | 238.00 |
| 7/14/22 | ANR | Email to A. Hauck and R. Alberano re final paychecks and direct deposit. | .60 | 357.00 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 7/14/22 | ANR | Review of retirement plan redlines. | .80 | 476.00 |
| 7/14/22 | CC | Prepare COBRA termination letter. | .30 | 67.50 |
| 7/14/22 | KXT | Review and analyze relevant statutory and case law relating waiver of relevant California Labor Code provisions and payment method of final check. | 3.50 | 1,312.50 |
| 7/14/22 | KWL | Research on short plan year for amendment and restatement of WCH 401(k) plan to PVHDP 401(a) plan (.5); e-mail to J Chang, J Rosenthal, S Golden, A Ruda (.2). | .70 | 276.50 |
| 7/15/22 | ANR | Review of email from C. Montalvo re MOU. | .10 | 59.50 |
| 7/15/22 | ANR | Review of email from A. Hauck re CNA questions. | .10 | 59.50 |
| 7/15/22 | ANR | Email to K. Lohwater re COBRA notices. | .10 | 59.50 |
| 7/15/22 | ANR | Reply to email from C. Montalvo re secondment agreement. | .10 | 59.50 |
| 7/15/22 | ANR | Email to J. Rosenthal re secondment agreement. | .10 | 59.50 |
| 7/15/22 | KWL | Revise CBA language for cash balance to DC plan (1.1), associated e-mails and discussion with J Chang (.5); review termination report (.4), and communications to A Ruda, J Chang (.8). | 2.80 | 1,106.00 |
| 7/18/22 | ANR | Review of email from Caltec re retirement question. | .10 | 59.50 |
| 7/18/22 | ANR | Review of COBRA termination notice. | .20 | 119.00 |
| 7/18/22 | KXT | Communicate with R. Dickerson and update grievance tracker accordingly. | 1.00 | 375.00 |
| 7/18/22 | KWL | Revise COBRA notice (.5); check notice requirements (.3); and e-mail to A Ruda, A Hauck (.2). | 1.00 | 395.00 |
| 7/19/22 | JS | Meet with R. Albarano, R. Coburn, S. Sharma, J. White re final payroll processing (.9); telephone call with L. Ferguson re final pay stub coding (.4); prepare email to A. Ruda re final pay stub coding (.3) | 1.60 | 632.00 |
| 7/19/22 | KWL | E-mail on cash balance pension plan termination options to J Rosenthal, N Rubin, S Golden, A Ruda (.3); call on cash balance pension plan options with J Rosenthal, S Golden, A Ruda (.7). | 1.00 | 395.00 |
| 7/20/22 | ETF | Review revisions to secondment agreement and follow up re same. | .20 | 79.00 |
| 7/21/22 | ETF | Finalize secondment agreement and send same to client. | .20 | 79.00 |
| 7/24/22 | KWL | Prepare draft of notice of termination of group health benefits for active employees (.6); email regarding draft (.2). | .80 | 316.00 |
| 7/24/22 | KWL | Prepare revised talking points for SEIU regarding Cash Balance Pension Plan and revised mark-up of CBA language to reflect PVHDP assumption of frozen plan. | .80 | 316.00 |
| 7/25/22 | ETF | Revise secondment agreement. | 1.60 | 632.00 |
| 7/25/22 | LAF | Respond to questions regarding Secondment Agreement. | .50 | 297.50 |
| 7/25/22 | ANR | Biweekly meeting with A. Hauck re labor workforce transition. | 1.00 | 595.00 |
| 7/25/22 | ANR | Conference call with union re transition process. | .50 | 297.50 |
| 7/25/22 | ANR | Conference call with separate union re transition process. | .40 | 238.00 |
| 7/25/22 | ANR | Conference call with J. Chang, K. Lohwater, A. Hauck re retirement plans. | .70 | 416.50 |
| 7/25/22 | ANR | Telephone call with A. Hauck re employee transition. | .30 | 178.50 |
| 7/25/22 | ANR | Final review of secondment agreement. | .70 | 416.50 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/25/22 | ANR | Review of revision request from Buyer re secondment agreement. | .30 | 178.50 |
| 7/25/22 | ANR | Review of employee transition language re offer letter. | .40 | 238.00 |
| 7/25/22 | ANR | Email to CNA re 12 hour informational rescheduling. | .10 | 59.50 |
| 7/25/22 | KWL | Conference call with A Ruda, J Chang, A Hauck, J Heath, N Caughman, C Montalvo, J Doolittle, J Rosenthal regarding cash balance pension plan and approach to SEIU negotiations (.7); revise SEIU talking points (.5). | 1.20 | 474.00 |
| 7/26/22 | ETF | Draft revision notes for secondment agreement. | .30 | 118.50 |
| 7/26/22 | ETF | Meeting with restructuring officer and representatives from the Pajaro Valley Healthcare District re secondment agreement. | .30 | 118.50 |
| 7/26/22 | ANR | Conference call with Ogletree re MOU preparation. | .50 | 297.50 |
| 7/26/22 | ANR | Conference call with union re employee transition process. | .50 | 297.50 |
| 7/26/22 | ANR | Attend meeting with Force 10 and Project re secondment agreement. | .30 | 178.50 |
| 7/26/22 | ANR | Conference call with Force 10 re employee transition status. | .30 | 178.50 |
| 7/26/22 | ANR | Telephone call with A. Hauck re labor strategy. | .30 | 178.50 |
| 7/26/22 | ANR | Review of email from CNA re weekly meeting. | .10 | 59.50 |
| 7/26/22 | ANR | Reply to email from CNA re weekly meeting. | .10 | 59.50 |
| 7/26/22 | ANR | Email to C. Montalvo re secondment agreement. | .10 | 59.50 |
| 7/26/22 | ANR | Review of A. Briskin secondment agreement notes. | .10 | 59.50 |
| 7/26/22 | ANR | Review of email from A. Hauck to CNA re employee transition. | .10 | 59.50 |
| 7/26/22 | ANR | Revision to employee announcement. | .20 | 119.00 |
| 7/27/22 | ETF | Exchange multiple emails with counsel for Pajaro Valley Healthcare District and client re secondment agreement. | .20 | 79.00 |
| 7/27/22 | ETF | Review revised secondment agreement from opposing counsel for Pajaro Valley Health Care Corporation. | .20 | 79.00 |
| 7/27/22 | ANR | Preparation for weekly meeting with unions re employee transition. | .30 | 178.50 |
| 7/27/22 | ANR | Weekly meeting with SEIU/Teamsters/Caltec re employee transition. | .80 | 476.00 |
| 7/27/22 | ANR | Conference call with union re employee transition. | .20 | 119.00 |
| 7/27/22 | ANR | Review of revised changes to secondment agreement from A. Briskin. | .40 | 238.00 |
| 7/27/22 | ANR | Email with A. Hauck re employee transition process. | .20 | 119.00 |
| 7/27/22 | ANR | Review of email from A. Briskin re proposed secondment changes. | .10 | 59.50 |
| 7/27/22 | ANR | Reply to email from A. Briskin re proposed secondment changes. | .10 | 59.50 |
| 7/27/22 | ANR | Review of proposed offer letters re employee transition. | .50 | 297.50 |
| 7/27/22 | KWL | Preparation of draft ERISA 204(h) notice (.5); sent to J Chang for comments before distribution (.3). | .80 | 316.00 |
| 7/28/22 | ANR | Conference call with A. Hauck and Cecilia Montalvo re employee transition. | .40 | 238.00 |
| 7/28/22 | ANR | Meeting with CNA re employee transition. | 1.00 | 595.00 |
| 7/28/22 | ANR | Review of email from A. Briskin re secondment agreement. | .10 | 59.50 |
| 7/28/22 | ANR | Reply to email from A. Briskin re secondment agreement. | .10 | 59.50 |

| | | | | |
|---|---|---|---|---|
| Client #: 2732 | | | | August 5, 2022 |
| Matter #: 001 | | | | Invoice #: 135843 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/28/22 | CC | Attend meeting with CNA re transition of hospital. | 1.00 | 225.00 |
| 7/29/22 | ANR | Review of email from A. Hauck re COBRA notices. | .10 | 59.50 |
| 7/29/22 | ANR | Reply to email from A. Hauck re COBRA Notices. | .10 | 59.50 |
| 7/29/22 | ANR | Email with J. Chang re retirement plan. | .10 | 59.50 |
| 7/29/22 | ANR | Review of email from K. Lohwater re COBRA notices. | .10 | 59.50 |
| 7/29/22 | CC | Finalize meeting notes from transition meeting with CNA. | .60 | 135.00 |
| 7/29/22 | JS | Meet with R. Albarano re final payroll processing. | 1.00 | 395.00 |

**TOTAL PROFESSIONAL SERVICES RENDERED** $ 50,240.50

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|---|---:|---:|---:|---:|---:|
| Chou, Chet | 225.00 | 3.60 | 810.00 | .00 | .00 |
| Cheng, Gloria | 225.00 | 12.90 | 2,902.50 | .00 | .00 |
| Truong, Trieu N. | 275.00 | 2.20 | 605.00 | .00 | .00 |
| Thukral, Kritika | 375.00 | 5.30 | 1,987.50 | .00 | .00 |
| Ferguson, Elizabeth T. | 395.00 | 14.10 | 5,569.50 | .00 | .00 |
| Si, John | 395.00 | 2.90 | 1,145.50 | .00 | .00 |
| Lohwater, Karl W. | 395.00 | 27.80 | 10,981.00 | .00 | .00 |
| Fernandez, Louise Ann | 595.00 | 8.70 | 5,176.50 | .00 | .00 |
| Ruda, An Nguyen | 595.00 | 35.40 | 21,063.00 | .00 | .00 |
| **TOTALS** | | **112.90** | **$ 50,240.50** | **.00** | **$ .00** |

**DISBURSEMENTS ADVANCED**

| Date | Description | Amount |
|---|---|---:|
| | Accumulated inhouse copies | 2,650.80 |
| | ACC Federal Express Charges | 53.13 |

**TOTAL DISBURSEMENTS ADVANCED** $ 2,703.93

**TOTAL THIS INVOICE** $ 52,944.43

*In Account With*

# BARTKO ZANKEL BUNZEL
**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

August 5, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA  95076

Invoice #:  135846
Client #:  2732
Matter #:  009
Billing Attorney:  ANR

---

For professional services rendered and disbursements advanced through July 31, 2022:

**RE:   Fee Application**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/05/22 | KLD | Draft certificate of non-opposition to fifth monthly fee application. | .70 | 276.50 |
| 7/05/22 | KLD | Finalize 6th monthly fee application. | .40 | 158.00 |
| 7/06/22 | KLD | Communicate with Debtor's general bankruptcy counsel regarding fee application. | .20 | 79.00 |
| 7/21/22 | KLD | Prepare information for 7th monthly fee application. | .90 | 355.50 |
| 7/21/22 | KLD | Prepare certificate of non-opposition for sixth monthly fee application. | .70 | 276.50 |
| 7/21/22 | CC | Prepare seventh monthly fee application. | 1.30 | 292.50 |
| 7/22/22 | CC | Prepare final draft of the 7th Monthly Fee Application with exhibits for filing. | .30 | 67.50 |

**TOTAL PROFESSIONAL SERVICES RENDERED**                              **$ 1,505.50**

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|---|---:|---:|---:|---:|---:|
| Chou, Chet | 225.00 | 1.60 | 360.00 | .50 | 112.50 |
| Duffy, Kerry L. | 395.00 | 2.90 | 1,145.50 | .00 | .00 |
| **TOTALS** |  | **4.50** | **$ 1,505.50** | **.50** | **$ 112.50** |

**TOTAL THIS INVOICE**                              **$ 1,505.50**