Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**DECLARATION OF STEVEN W. GOLDEN IN SUPPORT OF JOINT MOTION OF THE DEBTORS AND THE BUYER FOR AN ORDER ENFORCING THE SALE ORDERS BY AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS WITH PHILIPS MEDICAL CAPITAL, LLC AND RESPONSE TO PMC OBJECTION**<br><br>Date: September 29, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br>Judge: Hon. M. Elaine Hammond |

I, Steven W. Golden, declare and state as follows:

The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

1. I am an attorney in the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Debtors. I submit this declaration (the "Declaration") in support of the *Joint Motion of the Debtors and the Buyer for an Order Enforcing the Sale Orders by Authorizing the Assumption and Assignment of Contracts with Philips Medical Capital, LLC and Response to PMC Objection* [Docket No. 696] (the "Motion"). The facts set forth in this Declaration are based upon my review of the relevant documents, as provided to me by employees or advisors of the Debtors.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Philips SOW.

3. Attached hereto as **Exhibit B-1** is a true and correct copy of the Master Lease Agreement.

4. Attached hereto as **Exhibit B-2** is a true and correct copy of the MLA Addendum.

5. Attached hereto as **Exhibit B-3** is a true and correct copy of Schedule 1.

6. Attached hereto as **Exhibit B-4** is a true and correct copy of Schedule 2.

7. Attached hereto as **Exhibit B-5** is a true and correct copy of Schedule 3.

8. Attached hereto as **Exhibit B-6** is a true and correct copy of Schedule 4.

9. Attached hereto as **Exhibit B-7** is a true and correct copy of Schedule 5.

10. Attached hereto as **Exhibit B-8** is a true and correct copy of Schedule 6.

11. Attached hereto as **Exhibit C** is a true and correct copy of Construction SOW.

12. Attached hereto as **Exhibit D** is a true and correct copy of the PMC Deposit.

13. Attached hereto as **Exhibit E** is a true and correct copy of Schedule 7.

14. Attached hereto as **Exhibit F** is a true and correct copy of an email, dated January 25, 2021, from Morgan Cook of Colin Construction to Susan Delpizzo-Cope of Philips Medical Corporation, with attachments.

15. Attached hereto as **Exhibit G** is a true and correct copy of an email, dated October 12, 2021, from Susan Delpizzo-Cope of Philips Medical Capital to Matko Vranjes of the Debtors.

16. Attached hereto as **Exhibit H** is a true and correct copy of the March 1 Invoice.

17. Attached hereto as **Exhibit I** is a true and correct copy of the March 2 Payment.

18. Attached hereto as **Exhibit J** is a true and correct copy of the June 9 Letter.

19. Attached hereto as **Exhibit K-1** is a true and correct copy of Schedule 8.

20. Attached hereto as **Exhibit K-2** is a true and correct copy of Schedule 9.

21. Attached hereto as **Exhibit K-3** is a true and correct copy of Schedule 10.

22. Attached hereto as **Exhibit L** is a true and correct copy of Landlord Subordination.

23. Attached hereto as **Exhibit M** is a true and correct copy of a picture taken by Matko Vranjes at the loading dock of Watsonville Community Hospital on or about October 12, 2021.

24. Attached hereto as **Exhibit N** is a true and correct copy of the November Purchase Orders.

25. Attached hereto as **Exhibit O** is a true and correct copy of the August 17 correspondence from PMC.

26. Attached hereto as **Exhibit P** is a true and correct copy of August 19 Letter

27. Attached hereto as **Exhibit Q** is a true and correct copy of the August 22 Letter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2022

*/s/ Steven W. Golden*
Steven W. Golden