# WATSONVILLE COMMUNITY HOSPITAL

## Xper IM with Shared IBE Broker

---

# Statement of Work

---

Quotation Number:  1-26F9ZWH Rev: 3

Statement of Work Rev:  3



Enterprise Diagnostic Informatics

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

Case: 21-51477    Doc# 697-1    Filed: 08/29/22    Entered: 08/29/22 18:03:56    Page 1 of 41

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

# Review and Signature Page

| Document Revision 3 | WATSONVILLE COMMUNITY HOSPITAL | Philips |
|---|---|---|
| Name: | Sean Fowler | Jim Hughes |
| Title: | CEO | Solutions Architect |
| Telephone number: | | 563-468-1908 |
| E-mail: | Sean_Fowler@WatsonvilleHospital.com | Jim.Hughes@philips.com |
| Signature: | DocuSigned by:<br>*Sean Fowler*<br>E175CEEBC8B043F... | DocuSigned by:<br>James Hughes<br>36CF737BDD2646F... |
| Date: | 7/22/2020 \| 2:27 PM PDT | 7/22/2020 \| 3:00 PM PDT |

Quotation Number: 1-26F9ZWH Rev: 3

By signing this Statement of Work the customer acknowledges that they have received and read this document and approved the contents as described therein.

- By signing the above, customer is acknowledging they have read and accepted the _Xper interface specifications_.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

# Revision History

| Revision | Date | Description | Author |
|---|---|---|---|
| 1 | 06/02/20 | Preliminary Version | Jim Hughes |
| 2 | 6/17/20 | Revision following review, remove watermark. Other minor edits | Jim Hughes |
| 3 | 6/19/20 | Contact correction | Jim Hughes |

| | Physical Location for Equipment Installation: |
|---|---|
| Facility:<br>Address:<br>City, St, Zip: | WATSONVILLE COMMUNITY HOSPITAL<br>75 NEILSON ST<br>WATSONVILLE, CA 95076-2468 |

**Principle Contact(s) for this project:**

| | Customer Contact(s) |
|---|---|
| Name:<br>Title:<br>Phone:<br>eMail: | Sergio Nell<br>Director IT<br>Phone TBD<br>Sergio_Nell@WatsonvilleHospital.com |

**Initial Philips Contact(s) for this Statement of Work:**

| Contact | Title | Phone | Email |
|---|---|---|---|
| Jim Hughes | Solutions Architect | 563-468-1908 | Jim.Hughes@philips.com |
| Adam Main | Sales Specialist | 925-765-9565 | Adam.Main@philips.com |
| Bret Graham | Service Sales Specialist | 206-910-5765 | Bret.Graham@philips.com |
| | | | |

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

## TABLE OF CONTENTS

**REVIEW AND SIGNATURE PAGE**     **2**

**REVISION HISTORY**     **3**

**1  SOLUTION DESIGN**     **7**

 **1.1 Executive Summary**     **7**

 **1.2 Project Background/Current State**     **8**

 **1.3 Design Assumptions**     **8**

 **1.4 WATSONVILLE COMMUNITY HOSPITAL Current State Diagram**     **8**

 **1.5 WATSONVILLE COMMUNITY HOSPITAL Future State System Diagram**     **8**

 **1.6 Planned Interfaces/Integration**     **9**

 **1.7 Planned Xper IM Training and Consulting Services Summary:**     **10**

**2  PROJECT APPROACH**     **12**

 **2.1 Work Location**     **12**

 **2.2 Schedule**     **12**

 **2.3 Project Management**     **12**

 **2.4 Remote Connectivity Provisioning**     **12**

 **2.5 Integrated Testing**     **13**

 **2.6 Medical Device Installation Report Signature**     **13**

 **2.7 Transition to Continuing Operations**     **13**

**3  PROFESSIONAL SERVICES IMPLEMENTATION**     **14**

 **3.1 Philips Hemo Control Room Implementation**     **14**

 **3.2 Philips Hemo Nurse Station Implementation**     **15**

 **3.3 Philips Hemo End Tidal CO2 Package Software Installation**     **15**

 **3.4 Xper DataCenter Server Implementation (Customer-Provided Hardware)**     **16**

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

**3.5 Xper DataCenter Test Server Implementation (Customer-Provided Hardware)**     **16**

**3.6 Xper Workflow Analysis and Recommendations**     **17**

**3.7 Xper IM Configuration Support**     **18**

**3.8 Xper IM Application Training**     **19**

**3.9 Xper IM Data Reporting Consulting Service**     **21**

**3.10 Xper IM System Administrator Training**     **22**

**3.11 Xper IM Go-live Support**     **23**

**3.12 Xper IM Follow-up Training**     **25**

**3.13 Xper Information Management Project Management**     **26**

**3.14 IntelliBridge Enterprise Server Implementation (Customer-Provided Hardware)**     **27**

**3.15 IntelliBridge Enterprise Test Server Implementation (Customer-Provided Hardware)**     **27**

**3.16 Philips IntelliBridge Enterprise CV Solutions Core Implementation**     **28**

**3.17 IBE:  ADT Interface Implementation**     **28**

**3.18 IBE:  Orders Interface Implementation**     **29**

**3.19 IBE:  Billing Interface Implementation**     **30**

**3.20 IBE: End of Case Report Interface Implementation**     **31**

**3.21 IBE:  Orders Based DICOM Modality Worklist (DMWL) Interface Implementation**     **32**

**3.22 Xper IM Application Training (Onsite - 24 hours)**     **33**

**4        PROJECT METHODOLOGY**     **35**

**4.1 Mutual Responsibilities**     **35**

**5        CHANGES TO SCOPE OF SOLUTION**     **36**

**5.1 Change Orders**     **36**

**6        PROJECT ORGANIZATION**     **36**

**6.1 Work Roles and Responsibilities**     **36**

**6.2 Customer Resource Table**     **36**

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

**6.3 Philips Project Staff**      **38**

**7**     **APPENDIX**      **40**

**7.1 Project Success Framework**      **40**

     Document Code: SCS456

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

Case: 21-51477   Doc# 697-1   Filed: 08/29/22   Entered: 08/29/22 18:03:56   Page 6 of 41

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

# 1   Solution Design

## 1.1 Executive Summary

The Statement of Work is to define the scope of the project and the completion criteria for each of the major project deliverables.   The work effort to implement your solution is based upon the specific configuration that has been defined in the Philips said quotation.

Philips applies disciplined project management methodology to delivery of each engagement. Our methodology closely parallels the Project Management Institute's (PMI) worldwide-recognized framework of Initiating, Planning, Executing, Controlling and Closing.

In summary, this engagement includes:

- o The deployment of the Philips Hemo App configuration for hemodynamics and Physiomonitoring supporting a invasive (cath) lab
- o The configuration will support two concurrent users outside the lab environment
- o Th proposal includes custom forms and the bundled workflow module for Hemo calculations, Vitals Capture and Charting
- o The room will be configured with signal acquisition device, control room computer, Nurse Station mounted on a roll stand, End Tidal $CO^2$ along with table mount, Accessory kit and signal and power cable kit.
- o The system will be interfaced through the Philips IntelliBridge Enterprise Broker application to the MedHost EMR with the following interfaces enabled:
  - ▪ ADT
  - ▪ Orders
  - ▪ End of Case
  - ▪ Billing
  - ▪ DICOM Modality Work List (DMWL) to the Cath Lab
- o The proposal includes bundled training as outlined in sections 1.7 and the exhibit section 3 of this statement of work, along with three incremental days of onsite Clinical Applications training and offsite training for one individual each for Key (Clinical) User training and Advanced Administrator Training.
- o There is a parallel project in Watsonville Community Hospital to upgrade the legacy Xcelera application to the most current release of Philips IntelliSpace Cardiovascular (ISCV) cardiovascular information system.  The Philips Xper IM Hemo App from this statement of work and quote/project and the ISCV application from the other project will share a common single instance (two actually, one for production one for test) of the IntelliBridge Enterprise broker application.
- o As noted in the ISCV Upgrade statement of Work, These solutions will be delivered in a phased approach; where the software upgrade of the Xcelera application to ISCV will be staged and completed first, then the broker/interface capabilities from the Xper IM proposal may be deployed to support the interfacing needs of the ISCV application from and to the MedHost EMR,  Then, finally, timed with the go-live of the net new cath lab, the Xper IM application for Hemodynamics and Physiomonitoring will be brought into production, including the deployment of the interfaces outlined in this statement of work supporting the XPER IM application.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

## 1.2 Project Background/Current State

This project encompasses the Philips hemodynamics and Physiomonitoring system to support the deployment of a net new cath Lab within Watsonville Community Hospital

## 1.3 Design Assumptions

Philips uses the following assumptions in the design of this solution:
- Philips will provide a project timeline to the customer during project execution.
- Customer meets the Philips VM specifications.
- Customer will maintain a service agreement with VMware
- Customer will directly manage the VM environment

## 1.4 WATSONVILLE COMMUNITY HOSPITAL Current State Diagram

Net new deployment of a cath lab in this facility

## 1.5 WATSONVILLE COMMUNITY HOSPITAL Future State System Diagram

The following drawing(s) depict the solution Philips has designed for WATSONVILLE COMMUNITY HOSPITAL. It is a logical depiction of the components involved and not intended to represent a diagram of the complete technical environment, as it will exist at the completion of this project for WATSONVILLE COMMUNITY HOSPITAL.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms



## 1.6 Planned Interfaces/Integration

**Xper IM Interfaces**

Through discussion with your healthcare institution, Philips understands your HIS vendor to be MEDHOST and your interface engine to be TBD. Interfaces support the following HL7 transactions in order to exchange patient and clinical relevant information between the Xper IM system and the resources of the HIS/CIS/EPR/ domain:

**ADT** provides the software required to enable Xper IBE to receive ADT demographics from a hospital's ADT system.

**Xper Billing Interface** provides the software required for Xper IM to notify the IBE interface of patient chargeables, credit changes and updates. The IBE generates an HL7 DFT P03 message to notify the billing system about the credit change. Notification can be either manual billing or batch billing.

**Orders** provides the software required to enable Xper IBE to receive demographics and study

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms
Case: 21-51477   Doc# 697-1   Filed: 08/29/22   Entered: 08/29/22 18:03:56   Page 9 of 41

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

information from a hospital's ordering system.

**End of Case Report** provides the software required to create a PDF of the end of case reports. The PDF is placed in a directory and can be referenced via a link in an HL7 ORU message.  The End of Case Report will contain, but not be limited to demographics, hemodynamic data, waveforms, conscious sedation data, and procedure data.

**Orders Based DICOM Modality Worklist Management** provides the software required to allow imaging devices to populate the DMWL. This is orders based and requires an orders interface.

# 1.7 Planned Xper IM Training and Consulting Services Summary*:*

### Xper IM 2.x Bundled Training and Consulting Services

**Xper Workflow Analysis and Recommendations:**  A Philips consultant works with the customer to analyze the current workflow practices, understand how the effects of Xper will impact the clinical department, and develop and deliver recommendations for future workflow.  This service is delivered in up to twenty-four (24) hours using a combination of onsite and remote work by a Philips Application Consultant.

**Xper IM Configuration Support:**  This consulting service is designed to provide guidance and direction as you develop the Xper IM system to meet your facility's needs.  This service is delivered in up to thirty-two (32) hours of remote consultation.

**Xper IM Application Training:**   A Philips Clinical Applications Consultant will provide eight (8) hours per Control/Procedure Room of clinical application training at the customer site.  Philips supports a train-the-trainer approach where we work closely with your Advanced Clinical Users to train them on the features, functions, clinical use and workflow with the system.

**Xper IM Data Reporting Consulting:**  A Philips Consultant provides Xper IM Report Configuration consulting to utilize Query Wizard and Xper Patient and/or Data Analysis Reports with the standard tools included with the Xper system.  This service delivers a maximum of eight (8) hours of onsite consultation on how to produce Data Analysis reports, providing a flexible, simple and customizable reporting solution to meet the needs of the customer's Cath Lab.

**Go-live Support:**  This service provides sixteen (16) hours per Control/Procedure Room of clinical application training and support during the time of go-live with the Xper Application.  The purpose is to provide the expertise of the Philips Application Consultant to assist your staff as they transition to the new application.

**Xper IM Follow-up Training:** This service provides a maximum of twenty-four (24) hours of follow-up training and/or consultation with a Philips Clinical Applications Consultant to ensure your system is optimally configured to meet your needs and assist your facility in working through any application or workflow challenges you may be experiencing.  This service is delivered through a combination of remote and onsite activities at a mutually agreed upon time following the implementation or upgrade.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

**Xper IM System Administrator Training:** This service provides up to six (6) hours of system administration remote training for the IT staff and Biomedical Engineers.

**Xper IM Application Onsite Training, 16 Hours:** A Philips Clinical Applications Consultant will provide Xper IM application training. Philips employs a "train-the-trainer" approach to Xper application training working closely with your Key Users to train them on the features, functions, workflow and clinical use of the system.

*For details on the items below follow the hyperlink.*

**Xper IM Key User Course –** This course provides the knowledge and skills a clinical key user needs for successful implementation of the Xper Information Management System (Xper IM). This course is delivered in three parts, including a combination of online learning modules and an off-site instructor-led session. First, you must complete the Prerequisite e-learning and Pre-assessment. These activities focus on key functions and transactions in the system, and can be completed over a four-week schedule. Next, you will attend an offsite Instructor-led session at a designated Philips learning facility. This session is taught using a combination of demonstration and hands-on experience, providing a simulated "Day-in-the-Life" experience with Xper IM. Finally, the Clinical and Build and Support pre-requisite e-learning will become available. Because they will prepare you to get the most value from the Philips Application Consultant's clinical and build support activities visit, these online learning activities are prerequisites for that visit.

Link to course details and schedule: Xper IM Key User Course

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

# 2  Project Approach

## 2.1 Work Location

During the delivery of this project, Philips Consultants may perform some work onsite and other work remotely. Unless specifically identified, all project work is done remotely.

## 2.2 Schedule

Philips assigns a project team no earlier than 4 weeks after Philips acceptance of order.  At that time, the Philips Project Manager, working closely with you, will develop the actual implementation project schedule.

Philips **hardware lead time is 4-6 weeks** from time the Philips Project Manager places the booked purchase order to the factory. This process does not occur prior to the Philips Project Manager's initial discussions with the customer to ensure project scope.

Please note that the project schedule is dependent on resource availability (both Philips and WATSONVILLE COMMUNITY HOSPITAL).  Unless otherwise noted, all services will be delivered Monday through Friday, on normal Philips business days, between 8am and 5pm local time.

If Weekend Upgrade Services were purchased or if customer's Software Maintenance Agreement includes weekend services, the production environment will be upgraded during the after-hours/weekend time mutually agreed on between Philips and customer.  All other services will be performed during Philips normal business hours.

## 2.3 Project Management

Philips uses project management to oversee the three major components:  planning, installation, and education.  The typical implementation team may consist of a Project Manager, Implementation Specialists, Application Consultants, and Field Service Engineer.  During the planning phase, the Philips project team works closely with your team to define a workable implementation plan that will be the "roadmap" for successful completion of the project.

## 2.4 Remote Connectivity Provisioning

Because our implementation methods depend upon consistent, reliable, high-speed remote access, one of the first steps in the project is the provisioning and or validation of the Philips Remote Services connection to your site.

WATSONVILLE COMMUNITY HOSPITAL and Philips RSN Coordinator will need to coordinate resources to add existing and all new devices (include IP Addresses) on the PRS Tunnel and validate connectivity. Devices will be accessed with customer permission (verbal/written) for troubleshooting, upgrades, software loads, site assessments, hotfixes, etc. The method in which RSN is deployed is negotiable. Remote Connectivity is **required** as a pre-requisite to the project implementation

Our project manager works with you on completing the Philips Remote Services (PRS) provisioning worksheet so that we establish site-to-site VPN connectivity before we can install hardware and

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

software at your site.  We cannot procure hardware or software until PRS provisioning begins. We cannot install hardware or software until PRS provisioning is completes.

## 2.5 Integrated Testing

Philips and hospital personnel will work together to test the individual components of the integrated system.  Please note that the complete system may not be used for clinical use until the testing is complete.

## 2.6 Medical Device Installation Report Signature

Before you begin using your system for clinical purposes, you must sign the Philips Medical Device Installation Report (MDIR).  This document becomes part of the Device History Record and acknowledges the system has been installed and is ready for clinical use.  Signing this report does not end or complete the implementation activities.  However, it must be signed and on file in our Device History Record before you use your system for clinical purposes.

## 2.7 Transition to Continuing Operations

After Philips has installed the system hardware and software and connected modalities, the system is ready for first use.  At this point, Philips will conduct a transition to continuing operations meeting with your Philips Project Manager and your Philips service desk.  During the meeting, Philips will introduce your support team and:
- Educate you on how you obtain support on the system
- Review your system administration responsibilities
- Review any open issues and identify a Philips owner for each Philips issue
- Review the project deliverables and identify any remaining deliverables not yet delivered.

Once you begin using any component of the system for clinical purposes, Philips will ask that you contact your Philips service desk for support of the in-production components.  Philips does so because your Philips service desk operations model is best suited to providing you with high-quality, timely support that you expect for a system in production.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

# 3  Professional Services Implementation

## 3.1 Philips Hemo Control Room Implementation

**Overview**

This service includes the implementation of the Philips Hemo Control Room system, which is a physiomonitoring system with Xper Information Management. The Philips Hemodynamic application (Hemo App) is software that enables invasive investigation of cardiac and vascular disease. When installed on a host PC with compatible Xper Information Management software and the host PC is connected to a compatible patient monitoring device, the combination will provide full patient monitoring and hemodynamic analyses functionality. This combination is known as the Philips Interventional Hemodynamic system.

The configuration consists of a signal acquisition unit that is installed within the procedure room and a computer workstation in the x-ray control room.  User logins allow for networking to the existing central database server for archival of case procedure information.  The system outputs the monitored signals to a boom display within the procedure information.

**Engagement Deliverables**
- Project planning, management, and control for the software and hardware installation
- Installation of the software and hardware

**Engagement Completion Criteria**
- Philips Hemo Control Room is available for first clinical use

**WATSONVILLE COMMUNITY HOSPITAL Work Contributions**
- Designate a clinical and technical contact as focal points to lead and coordinate scheduling and downtime of the lab
- Provide all transducer cables
- Prior to room installation, have all cabling pulled and accessible to the Field Service Engineers that are required for system operation and connectivity to the rooms including the Installation Cable Kits provided by Philips.
- Transducer Cabling is to be provided by Customer through their local vendor or Fogg System http://www.foggsystem.com 1.800.525.0292.
- Responsible for the de-installation and storage of the current hardware in their labs. Hardware is to be removed at the appropriate time to ensure that the net new hardware can be installed in the Cardiac Cath Lab on the mutually agreed upon date and time of installation.

**Estimating Assumptions on Work**
- The power supply of the Philips Hemo system must be via a UPS.
- Xper Information Management software must be at version 2.3 or higher for interoperability with Windows 10.
- Estimated downtime for installation of the Philips Hemo Control Room w/o Split PC's is 8 hours per lab
  - Philips will work with customer to minimize downtime.

**Limitations**
- New generation of front-end does not use the digital (DVI) output for the Examination room monitor. The video of the Examination room monitor is now coming directly from the Host workstation.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

- Previously approved fiber optic video extender solutions are unable to be upgraded to Rev D
- The defined proximity of the patient is a radius of 1.5 meters horizontally and 1.5 meters vertically below the patient and 2.5 meters vertically above the patient. This defined proximity moves with the patient, so table movements and patient transport must be accounted for when determining this proximity.



## 3.2 Philips Hemo Nurse Station Implementation

**Overview**

This service includes the implementation of the Philips Hemo Nurse Station(s) installed in conjunction with the Philips Hemo Control Room(s). The Philips Hemo Nurse Station is a computer workstation that can be installed in the procedural-examination Cath Lab Suite and offers an additional location from which to enter medication and nurse's notes data during procedures and sample pressures and other physiologic data. The Philips Hemo Nurse Station communicates with a central database server for accessing and storing patient case procedure information.

**Engagement Deliverables**
- Project planning, management, and control for the software and hardware installation
- Installation of the software and hardware

**Engagement Completion Criteria**
- Philips Hemo Nurse Station is available for first clinical use

**Estimating Assumptions on Work**
- Xper Information Management software is installed and in production or ready for first clinical use

## 3.3 Philips Hemo End Tidal CO2 Package Software Installation

**Overview**

This option includes both Philips Hemo Sidestream and Mainstream etCO2. A Philips Consultant will configure the Philips Hemo system for the purchased end tidal C02 (etCO2) monitoring capabilities to the Philips Hemo device(s). Sidestream etCO2 monitoring capabilities are incorporated to the Philips Hemo device via an external Philips sidestream cable; main stream etCO2 monitoring capabilities are incorporated to the Philips Hemo device via an external Philips mainstream sensor cable.

**Features**
- Auto zero
- Side stream etCO2 monitoring is accomplished via nasal cannula
- Main stream etCO2 monitoring is accomplished via external face mask

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

**Engagement Deliverables**
- Philips resource will access Philips Hemo software registration and configure the device for etCO2

**Engagement Completion Criteria**
- The Philips Hemo device end tidal CO2 option is ready for clinical use

**Limitations on Work**
- Only available in Philips Hemo devices [2010 and 2020]

# 3.4 Xper DataCenter Server Implementation (Customer-Provided Hardware)

**Overview**
This service includes the installation of the SQL Server and the Xper DataCenter Software on the Xper DataCenter Server customer-provided hardware. The Xper DataCenter Software is then configured and tested by the Philips Consultant.

**Engagement Deliverables**
- Project planning, management, and control for the software and hardware installation
- Installation and configuration of the software
- Validation of the customer-provided hardware

**Engagement Completion Criteria**
- Xper DataCenter is available for clinical use

**Customer Work Contributions**
- Provide licensing for the Philips-specified/required Operating System and SQL Server
- Provide rack space for the server, if customer-provided
- Provide either a virtual or physical server that meets the minimum specification for the Xper DataCenter Server
- If customer is providing a virtual server for the Xper DataCenter Server, the customer will provide an environment consistent with the Xper Site Planning Guide.
- Provide power, networking and cooling requirements specified for the hardware and software

# 3.5 Xper DataCenter Test Server Implementation (Customer-Provided Hardware)

**Overview**
This service includes the installation of the SQL Server and the Xper DataCenter Software on the Xper DataCenter Test Server customer-provided hardware. The Xper DataCenter Test Software is then configured and tested by the Philips Consultant.

**Engagement Deliverables**
- Project planning, management, and control for the software and hardware installation
- Installation and configuration of the software
- Validation of the customer-provided hardware

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

- Transfer of configuration from test server to production server before first use.  Subsequent configuration transfers must be purchased from Philips as the prevailing time and materials rate.

**Engagement Completion Criteria**
- Xper DataCenter Test Server is installed and configured

**Customer Work Contributions**
- Provide licensing for the Philips-specified/required Operating System and SQL Server
- Provide rack space for the server, if customer-provided
- Provide either a virtual or physical server that meets the minimum specification for the Xper DataCenter Test Server
- Provide power, networking and cooling requirements specified for the hardware and software

# 3.6 Xper Workflow Analysis and Recommendations

**Overview**
Throughout the delivery and implementation of the Xper product, a Philips consultant will work with the customer to analyze the current workflow practices, understand how the Xper application will impact the clinical department, and develop and deliver recommendations for future workflow.
The effect of implementing a solution such as Xper can have a significant impact upon the workflow of clinical departments.  This workflow consulting service is designed to analyze the customer's current workflow, identify barriers to an optimized outcome and develop a future-state workflow.

**Engagement Deliverables**
- A maximum of twenty-four (24) hours of consulting services to be delivered through a combination of remote and onsite activities.
- Workflow Summary and Recommendation documentation including:
  - Current workflow
  - Objectives for solution implementation
  - Workflow changes that may result from the implementation of the Xper solution
  - Workflow changes to optimize the use of the system, within the framework of departmental operations
  - Analysis of the effect upon workflow of interfaces, if purchased
  - Analysis of the effect upon workflow of clinical documentation and patient reporting
  - Analysis of the effect of workflow changes on those outside the department
  - Analysis of the operational and management reporting needs

**Engagement Completion Criteria**
- A Philips Consultant has delivered a maximum of twenty-four (24) hours of consulting services.
- The engagement is considered delivered when all of the workflow deliverables are complete

**Customer Responsibilities**
- Customer should designate a clinical contact to lead and coordinate scheduling.
- Customer will designate appropriate clinical resource(s) with knowledge and expertise in all aspects of departmental workflow, and the authority to represent the needs of the department and clinical end-user.
- Provide required information on departmental operations, staffing, and processes
- Provide adequate meeting space
- Project activities will be scheduled in advance. Philips should be notified, in advance, of any cancellation or rescheduling of confirmed dates.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms
Case: 21-51477    Doc# 697-1    Filed: 08/29/22    Entered: 08/29/22 18:03:56    Page 17 of 41

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

**Estimating Assumptions on Work**
- A maximum of twenty-four (24) hours of consulting services will be delivered.
- Customer personnel and resources, defined in the project plan, are made available at the times defined by the project plan.
- Client-provided materials and information are accurate, complete and convey in a timely manner.
- Philips Healthcare and client will jointly contribute expertise to this project
- This service is based on workflow for a single diagnostic and interventional cardiology work area at one facility
- This service is delivered using a combination of onsite and remote work by a Philips Clinical Application Consultant
- The Xper IM software has been purchased and installed prior to delivery of this service.
- Provide adequate meeting space.
- Travel days for Philips Consultants are Monday and Friday.

**Limitations**
- All services will be delivered during the normal Philips business day, between 8am and 5pm local time (excluding holidays).
- Additional hours are available for purchase.

# 3.7 Xper IM Configuration Support

**Overview**

Xper is highly configurable, permitting extensive system configuration providing each customer the ability to individualize the system to meet their unique workflow, documentation and reporting needs.

This consulting service is designed to provide guidance and direction as you develop the system to meet your facility's needs. Following attendance at the Clinical Configuration Training Course, Key User(s) will work collaboratively with the Philips Clinical Application Consultant to establish a configuration training schedule to review progress. During these review sessions, the Philips Application Consultant will answer questions, provide direction, or make suggestions to optimize the Xper system to your workflow.

**Engagement Deliverables**
- A maximum of thirty-two (32) hours of remote consulting per quantity of service purchased.
- A customer-specific training plan is developed.

**Engagement Completion Criteria**
- A Philips Consultant has delivered a maximum of thirty-two (32) hours of remote consulting services.

**Customer Responsibilities**
- Customer will designate a clinical contact to lead and coordinate scheduling.
- Customer will designate appropriate clinical resource(s) with knowledge and expertise in all aspects of the department, and the authority to represent the needs of the department and clinical end-user.
- Customer will identify resource(s) to attend Key-user training and serve as the Key User(s) for system configuration. The Key User must attend Key-User training class either at the Philips Foster City office or onsite at the customer location depending on purchase.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

- Required E-learning must be completed prior to the commencement of onsite applications training.  Failure to complete required e-learning may result in a delay or efficacy of onsite training.
- Customer will work with Philips to establish configuration schedule.
- Customer must be available to work with the Philips Consultant throughout the duration of scheduled period.
- Customer to work to the mutually-agreed upon configuration plan.
- Customer agrees to configure Xper system as agreed to in the configuration schedule.
- Xper configuration requires a significant time commitment; typical time commitment is approximately one resource for a duration of 6-8 weeks.
- Customer is responsible for configuration of the Xper system.
- To provide a trained and satisfied group of users, Philips requests project leadership make staff available, clear their schedules and release them from patient-care responsibilities allowing them to focus without distraction during training.
- Provide training atmosphere conducive to learning.
- Key User(s) will act as the resident Xper IM expert(s) following the clinical training, and will be responsible to provide on-going departmental training and support following project completion.
- Project activities will be scheduled in advance. Philips should be notified, in advance, of any cancellation or rescheduling of the confirmed training dates.

**Estimating Assumptions**
- A maximum of thirty-two (32) hours of remote consulting services will be delivered by a Philips Clinical Applications Consultant.
- This service is provided to a single clinical work area at one facility during a single training event.
- Customer personnel and resources, defined in the project plan, are made available at the times defined by the project plan.
- Client-provided materials and information are accurate, complete and convey in a timely manner.
- The identified Key User(s) must have completed all required e-learning prior to the commencement of applications training.
- All training will be managed, and accounted for, through the Philips Online Learning Center.  The hours of training delivered per session vary depending on the knowledge base and learning speed of the attendees.
- The Xper IM software has been purchased and installed prior to delivery of this service.
- Travel days for Philips Consultants are Monday and Friday.

**Limitations**
- All services will be delivered during the normal Philips business day, between 8am and 5pm local time (excluding holidays).
- Additional hours are available for purchase.

# 3.8 Xper IM Application Training

**Overview**
A Philips Clinical Applications Consultant will provide Xper IM application training.  Philips employs a "train-the-trainer" approach to Xper application training working closely with your Key Users to train them on the features, functions, workflow and clinical use of the system.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms
Case: 21-51477    Doc# 697-1    Filed: 08/29/22    Entered: 08/29/22 18:03:56    Page 19
of 41

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

**"Train-the-Trainer" Methodology:** Following in-depth training, the Philips Application Consultant will deliver training while Key User(s) observe. During the next training session, the Philips Application Consultant and the Key User(s) will work together to deliver training. The last step requires the Key User(s) to deliver training to end-users with the Philips Application Consultant in a supporting role. This approach builds competency allowing the Key User(s) to become comfortable with the system and training while having the benefit of a Philips Clinical Application Consultant for support. In addition, this approach provides your Key Users with the necessary skills to support the Xper applications and prepares your organization to meet on-going clinical training needs.

**Engagement Deliverables**
- A maximum of eight (8) hours of onsite applications training per control and/or procedure room at a single diagnostic/interventional cardiology work area at one facility.
- A customer-specific training plan.

**Engagement Completion Criteria**
- Philips Consultant has delivered a maximum of eight (8) hours of onsite applications training per control and/or procedure room.
- The deliverable is considered complete at the end of the training engagement.

**Customer Contributions**
- Customer will designate a clinical contact to lead and coordinate scheduling.
- Customer will designate appropriate clinical resource(s) with knowledge and expertise in all aspects of the department, and the authority to represent the needs of the department and clinical end-user.
- Customer must designate a Key User(s) to participate in "train-the-trainer" activities.
- In accordance with Philips "train the trainer" methodology and following completion of clinical application training, Key User(s) will assist in training any additional users.
- Key User(s) must be available to train with the Philips Consultant throughout the duration of scheduled training period.
- Key User(s) must complete required E-learning and classroom training prior to the commencement of applications training. Failure to complete required e-learning may result in a delay or efficacy of training.
- Customer will work with Philips to establish training plan schedule.
- Customer to schedule user training based on the mutually-agreed upon training plan.
- To provide a trained and satisfied group of users, Philips requests project leadership make staff available, clear their schedules and release them from patient-care responsibilities allowing them to focus without distraction during training.
- Provide training atmosphere conducive to learning.
- Key User(s) will act as the resident Xper IM expert(s) following the clinical training, and will be responsible to provide on-going departmental training and support following project completion.
- Onsite project activities/application training days will be scheduled in advance. Philips should be notified, in advance, of any cancellation or rescheduling of the confirmed training dates.

**Estimating Assumptions**
- A Philips Consultant will deliver a maximum of eight (8) hours of onsite applications training per control and/or procedure room. Onsite training is conducted within a 32-hour week.
- This service is provided to a single clinical work area at one facility during a single training event.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

- Customer personnel and resources, defined in the project plan, are made available at the times defined by the project plan.
- Customer-provided materials and information are accurate, complete and convey in a timely manner.
- The identified Key User(s) must have completed all required e-learning and remote training prior to the commencement of onsite applications training.
- All training will be managed, and accounted for, through the Philips Online Learning Center.  The hours of training delivered per session vary depending on the knowledge base and learning speed of the attendees.  The hours of training delivered per session vary depending on the knowledge base and learning speed of the attendees.
- The Xper IM software has been purchased and installed prior to delivery of this service.
- Travel days for Philips Consultants are Monday and Friday.

**Limitations**
- All services will be delivered during the normal Philips business day, between 8am and 5pm local time (excluding holidays).
- Additional hours are available for purchase.

## 3.9 Xper IM Data Reporting Consulting Service

**Overview**
A Philips Consultant will provide Xper IM Report Configuration consulting to utilize Query Wizard and Xper Patient and/or Data Analysis Reports with the standard tools included with the Xper system.  This service delivers onsite consultation on how to produce Data Analysis reports, providing a flexible, simple and customizable reporting solution to meet the needs of the customer's Cath Lab.

**Engagement Deliverables**
- A maximum of eight (8) hours of onsite consultation for a single clinical work area at one facility during a single event
- A Philips Consultant will work with the designated customer resource to provide training to produce analytical reports utilizing Xper data.
- Training will be managed through the Philips Online Learning Center.  The training objectives may vary by customer and will be assessed by the Clinical Application Consultant.

**Engagement Completion Criteria**
- A Philips Consultant has delivered a maximum of eight (8) hours of onsite consulting services.
- The deliverable is considered complete at the end of the training engagement.

**Customer Responsibilities**
- Customer will designate a clinical contact to lead and coordinate scheduling.
- Customer will designate appropriate clinical resource(s) with knowledge and expertise in all aspects of the department, and the authority to represent the needs of the department and clinical end-user.
- Customer must be available to work with the Philips Consultant throughout the duration of scheduled period.
- Required E-learning must be completed prior to the commencement of onsite applications training.  Failure to complete required e-learning may result in a delay or efficacy of onsite training.
- Customer will work with Philips to establish training schedule.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

- To provide a trained and satisfied group of users, Philips requests project leadership make staff available, clear their schedules and release them from patient-care responsibilities allowing them to focus without distraction during training.
- Provide training atmosphere conducive to learning.
- Key User(s) will act as the resident Xper IM expert(s) following the clinical training, and will be responsible to provide on-going departmental training and support following project completion.
- Onsite project activities/application training days will be scheduled in advance. Philips should be notified, in advance, of any cancellation or rescheduling of the confirmed training dates.

**Estimating Assumptions**
- A maximum of eight (8) hours of onsite application training will be delivered.
- This service is provided to a single clinical work area at one facility during a single training event.
- Customer personnel and resources, defined in the project plan, are made available at the times defined by the project plan.
- Client-provided materials and information are accurate, complete and convey in a timely manner.
- The identified Key User(s) must have completed all required e-learning and remote training prior to the commencement of onsite applications training.
- All training will be managed, and accounted for, through the Philips Online Learning Center.  The hours of training delivered per session vary depending on the knowledge base and learning speed of the attendees.  The hours of training delivered per session vary depending on the knowledge base and learning speed of the attendees.
- The Xper IM software has been purchased and installed prior to delivery of this service.
- Travel days for Philips Consultants are Monday and Friday.

**Limitations**
- ***This service is limited to creating, running and printing Data Analysis reports that come standard with the Xper application.  This is not a comprehensive Query Wizard SQL training course.***
- Information to be displayed on the report is limited to the data stored in the Xper IM database.
- All services will be delivered during the normal Philips business day, between 8am and 5pm local time (excluding holidays).
- Additional hours are available for purchase.

# 3.10 Xper IM System Administrator Training

**Overview**
A Philips Consultant will provide system administration training for the IT staff and Biomedical Engineers.  For the IT professional, the focus of this on-site education program is to prepare the System Administrator in advanced system management and maintenance of Xper Information Management.  In the context of the Biomedical Engineer, the training session is focused on the clinical environment within the Cath Lab, pre/post procedure areas and associated areas where the application is used.

**Course Objectives**
- IT Training
  - Basic system maintenance (backups) and troubleshooting
  - Administration and configuration tools
  - Xper Database: structure, troubleshooting, backup and restore

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms
Case: 21-51477    Doc# 697-1    Filed: 08/29/22    Entered: 08/29/22 18:03:56    Page 22 of 41

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

-     o   Xper Connect: data flow, structure, and troubleshooting
- Biomed Training
  - o   Wiring and cabling
  - o   Equipment
  - o   Displays

**Engagement Deliverables**
- A minimum of one training session have been delivered covering each content area (IT and Biomed)
- A maximum of six (6) hours of training delivered remotely

**Engagement Completion Criteria**
- A maximum of six (6) hours of system administrator training delivered remotely

**Customer Responsibilities**
- Select appropriately skilled resource to attend training with core IT competencies
- Customer should designate a contact as the focal point to lead and coordinate scheduling
- Notify Philips in advance of any cancellation or rescheduling of the scheduled training dates

**Estimating Assumptions on Work**
- Customer personnel and resources, defined in the project plan, are made available at the times defined by the project plan.
- Client-provided materials and information are accurate, complete and convey in a timely manner.

**Limitations**
- All services will be delivered during the normal Philips business day, between 8am and 5pm local time (excluding holidays).
- Additional hours are available for purchase.

# 3.11 Xper IM Go-live Support

**Overview**
A Philips Clinical Applications Consultant will provide clinical application training and support during the Xper Application Go-Live event. The purpose is to provide application expertise to assist your staff as they transition to the new application.

**Engagement Deliverables**
- A maximum of sixteen (16) hours per control and/or procedure room of onsite Go-Live training and support at a single diagnostic/interventional cardiology work area at one facility.
- A customer-specific training plan.

**Engagement Completion Criteria**
- A Philips Consultant has delivered a maximum of sixteen (16) hours per control and/or procedure room of onsite Go-Live training and support.
- The procedure and/or control rooms have been successfully installed and tested.
- The engagement is considered complete at the end of the Go-Live event.

**Customer Responsibilities**
- Customer will designate a clinical contact to lead and coordinate scheduling.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

- Customer will designate appropriate clinical resource(s) with knowledge and expertise in all aspects of the department, and the authority to represent the needs of the department and clinical end-user.
- Customer must designate a Key User(s) to act as the resident Xper IM expert(s) during the Go-Live event.
- The identified Key User(s) must have completed all required e-learning and training prior to the go-live event.
- Customer must designate a Key User(s) to participate in "train-the-trainer" activities.
- In accordance with Philips "train the trainer" methodology and following completion of clinical application training, Key User(s) will assist in training any additional users.
- Key User(s) must be available to train with the Philips Consultant throughout the duration of scheduled training period.
- Required E-learning must be completed prior to the commencement of onsite applications training.  Failure to complete required e-learning may result in a delay or efficacy of onsite training.
- Customer will work with Philips to establish a Go-Live plan.
- Execute Go-Live activities to plan including resource scheduling.
- To provide a trained and satisfied group of users, Philips requests project leadership make staff available, clear their schedules and release them from patient-care responsibilities allowing them to focus without distraction during training.
- Provide training atmosphere conducive to learning.
- Following Go-Live event, the designated Key User(s) will act as the resident Xper IM expert(s) and will be responsible for department support following project completion.
- Go-live activities/support days will be scheduled in advance.  Philips should be notified in advance of any cancellation or rescheduling of confirmed go-live support dates.

**Estimating Assumptions on Work**
- A maximum of sixteen (16) hours of onsite Go-Live applications training and support per control and/or procedure room.  Onsite training is conducted within 32-hour weeks.
- Customer personnel and resources, defined in the project plan, are made available at the times defined by the project plan.
- Client-provided materials and information are accurate, complete and convey in a timely manner.
- The identified Key User(s) must have completed all required e-learning and training prior to Go-Live event.
- All training will be managed, and accounted for, through the Philips Online Learning Center.  The hours of training delivered per session vary depending on the knowledge base and learning speed of the attendees.  The hours of training delivered per session vary depending on the knowledge base and learning speed of the attendees.
- The Xper IM software has been purchased and installed before delivery of this service.
- Travel days for Philips Consultants are Monday and Friday.

**Limitations on Work**
- All services will be delivered as per the Go-Live Plan, during the normal Philips business day, between 8am and 5pm local time (excluding holidays).
- Additional hours are available for purchase

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

# 3.12 Xper IM Follow-up Training

**Overview**
A Philips Clinical Applications Consultant will provide follow-up training and/or consultation to ensure your system is optimally configured to meet your needs and assist your facility in working through any application or workflow challenges you are experiencing.

**Engagement Deliverables**
- A maximum of twenty-four (24) hours of follow-up training/consulting to be delivered through a combination of remote and onsite activities.
- This service is delivered at times mutually agreed upon following the implementation or upgrade of the Xper application.
- Training will be managed through the Philips Online Learning Center.  The training objectives may vary by customer and will be assessed by the Application Consultant.

**Engagement Completion Criteria**
- A Philips Consultant has delivered a maximum of twenty-four (24) hours of follow-up training and/or consulting services.
- The engagement is considered complete *no later than 1 year* post Go-Live implementation.

**Customer Responsibilities**
- Customer should designate a clinical contact to lead and coordinate scheduling.
- Customer will work with Philips to establish objectives and schedule for follow-up visits.
- Customer to schedule follow-up training based on the mutually-agreed upon schedule.
- To provide a trained and satisfied group of users, Philips requests project leadership make staff available, clear their schedules and release them from patient-care responsibilities allowing them to focus without distraction during training.
- Key User(s) must be available to train with the Philips Consultant throughout the duration of training period.
- Provide training atmosphere conducive to learning.
- Upon completion of this service, the designated Key User(s) will act as the resident Xper IM expert(s) and will be responsible for department support following project completion.
- Follow-up training/consulting days will be scheduled in advance.  Philips should be notified in advance of any cancellation or rescheduling of onsite or remote dates.

**Estimating Assumptions on Work**
- A maximum of twenty-four (24) hours of follow-up training/consulting will be delivered through a combination of remote and onsite activities.
- Customer personnel and resources, defined in the project plan, are made available at the times defined by the project plan.
- Client-provided materials and information are accurate, complete and convey in a timely manner.
- Travel days for Philips Consultants are Monday and Friday.

**Limitations on Work**
- All services will be delivered during the normal Philips business day, between 8am and 5pm local time (excluding holidays).
- Additional hours are available for purchase

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

# 3.13 Xper Information Management Project Management

**Overview**

Philips Project Management will provide a liaison, resource coordination, and collaboration for the implementation and training that reflect the ordered products and services. The Philips Project Manager will be assigned to work in conjunction with the facility project manager and any other project managers (i.e. Xcelera, X-Ray vendor, I.T., etc.) required to complete the implementation.

**Engagement Deliverables**

The Project Manager will work with you to define specific deliverables and timing that reflect the ordered products and services. General deliverables associated with an Xper IM Implementation Project are:

- Project management services delivered in accordance with the Philips project management methodology
- Kickoff meeting
- Project Plan that defines what will happen when, and what resources are required to accomplish identified tasks
- Weekly teleconference calls (more if needed)
- Implementation and Validation activities necessary to achieve First Patient Use

**Engagement Completion Criteria**

- Engagement is complete when the Xper IM deliverables described in this document have been delivered

**Client Work Contributions**

- Provides a principal point of contact with whom the Philips Project Manager works; this person possesses necessary knowledge and experience relevant to the provision of the services and requisite knowledge of the Client's operating environment
- Provides a system administrator resource with whom the Philips implementation team can work with during the implementation
- Provides network support and IS security resources with whom the Philips implementation team can work with during the implementation
- Provides information in a timely manner for required project components for completion of the Xper Preparation Guidebook provided by the Philips Project Manager
- Assigns duties and responsibilities to both internal and third party resources identified in the implementation project plan and arrange for the availability of those resources at the scheduled times; serves as the principal point of contact with all client-selected 3rd parties
- Completes all renovation and construction prior to start of project
- Completes any physical site or networking infrastructure changes required for the project
- Ensures that all locations have furniture/shelving, proper power, and network drops, and have proper environmental conditions to support the equipment proposed
- Acquires and has in place any equipment items identified as "client provided" at the time specified in the project schedule
- Provides Philips with the appropriate domain accounts to configure and test the Xper IM software; a domain account with local admin privileges on all Xper IM related servers and workstations is required; other domain accounts and global groups will need to be created as specified

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

**Estimating Assumptions on Work**
- The current commercially available version of Xper IM will be installed
- Client personnel and resources, defined in the project plan, are available at the times defined by the project plan
- Philips Healthcare and Client jointly contribute technical expertise to this project

**Limitations on Work**
- Technical specifications are subject to change as the Xper IM system environment changes
- Services limited to implementation of Xper IM at a single location

# 3.14 IntelliBridge Enterprise Server Implementation (Customer-Provided Hardware)

**Overview**

This service provides implementation of the IntelliBridge Enterprise (IBE) software on customer-provided hardware that meets the hardware specification provided by Philips. A Philips Consultant installs, configures, and tests the interface server software.

**Engagement Deliverables**
- Installation of the IBE Server software

**Engagement Completion Criteria**
- Philips IBE Server software is installed on customer-provided hardware

**Customer Work Contributions**
- Designates a IT principal contact that is familiar with the organization's networking infrastructure
- Provides rack space, power, and network for the server
- Provides hardware in accordance with Philips specification
- Provides, installs and validates operating system and SQL versions and service packs specified for the system
- Installs the hardware in the rack, connects it to network, and performs power on test
- Makes personnel and equipment available for end-to-end testing
- Provides Philips with the appropriate remote access to the IBE Server via the Philips PRS

# 3.15 IntelliBridge Enterprise Test Server Implementation (Customer-Provided Hardware)

**Overview**

This service provides the implementation of the IntelliBridge Enterprise (IBE) Interface Test Server on customer- provided hardware that meets the hardware specification provided by Philips. A Philips Consultant installs, configures, and tests the interface software.

**Engagement Deliverables**
- Installation of IBE Test Server Software

**Engagement Completion Criteria**
- Philips IBE Test Software is installed on customer-provided hardware

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

**Customer Work Contributions**
- Designate a IT principal contact that is familiar with the organization's networking infrastructure
- Provide rack space, power and network for the server
- Provide hardware in accordance with Philips specification
- Provide operating system and SQL versions and service packs specified for the system
- Installs the hardware in the rack, connects it to network, and performs power on test
- Provide Philips with the appropriate remote access to the IBE Test Server via the Philips PRS

# 3.16 Philips IntelliBridge Enterprise CV Solutions Core Implementation

**Overview**

This service provides implementation software for IntelliBridge Enterprise.  The Philips project team installs, configures, and tests the solution.

**Engagement Deliverables**

Deliverables associated with the IntelliBridge Enterprise Implementation Project are:
- Kickoff meeting (remote)
- The Implementation timeline that defines what will happen when, and what resources are required to accomplish identified tasks
- Installation, configuration, and testing of software
- System testing of IntelliBridge Enterprise using Philips standard test protocol (remote)
- Transition to continued operations meeting (remote)

**Engagement Completion Criteria**
- Software installed and ready for implementation of ordered interface components (e.g. ADT, Orders, Results, Clinical Data)

**Customer Work Contributions**
- Provides hardware or virtual environment for test and production IntelliBridge Enterprise
- Provides operating system licenses for test and production IntelliBridge Enterprise

**Estimating Assumptions on Work**
- The current commercially available version of IntelliBridge Enterprise will be installed

**Limitations on Work**
- All services to be delivered remotely

# 3.17 IBE:  ADT Interface Implementation

**Overview**

This service provides implementation of the IBE Admission, Discharge, and Transfer (ADT) interface.  The ADT module receives inbound ADT messaging and provides the data to the Xper Information Management (Xper IM) application, via the Data Center application.  Specific details on this interface module may be found in the IBE HL7 Specification.

**Engagement Deliverables**
- Coordination of all activities between the customer's project leader and Philips resources
- Project kickoff meeting, conducted as a telephone conference, to discuss project plan, work breakdown scheduling, and resource assignments
- Installation of the IBE ADT module

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

- Testing and verification of the IBE ADT module remotely by Philips in conjunction with a technical and clinical resource at the facility

**Engagement Completion Criteria**
- Verification by Philips that the IBE ADT module can import and utilize ADT messages for the test and/or production environments; which conform to Philips ADT message specifications, via TCP/IP communication

**Customer Responsibilities**
- Provide a project leader to coordinate the activities of required customer personnel
- Provide representative of clinical department knowledgeable of clinical workflow.
- Provide interface analyst able to make mapping changes on HIS or enterprise integration engine needed to make HL7 transactions match the Philips specifications when needed
- Provide a clinical resource for verification of data as it has been populated in Xper
- Make personnel and equipment available for testing

**Estimating Assumptions on Work**
- The IBE ADT module interface is delivered concurrently with implementation of Xper Information Management System if purchased with the Xper system
- Once implementation has begun, no significant changes that directly impact the ADT development will be made to the HIS/RIS or network topography until development is complete
- Before delivery of software and services occurs, the site must be accessible through the Philips Remote Services Network

**Limitations on Work**
- Mapping will be done at the time of interface implementation and is an iterative process through the testing period.  Mapping is limited to those fields available to IBE as identified in the interface specification document.

## 3.18 IBE:  Orders Interface Implementation

**Overview**
This service provides implementation of the IBE Orders Interface.  The Orders Interface receives inbound orders messaging and provides the data to the Xper Information Management (Xper IM) application, via the Data Center application.  Specific details on this interface may be found in the IBE HL7 Specification.

**Engagement Deliverables**
- Coordination of all activities between the customer's project leader and Philips resources
- Project kickoff meeting, conducted as a telephone conference, to discuss project plan, work breakdown scheduling, and resource assignments
- Installation of the IBE Orders Interface software.
- Testing and verification of the IBE Orders Interface remotely by Philips in conjunction with a technical and clinical resource at the facility

**Engagement Completion Criteria**
- Verification by Philips that the IBE Orders Interface can import and utilize orders messages for the test and/or production environments; which conform to Philips ORM message specifications, via TCP/IP communication.

**Customer Responsibilities**
- Provide a project leader to coordinate the activities of required customer personnel

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

- Provide representative of clinical department knowledgeable of clinical workflow
- Provide interface analyst able to make mapping changes on HIS or enterprise integration engine needed to make HL7 transactions match the Philips specifications
- Provide a clinical resource for verification of data as it has been populated in Xper
- Make personnel and equipment available for testing
- Provide list of orderable procedures that may be received by the IBE system

**Estimating Assumptions on Work**
- The IBE Orders Interface and services are delivered concurrently with implementation of Xper Information Management System if purchased with the Xper system.
- Once implementation has begun, no significant changes that directly impact the Orders development will be made to the HIS/RIS or network topography until development is complete.
- Before delivery of software and services occurs, the site must be accessible through the Philips Remote Services Network

**Limitations on Work**
- Mapping will be done at the time of interface implementation and is an iterative process through the testing period.  Mapping is limited to those fields available to IBE as identified in the interface specification document.

## 3.19 IBE:  Billing Interface Implementation

**Overview**
This service provides implementation of the IBE Billing interface.  The billing feature of the interface compiles and transmits patient charges and adjustments to the hospital billing system. Specific details on this interface module may be found in the IBE HL7 Specification.

**Engagement Deliverables**
- Coordination of all activities between the customer's project leader and Philips resources
- Project kickoff meeting, conducted as a telephone conference, to discuss project plan, work breakdown scheduling, and resource assignments
- Installation and configuration of the IBE Billing module
- Testing and verification of the IBE Billing module remotely by Philips in conjunction with a technical and clinical resource at the facility

**Engagement Completion Criteria**
- Verification by Philips that the IBE Billing module can export billing messages for the test and/or production environments; which conform to the Philips billing message specifications, via TCP/IP communication or file post.

**Customer Work Contributions**
- Provide a project leader to coordinate the activities of required customer personnel
- Provide representative of clinical department knowledgeable of clinical workflow.
- Provide specifications and samples for the facilities billing system
- Provide interface analyst able to evaluate mapping changes to accommodate the receiving engine or enterprise integration engine
- Provide a clinical resource for verification of data as it appears in Xper
- Make personnel and equipment available for testing

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

**Estimating Assumptions on Work**
- The IBE Billing module and services are delivered concurrently with implementation of Xper Information Management system if purchased with the Xper system.
- Once implementation has begun, no significant changes that directly impact the Billing development will be made to the HIS/RIS or network topography until development is complete.
- Before delivery of software and services occurs, the site must be accessible through the Philips Remote Services Network

**Limitations on Work**
- Mapping will be done at the time of interface implementation and is an iterative process through the testing period.
- Mapping is limited to those fields available to IBE as identified in the interface specification document.

# 3.20 IBE:  End of Case Report Interface Implementation

**Overview**
This service provides implementation of the IBE End of Case Report (EOC) interface.  This module produces a PDF file of the end of case report that is normally printed, and posts it in a specified shared file location.  Once the file has been placed this module transmits an ORU message with a single OBX segment that contains a UNC file path to the document.  Specific details on this interface module may be found in the IBE HL7 specification and IBE DICOM Conformance Statement.

**Engagement Deliverables**
- Coordination of all activities between the customer's project leader and Philips resources
- Project kickoff meeting, conducted as a telephone conference, to discuss project plan, work breakdown scheduling, and resource assignments
- Installation of the IBE End of Case Report interface
- Testing and verification of the IBE End of Case Report module remotely by Philips in conjunction with a technical and clinical resource at the facility

**Engagement Completion Criteria**
- Verification by Philips that the IBE EOC module can post the end of case report PDF file to the designated location and send the file location information in the HL7 message via TCP/IP communication.

**Customer Work Contributions**
- Provide a project leader to coordinate the activities of required customer personnel
- Provide representative of clinical department knowledgeable of clinical workflow
- Provide interface analyst able to make mapping changes on HIS or enterprise integration engine needed to make HL7 transactions match the Philips specifications
- Provide a clinical resource for verification of data in the receiving system
- Make personnel and equipment available for testing

**Estimating Assumptions on Work**
- The IBE EOC Interface is delivered concurrently with implementation of Xper Information Management System if purchased with the Xper system.
- Once implementation has begun, no significant changes that directly impact the EOC interface development will be made to the HIS/RIS or network topography until development is complete.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

**Limitations on Work**
- Mapping will be done at the time of interface implementation and is an iterative process through the testing period. Mapping is limited to those fields available to IBE as identified in the interface specification document.

# 3.21 IBE:  Orders Based DICOM Modality Worklist (DMWL) Interface Implementation

**Overview**
This service provides the installation of the IBE DICOM Modality Worklist (DMWL) software package for the institution's DICOM modalities. The software provides the required components to facilitate HL7 orders to DICOM Modality Worklist Management. Specific details on the interface component are found in the IBE HL7 Specification and IBE DICOM Conformance Statement.

**Engagement Deliverables**
- Coordination of all activities between the customer's project leader and Philips resources
- Project kickoff meeting, conducted as a telephone conference, to discuss project plan, work breakdown scheduling, and resource assignments
- Installation of the IBE DICOM Modality Worklist Management software
- Verification and testing of the IBE DICOM Modality Worklist Management software by Philips

**Engagement Completion Criteria**
- Verification by Philips that the IBE DICOM Modality Worklist Management software can process Orders messages, which conforms to Philips Orders message specifications and the DICOM modalities to successfully query for the MWL. In the absence of an Orders system and DICOM modalities, Philips verifies functionality using an HL7 message simulator and DICOM modality simulator.

**Customer Responsibilities**

- Provide a project leader to coordinate the activities of required customer personnel

- Provide representative of clinical department knowledgeable of clinical workflow
- Provide interface analyst able to make mapping changes on HIS or enterprise integration engine needed to make HL7 transactions match the Philips specifications
- Make personnel and equipment available for testing
- In the event the modality is a non-Philips device, the customer must procure the necessary support to alter configurations to the modality and be available to test, troubleshoot and validate the functionality of the DMWL.

**Estimating Assumptions on Work**
- If purchased with Xper, the IBE DICOM Modality Worklist Management Software and Services are delivered concurrently with implementation of Xper.
- Before delivery of software and services occurs, the site must be accessible through the Philips Remote Services Network

**Limitations on Work**
- Mapping will be done at the time of interface implementation and is an iterative process through the testing period. Mapping is limited to those fields available to IBE as identified in the interface specification document.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

Case: 21-51477    Doc# 697-1    Filed: 08/29/22    Entered: 08/29/22 18:03:56    Page 32 of 41

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

- IBE DMWL software will be configured for those modalities available at the time of implementation.

# 3.22 Xper IM Application Training (Onsite - 24 hours)

**Overview**

A Philips Clinical Applications Consultant will provide Xper IM application training. Philips employs a "train-the-trainer" approach to Xper application training working closely with your Key Users to train them on the features, functions, workflow and clinical use of the system.

**"Train-the-Trainer" Methodology:** Following in-depth training, the Philips Application Consultant will deliver training while Key User(s) observe. During the next training session, the Philips Application Consultant and the Key User(s) will work together to deliver training. The last step requires the Key User(s) to deliver training to end-users with the Philips Application Consultant in a supporting role. This approach builds competency allowing the Key User(s) to become comfortable with the system and training while having the benefit of a Philips Clinical Application Consultant for support. In addition, this approach provides your Key Users with the necessary skills to support the Xper applications and prepares your organization to meet on-going clinical training needs.

**Engagement Deliverables**
- A maximum of Twenty four (24) hours of onsite applications training/consulting services at a single diagnostic/interventional cardiology work area at one facility.
- A customer-specific training plan.

**Engagement Completion Criteria**
- Philips Consultant has delivered a maximum of Twenty four (24) hours of onsite applications training/consulting services.
- The deliverable is considered complete at the end of the training engagement.

**Customer Contributions**
- Customer will designate a clinical contact to lead and coordinate scheduling.
- Customer will designate appropriate clinical resource(s) with knowledge and expertise in all aspects of the department, and the authority to represent the needs of the department and clinical end-user.
- Customer must designate a Key User(s) to participate in "train-the-trainer" activities.
- In accordance with Philips "train the trainer" methodology and following completion of clinical application training, Key User(s) will assist in training any additional users.
- Key User(s) must be available to train with the Philips Consultant throughout the duration of scheduled training period.
- Key User(s) must complete required E-learning and classroom training prior to the commencement of applications training. Failure to complete required e-learning may result in a delay or efficacy of training.
- Customer will work with Philips to establish training plan schedule.
- Customer to schedule user training based on the mutually-agreed upon training plan.
- To provide a trained and satisfied group of users, Philips requests project leadership make staff available, clear their schedules and release them from patient-care responsibilities allowing them to focus without distraction during training.
- Provide training atmosphere conducive to learning.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

- Key User(s) will act as the resident Xper IM expert(s) following the clinical training, and will be responsible to provide on-going departmental training and support following project completion.
- Onsite project activities/application training days will be scheduled in advance. Philips should be notified, in advance, of any cancellation or rescheduling of the confirmed training dates.

**Estimating Assumptions**

- A Philips Consultant will deliver a maximum of Twenty four (24) hours of onsite applications training/consulting services.  Onsite training/consulting is conducted within a 32-hour week.
- This service is provided to a single clinical work area at one facility during a single training event.
- Customer personnel and resources, defined in the project plan, are made available at the times defined by the project plan.
- Client-provided materials and information are accurate, complete and convey in a timely manner.
- The identified Key User(s) must have completed all required e-learning and remote training prior to the commencement of onsite applications training.
- All training will be managed, and accounted for, through the Philips Online Learning Center.  The hours of training delivered per session vary depending on the knowledge base and learning speed of the attendees.  The hours of training delivered per session vary depending on the knowledge base and learning speed of the attendees.
- The Xper IM software has been purchased and installed prior to delivery of this service.
- Travel days for Philips Consultants are Monday and Friday.

**Limitations**

- All services will be delivered during the normal Philips business day, between 8am and 5pm local time (excluding holidays).
- Additional hours are available for purchase.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

# 4  Project Methodology

Philips employs a structured project methodology that spans the system lifecycle from initial definition of strategic objectives through requirements definition, prototyping, installation, implementation, integration, and support.  Our project management methodology tightly links both top-down and bottom-up multi-disciplinary processes.  This gives us a unique perspective on the way that clinical instrumentation and information systems should be deployed.  The project methodology is consistent with the Project Management Institute's (PMI) worldwide-recognized framework – Solution Design, Initiating, Planning, Executing, Controlling, and Closing.  The project methodology is based on 4 primary phases:

- **Solution Design** – this phase is where the Philips team is assigned and is responsible for the overall solution design and proposal
- **Project Planning** – this phase includes creation of the Project Plan, Statement of Work documentation, and a final review with the Client
- **Project Implementation** – this phase begins the site-readiness portion of the project; it begins with a formal kickoff meeting and continues throughout the Installation, Testing, Training, and formal "Go-Live" of the system
- **Project Closure** – this phase is the closure portion of the project; a formal Transition to Support and Project review is conducted

## 4.1 Mutual Responsibilities

**Status Reports** - Periodic Status Reports will be delivered to WATSONVILLE COMMUNITY HOSPITAL at the agreed upon intervals, but not less than monthly.  Philips will produce meeting minutes and a copy will be sent to WATSONVILLE COMMUNITY HOSPITAL as soon as possible thereafter.  WATSONVILLE COMMUNITY HOSPITAL will signify approval or disapproval of the minutes, in writing, to the Philips Project Manager.  Once WATSONVILLE COMMUNITY HOSPITAL has signified its approval, the minutes will be considered approved and will reflect an accurate and authoritative record of the matters discussed and agreed.  Minutes will be considered approved after 5 days of receipt if no other communication from WATSONVILLE COMMUNITY HOSPITAL is received.

**Project Reviews** - The parties' representatives will meet periodically as agreed to review the Services and to address any requests or issues as may have arisen in the period prior to review.

**Issues List** -The Philips Project Manager will maintain an Issues List that will be utilized for the project Status Review meetings.

**Escalation** - Either party is entitled to call a meeting upon not less than three (3) days' notice if that party reasonably considers that there are issues which need to be discussed and/or resolved relating to the Services.  Both parties will make reasonable efforts to attend meetings called on shorter notice when required.  Any meeting may be carried out by teleconference or videoconference.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

# 5   Changes to Scope of Solution

## 5.1 Change Orders

WATSONVILLE COMMUNITY HOSPITAL or Philips may propose a Change to the Services.  The requesting party gives notice of the proposed change along with a full description of the requested change to the other party using the Change Request form.  Within a reasonable time, Philips evaluates the request, engaging subject matter experts as necessary.  In order for Philips to properly evaluate the Change Request, WATSONVILLE COMMUNITY HOSPITAL agrees to provide Philips with any required information. Philips may decline investigating changes to the project.

Philips updates the Change Request form with the results of the evaluation.  For requests that are feasible, Philips presents the updated Change Request form to WATSONVILLE COMMUNITY HOSPITAL, providing a description of the solution, impact on the project schedule, and impact on the project budget.  Depending on the nature of the Change Request, Philips may provide supporting documents including a Statement of Work, Quotation, and Addendum to Terms and Conditions of Sale.  For requests that are not feasible, Philips updates the Change Request form with that information and returns it to WATSONVILLE COMMUNITY HOSPITAL.

Should WATSONVILLE COMMUNITY HOSPITAL wish for Philips to proceed with the change, WATSONVILLE COMMUNITY HOSPITAL authorizes the change by signing the Change Request and any associated documents that are part of the Change Request Package.  Should WATSONVILLE COMMUNITY HOSPITAL decline the Change, WATSONVILLE COMMUNITY HOSPITAL indicates this by indicating so on the Change Request form.

# 6   Project Organization

## 6.1 Work Roles and Responsibilities

WATSONVILLE COMMUNITY HOSPITAL will nominate a person with the necessary knowledge and experience relevant to the provision of the Services and with the requisite knowledge of WATSONVILLE COMMUNITY HOSPITAL's business (including, but not limited to WATSONVILLE COMMUNITY HOSPITAL organization, its operations, and business practices) as its representative and as the prime point of contact with Philips and through whom all communication with Philips will be made.  See Customer Resources Table below.

## 6.2 Customer Resource Table

| Role | Responsibilities |
|---|---|
| Project Sponsor | The Project Sponsor assumes the following key responsibilities:<br>• Create conditions that enable the project organization to function in the most efficient manner<br>• Address schedule and budget changes<br>• Make decisions regarding issues<br>• Approve final deliverables |

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

| Role | Responsibilities |
|------|------------------|
|  | • Communicate project status to stakeholders |
| **Project Manager** | The Project Manager:<br>• Is the day-to-day liaison with the Philips Project Manager<br>• Responsibilities are to provide detailed project management.<br>• Is the prime resource for working across the various organizations that will need to participate in the implementation.<br>• Is the Client contact for scheduling all Client resources for the project. |
| **Physician Champion** | The Physician Champion assists with the following activities:<br>• Template formatting (determining the header, footer, and body template outline)<br>• Final acceptance for the template reviews |
| **System Administrator** | The System Administrator:<br>• Is responsible for all aspects of system operation including startup, shutdown, backup, and troubleshooting.<br>• Must have knowledge of DICOM protocols, TCP/IP networks, operating systems and middleware used by these products.<br>• Must have an understanding of the business processes and the integration between clients.<br>• Provides 1st line troubleshooting<br>• Performs maintenance as described in the product documentation. |
| **Network Specialist** | The Network Specialist is responsible for :<br>• Ensuring the network is installed, configured & tested, in accordance with Philips specifications.<br>• Ensuring network connectivity from the client's meets the minimum requirements.<br>• Designating IP addresses and Host Names for the workstations, servers, and modalities. |
| **Facility Contact** | Facility contact is responsible for ensuring that all locations receiving  equipment have:<br>• Construction and remodeling is completed<br>• Space, furniture and/or shelving for the Philips equipment<br>• Proper environmental conditions for the Philips equipment<br>• Proper power and network drops |
| **Clinical User Department** | The Clinical User Departments facilitate:<br>• Workflow design<br>• Reporting application design and configuration (for Echo)<br>• Identifying 'Super Users'<br>• Facility planning (workstation locations, etc…)<br>• Equipment requirements (workstation type and configuration) |

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

| Role | Responsibilities |
|---|---|
| | • Training requirements<br>• Development of new policies and procedures for the Philips Clinical Informatics System<br>• Conversion and activation planning<br>• Collaboration with clinical validation testing |
| **Clinical or Biomedical Engineering** | The clinical or Biomedical Engineering representative facilitates the connection of modalities to the Philips Clinical Informatics System. This includes:<br>• Scheduling 3rd party modality vendor field engineering personnel to configure and test modalities<br>• Obtaining AE titles and IP addresses for modalities<br>• Scheduling modality downtime for configuration and testing<br>• Developing and executing modality connectivity test plan |
| **Integration Specialist** | The Integration Specialist provides the expertise to work with the enterprise integration engine, the Philips interface gateway and client's HIS to maintain consistent flow of data between systems. They are responsible for the following:<br>• Ensure the HIS system has all the functionality required to send orders, results, and scheduling information in HL7 format to the Philips interface gateway.<br>• Work with the Philips Technical Consultant or Lead Installer to implement the interface between Philips Clinical Informatics System and the HIS<br>• Assist with the HL7 mapping process<br>• Developing and executing enterprise integration test plan<br>• Participate in verification and validation testing |

## 6.3 Philips Project Staff

| Resource | Responsibilities |
|---|---|
| **Project Manager** | The Project Manager is responsible for all Philips aspects of the implementation project including:<br>• Single point of contact within Philips for all aspect of the implementation<br>• Collaboration with facility management in execution of the project<br>• Manage and control all aspects of the Philips project throughout the lifecycle<br>• Develop Project Plan and Schedule<br>• Monitor deviations from established project plans and establish corrective measures |

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

|  |  |
|---|---|
|  | • Review performance against established schedule and budget<br>• Manage resources<br>• Assistance to the Client Project Manager with facility readiness<br>• Organization of clinical activities with Application Consultant |
| **Implementation Specialist** | The Implementation Specialist is responsible for:<br>• Installation, configuration & system testing of Philips-provided equipment<br>• System administration training |
| **Applications Consultant** | The Applications Consultant:<br>• Collaborates with Project Team  to deliver training and consultation services related to deliverables<br>• Designs/Executes training plans<br>• Consults, guides and trains customer on system configuration and  decisions to support future state workflow |
| **HL7 Interface Specialist** | The HL7 Interface Specialist works with customer integration specialist remotely preparing the HL7 interface broker. |
|  | • |

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

# 7  Appendix

## 7.1  Project Success Framework

The purpose for this section is to outline the framework WATSONVILLE COMMUNITY HOSPITAL and Philips agree shall be followed to produce successful project outcomes.
The following estimating assumptions were used in preparing this Statement of Work supporting this project:

**Business Considerations:**

- Project cost estimates do not attempt to address Customer overhead, internal costs or costs of outside contractors already involved in agreements with Customer
- Substitution of staff - Each party at any time may substitute another person as its representative, and will give notice to the other party of such substitution.
- Any confidentiality agreements, remote access agreements, or network security agreements required by WATSONVILLE COMMUNITY HOSPITAL should be presented to Philips for review before WATSONVILLE COMMUNITY HOSPITAL signs this Statement of Work.

**Technical Considerations:**

- Modifications to the certified operating systems and middleware (for example, newer versions of operating system) are not part of the deliverables of this project.
- Modifications to our standard software installation and update methods (for example, push or SMS-driven methods) are not part of the deliverables of this project.
- Appropriate software purchased and installed before delivery of designated services.
- Before delivery of software and services occurs, site must be accessible through Philips Remote Services.
- Site provides Philips qualified HW and/or VMware.  Any HW to be re-purposed must first be qualified by Philips.

**WATSONVILLE COMMUNITY HOSPITAL is responsible to:**

- Exclude Philips application servers and workstations from any domain policy push down.
- Verify the institution's Microsoft® SQL CAL license(s) matches or exceeds the named users.
- Site is resourced at time of implementation to provide interface analyst able to make mapping changes on HIS or enterprise integration engine needed to make HL7 transactions match the Philips specifications.
- Site has assessed internally both receiving and sending systems for additional cost, features, or resources required to operationalize said interfaces in the Philips quote.
- Provide an appropriately sized network including cabling, network electronics, and software, to support the implementation.
- Install, configure, and test WATSONVILLE COMMUNITY HOSPITAL -provided hardware. Designate an IT principal contact that is familiar with the organization's networking infrastructure.
- Complete any physical site or networking infrastructure changes before the start of the project.
- Ensure that all locations have furniture/shelving, proper power, and network drops, and have proper environmental conditions to support the equipment proposed.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms

DocuSign Envelope ID: BF4C6811-7BBE-46CA-A75F-CFB519B4F363

- Complete room cabling and all renovation and construction prior to start of project.
- Provide operating system specified for the WATSONVILLE COMMUNITY HOSPITAL-provided hardware system(s).
- Customer is encouraged to change Philips-supplied passwords upon installation.
- Customer should ensure the execution of a business continuity/disaster recovery plan or backing up the data and images processed by the system.  Customer should perform frequent backups of any data, patient information or images residing on the repository database, on Philips products or an archive.

**Operational Considerations:**

<u>Time off</u> - Philips and customer employees assigned to this project will be entitled to take reasonable time off from the project for training, meetings, vacation, or other reasons.  Such time off will be worked into the project schedule.

**WATSONVILLE COMMUNITY HOSPITAL is responsible to:**

- Provide access to people and equipment including clinical resources for all planning, implementation, and testing activities during 8 AM to 5 PM local time on Philips business days.
- Provide Philips with access to any third parties (e.g. modality vendors, HIS vendors, hospital sub-contractors) both within and outside your organization needed to complete the work of the project; and serve as the principal point of contact with all client-contracted 3rd parties.
- Notify Philips five (5) business days in advance of any cancellation or rescheduling of the scheduled training dates. (Training days will be scheduled in advance).
- Philips has enlisted an independent party to measure how we are meeting our commitment to quality.  Soon after your project is transitioned to the implementation team, you may receive an e-mail survey from this third party, asking you to grade us on your presales experience.  We ask that you please take a few moments from your busy schedule to complete this survey.

**Limitations on Work:**

- Philips Implementation Services include only the services described or the enclosed Exhibits.
- Once a deliverable is complete, changes to the deliverables including configuration, interfaces, and other parameters are outside the scope of the project.
- All documents created for this project are in electronic format.
- Philips implementation services cannot be delivered at residential locations.

**Training:**

- To optimize training results, Philips requests that trainees clear their schedules to ensure focused availability during training sessions for end-user and super-user training activities.
- As needed and determined by the Philips Project Manager, the project may require appropriate educational facilities equipped with audiovisual materials and computers able to access the Philips applications for any training deliverables that are part of this project.
- All training hours included in new implementation or upgrade projects expire one year from first clinical use of system.

Use or disclosure of data contained on this page is subject to Restriction and Disclosure Terms
Case: 21-51477   Doc# 697-1   Filed: 08/29/22   Entered: 08/29/22 18:03:56   Page 41 of 41