DocuSign Envelope ID: 889112E8-8547-45EC-B2FF-BDB65D20590D
DocuSign Envelope ID: 4DAD3D26-59EC-4B83-B861-4AE81D31FCBB

## ADDENDUM TO MASTER LEASE AGREEMENT

This Addendum to Master Lease Agreement ("Addendum"), dated as of September 22, 2020 is by and between Watsonville Hospital Corporation ("Lessee") and Philips Medical Capital, LLC ("Lessor"). Lessor and Lessee are parties to that certain Master Lease Agreement dated of even date herewith (the "Agreement"). Lessor and Lessee desire to supplement the terms of the Agreement. Any capitalized terms not otherwise defined herein shall have the meaning given them in the Agreement.

NOW, THEREFORE, for good and valuable consideration, intending to be legally bound and pursuant to the terms and conditions of the Agreement, it is hereby agreed as follows:

1. Section 15 is amended by adding the following sentences to the end of such section, "Lessee hereby agrees that the security interest granted and/or to be granted in each Lease shall also secure the indebtedness and obligations arising under all of the other Leases. Without limiting the foregoing, to secure all indebtedness and obligations arising under all Leases, Lessee hereby grants to Lessor a security interest in each System and all proceeds and authorizes Lessor to file any financing statements it deems necessary or desirable to perfect its interests in the System. Lessor shall have no obligation to marshal assets or to pursue other obligors on the indebtedness. For greater certainty, Lessee acknowledges and agrees that the foregoing cross-collateralization and grant of security interest provisions shall each continue to apply to each System without regard to whether or not any one or more Leases have been fully satisfied (i.e., even if any one or more Lease is fully satisfied, the System related to each such Lease shall continue to secure all indebtedness/obligations under any and all other Leases).
2. Subsection 16 (h) is amended by adding the following to the end of such subsection, "receipt of internally prepared financial statements within sixty (60) days of each quarter-end;"
3. This Addendum supplements the Agreement. In the event of any conflict, inconsistency or incongruity between the provisions of this Addendum and any of the provisions of the Agreement, the provisions of this Addendum shall in all respects govern and control.

IN WITNESS WHEREOF, the parties have caused this Addendum to Master Lease Agreement to be executed on the date first set forth above.

Watsonville Hospital Corporation

By: *(signature)*
Print Name: Sean Fowler
Title: CEO

Witness Signature: *(signature)*
Print Name: Matto Vranjes
Title: Assistant Administrator

Philips Medical Capital, LLC

By: *(signature)* Gene Fisher
Print Name: Gene Fisher
Title: Vice President of Operations

Witness Signature:
Print Name:
Title: