DocuSign Envelope ID: 4DAD3D26-59EC-4B83-B861-4AE81D31FCBB

# Philips Medical Capital

## Master Lease Schedule – FMV Purchase Option (Ultrasound)

LESSEE: Watsonville Hospital Corporation    Lease Number: 501-50156624

This Master Lease Schedule No. **05** ("Lease Schedule"), dated as of **September 22, 2020**, constitutes an independent lease incorporating the terms and conditions of the Master Lease Agreement ("Agreement"), dated **September 22, 2020** by and between PHILIPS MEDICAL CAPITAL, LLC ("Lessor") and Lessee. All capitalized terms in this Lease Schedule shall have the meanings ascribed to them in the Agreement. To the extent that the terms of this Lease Schedule conflict with the terms of the Agreement, the terms of this Lease Schedule shall control.

Lessee hereby acknowledges and certifies that (i) the System and each item thereof described below or in any exhibit attached hereto was selected by the Lessee, (ii) the Lessee has reviewed and approved the purchase order, supply contract or purchase agreement covering each item of the System, (iii) as between the Lessor and the Lessee, each such item is of a size, design, capacity and manufacture acceptable to and suitable for Lessee's need; and (iv) as of the Commencement Date, each item of the System has been delivered and inspected by Lessee, is in good working order, repair and condition and that Lessee unconditionally and irrevocably accepts the System and each item thereof for lease hereunder.

1. **SYSTEM DESCRIPTION** (quantity, make, model, description, etc.)

   two (2) Philips EPIQ Elite GI per quote #1-285KDCE

2. **PROVIDER NAME AND ADDRESS:** (if blank, the Provider is Philips Healthcare)

   | Name | Street Address | City | State | Zip |
   |---|---|---|---|---|
   |  |  |  |  |  |

3. **SYSTEM LOCATION:** (only if different from address in Agreement)

   | Street Address | City | State | Zip |
   |---|---|---|---|
   | 75 Nielson Street | Watsonville | CA | 95076 |

4. **LEASE TERM: 72** months starting the first day of the first full month after the "Commencement Date" (as defined below). Nevertheless, the Lease Term shall automatically renew for an additional three (3) months upon the payment terms set forth herein unless Lessee notifies Lessor not less than ninety (90) days and not more than one hundred and eighty (180) days prior to the last day of the Lease Term ("Term Expiration Date") that it is going to return the System and returns the System on Term Expiration Date. Thereafter, the Lease Term shall extend for additional three (3) month periods until Lessee has returned or purchased the System as provided for hereunder. For the purposes of this Lease, the Commencement Date shall mean the earliest to occur of: (i) the date on which the related System is Available for First Use (as hereinafter defined); (ii) the date on which the Lessor shall have received telephonic confirmation from the Lessee that the related System has been accepted; or (iii) execution by Lessee of a Delivery and Acceptance Certificate. As used herein, "Available for First Use" shall mean three (3) business days after the System is delivered and Lessee hereby agrees that three (3) business days is a reasonable period of time to inspect the System.

5. **PAYMENTS:**

   (a) **Payment:** Lessee shall make payments based on the following schedule beginning on the first day of the first month of the Lease Term.

   | Number of Payments | Payment | (PLUS) | Applicable Sales Tax | (EQUALS) | Total Payment |
   |---|---|---|---|---|---|
   | 3@$0, 3@ | $1,630.59 | + | 150.83 | = | $1,781.42 |
   | 66 | $3,261.17 | + | 301.66 | = | $3,562.83 |

   (b) **Changes in Payment:** The Payment amount is based on an interest rate equivalent to that of Interest Rate Swaps as published in the ICE Report Center daily update referencing USD Rates 1100 (https://www.theice.com/marketdata/reports/180) that would have a repayment term equivalent to the Lease Term (or Lessor may use an interpolated rate if a like-term is not available, as reasonably determined by Lessor ("Swap Rate") and on Lessor's estimated value of the System at the Term Expiration Date (the "Projected Value"). The Payment shall be adjusted upward by Lessor to reflect any change: (i) in the Swap Rate set forth on **6/16/2020**, and the Swap Rate in effect on the Commencement Date; and (ii) in the Projected Value due to market conditions if the Commencement Date does not occur within ninety (90) days of the date first set forth above.

   (c) **Advance Payment:** $0.00   ☐ plus / ☐ including all applicable sales taxes. The Advance Payment is due on or before the Commencement Date.

6. **SECURITY DEPOSIT AND FEE:** Lessee will provide Lessor with a security deposit of $0.00 as security for its obligations hereunder and pay Lessor a processing fee of $0.00 plus all applicable taxes for Lessor's documentation, UCC-1 financing statement filing and other administrative costs. Any security deposit is non-interest bearing and may be commingled by Lessor. Lessor may apply any security deposit upon an Event of Default and Lessee shall promptly restore any amount so applied. If Lessee is not in default on the Term Expiration Date, then Lessor shall return any security deposit not applied to Lessee without interest.

7. **INTERIM RENT:** If the Commencement Date is on a day other than the first day of the month, Lessee shall pay interim rent ("Interim Rent") equal to one-thirtieth (1/30) of the Payment for each day from and including the Commencement Date through and including the last day of the month prior to the beginning of the Lease Term. Interim Rent is due and payable concurrently with the first regularly scheduled Payment of the Lease Term. If the Payments are not level, then the calculation will be based on the weighted average of the Payments in excess of $0.

8. **FAIR MARKET VALUE PURCHASE OPTION:** So long as no Event of Default exists, Lessee may, not less than ninety (90) days and not more than one hundred and eighty (180) days prior to the Term Expiration Date, elect to purchase all, but not less than all, of the System for a purchase price equal to the fair market value of the System as of the Term Expiration Date. For the purposes of this Lease, fair market value of the System will equal the price a willing buyer would pay and a willing seller would accept (neither buyer or seller being under compulsion to act) for the System as installed, in continued use, giving due consideration to its replacement cost, as determined by Lessor in its sole discretion. Upon receipt by Lessor of the purchase price and all other sums due hereunder on or about the Term Expiration Date, Lessor shall convey title to the System to Lessee free and clear of all liens and encumbrances arising through Lessor but otherwise "As Is" and "Where Is" and without warranty of any kind, including the warranty of fitness for a particular purpose and of merchantability. Lessee shall pay all taxes attributable to any sale other than net income taxes imposed on any gain recognized by Lessor as a direct result of such sale.

In Witness Whereof, the parties hereto have executed this Master Lease Schedule No. **05** as of the date first set forth above.

**LESSEE SIGNATURE**
Lessee: Watsonville Hospital Corporation
Signature X: /s/
Print Name: Sean Fowler
Title: CEO

WITNESS X: /s/
Print Name X: Matko Vranjes
Title X: Assistant Administrator

**LESSOR SIGNATURE**
Lessor: PHILIPS MEDICAL CAPITAL, LLC
Signature X: _____
Print Name: _____
Title: _____

WITNESS: _____
Print Name: _____
Title: _____

©2017 All Rights Reserved. Printed in the U.S.A. 05PHIL5347 3/17

Case: 21-51477   Doc# 697-8   Filed: 08/29/22   Entered: 08/29/22 18:03:56   Page 1 of 1