# Philips Medical Capital

**Purchase Order (Non-Philips)**
1111 OLD EAGLE SCHOOL ROAD, WAYNE, PA 19087
PHONE: (866) 514-4PMC

| Expiration Date: | Purchase Order Number |
|---|---|
| 2/28/2021 | 50156777 |

THIS PURCHASE ORDER **AND FUNDING OF INVOICES RECEIVED FOR THIS PURCHASE ORDER** ARE CONDITIONED UPON AND SUBJECT TO **PHILIPS MEDICAL CAPITAL, LLC'S** ("BUYER'S") RECEIPT OF ALL REQUIRED ORIGINAL EXECUTED AND ENFORCEABLE LEASE DOCUMENTS AND ADVANCE MONIES DUE.

| VENDOR | SHIP TO (LESSEE) |
|---|---|
| Colin Construction Company | Watsonville Hospital Corporation |
| 210 Lincoln Way | 75 Nielson Street |
| Auburn, CA 95603 | Watsonville, CA 95076 |

| DESCRIPTION OF EQUIPMENT (quantity, make, model, etc.) AND QUOTE NUMBER | COST |
|---|---|
| statement of work dated 5/11/2020 | $ 878,904.00 |
|  | $ |
|  | $ |
| **TOTAL AMOUNT DUE** | $ 878,904.00 |

**Payment Terms**: 100% of the purchase price upon Lessee's written acceptance, on Buyer's form, of all of the foregoing.

**CONFIRMING DO NOT DUPLICATE**

Invoice should be mailed on the date of shipment to:

Attn: Susan Cope
1111 Old Eagle School Road
Wayne, PA 19087

INVOICE CANNOT BE HONORED UNLESS FULL EQUIPMENT DESCRIPTION INCLUDING SERIAL NUMBERS APPEAR THEREON.

SHOW ON INVOICE:
- SOLD TO - ☑ Lease: PHILIPS MEDICAL CAPITAL, LLC    ☐ Loan - Lessee Name
- SHIP TO - NAME AND ADDRESS OF LESSEE
- FULL DESCRIPTION OF EQUIPMENT, MODEL AND SERIAL NUMBER(S)
- OUR PURCHASE ORDER NUMBER  50156777

This purchase order is subject to cancellation as set forth in the terms and conditions hereof or if the equipment covered by this purchase order is not delivered to and accepted by the Lessee on Lessor's form of acceptance certificate by the Expiration Date.

Sales Tax Exemption Number: _____

**THIS PURCHASE ORDER IS SUBJECT TO THE TERMS AND CONDITIONS FOLLOWING WHICH ARE A PART HEREOF.**

PHILIPS MEDICAL CAPITAL, LLC

DATE: 11/24/2020

BY: Susan DelPizzo-Cope
Authorized Signature

Case: 21-51477    Doc# 697-10    Filed: 08/29/22    Entered: 08/29/22 18:03:56    Page 1 of 2

## TERMS AND CONDITIONS OF PURCHASE

**1. No Changes Authorized** This conditional purchase order must be accepted as written. Any increase in price, change in quantities or quality of merchandise ordered or any other change in terms or conditions of this order shall not be binding on the Buyer unless such change is agreed to in writing. Delivery must be in accordance with the conditions on the reverse side hereof and unless otherwise specifically noted thereon Vendor is to deliver the merchandise f.o.b. common carrier, destined as thereon indicated.

**2. No Charges Authorized** No charges for transportation, crating, boxing, packaging or drayage, or for unloading, assembling or installing any merchandise will be allowed or payable unless specified on the reverse side hereof.

**3. Delivery to be Made to Lessee** The person, firm or corporation to which the merchandise covered by this purchase order is to be delivered (as indicated on the reverse side hereof) has leased said merchandise from the Buyer, and is herein referred to as "Lessee". Lessee is authorized on behalf of the Buyer to receive delivery of such merchandise, to inspect, and to accept or reject same. Delivery is to be made promptly, and any delay in delivery requires Buyer's approval.

**4. Inspection, Acceptance or Rejection** All merchandise shall be received subject to Lessee's inspection and acceptance or rejection, after delivery thereof. The place and time of inspection shall be determined by Lessee. Merchandise which is defective or not accepted by the Lessee within a reasonable time or otherwise not in accordance with this purchase order may be returned for full credit and Vendor shall assume all transportation and handling charges in connection therewith. Rejected merchandise shall not be replaced except upon Buyer's specific instructions in writing to that effect. Any deposit, prepayment or other payment made to Vendor by Buyer shall either be refunded to Buyer or Buyer may, at Buyer's option, apply the amount thereof to any other debt or obligation of Buyer to Vendor.

**5. Risk of Loss** Vendor shall bear all risk of loss of any merchandise covered by this purchase order until physically delivered, installed, inspected and accepted by Lessee at the designated place of delivery, and as to Buyer, until Buyer has accepted the Lease, and Vendor shall further bear the risk of loss at all times on rejected merchandise.

**6. Indemnity Against Loss and Damage** Vendor agrees to indemnify Buyer against all loss on account of claims of injury to persons (including death) or damage to property which may result in any way from malfunction of merchandise or otherwise from an act or omission of Vendor, its agents or employees. Vendor shall also maintain such Public Liability, Property Damage and Employer's Liability and Compensation Insurance as will protect Vendor and Buyer from said risks and from any claims under any applicable Workmen's Compensation or Occupational Disease Acts.

**7. Rejection by Lessee** If Lessee shall reject or refuse to accept any merchandise pursuant to this purchase order, Buyer shall be deemed relieved of any liability to Vendor under such purchase order.

**8. Additional Merchandise** In the event the Lease covers merchandise in addition to merchandise covered by this purchase order, Buyer shall be deemed relieved of any liability to Vendor under this purchase order if Lessee shall reject or refuse to accept any of the merchandise covered by the Lease, and upon such rejection or refusal by the Lessee, all obligations of Buyer under this purchase order shall be deemed those of the Lessee, with the same force and effect as if Lessee, instead of Buyer, had placed this purchase order as to such merchandise, and Vendor in such event, shall look only to Lessee with respect to any liability or obligation hereunder.

**9. Cancellation by Buyer** This purchase order may be cancelled by Buyer in the event the Lessee is not authorized to enter into the Lease, or the person signing the Lease on behalf of the Lessee is not authorized so to do, or in the event that the Vendor or any of its agents make any representations to the Lessee inconsistent with the terms or conditions of the Lease, upon which the Lessee reasonably relies, or Vendor has failed to provide to Buyer Vendor's ultimate beneficial owner information as required by Buyer, or in the event the Buyer fails to collect the first rental payment tendered by the Lessee or in the event all of the legal documents requested by Buyer in connection with the Lease have not been completed or the Lease is not accepted by Buyer, or in the event that buyer's credit approval of lessee expires pursuant to the applicable credit approval notice (for more information regarding the credit approval expiration date, please contact Buyer at the phone number provided above).

**10. No Assignment by Vendor** Vendor shall not assign this purchase order without written consent of Buyer. In the absence of such consent, no such assignment shall be effective and at Buyer's option, shall effect a cancellation of all Buyer's obligation hereunder.

**11. Patents** Vendor agrees to and does by shipment thereof indemnify, protect, and hold harmless Buyer, its successors or assigns and the Lessee and its successors and assigns against all claims, demands, damages, costs or expenses (including attorneys fees) for actual or alleged infringements or patent covering any merchandise hereby ordered or the use thereof.

**12. Compliance with Laws** Vendor agrees and warrants that all merchandise sold hereunder shall be produced and sold in full compliance with all applicable Federal, State, and local laws and regulations including, without in any way limiting the generality of the foregoing, the requirements of the Federal Fair Labor Standards Act of 1938, as amended.

**13. Warranties by Vendor** Vendor warrants that immediately prior to our purchase it had legal title to the merchandise; free from any liens and encumbrances. The foregoing is in addition to and not in lieu of any and all other warranties expressed or implied. All warranties shall run to, endure for the benefit of and be enforceable by both Buyer and its Lessee, jointly and separately.

**14. Excusable Delays** Vendor will not be responsible for delays or defaults in delivery if occasioned by unforeseeable cause beyond the control and without the fault or negligence of the Vendor; and Buyer shall not be responsible for failure to receive or take delivery if occasioned by any like cause on its or Lessee's part.

**15. Freight** If the Buyer has not indicated any preference for the method of shipment, then the merchandise shall be shipped in the cheapest way and Buyer may charge back transportation charges in excess of the cheapest rate of shipment.

**16. Purchase Price** All quantity, cash or other discounts granted by the Vendor as a direct or indirect result of the purchase herein ordered shall be paid to Buyer. Vendor represents and warrants that no payments have been made to the Lessee nor has the Lessee received any other consideration as a direct or indirect result of the purchase herein ordered unless the amount of such payment or the value of such consideration is deducted from the gross invoice price.

**17. Title** Title to merchandise shall pass to Buyer after physical delivery, installation, inspection and acceptance, and upon Buyer's acceptance of the lease as provided herein. Upon such title transfer, Buyer, in its sole discretion, may transfer the merchandise (including, without limitation, any software) to Lessee or any third parties at no additional charge, and such third party may further transfer the merchandise (including, without limitation, any software) to other third parties. If Vendor is providing services (rather than merchandise), there shall be no title transfers.

**18. Signature Warranty** Vendor warrants that any Application or Lease that may be obtained by Vendor and transmitted to Buyer, in connection with any leasing of the merchandise by Buyer to a third party, does not contain the forged or unauthorized execution or signature of the third party. In the event that any Application or Lease does not conform to the foregoing warranty, Vendor agrees to reimburse Buyer forthwith for any loss sustained by Buyer by reason thereof.

**19. Taxes** Vendor agrees to report and pay to the appropriate taxing authority any and all taxes (including penalty and interest, if any) assessed against the manufacture and/or sale of the merchandise, except to the extent of any taxes which Buyer agrees to pay in writing. If any taxes relating to the manufacture and/or sale of the merchandise are assessed against Buyer, Vendor agrees to reimburse Buyer therefor upon request.

20. As between Buyer and Lessee, nothing herein shall modify or amend the terms of any written agreements between Buyer and Lessee. As between Lessee and Vendor, nothing herein shall modify or amend the terms of any written agreements between Vendor and Lessee, except that if Buyer remits payment of the purchase price of the merchandise in accordance with this purchase order, then Lessee shall be relieved of any obligation to pay the purchase price of the merchandise as set forth in any agreements between Vendor and Lessee.

Initials _____
©2020 All Rights Reserved. Printed in the U.S.A. 09PHIL717v5 11/20

09PHIL717v5

Case: 21-51477    Doc# 697-10    Filed: 08/29/22    Entered: 08/29/22 18:03:56    Page 2 of 2