**From:** Delpizzo-Cope, S (Susan) <scope@philipsmedicalcapital.com>
**Sent:** Wednesday, November 25, 2020 8:32 AM
**To:** 'Ashley Hile' <ashley@colincc.com>
**Cc:** Sean Fowler <Sean_Fowler@watsonvillehospital.com>; Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>; PMSNA - Madeksiak, C (Chuck) <chuck.madeksiak@philips.com>; Morgan Cook <morganc@colincc.com>; Kevin Cook <Kevin@colincc.com>
**Subject:** RE: [External] Watsonville Cath Lab Project

**WARNING:** This email came from outside of the organization. **DO NOT CLICK LINKS** or **OPEN ATTACHMENTS** in this email unless you recognize the sender and know the content is safe.

Funds should be in your account in 48 hours – no later than Friday (since tomorrow is a holiday).

**From:** Ashley Hile <ashley@colincc.com>
**Sent:** Wednesday, November 25, 2020 11:29 AM
**To:** Delpizzo-Cope, S (Susan) <scope@philipsmedicalcapital.com>
**Cc:** 'Sean Fowler' <Sean_Fowler@watsonvillehospital.com>; Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>; PMSNA - Madeksiak, C (Chuck) <chuck.madeksiak@philips.com>; Morgan Cook <morganc@colincc.com>; Kevin Cook <Kevin@colincc.com>
**Subject:** RE: [External] Watsonville Cath Lab Project

Hi Susan,

Thank you for the update. Can you tell me how long the ACH process takes?

Thank you!

Case: 21-51477   Doc# 697-11   Filed: 08/29/22   Entered: 08/29/22 18:03:56   Page 1 of 10
https://mail.google.com/mail/u/0/?ik=af8e2bab26&view=pt&search=all&permthid=thread-f%3A1730484426626535296&simpl=msg-f%3A1730484426…   1/10

ASHLEY HILE,

DIRECTOR OF FINANCE AND ADMINISTRATION

COLIN CONSTRUCTION COMPANY

210 Lincoln way, Auburn, CA 95603

O: 530-272-3357 ext 2008

-------- Original message --------

From: "Delpizzo-Cope, S (Susan)" <scope@philipsmedicalcapital.com>

Date: 11/25/20 4:28 AM (GMT-08:00)

To: Ashley Hile <ashley@colincc.com>

Cc: 'Sean Fowler' <Sean_Fowler@watsonvillehospital.com>, Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>, "PMSNA - Madeksiak, C (Chuck)" <chuck.madeksiak@philips.com>, Morgan Cook <morganc@colincc.com>, Kevin Cook <Kevin@colincc.com>

Subject: RE: [External] Watsonville Cath Lab Project


Good morning Ashley.

Yes, the invoice has been approved for payment. Funds will be issued via ACH.

-Susan

---

**From:** Ashley Hile <ashley@colincc.com>
**Sent:** Tuesday, November 24, 2020 6:38 PM
**To:** Delpizzo-Cope, S (Susan) <scope@philipsmedicalcapital.com>
**Cc:** 'Sean Fowler' <Sean_Fowler@watsonvillehospital.com>; Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>; PMSNA - Madeksiak, C (Chuck) <chuck.madeksiak@philips.com>; Morgan Cook <morganc@colincc.com>; Kevin Cook <Kevin@colincc.com>
**Subject:** RE: [External] Watsonville Cath Lab Project
**Importance:** High

Hi there – will we be seeing payment this week?

**ASHLEY HILE, DIRECTOR OF FINANCE AND ADMINISTRATION**



210 LINCOLN WAY, AUBURN, CA 95603  O: 530.272.3357ext 2008  F: 530.272.4581 W: COLINCC.COM

---

**From:** Delpizzo-Cope, S (Susan) <scope@philipsmedicalcapital.com>
**Sent:** Monday, November 23, 2020 2:21 PM
**To:** Ashley Hile <ashley@colincc.com>
**Cc:** 'Sean Fowler' <Sean_Fowler@watsonvillehospital.com>; Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>; PMSNA - Madeksiak, C (Chuck) <chuck.madeksiak@philips.com>; Morgan Cook <morganc@colincc.com>; Kevin Cook <Kevin@colincc.com>
**Subject:** RE: [External] Watsonville Cath Lab Project

Thank you Ashley ☺

---

**From:** Ashley Hile <ashley@colincc.com>
**Sent:** Monday, November 23, 2020 5:15 PM
**To:** Delpizzo-Cope, S (Susan) <scope@philipsmedicalcapital.com>; Morgan Cook <morganc@colincc.com>; Kevin Cook <Kevin@colincc.com>
**Cc:** 'Sean Fowler' <Sean_Fowler@watsonvillehospital.com>; Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>; PMSNA - Madeksiak, C (Chuck) <chuck.madeksiak@philips.com>
**Subject:** RE: [External] Watsonville Cath Lab Project
**Importance:** High

Hi Susan,

Apologies. Attached is the full signed proposal.

Thanks.

**ASHLEY HILE,** DIRECTOR OF FINANCE AND ADMINISTRATION



210 LINCOLN WAY, AUBURN, CA 95603  O: 530.272.3357ext 2008  F: 530.272.4581 W: COLINCC.COM

Case: 21-51477   Doc# 697-11   Filed: 08/29/22   Entered: 08/29/22 18:03:56   Page 3 of 10
https://mail.google.com/mail/u/0/?ik=af8e2bab26&view=pt&search=all&permthid=thread-f%3A1730484426626535296&simpl=msg-f%3A1730484426…   3/10

**From:** Delpizzo-Cope, S (Susan) <scope@philipsmedicalcapital.com>
**Sent:** Monday, November 23, 2020 2:13 PM
**To:** Morgan Cook <morganc@colincc.com>; Ashley Hile <ashley@colincc.com>; Kevin Cook <Kevin@colincc.com>
**Cc:** 'Sean Fowler' <Sean_Fowler@watsonvillehospital.com>; Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>; PMSNA - Madeksiak, C (Chuck) <chuck.madeksiak@philips.com>
**Subject:** RE: [External] Watsonville Cath Lab Project


I am drafting the funding request.

Does anyone have the full quote for this project?   The attachment is missing some pages and this will be noticed by the funding auditor.

Thank you.


*Susan DelPizzo-Cope*

*Middle Market Specialist*

*Philips Medical Capital*

*1111 Old Eagle School Road*

*Wayne, PA  19087*

*Telephone 610-386-3775*

*Fax 866-516-4762*


**Please Note:  We are currently following the government's request to social distance and have implemented our work-from-home business continuity model.  During this time, we kindly ask that you forward all correspondence to our office electronically prior to sending anything through the mail system.  This will help us serve you faster and more efficiently.  If you have any questions or concerns about this, please contact me directly.**


**From:** Sean Fowler <Sean_Fowler@watsonvillehospital.com>
**Sent:** Monday, November 23, 2020 10:22 AM
**To:** Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>; PMSNA - Madeksiak, C (Chuck) <chuck.madeksiak@philips.com>; Delpizzo-Cope, S (Susan) <scope@philipsmedicalcapital.com>
**Subject:** FW: [External] Watsonville Cath Lab Project
**Importance:** High


Good morning.  Happy Thanksgiving.

I need this paid this week.

Thanks.

Sean Fowler

Chief Executive Officer

Watsonville Community Hospital

Watsonville Healthcare Management

75 Nielson Street | Watsonville, CA 95076

O: (831) 763-6040 | C: (949) 235-5914

E: Sean_Fowler@watsonvillehospital.com

---

**From:** Morgan Cook <morganc@colincc.com>
**Sent:** Sunday, November 22, 2020 12:42 PM
**To:** Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>; Sean Fowler <Sean_Fowler@watsonvillehospital.com>
**Cc:** Kevin Cook <Kevin@colincc.com>; Mark Colin <Mark@colincc.com>; Ashley Hile <ashley@colincc.com>
**Subject:** RE: [External] Watsonville Cath Lab Project

**WARNING:** This email came from outside of the organization. DO NOT CLICK LINKS or OPEN ATTACHMENTS in this email unless you recognize the sender and know the content is safe.

Matko,

When can we expect payment for the 15% deposit that was sent on November 13th?

Thanks

**MORGAN COOK,** ACCOUNTING COORDINATOR

**COLIN CONSTRUCTION COMPANY**
DESIGN**BUILD** for HEALTH**CARE**

210 LINCOLN WAY, AUBURN, CA 95603   O: 530.272.3357ext 2010   F: 530.272.4581   W: COLINCC.COM

**From:** Kevin Cook <Kevin@colincc.com>
**Sent:** Friday, November 13, 2020 7:21 PM
**To:** Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>; Sean Fowler <Sean_Fowler@watsonvillehospital.com>; Ashley Hile <ashley@colincc.com>
**Cc:** Morgan Cook <morganc@colincc.com>
**Subject:** RE: [External] Watsonville Cath Lab Project

Thanks.

Have a good weekend

**KEVIN COOK,**

**CHIEF OPERATING OFFICER**

**COLIN CONSTRUCTION COMPANY**

210 Lincoln way, Auburn, CA 95603

O: 530-272-3357 ext 2009 C: 916-202-8738

-------- Original message --------

From: Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>

Date: 11/13/20 6:33 PM (GMT-08:00)

To: Kevin Cook <Kevin@colincc.com>, Sean Fowler <Sean_Fowler@watsonvillehospital.com>, Ashley Hile <ashley@colincc.com>

Cc: Morgan Cook <morganc@colincc.com>

Subject: RE: [External] Watsonville Cath Lab Project

Hi Kevin,

I've already received the invoice from Morgan for the deposit so there is no need to reference a PO at this point.

Thanks,

Matko Vranjes | Assistant Administrator | Watsonville Community Hospital

75 Nielson Street | Watsonville, CA 95076 | Tel: 831-763-6016 | Fax: 831-722-4543

http://www.watsonvillehospital.com

---

**From:** Kevin Cook <Kevin@colincc.com>
**Sent:** Friday, November 13, 2020 5:34 PM
**To:** Sean Fowler <Sean_Fowler@watsonvillehospital.com>; Ashley Hile <ashley@colincc.com>; Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>
**Cc:** Morgan Cook <morganc@colincc.com>
**Subject:** RE: [External] Watsonville Cath Lab Project

**WARNING:** This email came from outside of the organization. DO NOT CLICK LINKS or OPEN ATTACHMENTS in this email unless you recognize the sender and know the content is safe.

Matko.

Can you please respond to my CFO question?

**KEVIN COOK,**

**CHIEF OPERATING OFFICER**

**COLIN CONSTRUCTION COMPANY**

210 Lincoln way, Auburn, CA 95603

O: 530-272-3357 ext 2009 C: 916-202-8738

-------- Original message --------

From: Sean Fowler <Sean_Fowler@watsonvillehospital.com>

Date: 11/13/20 1:29 PM (GMT-08:00)

To: Ashley Hile <ashley@colincc.com>, Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>

Cc: Kevin Cook <Kevin@colincc.com>, Morgan Cook <morganc@colincc.com>

Subject: RE: [External] Watsonville Cath Lab Project

I will defer to Matko

Sean Fowler
Chief Executive Officer
Watsonville Community Hospital
Watsonville Healthcare Management
75 Nielson Street | Watsonville, CA 95076
O: (831) 763-6040 | C: (949) 235-5914
E: Sean_Fowler@watsonvillehospital.com

-----Original Message-----
From: Ashley Hile <ashley@colincc.com>
Sent: Friday, November 13, 2020 12:36 PM
To: Sean Fowler <Sean_Fowler@watsonvillehospital.com>; Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>
Cc: Kevin Cook <Kevin@colincc.com>; Morgan Cook <morganc@colincc.com>
Subject: RE: [External] Watsonville Cath Lab Project
Importance: High

WARNING: This email came from outside of the organization. DO NOT CLICK LINKS or OPEN ATTACHMENTS in this email unless you recognize the sender and know the content is safe.


Sean/Matko,

   Is there a PO# we need to refer to on our billing?

Thanks.

ASHLEY HILE,  DIRECTOR OF FINANCE AND ADMINISTRATION


210 LINCOLN WAY, AUBURN, CA 95603   O: 530.272.3357ext 2008  F: 530.272.4581 W: https://urldefense.proofpoint.com/v2/url?u=http-3A__COLINCC.COM&d=DwIFAw&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=qzFvbZ4qZ-8EIXCntQwkgKvfzsW_frw064hesAbkWNy3Fyp7YL1YugXXUCNI8NY6&m=3_cjeC68osB4MnodzP-soka4MlUcU0NZg9PNoorBhZ0&s=ggFltvP7_-L9N7gm_3N0a7SSBtF0DQs_Qs9yzx44inQ&e=


-----Original Message-----
From: Kevin Cook <Kevin@colincc.com>
Sent: Friday, November 13, 2020 8:32 AM
To: Morgan Cook <morganc@colincc.com>; Ashley Hile <ashley@colincc.com>
Subject: FW: Watsonville Cath Lab Project


KEVIN COOK, CHIEF OPERATING OFFICER


210 LINCOLN WAY AUBURN, CA 95603   O: 530.272.3357  F: 530.272.4581 W: https://urldefense.proofpoint.com/v2/url?u=http-3A__COLINCC.COM&d=DwIFAw&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=qzFvbZ4qZ-8EIXCntQwkgKvfzsW_frw064hesAbkWNy3Fyp7YL1YugXXUCNI8NY6&m=3_cjeC68osB4MnodzP-soka4MlUcU0NZg9PNoorBhZ0&s=ggFltvP7_-L9N7gm_3N0a7SSBtF0DQs_Qs9yzx44inQ&e=

-----Original Message-----
From: Mark Colin <Mark@colincc.com>
Sent: Friday, November 13, 2020 8:24 AM
To: sean_fowler@WatsonVilleHospital.com
Cc: Kevin Cook <Kevin@colincc.com>; matko_Vranjes@Quorumhealth.com
Subject: Watsonville Cath Lab Project

Sean,
Thanks for being on the call last Friday.
To confirm, Watsonville Community Hospital is in the process of securing funding to complete the construction of the Cath Lab remodel. Colin Construction Company has a signed proposal and a notice to proceed for this work. We have mobilized onsite and are in the process of executing the work.
You have stated that you are sure the funding should be completed in early December at the latest. In order to keep the project moving forward you have agreed to an immediate payment of 15% of the current contract, $878,904.00. We will send an invoice for the amount of $ 131,836.00 today.
I would appreciate payment of this invoice by end of next week.
We will be able to continue working on the project thru the week of 12/04. If funding is not secured by then we would need to hold on the project till the source of funds can be identified.
Pls confirm I have stated this correctly.
Thanks and look forward to getting this done for Watsonville.

Sent from my iPad

----------

This email has been scanned for spam and viruses by Proofpoint Essentials. Visit the following link to report this email as spam:
https://us3.proofpointessentials.com/index01.php?mod_id &mod_option=gitem&mail_id05302981-RsUCGk9ghjd0&r_address=vin%40colincc.com&report=

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

The information transmitted via this e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer

The information transmitted via this e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

The information transmitted via this e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

The information transmitted via this e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance

upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer