# Philips Medical Capital

## Master Lease Schedule — $1 Purchase Option (non-Ultrasound)

**LESSEE:** Watsonville Hospital Corporation  **Lease Number:** 501-50156777

This Master Lease Schedule No. **07** ("Lease Schedule"), dated as of **November 10, 2020**, constitutes an independent lease incorporating the terms and conditions of the Master Lease Agreement ("Agreement"), dated **September 22, 2020** by and between PHILIPS MEDICAL CAPITAL, LLC ("Lessor") and Lessee. All capitalized terms in this Lease Schedule shall have the meanings ascribed to them in the Agreement. To the extent that the terms of this Lease Schedule conflict with the terms of the Agreement, the terms of this Lease Schedule shall control.

Lessee hereby acknowledges and certifies that (i) the System and each item thereof described below or in any exhibit attached hereto was selected by the Lessee, (ii) the Lessee has reviewed and approved the purchase order, supply contract or purchase agreement covering each item of the System, (iii) as between the Lessor and the Lessee, each such item is of a size, design, capacity and manufacture acceptable to and suitable for Lessee's need; and (iv) as of the Commencement Date, each item of the System has been delivered and inspected by Lessee, is in good working order, repair and condition and that Lessee unconditionally and irrevocably accepts the System and each item thereof for lease hereunder.

1. **SYSTEM DESCRIPTION** (quantity, make, model, description, etc.)

   Leasehold Improvements

2. **PROVIDER NAME AND ADDRESS:** (if blank, the Provider is Philips Healthcare)

   | Name | Street Address | City | State | Zip |
   |---|---|---|---|---|
   | Colin Construction Company | 210 Lincoln Way | Auburn | CA | 95603 |

3. **SYSTEM LOCATION:** (only if different from address in Agreement)

   | Street Address | City | State | Zip |
   |---|---|---|---|
   | 75 Nielson Street | Watsonville | CA | 95076 |

4. **LEASE TERM: 61** months starting the first day of the first full month after the "Commencement Date" (as defined below). At the end of month **61**, ("Term Expiration Date") the Lease Term will automatically end and the Lessee shall have been deemed to have purchased the System described in Paragraph 1 above by operation of prepaying the purchase price in Paragraph 8 below. For the purposes of this Lease, the Commencement Date shall mean the earliest to occur of: (i) the date on which the System is Available for First Use (as hereinafter defined); (ii) the date on which the Lessor shall have received telephonic confirmation from the Lessee that the System has been accepted; or (iii) execution by Lessee of a Delivery and Acceptance Certificate. As used herein, "Available for First Use" shall mean that the System is available for first patient or clinical use. It is agreed that if the appropriate Provider represents to Lessor that a System has been installed and is available for first patient or clinical use, such representation shall, as between Lessor and Lessee, constitute a definitive determination that such System is "Available for First Use".

5. **PAYMENTS:**
   (a) **Payment:** Lessee shall make payments based on the following schedule beginning on the first day of the first month of the Lease Term.

   | Number of Payments | Payment | (PLUS) | Applicable Sales Tax | (EQUALS) | Total Payment |
   |---|---|---|---|---|---|
   | 1 | $183,904.00 | + | 17011.12 | = | $200,915.12 |
   | 60 | $14,502.94 | + | included | = | $14,502.94 |

   (b) **Changes in Payment:** The Payment amount is based on an interest rate equivalent to that of Interest Rate Swaps as published in the ICE Report Center daily update referencing USD Rates 1100 (https://www.theice.com/marketdata/reports/180) that would have a repayment term equivalent to the Lease Term (or Lessor may use an interpolated rate if a like-term is not available), as reasonably determined by Lessor ("Swap Rate"). The Payment shall be adjusted upward by Lessor to reflect any change in the Swap Rate set forth on **6/16/2020**, and the Swap Rate in effect on the Commencement Date.

   (c) **Advance Payment:** **$200,915.12** ☐ plus / ☒ including all applicable sales taxes. The Advance Payment is due on or before the Commencement Date.

6. **SECURITY DEPOSIT AND FEE:** Lessee will provide Lessor with a security deposit of **$0.00** as security for its obligations hereunder and pay Lessor a processing fee of **$0.00** plus all applicable taxes for Lessor's documentation, UCC-1 financing statement filing and other administrative costs. Any security deposit is non-interest bearing and may be commingled by Lessor. Lessor may apply any security deposit upon an Event of Default and Lessee shall promptly restore any amount so applied. If Lessee is not in default on the Term Expiration Date, then Lessor shall return any security deposit not applied to Lessee without interest.

7. **INTERIM RENT:** If the Commencement Date is on a day other than the first day of the month Lessee shall pay interim rent ("Interim Rent") equal to one-thirtieth (1/30) of the Payment for each day from and including the Commencement Date through and including the last day of the month prior to the beginning of the Lease Term. Interim Rent is due and payable concurrently with the first regularly scheduled Payment of the Lease Term. If the Payments are not level, then the calculation will be based on the weighted average of the Payments in excess of $0.

8. **PURCHASE OPTION:** In addition to all of Lessee's other obligations hereunder, Lessee shall remit to Lessor the amount of One Dollar ($1) on the Term Expiration Date. Notwithstanding the foregoing, it is understood and agreed that title to all of the System passed to Lessee on the Commencement Date and that Lessor's interest therein consists of a security interest therein and that such is free and clear of all liens and encumbrances arising through Lessor but otherwise on an "As Is" and "Where Is" basis and without warranty or representation of any kind from Lessor. Without limiting the foregoing, Lessor disclaims any warranty of merchantability or fitness for a particular purpose. Lessee shall pay all taxes attributable to any sale other than net income taxes imposed on any gain recognized by Lessor as a direct result of such sale. Lessee shall pay all taxes attributable to any sale other than net income taxes imposed on any gain recognized by Lessor as a direct result of such sale.

In Witness Whereof, the parties hereto have executed this Master Lease Schedule No. **07** as of the date first set forth above.

| **LESSEE SIGNATURE** | Lessee | Watsonville Hospital Corporation |
| | Signature X | *Sean Fowler* (signed) |
| | Print Name | Sean Fowler |
| | Title | CEO |

| **LESSOR SIGNATURE** | Lessor | PHILIPS MEDICAL CAPITAL, LLC |
| | Signature X | |
| | Print Name | |
| | Title | |

WITNESS X _____  WITNESS _____
Print Name X _____  Print Name _____
Title X _____  Title _____

Case: 21-51477   Doc# 697-12   Filed: 08/29/22   Entered: 08/29/22 18:03:56   Page 1 of 1

©2017 All Rights Reserved. Printed in the U.S.A.  08PHIL686v7  3/17

08PHIL686v7