**From:** Morgan Cook <morganc@colincc.com>
**Sent:** Monday, January 25, 2021 3:23 PM
**To:** Delpizzo-Cope, S (Susan) <scope@philipsmedicalcapital.com>
**Cc:** Kevin Cook <Kevin@colincc.com>; Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>
**Subject:** [External] 202005 Watsonville Cath Lab January Progress Bill

**WARNING:** This email came from outside of the organization. DO NOT CLICK LINKS or **OPEN ATTACHMENTS** in this email unless you recognize the sender and know the content is safe.

Good Afternoon,

Please see the attached January Progress bill for processing.

Thanks

**MORGAN COOK, ACCOUNTING COORDINATOR**



210 LINCOLN WAY, AUBURN, CA 95603 **O: 530.272.3357ext 2010  F: 530.272.4581 W: COLINCC.COM**



# CONDITIONAL WAIVER AND RELEASE ON PROGRESS PAYMENT

**NOTICE: THIS DOCUMENT WAIVES THE CLAIMANT'S LIEN, STOP PAYMENT NOTICE, AND PAYMENT BOND RIGHTS EFFECTIVE ON RECEIPT OF PAYMENT. A PERSON SHOULD NOT RELY ON THIS DOCUMENT UNLESS SATISFIED THAT THE CLAIMANT HAS RECEIVED PAYMENT.**

### Identifying Information

Name of Claimant:

Name of Customer:

Job Location:

Owner:

Through Date:

### Conditional Waiver and Release

This document waives and releases lien, stop payment notice, and payment bond rights the claimant has for labor and service provided, and equipment and material delivered, to the customer on this job through the Through Date of this document. Rights based upon labor or service provided, or equipment or material delivered, pursuant to a written change order that has been fully executed by the parties prior to the date that this document is signed by the claimant, are waived and released by this document, unless listed as an Exception below. This document is effective only on the claimant's receipt of payment from the financial institution on which the following check is drawn:

Maker of Check:

Amount of Check: $

Check Payable to:

### Exceptions

This document does not affect any of the following:
(1) Retentions.
(2) Extras for which the claimant has not received payment.
(3) The following progress payments for which the claimant has previously given a conditional waiver and release but has not received payment:
    Date(s) of waiver and release:_____
    Amount(s) of unpaid progress payment(s): $_____
(4) Contract rights, including (A) a right based on rescission, abandonment, or breach of contract, and (B) the right to recover compensation for work not compensated by the payment.

### Signature

Claimant's Signature: *Kevin M. Cook*

Claimant's Title:

Date of Signature:

7/1/12

COLIN CONSTRUCTION COMPANY
210 LINCOLN WAY
AUBURN CA 95603

# PROGRESS BILLING

| | |
|---|---|
| Application | 3 |
| Period | 01/31/2021 |
| Client Purchase Order | 50156777 |
| CCC Project # | 202005 |

Owner  WATSONVILLE COMMUNITY HOSPITAL
       75 NIELSON STREET
       WATSONVILLE CA 95076

Job Location  WATSONVILLE CATH LAB
              75 NIELSON STREET
              WATSONVILLE CA

## Application For Payment On Contract

| | |
|---|---:|
| Original Contract............................ | 878,904.00 |
| Net Change by Change Orders....... | 0.00 |
| Contract Sum to Date..................... | 878,904.00 |
| Total Complete to Date.................. | 421,801.78 |
| Total Retained............................... | 42,180.20 |
| Total Earned Less Retained.......... | 379,621.58 |
| Less Previous Billings.................... | 239,446.37 |
| Current Payment Due................... | 140,175.21 |
| Balance on Contract....................... | 499,282.42 |

## Contractor's Certification of Work

The undersigned contractor certifies that, to the best of the contractor's knowledge, the work on the the above named job has been completed in accordance with the plans and specifications to the level of completion indicated on the attached schedule of completion.

Contractor _Keri M. Cook_  Date _1/25/2021_

Architect _____ Date _____

Terms: Invoices are due and payable  30DY    from the date of invoice. All overdue amounts will be charged a service charge of 0.00    % per month. Please make checks payable to:   COLIN CONSTRUCTION COMPANY
Thank you for your prompt payment.

# Schedule of Work Completed

| Description of Work | Scheduled | Changes | Contract | Previous | Current Comp. | Stored Mat. | Total Comp. | % | Balance | Retained |
|---|---|---|---|---|---|---|---|---|---|---|
| 95.000 ENGINEERING/DESI | 24,904.00 | | 24,904.00 | 12,452.00 | 2,490.40 | | 14,942.40 | 60.00 | 9,961.60 | 1,494.24 |
| 127.000 OVERHEAD | 72,472.00 | | 72,472.00 | 21,741.60 | 13,044.96 | | 34,786.56 | 48.00 | 37,685.44 | 3,478.66 |
| 127.100 MEALS | 5,543.00 | | 5,543.00 | 1,662.90 | 277.15 | | 1,940.05 | 35.00 | 3,602.95 | 194.01 |
| 127.200 LODGING | 10,420.00 | | 10,420.00 | 5,939.40 | 4,480.60 | | 10,420.00 | 100.00 | | 1,042.00 |
| 127.440 PRINTS | 886.00 | | 886.00 | 708.80 | 44.30 | | 753.10 | 85.00 | 132.90 | 75.31 |
| 128.000 PROFIT | 41,853.00 | | 41,853.00 | 12,555.90 | 7,533.54 | | 20,089.44 | 48.00 | 21,763.56 | 2,008.94 |
| 131.000 PROJECT MANAGE | 39,860.00 | | 39,860.00 | 13,951.00 | 5,979.00 | | 19,930.00 | 50.00 | 19,930.00 | 1,993.00 |
| 131.230 CM SOFTWARE | 3,606.00 | | 3,606.00 | 1,081.80 | 649.08 | | 1,730.88 | 48.00 | 1,875.12 | 173.09 |
| 135.330 INFECTION CONT | 2,292.00 | | 2,292.00 | 687.60 | 1,031.40 | | 1,719.00 | 75.00 | 573.00 | 171.90 |
| 138.100 SAFETY | 1,042.00 | | 1,042.00 | 312.60 | | | 312.60 | 30.00 | 729.40 | 31.26 |
| 141.230 PERMITS/LICENSE | 1,615.00 | | 1,615.00 | 1,615.00 | | | 1,615.00 | 100.00 | | 161.50 |
| 145.000 TESTS & INSPECTI | 1,250.00 | | 1,250.00 | 187.50 | | | 187.50 | 15.00 | 1,062.50 | 18.75 |
| 152.200 STORAGE UNIT | 886.00 | | 886.00 | 265.80 | | | 265.80 | 30.00 | 620.20 | 26.58 |
| 172.600 REIMBURSABLES | 3,126.00 | | 3,126.00 | 937.80 | 562.68 | | 1,500.48 | 48.00 | 1,625.52 | 150.05 |
| 174.190 TRASH REMOVAL | 1,042.00 | | 1,042.00 | 1,042.00 | | | 1,042.00 | 100.00 | | 104.20 |
| 210.100 PROJECT SUPERV | 35,011.00 | | 35,011.00 | 5,251.65 | 5,951.87 | | 11,203.52 | 32.00 | 23,807.48 | 1,120.35 |
| 210.110 ASSISTANT SUPER | 26,259.00 | | 26,259.00 | 3,938.85 | | | 3,938.85 | 15.00 | 22,320.15 | 393.89 |
| 225.160 CONCRETE SCAN | 626.00 | | 626.00 | 626.00 | | | 626.00 | 100.00 | | 62.60 |
| 241.000 SITE DEMOLITION | 16,151.00 | | 16,151.00 | 16,151.00 | | | 16,151.00 | 100.00 | | 1,615.10 |
| 300.000 CONCRETE | 13,546.00 | | 13,546.00 | 13,546.00 | | | 13,546.00 | 100.00 | | 1,354.60 |
| 381.000 CONCRETE CUTTI | 4,168.00 | | 4,168.00 | 2,500.80 | | | 2,500.80 | 60.00 | 1,667.20 | 250.08 |
| 382.000 CONCRETE BORI | 990.00 | | 990.00 | 148.50 | | | 148.50 | 15.00 | 841.50 | 14.85 |
| 500.000 METALS | 1,250.00 | | 1,250.00 | 187.50 | | | 187.50 | 15.00 | 1,062.50 | 18.75 |
| 545.000 OVERHEAD SUPP | 43,500.00 | | 43,500.00 | 26,100.00 | 17,400.00 | | 43,500.00 | 100.00 | | 4,350.00 |
| 610.000 ROUGH LUMBER | 1,250.00 | | 1,250.00 | 187.50 | | | 187.50 | 15.00 | 1,062.50 | 18.75 |
| 641.000 CASEWORK | 18,912.00 | | 18,912.00 | 2,836.80 | | | 2,836.80 | 15.00 | 16,075.20 | 283.68 |
| 750.000 MEMBRANE ROOFI | 9,392.00 | | 9,392.00 | 1,408.80 | | | 1,408.80 | 15.00 | 7,983.20 | 140.88 |
| 781.000 APPLIED FIREPRO | 6,044.00 | | 6,044.00 | 906.60 | | | 906.60 | 15.00 | 5,137.40 | 90.66 |
| 784.000 FIRESTOPPING | 522.00 | | 522.00 | 78.30 | | | 78.30 | 15.00 | 443.70 | 7.83 |
| 810.000 DOORS/FRAMES/H | 8,757.00 | | 8,757.00 | 1,313.55 | 437.85 | | 1,751.40 | 20.00 | 7,005.60 | 175.14 |
| 921.160 DRYWALL/FRAMIN | 35,958.00 | | 35,958.00 | 5,393.70 | 3,595.80 | | 8,989.50 | 25.00 | 26,968.50 | 898.95 |
| 951.000 ACOUSTICAL CEILI | 834.00 | | 834.00 | 125.10 | | | 125.10 | 15.00 | 708.90 | 12.51 |
| 960.000 FLOORCOVERING | 18,990.00 | | 18,990.00 | 2,848.50 | | | 2,848.50 | 15.00 | 16,141.50 | 284.85 |

# Schedule of Work Completed

**PROGRESS BILLING**

| Description of Work | Scheduled | Changes | Contract | Previous | Current Comp. | Stored Mat. | Total Comp. | % | Balance | Retained |
|---|---|---|---|---|---|---|---|---|---|---|
| 961.000 FLOOR SEALING/T | 13,754.00 | | 13,754.00 | 2,063.10 | | | 2,063.10 | 15.00 | 11,690.90 | 206.31 |
| 991.000 PAINTING & COATI | 16,656.00 | | 16,656.00 | 2,498.40 | | | 2,498.40 | 15.00 | 14,157.60 | 249.84 |
| 1000.000 SPECIALTIES | 4,704.00 | | 4,704.00 | 705.60 | | | 705.60 | 15.00 | 3,998.40 | 70.56 |
| 1170.200 INSTALLATION SU | 5,835.00 | | 5,835.00 | 875.25 | | | 875.25 | 15.00 | 4,959.75 | 87.53 |
| 1349.130 X-RAY SHIELDING | 7,294.00 | | 7,294.00 | 1,094.10 | | | 1,094.10 | 15.00 | 6,199.90 | 109.41 |
| 2100.000 FIRE SUPPRESSI | 15,089.00 | | 15,089.00 | 2,263.35 | | | 2,263.35 | 15.00 | 12,825.65 | 226.34 |
| 2200.000 PLUMBING | 67,070.00 | | 67,070.00 | 10,060.50 | 6,707.00 | | 16,767.50 | 25.00 | 50,302.50 | 1,676.75 |
| 2300.000 HVAC SYSTEM | 130,250.00 | | 130,250.00 | 62,520.00 | | | 62,520.00 | 48.00 | 67,730.00 | 6,252.00 |
| 2600.000 ELECTRICAL | 155,572.00 | | 155,572.00 | 23,335.80 | 85,564.60 | | 108,900.40 | 70.00 | 46,671.60 | 10,890.04 |
| 2831.000 FIRE DETECTION | 9,723.00 | | 9,723.00 | 1,944.60 | | | 1,944.60 | 20.00 | 7,778.40 | 194.46 |
| **Totals:** | **878,904.00** | | **878,904.00** | **266,051.55** | **155,750.23** | | **421,801.78** | **47.99** | **457,102.22** | **42,180.20** |