**From:** Delpizzo-Cope, S (Susan) <scope@philipsmedicalcapital.com>
**Sent:** Tuesday, October 12, 2021 1:07 PM
**To:** Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>
**Cc:** PMSNA - Madeksiak, C (Chuck) <chuck.madeksiak@philips.com>
**Subject:** [External] Watsonville Hospital - Colin invoices

**WARNING:** This email came from outside of the organization. DO NOT CLICK LINKS or **OPEN ATTACHMENTS** in this email unless you recognize the sender and know the content is safe.

Matko, as promised, attached for your review and approval for payment are the August and September invoices from Colin Construction.

Thank you.

*Susan DelPizzo-Cope*
*Middle Market Specialist*
*Philips Medical Capital*
*1111 Old Eagle School Road*
*Wayne, PA  19087*
*Phone 610-386-3775*
*Fax 866-516-4762*
*scope@philipsmedicalcapital.com*

The information transmitted via this e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer

COLIN CONSTRUCTION COMPANY
210 LINCOLN WAY
AUBURN CA 95603

# PROGRESS BILLING

| | |
|---|---|
| Application | 5 |
| Period | 08/31/2021 |
| Client Purchase Order | 50156777 |
| CCC Project # | 202005 |

Owner  WATSONVILLE COMMUNITY HOSPITAL
75 NIELSON STREET
WATSONVILLE CA 95076

Job Location  WATSONVILLE CATH LAB
75 NIELSON STREET
WATSONVILLE CA

## Application For Payment On Contract

| | |
|---|---:|
| Original Contract............................ | 878,904.00 |
| Net Change by Change Orders....... | 0.00 |
| Contract Sum to Date..................... | 878,904.00 |
| Total Complete to Date.................. | 551,239.14 |
| Total Retained................................ | 55,123.95 |
| Total Earned Less Retained.......... | 496,115.19 |
| Less Previous Billings.................... | 426,370.73 |
| Current Payment Due................... | 69,744.46 |
| Balance on Contract....................... | 382,788.81 |

## Contractor's Certification of Work

The undersigned contractor certifies that, to the best of the contractor's knowledge, the work on the the above named job has been completed in accordance with the plans and specifications to the level of completion indicated on the attached schedule of completion.

Contractor _Keri M. Cook_  Date _08/31/2021_

Architect _____  Date _____

Terms: Invoices are due and payable  30DY  from the date of invoice. All overdue amounts will be charged a service charge of 0.00  % per month. Please make checks payable to:  COLIN CONSTRUCTION COMPANY
Thank you for your prompt payment.

# Schedule of Work Completed

**PROGRESS BILLING**

| Description of Work | Scheduled | Changes | Contract | Previous | Current Comp. | Stored Mat. | Total Comp. | % | Balance | Retained |
|---|---|---|---|---|---|---|---|---|---|---|
| 95.000 ENGINEERING/DESI | 24,904.00 | | 24,904.00 | 14,942.40 | 2,490.40 | | 17,432.80 | 70.00 | 7,471.20 | 1,743.28 |
| 127.000 OVERHEAD | 72,472.00 | | 72,472.00 | 39,134.88 | 6,522.48 | | 45,657.36 | 63.00 | 26,814.64 | 4,565.74 |
| 127.100 MEALS | 5,543.00 | | 5,543.00 | 3,325.80 | 831.45 | | 4,157.25 | 75.00 | 1,385.75 | 415.73 |
| 127.200 LODGING | 10,420.00 | | 10,420.00 | 10,420.00 | | | 10,420.00 | 100.00 | | 1,042.00 |
| 127.440 PRINTS | 886.00 | | 886.00 | 886.00 | | | 886.00 | 100.00 | | 88.60 |
| 128.000 PROFIT | 41,853.00 | | 41,853.00 | 22,600.62 | 3,766.77 | | 26,367.39 | 63.00 | 15,485.61 | 2,636.74 |
| 131.000 PROJECT MANAG | 39,860.00 | | 39,860.00 | 22,720.20 | 3,587.40 | | 26,307.60 | 66.00 | 13,552.40 | 2,630.76 |
| 131.230 CM SOFTWARE | 3,606.00 | | 3,606.00 | 1,947.24 | 324.54 | | 2,271.78 | 63.00 | 1,334.22 | 227.18 |
| 135.330 INFECTION CONT | 2,292.00 | | 2,292.00 | 1,833.60 | 458.40 | | 2,292.00 | 100.00 | | 229.20 |
| 138.100 SAFETY | 1,042.00 | | 1,042.00 | 312.60 | | | 312.60 | 30.00 | 729.40 | 31.26 |
| 141.230 PERMITS/LICENSE | 1,615.00 | | 1,615.00 | 1,615.00 | | | 1,615.00 | 100.00 | | 161.50 |
| 145.000 TESTS & INSPECTI | 1,250.00 | | 1,250.00 | 625.00 | | | 625.00 | 50.00 | 625.00 | 62.50 |
| 152.200 STORAGE UNIT | 886.00 | | 886.00 | 265.80 | | | 265.80 | 30.00 | 620.20 | 26.58 |
| 172.600 REIMBURSABLES | 3,126.00 | | 3,126.00 | 1,500.48 | | | 1,500.48 | 48.00 | 1,625.52 | 150.05 |
| 174.190 TRASH REMOVAL | 1,042.00 | | 1,042.00 | 1,042.00 | | | 1,042.00 | 100.00 | | 104.20 |
| 210.100 PROJECT SUPERV | 35,011.00 | | 35,011.00 | 11,203.52 | 6,301.98 | | 17,505.50 | 50.00 | 17,505.50 | 1,750.55 |
| 210.110 ASSISTANT SUPER | 26,259.00 | | 26,259.00 | 3,938.85 | | | 3,938.85 | 15.00 | 22,320.15 | 393.89 |
| 225.160 CONCRETE SCAN | 626.00 | 2,267.50 | 2,893.50 | 2,893.50 | | | 2,893.50 | 100.00 | | 289.35 |
| 241.000 SITE DEMOLITION | 16,151.00 | | 16,151.00 | 16,151.00 | | | 16,151.00 | 100.00 | | 1,615.10 |
| 300.000 CONCRETE | 13,546.00 | -1,850.00 | 11,696.00 | 11,696.00 | | | 11,696.00 | 100.00 | | 1,169.60 |
| 381.000 CONCRETE CUTTI | 4,168.00 | 4,285.00 | 8,453.00 | 8,453.00 | | | 8,453.00 | 100.00 | | 845.30 |
| 382.000 CONCRETE BORIN | 990.00 | -950.00 | 40.00 | 6.00 | 34.00 | | 40.00 | 100.00 | | 4.00 |
| 500.000 METALS | 1,250.00 | -1,200.00 | 50.00 | 50.00 | | | 50.00 | 100.00 | | 5.00 |
| 545.000 OVERHEAD SUPP | 43,500.00 | 11,505.00 | 55,005.00 | 55,005.00 | | | 55,005.00 | 100.00 | | 5,500.50 |
| 610.000 ROUGH LUMBER | 1,250.00 | | 1,250.00 | 400.00 | 787.50 | | 1,187.50 | 95.00 | 62.50 | 118.75 |
| 641.000 CASEWORK | 18,912.00 | | 18,912.00 | 2,836.80 | | | 2,836.80 | 15.00 | 16,075.20 | 283.68 |
| 750.000 MEMBRANE ROOFI | 9,392.00 | -5,057.50 | 4,334.50 | 650.18 | | | 650.18 | 15.00 | 3,684.32 | 65.02 |
| 781.000 APPLIED FIREPRO | 6,044.00 | | 6,044.00 | 906.60 | | | 906.60 | 15.00 | 5,137.40 | 90.66 |
| 784.000 FIRESTOPPING | 522.00 | | 522.00 | 78.30 | | | 78.30 | 15.00 | 443.70 | 7.83 |
| 810.000 DOORS/FRAMES/H | 8,757.00 | | 8,757.00 | 1,751.40 | 3,940.65 | | 5,692.05 | 65.00 | 3,064.95 | 569.21 |
| 921.160 DRYWALL/FRAMIN | 35,958.00 | | 35,958.00 | 8,989.50 | | | 8,989.50 | 25.00 | 26,968.50 | 898.95 |
| 951.000 ACOUSTICAL CEIL | 834.00 | | 834.00 | 125.10 | | | 125.10 | 15.00 | 708.90 | 12.51 |
| 960.000 FLOORCOVERING | 18,990.00 | | 18,990.00 | 2,848.50 | | | 2,848.50 | 15.00 | 16,141.50 | 284.85 |

# Schedule of Work Completed

# PROGRESS BILLING

| Description of Work | Scheduled | Changes | Contract | Previous | Current Comp. | Stored Mat. | Total Comp. | % | Balance | Retained |
|---|---|---|---|---|---|---|---|---|---|---|
| 961.000 FLOOR SEALING/T | 13,754.00 | | 13,754.00 | 2,063.10 | | | 2,063.10 | 15.00 | 11,690.90 | 206.31 |
| 991.000 PAINTING & COATI | 16,656.00 | | 16,656.00 | 2,498.40 | | | 2,498.40 | 15.00 | 14,157.60 | 249.84 |
| 1000.000 SPECIALTIES | 4,704.00 | | 4,704.00 | 705.60 | | | 705.60 | 15.00 | 3,998.40 | 70.56 |
| 1170.200 INSTALLATION S | 5,835.00 | | 5,835.00 | 875.25 | | | 875.25 | 15.00 | 4,959.75 | 87.53 |
| 1349.130 X-RAY SHIELDIN | 7,294.00 | | 7,294.00 | 1,094.10 | | | 1,094.10 | 15.00 | 6,199.90 | 109.41 |
| 2100.000 FIRE SUPPRESSI | 15,089.00 | -9,000.00 | 6,089.00 | 913.35 | | | 913.35 | 15.00 | 5,175.65 | 91.34 |
| 2200.000 PLUMBING | 67,070.00 | | 67,070.00 | 16,767.50 | 21,462.40 | | 38,229.90 | 57.00 | 28,840.10 | 3,822.99 |
| 2300.000 HVAC SYSTEM | 130,250.00 | | 130,250.00 | 62,520.00 | 18,235.00 | | 80,755.00 | 62.00 | 49,495.00 | 8,075.50 |
| 2600.000 ELECTRICAL | 155,572.00 | | 155,572.00 | 132,236.20 | 7,778.60 | | 140,014.80 | 90.00 | 15,557.20 | 14,001.48 |
| 2831.000 FIRE DETECTION | 9,723.00 | | 9,723.00 | 2,916.90 | 972.30 | | 3,889.20 | 40.00 | 5,833.80 | 388.92 |
| **Totals:** | **878,904.00** | | **878,904.00** | **473,745.27** | **77,493.87** | | **551,239.14** | **62.72** | **327,664.86** | **55,123.95** |

COLIN CONSTRUCTION COMPANY
210 LINCOLN WAY
AUBURN CA 95603

# PROGRESS BILLING

Application    6
Period    09/30/2021
Client Purchase Order    50156777
CCC Project #    202005

Owner    WATSONVILLE COMMUNITY HOSPITAL
75 NIELSON STREET
WATSONVILLE CA 95076

Job Location    WATSONVILLE CATH LAB
75 NIELSON STREET
WATSONVILLE CA

## Application For Payment On Contract

| | |
|---|---:|
| Original Contract................................ | 878,904.00 |
| Net Change by Change Orders....... | 45,938.43 |
| Contract Sum to Date...................... | 924,842.43 |
| Total Complete to Date................... | 597,861.32 |
| Total Retained................................ | 59,786.17 |
| Total Earned Less Retained.......... | 538,075.15 |
| Less Previous Billings..................... | 496,115.19 |
| Current Payment Due.................... | 41,959.96 |
| Balance on Contract....................... | 386,767.28 |

## Contractor's Certification of Work

The undersigned contractor certifies that, to the best of the contractor's knowledge, the work on the the above named job has been completed in accordance with the plans and specifications to the level of completion indicated on the attached schedule of completion.

Contractor _Keri M. Cook_    Date 10/06/2021

Architect _____    Date _____

Terms: Invoices are due and payable  30DY  from the date of invoice. All overdue amounts will be charged a service charge of 0.00  % per month. Please make checks payable to:    COLIN CONSTRUCTION COMPANY
Thank you for your prompt payment.

| Description of Work | Scheduled | Changes | Contract | Previous | Current Comp. | Stored Mat. | Total Comp. | % | Balance | Retained |
|---|---|---|---|---|---|---|---|---|---|---|
| 95.000 ENGINEERING/DESI | 24,904.00 | 12,400.00 | 37,304.00 | 17,432.80 | 1,219.20 | | 18,652.00 | 50.00 | 18,652.00 | 1,865.20 |
| 127.000 OVERHEAD | 72,472.00 | 3,717.15 | 76,189.15 | 45,657.36 | 3,865.59 | | 49,522.95 | 65.00 | 26,666.20 | 4,952.30 |
| 127.100 MEALS | 5,543.00 | | 5,543.00 | 4,157.25 | | | 4,157.25 | 75.00 | 1,385.75 | 415.73 |
| 127.200 LODGING | 10,420.00 | 5,600.00 | 16,020.00 | 10,420.00 | 794.00 | | 11,214.00 | 70.00 | 4,806.00 | 1,121.40 |
| 127.440 PRINTS | 886.00 | | 886.00 | 886.00 | | | 886.00 | 100.00 | | 88.60 |
| 128.000 PROFIT | 41,853.00 | 2,187.55 | 44,040.55 | 26,367.39 | 2,258.97 | | 28,626.36 | 65.00 | 15,414.19 | 2,862.64 |
| 131.000 PROJECT MANAG | 39,860.00 | 2,862.21 | 42,722.21 | 26,307.60 | 2,743.50 | | 29,051.10 | 68.00 | 13,671.11 | 2,905.11 |
| 131.230 CM SOFTWARE | 3,606.00 | | 3,606.00 | 2,271.78 | 72.12 | | 2,343.90 | 65.00 | 1,262.10 | 234.39 |
| 135.330 INFECTION CONT | 2,292.00 | | 2,292.00 | 2,292.00 | | | 2,292.00 | 100.00 | | 229.20 |
| 138.100 SAFETY | 1,042.00 | | 1,042.00 | 312.60 | | | 312.60 | 30.00 | 729.40 | 31.26 |
| 141.230 PERMITS/LICENSE | 1,615.00 | | 1,615.00 | 1,615.00 | | | 1,615.00 | 100.00 | | 161.50 |
| 145.000 TESTS & INSPECTI | 1,250.00 | | 1,250.00 | 625.00 | | | 625.00 | 50.00 | 625.00 | 62.50 |
| 152.200 STORAGE UNIT | 886.00 | | 886.00 | 265.80 | | | 265.80 | 30.00 | 620.20 | 26.58 |
| 172.600 REIMBURSABLES | 3,126.00 | | 3,126.00 | 1,500.48 | | | 1,500.48 | 48.00 | 1,625.52 | 150.05 |
| 174.190 TRASH REMOVAL | 1,042.00 | | 1,042.00 | 1,042.00 | | | 1,042.00 | 100.00 | | 104.20 |
| 210.100 PROJECT SUPERV | 35,011.00 | | 35,011.00 | 17,505.50 | 700.22 | | 18,205.72 | 52.00 | 16,805.28 | 1,820.57 |
| 210.110 ASSISTANT SUPER | 26,259.00 | | 26,259.00 | 3,938.85 | | | 3,938.85 | 15.00 | 22,320.15 | 393.89 |
| 225.160 CONCRETE SCAN | 626.00 | 2,267.50 | 2,893.50 | 2,893.50 | | | 2,893.50 | 100.00 | | 289.35 |
| 241.000 SITE DEMOLITION | 16,151.00 | | 16,151.00 | 16,151.00 | | | 16,151.00 | 100.00 | | 1,615.10 |
| 300.000 CONCRETE | 13,546.00 | -1,850.00 | 11,696.00 | 11,696.00 | | | 11,696.00 | 100.00 | | 1,169.60 |
| 381.000 CONCRETE CUTTI | 4,168.00 | 4,285.00 | 8,453.00 | 8,453.00 | | | 8,453.00 | 100.00 | | 845.30 |
| 382.000 CONCRETE BORIN | 990.00 | -950.00 | 40.00 | 40.00 | | | 40.00 | 100.00 | | 4.00 |
| 500.000 METALS | 1,250.00 | -1,200.00 | 50.00 | 50.00 | | | 50.00 | 100.00 | | 5.00 |
| 545.000 OVERHEAD SUPP | 43,500.00 | 11,505.00 | 55,005.00 | 55,005.00 | | | 55,005.00 | 100.00 | | 5,500.50 |
| 610.000 ROUGH LUMBER | 1,250.00 | | 1,250.00 | 1,187.50 | | | 1,187.50 | 95.00 | 62.50 | 118.75 |
| 641.000 CASEWORK | 18,912.00 | | 18,912.00 | 2,836.80 | | | 2,836.80 | 15.00 | 16,075.20 | 283.68 |
| 750.000 MEMBRANE ROOFI | 9,392.00 | -5,057.50 | 4,334.50 | 650.18 | 1,517.07 | | 2,167.25 | 50.00 | 2,167.25 | 216.73 |
| 781.000 APPLIED FIREPRO | 6,044.00 | | 6,044.00 | 906.60 | | | 906.60 | 15.00 | 5,137.40 | 90.66 |
| 784.000 FIRESTOPPING | 522.00 | | 522.00 | 78.30 | | | 78.30 | 15.00 | 443.70 | 7.83 |
| 810.000 DOORS/FRAMES/H | 8,757.00 | | 8,757.00 | 5,692.05 | 3,064.95 | | 8,757.00 | 100.00 | | 875.70 |
| 921.160 DRYWALL/FRAMIN | 35,958.00 | | 35,958.00 | 8,989.50 | | | 8,989.50 | 25.00 | 26,968.50 | 898.95 |
| 951.000 ACOUSTICAL CEIL | 834.00 | | 834.00 | 125.10 | | | 125.10 | 15.00 | 708.90 | 12.51 |
| 960.000 FLOORCOVERING | 18,990.00 | | 18,990.00 | 2,848.50 | | | 2,848.50 | 15.00 | 16,141.50 | 284.85 |

# Schedule of Work Completed

**PROGRESS BILLING**

| Description of Work | Scheduled | Changes | Contract | Previous | Current Comp. | Stored Mat. | Total Comp. | % | Balance | Retained |
|---|---|---|---|---|---|---|---|---|---|---|
| 961.000 FLOOR SEALING/T | 13,754.00 | | 13,754.00 | 2,063.10 | | | 2,063.10 | 15.00 | 11,690.90 | 206.31 |
| 991.000 PAINTING & COATI | 16,656.00 | | 16,656.00 | 2,498.40 | | | 2,498.40 | 15.00 | 14,157.60 | 249.84 |
| 1000.000 SPECIALTIES | 4,704.00 | | 4,704.00 | 705.60 | | | 705.60 | 15.00 | 3,998.40 | 70.56 |
| 1170.200 INSTALLATION S | 5,835.00 | -5,600.00 | 235.00 | 875.25 | -840.00 | | 35.25 | 15.00 | 199.75 | 3.53 |
| 1349.130 X-RAY SHIELDIN | 7,294.00 | | 7,294.00 | 1,094.10 | | | 1,094.10 | 15.00 | 6,199.90 | 109.41 |
| 2100.000 FIRE SUPPRESSI | 15,089.00 | -9,000.00 | 6,089.00 | 913.35 | | | 913.35 | 15.00 | 5,175.65 | 91.34 |
| 2200.000 PLUMBING | 67,070.00 | 4,508.52 | 71,578.52 | 38,229.90 | 2,569.86 | | 40,799.76 | 57.00 | 30,778.76 | 4,079.98 |
| 2300.000 HVAC SYSTEM | 130,250.00 | | 130,250.00 | 80,755.00 | 10,420.00 | | 91,175.00 | 70.00 | 39,075.00 | 9,117.50 |
| 2600.000 ELECTRICAL | 155,572.00 | 20,263.00 | 175,835.00 | 140,014.80 | 18,236.70 | | 158,251.50 | 90.00 | 17,583.50 | 15,825.15 |
| 2831.000 FIRE DETECTION | 9,723.00 | | 9,723.00 | 3,889.20 | | | 3,889.20 | 40.00 | 5,833.80 | 388.92 |
| **Totals:** | **878,904.00** | **45,938.43** | **924,842.43** | **551,239.14** | **46,622.18** | | **597,861.32** | **64.64** | **326,981.11** | **59,786.17** |