# PHILIPS MEDICAL CAPITAL

Invoice #50156777DP

1111 OLD EAGLE SCHOOL RD.
WAYNE, PA   19087

**CUSTOMER**

| Name | Watsonville Hospital Corporation | Date | 3/1/2021 |
|---|---|---|---|
| | | Order No. | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Advance Payment - Schedule 07 (including taxes) | $123,870.76 | $123,870.76 |
| | **The remit to address below is for this payment only. You will have a different remittance address once the lease commences.** | | |
| | | **Total Due** $ | **123,870.76** |

REMIT TO:

ATTN: Susan DelPizzo-Cope
PHILIPS MEDICAL CAPITAL, LLC
1111 OLD EAGLE SCHOOL RD.
WAYNE, PA   19087