**From:** Matko Vranjes
**Sent:** Tuesday, February 16, 2021 2:50 PM
**To:** Kevin Cook <Kevin@colincc.com>
**Cc:** Ashley Hile <ashley@colincc.com>; Morgan Cook <morganc@colincc.com>; Justin Neep <Justinn@colincc.com>; Mark Colin <Mark@colincc.com>; Brian Deily <brian@colincc.com>
**Subject:** RE: 202005 Watsonville Cath Lab Status

Kevin,

That is my understanding. I will let you know if anything changes.

Thanks,

Mat

Matko Vranjes | Assistant Administrator | Watsonville Community Hospital
75 Nielson Street | Watsonville, CA 95076 | Tel: 831-763-6016 | Fax: 831-722-4543
http://www.watsonvillehospital.com

**From:** Kevin Cook <Kevin@colincc.com>
**Sent:** Tuesday, February 16, 2021 9:13 AM
**To:** Matko Vranjes <Matko_Vranjes@watsonvillehospital.com>
**Cc:** Ashley Hile <ashley@colincc.com>; Morgan Cook <morganc@colincc.com>; Justin Neep <Justinn@colincc.com>; Mark Colin <Mark@colincc.com>; Brian Deily <brian@colincc.com>
**Subject:** [External] 202005 Watsonville Cath Lab Status
**Importance:** High

**WARNING:** This email came from outside of the organization. DO NOT CLICK LINKS or **OPEN ATTACHMENTS** in this email unless you recognize the sender and know the content is safe.

Matko,

Good speaking with you and glad to hear we are able to get this project started again.

Per our conversation Watsonville will be issuing the down payment required to Philips Capital this week. This will trigger the payment release to Colin CC for our 2 outstanding pay applications. I have attached the previous email with all of the supporting documents to facilitate our payments.

Please acknowledge the above is your understanding as well.

Based on our conversation I have directed our PM Justin Neep to communicate our remob plan and updated construction schedule.

Thanks

**KEVIN COOK, CHIEF OPERATING OFFICER**

**COLIN CONSTRUCTION COMPANY**
DESIGN**BUILD** FOR HEALTH**CARE**

**210 LINCOLN WAY AUBURN, CA 95603   O: 530.272.3357   F: 530.272.4581   W: COLINCC.COM**

