

**Philips Medical Capital**

June 9, 2021

Watsonville Hospital Corporation
75 Nielson Street
Watsonville, CA  95076

Re:  Change to Master Lease Schedule No. 07 to Master Lease Agreement dated as of September 22, 2020

Gentlemen:

The approved financing amount for the System cost has decreased.  As a result, the Payments in subsection 5 (a) are hereby changed as follows:

one (1) down payment in the amount of $113,382.85 plus all applicable taxes followed by
sixty (60) payments in the amount of $9,191.07 including taxes

This addendum supplements the Lease.  In the event of any conflict, inconsistency or incongruity between the provisions of this addendum and any of the provisions of the Lease, the provisions of this Addendum shall in all respects govern and control.  In addition, you agree that a facsimile copy of this document with facsimile signatures may be treated as an original and will be admissible as evidence in a court of law.

Please sign below to acknowledge this change.

Sincerely,

Susan DelPizzo-Cope
Middle Market Specialist

---

Acknowledged:

Watsonville Hospital Corporation

By:  x  *Bruce Grimshaw, CEO* 6/21/2021
     Bruce Grimshaw, CEO