
Case: 21-51477    Doc# 697-22    Filed: 08/29/22    Entered: 08/29/22 18:03:56    Page 1 of 1