| From: | Winterhalter, Paul <pwinterhalter@offitkurman.com> |
|---|---|
| Sent: | Wednesday, August 17, 2022 4:05 PM |
| To: | Steven W. Golden; Doolittle, Jonathan |
| Subject: | Watsonville Hospital |

Steve & Jonathan:

I had a chance to catch up with the in-house counsel for Philips Medical Capital this afternoon related to the requests to clean up the lease assumption and assignment issues involving the Watsonville Hospital case. The bottom line is that PMC does not want to do the deal. They believe the contracts were not finalized and equipment was not delivered so there are no actual leases to be assumed and assigned.

They have evaluated the information shared by Pajaro Valley Healthcare related to the prospective future operations presuming the placement of the Cath Lab and related equipment but did confirm the believe that financial performance is too speculative. As a result, they are not willing to proceed.



**Paul J. Winterhalter**

Principal
D 267.338.1370
M 215.518.2613
pwinterhalter@offitkurman.com

401 Plymouth Road
Suite 100
Plymouth Meeting, PA 19462
T 484.531.1700
F 484.531.1735
offitkurman.com

  

---

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.