

MARYLAND
PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

*Paul J. Winterhalter*
*Principal Attorney*
*(267) 338-1370 (Direct Dial)*
*(267) 338-1335 (Fax)*
*pwinterhalter@offitkurman.com*

*Via Email*

August 22, 2022

Steven Golden, Esquire
Pachulski, Stang, Ziehl & Jones
919 North Market Street
17th Floor
Wilmington, DE 19899

        **Re:    In re: Watsonville Hospital Corporation**

Dear Steve:

    I acknowledge receipt of your lengthy letter dated August 19, 2022, in which you object to Philips Medical Capital's decision ("Philips") not to proceed any further with finalizing the equipment lease arrangement with Watsonville Hospital ("Watsonville") or its intended successor, Pajaro Valley Healthcare District Project. I can certainly appreciate the prospective hospital buyer's disappointment. Unfortunately, the actual operative lease agreements were not finalized prior to the Bankruptcy filing and as a result there are no binding contractual agreements to be assumed.

    As you are aware, there were intended to be four schedules which were being negotiated by Philips and Watsonville. These Lease Schedules are identified as Master Lease Schedules 7,8,9, and 10. Three schedules involved the proposed leasing of equipment (Schedules 8,9, and 10), and one lease schedule (Schedule 7) provided for the repayment as a lease agreement of certain monies which were contemplated to be advanced by Philips for the purposes of contributing toward the fit-out cost at the hospital for housing the intended Cath Lab. I am unaware of any definitive agreement which obligated Philips to make any fit-out advances to Watsonville. There is no agreement between Philips and the construction contractor, Colin Construction Company.

    It is common practice both by Philips and in the equipment leasing industry that lease schedules are not signed by the lessor until the subject leased equipment is actually delivered. Despite your implied suggestion in your correspondence that certain equipment is on site, the actual medical equipment has not been delivered and Philips has not signed nor has become

the perfect legal partner®   Ten Penn Center | 1801 Market Street | Suite 2300 | Philadelphia, PA 19103 | 267.338.1300   offitkurman.com



MARYLAND
PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

contractually obligated to perform under the equipment lease schedules. There are no binding lease agreements.

Your communication also made implication that Lease Schedules 1-6 were identified by Watsonville and were believed to have been suggestively designated for assumption by the Debtor under a cryptic Assumption and Assignment Notice set forth under a Bid Procedures Order dated January 10, 2022. The Lease Schedules identified in the Notice were Lease Schedules 1-6, however, as you are aware these lease schedules were canceled by the parties in advance of the Bankruptcy filing and replaced by Schedules 7,8,9, and 10. As your correspondence notes, I advised you of this erroneous information in February of this year.

As you further note, on July 7, 2022, Watsonville issued a Third Supplemental Assumption and Assignment Notice providing seven days to object. This was the first time the correct schedules were identified, and the Debtor attempted to designate them for assumption. You acknowledge Philips did timely file an objection to this assumption and to date Philips has not changed its position that it does not wish to be part of the contemplated transactions.

Regretfully, Philips has made the business decision that it is not economically prudent for it to proceed with delivering the equipment and entering and finalizing the Equipment Lease Agreements with Watsonville or the prospective purchaser of the Hospital. My client understands you have threatened to seek the Court's intervention to compel Philips to deliver the equipment and finalize the contract with Watsonville. We are both aware a Court does not have the authority to compel a party to contract.

Respectfully yours,

*/s/ Paul J. Winterhalter*

PAUL J. WINTERHALTER