

Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

The following constitutes the order of the Court.
Signed: August 30, 2022

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER APPROVING AMENDED STIPULATION FOR ASSUMPTION AND ASSIGNMENT OF MEDI-CAL PROVIDER AGREEMENT AND SPECIFYING TERMS AND CONDITIONS**<br><br>Judge: Honorable M. Elaine Hammond |

      The Court has considered the *Amended Stipulation for Assumption and Assignment of Medi-Cal Provider Agreement* (the "Stipulation") [Docket No. 701] filed on August 30, 2022. Unless otherwise defined, a capitalized term used herein shall have the meaning set forth in the Stipulation. The Stipulation is among the Hospital, one of the debtors and debtors in possession in the above-captioned chapter 11 cases, the Project, the Pajaro Valley Hospital and the California Department of Health Care Services ("DHCS"). The Project is the Buyer under that certain *Asset Purchase Agreement* dated as of December 27, 2021 (as amended, the "APA"), and the Pajaro Valley Hospital

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

is the proposed designee of the Buyer to carry out the rights, duties and obligations of the Buyer under the APA. Each of the Parties consents to the entry of this order as the "Approval Order" under ¶ 1 of the Stipulation. It appears that the Stipulation is fair and reasonable and in the best interests of the Debtors, their estates, creditors and other parties in interest. Accordingly, after due deliberation and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved and the Parties are authorized to implement the Stipulation in accordance with its terms and conditions.

2. The Hospital is authorized pursuant to section 365 of the Bankruptcy Code to assume and assign the Medi-Cal Provider Agreement to the Pajaro Valley Hospital at the time, and subject to the terms and conditions, specified in the Stipulation.

3. The Stipulation resolves the Limited Contract Objection of DHCS pursuant to ¶¶ 28 and 31 of the *Order (I) Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of Liens (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 347] (the "Sale Order), entered by the Court on February 23, 2022. Accordingly, pursuant to the Sale Order, (a) the Medi-Cal Provider Agreement shall be treated as a Resolved Objection Contract under ¶ 28 of the Sale Order and (b) the Stipulation shall resolve, as to DHCS, the pending Provider Agreement Hearing under ¶ 31 of the Sale Order.

4. This Court shall retain exclusive jurisdiction to determine all matter arising from or related to the implementation, interpretation or enforcement of the Stipulation or this order.

**// END OF ORDER //**

## COURT SERVICE LIST

ECF Participants