1  Debra I. Grassgreen (CA Bar No. 169978)
   Maxim B. Litvak (CA Bar No. 215852)
2  Steven W. Golden (admitted *pro hac vice*)
   PACHULSKI STANG ZIEHL & JONES LLP
3  One Market Plaza, Spear Tower, 40th Floor
   San Francisco, CA  94105-1020
4  Telephone:      415.263.7000
   Facsimile:      415.263.7010
5  E-mail:         dgrassgreen@pszjlaw.com
                   mlitvak@pszjlaw.com
6                  sgolden@pszjlaw.com

7  Attorneys for Debtors and Debtors in Possession

8  **UNITED STATES BANKRUPTCY COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

| | |
|---|---|
| 11 In re: | Case No. 21-51477 |
| 12 WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 |
| 13 Debtors.[1] | ***AMENDED* NOTICE OF HEARING ON JOINT MOTION OF THE DEBTORS AND THE BUYER FOR AN ORDER ENFORCING THE SALE ORDERS BY AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS WITH PHILIPS MEDICAL CAPITAL, LLC AND RESPONSE TO PMC OBJECTION** |
| | **[Re Docket Nos. 696 and 698]** |
| | Date:     September 29, 2022 |
| | Time:     10:00 a.m. (Pacific Time) |
| | Place:    United States Bankruptcy Court |
| | 280 South First Street |
| | Courtroom 11 |
| | San Jose, CA 95113-3099 |
| | Judge:    Honorable M. Elaine Hammond |

23 **TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED**

24 **STATES TRUSTEE, PHILIPS MEDICAL CAPITAL, LLC, AND OTHER PARTIES IN**

25 **INTEREST:**

26

27 [1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

1     **PLEASE TAKE NOTICE** that on December 5, 2021 (the "Petition Date"), Watsonville

2 Hospital Corporation ("WHC") and its debtor affiliates, as debtors and debtors in possession

3 (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), each

4 filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the

5 "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California

6 (San Jose Division) (the "Bankruptcy Court").

7     **PLEASE TAKE FURTHER NOTICE** that on August 29, 2022, the Debtors filed the *Joint*

8 *Motion of the Debtors and the Buyer for an Order Enforcing the Sale Orders by Authorizing the*

9 *Assumption and Assignment of Contracts with Philips Medical Capital, LLC and Response to PMC*

10 *Objection* [Docket No. 696] (the "Motion").

11     **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be conducted via

12 Zoom videoconference on September 29, 2022 at 10:00 a.m. (Prevailing Pacific Time) (the

13 "Hearing"), before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, 280 South

14 First Street, San Jose, California 95113, Courtroom 11. The Bankruptcy Court's website provides

15 information regarding how to arrange a telephonic or video appearance. If you have any questions

16 regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-

17 821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

18     **PLEASE TAKE FURTHER NOTICE** that pursuant to an order entered by the Court on

19 December 8, 2021 [Docket No. 49], any opposition to the relief requested in the Motion must be filed

20 and served no later than 4:00 p.m. (Prevailing Pacific Time) on September 22, 2022 (the "Objection

21 Deadline"). Absent prior leave of court, no objection shall exceed ten (10) pages, exclusive of

22 declarations, requests for judicial notice, or any exhibits thereto. The court may deem the failure of

23 any party in interest to file a timely objection to constitute consent to the relief requested.

24     **PLEASE TAKE FURTHER NOTICE** that if you do not file an objection by the Objection

25 Deadline or in accordance with the above procedures, the court may grant the relief requested in the

26 Motion without holding a hearing.

27     **PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be viewed or obtained

28 by: (i) accessing the Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the

Clerk of the Court at 280 South First Street, Room 3035, San Jose, CA 95113, or (iii) from the Debtors' proposed notice and claims agent, Stretto, at the case website of https://cases.stretto.com/WatsonvilleHospital, or toll free at: 1-877-476-4390 or submit an inquiry via email to TeamWatsonvilleHospital@stretto.com. Note that a PACER password is needed to access documents on the Court's website.

Dated:    August 30, 2022                              PACHULSKI STANG ZIEHL & JONES LLP

                                                       By: */s/ Debra I. Grassgreen*
                                                           Debra I. Grassgreen
                                                           Maxim B. Litvak
                                                           Steven W. Golden

                                                           Attorneys for Debtors and Debtors in Possession

DOCS_SF:107859.2 92381/001