DocuSign Envelope ID: D0393079-A88B-467F-AAF5-C7BABEFE5E52

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| Watsonville Hospital Corporation | No. 21-51477 |
| Debtors | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Guidehouse Managed Services LLC f/k/a Navigant Cymetrix Corporation a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register and as filed as Claim No. 335 against Watsonville Hospital Corporation) and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Guidehouse Managed Services LLC
4511 Paysphere Circle
Chicago, IL 60674

New Address
Guidehouse Managed Services LLC
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:
Guidehouse Managed Services LLC
By: *(signature)*
Name: William Jones
Title: President
Date: August 29, 2022