1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

*Co-Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re

WATSONVILLE HOSPITAL
CORPORATION, et al.,[1]

Debtors.

CASE NO. 21-51477

Chapter: 11
(Jointly Administered)

**SIXTH MONTHLY FEE STATEMENT OF SILLS CUMMIS & GROSS P.C., AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JUNE 1, 2022 THROUGH JUNE 30, 2022**

Judge: Hon. M. Elaine Hammond

**Objection Deadline: October 3, 2022
4:00 p.m. (Pacific Time)**

[No Hearing Requested]

| Name of Applicant: | Sills Cummis & Gross P.C. |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | December 29, 2021, by Order entered January 31, 2022 [Docket No. 261] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

9056132

| Period for Which Compensation and Reimbursement is Sought: | June 1, 2022 – June 30, 2022 |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $60,375.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

On January 17, 2022, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed an *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Watsonville Hospital Corporation, et al., Effective as of December 29, 2021* [Docket No. 211] (the "Retention Application").

The Retention Application was granted on January 31, 2022, by this Court's *Order Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Watsonville Hospital Corporation, et al., Effective as of December 29, 2021* [Docket No. 261] (the "Retention Order").

Sills Cummis & Gross P.C. ("Sills"), as co-counsel to the Committee hereby submits its sixth monthly fee statement (the "Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2022 through and including June 30, 2022 (the "Fee Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order").[3]

By this Fee Statement, Sills seeks: (i) a monthly interim allowance of compensation in the amount of $60,375.00; and (ii) payment of $48,300.00 (80% of the allowed fees pursuant to the Compensation Procedures Order) for the Fee Period.

---

[2] Sills' fees at its *standard* hourly rates actually total $74,457.50. However, as noted in its Retention Order (defined below), Sills' fees are subject to a $625 blended hourly rate cap. After application of this discount, Sills' fees were reduced to $60,375.00.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

1    Attached as **Exhibit 1** is the name of each Sills professional who performed services for the

2    Committee in connection with these Chapter 11 Cases during the Fee Period and the hourly rate

3    and total fees for each such professional.

4    Attached as **Exhibit 2** is a summary of hours by task code during the Fee Period.

5    Attached as **Exhibit 3** is a summary of expenses included in the Fee Statement.

6    Attached as **Exhibit 4** is the invoice undergirding this Fee Statement, which includes

7    detailed time entries for Sills' professionals during the Fee Period.

8    In accordance with the Compensation Procedures Order, responses or objections to this Fee

9    Statement, if any, must be filed and served on Sills and the Notice Parties on or before 4:00 p.m.

10   (Pacific Time) on the 14th day (or next business day if such day is not a business day) following

11   the date this Fee Statement is served (the "Objection Deadline").

12   Upon the expiration of the Objection Deadline, Sills or its co-counsel shall file a certificate

13   of no objection with the Court, after which the Debtors are authorized and directed to pay Sills an

14   amount equal to 80% of the fees and 100% of the expenses requested in this Fee Statement.

15   If an objection is timely filed and served, the Debtors shall be authorized and directed to

16   pay Sills 80% of the fees and 100% of the expenses not subject to an objection.

*[REMAINDER OF PAGE INTENTIONALLY BLANK]*

Case: 21-51477    Doc# 757    Filed: 09/19/22    Entered: 09/19/22 14:30:18    Page 3 of 23

DATED: September 19, 2022

**PERKINS COIE LLP**

By: */s/ Paul S. Jasper*

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric Walker, IL Bar No 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

*Co-Counsel to the Official Committee of Unsecured Creditors*

## EXHIBIT 1

### Compensation by Professional

| Name of Professional Individual | Position, primary department, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy<br>First Bar Admission: 1991 | $925 | 11.5 | $10,637.50 |
| Alan E. Sherman | Member, Tax<br>First Bar Admission: 1977 | $825 | 1.6 | $1,320.00 |
| Boris Mankovetskiy | Member, Bankruptcy<br>First Bar Admission: 2001 | $825 | 26.9 | $22,192.50 |
| Lucas Hammonds | Of Counsel, Bankruptcy<br>First Bar Admission: 2008 | $725 | 46.9 | $34,002.50 |
| Gregory Kopacz | Associate, Bankruptcy<br>First Bar Admission: 2010 | $650 | 9.7 | $6,305.00 |
| **Total Fees at Standard Rates** | | | **96.6** | **$74,457.50** |
| **Total Fees After Application of $625 Blended Rate Discount** | | | **96.6** | **$60,375.00** |

9056132

**<u>EXHIBIT 2</u>**

**Compensation by Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery (101) | 4.3 | $3,547.50 |
| Asset Disposition (102) | 8.3 | $6,877.50 |
| Business Operations (103) | 1.0 | $825.00 |
| Case Administration (104) | 1.2 | $920.00 |
| Claims Administration and Objections (105) | 2.1 | $1,662.50 |
| Fee/Employment Applications (107) | 9.6 | $6,515.00 |
| Fee/Employment Objections (108) | 0.2 | $130.00 |
| Financing (109) | 0.8 | $660.00 |
| Plan and Disclosure Statement (113) | 69.1 | $53,320.00 |
| **TOTAL** | **96.6** | **$74,457.50** |
| **Total Fees After Application of $625 Blended Rate Discount** | **96.60** | **$60,375.00** |

## EXHIBIT 3

### Expenses

| Expense Category | Amount Billed |
|---|---|
| N/A | $0.00 |
| **Total** | **$0.00** |

1         **<u>EXHIBIT 4</u>**

2          **Invoice**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 21-51477  Doc# 757  Filed: 09/19/22  Entered: 09/19/22 14:30:18  Page 8 of
23

9056132

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of
Watsonville Hospital Corporation
c/o William P. Anderson, Committee Chair
MEDHOST Direct, Inc.
6550 Carothers Parkway, Ste. 160
Franklin, TN  37067

July 22, 2022
Client/Matter No. 08650135.000001
Invoice: 2024431
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through June 30, 2022

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **101 – ASSET ANALYSIS AND RECOVERY** | | | | | |
| 06/10/22 | BM | 101 | Analysis regarding potential estate-based causes of action against third parties. | 0.80 | |
| 06/15/22 | BM | 101 | Analysis regarding potential estate-based claims against former D&Os. | 1.10 | |
| 06/17/22 | BM | 101 | Analysis regarding potential estate-based claims against insiders. | 1.30 | |
| 06/21/22 | BM | 101 | Analysis regarding potential estate-based claims against certain insiders. | 1.10 | |
| | | **TASK TOTAL 101** | | **4.30** | **$3,547.50** |
| **102 – ASSET DISPOSITION** | | | | | |
| 06/10/22 | BM | 102 | Analysis regarding sale closing issues. | 0.70 | |
| 06/21/22 | BM | 102 | Analysis regarding sale closing issues. | 1.30 | |
| 06/27/22 | BM | 102 | Analysis regarding sale closing issues. | 1.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee
July 22, 2022
Client/Matter No. 08650135.000001
Invoice: 2024431
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/27/22 | AHS | 102 | Email and address sale and closing issues. | 0.30 | |
| 06/29/22 | BM | 102 | Analysis regarding sale closing issues. | 1.30 | |
| 06/29/22 | AHS | 102 | Call with CRO and parties re: sale update and Force10 retention issues. | 1.10 | |
| 06/29/22 | LFH | 102 | Analyze Committee sale status update issues. | 0.20 | |
| 06/29/22 | LFH | 102 | Call with J. Rosenthal, A. Sherman, and B. Mankovetskiy regarding sale and case status issues. | 0.90 | |
| 06/30/22 | AHS | 102 | Call with Debtors' counsel re: sale issues and follow up re: same. | 0.60 | |
| 06/30/22 | LFH | 102 | Prepare update to Committee regarding sale issues. | 0.40 | |
| 06/30/22 | LFH | 102 | Analyze sale status issues with respect to update to Committee. | 0.20 | |
| | | **TASK TOTAL 102** | | **8.30** | **$6,877.50** |

### 103 – BUSINESS OPERATIONS

| | | | | | |
|---|---|---|---|---|---|
| 06/10/22 | BM | 103 | Analysis regarding Debtors' financial reporting. | 0.40 | |
| 06/21/22 | BM | 103 | Analysis regarding Debtors' monthly operating reports. | 0.60 | |
| | | **TASK TOTAL 103** | | **1.00** | **$825.00** |

### 104 – CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 06/11/22 | GAK | 104 | Review agenda for upcoming hearing. | 0.10 | |

Sills Cummis & Gross P.C.

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/17/22 | GAK | 104 | Review notification regarding upcoming hearing on objection to assumption and email A. Sherman regarding same. | 0.10 | |
| 06/24/22 | GAK | 104 | Review notification regarding upcoming hearing and related deadlines and emails to A. Sherman regarding same. | 0.20 | |
| 06/29/22 | BM | 104 | Call with CRO regarding pending matters. | 0.80 | |
| | | **TASK TOTAL 104** | | **1.20** | **$920.00** |

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/10/22 | BM | 105 | Analysis regarding reconciliation of priority unsecured claims. | 0.70 | |
| 06/21/22 | BM | 105 | Analysis regarding Debtors' first and second omnibus objections to claims. | 0.70 | |
| 06/21/22 | LFH | 105 | Review and analyze draft first through third omnibus claim objections. | 0.70 | |
| | | **TASK TOTAL 105** | | **2.10** | **$1,662.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| Date | Atty | Task | Description | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/01/22 | GAK | 107 | Prepare for and attend call with U.S. Trustee regarding first interim fee application. | 0.50 | |
| 06/01/22 | GAK | 107 | Email U.S. Trustee regarding same. | 0.10 | |
| 06/03/22 | GAK | 107 | Communications with A. Sherman regarding supplement in support of fee application. | 0.20 | |
| 06/03/22 | GAK | 107 | Draft supplement to first fee application and related exhibit. | 4.10 | |

Sills Cummis & Gross P.C.

Creditors' Committee
July 22, 2022
Client/Matter No. 08650135.000001
Invoice: 2024431
Page 4

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/06/22 | AHS | 107 | Review and revise supplement to fee application and have same filed. | 0.80 | |
| 06/07/22 | GAK | 107 | Finalize supplement to fee application and email local counsel regarding same. | 0.10 | |
| 06/10/22 | GAK | 107 | Work on May fee statement. | 0.20 | |
| 06/13/22 | AHS | 107 | Follow up calls and email re: fee app order and hearing. | 0.20 | |
| 06/18/22 | GAK | 107 | Attention to communications from Debtors' counsel regarding proposed order on fee application. | 0.10 | |
| 06/18/22 | GAK | 107 | Revise proposed order based on updated payment information and communications with billing team regarding fee application. | 0.40 | |
| 06/18/22 | GAK | 107 | Emails with A. Sherman on fee application. | 0.10 | |
| 06/20/22 | GAK | 107 | Work on May fee statement. | 0.80 | |
| 06/20/22 | GAK | 107 | Email Debtors' counsel regarding proposed order approving fee application. | 0.20 | |
| 06/23/22 | GAK | 107 | Draft proposed order approving interim fee application. | 0.70 | |
| 06/23/22 | GAK | 107 | Update proposed order approving fee application based on various comments from co-counsel and A. Sherman. | 0.90 | |
| 06/23/22 | GAK | 107 | Email co-counsel regarding proposed order. | 0.20 | |
| | | **TASK TOTAL 107** | | **9.60** | **$6,515.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650135.000001
Invoice: 2024431
Page 5

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|

### 108 – FEE/EMPLOYMENT OBJECTIONS

| 06/07/22 | GAK | 108 | Review Bartko April Fee Statement and email A. Sherman regarding same. | 0.10 | |
| 06/17/22 | GAK | 108 | Review Force 10's May fee statement and email A. Sherman regarding same. | 0.10 | |

| | | **TASK TOTAL 108** | | **0.20** | **$130.00** |

### 109 – FINANCING

| 06/07/22 | BM | 109 | Analysis of issues regarding proposed extended DIP budget. | 0.80 | |

| | | **TASK TOTAL 109** | | **0.80** | **$660.00** |

### 113 – PLAN AND DISCLOSURE STATEMENT

| 06/01/22 | AHS | 113 | Analysis re: disclosure statement issues and potential claims against 3rd party and necessary disclosure. | 0.70 | |
| 06/01/22 | AHS | 113 | Call with Debtor's counsel re: plan and DS issues. | 0.40 | |
| 06/01/22 | LFH | 113 | Prepare draft liquidation trust agreement. | 0.80 | |
| 06/01/22 | LFH | 113 | Review case docket and filings for trust agreement recitations. | 0.30 | |
| 06/01/22 | LFH | 113 | Analyze interested party comments to plan and disclosure statement. | 0.30 | |
| 06/01/22 | LFH | 113 | Analyze liquidation trustee authority issues. | 0.20 | |
| 06/01/22 | LFH | 113 | Analyze liquidation trust governance issues for preparation of trust agreement. | 0.20 | |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/01/22 | LFH | 113 | Analyze plan supplement document and information requirements. | 0.20 | |
| 06/01/22 | LFH | 113 | Review and analyze plan with respect to liquidation trust agreement preparation issues. | 0.60 | |
| 06/01/22 | LFH | 113 | Review and analyze plan and disclosure statement with respect to revision issues for proposed solicitation versions. | 0.40 | |
| 06/02/22 | BM | 113 | Analysis regarding proposed resolution of informal objections to disclosure statement. | 0.90 | |
| 06/02/22 | BM | 113 | Analysis regarding revisions of proposed plan and disclosure statement. | 1.30 | |
| 06/03/22 | BM | 113 | Analysis regarding proposed revisions of plan and disclosure statement. | 1.30 | |
| 06/03/22 | BM | 113 | Analysis regarding Limited Objection and Reservation of Rights of the U.S. Trustee to Approval of Joint Motion for Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of Notice of Omnibus Objections. | 0.40 | |
| 06/03/22 | LFH | 113 | Analyze U.S. Trustee comments to plan and disclosure statement with respect to revision and response issues. | 0.40 | |
| 06/03/22 | LFH | 113 | Analyze plan and disclosure statement revision issues in light of party and U.S. Trustee comments. | 0.50 | |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/03/22 | LFH | 113 | Review and analyze current plan version in light of party and U.S. Trustee comments. | 0.40 | |
| 06/03/22 | LFH | 113 | Confer with B. Mankovetskiy regarding plan revision issues and liquidation trust issues. | 0.20 | |
| 06/03/22 | LFH | 113 | Prepare draft liquidation trust agreement. | 0.70 | |
| 06/06/22 | BM | 113 | Call with Debtors' and UST counsel regarding plan issues. | 0.30 | |
| 06/06/22 | BM | 113 | Call with MPT regarding plan issues. | 0.30 | |
| 06/06/22 | BM | 113 | Analysis regarding proposed revisions of plan and disclosure statement. | 1.20 | |
| 06/06/22 | BM | 113 | Analysis regarding preservation of estate-based causes of action. | 0.90 | |
| 06/06/22 | AHS | 113 | Review of revised language for DS to address potential objection by party. | 0.80 | |
| 06/06/22 | AHS | 113 | Calls with counsel for Debtors and UST re: disclosure statement issues and potential resolution. | 0.60 | |
| 06/06/22 | AHS | 113 | Review of revised DS and exhibit to address objections and calls earlier today. | 0.70 | |
| 06/06/22 | AHS | 113 | Review of filed objection by UST and call with counsel for Debtors re: same. | 0.70 | |
| 06/06/22 | LFH | 113 | Confer with A. Sherman and B. Mankovetskiy regarding plan excluded parties list issues. | 0.20 | |
| 06/06/22 | LFH | 113 | Confer with A. Sherman and B. Mankovetskiy regarding plan excluded parties list issues. | 0.20 | |

| | | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 06/06/22 | LFH | 113 | Analyze plan claim preservation issues and standards. | | 0.60 | |
| 06/06/22 | LFH | 113 | Research and analyze 9th Circuit plan claim preservation cases and guidelines. | | 0.80 | |
| 06/06/22 | LFH | 113 | Prepare proposed description of reserved claims for plan exhibit A. | | 0.40 | |
| 06/06/22 | LFH | 113 | Review and analyze plan and exhibit A with respect to claim preservation issues. | | 0.30 | |
| 06/06/22 | LFH | 113 | Review and analyze agreements with respect to counterparty claim preservation issues. | | 0.60 | |
| 06/06/22 | LFH | 113 | Revise excluded parties list for plan exhibit A. | | 0.30 | |
| 06/06/22 | LFH | 113 | Revise excluded parties list for plan exhibit A. | | 0.30 | |
| 06/06/22 | LFH | 113 | Review and analyze changes to plan proposed by BETA in interest of resolving potential objection. | | 0.30 | |
| 06/06/22 | LFH | 113 | Analyze plan revision issues in light of language proposed by BETA. | | 0.20 | |
| 06/06/22 | LFH | 113 | Revise plan language proposed by BETA. | | 0.30 | |
| 06/06/22 | LFH | 113 | Review and analyze updated plan. | | 0.40 | |
| 06/06/22 | LFH | 113 | Review and analyze updated disclosure statement. | | 0.30 | |
| 06/06/22 | LFH | 113 | Review and analyze correspondence from Debtors' counsel regarding plan and disclosure statement updates and open objection issues. | | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650135.000001
Invoice: 2024431
Page 9

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/06/22 | LFH | 113 | Review and analyze U.S. Trustee objection to disclosure statement. | 0.40 | |
| 06/06/22 | LFH | 113 | Analyze U.S. Trustee response issues and plan revision issues in light of same. | 0.30 | |
| 06/06/22 | LFH | 113 | Revise updated plan and disclosure statement. | 0.60 | |
| 06/06/22 | LFH | 113 | Analyze disclosure statement objection response issues. | 0.20 | |
| 06/06/22 | LFH | 113 | Coordinate with Debtors' counsel regarding plan and disclosure statement revision and support issues. | 0.20 | |
| 06/07/22 | BM | 113 | Analysis regarding reply to UST's limited objection and reservation of rights with respect to proposed disclosure statement. | 0.60 | |
| 06/07/22 | BM | 113 | Attend to revisions of proposed plan and disclosure statement. | 0.90 | |
| 06/07/22 | BM | 113 | Analysis regarding resolution of informal objections to disclosure statement. | 0.80 | |
| 06/07/22 | AHS | 113 | Emails to address recovery analysis for DS. | 0.30 | |
| 06/07/22 | AHS | 113 | Review and revise response to DS objection. | 0.40 | |
| 06/07/22 | LFH | 113 | Prepare summary of plan and disclosure statement issues for Committee. | 0.70 | |
| 06/07/22 | LFH | 113 | Review updated draft response to U.S. Trustee disclosure statement objection. | 0.20 | |
| 06/07/22 | LFH | 113 | Review and analyze proposed final updated plan and disclosure statement. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650135.000001
Invoice: 2024431
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/07/22 | LFH | 113 | Review draft reply to U.S. Trustee disclosure statement objection. | 0.60 | |
| 06/07/22 | LFH | 113 | Review and analyze draft reply to U.S. Trustee disclosure statement objection. | 0.40 | |
| 06/07/22 | LFH | 113 | Confer with B. Mankovetskiy regarding disclosure statement and plan issues for disclosure statement hearing. | 0.20 | |
| 06/07/22 | LFH | 113 | Review Debtors' analysis of disclosure statement and plan issues. | 0.20 | |
| 06/07/22 | LFH | 113 | Review and analyze updated plan documents from Debtors. | 0.50 | |
| 06/07/22 | LFH | 113 | Analyze U.S. Trustee disclosure statement objection response issues. | 0.30 | |
| 06/07/22 | LFH | 113 | Review and analyze disclosure statement with respect to update issues in light of recent plan revisions. | 0.40 | |
| 06/07/22 | LFH | 113 | Review and analyze disclosure statement notices for update and release language issues. | 0.40 | |
| 06/08/22 | BM | 113 | Attend to revisions of proposed disclosure statement. | 0.60 | |
| 06/08/22 | LFH | 113 | Review comments from Force 10 regarding plan documents and analyze finalization issues. | 0.30 | |
| 06/13/22 | AHS | 113 | Review of pleadings, objections and replies, regarding DS to prepare for hearing and review of case law re: same. | 1.40 | |
| 06/13/22 | AHS | 113 | Attend DS approval hearing. | 0.80 | |
| 06/13/22 | LFH | 113 | Review and analyze plan with respect to liquidation trust agreement structure and requirements issues. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

July 22, 2022
Client/Matter No. 08650135.000001
Invoice: 2024431
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/13/22 | LFH | 113 | Analyze liquidation trust structure and governance issues. | 0.40 | |
| 06/13/22 | LFH | 113 | Review docket and filings with respect to case background for liquidation trust agreement recitations and provisions. | 0.40 | |
| 06/13/22 | LFH | 113 | Prepare draft liquidation trust agreement. | 1.10 | |
| 06/14/22 | BM | 113 | Analysis regarding draft liquidation trust agreement. | 1.20 | |
| 06/14/22 | LFH | 113 | Review and analyze plan with respect to liquidation trust agreement preparation issues. | 0.50 | |
| 06/14/22 | LFH | 113 | Analyze plan and trust agreement consistency issues. | 0.40 | |
| 06/14/22 | LFH | 113 | Prepare draft liquidation trust agreement. | 4.80 | |
| 06/14/22 | LFH | 113 | Revise draft liquidation trust agreement. | 1.60 | |
| 06/15/22 | BM | 113 | Analysis and revisions of liquidating trust agreement. | 0.80 | |
| 06/15/22 | LFH | 113 | Confer with B. Mankovetskiy regarding liquidation trust agreement issues. | 0.10 | |
| 06/15/22 | LFH | 113 | Review and analyze draft liquidation trust agreement with respect to further revision issues. | 0.60 | |
| 06/15/22 | LFH | 113 | Review and analyze plan and draft liquidation trust agreement with respect to consistency and trust governance issues. | 0.80 | |
| 06/15/22 | LFH | 113 | Revise draft liquidation trust agreement. | 0.70 | |
| 06/15/22 | LFH | 113 | Analyze plan supplement document and deadline issues. | 0.20 | |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/15/22 | LFH | 113 | Analyze solicitation and confirmation issues in light of disclosure statement order requirements. | 0.30 | |
| 06/16/22 | LFH | 113 | Revise draft liquidation trust agreement. | 2.90 | |
| 06/16/22 | LFH | 113 | Analyze trust administration issues with respect to liquidation trust agreement revisions. | 0.30 | |
| 06/16/22 | LFH | 113 | Review and analyze plan and draft liquidation trust agreement with respect to liquidation trust agreement revision issues. | 0.70 | |
| 06/16/22 | LFH | 113 | Analyze liquidation trust agreement update issues in light of comments from B. Mankovetskiy and P. Jasper. | 0.40 | |
| 06/16/22 | LFH | 113 | Call with P. Jasper regarding liquidation trust agreement issues. | 0.10 | |
| 06/17/22 | BM | 113 | Analysis and revisions of proposed liquidating trust agreement. | 0.90 | |
| 06/17/22 | LFH | 113 | Analyze liquidation trust agreement circulation, revision, and filing issues. | 0.30 | |
| 06/17/22 | LFH | 113 | Further revise draft liquidation trust agreement. | 0.90 | |
| 06/17/22 | LFH | 113 | Integrate P. Jasper comments and additional comments into updated draft liquidation trust agreement. | 0.60 | |
| 06/17/22 | LFH | 113 | Review and analyze plan and disclosure statement with respect to liquidation trust agreement issues in light of P. Jasper comments. | 0.40 | |

Sills Cummis & Gross P.C.

Creditors' Committee          July 22, 2022
          Client/Matter No. 08650135.000001
          Invoice: 2024431
          Page 13

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/17/22 | LFH | 113 | Analyze liquidation trust agreement revision issues in light of P. Jasper comments. | 0.30 | |
| 06/17/22 | LFH | 113 | Review and analyze P. Jasper comments to draft liquidation trust agreement. | 0.30 | |
| 06/17/22 | GAK | 113 | Review Disclosure Statement order and email A. Sherman regarding key upcoming dates/deadlines. | 0.50 | |
| 06/20/22 | BM | 113 | Attend to revisions of proposed liquidating trust agreement. | 0.80 | |
| 06/20/22 | AHS | 113 | Review of liquidating trust agreement and issues therein. | 0.80 | |
| 06/20/22 | AHS | 113 | Email to committee re: liquidating trust and post-confirmation issues. | 0.30 | |
| 06/20/22 | LFH | 113 | Analyze plan supplement issues. | 0.20 | |
| 06/20/22 | LFH | 113 | Analyze trust administration and plan effectuation issues. | 0.40 | |
| 06/20/22 | LFH | 113 | Prepare summary of trust tax issues and correspondence to Alan Sherman regarding same. | 0.50 | |
| 06/20/22 | LFH | 113 | Analyze tax and trust safe harbor issues. | 0.60 | |
| 06/20/22 | LFH | 113 | Revise and finalize draft liquidation trust agreement for circulation to Debtors' counsel. | 0.80 | |
| 06/20/22 | LFH | 113 | Prepare draft correspondence to Committee regarding plan and trust issues. | 0.70 | |
| 06/20/22 | LFH | 113 | Further revise draft liquidation trust agreement in light of collected comments and open issues discussions. | 1.20 | |

Creditors' Committee

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/20/22 | LFH | 113 | Call with B. Mankovetskiy regarding draft liquidation trust agreement revision issues. | 0.20 | |
| 06/20/22 | LFH | 113 | Call with B. Mankovetskiy and P. Jasper regarding draft liquidation trust agreement revision issues. | 0.80 | |
| 06/20/22 | LFH | 113 | Review draft liquidation trust agreement and analyze previous comments in preparation for call with B. Mankovetskiy and P. Jasper regarding liquidation trust agreement revision issues. | 0.40 | |
| 06/20/22 | LFH | 113 | Analyze draft liquidation trust agreement revision and finalization issues. | 0.50 | |
| 06/21/22 | AES | 113 | Review Liquidation Trust; legal research regarding taxation of liquidating trusts. | 1.60 | |
| 06/21/22 | LFH | 113 | Analyze plan supplement and confirmation issues. | 0.30 | |
| 06/21/22 | LFH | 113 | Review disclosure statement order with respect to material filing and confirmation issues. | 0.20 | |
| 06/21/22 | LFH | 113 | Analyze plan voting issues. | 0.20 | |
| 06/29/22 | BM | 113 | Attend to issues regarding plan supplement. | 0.80 | |
| 06/29/22 | AHS | 113 | Email to Committee re: status update and plan issues; respond to emails re: same. | 0.60 | |
| 06/30/22 | LFH | 113 | Analyze liquidation trust oversight issues. | 0.20 | |
| 06/30/22 | LFH | 113 | Prepare update to Committee regarding liquidation trust issues. | 0.40 | |
| | | **TASK TOTAL 113** | | **69.10** | **$53,320.00** |

|  | HOURS | AMOUNT |
|---|---|---|
| **TOTAL FEES at Standard Rates** | **96.60** | **$74,457.50** |
| **TOTAL FEES at Blended Rate of $625** | **96.60** | **$60,375.00** |

**TASK CODE SUMMARY**

| | | | |
|---|---|---|---|
| 101 | Asset Analysis and Recovery | 4.30 | $3,547.50 |
| 102 | Asset Disposition | 8.30 | $6,877.50 |
| 103 | Business Operations | 1.00 | $825.00 |
| 104 | Case Administration | 1.20 | $920.00 |
| 105 | Claims Administration and Objections | 2.10 | $1,662.50 |
| 107 | Fee/Employment Applications | 9.60 | $6,515.00 |
| 108 | Fee/Employment Objections | 0.20 | $130.00 |
| 109 | Financing | 0.80 | $660.00 |
| 113 | Plan and Disclosure Statement | 69.10 | $53,320.00 |
| | TOTAL FEES at Standard Rates | 96.60 | $74,457.50 |
| | TOTAL FEES at Blended Rate of $625 | 96.60 | $60,375.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 11.50 | x | $925.00 | = | $10,637.50 |
| Alan E. Sherman | 1.60 | x | $825.00 | = | $1,320.00 |
| Boris Mankovetskiy | 26.90 | x | $825.00 | = | $22,192.50 |
| Lucas F. Hammonds | 46.90 | x | $725.00 | = | $34,002.50 |
| Gregory A. Kopacz | 9.70 | x | $650.00 | = | $6,305.00 |

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $60,375.00 |
| Total Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$60,375.00** |

*Total includes fees at **Blended Rate**. Per Retention Application, lesser of fees at *Standard Rates* (**$74,457.50**) and fees at *Blended Rate* of $625 (**$60,375.00**) apply.