Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   973.643.7000
Facsimile:   973.643.6500

*Co-Counsel to the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, et al.,[1]<br><br>Debtors. | CASE NO. 21-51477<br><br>Chapter: 11<br>(Jointly Administered)<br><br>**SEVENTH MONTHLY FEE STATEMENT OF SILLS CUMMIS & GROSS P.C., AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 1, 2022 THROUGH JULY 31, 2022**<br><br>Judge: Hon. M. Elaine Hammond<br><br>**Objection Deadline: October 3, 2022**<br>                    **4:00 p.m. (Pacific Time)**<br><br>[No Hearing Requested] |

| Name of Applicant: | Sills Cummis & Gross P.C. |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | December 29, 2021, by Order entered January 31, 2022 [Docket No. 261] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2022 – July 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $58,177.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $19.45 |

On January 17, 2022, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed an *Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Watsonville Hospital Corporation, et al., Effective as of December 29, 2021* [Docket No. 211] (the "Retention Application").

The Retention Application was granted on January 31, 2022, by this Court's *Order Granting Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Watsonville Hospital Corporation, et al., Effective as of December 29, 2021* [Docket No. 261] (the "Retention Order").

Sills Cummis & Gross P.C. ("Sills"), as co-counsel to the Committee hereby submits its seventh monthly fee statement (the "Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing July 1, 2022 through and including July 31, 2022 (the "Fee Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order").[3]

By this Fee Statement, Sills seeks: (i) a monthly interim allowance of compensation in the amount of $58,177.00 and actual and necessary expenses in the amount of $19.45, for a total of $58,196.45; and (ii) payment of $46,541.60 (80% of the allowed fees pursuant to the Compensation Procedures Order) and reimbursement of $19.45 (100% of the allowed expenses

---

[2] Sills' fees at its *standard* hourly rates actually total $72,922.00. However, as noted in its Retention Order (defined below), Sills' fees are subject to a $625 blended hourly rate cap. After application of this discount, Sills' fees were reduced to $58,177.00.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

pursuant to the Compensation Procedures Order) for a total payment of $46,561.05 for the Fee Period.

Attached as **Exhibit 1** is the name of each Sills professional who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period and the hourly rate and total fees for each such professional.

Attached as **Exhibit 2** is a summary of hours by task code during the Fee Period.

Attached as **Exhibit 3** is a summary of expenses included in the Fee Statement.

Attached as **Exhibit 4** is the invoice undergirding this Fee Statement, which includes detailed time entries for Sills' professionals during the Fee Period.

In accordance with the Compensation Procedures Order, responses or objections to this Fee Statement, if any, must be filed and served on Sills and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, Sills or its co-counsel shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Sills an amount equal to 80% of the fees and 100% of the expenses requested in this Fee Statement.

If an objection is timely filed and served, the Debtors shall be authorized and directed to pay Sills 80% of the fees and 100% of the expenses not subject to an objection.

*[REMAINDER OF PAGE INTENTIONALLY BLANK]*

9075260

Case: 21-51477    Doc# 758    Filed: 09/19/22    Entered: 09/19/22 14:31:50    Page 3 of 21

DATED: September 19, 2022

**PERKINS COIE LLP**

By: */s/ Paul S. Jasper*

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric Walker, IL Bar No 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

*Co-Counsel to the Official Committee of
Unsecured Creditors*

9075260

# EXHIBIT 1

## Compensation by Professional

| Name of Professional Individual | Position, primary department, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andrew Sherman | Member, Bankruptcy First Bar Admission: 1991 | $925 | 7.40 | $6,845.00 |
| Boris Mankovetskiy | Member, Bankruptcy First Bar Admission: 2001 | $825 | 40.30 | $33,247.50 |
| Lucas Hammonds | Of Counsel, Bankruptcy First Bar Admission: 2008 | $725 | 44.50 | $32,262.50 |
| Gregory Kopacz | Associate, Bankruptcy First Bar Admission: 2010 | $650 | 0.60 | $390.00 |
| Danielle Delehanty | Paralegal, Bankruptcy | $295 | 0.60 | $177.00 |
| **Total Fees at Standard Rates** | | | **93.40** | **$72,922.00** |
| **Total Fees After Application of $625 Blended Rate Discount** | | | **93.40** | **$58,177.00** |

**EXHIBIT 2**

**Compensation by Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (102) | 6.00 | $4,920.00 |
| Business Operations (103) | 1.00 | $825.00 |
| Case Administration (104) | 2.30 | $1,427.00 |
| Claims Administration and Objections (105) | 0.70 | $577.50 |
| Fee/Employment Applications (107) | 0.30 | $195.00 |
| Plan and Disclosure Statement (113) | 83.10 | $64,977.50 |
| **TOTAL** | **93.40** | **$72,922.00** |
| **Total Fees After Application of $625 Blended Rate Discount** | **93.40** | **$58,177.00** |

**<u>EXHIBIT 3</u>**

**Expenses**

| Expense Category | Amount Billed |
|---|---|
| PACER | $4.40 |
| Lexis-Nexis | $15.05 |
| **Total** | **$19.45** |

9075260

**EXHIBIT 4**

**Invoice**

9075260

# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Official Committee of Unsecured Creditors of
Watsonville Hospital Corporation
c/o William P. Anderson, Committee Chair
MEDHOST Direct, Inc.
6550 Carothers Parkway, Ste. 160
Franklin, TN 37067

August 19, 2022
Client/Matter No. 08650135.000001
Invoice: 2026233
Billing Attorney: AHS

Federal Tax Id: 22-1920331

RE: Creditors' Committee

For Legal Services Rendered Through July 31, 2022

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **102 – ASSET DISPOSITION** | | | | | |
| 07/06/22 | BM | 102 | Analysis regarding sale closing issues. | 0.90 | |
| 07/06/22 | LFH | 102 | Review and analyze notice of potential assumed contracts with respect to assumption and plan issues. | 0.30 | |
| 07/07/22 | BM | 102 | Analysis of issues regarding sale closing. | 0.90 | |
| 07/12/22 | BM | 102 | Analysis of issues regarding sale closing. | 1.10 | |
| 07/12/22 | BM | 102 | Analysis regarding stipulation regarding assumption and assignment of Cigna agreements. | 0.40 | |
| 07/15/22 | BM | 102 | Analysis of issues regarding sale closing. | 0.70 | |
| 07/20/22 | BM | 102 | Analysis regarding sale closing issues. | 0.80 | |
| 07/26/22 | BM | 102 | Analysis regarding sale closing issues. | 0.90 | |
| | **TASK TOTAL 102** | | | **6.00** | **$4,920.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

August 19, 2022
Client/Matter No. 08650135.000001
Invoice: 2026233
Page 2

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|

### 103 – BUSINESS OPERATIONS

| 07/01/22 | BM | 103 | Analysis regarding Debtors' financial reporting. | 0.40 | |
| 07/15/22 | BM | 103 | Analysis regarding Debtors' financial reporting, | 0.30 | |
| 07/21/22 | BM | 103 | Analysis regarding Debtors' financial reporting. | 0.30 | |
| | | **TASK TOTAL 103** | | **1.00** | **$825.00** |

### 104 – CASE ADMINISTRATION

| 07/06/22 | LFH | 104 | Prepare draft Committee correspondence regarding liquidation trust and post-effective date issues. | 0.40 | |
| 07/07/22 | LFH | 104 | Prepare update to Committee regarding liquidation trust agreement and related issues. | 0.60 | |
| 07/14/22 | DD | 104 | Review docket and recent filings and update case calendar and circulate same to team with reminders. | 0.30 | |
| 07/25/22 | GAK | 104 | Attention to case calendar. | 0.20 | |
| 07/25/22 | DD | 104 | Review docket and recent filings and update case calendar and circulate same to team with reminders. | 0.30 | |
| 07/27/22 | BM | 104 | Prepare correspondence to Committee regarding case status. | 0.40 | |
| 07/29/22 | GAK | 104 | Attention to critical dates case calendar. | 0.10 | |
| | | **TASK TOTAL 104** | | **2.30** | **$1,427.00** |

Sills Cummis & Gross P.C.

Creditors' Committee

August 19, 2022
Client/Matter No. 08650135.000001
Invoice: 2026233
Page 3

|  |  |  |  | HOURS | AMOUNT |
|---|---|---|---|---|---|

**105 – CLAIMS ADMINISTRATION AND OBJECTIONS**

| 07/26/22 | BM | 105 | Analysis regarding claims administration process. | 0.70 | |

| | | **TASK TOTAL 105** | | **0.70** | **$577.50** |

**107 – FEE/EMPLOYMENT APPLICATIONS**

| 07/22/22 | GAK | 107 | Work on June fee application. | 0.30 | |

| | | **TASK TOTAL 107** | | **0.30** | **$195.00** |

**113 – PLAN AND DISCLOSURE STATEMENT**

| 07/01/22 | BM | 113 | Analysis regarding plan confirmation issues. | 1.10 | |
| 07/01/22 | LFH | 113 | Review and analyze current draft of liquidation trust agreement with respect to plan consistency and revision issues. | 0.70 | |
| 07/01/22 | LFH | 113 | Analyze liquidation trust administration and post-effective date governance issues. | 0.30 | |
| 07/01/22 | LFH | 113 | Analyze liquidation trust agreement revision issues. | 0.40 | |
| 07/01/22 | LFH | 113 | Analyze plan supplement requirements. | 0.20 | |
| 07/01/22 | LFH | 113 | Analyze confirmation issues. | 0.20 | |
| 07/05/22 | BM | 113 | Attend to issues regarding resolution of informal plan objections. | 1.10 | |
| 07/05/22 | LFH | 113 | Analyze plan executory contract treatment issues. | 0.20 | |
| 07/05/22 | LFH | 113 | Analyze plan article 6 revision issues and proposed language regarding same. | 0.30 | |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/05/22 | LFH | 113 | Analyze plan supplement filing and confirmation issues. | 0.30 | |
| 07/05/22 | LFH | 113 | Analyze potential plan modification issues. | 0.20 | |
| 07/06/22 | BM | 113 | Call with Debtors' and MPT's counsel regarding liquidating trust issues. | 0.30 | |
| 07/06/22 | BM | 113 | Analysis regarding proposed revised draft liquidation trust agreement. | 1.30 | |
| 07/06/22 | BM | 113 | Attend to issues regarding resolution of informal plan objections. | 0.80 | |
| 07/06/22 | LFH | 113 | Review and analyze Debtor comments to liquidation trust agreement. | 0.60 | |
| 07/06/22 | LFH | 113 | Analyze UST feedback regarding plan provisions addressing fees and forms. | 0.30 | |
| 07/06/22 | LFH | 113 | Review and analyze proposed UST plan revisions. | 0.20 | |
| 07/06/22 | LFH | 113 | Review and analyze MPT comments to liquidation trust agreement. | 0.30 | |
| 07/06/22 | LFH | 113 | Review plan with respect to proposed Debtor and MPT liquidation trust agreement changes. | 0.40 | |
| 07/06/22 | LFH | 113 | Confer with B. Mankovetskiy regarding liquidation trust agreement revision issues. | 0.20 | |
| 07/06/22 | LFH | 113 | Call with P. Jasper regarding liquidation trust agreement revision issues. | 0.30 | |
| 07/06/22 | LFH | 113 | Analyze post-effective date committee membership and governance issues. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

August 19, 2022
Client/Matter No. 08650135.000001
Invoice: 2026233
Page 5

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/06/22 | LFH | 113 | Call with Debtors, counsel to MPT, J. Rosenthal, and Sills team regarding liquidation trust agreement issues. | 0.40 | |
| 07/06/22 | LFH | 113 | Analyze potential plan modification issues in light of comments received by Debtors. | 0.30 | |
| 07/06/22 | LFH | 113 | Review plan, disclosure statement, and disclosure statement order regarding plan supplement issues. | 0.20 | |
| 07/06/22 | LFH | 113 | Coordinate with Debtors' counsel regarding liquidation trust agreement update and plan supplement issues. | 0.30 | |
| 07/06/22 | LFH | 113 | Review and analyze cumulative revisions to liquidation trust agreement. | 0.60 | |
| 07/06/22 | LFH | 113 | Analyze liquidation trust revision issues. | 0.50 | |
| 07/06/22 | LFH | 113 | Revise draft liquidation trust agreement. | 1.60 | |
| 07/07/22 | BM | 113 | Attend to issues regarding resolution of informal plan objections. | 1.20 | |
| 07/07/22 | BM | 113 | Analysis regarding proposed confirmation order. | 1.10 | |
| 07/07/22 | BM | 113 | Analysis and revisions of draft liquidation trust agreement. | 1.10 | |
| 07/07/22 | AHS | 113 | Address liquidating trust issues and draft confirmation order issues. | 0.70 | |
| 07/07/22 | LFH | 113 | Coordinate with A. Sherman and B. Mankovetskiy regarding liquidation trust agreement revision issues. | 0.20 | |
| 07/07/22 | LFH | 113 | Analyze trust administration issues. | 0.20 | |

Sills Cummis & Gross P.C.

Creditors' Committee

August 19, 2022
Client/Matter No. 08650135.000001
Invoice: 2026233
Page 6

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/07/22 | LFH | 113 | Review and analyze additional liquidation trust agreement comments from MPT. | 0.20 | |
| 07/07/22 | LFH | 113 | Analyze liquidation trust agreement and plan supplement finalization issues. | 0.30 | |
| 07/08/22 | BM | 113 | Analysis and revisions of proposed liquidation trust agreement. | 0.90 | |
| 07/08/22 | BM | 113 | Attend to issues regarding plan supplement. | 0.70 | |
| 07/08/22 | AHS | 113 | Emails re: liquidating trust issues and plan supplement. | 0.60 | |
| 07/08/22 | LFH | 113 | Review and analyze updated proposed filing version of liquidation trust agreement. | 0.50 | |
| 07/08/22 | LFH | 113 | Review and analyze plan supplement notice and document package. | 0.20 | |
| 07/08/22 | LFH | 113 | Analyze open confirmation and confirmation timeline issues. | 0.30 | |
| 07/11/22 | BM | 113 | Attend to issues regarding resolution of informal objections to plan. | 1.20 | |
| 07/11/22 | BM | 113 | Analysis regarding revisions of liquidation trust agreement. | 0.90 | |
| 07/11/22 | BM | 113 | Analysis regarding proposed form of confirmation order. | 0.80 | |
| 07/12/22 | BM | 113 | Analysis regarding draft confirmation brief. | 1.30 | |
| 07/12/22 | BM | 113 | Analysis regarding resolution of informal plan objections. | 0.80 | |
| 07/12/22 | LFH | 113 | Review and analyze draft brief in support of confirmation. | 0.90 | |
| 07/12/22 | LFH | 113 | Analyze confirmation issues in light of draft confirmation brief. | 0.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

August 19, 2022
Client/Matter No. 08650135.000001
Invoice: 2026233
Page 7

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/12/22 | LFH | 113 | Review and analyze plan and disclosure statement with respect to confirmation and brief revision issues. | 0.70 | |
| 07/12/22 | LFH | 113 | Analyze confirmation brief revision issues. | 0.70 | |
| 07/13/22 | BM | 113 | Analysis and revisions of draft confirmation brief, confirmation order and supporting declarations. | 2.80 | |
| 07/13/22 | LFH | 113 | Review draft confirmation brief. | 0.40 | |
| 07/13/22 | LFH | 113 | Analyze confirmation issues with respect to brief revision. | 0.50 | |
| 07/13/22 | LFH | 113 | Call with S. Golden regarding confirmation brief and confirmation supporting materials issues. | 0.30 | |
| 07/13/22 | LFH | 113 | Review draft MEDHOST stipulation extending time to object to plan and respond to objection. | 0.20 | |
| 07/13/22 | LFH | 113 | Analyze potential UST plan objection issues. | 0.60 | |
| 07/13/22 | LFH | 113 | Revise confirmation brief to address specific potential UST objection issues based on UST correspondence. | 1.30 | |
| 07/13/22 | LFH | 113 | Revise draft confirmation brief. | 2.80 | |
| 07/13/22 | LFH | 113 | Further revise confirmation brief. | 1.30 | |
| 07/13/22 | LFH | 113 | Research and analyze exculpation and limitation of liability issues. | 1.60 | |

Sills Cummis & Gross P.C.

Creditors' Committee

August 19, 2022
Client/Matter No. 08650135.000001
Invoice: 2026233
Page 8

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/13/22 | LFH | 113 | Review and analyze Wave Computing case materials, including briefs and transcripts, with respect to exculpation and limitation of liability issues. | 1.20 | |
| 07/14/22 | BM | 113 | Analysis and revisions of draft confirmation brief, confirmation order and supporting declarations. | 2.60 | |
| 07/14/22 | BM | 113 | Attend to issues regarding resolution of informal plan objections. | 0.80 | |
| 07/14/22 | BM | 113 | Analysis regarding liquidation trust agreement. | 0.90 | |
| 07/14/22 | BM | 113 | Analysis regarding US Trustee's objection to plan confirmation. | 0.60 | |
| 07/14/22 | AHS | 113 | Review of confirmation brief and stipulations re: objections. | 0.80 | |
| 07/14/22 | LFH | 113 | Review and analyze UST confirmation objection. | 0.30 | |
| 07/14/22 | LFH | 113 | Review and analyze draft confirmation order. | 2.60 | |
| 07/14/22 | LFH | 113 | Analyze confirmation and confirmation order revision issues. | 0.80 | |
| 07/14/22 | LFH | 113 | Review and analyze plan and confirmation brief with respect to confirmation order revision issues. | 0.90 | |
| 07/14/22 | LFH | 113 | Revise draft confirmation order. | 3.10 | |
| 07/15/22 | BM | 113 | Analysis and revisions regarding proposed confirmation order. | 0.80 | |
| 07/15/22 | BM | 113 | Attend to issues regarding resolution of informal plan objections. | 1.20 | |

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/15/22 | BM | 113 | Analysis and revisions of draft confirmation brief. | 1.10 | |
| 07/15/22 | BM | 113 | Analysis regarding declarations in support of confirmation. | 0.80 | |
| 07/15/22 | AHS | 113 | Calls and emails with counsel for Debtors re: plan and assumption issues. | 0.70 | |
| 07/15/22 | AHS | 113 | Calls with Committee member re: confirmation issues and assumption issues. | 0.40 | |
| 07/15/22 | AHS | 113 | Review of emails re: tabulation and confirmation issues. | 0.20 | |
| 07/15/22 | AHS | 113 | Address plan confirmation and objection issues, including emails with parties re: same. | 0.70 | |
| 07/15/22 | LFH | 113 | Coordinate with Debtors' counsel regarding confirmation document updates. | 0.20 | |
| 07/15/22 | LFH | 113 | Update confirmation brief, order, and declaration consistent with recent internal discussions and discussions with Debtors' counsel. | 0.60 | |
| 07/15/22 | LFH | 113 | Revise Rosenthal declaration to conform with confirmation brief. | 0.90 | |
| 07/15/22 | LFH | 113 | Review and analyze draft Rosenthal confirmation declaration. | 0.70 | |
| 07/15/22 | LFH | 113 | Revise confirmation brief to address filed UST confirmation objection. | 1.20 | |
| 07/15/22 | LFH | 113 | Analyze limitation of liability and exculpation issues. | 0.50 | |
| 07/15/22 | LFH | 113 | Review Debtors' comments to confirmation order and brief. | 0.80 | |
| 07/17/22 | AHS | 113 | Review of plan support documents to be filed. | 0.80 | |

Sills Cummis & Gross P.C.

Creditors' Committee
August 19, 2022
Client/Matter No. 08650135.000001
Invoice: 2026233
Page 10

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/17/22 | LFH | 113 | Review and analyze updated draft confirmation documents from Debtors. | 0.70 | |
| 07/17/22 | LFH | 113 | Analyze open confirmation issues and confirmation document finalization issues. | 0.60 | |
| 07/17/22 | LFH | 113 | Summarize open confirmation document issues for A. Sherman and B. Mankovetskiy. | 0.30 | |
| 07/17/22 | LFH | 113 | Coordinate with Debtors' counsel on confirmation document finalization issues. | 0.20 | |
| 07/18/22 | BM | 113 | Analysis regarding plan confirmation issues. | 1.10 | |
| 07/18/22 | AHS | 113 | Calls and emails re: potential objections to confirmation and address potential objection issues with parties. | 0.70 | |
| 07/18/22 | AHS | 113 | Calls and emails with Debtors' counsel re: confirmation issues and prospective objections. | 0.50 | |
| 07/18/22 | LFH | 113 | Analyze confirmation and confirmation materials finalization issues. | 0.40 | |
| 07/18/22 | LFH | 113 | Review updated confirmation documents. | 0.70 | |
| 07/18/22 | LFH | 113 | Review further comments to confirmation documents and analyze plan consistency issues. | 0.40 | |
| 07/18/22 | LFH | 113 | Coordinate with Sills team, P. Jasper, and Debtors' counsel regarding confirmation document finalization and filing issues. | 0.40 | |
| 07/22/22 | BM | 113 | Attend to plan confirmation hearing preparation. | 0.80 | |
| 07/22/22 | AHS | 113 | Address confirmation issues and internal preparation. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee

August 19, 2022
Client/Matter No. 08650135.000001
Invoice: 2026233
Page 11

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/22/22 | AHS | 113 | Call with Debtors' counsel re: confirmation issue and preparation for hearing. | 0.40 | |
| 07/25/22 | BM | 113 | Attend to issues regarding plan revisions and confirmation hearing. | 1.20 | |
| 07/25/22 | LFH | 113 | Review and analyze filed confirmation response and supporting materials with respect to open confirmation hearing issues. | 0.40 | |
| 07/25/22 | LFH | 113 | Analyze confirmation hearing issues. | 0.30 | |
| 07/26/22 | BM | 113 | Attend to preparation for confirmation hearing. | 1.10 | |
| 07/26/22 | LFH | 113 | Review and analyze UST correspondence regarding plan modifications. | 0.20 | |
| 07/26/22 | LFH | 113 | Analyze plan modification and confirmation order update issues in light of UST comments. | 0.20 | |
| 07/26/22 | LFH | 113 | Analyze confirmation hearing issues. | 0.20 | |
| 07/27/22 | BM | 113 | Appear at confirmation hearing. | 0.50 | |
| 07/27/22 | BM | 113 | Attend to issues regarding satisfaction of conditions to plan effective date and transition to liquidation trust. | 1.20 | |
| 07/27/22 | BM | 113 | Analysis regarding post-confirmation hearing revised form of confirmation order. | 0.40 | |
| 07/27/22 | AHS | 113 | Attend confirmation hearing | 0.60 | |
| 07/27/22 | LFH | 113 | Review plan and liquidation trust agreement with respect to post-confirmation and post-effective date deadlines and procedures. | 0.30 | |

Sills Cummis & Gross P.C.

Creditors' Committee
August 19, 2022
Client/Matter No. 08650135.000001
Invoice: 2026233
Page 12

| | | | | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/27/22 | LFH | 113 | Analyze confirmation hearing issues. | 0.20 | |
| 07/27/22 | LFH | 113 | Analyze conditions to effective date. | 0.20 | |
| 07/28/22 | LFH | 113 | Review and analyze proposed final confirmation order for submission to court. | 0.30 | |

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| | **TASK TOTAL 113** | | **83.10** | **$64,977.50** |
| | **TOTAL FEES at Standard Rates** | | **93.40** | **$72,922.00** |
| | **Attorney Fees at Blended Rate of $625** | | **92.80** | **$58,000.00** |
| | **Paralegal Fees at Standard Rate** | | **.60** | **177.00** |
| | **TOTAL FEES at Blended Rate** | | **93.40** | **$58,177.00** |

## TASK CODE SUMMARY

| | | | HOURS | AMOUNT |
|---|---|---|---|---|
| 102 | Asset Disposition | | 6.00 | $4,920.00 |
| 103 | Business Operations | | 1.00 | $825.00 |
| 104 | Case Administration | | 2.30 | $1,427.00 |
| 105 | Claims Administration and Objections | | 0.70 | $577.50 |
| 107 | Fee/Employment Applications | | 0.30 | $195.00 |
| 113 | Plan and Disclosure Statement | | 83.10 | $64,977.50 |
| | TOTAL FEES at Standard Rates | | 93.40 | $72,922.00 |
| | Attorney Fees at Blended Rate of $625 | | 92.80 | $58,000.00 |
| | Paralegal Fees at Standard Rate | | .60 | 177.00 |
| | TOTAL FEES at Blended Rate | | 93.40 | $58,177.00 |

| | | | | | |
|---|---|---|---|---|---|
| Andrew H. Sherman | 7.40 | x | $925.00 | = | $6,845.00 |
| Boris Mankovetskiy | 40.30 | x | $825.00 | = | $33,247.50 |
| Lucas F. Hammonds | 44.50 | x | $725.00 | = | $32,262.50 |
| Gregory A. Kopacz | 0.60 | x | $650.00 | = | $390.00 |
| Danielle Delehanty | 0.60 | x | $295.00 | = | $177.00 |

Sills Cummis & Gross P.C.

Creditors' Committee

August 19, 2022
Client/Matter No. 08650135.000001
Invoice: 2026233
Page 13

**DISBURSEMENT DETAIL**

| | | | |
|---|---|---|---|
| 07/14/22 | 358 | Pacer | $1.50 |
| 07/15/22 | 379 | Lexis-Nexis | $15.05 |
| 07/25/22 | 358 | Pacer | $1.90 |
| 07/25/22 | 358 | Pacer | $0.40 |
| 07/25/22 | 358 | Pacer | $0.60 |

**TOTAL DISBURSEMENTS** $19.45

| INVOICE SUMMARY | |
|---|---|
| Total Fees | $58,177.00 |
| Total Disbursements | $19.45 |
| **TOTAL THIS INVOICE** | **$58,196.45*** |

*Total includes fees at **Blended Rate**.  Per Retention Application, lesser of fees at *Standard Rates* (**$72,922.00**) and fees at *Blended Rate* of $595 (**$58,177.00**)** apply.

**includes paralegal fees at standard rates, if applicable