Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FIFTH, SIXTH, SEVENTH & EIGHTH MONTHLY FEE STATEMENTS OF HOOPER, LUNDY AND BOOKMAN, P.C., AS SPECIAL HEALTHCARE COUNSEL TO DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS OF APRIL 1, 2022 THROUGH JULY 31, 2022**<br><br>Related Docket Nos. 735, 736, 737 and 738]<br>[**No Order Required**]<br><br>Judge: Hon. M. Elaine Hammond |

The undersigned counsel for the above-captioned debtors and debtors-in-possession (the "Debtors") hereby certifies that:

1. As of the date hereof, no answer, objection or other responsive pleading has been received to the following:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

- *Fifth Monthly Fee Statement of Hooper, Lundy and Bookman, P.C. as Special Counsel to Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for April 1, 2022 through April 30, 2022* [Docket No. 735] (the "Fifth Monthly Fee Statement"), filed on September 1, 2022.

- *Sixth Monthly Fee Statement of Hooper, Lundy and Bookman, P.C. as Special Counsel to Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for May 1, 2022 through May 31, 2022* [Docket No. 736] (the "Sixth Monthly Fee Statement"), filed on September 1, 2022.

- *Seventh Monthly Fee Statement of Hooper, Lundy and Bookman, P.C. as Special Counsel to Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for June 1, 2022 through June 30, 2022* [Docket No. 737] (the "Seventh Monthly Fee Statement"), filed on September 1, 2022.

- *Eighth Monthly Fee Statement of Hooper, Lundy and Bookman, P.C. as Special Counsel to Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for July 1, 2022 through July 31, 2022* [Docket No. 738] (the "Eighth Monthly Fee Statement," and together with the Fifth Monthly Fee Statement, the Sixth Monthly Fee Statement and the Seventh Monthly Fee Statement, the "Monthly Fee Statements"), filed on September 1, 2022.

2. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Monthly Fee Statements appears thereon. *Pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order"), objections to the Monthly Fee Statements were to be filed and served no later than September 15, 2022 at 4:00 p.m. prevailing Pacific Time.

3. Pursuant to the Compensation Procedures Order, the Debtors are authorized to pay Hooper, Lundy and Bookman, P.C. ("Hooper Lundy") the sum of $34,578.00, comprised as follows:

a. For the Fifth Monthly Fee Statement, $10,528.00 which represents 80% of the fees ($13,160.00) requested in the Fifth Monthly Fee Statement, for the period from April 1, 2022 through April 30, 2022, upon the filing of this Certification and without the need for entry of a Court order approving the Fifth Monthly Fee Statement. Hooper Lundy did not incur any expenses in connection with the Fifth Monthly Fee Statement.

b. For the Sixth Monthly Fee Statement, $1,310.40 which represents 80% of the fees ($1,638.00) requested in the Sixth Monthly Fee Statement, for the period from May 1, 2022 through May 31, 2022, upon the filing of this Certification and without the need for entry of a Court

2

order approving the Sixth Monthly Fee Statement. Hooper Lundy did not incur any expenses in connection with the Sixth Monthly Fee Statement.

  c. For the Seventh Monthly Fee Statement, $14,250.00 which represents 80% of the fees ($17,812.50) requested in the Seventh Monthly Fee Statement, for the period from June 1, 2022 through June 30, 2022, upon the filing of this Certification and without the need for entry of a Court order approving the Seventh Monthly Fee Statement. Hooper Lundy did not incur any expenses in connection with the Seventh Monthly Fee Statement.

  d. For the Eighth Monthly Fee Statement, $8,489.60 which represents 80% of the fees ($10,612.00) requested in the Eighth Monthly Fee Statement, for the period from July 1, 2022 through July 31, 2022, upon the filing of this Certification and without the need for entry of a Court order approving the Eighth Monthly Fee Statement. Hooper Lundy did not incur any expenses in connection with the Eighth Monthly Fee Statement.

Dated: September 22, 2022    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
  Debra I. Grassgreen
  Maxim B. Litvak
  Steven W. Golden

  Attorneys for Debtors and Debtors in Possession