Tamar Terzian
tterzian@eppscoulson.com
1230 Crenshaw Blvd.
Suite 200
Torrance, CA 90501
Telephone: (213) 929-2390
*Patient Care Ombudsman*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No.: 5:21-bk-51477 (MEH) |
| Watsonville Hospital Corporation et al,[1] | Chapter 11 |
| Debtor-In-Possession. | **Patient Care Ombudsman Second and Final Fee Statement** |
| | No Hearing Required |

---

[1] The Debtors in these cases are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

**TO THE HONORABLE M. ELAINE HAMMOND, THE OFFICE OF UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL PARTIES OF INTEREST:**

By this Second and Final Interim Fee Statement, Tamar Terzian, Patient Care Ombudsman ("PCO") and her consultant seek an interim allowance of compensation in the amount of $43,567.00 and actual and necessary expenses in the amount of $4,122.79 for a total allowance of $47,689.79. The Court ordered the appointment of a PCO pursuant to 11 U.S.C. § 333 (a)(1) to monitor, and report to the Court, the quality of patient care provided by Watsonville Community Hospital (the "Hospital"). The PCO performed these duties with the assistance of independent contractor Sherri Loveall of Integrated Health Systems, whose verified statements were filed with the Court. See Docket No. 315.

Attached as Exhibit 1 are the detailed time entries, for the Second and Final Interim Reporting Period. The PCO intends to file and set for hearing the Final Fee Application for Fees and Reimbursement of Costs for the Period of March 24, 2022 through September 28, 2022 ("Second and Final Reporting Period").

While it is unclear that if the Compensation Procedures Order applied to the PCO`s requests for fees and reimbursement for costs, for informational purposes, and in compliance with the Compensation Procedures Order responses or objections to this Fee Statement, if any, must be filed and served on the affected Retained Professional and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or the next business day if such day is not a business day) following the date the Second and Final Interim Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which Applicant shall file her Final Fee Application. In compliance with the Compensation Order, the Debtor is authorized and directed to pay Epps & Coulson, LLP an amount equal to 80% of the fees and 100% of the expenses requested in this Second and Final Fee Statement.

**WHEREFORE,** PCO respectfully requests that the Court authorize payment of the fees and expenses upon the filing of the final fee statement.

DATED: September 30, 2022            By: _____
                                          Tamar Terzian
                                          Patient Care Ombudsman

# Exhibit 1

Case: 21-51477    Doc# 772    Filed: 09/30/22    Entered: 09/30/22 16:58:47    Page 4 of 12

**EPPS & COULSON, LLP**
Billing and Collections Office
1230 Crenshaw Blvd., Suite 200
Torrance, CA 90501

Ph: 213.929.2390          Fax: 213.929.2394

Watsonville Community Hospital							September 29, 2022
75 Nielson St
Watsonville, CA 95076

|              |                                      | File #: | 5381-001 |
|--------------|--------------------------------------|---------|----------|
| **Attention:** | Watsonville Community Hospital     | Inv #:  | 13462    |

**RE:**     TT PATIENT CARE OMBUDSMAN 21-51477 MEH

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-24-22 | Review statement filed by Medhost Contract | 0.40 | 140.00 | TT |
| Mar-28-22 | Prepare for upcoming site visit | 0.60 | 210.00 | TT |
| Apr-05-22 | Correspond with CRO re: interim fees request | 0.20 | 70.00 | TT |
| Apr-06-22 | Prepare fee application | 1.00 | 350.00 | TT |
|  | Prepare interim fees for indepdendent contractors and PCO first interim fee application | 1.30 | 455.00 | TT |
|  | Prepare for second site visit | 0.80 | 280.00 | TT |
| Apr-19-22 | Prepare for second site visit specifically organizing the departments to be reviewed and obtain information regarding medical records already reviewed during first site visit | 4.20 | 1,470.00 | TT |
| Apr-20-22 | Site visit at Watsonville Community Hospital | 8.50 | 2,975.00 | TT |
|  | [Sherri Loveall] Planning work flow and review organization of departments for site visit | 1.50 | 262.50 | GEN |
|  | [Sherri Loveall] Meet with Tracy Trail-Mahan and Tanveer Khaira | 1.30 | 227.50 | GEN |

| Date | Description | Hours | Amount | Code |
|---|---|---|---|---|
| | [Sherri Loveall] Begin draft of report | 0.50 | 87.50 | GEN |
| | [Sherri Loveall] Meet with Pamela Price, RN re: NICU, OB/GYN and Education | 1.50 | 262.50 | GEN |
| | [Sherri Loveall] Confer and coordinate visit with T. Terzian | 0.50 | 87.50 | GEN |
| | [Sherri Loveall] Meet with T. Trail-Mahan and T. Khaira | 1.00 | 175.00 | GEN |
| | [Sherri Loveall] Continue drafting report | 1.30 | 227.50 | GEN |
| Apr-21-22 | Site visit at Watsonville Community Hospital | 6.00 | 2,100.00 | TT |
| | Travel to Los Angeles from Watsonville (reduced by 50%) | 2.10 | 735.00 | TT |
| | [Sherri Loveall] Review draft of report | 0.50 | 87.50 | GEN |
| | [Sherri Loveall] Review medical records | 1.50 | 262.50 | GEN |
| | [Sherri Loveall] Further draft report | 0.80 | 140.00 | GEN |
| | [Sherri Loveall] Review Radiology/Nuclear Medicine Departments | 1.50 | 262.50 | GEN |
| | [Sherri Loveall] Meet with P. Price | 0.50 | 87.50 | GEN |
| | [Sherri Loveall] Continue drafting report | 0.80 | 140.00 | GEN |
| Apr-26-22 | Review Watsonville docket and review and consolidate client notes | 2.00 | 700.00 | TT |
| Apr-27-22 | Attend status conference hearing | 0.50 | 175.00 | TT |
| May-05-22 | Telephone call with Office of United States Trustee Northern District | 0.40 | 140.00 | TT |
| May-06-22 | Review and prepare for second interim report; discuss with Ms. Loveall the findings for the various departments | 0.90 | 315.00 | TT |
| May-10-22 | Prepare notice of hearing and certificate of service for First Interim Fee Application | 0.90 | 315.00 | TT |
| | Telephone call with office of United States Trustee re: interim fee application | 0.20 | 70.00 | TT |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Draft Notice for Interim Fee Application | 0.50 | 97.50 | LNS |
| | Draft proof of service for Notice for Interim Fee Application to Northern Division Bankruptcy Court | 0.60 | 117.00 | LNS |
| May-11-22 | Further draft notice of first interim fee application | 1.50 | 292.50 | LNS |
| | [Sherri Loveall] Prepare report from April 2022 site visit | 0.50 | 87.50 | GEN |
| May-16-22 | Review various department notes and time entered in preparation for Second Interim Report | 3.30 | 1,155.00 | TT |
| May-17-22 | Complete and final review of second interim report | 2.10 | 735.00 | TT |
| | Prepare and file change of firm, second interim report, and certificate of mailing | 2.10 | 409.50 | LNS |
| May-31-22 | Telephone call with Office of United States Trustee re: pending matters with CDPH | 0.50 | 175.00 | TT |
| | Telephone call with CNO and exchange correspondence with Director of Quality Risk re: pending matters with CDPH | 0.80 | 280.00 | TT |
| Jun-10-22 | Draft supplemental fee application for First Interim Fee Application | 1.30 | 455.00 | TT |
| | Prepare supplemental descriptions of services performed | 1.10 | 385.00 | TT |
| Jun-13-22 | Telephone call with UST re First Interim Fee Application and certification | 0.40 | 140.00 | TT |
| | Appear for fee application hearing for First Interim Fee Application | 0.40 | 140.00 | TT |
| | Telephone call with S. Loveall re third interim site visit | 0.60 | 210.00 | TT |
| | Detailed review of patient file re deceased patients | 4.80 | 1,680.00 | TT |
| Jun-14-22 | Confer with S. Loveall and administration of visiting various departments | 1.10 | 385.00 | TT |

| Description | Hours | Amount | Code |
|---|---|---|---|
| Observe and interview with ICU department and nursing stations | 1.60 | 560.00 | TT |
| Observe and interview with PACU department and charge nurse | 0.90 | 315.00 | TT |
| Interview with OR staff and administrator re current issues | 1.30 | 455.00 | TT |
| Observe and interview ED staff and charge nurse | 0.90 | 315.00 | TT |
| Observe and interview the charge nurse for the Diagnostic Imaging Department | 0.80 | 280.00 | TT |
| Observe and interview charge nurse for the Gastroenterology Department | 1.20 | 420.00 | TT |
| Travel time reduced by 50% | 2.00 | 700.00 | TT |
| Observation and discussion with charge nurse in ED | 1.40 | 490.00 | TT |
| [Sherri Loveall] Reading of previous reports, preparation of schedule | 1.00 | 175.00 | GEN |
| [Sherri Loveall] Meeting with Tanveer and Tracy; preparation and planning, scheduling of appointments; requests for meeting times was discussed and presented; overall, coordination of schedules | 1.00 | 175.00 | GEN |
| [Sherri Loveall] Meeting with EVS department/Kitchen manager Susan Sample | 1.50 | 262.50 | GEN |
| [Sherri Loveall] Report writing | 0.50 | 87.50 | GEN |
| [Sherri Loveall] Meeting with Speech Therapist and Physical Therapist | 0.50 | 87.50 | GEN |
| [Sherri Loveall] East side visit | 0.80 | 140.00 | GEN |
| [Sherri Loveall] West Side visit | 0.30 | 52.50 | GEN |
| [Sherri Loveall] Meeting with Tanveer and Tracy to plan tomorrow's schedule | 0.30 | 52.50 | GEN |

| Date | Description | Hours | Amount | Code |
|---|---|---|---|---|
| | [Sherri Loveall] Meeting with Richard and Robin in Engineering | 0.50 | 87.50 | GEN |
| | [Sherri Loveall] Report writing | 1.50 | 262.50 | GEN |
| | [Sherri Loveall] 50% of Travel Time | 1.00 | 175.00 | GEN |
| Jun-15-22 | Review notes and supplement from interview and discussions | 1.80 | 630.00 | TT |
| | Discuss with consultant S. Loveall additional findings re day to day operations | 0.80 | 280.00 | TT |
| | Travel time reduced by 50% and discussions re findings in various departments | 2.00 | 700.00 | TT |
| | Request for patient records and review of documents produced | 2.10 | 735.00 | TT |
| | Discussions with supervisor nurse and observation in Med-Surge Unit | 2.80 | 980.00 | TT |
| | Observation and discussion with inpatient pharmacy | 0.90 | 315.00 | TT |
| | [Sherri Loveall] Visit Labor and Delivery – Lisa (charge nurse) | 1.00 | 175.00 | GEN |
| | [Sherri Loveall] Remeet with Lorraine (charge nurse east side) and observe floor | 0.50 | 87.50 | GEN |
| | [Sherri Loveall] Medical Record Review | 3.30 | 577.50 | GEN |
| | [Sherri Loveall] Meet with Pamela Price | 1.00 | 175.00 | GEN |
| | [Sherri Loveall] Follow up on medical records | 0.50 | 87.50 | GEN |
| Jun-17-22 | Draft 3rd Interim Report | 2.10 | 735.00 | TT |
| | Continue review of patient files | 2.20 | 770.00 | TT |
| Jun-21-22 | Further draft declaration in support of first interim fee application and certificate of service | 2.10 | 409.50 | SCS |
| Jun-22-22 | Review and revise Certified verification of no conflict with Epps & Coulson, LLP | 0.80 | 280.00 | TT |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jun-23-22 | Draft certification of no conflict | 2.40 | 468.00 | SCS |
| Jun-24-22 | Further draft certification of no conflict and certificate of mailing | 1.20 | 234.00 | SCS |
| Jun-27-22 | Draft order approving First Interim Fee Application for PCO and consultants | 0.80 | 280.00 | TT |
|  | Draft and lodge Order re approving First Interim Fee Application for PCO and consultants | 1.60 | 312.00 | WNW |
| Jun-30-22 | [Sherri Loveall] Report writing | 2.50 | 437.50 | GEN |
| Jul-18-22 | Correspond with CNO, Sherri Stout re transfer of patients and additional information request | 0.20 | 70.00 | TT |
| Jul-19-22 | Continue to draft and revise third interim report for Watsonville Community Hospital | 1.80 | 630.00 | TT |
|  | Revise Third Interim Report | 0.20 | 70.00 | TT |
| Jul-28-22 | Finalize Third Interim Report | 0.60 | 117.00 | WNW |
| Aug-02-22 | Telephone call with Office of United States Trustee re third interim report | 0.80 | 280.00 | TT |
| Aug-03-22 | Review Third interim report | 0.40 | 140.00 | TT |
| Aug-05-22 | Review Seventh Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP, As Counsel For The Debtors, For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period of June 1, 2022 Through June 30, 2022 re affect on Patient Care Ombudsman work | 0.10 | 0.00 | WNW |
| Aug-09-22 | Review Order Confirming Modified First Amended Joint Chapter 11 Plan of Liquidation re affect on Patient Care Ombudsman work | 0.10 | 19.50 | WNW |
|  | Review Notice of Order Confirming Plan re affect on Patient Care Ombudsman work | 0.10 | 19.50 | WNW |
| Aug-18-22 | Review July Monthly Operating Report and Notes re affect on Patient Care Ombudsman work | 0.10 | 19.50 | WNW |
| Aug-25-22 | Review Stipulation Assumption and | 0.10 | 19.50 | WNW |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| | Assignment of Medicare Provider Agreement and Certificate of Service re affect on Patient Care Ombudsman work | | | |
| Sep-08-22 | Draft application for second interim fee application | 0.60 | 117.00 | SCS |
| Sep-11-22 | Travel to site and prepare for final visit | 3.50 | 1,225.00 | TT |
| Sep-12-22 | Meetings with administration | 1.80 | 630.00 | TT |
| | Visit various departments and observations | 2.10 | 735.00 | TT |
| | Meeting and discussion with Quality Risk | 1.20 | 420.00 | TT |
| | Meeting and discussions with Surgery Department | 1.70 | 595.00 | TT |
| | Review patient list and charts in Records Department | 0.90 | 315.00 | TT |
| | Discussions with RNs regarding status of ICU and issues during the reporting period | 1.60 | 560.00 | TT |
| Sep-13-22 | Draft final report for site visit | 3.20 | 1,120.00 | TT |
| | Review and revise notes based on reports and discussions during site visit | 2.10 | 735.00 | TT |
| | Travel to site and prepare for final report | 3.50 | 1,225.00 | TT |
| Sep-21-22 | Prepare draft final fee application and declaration re same | 1.60 | 560.00 | TT |
| Sep-29-22 | Review and revise fee application | 1.80 | 630.00 | TT |
| | Totals | 146.30 | $43,567.00 | |

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| Apr-20-22 | Travel expenses for flights, car rental, hotel, food and parking for site visit April 20 -21, 2022 | 1,697.65 | |
| Apr-30-22 | Document Duplication (Pacer) | 11.00 | |
| May-31-22 | Document Duplication (Pacer) | 38.90 | |
| Jun-14-22 | Flight for site visit June 14th - June 15th, 2022 | 157.96 | |

|            |                                                        |          |
|------------|--------------------------------------------------------|---------:|
|            | Car Rental for site visit June 14th - June 15th, 2022  | 272.54   |
|            | Hotel for site visit June 14th - June 15th, 2022       | 189.81   |
|            | Hotel for S. Loveall re: Site Visit                    | 214.28   |
|            | Flight for S. Loveall re: Site Visit                   | 157.96   |
| Jun-15-22  | Rental car for site visit                              | 97.34    |
| Jun-30-22  | Document Duplication (Pacer)                           | 3.20     |
|            | Document Duplication (Pacer)                           | 39.50    |
| Jul-31-22  | Document Duplication (Pacer)                           | 20.80    |
| Aug-31-22  | Document Duplication (Pacer)                           | 18.10    |
| Sep-08-22  | Flight for site visit September 12 - 13 2022           | 413.95   |
|            | Rental car for site visit September 11th to 13th       | 243.64   |
|            | Hotel for site visit September 12 - 13, 2022           | 509.76   |
| Sep-19-22  | Document Duplication (Pacer)                           | 36.40    |

Totals                                                       $4,122.79        $0.00

**Total Fees & Disbursements**                                            **$47,689.79**

**Previous Balance**                                                          $0.00
**Previous Payments**                                                         $0.00

**Balance Due Now**                                                      **$47,689.79**


### Summary By Attorney

| TT  | Tamar Terzian         | Hours | 101.20 | $350.00 |
|-----|-----------------------|-------|--------|---------|
| LNS | Lauren Steiner        | Hours | 4.70   | $195.00 |
| SCS | Christie S. Skiparnias| Hours | 6.30   | $195.00 |
| WNW | Whitney N. Waters     | Hours | 2.70   | $195.00 |
| GEN | General               | Hours | 31.40  | $350.00 |