Tamar Terzian, Esq. (SBN 254148)
1230 Crenshaw Blvd., Suite 200
Torrance, CA 90501
Telephone: (213) 929-2390
Facsimile: (213) 929-2394
Email: tterzian@eppscoulson.com

Patient Care Ombudsman

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| WATSONVILLE COMMUNITY HOSPITAL,[1] | Case No. 5:21-bk-51477 (MEH) |
| | **CERTIFICATE OF SERVICE** |
| Debtor. | |

---

[1] The Debtors in these cases are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076

1

# CERTIFICATE OF SERVICE

I, Micheal Kollman, state as follows:

I am over the age of 18 and not a party to the above-captioned case.

I certify that on September 30, 2022, a true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

**Patient Care Ombudsman Second and Final Fee Statement**

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 30, 2022

*/s/ Micheal Kollman*

Micheal Kollman

**SERVICE LIST**

2

**VIA ELECTRONIC MAIL**:

Kathleen Allare kallare@perkinscoie.com
Desiree Amador amador.desiree@pbgc.gov
Joseph M Ammar ammar@millercanfield.com
Sheryl Betance aw01@ecfcbis.com, pacerpleadings@stretto.com
Jason Blumberg jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
Manuel A. Boigues mboigues@unioncounsel.net
Mark Bostick mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
Adam S. Cashman acashman@singercashman.com, firmcalendar@singercashman.com
Sara L. Chenetz schenetz@perkinscoie.com
Sandi Meneely Colabianchi scolabianchi@grsm.com, aunderwood@gordonrees.com
Jonathan R. Doolittle jonathan.doolittle@pillsburylaw.com
Kerry Duffy kduffy@bztm.com, spearson@bzbm.com
Anthony James Dutra adutra@hansonbridgett.com, ssingh@hansonbridgett.com
Thomas H. Forrester tforrester@gsrm.com
Evelina Gentry evelina.gentry@akerman.com
Steven W Golden sgolden@pszjlaw.com
Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
Edward Green egreen@foley.com
Ralph P. Guenther courts@tkdougherty.com, Notices@montereylaw.com
Anjana Gunn Anjana.Gunn@doj.ca.gov
Sasha M. Gurvitz sgurvitz@ktbslaw.com
Catherine Holzhauser cholzhauser@beesontayer.com, nmounir@beesontayer.com
Paul S. Jasper pjasper@perkinscoie.com, docketsflit@perkinscoie.com
Monique Jewett-Brewster mjb@hopkinscarley.com, eamaro@hopkinscarley.com
Gerald P. Kennedy gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
Henry C. Kevane hkevane@pszyjw.com
Jane Kim jkim@kbkllp.com
Maxim B. Litvak mlitvak@pszjlaw.com, pjeffries@pszyjw.com
Boris Mankovetskiy bmankovetskiy@sillscummis.com
J. Barrett Marum bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
Keith A. McDaniels kmcdaniels@kellerbenvenutti.com
Shane J. Moses smoses@foley.com, llanglois@foley.com
Anthony Napolitano anapolitano@buchalter.com, marias@buchalter.com
Office of the U.S. Trustee / SJ USTPRegion17.SJ.ECF@usdoj.gov
Michaela Foster Posner courtnotices@unioncounsel.net
Christopher E. Prince cprince@lesnickprince.com
Michael T. Pyle Michael.T.Pyle@usdoj.gov, Elizabeth.Inocencio@usdoj.gov
Michael B. Reynolds mreynolds@swlaw.com, kcollins@swlaw.com
Elvina Rofael elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov, GemMil.Langit@usdoj.gov
Andrew H. Sherman asherman@sillscummis.com
Gerald N. Sims jerrys@psdslaw.com, bonniec@psdslaw.com
Kyrsten Skogstad kskogstad@calnurses.org
Robert J. Smith rsmith@ktbslaw.com
Michael St. James ecf@stjames-law.com
Andrew B. Still astill@swlaw.com, kcollins@swlaw.com
Tamar Terzian tterzian@eppscoulson.com
Eric E. Walker ewalker@perkinscoie.com
Benjamin L. Wallen bwallen@pszjlaw.com
Paul J Winterhalter pwinterhalter@offitkurman.com
Jeffrey C Wisler jwisler@connollygallagher.com
Claire K. Wu claire.wu@pillsburylaw.com, firmwidecalendardocket@pillsburylaw.com

**VIA REGULAR MAIL:**

| | |
|---|---|
| 3M Health Information Systems Inc<br>575 West Murray Blvd<br>Murray, UT 84123-4611 | DISTRIBUTION<br>22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 |
| ABBOTT NUTRITION<br>3300 Stelzer Rd<br>Columbus, OH 43215 | APPLIED STATISTICS &<br>MANAGEMENT INC<br>PO BOX 2738<br>Temecula, CA 92593-0000 |
| ADEX Medical Staffing, LLC<br>509 Madison Ave<br>Suite 1916<br>New York, NY 10022 | ARGON MEDICAL DEVICES INC<br>1445 Flat Creek Rd<br>Athens, TX 75751 |
| ADP<br>One ADP Boulevard<br>Roseland, NJ 07068 | Abbott Laboratories Inc<br>200 Abbott Park Road<br>Abbot Park, IL 60064-6214 |
| AESCULAP INC<br>824 12th Ave<br>Bethlehem, PA 18018 | Advanced Cardiovascular Specialists Inc.<br>2490 Hospital Drive<br>#311<br>Mountain View, CA 94040 |
| AGILITI HEALTH INC<br>6625 W 78th St<br>Ste 300<br>Minneapolis, MN 55439 | Aetna Health of California, Inc.<br>2409 Camino Ramon<br>San Ramon, CA 94583 |
| ALLERGAN USA INC<br>5 Giralda Farms<br>Madison, NJ 7940 | Airgas Healthcare<br>3021 Messer Airport Hwy<br>Birmingham, AL 35203 |
| ALLOSOURCE<br>6278 S Troy Cir<br>Centennial, CO 80111 | Allied Universal Company<br>Eight Tower Bridge<br>161 Washington Street<br>Suite 600<br>Conshohocken, PA 19428 |
| ALPHATEC SPINE INC<br>1950 Camino Vida Roble<br>Carlsbad, CA 92008 | Alta Hospitals System LLC<br>3415 South Sepulveda Blvd<br>9th Floor<br>Los Angeles, CA 90034 |
| AMBU INC<br>6230 Old Dobbin Lane<br>Suite 250<br>Columbia, MD 21045 | |
| AMERICAN RED CROSS<br>Blood Services<br>PO BOX 100805<br>Pasadena, CA 91189-0805 | American Data Network, LLC<br>10809 Executive Center Drive<br>Suite 300<br>Little Rock, AK 72211 |
| API Healthcare Corporation<br>1550 Innovation Way<br>Hartford, WI 53207 | Aptos Surgery Center, LLC<br>3275 Aptos Rancho Road<br>Aptos, CA 95003 |
| APPLIED MEDICAL | Arcus Data Security Inc. |

4

| | | |
|---|---|---|
| 1 | (c/o) Irton Mountain<br>P.O. Box 915004<br>Dallas, TX 75391-5004 | 1 Becton Drive<br>Franklin Lakes, NJ 7417 |
| 2 | | BIOMET MICROFIXATION<br>1520 Tradeport Drive<br>Jacksonville, FL 32218 |
| 3 | Aretaeus Telemedicine Inc.<br>2751 4th Street<br>#135<br>Santa Rosa, CA 95405 | |
| 4 | | BOSTON SCIENTIFIC CORP<br>300 Boston Scientific Way<br>Mailstop M405<br>Marlborough, MA 1752 |
| 5 | Argo Partners<br>12 West 37th St 9th Fl<br>New York, NY 10018 | |
| 6 | | Baer, Negrin & Troff LLP<br>12400 Wilshire Blvd<br>Suite 1180<br>Los Angeles, CA 90025 |
| 7 | Artifact Health Inc<br>PO Box 949<br>Boulder, CO 80306 | |
| 8 | | |
| 9 | Associated Pathology Medical Group<br>105-A Cooper Court<br>Los Gatos, CA 95032 | Bard Access Systems<br>1 Beacton Dr<br>Franklin Lakes, NJ 7417 |
| 10 | | |
| 11 | Athenahealth, Inc.<br>311 Arsenal Street<br>Watertown, MA 02472 | Barstow Healthcare Management Inc.<br>65 Nielson St.<br>Suite 102<br>Watsonville, CA 95076 |
| 12 | | |
| 13 | Taurino Avelar MD<br>511 Union Street<br>Ste 1800<br>Nashville, TN 37219 | Bayview Gastroenterology<br>4145 Clares Street<br>Suite A<br>Capitola, CA 95010 |
| 14 | | |
| 15 | | |
| 16 | B BRAUN MEDICAL INC<br>824 12th Ave<br>Bethlehem, PA 18018 | Beckman Coulter, Inc.<br>250 S Kraemer Blvd<br>PO Box 8000<br>Brea, CA 92822-8000 |
| 17 | | |
| 18 | BARD PERIPHERAL VASCULAR INC<br>850 W Rio Salado Pkwy<br>Tempe, AZ 85281 | |
| 19 | | Melissa Lopez Bermejo MD<br>1041 Freedom Blvd<br>Watsonville, CA 95076 |
| 20 | BAXTER HEALTHCARE/BIOSURGERY DIV<br>1 Baxter Parkway<br>Deerfield, IL 60015 | |
| 21 | | BioFire<br>515 Colorow Drive<br>Salt Lake City, UT 84108 |
| 22 | | |
| 23 | BD CAREFUSION 2200 (V MUELLER)<br>1 Becton Drive<br>Franklin Lakes, nj 7417 | Blue Cross of California<br>21555 Oxnard St<br>Woodland Hills, CA 91367 |
| 24 | | |
| 25 | | Board of trustees of the Leland Stanford Junior University (on behalf of its School of Medicine, Stanford University), Lucile Salter Packard Children's Hospital<br>1265 Welch Road |
| 26 | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | |
| 27 | | |
| 28 | BD MEDICAL | |

5

| | |
|---|---|
| MSOB<br>Stanford, CA 94305 | 100 SOCKANOSSETT CROSSRD<br>PO BOX 8500<br>Cranston, RI 02920 |
| Ryan Brandt MD<br>26 Hollins Drive<br>Santa Cruz, CA 95060 | Cabrillo Community College District<br>6500 Soquel Drive<br>Aptos, CA 95003 |
| Rachel E. Brennan<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | California Nurses Association<br>155 Grand Avenue<br>Oakland, CA 94612 |
| CALSTAR Air Medical Services LLC<br>4933 Bailey Loop<br>McClellan, CA 95652 | California Physicians Service, Inc.<br>d/b/a Blue Shield of California<br>PO Box 629010<br>El Dorado Hills, CA 95762-9010 |
| CARDINAL HEALTH 200 LLC<br>3651 Birchwood Drive<br>Waukegan, IL 60085 | California State University - Monterey Bay<br>100 Campus Center<br>Valley Hall West<br>Seaside, CA 93955-8001 |
| CEP America- Neurology, PC<br>d/b/a Virtuity<br>2100 Powell Street<br>Suite 900<br>Emeryville, CA 94608 | Canteen Vending Services<br>4120 Dublin Blvd<br>#350<br>Dublin, CA 94568 |
| CNH Finance Fund 1, LP<br>6151 Wilson Mills Road<br>Suite 310<br>Highland Heights, OH 44143 | Cardinal Health 110, LLC<br>7200 Cardinal Place W<br>Dublin, OH 43017 |
| COMPLIANCELINE, LLC<br>8615 CLIFF CAMERON DRIVE STE #290<br>Charlotte, NC 28269 | Carrier<br>PO BOX 93844<br>Chicago, IL 60673-3844 |
| COOK MEDICAL LLC<br>1025 W Acuff Rd<br>Bloomington, IN 47404 | Change Healthcare<br>PO BOX 98347<br>Chicago, IL 60693-0000 |
| CORCYM INC<br>155 E Boardwalk Dr<br>Ste 400 #448<br>Fort Collins, CO 80525 | Clean Harbors Environmental Services Inc<br>1021 Berryessa Rd<br>San Jose, CA 95133 |
| COVIDIEN<br>15 Hampshire St<br>Mansfield, MA 2048 | Coastal Health Partners<br>65 Nielson St.<br>Watsonville, CA 95076 |
| COVIDIEN SALES LLC<br>4642 COLLECTIONS CENTER DRIVE<br>Chicago, IL 60693 | Coastal Health Partners, P.C.<br>1820 Main St.<br>Watsonville, CA 95076 |
| CR Bard DAVOL INC | Coastal Healthcare Administrators<br>P.O. Box 80308 |

6

| | |
|---|---|
| Salinas, CA 93901 | 560 Mission Street<br>Suite 1300<br>San Francisco, CA 94105 |
| Colin Construction Company<br>210 Lincoln Way<br>Auburn, CA 95603 | Diablo Infectious Diseases Consultative Services Medical Group<br>20283 Santa Maria Ave<br>Castro Valley, CA 94546 |
| Compass MSA Linen<br>1500 Liberty Ridge Drive<br>Suite 210<br>Wayne, PA 19087 | Dignity Health<br>d/b/a Dominican Hospital<br>185 Berry Street<br>Suite 300<br>San Francisco, CA 94107 |
| Continuant Inc<br>5050 20th Street East<br>Fife, WA 98424 | Dignity Health Medical Foundation<br>3400 Data Drive<br>3rd Floor<br>Rancho Cordova, CA 95670 |
| Contra Costa Medical Career College<br>4041 Lone Tree Way<br>Suite 101<br>Antioch, CA 94531 | Rahul Dixit, M.D<br>5304 Ballona Lane<br>Culver City, CA 90230 |
| County of Santa Cruz<br>1080 Emeline Ave<br>Building D<br>Santa Cruz, CA 95060 | Duke University Health System, Inc.<br>3100 Tower Blvd.<br>Suite 600<br>Durham, NC 27707 |
| Cowen and Company, LLC<br>Cowen and Company, LLC<br>599 Lexington Avenue, 20th Floor<br>New York, NY 10022 | EDWARDS LIFESCIENCES LLC<br>One Edwards Way<br>Irvine, CA 92614 |
| Albert Crevello, MD<br>243 Green Valley Road#D<br>Freedom, CA 95019 | ETHICON ENDO-SURGERY INC<br>4545 Creek Rd<br>Cincinnati, OH 45242 |
| Crothall Laundry Services Inc.<br>2365 N Airport Way<br>Manteca, CA 95336 | ETHICON US LLC<br>4545 Creek Rd<br>Cincinnati, OH 45242 |
| CyraCom International Inc<br>(Language Line Services Inc.)<br>5780 N Swan Road<br>Tucson, TX 85718 | EXPERIAN HEALTH INC<br>PO BOX 846133<br>Los Angeles, CA 90088-0000 |
| DOMINICAN HOSPITAL FINANCE DEPARTMENT<br>1555 SOQUEL DRIVE<br>Santa Cruz, CA 95065-0000 | Easy Choice Health Plan<br>180 E. Ocean Blvd<br>#7<br>Long Beach, CA 92646 |
| Dell Financial Services LLC<br>99355 Collections Center Drive<br>Chicago, IL 60693 | Elite Anesthesia Group, Inc.<br>4000 Meridian Blvd<br>Franklin, TN 37067 |
| Delta Dental of California | EnBio |

7

| | | |
|---|---|---|
| 1 | 150 East Olive Ave.<br>Suite 114<br>Burbank, CA 91502 | CHIESA SHAHINIAN & GIANTOMASI PC<br>One Boland Drive<br>West Orange, NJ 07052 |
| 2 | | |
| 3 | Epiphany Healthcare Data Management, LLC<br>3000 E Boundary Terrace<br>Suite 2<br>Midlothian, VA 23112 | GE HFS, LLC<br>12854 Kenan Drive<br>Suite 201<br>Jacksonville, FL 32258 |
| 4 | | |
| 5 | | |
| 6 | FISHER HEALTHCARE<br>81 Wyman Street<br>Waltham, MA 2454 | GE Healthcare IITS USA Corp<br>15724 Collections Center Drive<br>Chicago, IL 60693 |
| 7 | | |
| 8 | FISHER&PAYKEL HEALTHCARE INC<br>15 Maurice Paykel Place<br>East Tamaki<br>Auckland, 2013 | GETINGE USA SALES LLC<br>1 Geoffrey Way<br>Wayne, NJ 7470 |
| 9 | | |
| 10 | | GOJO Industries Inc<br>1 Gojo Plz<br>STE 500<br>Akron, OH 44311 |
| 11 | Firm Revenue Cycle Management Services, Inc.<br>5590 South Fort Apache Road<br>Las Vegas, NV 89148 | |
| 12 | | |
| 13 | First Alarm Security & Control<br>1731 Technology Drive<br>Suite 800<br>San Jose, CA 95110 | GQR Global Markets<br>1038 Princeton Drive<br>Suite B<br>Marina Del Rey, CA 90292 |
| 14 | | |
| 15 | | GUERBET LLC<br>821 Alexander Rd<br>Princeton, NJ 8540 |
| 16 | First Health Group Corp.<br>3200 Highland Ave<br>Downers Grove, IL 60515 | |
| 17 | | General Electric Capital Corporation<br>20225 Water Tower Boulevard<br>Brookfield, WI 53045 |
| 18 | First Insurance Funding<br>450 Skokie Blvd.<br>Suite 1000<br>Northbrook, IL 60062 | |
| 19 | | General Teamsters Local 912<br>22 East 5th Street<br>Watsonville, CA 95076 |
| 20 | Foley & Lardner LLP<br>555 South Flower Street<br>Suite 3300<br>Los Angeles, CA 90071-2411 | |
| 21 | | Global Healthcare Exchange Inc.<br>1315 Century Drive<br>Suite 100<br>Louisville, CO 80027 |
| 22 | | |
| 23 | Foodbuy LLC<br>2400 Yorkmont Rd<br>Charlotte, NC 28217 | Golden Age Convalescent Hospital<br>523 Burlingame Avenue<br>Capitola, CA 95010 |
| 24 | | |
| 25 | Foothill College DeAnza Community College District<br>12345 El Monte Drive<br>, | Golden State Heart and Vascular Associates Inc.<br>2 Lowe Ragsdale Dr<br>Monterey, CA 93940 |
| 26 | | |
| 27 | | |
| 28 | Terri Jane Freedman | Good Samaritan Hospital, L.P. |

| | | |
|---|---|---|
| 1 | 2425 Samaritan Drive<br>San Jose, CA 95124 | Health Net Federal Services, LLC<br>2025 Aerojet Road<br>Rancho Cordova, CA 95742 |
| 2 | Greenberg Traurig LLP<br>2375 East Camelback Road<br>Suite 700<br>Phoenix, AZ 85016 | Health Net of California, Inc.<br>155 Grand Avenue<br>2nd Floor<br>Oakland, CA 94612 |
| 5 | Guidehouse Managed Services Inc.<br>(Navigant Cymetrix Corporation)<br>2875 Michelle<br>#250<br>Irvine, CA 92606 | Health Value Management, Inc.<br>d/b/a ChoiceCare Network<br>PO Box 19013<br>Green Bay, WI 54307 |
| 8 | HEROIC Security LLC<br>1881 W TRAVERSE PKWY STE E<br>Lehi, UT 84043 | HealthStream Inc<br>500 11th Avenue North<br>Suite 1000<br>Nashville, TN 37203 |
| 10 | HILL-ROM CO INC<br>1069 State Route 46 East<br>Batesville, IN 47006 | HealthTrust Purchasing Group, L.P.<br>1100 Dr. Martin L King Jr Blvd<br>Suite 1100<br>Nashville, TN 37203 |
| 12 | HOLOGIC INC<br>250 Campus Dr<br>Marlborough, MA 01752 | HealthTrust Workforce Solutions LLC<br>1000 Sawgrass Corporate Parkway<br>6th Floor<br>Sunrise, FL 33323 |
| 14 | Halo Unlimited, Inc<br>dba Infant Hearing Screening Specialists<br>1867 California Ave<br>#101<br>Corona, CA 92881 | Hearts and Hands Post Acute Care and Rehab Center<br>2990 Soquel Avenue<br>Santa Cruz, CA 95062 |
| 17 | Lucas F. Hammonds<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | Highland Capital Corporation<br>1 Passaic Avenue<br>Fairfield, NJ 7004 |
| 20 | Bruce A. Harland<br>Weinberg, Roger and Rosenfeld<br>1375 55th Street<br>Emeryville, CA 94608 | Gerry Hinkley<br>Pillsbury, Winthrop, Shaw<br>and Pittman, LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524 |
| 23 | Daniel J. Harris<br>Sills Cummis Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | ICU MEDICAL SALES INC<br>951 Calle Amanecer<br>San Clemente, CA 92673 |
| 26 | Andrea Hartley<br>Akerman LLP<br>98 Southeast Seventh Street, Suite 1100<br>Miami, FL 33131 | INTEGRA LIFESCIENCES SALES/NEURO<br>1100 Campus Road<br>Princeton, NJ 8540 |
| 28 | | Igoe & Company Incorporated |

9

| | | |
|---|---|---|
| 1 | 10905 Technology Place<br>Suite A<br>San Diego, CA 92127 | LIVANOVA USA INC<br>100 Cyberonics Blvd<br>STE 600<br>Houston, TX 77058 |
| 2 | | |
| 3 | International Business Machines Corporation<br>1 New Orchard Road<br>Armonk, NY 10504-1722 | Leasing Associates of Barrington, Inc<br>12854 Kenan Drive<br>Suite 201<br>Jacksonville, FL 32258 |
| 4 | | |
| 5 | International Business Machines Corporation<br>PO Box 643600<br>Pittsburgh, PA 15264-3600 | Lifeline Anesthesia VI, P.C.<br>3340 Players Club Parkway<br>Suite 350<br>Memphis, TN 38125 |
| 6 | | |
| 7 | | |
| 8 | Iron Mountain Secure Shredding, Inc.<br>745 Atlantic Avenue<br>Boston, MA 2111 | Lucile Packard Children's Hospital at Stanford<br>725 Welch Road<br>Palo Alto, CA 94304 |
| 9 | | |
| 10 | JOHNSON&JOHNSON HEALTH CARE SYS<br>425 Hoes Ln<br>Piscataway, NJ 08854 | |
| 11 | | MCN Healthcare<br>1777 S Harrison St<br>Denver, CO 80210 |
| 12 | Johnson Controls Fire Protection LP<br>6952 Preston Ave<br>STE A<br>Livermore, CA 94551-9545 | |
| 13 | | MEAD JOHNSON&COMPANY LLC<br>2400 W Lloyd Expressway<br>Evansville, IN 47721 |
| 14 | | |
| 15 | Kaiser Foundation Hospitals<br>PO Box 23380<br>Oakland, CA 94623-2338 | MEDHOST Direct Inc<br>6550 Carothers Parkway<br>Suite 160<br>Franklin, TN 37067 |
| 16 | | |
| 17 | Kindred Nursing and Transitional Care - Santa Cruz<br>1115 Capitola Road<br>Santa Cruz, CA 95062 | MEDIVATORS INC<br>14605 28th Avenue North<br>Minneapolis, MN 55447 |
| 18 | | |
| 19 | Li Kuo Kong MD<br>20283 Santa Maria Ave<br>Castro Valley, CA 94546 | MEDLINE INDUSTRIES LP<br>1 Medline Pl<br>Mundelein, IL 60060 |
| 20 | | |
| 21 | Konica Minolta Business Solutions USA, Inc.<br>100 Williams Drive<br>Ramsey, NJ 07446 | MEDTRONIC SOFAMOR DANEK USA<br>710 Medtronic Parkway<br>Minneapolis, MN 55432 |
| 22 | | |
| 23 | | |
| 24 | Gregory Kopacz<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102 | MILLER'S TRANS. & STOR.<br>220 WALKER STREET<br>Watsonville, CA 95076 |
| 25 | | |
| 26 | LIFENET HEALTH<br>1864 Concert Drive<br>Virginia Beach, VA 23453 | MIMEDX GROUP INC<br>1175 WEST OAK COMMONS COURT<br>MARIETTA, GA 30062 |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | MOLNLYCKE HEALTH CARE US LLC<br>5445 Triangle Parkway<br>Suite 400<br>Peach Tree Corners, GA 30092 | Monterey Peninsula Surgery Center d/b/a Capitola Surgery Center<br>2265 41st Avenue<br>Capitola, CA 95010 |

MOLNLYCKE HEALTH CARE US LLC
5445 Triangle Parkway
Suite 400
Peach Tree Corners, GA 30092

MPT of Watsonville, LLC
c/o MPT Operating Partnership, L.P.
Legal Dept.
1000 Urban Center Drive Suite 501
Birmingham, AL 35242

Mako Surgical Corp
2555 Davie Road
Fort Lauderdale, FL 33317

Roy Martinez
1800 Harrison Street
Suite 2350
Oakland, CA 94612

Masimo America Inc
52 Discovery
Irvine, CA 92618

Medely
2355 Westwood
#412
Los Angeles, CA 90064

MediaMedia
5712 Arapho Drive
San Jose, CA 95123

Medsurant, LLC
100 Front Street
Suite 280
West Conshohocken, PA 19428

Meritain Health Inc
PO Box 1652
Amherst, NY 14226

Mid-Coastal Perinatal Outreach Program
1265 Welch Road
MSOB
Stanford, CA 94305

Mills Peninsula Health Services
1500 Trousdale Blvd.
Burlingame, CA 94010

Monterey Peninsula Surgery Center d/b/a Capitola Surgery Center
2265 41st Avenue
Capitola, CA 95010

MorCare LLC
2429 Military Road
Suite 300
Niagra Falls, NY 14304

Moran Printing Inc (Emprint)
5425 Florida Blvd
#5425
Baton Rouge, LA 70806

MultiPlan, Inc.
115 Fifth Avenue
New York, NY 10003

NDSC
215 South Broadway
#412
Salem, NH 3079

NELLCOR PURITAN BENNETT/ASPECT
15 Hampshire St
Mansfield, MA 2048

NEOMED INC
5405 Windward Pkwy
Alpharetta, GA 30004

NEVEN DEVELOPMENT LLC
350-A CORAL ST.
SANTA CRUZ, CA 95060

NFS Leasing, Inc.
(assignee of GE HFS, LLC)
900 Cummings Center
Suite 226-U
Beverly, MA 01915

NOVO SURGICAL INC
700 Commerce Drive
Ste 500
Oak Brook, IL 60523

NUVASIVE INC
7475 Lusk Blvd
San Diego, CA 92121

NX Health Network

11

| | | |
|---|---|---|
| 1 | 23048 N. 15th Ave<br>Phoenix, AZ 85027 | Thomas E. Patterson<br>KTBS Law LLP<br>1801 Century Park East<br>Ste 26th Floor<br>Los Angeles, CA 90067 |
| 2, 3 | Natividad Medical Center<br>1441 Constitution Boulevard<br>Salinas, CA 93906 | |
| 4, 5 | ORGANOGENESIS INC<br>150 Dan Rd<br>Canton, MA 2021 | Thomas E. Patterson<br>KTBS Law LLP<br>1801 Century Park East<br>Ste 26th Floor<br>Los Angeles, CA 90067 |
| 6, 7 | Olympus America Inc.<br>3500 Corporate Parkway<br>Center Valley, PA 18034 | Peritus Advisors<br>22431 Antonio Parkway<br>STE B160-675<br>Rancho Santa Margarita, CA 92688 |
| 8, 9 | Optum360, LLC<br>11000 Optum Circle<br>Eden Prairie, MN 55344 | Pharmacy OneSource Inc<br>525 Junction Road<br>Suite 5000<br>Madison, WI 53717 |
| 10, 11, 12 | OrthoNorCal, Inc.<br>3803 S Bascom Avenue<br>Ste. 102<br>Campbell, CA 95008 | Picis Clinical Solutions Inc<br>100 Quannapowitt Parkway<br>STE 405<br>Wakefield, MA 1880 |
| 13, 14 | Owens & Minor Distribution, Inc.<br>PO BOX 53523<br>Los Angeles, CA 900743523 | Pinnacle Medical Group, Inc.<br>4 Rossi Circle<br>Suite 141<br>Salinas, CA 93907 |
| 15, 16 | P&A PICC, LLC<br>2059 Camden Ave<br>#289<br>San Jose, CA 95124 | Pitney Bowes<br>PO Box 223648<br>Pittsburgh, PA 15250-2648 |
| 17, 18 | PARA HealthCare Analytics, LLC<br>4801 East Copa de Oro Drive<br>Anaheim, CA 92807 | Pony Express Distribution and Delivery<br>355 Baker Street<br>Santa Cruz, CA 95062 |
| 19, 20 | PENUMBRA INC<br>One Penumbra Place<br>Alameda, CA 94502 | Premier Healthcare Solutions, Inc.<br>13034 Ballantyne Corporate Place<br>Charlotte, NC 28277 |
| 21, 22 | PHILIPS IMAGE GUIDED THERAPY<br>9965 Federal Drive<br>Colorado Springs, CO 80921 | |
| 23, 24 | PINEHURST HOSPITALIST MEDICAL GROUP, INC.<br>4535 DRESSLER RD NW<br>Canton, OH 44718 | Press Ganey Associates Inc<br>404 Columbia Place<br>South Bend, IN 46601 |
| 25, 26, 27 | Packard Children's Health Alliance, Inc<br>1573 Mallory Lane<br>Suite 100<br>Brentwood, TN 37027 | ProviderTrust, Inc.<br>406 11th Avenue N.<br>Suite 250<br>Nashville, TN 37203 |
| 28 | | QUIDEL CORP |

12

| | | |
|---|---|---|
| 1 | 10165 McKellar Court<br>San Diego, CA 92121 | SC JOHNSON PROFESSIONAL USA INC<br>2815 Coliseum Ctr Dr<br>Ste 600<br>Charlotte, NC 28217 |
| 2 | R4 Solutions Inc<br>19925 Stevens Creek Blvd<br>#100<br>Cupertino, CA 95014 | |
| 3 | | SCG Capital Corporation<br>(assignee of GE HFS, LLC)<br>74 West Park Place<br>Stamford, CT 06901 |
| 4 | REVUP, LLC<br>2554 E. Lester Avenue<br>Fresno, CA 93720 | |
| 5 | | SEIU United Healthcare Workers-West<br>560 Thomas L Berkley Wy.<br>Oakland, CA 94612 |
| 6 | Radiology Medical Group of Santa Cruz County, Inc.<br>1661 Soquel Drive<br>Bldg. G<br>Santa Cruz, CA 90565 | |
| 7 | | SMITH&NEPHEW WOUND<br>7135 Goodlett Farms Pkwy<br>0<br>Cordova, TN 38016 |
| 8 | Leroy Rasi MD<br>276 Green Valley Road<br>Freedom, CA 95076 | SMITHS MEDICAL ASD INC<br>5200 Upper Metro Place<br>Ste 200<br>Dublin, OH 43017 |
| 9 | Rehab Practice Management, LLC<br>330 Franklin Road<br>Suite 135A-102<br>Brentwood, TN 37027 | SPECTRANETICS LLC<br>9965 Federal Drive<br>Colorado Springs, CO 80921 |
| 10 | Restorix Health Inc<br>445 Hamilton Ave<br>Suite 800<br>White Plains, NY 10601 | STERIS CORP<br>5960 Heisley Road<br>Mentor, OH 44060 |
| 11 | Rezult Group Inc<br>340 Seven Springs Way<br>Suite 700<br>Brentwood, TN 37027 | STRYKER CRANIOMAXILLOFACIAL<br>1941 Stryker Way<br>Portage, MI 49002 |
| 12 | Jeremy Rosenthal<br>Force Ten Partners, LLC<br>5271 California Ave., Suite 270<br>Irvine, CA 92617 | STRYKER ORTHOPAEDICS<br>BOX 93213<br>Chicago, IL 606730000 |
| 13 | Royal Cup Inc<br>PO Box 841000<br>Dallas, TX 75284 | |
| 14 | An Nguyen Ruda<br>Bartko Zankel Bunzel & Miller<br>One Embarcadero Center, Suite 800<br>San Francisco, CA 94111 | STRYKER SALES LLC<br>1901 Romence Road Parkway<br>Portage, MI 49002 |
| 15 | RxBenefits, Inc<br>3700 Colonnade Pkwy<br>Suite 600<br>Birmingham, AL 35243 | STRYKER SPINE<br>C/O STRYKER SALES CORP<br>PO BOX 93308<br>Chicago, IL 60673 |
| | | STRYKER SUSTAINABILITY |

13

| | | |
|---|---|---|
| | SOLUTIONS<br>PO Box 29387<br>Phoenix, AZ 85038 | Scott Valley, CA 95066<br><br>Satellite Healthcare, Inc.<br>300 Santana Row<br>Suite 300<br>San Jose, CA 95128 |
| | STRYKER/ENDOSCOPY<br>47900 Bayside Pkwy<br>Fremont, CA 94538 | |
| | STRYKER/MEDICAL<br>1901 Romence Road Parkway<br>Portage, MI 49002 | Andrew H Sherman<br>Sill Cummis & Gross<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| | SYMMETRY SURGICAL INC<br>3034 Owen Drive<br>Antioch, TN 37013 | Siemens Healthcare Diagnostics, Inc<br>115 Norwood Park South<br>Norwood, MA 2062 |
| | Salem & Green, A Professional Corporation<br>655 University Avenue<br>Suite 200<br>Sacramento, CA 95825 | Spectrio LLC<br>4033 Tampa Road<br>Suite 103<br>Oldsmar, FL 34677 |
| | Salinas Valley Memorial Hospital<br>450 East Romie Lane<br>Salinas, CA 93901 | Spineology Inc<br>7800 3rd Street N<br>Suite 600<br>Saint Paul, MN 55128 |
| | Salud Para La Gente<br>PO Box 1870<br>Watsonville, CA 95077-1870 | Stanford Hospital and Clinics<br>725 Welch Road<br>Palo Alto, CA 94304 |
| | Salud Para La Gente Inc<br>204 East Beach Street<br>Watsonville, CA 95076 | State of California, California Emergency Medical Services Authority<br>PO Box 138008<br>Sacramento, CA 95813 |
| | Steven Salyer<br>75 Nielson St.<br>Watsonville, CA 95076 | Steve Clark & Associates, Inc<br>950 Glenn Drive<br>Suite 250<br>Folsom, CA 95630 |
| | Sanderling Renal Services-USA LLC<br>45/65 Nielson Street<br>Watsonville, CA 95076 | Stretto<br>410 Exchange<br>Suite 100<br>Irvine, CA 92602 |
| | Santa Cruz Health Information Exchange LLC<br>5200 Soquel Ave<br>Suite 103<br>Santa Cruz, CA 95062 | Stretto<br>410 Exchange<br>Suite 100<br>Irvine, CA 92602 |
| | Santa Cruz-Monterey-Merced Managed Medical Care Commission<br>d/b/a Central Coast Alliance for Health<br>1600 Green Hills Road | Stretto<br>410 Exchange<br>Suite 100<br>Irvine, CA 92602 |

| | | |
|---|---|---|
| | Stryker MAKO<br>2825 Airview Blvd<br>Portage, MI 49002 | The SSI Group LLC<br>4721 Morrison Drive<br>Mobile, AL 36609 |
| | Stryker Sales Corporation<br>1941 Stryker Way<br>Portage, MI 49024 | The SSI Group, LLC<br>4721 Morrison Drive<br>Mobile, AL 36609 |
| | Surgical Associates of Monterey Bay Corp<br>3315 Mission Drive<br>Santa Cruz, CA 95065 | ThyssenKrupp Elevator Corporation<br>2140 Zanker Rd<br>San Jose, CA 95133 |
| | Surgical Associates of Monterey Bay Medical Corporation<br>1668 Dominican Way<br>Santa Cruz, CA 95065 | Doug Tilley<br>Singer Cashman LLP<br>505 Montgomery Street, Suite 1100<br>San Francisco, CA 94111 |
| | TERUMO CARDIOVASCULAR SYSTEMS<br>6200 Jackson Road<br>Ann Harbor, MI 48103 | Times Publishing Group<br>9601 Soquel Drive<br>Aptos, CA 95003 |
| | TR Capital Management LLC<br>, | Gary E Torrell<br>Hooper, Lundy & Bookman, P.C.<br>1875 Century Park East, Suite 1600<br>Los Angeles, CA 90067 |
| | Team Health Medical Call Center<br>1431 Centerpoint Blvd<br>Suite 110<br>Knoxville, TN 37932 | Transwestern Insurance Administrators, Inc.<br>955 N St.<br>Fresno, CA 93721 |
| | The Accountable Alliance, Inc.<br>d/b/a USA Senior Care Network, Inc.<br>1250 South Capital of Texas Highway<br>Building 3, Suite 500<br>Austin, TX 78746 | TriWest Healthcare Alliance<br>PO Box 42049<br>Phoenix, AZ 85080-2049 |
| | The Forerunner Group LLC<br>1150 First Ave<br>Suite 910<br>King of Prussia, PA 19406 | United HealthCare Insurance Company<br>2300 Clayton Road<br>Suite 1000<br>Concord, CA 94520 |
| | | UnitedHealth Military & Veterans Services, LLC<br>2222 West Dunlap<br>Phoenix, AZ 85021 |
| | The Pajaronian<br>21 Brennan St<br>#14<br>Watsonville, CA 95076 | VRC Companies, LLC<br>868 Mt. Moriah<br>Memphis, TN 38117 |
| | The Permanente Medical Group, Inc<br>1800 Harrison Street<br>Suite 2350<br>Oakland, CA 94612 | VYAIRE MEDICAL INC<br>29429 NETWORK PLACE<br>Chicago, IL 606731294<br><br>Valley Convalescent Hospital<br>919 Freedom Boulevard |

| | | |
|---|---|---|
| 1 | Watsonville, CA 95076 | |
| 2 | VelocityEHS<br>222 Merchandise Mart Plaza<br>Suite 1750<br>Chicago, IL 60654 | Western Growers Assurance Trust Fund<br>17620 Fitch St<br>Irvine, CA 92614 |
| 4 | Verge Solutions LLC<br>11 eWall Street<br>Mount Pleasant, SC 29464 | David B. Willhoite<br>California Nurses Association<br>Legal Department<br>155 Grand Avenue<br>Oakland, CA 94612 |
| 6 | Vision Service Plan<br>3333 Quality Drive<br>Rancho Cordova, CA 95670 | Wound Care Advantage LLC<br>304 West Sierra Madre Blvd<br>Sierra Madre, CA 91024 |
| 8 | Matko Vranjes<br>75 Nielson Street<br>Watsonville, CA 95076 | Xclaim<br>2261 Market Street #4385<br>San Francisco, CA 94114 |
| 10 | WL GORE&ASSOCIATES INC<br>960 W Elliot Rd<br>Ste 202<br>Tempe, AZ 85284 | ZIMMER US INC<br>345 E Main St<br>Warsaw, IN 46580 |
| 13 | Watsonville Community Hospital<br>(attn: Pajaro Valley Community Health Tr<br>75 Nielson Street<br>Watsonville, CA 95076 | Scott A. Zuber<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>One Boland Drive<br>West Orange, NJ 07052 |
| 16 | Watsonville Hospital Federal Credit Union<br>75 Nielson Street<br>Watsonville, CA 95076 | |
| 18 | Watsonville Nursing Center<br>535 Auto Center Drive<br>Watsonville, CA 95076 | |
| 20 | Watsonville Post Acute Center<br>535 Auto Center Drive<br>Watsonville, CA 95076 | |
| 23 | Watsonville Square LLC<br>1820 Main Street<br>Watsonville, CA 95076 | |
| 25 | Western Alliance Equipment Finance, Inc.<br>(assignee of GE HFS, LLC)<br>1 East Washington<br>Ste 1400<br>Phoenix, AZ 85004 | |