1  Paul S. Jasper, Bar No. 200138
   PJasper@perkinscoie.com
2  Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
   EWalker@perkinscoie.com
3  Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)
   KAllare@perkinscoie.com
4  PERKINS COIE LLP
   505 Howard Street, Suite 1000
5  San Francisco, CA 94105
   Telephone: 415.344.7000
6  Facsimile: 415.344.7050

7  *Co-Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, et al.,[1]<br><br>Debtors. | Case No. 21-51477<br><br>Chapter: 11<br><br>(Jointly Administered)<br><br>**CERTIFICATION OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE STATEMENT OF PERKINS COIE LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**<br><br>Related Docket No. 755<br>**[No Order Required]**<br><br>Judge: Hon. M. Elaine Hammond |

The undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtors and debtors-in-possession (the "Debtors") hereby certifies that:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

1. As of the date hereof, no answer, objection or other responsive pleading has been received to the *Eighth Monthly Fee Statement of Perkins Coie LLP, as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2022 through August 31, 2022* [Docket No. 755] (the "Monthly Fee Statement"), filed on September 16, 2022.

2. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order"), objections to the Monthly Fee Statement were to be filed and served no later than September 30, 2022, at 4:00 p.m., prevailing Pacific Time.

3. Pursuant to the Compensation Procedures Order, the Debtors are authorized to pay Perkins Coie LLP the sum of $34,595.90, which represents the sum of 80% of the $43,164.00 of fees ($34,531.20), and 100% of the $64.70 of actual and necessary expenses requested in the Monthly Fee Statement for the period from August 1, 2022 through August 31, 2022, upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

DATED: October 3, 2022  **PERKINS COIE LLP**

By: */s/ Paul S. Jasper*

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone:  415.344.7000
Facsimile:   415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*