

| | |
|---|---|
| 1 | Debra I. Grassgreen (CA Bar No. 169978) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| 2 | Steven W. Golden (admitted *pro hac vice*) |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| 3 | One Market Plaza, Spear Tower, 40th Floor |
| | San Francisco, CA 94105-1020 |
| 4 | Telephone: 415.263.7000 |
| | Facsimile: 415.263.7010 |
| 5 | E-mail: dgrassgreen@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| 6 | sgolden@pszjlaw.com |

The following constitutes the order of the Court.
Signed: October 3, 2022

_M. Elaine Hammond_ (signature)
_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51477 |
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 (Jointly Administered) |
| Debtors.[1] | **ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365 EFFECTIVE AS OF THE REJECTION DATES** |
| | **Re Docket No. 709** |
| | Date: September 29, 2022 |
| | Time: 10:00 a.m. Pacific Time |
| | Place: United States Bankruptcy Court |
| | 280 South First Street |
| | Courtroom 11 |
| | San Jose, CA 95113-3099 |
| | Judge: Honorable M. Elaine Hammond |

**THIS MATTER** came before the Court upon consideration of the *Debtors First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of the Rejection Dates* [Docket No. 709] (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, pursuant to section

---
[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

365 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject the executory contracts listed on **Exhibit 1** hereto (the "Rejected Contracts") between the Debtors and the non-debtor counterparties listed on **Exhibit 1** (the "Counterparties"); and the Court having jurisdiction to consider the Motion and the Court having found and determined that notice of the Motion is reasonable and sufficient under the circumstances, and no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is granted on a final basis as provided herein.

2. The Rejected Contracts shall be deemed rejected as of **August 31, 2022** (the "Closing Date"), as identified in **Exhibit 1**.

3. Within three (3) business days after entry of this Order, the Debtors will serve this Order on the Counterparties.

4. The Counterparties must file a claim under section 502 of the Bankruptcy Code, other claims in connection with the Rejected Contracts, or the rejection, breach, or termination of such Rejected Contracts by no later than **November 2, 2022**, failing which any such claim or claims by the Counterparties shall be forever barred.

5. All of the Debtors' rights to contest any claim with respect to the Rejected Contracts are reserved. The Debtors do not waive any claims that the Debtors may have against the Counterparty to any Rejected Contract, whether or not such claims are related to such Rejected Contract. Nothing contained herein is intended to be, nor shall it be construed to be, an admission of the validity of any claim against the Debtors or a waiver of the Debtors' or any party in interest's rights, defenses, or counterclaims, with respect to the Rejected Contracts.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, or 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all action necessary to carry out this Final Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Final Order.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

# EXHIBIT 1

# (Rejected Contracts)

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 1. | ADEX Medical Staffing, LLC<br>509 Madison Ave Suite 1916<br>New York, NY 10022 | Watsonville Hospital Corporation | Temporary to Permanent Recruitment Agreement | August 31, 2022 (Closing Date) |
| 2. | Advanced Cardiovascular Specialists Inc.<br>2490 Hospital Drive #311<br>Mountain View, CA 94040 | Watsonville Hospital Corporation | Call Coverage Agreement Standard Terms and Conditions (CW2273180) | August 31, 2022 (Closing Date) |
| 3. | Advanced Sterilization Products Services, Inc.<br>33 Technology Drive<br>Irvine, CA 92618 | Watsonville Hospital Corporation | Service Agreement Quotation | August 31, 2022 (Closing Date) |
| 4. | Albert Crevello, MD<br>243 Green Valley Road #D<br>Freedom, CA 95019 | Watsonville Hospital Corporation | Specialty On-Call Coverage Agreement Between Hospital and Physician | August 31, 2022 (Closing Date) |
| 5. | Allied Universal Company<br>Eight Tower Bridge, 161 Washington Street Suite 600<br>Conshohocken, PA 19428 | Watsonville Hospital Corporation | Security Professional Service Agreement | August 31, 2022 (Closing Date) |
| 6. | Alta Hospitals System LLC<br>3415 South Sepulveda Blvd 9th Floor<br>Los Angeles, CA 90034 | Watsonville Hospital Corporation | Management Services Agreement | August 31, 2022 (Closing Date) |
| 7. | American Data Network, LLC<br>10809 Executive Center Drive Suite 300<br>Little Rock, AK 72211 | Watsonville Hospital Corporation | Compliance Services (Service Agreement) | August 31, 2022 (Closing Date) |
| 8. | American Data Network, LLC<br>10809 Executive Center Drive Suite 300<br>Little Rock, AK 72211 | Watsonville Hospital Corporation | System Access and Services Agreement | August 31, 2022 (Closing Date) |
| 9. | American Red Cross<br>431 18th Street, NW<br>Washington, DC 20006 | Watsonville Hospital Corporation | American Red Cross Blood Services Agreement<br>ARC Contract #0000973 | August 31, 2022 (Closing Date) |
| 10. | Applied Statistics & Management Inc.<br>32848 Wolf Store Road STE A<br>Temecula, CA 92592 | Watsonville Hospital Corporation | Master Agreement | August 31, 2022 (Closing Date) |
| 11. | Applied Statistics & Management Inc.<br>32848 Wolf Store Road STE A<br>Temecula, CA 92592 | Watsonville Hospital Corporation | Subscription Service Addendum to Master Agreement | August 31, 2022 (Closing Date) |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 12. | Arcus Data Security Inc. (c/o Iron Mountain) PO Box 915004 Dallas, TX 75391-5004 | Watsonville Hospital Corporation | Data Storage and Service Agreement | August 31, 2022 (Closing Date) |
| 13. | Artifact Health Inc. PO Box 949 Boulder, CO 80306 | Watsonville Hospital Corporation | Master Subscription Agreement | August 31, 2022 (Closing Date) |
| 14. | Barstow Healthcare Management Inc. 65 Nielson St Suite 102 Watsonville, CA 95076 | Watsonville Hospital Corporation | Assignment and Assumption and Consent | August 31, 2022 (Closing Date) |
| 15. | Barstow Healthcare Management Inc. 65 Nielson St Suite 102 Watsonville, CA 95076 | Watsonville Hospital Corporation | Management Agreement | August 31, 2022 (Closing Date) |
| 16. | Bayview Gastroenterology 4145 Clares Street Suite A Capitola, CA 95010 | Watsonville Hospital Corporation | Call Coverage Agreement Standard Terms and Conditions- GI | August 31, 2022 (Closing Date) |
| 17. | Bayview Gastroenterology 4145 Clares Street Suite A Capitola, CA 95010 | Watsonville Hospital Corporation | 1st Amendment of Call Coverage Agreement Standard Terms and Conditions- GI | August 31, 2022 (Closing Date) |
| 18. | BioFire 515 Colorow Drive Salt Lake City, UT 84108 | Watsonville Hospital Corporation | Diagnostic System Extended Warranty Agreement (Q-20213) | August 31, 2022 (Closing Date) |
| 19. | Carrier PO BOX 93844 Chicago IL 60673-3844 | Watsonville Hospital Corporation | Carrier Service Agreement No. 035A10886 #035A10886 | August 31, 2022 (Closing Date) |
| 20. | Carrier PO BOX 93844 Chicago IL 60673-3844 | Watsonville Hospital Corporation | Commercial Service HVAC Maintenance Plan | August 31, 2022 (Closing Date) |
| 21. | Clean Harbors Environmental Services Inc 1021 Berryessa Rd San Jose, CA 95133 | Watsonville Hospital Corporation | Quote for Waste Management (#3600954) Q#3600954 | August 31, 2022 (Closing Date) |
| 22. | Coastal Health Partners, P.C. 1820 Main St Watsonville, CA | Watsonville Healthcare Management | 1st Amendment to Management Agreement | August 31, 2022 (Closing Date) |
| 23. | Coastal Health Partners, P.C. 1820 Main St Watsonville, CA | Watsonville Hospital Corporation | 5th Amendment to Call Coverage Agreement | August 31, 2022 (Closing Date) |
| 24. | Coastal Health Partners, P.C. 1820 Main St Watsonville, CA | Watsonville Hospital Corporation | 4th Amendment to Call Coverage Agreement | August 31, 2022 (Closing Date) |

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 25. | Coastal Health Partners, P.C.<br>1820 Main St<br>Watsonville, CA | Watsonville Hospital Corporation | 3rd Amendment to Call Coverage Agreement | August 31, 2022 (Closing Date) |
| 26. | Coastal Health Partners, P.C.<br>1820 Main St<br>Watsonville, CA | Watsonville Hospital Corporation | 2nd Amendment to Call Coverage Agreement | August 31, 2022 (Closing Date) |
| 27. | Coastal Health Partners, P.C.<br>1820 Main St<br>Watsonville, CA | Watsonville Hospital Corporation | 1st Amendment to Call Coverage Agreement | August 31, 2022 (Closing Date) |
| 28. | Coastal Health Partners, P.C.<br>1820 Main St<br>Watsonville, CA | Watsonville Hospital Corporation | Call Coverage Agreement Standard Terms and Conditions | August 31, 2022 (Closing Date) |
| 29. | Complianceline, LLC<br>8615 Cliff Cameron Dr. Suite 290<br>Charlotte, NC 28262 | Watsonville Hospital Corporation | ComplianceLine Agreement | August 31, 2022 (Closing Date) |
| 30. | Complianceline, LLC<br>8615 Cliff Cameron Dr. Suite 290<br>Charlotte, NC 28262 | Watsonville Hospital Corporation | Agreement Amendment | August 31, 2022 (Closing Date) |
| 31. | Constellation NewEnergy-Gas Division, LLC<br>9960 Corporate Campus Drive, Suite 2000<br>Louisville, KY 40223 | Watsonville Hospital Corporation | Purchasing Agreement (Agreement No. AES05173) and Transaction Agreement | August 31, 2022 (Closing Date) |
| 32. | CyraCom International Inc (Language Line Services Inc.)<br>5780 N Swan Road<br>Tucson, AZ 85718 | Watsonville Hospital Corporation | Pricing Agreement | August 31, 2022 (Closing Date) |
| 33. | Duke University Health System, Inc.<br>3100 Tower Blvd. Suite 600<br>Durham, NC 27707 | Watsonville Hospital Corporation | Graduate Student Clinical Rotation Affiliation Agreement | August 31, 2022 (Closing Date) |
| 34. | ECMO PRN LLC<br>1246 Mission Road<br>South San Francisco, CA 94080 | Watsonville Hospital Corporation | Extracorporeal Membrane Oxygenation Services and Interfacility Ambulance Service Provider One Time Emergency Service Agreement | August 31, 2022 (Closing Date) |
| 35. | Elite Anesthesia Group, Inc.<br>4000 Meridian Blvd<br>Franklin, TN 37067 | Watsonville Hospital Corporation | Service Agreement (CW2087874) | August 31, 2022 (Closing Date) |
| 36. | Elite Anesthesia Group, Inc.<br>4000 Meridian Blvd<br>Franklin, TN 37067 | Watsonville Hospital Corporation | 1st Amendment to Service Agreement | August 31, 2022 (Closing Date) |

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 37. | Elite Anesthesia Group, Inc.<br>4000 Meridian Blvd<br>Franklin, TN 37067 | Watsonville Hospital Corporation | 2nd Amendment to Service Agreement | August 31, 2022 (Closing Date) |
| 38. | enBio<br>150 East Olive Ave. Suite 114<br>Burbank, CA 91502 | Watsonville Hospital Corporation | Imaging Equipment Services Agreement | August 31, 2022 (Closing Date) |
| 39. | eSolutions, Inc.<br>8215 West 108th Terrace<br>Overland Park, KS 66210 | Watsonville Hospital Corporation | eSolutions Services Agreement | August 31, 2022 (Closing Date) |
| 40. | eSolutions, Inc.<br>8215 West 108th Terrace<br>Overland Park, KS 66210 | Watsonville Hospital Corporation | eSolutions Business Associate Agreement | August 31, 2022 (Closing Date) |
| 41. | Firm Revenue Cycle Management Services, Inc.<br>5590 South Fort Apache Road<br>Las Vegas, NV 89148 | Watsonville Hospital Corporation | Master Service Agreement | August 31, 2022 (Closing Date) |
| 42. | First Alarm Security & Control<br>1731 Technology Drive Suite 800<br>San Jose, CA 95110 | Watsonville Hospital Corporation | First Alarm Security & Control Agreement | August 31, 2022 (Closing Date) |
| 43. | GE Healthcare IITS USA Corp<br>15724 Collections Center Drive<br>Chicago, IL 60693 | Watsonville Hospital Corporation | Centricity Support Maintenance Agreement (OBEHR)<br>OPP-2007590575 | August 31, 2022 (Closing Date) |
| 44. | GE HFS, LLC<br>12854 Kenan Drive Suite 201<br>Jacksonville, FL 32258 | Watsonville Hospital Corporation | Equipment Schedule to Master Lease Agreement #9859658-001 | August 31, 2022 (Closing Date) |
| 45. | GE HFS, LLC<br>12854 Kenan Drive Suite 201<br>Jacksonville, FL 32258 | Watsonville Hospital Corporation | Early Buy-Out Option Addendum | August 31, 2022 (Closing Date) |
| 46. | Golden State Heart and Vascular Associates Inc.<br>2 Lowe Ragsdale Dr Suite 160<br>Monterey, CA 93940 | Watsonville Hospital Corporation | Call Coverage Agreement | August 31, 2022 (Closing Date) |
| 47. | Guidehouse Managed Services Inc. (Navigant Cymetrix Corporation)<br>2875 Michelle #250<br>Irvine, CA 92606 | Watsonville Hospital Corporation | Statement of Work #2 | August 31, 2022 (Closing Date) |
| 48. | Guidehouse Managed Services Inc. (Navigant Cymetrix Corporation)<br>2875 Michelle #250<br>Irvine, CA 92606 | Watsonville Hospital Corporation | Statement of Work #1 | August 31, 2022 (Closing Date) |

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 49. | Guidehouse Managed Services Inc. (Navigant Cymetrix Corporation)<br>2875 Michelle #250<br>Irvine, CA 92606 | Watsonville Hospital Corporation | Amendment to Statement of Work #1 | August 31, 2022 (Closing Date) |
| 50. | Guidehouse Managed Services Inc. (Navigant Cymetrix Corporation)<br>2875 Michelle #250<br>Irvine, CA 92606 | Watsonville Hospital Corporation | Master Services Agreement | August 31, 2022 (Closing Date) |
| 51. | HealthStream Inc.<br>500 11th Avenue North Suite 1000<br>Nashville, TN 37203 | Watsonville Hospital Corporation | Master Services Agreement | August 31, 2022 (Closing Date) |
| 52. | HealthStream Inc.<br>500 11th Avenue North Suite 1000<br>Nashville, TN 37203 | Watsonville Hospital Corporation | Order Form (ORD-0732790)<br>ORD-0732790 | August 31, 2022 (Closing Date) |
| 53. | HealthStream Inc.<br>500 11th Avenue North Suite 1000<br>Nashville, TN 37203 | Watsonville Hospital Corporation | Order Form (ORD-0732790)<br>ORD-0732790 | August 31, 2022 (Closing Date) |
| 54. | HealthTrust Workforce Solutions LLC<br>1000 Sawgrass Corporate Parkway 6th Floor<br>Sunrise, FL 33323 | Watsonville Hospital Corporation | HealthTrust Purchaser Managed Services Program Agreement | August 31, 2022 (Closing Date) |
| 55. | HOLOGIC INC<br>2520 Mission College Blvd Suite 202<br>Santa Clara, CA 95054 | Watsonville Hospital Corporation | Service Quote (#Q-102509)<br>Q-102509 | August 31, 2022 (Closing Date) |
| 56. | Intuitive Surgical Inc.<br>1020 Kifer Road<br>Sunnyvale, CA 94086 | Watsonville Hospital Corporation | Service Agreement Q#4008379 | August 31, 2022 (Closing Date) |
| 57. | Iron Mountain Secure Shredding, Inc.<br>745 Atlantic Avenue<br>Boston, MA 2111 | Watsonville Hospital Corporation | Secure Shredding Services Facility Agreement (#4008379) | August 31, 2022 (Closing Date) |
| 58. | Johnson Controls Fire Protection LP<br>6952 Preston Ave STE A<br>Livermore, CA 94551-9545 | Watsonville Hospital Corporation | Service Solution Agreement (#659393) Proposal #659393 | August 31, 2022 (Closing Date) |
| 59. | Johnson Controls Fire Protection LP<br>6952 Preston Ave STE A<br>Livermore, CA 94551-9545 | Watsonville Hospital Corporation | Purchaser Agreement HPG-6493 | August 31, 2022 (Closing Date) |
| 60. | Konica Minolta Business Solutions USA, Inc.<br>100 Williams Drive<br>Ramsey, NJ 7446 | Watsonville Hospital Corporation | Master Premier Lease Schedule 40144713 | August 31, 2022 (Closing Date) |

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 61. | Konica Minolta Business Solutions USA, Inc. 100 Williams Drive Ramsey, NJ 7446 | Watsonville Hospital Corporation | Master Premier Lease Schedule | August 31, 2022 (Closing Date) |
| 62. | Konica Minolta Business Solutions USA, Inc. 100 Williams Drive Ramsey, NJ 7446 | Watsonville Hospital Corporation | Software Financing Agreement | August 31, 2022 (Closing Date) |
| 63. | Konica Minolta Business Solutions USA, Inc. 100 Williams Drive Ramsey, NJ 7446 | Watsonville Hospital Corporation | Master Premier Lease Agreement and Premier Finance Waiver | August 31, 2022 (Closing Date) |
| 64. | Matko Vranjes c/o Executive Offices 75 Nielson St Watsonville CA 95076 | Watsonville Hospital Corporation | Employment Agreement | August 31, 2022 (Closing Date) |
| 65. | MCN Healthcare 1777 S Harrison St Suite 405 Denver, CO 80210 | Watsonville Hospital Corporation | Amendment Number 1 to Policy Manager Agreement | August 31, 2022 (Closing Date) |
| 66. | MCN Healthcare 1777 S Harrison St Suite 405 Denver, CO 80210 | Watsonville Hospital Corporation | MCN Healthcare ellucid Policy Manager Agreement | August 31, 2022 (Closing Date) |
| 67. | Medely 2355 Westwood #412 Los Angeles, CA 90064 | Watsonville Hospital Corporation | Services Agreement | August 31, 2022 (Closing Date) |
| 68. | Medsurant, LLC 100 Front Street Suite 280 West Conshohocken, PA 19428 | Watsonville Hospital Corporation | Services Agreement | August 31, 2022 (Closing Date) |
| 69. | Miller's Transfer & Storage 220 Walker Street Watsonville, CA 95076 | Watsonville Hospital Corporation | Miller's Transfer and Storage Services Agreement | August 31, 2022 (Closing Date) |
| 70. | Mindray DS USA, Inc. 800 MacArthur Blvd. Mahwah, NJ 07430 | Watsonville Hospital Corporation | Mindray North America Service Contract (#C031094) | August 31, 2022 (Closing Date) |
| 71. | Moran Printing Inc. (Emprint) 5425 Florida Blvd #5425 Baton Rouge, LA 70806 | Watsonville Hospital Corporation | Contract of Services | August 31, 2022 (Closing Date) |
| 72. | Olympus America Inc. 3500 Corporate Parkway Center Valley, PA 18034 | Watsonville Hospital Corporation | Full Service Agreement Q-01090551 | August 31, 2022 (Closing Date) |
| 73. | OrthoNorCal, Inc. 3803 S Bascom Avenue Ste. 102 Campbell, CA 95008 | Watsonville Hospital Corporation | Call Coverage Agreement Standard Terms and Conditions - Orthopedic Surgery | August 31, 2022 (Closing Date) |

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 74. | OrthoNorCal, Inc.<br>3803 S Bascom Avenue Ste. 102<br>Campbell, CA 95008 | Watsonville Hospital Corporation | Amendment to Call Coverage Agreement | August 31, 2022 (Closing Date) |
| 75. | OrthoNorCal, Inc.<br>3803 S Bascom Avenue Ste. 102<br>Campbell, CA 95008 | Watsonville Hospital Corporation | Amendment to Call Coverage Agreement | August 31, 2022 (Closing Date) |
| 76. | P&A PICC, LLC<br>2059 Camden Ave #289<br>San Jose, CA 95124 | Watsonville Hospital Corporation | PICC Line Services Agreement | August 31, 2022 (Closing Date) |
| 77. | P&A PICC, LLC<br>2059 Camden Ave #289<br>San Jose, CA 95124 | Watsonville Hospital Corporation | PICC Business Associate Agreement | August 31, 2022 (Closing Date) |
| 78. | Pacific Coast Trane Service<br>310 Soquel Way<br>Sunnyvale, CA 94085 | Watsonville Hospital Corporation | Scheduled Services Agreement (L#10052) | August 31, 2022 (Closing Date) |
| 79. | PARA HealthCare Analytics, LLC<br>4801 East Copa de Oro Drive<br>Anaheim, CA 92807 | Watsonville Hospital Corporation | PARA Service Agreement | August 31, 2022 (Closing Date) |
| 80. | PERITUS Advisors<br>22431 Antonio Parkway STE B160-675<br>Rancho Santa Margarita, CA 92688 | Watsonville Hospital Corporation | Consulting Agreement | August 31, 2022 (Closing Date) |
| 81. | Pinnacle Medical Group, Inc.<br>4 Rossi Circle Suite 141<br>Salinas, CA 93907 | Watsonville Hospital Corporation | Independent Contractor Agreement | August 31, 2022 (Closing Date) |
| 82. | Premier Healthcare Solutions, Inc.<br>13034 Ballantyne Corporate Place<br>Charlotte, NC 28277 | Watsonville Hospital Corporation | PerformanceSuite Solutions Subscription Agreement | August 31, 2022 (Closing Date) |
| 83. | Press Ganey Associates Inc.<br>404 Columbia Place<br>South Bend, IN 46601 | Watsonville Hospital Corporation | Business Associate Agreement | August 31, 2022 (Closing Date) |
| 84. | Press Ganey Associates Inc.<br>404 Columbia Place<br>South Bend, IN 46601 | Watsonville Hospital Corporation | Patient Experience Statement of Work | August 31, 2022 (Closing Date) |
| 85. | Press Ganey Associates, Inc.<br>404 Columbia Place<br>South Bend, IN 46601 | Watsonville Hospital Corporation | Master Services Agreement | August 31, 2022 (Closing Date) |
| 86. | R4 Solutions Inc.<br>19925 Stevens Creek Blvd #100<br>Cupertino, CA 95014 | Watsonville Hospital Corporation | Master Service Agreement | August 31, 2022 (Closing Date) |

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 87. | R4 Solutions Inc.<br>19925 Stevens Creek Blvd #100<br>Cupertino, CA 95014 | Watsonville Hospital Corporation | Task Order | August 31, 2022 (Closing Date) |
| 88. | R4 Solutions Inc.<br>9925 Stevens Creek Blvd #100<br>Cupertino, CA 95014 | Watsonville Hospital Corporation | Business Associate Agreement | August 31, 2022 (Closing Date) |
| 89. | R4 Solutions Inc.<br>9925 Stevens Creek Blvd #100<br>Cupertino, CA 95014 | Watsonville Hospital Corporation | Statement of Work | August 31, 2022 (Closing Date) |
| 90. | Radiology Medical Group of Santa Cruz County, Inc.<br>1661 Soquel Drive Bldg. G<br>Santa Cruz, CA 95065 | Watsonville Hospital Corporation | Radiology Department Professional Services Agreement | August 31, 2022 (Closing Date) |
| 91. | Restorix Health Inc.<br>445 Hamilton Ave Suite 800<br>White Plains, NY 10601 | Watsonville Hospital Corporation | Administrative Services and Professional Staff Agreement | August 31, 2022 (Closing Date) |
| 92. | REVUP, LLC<br>2554 E. Lester Avenue<br>Fresno, CA 93720 | Watsonville Hospital Corporation | Consulting Services Agreement | August 31, 2022 (Closing Date) |
| 93. | Rezult Group Inc.<br>340 Seven Springs Way Suite 700<br>Brentwood, TN 37027 | Watsonville Hospital Corporation | Standard Services Agreement | August 31, 2022 (Closing Date) |
| 94. | Roy Martinez<br>1800 Harrison Street Suite 2350<br>Oakland, CA 94612 | Watsonville Hospital Corporation | Chief of Staff Physician Agreement | August 31, 2022 (Closing Date) |
| 95. | STERIS CORP<br>5960 Heisley Road<br>Mentor, OH 44060 | Watsonville Hospital Corporation | Agreement # 1-5850656487/1<br>1-5850656487/1 | August 31, 2022 (Closing Date) |
| 96. | Sutter Bay Medical Foundation d/b/a Palo Alto Medical Foundation for Health Care, Research, and Education<br>2350 West El Camino Real, 5th Floor<br>Mountain View, CA 94040 | Watsonville Hospital Corporation | Hospitalist Coverage and Medical Director Agreement | August 31, 2022 (Closing Date) |
| 97. | The Permanente Medical Group, Inc.<br>1800 Harrison Street Suite 2350<br>Oakland, CA 94612 | Watsonville Hospital Corporation | Vice Chief of Staff Professional Services Agreement | August 31, 2022 (Closing Date) |
| 98. | Vigilance Risk Solutions, Inc.<br>2159 India Street<br>San Diego, CA 92501 | Watsonville Hospital Corporation | Master Services Agreement | August 31, 2022 (Closing Date) |

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 99. | Vigilance Risk Solutions, Inc. 2159 India Street San Diego, CA 92501 | Watsonville Hospital Corporation | Halsen Health Statement of Work 1 For Unified Conflict & Violence Prevention System | August 31, 2022 (Closing Date) |

**END OF ORDER**

**COURT SERVICE LIST**

All ECF Parties.