Entered on Docket
October 03, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

The following constitutes the order of the Court.
Signed: October 3, 2022


_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>         Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365 EFFECTIVE AS OF THE REJECTION DATES**<br><br>**Re Docket No. 715**<br><br>Date: September 29, 2022<br>Time: 10:00 a.m. Pacific Time<br>Place: United States Bankruptcy Court<br>      280 South First Street<br>      Courtroom 11<br>      San Jose, CA 95113-3099<br>Judge: Honorable M. Elaine Hammond |

      **THIS MATTER** came before the Court upon consideration of the *Debtors Amended Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of the Rejection Dates* [Docket No. 715] (the "Motion")[2] of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject the executory contracts listed on **Exhibit 1** hereto (the "Rejected Contracts") between the Debtors and the non-debtor counterparties listed on **Exhibit 1** (the "Counterparties"); and the Court having jurisdiction to consider the Motion and the Court having found and determined that notice of the Motion is reasonable and sufficient under the circumstances, and no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is granted on a final basis as provided herein.

2. The Rejected Contracts shall be deemed rejected as of **August 31, 2022** (the "August 31, 2022 (Closing Date)"), as identified in **Exhibit 1**.

3. Within three (3) business days after entry of this Order, the Debtors will serve this Order on the Counterparties.

4. The Counterparties must file a claim under section 502 of the Bankruptcy Code, other claims in connection with the Rejected Contracts, or the rejection, breach, or termination of such Rejected Contracts by no later than **November 2, 2022**, failing which any such claim or claims by the Counterparties shall be forever barred.

5. All of the Debtors' rights to contest any claim with respect to the Rejected Contracts are reserved. The Debtors do not waive any claims that the Debtors may have against the Counterparty to any Rejected Contract, whether or not such claims are related to such Rejected Contract. Nothing contained herein is intended to be, nor shall it be construed to be, an admission of the validity of any claim against the Debtors or a waiver of the Debtors' or any party in interest's rights, defenses, or counterclaims, with respect to the Rejected Contracts.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, or 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all action necessary to carry out this Final Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Final Order.

# EXHIBIT 1

## (Rejected Contracts)

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 1. | Accruent, LLC<br>11500 Alterra Parkway, Suite 110<br>Austin, TX 78758 | Watsonville Hospital Corporation | Statement of Work No. Q-142342-1 | August 31, 2022 (Closing Date) |
| 2. | Accruent, LLC<br>11500 Alterra Parkway, Suite 110<br>Austin, TX 78758 | Watsonville Hospital Corporation | Quote No. Q-131563-3 | August 31, 2022 (Closing Date) |
| 3. | American Messaging Services, LLC<br>1720 Lakepointe Drive, Suite 100<br>Lewisville, TX 75057 | Watsonville Hospital Corporation | Customer Agreement (#M7-028788) | August 31, 2022 (Closing Date) |
| 4. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Master Agreement | August 31, 2022 (Closing Date) |
| 5. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Rental Agreement and Support Agreement | August 31, 2022 (Closing Date) |
| 6. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Virtual Test System Agreement | August 31, 2022 (Closing Date) |
| 7. | BD CareFusion Solutions, LLC<br>3750 Torrey View CT<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Customer Order #1000032117 | August 31, 2022 (Closing Date) |
| 8. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Amendment to Customer Order 2000019274 | August 31, 2022 (Closing Date) |
| 9. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Amendment to Customer Order 2000018220 | August 31, 2022 (Closing Date) |
| 10. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Customer Order Attachment | August 31, 2022 (Closing Date) |
| 11. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Amendment to Customer Order 2000018332 | August 31, 2022 (Closing Date) |
| 12. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Customer Agreement | August 31, 2022 (Closing Date) |

Pachulski Stang Ziehl & Jones LLP
Attorneys at Law
San Francisco, CA

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 13. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Customer Agreement | August 31, 2022 (Closing Date) |
| 14. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Customer Order #1000177619 | August 31, 2022 (Closing Date) |
| 15. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | Watsonville Hospital Corporation | Customer Order #1000177618 | August 31, 2022 (Closing Date) |
| 16. | BD CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego ,CA 92130 | Watsonville Hospital Corporation | Customer Order #1000184175 | August 31, 2022 (Closing Date) |
| 17. | Collective Medical Technologies, Inc.<br>4760 S. Highland Drive, #217<br>Holladay, UT 84117 | Watsonville Hospital Corporation | Master Subscription Agreement | August 31, 2022 (Closing Date) |
| 18. | Collective Medical Technologies, Inc.<br>2795 E. Cottonwood Pkwy, Suite 230<br>Salt Lake City, UT 84121 | Watsonville Hospital Corporation | EDIE Service Order Form | August 31, 2022 (Closing Date) |
| 19. | Diagnostica Stago, Inc.<br>Five Century Drive<br>Parsippany, NJ 07054 | Watsonville Hospital Corporation | Service Agreement | August 31, 2022 (Closing Date) |
| 20. | Easy Choice Health Plan<br>180 E. Ocean Blvd #7<br>Long Beach, CA 92646 | Watsonville Hospital Corporation | Letter of Agreement | August 31, 2022 (Closing Date) |
| 21. | Easy Choice Health Plan, Inc.<br>180 E. Ocean Blvd #7<br>Long Beach, CA 92646 | Watsonville Hospital Corporation | Easy Choice Health Plan Hospital Services Agreement | August 31, 2022 (Closing Date) |
| 22. | EndoSoft, LLC<br>135 Broadway<br>Schenectady, NY 12305 | Watsonville Hospital Corporation | Annual Subscription | August 31, 2022 (Closing Date) |
| 23. | Evoqua Water Technologies<br>960 Ames Avenue<br>Milpitas, CA 95035 | Watsonville Hospital Corporation | Water Purification System Proposal (Quote # 2019-344671) | August 31, 2022 (Closing Date) |
| 24. | First Health Group Corp.<br>3200 Highland Ave<br>Downers Grove, IL 60515 | Watsonville Hospital Corporation | Participating Hospital Agreement | August 31, 2022 (Closing Date) |
| 25. | First Health Group Corp.<br>3200 Highland Ave<br>Downers Grove, IL 60515 | Watsonville Hospital Corporation | Amendment | August 31, 2022 (Closing Date) |

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 26. | Halo Unlimited Inc. (d/b/a Infant Hearing Screening Specialists) 1867 California Avenue #101 Corona, CA 92881 | Watsonville Hospital Corporation | Auditory Services Agreement | August 31, 2022 (Closing Date) |
| 27. | Halo Unlimited Inc. (d/b/a Infant Hearing Screening Specialists) 1867 California Avenue #101 Corona, CA 92881 | Watsonville Hospital Corporation | First Amendment to Auditory Services Agreement | August 31, 2022 (Closing Date) |
| 28. | Healthicity, LLC 2233 President's Drive, Suite F Salt Lake City, UT 84120 | Watsonville Hospital Corporation | Master Services Agreement | August 31, 2022 (Closing Date) |
| 29. | Healthicity, LLC 2233 President's Drive, Suite F Salt Lake City, UT 84120 | Watsonville Hospital Corporation | Business Associate Agreement | August 31, 2022 (Closing Date) |
| 30. | Healthicity, LLC 2233 President's Drive, Suite F Salt Lake City, UT 84120 | Watsonville Hospital Corporation | Order Form | August 31, 2022 (Closing Date) |
| 31. | HealthTronics Mobile Solutions, LLC P.O. Box 95333 Grapevine, TX 76099 | Watsonville Hospital Corporation | Standardization Incentive Program - Facility Acknowledgement Form - Discounts | August 31, 2022 (Closing Date) |
| 32. | Health Value Management, Inc. d/b/a ChoiceCare Network PO Box 19013 Green Bay, WI 54307 | Watsonville Hospital Corporation | Hospital Participation Agreement | August 31, 2022 (Closing Date) |
| 33. | Humana Insurance Company and Humana Health Plan, Inc. Attn: Law Department P.O. Box 1438 Louisville, KY 40201-1438 | Watsonville Hospital Corporation | Hospital Participation Agreement | August 31, 2022 (Closing Date) |
| 34. | Imprivata, Inc. 10 Maguire Road, Suite 125 Lexington, MA 02421 | Watsonville Hospital Corporation | End User License Agreement for Imprivata Software | August 31, 2022 (Closing Date) |
| 35. | Jobvite, Inc. 20 North Meridian Street, Suite 300 Indianapolis, IN 46204 | Watsonville Hospital Corporation | Master Subscription Agreement | August 31, 2022 (Closing Date) |
| 36. | Jobvite, Inc. 20 North Meridian Street, Suite 300 Indianapolis, IN 46204 | Watsonville Hospital Corporation | Order No. Q-049340 | August 31, 2022 (Closing Date) |
| 37. | Mills Peninsula Health Services 1500 Trousdale Blvd. Burlingame, CA 94010 | Watsonville Hospital Corporation | Hospital Services Agreement | August 31, 2022 (Closing Date) |
| 38. | Mills Peninsula Health Services 1500 Trousdale Blvd. Burlingame, CA 94010 | Watsonville Hospital Corporation | First Amendment to the Hospital Services Agreement | August 31, 2022 (Closing Date) |

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 39. | Monterey Bay Heart Center<br>PO Box 95019<br>Freedom, CA 95019 | Watsonville Hospital Corporation | Professional Services Agreement | August 31, 2022 (Closing Date) |
| 40. | MultiPlan, Inc.<br>115 Fifth Avenue<br>New York, NY 10003 | Watsonville Hospital Corporation | MPI Participating Facility Agreement | August 31, 2022 (Closing Date) |
| 41. | Philips Healthcare Informatics, Inc. (f/k/a Carestream Health, Inc.<br>Dept. Ch. 19286<br>Palatine, IL 60055 | Watsonville Hospital Corporation | Service Agreement (Quote No. 5179328) | August 31, 2022 (Closing Date) |
| 42. | Pipeline Health Holdings LLC d/b/a PipelineRx<br>600 California Street, Suite 520<br>San Francisco, CA 94108 | Watsonville Hospital Corporation | Master License and Services Agreement | August 31, 2022 (Closing Date) |
| 43. | Pipeline Health Holdings LLC d/b/a PipelineRx<br>600 California Street, Suite 520<br>San Francisco, CA 94108 | Watsonville Hospital Corporation | Order Form | August 31, 2022 (Closing Date) |
| 44. | Pipeline Health Holdings LLC d/b/a PipelineRx<br>600 California Street, Suite 520<br>San Francisco, CA 94108 | Watsonville Hospital Corporation | Amendment to Agreement for Remote Pharmacist Services | August 31, 2022 (Closing Date) |
| 45. | Pipeline Health Holdings LLC d/b/a PipelineRx<br>600 California Street, Suite 520<br>San Francisco, CA 94108 | Watsonville Hospital Corporation | Amendment to Agreement for Remote Pharmacist Services | August 31, 2022 (Closing Date) |
| 46. | Rehab Practice Management, LLC<br>330 Franklin Road Suite 135A-102<br>Brentwood, TN 37027 | Watsonville Hospital Corporation | Rehabilitation Program Services Agreement | August 31, 2022 (Closing Date) |
| 47. | Rehab Practice Management, LLC<br>330 Franklin Road Suite 135A-102<br>Brentwood, TN 37027 | Watsonville Hospital Corporation | Amendment | August 31, 2022 (Closing Date) |
| 48. | Royal Cup Inc.<br>PO Box 841000<br>Dallas, TX 75284 | Watsonville Hospital Corporation | Equipment Rental | August 31, 2022 (Closing Date) |
| 49. | Ryan Brandt MD<br>26 Hollins Drive<br>Santa Cruz, CA 95060 | Watsonville Hospital Corporation | Call Coverage Agreement Standard Terms and Conditions | August 31, 2022 (Closing Date) |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 50. | Salinas Valley Memorial Hospital<br>450 East Romie Lane<br>Salinas, CA 93901 | Watsonville Hospital Corporation | Hospital Services Agreement | August 31, 2022 (Closing Date) |
| 51. | Santa Cruz Health Information Exchange LLC<br>5200 Soquel Ave Suite 103<br>Santa Cruz, CA 95062 | Watsonville Hospital Corporation | Participation Agreement | August 31, 2022 (Closing Date) |
| 52. | SCG Capital Corporation (assignee of GE HFS, LLC)<br>74 West Park Place<br>Stamford, CT 6901 | Watsonville Hospital Corporation | Equipment Schedule to Master Lease Agreement #9925354-001 | August 31, 2022 (Closing Date) |
| 53. | South Florida Utilization Review<br>2002 Macy Drive<br>Roswell, GA 30076 | Watsonville Hospital Corporation | South Florida Utilization Review (SFUR) Contract | August 31, 2022 (Closing Date) |
| 54. | South Florida Utilization Review<br>2002 Macy Drive<br>Roswell, GA 30076 | Watsonville Hospital Corporation | Business Associate Agreement | August 31, 2022 (Closing Date) |
| 55. | Spineology Inc.<br>7800 3rd Street N Suite 600<br>Saint Paul, MN 55128 | Watsonville Hospital Corporation | Product Contract for products used in spinal surgery of the cervical, thoracic or lumbar spinal regions to replace missing bone or to repair/support damaged bone in the spine<br>Contract #59354 | August 31, 2022 (Closing Date) |
| 56. | State of California, California Emergency Medical Services Authority<br>PO Box 138008<br>Sacramento, CA 95813 | Watsonville Hospital Corporation | California Contracted Medical Staff Services Agreement | August 31, 2022 (Closing Date) |
| 57. | Stericycle, Inc.<br>2355 Waukegan Road<br>Bannockburn, IL 60015 | Watsonville Hospital Corporation | Master Service Agreement | August 31, 2022 (Closing Date) |
| 58. | Steve Clark & Associates, Inc.<br>950 Glenn Drive Suite 250<br>Folsom, CA 95630 | Watsonville Hospital Corporation | Consulting Services Agreement | August 31, 2022 (Closing Date) |
| 59. | Steven Salyer<br>c/o Executive Offices<br>75 Nielson St<br>Watsonville, CA 95076 | Watsonville Hospital Corporation | Employment Agreement | August 31, 2022 (Closing Date) |
| 60. | Sumer Sharma<br>787 The Alameda<br>San Jose, CA 95126 | Watsonville Hospital Corporation | Employment Agreement | August 31, 2022 (Closing Date) |

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 61. | Surgical Associates of Monterey Bay Corp<br>3315 Mission Drive<br>Santa Cruz, CA 95065 | Watsonville Hospital Corporation | Call Coverage Agreement Standard Terms and Conditions | August 31, 2022 (Closing Date) |
| 62. | Surgical Associates of Monterey Bay Corp<br>3315 Mission Drive<br>Santa Cruz, CA 95065 | Watsonville Hospital Corporation | 1st Amendment to the Call Coverage Agreement | August 31, 2022 (Closing Date) |
| 63. | Taurino Avelar MD<br>511 Union Street STE 1800<br>Nashville, TN 37219 | Watsonville Hospital Corporation | Call Coverage Agreement Standard Terms and Conditions | August 31, 2022 (Closing Date) |
| 64. | The Accountable Alliance, Inc. d/b/a USA Senior Care Network, Inc.<br>1250 South Capital of Texas Highway Building 3, Suite 500<br>Austin, TX 78746 | Watsonville Hospital Corporation | Medicare Facility Agreement | August 31, 2022 (Closing Date) |
| 65. | The SSI Group LLC<br>4721 Morrison Drive<br>Mobile, AL 36609 | Watsonville Hospital Corporation | Order Form #1- Software and Services | August 31, 2022 (Closing Date) |
| 66. | The SSI Group, LLC<br>4721 Morrison Drive<br>Mobile, AL 36609 | Watsonville Hospital Holdings, Inc. | Master Agreement | August 31, 2022 (Closing Date) |
| 67. | ThyssenKrupp Elevator Corporation<br>2140 Zanker Rd<br>San Jose, CA 95133 | Watsonville Hospital Corporation | Agreement for Dover Master Maintenance Service | August 31, 2022 (Closing Date) |
| 68. | TriWest Healthcare Alliance<br>PO Box 42049<br>Phoenix, AZ 85080-2049 | Watsonville Hospital Corporation | Institution Agreement | August 31, 2022 (Closing Date) |
| 69. | TriWest Healthcare Alliance<br>PO Box 42049<br>Phoenix, AZ 85080-2049 | Watsonville Hospital Corporation | VA PCCC Amendment to Institution Agreement | August 31, 2022 (Closing Date) |
| 70. | Unilab Corporation d/b/a Quest Diagnostics<br>3714 Northgate Blvd<br>Sacramento, CA 95834 | Watsonville Hospital Corporation | Rapid Response (STAT) Testing Agreement | August 31, 2022 (Closing Date) |
| 71. | VelocityEHS<br>222 Merchandise Mart Plaza Suite 1750<br>Chicago, IL 60654 | Watsonville Hospital Corporation | Customer Order Form Contract #097361 | August 31, 2022 (Closing Date) |
| 72. | Watsonville Healthcare Management<br>75 Nielson Street<br>Watsonville, CA 95076 | Watsonville Hospital Corporation | Clinic Corp Lease-125A | August 31, 2022 (Closing Date) |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 73. | Western Alliance Equipment Finance, Inc. (assignee of GE HFS, LLC) 1 East Washington STE 1400 Phoenix, AZ 85004 | Watsonville Hospital Corporation | Equipment Schedule to Master Lease Agreement #9934234-001 | August 31, 2022 (Closing Date) |
| 74. | Western Alliance Equipment Finance, Inc. (assignee of GE HFS, LLC) 1 East Washington STE 1400 Phoenix, AZ 85004 | Watsonville Hospital Corporation | Amended and Restated Equipment Schedule to Master Lease Agreement #9896589-001 | August 31, 2022 (Closing Date) |

**END OF ORDER**

COURT SERVICE LIST

All ECF Parties.