**Entered on Docket**
**October 03, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
                                    The following constitutes the order of the Court.
                                    Signed: October 3, 2022
```

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone:  415.263.7000
Facsimile:  415.263.7010
E-mail:     dgrassgreen@pszjlaw.com
            mlitvak@pszjlaw.com
            sgolden@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 21-51477 |
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 (Jointly Administered) |
| Debtors.[1] | **ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365 EFFECTIVE AS OF THE REJECTION DATES** |
| | **Re Docket No. 728** |
| | Date: September 29, 2022<br>Time: 10:00 a.m. Pacific Time<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br>Judge: Honorable M. Elaine Hammond |

**THIS MATTER** came before the Court upon consideration of the *Debtors Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of the Rejection Dates* [Docket No. 728] (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, pursuant to section

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

365 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject the executory contracts listed on **Exhibit 1** hereto (the "Rejected Contracts") between the Debtors and the non-debtor counterparties listed on **Exhibit 1** (the "Counterparties"); and the Court having jurisdiction to consider the Motion and the Court having found and determined that notice of the Motion is reasonable and sufficient under the circumstances, and no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is granted on a final basis as provided herein.

2. The Rejected Contracts shall be deemed rejected as of **August 31, 2022** (the "Closing Date"), as identified in **Exhibit 1**.

3. Within three (3) business days after entry of this Order, the Debtors will serve this Order on the Counterparties.

4. The Counterparties must file a claim under section 502 of the Bankruptcy Code, other claims in connection with the Rejected Contracts, or the rejection, breach, or termination of such Rejected Contracts by no later than **November 2, 2022**, failing which any such claim or claims by the Counterparties shall be forever barred.

5. All of the Debtors' rights to contest any claim with respect to the Rejected Contracts are reserved. The Debtors do not waive any claims that the Debtors may have against the Counterparty to any Rejected Contract, whether or not such claims are related to such Rejected Contract. Nothing contained herein is intended to be, nor shall it be construed to be, an admission of the validity of any claim against the Debtors or a waiver of the Debtors' or any party in interest's rights, defenses, or counterclaims, with respect to the Rejected Contracts.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, or 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all action necessary to carry out this Final Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Final Order.

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
San Francisco, CA

# EXHIBIT 1

# (Rejected Contracts)

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 1. | Good Samaritan Hospital, L.P. d/b/a Good Samaritan Hospital 2425 Samaritan Drive San Jose, CA 95124<br><br>San José Healthcare System, L.P. d/b/a Regional Medical Center of San José 225 North Jackson Avenue San José, CA 95116 | Watsonville Hospital Corporation | Telemedicine Agreement | August 31, 2022 (Closing Date) |
| 2. | Good Samaritan Hospital, L.P. d/b/a Good Samaritan Hospital 2425 Samaritan Drive San Jose, CA 95124<br><br>San José Healthcare System, L.P. d/b/a Regional Medical Center of San José 225 North Jackson Avenue San José, CA 95116 | Watsonville Hospital Corporation | Telemedicine Agreement (First Amendment) | August 31, 2022 (Closing Date) |
| 3. | Good Samaritan Hospital, L.P. d/b/a Good Samaritan Hospital 2425 Samaritan Drive San Jose, CA 95124<br><br>San José Healthcare System, L.P. d/b/a Regional Medical Center of San José 225 North Jackson Avenue San José, CA 95116 | Watsonville Hospital Corporation | Telemedicine Agreement (Second Amendment) | August 31, 2022 (Closing Date) |
| 4. | Good Samaritan Hospital, L.P. d/b/a Good Samaritan Hospital 2425 Samaritan Drive San Jose, CA 95124<br><br>San José Healthcare System, L.P. d/b/a Regional Medical Center of San José 225 North Jackson Avenue San José, CA 95116 | Watsonville Hospital Corporation | Amendment to Telemedicine Agreement | August 31, 2022 (Closing Date) |
| 5. | Masimo America Inc. 52 Discovery Irvine, CA 92618 | Watsonville Hospital Corporation | Deferred Equipment Agreement (Contract ID #20US1521) Contract ID# 20US1521 | August 31, 2022 (Closing Date) |
| 6. | Owens & Minor Distribution, Inc. PO BOX 53523 Dallas TX 75320-0238 | Watsonville Hospital Corporation | Primary Commitment Agreement for Acute Care & Surgery Centers | August 31, 2022 (Closing Date) |

| No. | Contract Counterparty/Address | Contract / Lease Debtor Party | Contract/Lease Title | Effective Date of Rejection |
|---|---|---|---|---|
| 7. | Packard Children's Health Alliance, Inc.<br>1573 Mallory Lane Suite 100<br>Brentwood, TN 37027 | Watsonville Hospital Corporation | Professional Services Agreement | August 31, 2022 (Closing Date) |
| 8. | RevSpring, Inc.<br>38705 Seven Mile Road, Suite 450<br>Livonia, MI 48152 | Watsonville Hospital Corporation | Professional Services Agreement | August 31, 2022 (Closing Date) |
| 9. | Sun Medical Technologies, Inc.<br>9825 Spectrum Drive, Bldg. 3<br>Austin, TX 78717 | Watsonville Hospital Corporation | Mobile Lithotripsy Services Agreement | August 31, 2022 (Closing Date) |
| 10. | VRC Companies, LLC<br>868 Mt. Moriah<br>Memphis, TN 38117 | Halsen Healthcare LLC | Audit Track Software as a Service Agreement | August 31, 2022 (Closing Date) |

**END OF ORDER**

COURT SERVICE LIST

All ECF Parties.