# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re

WATSONVILLE HOSPITAL CORPORATION, *et al.*,

Debtors.[1]

Case No. 21-51477

Chapter 11

**CERTIFICATE OF SERVICE**

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 30, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Ninth Monthly Fee Statement of Hooper, Lundy and Bookman, P.C., as Special Healthcare Counsel to Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses for August 1, 2022 Through September 8, 2022** (Docket No. 770)

- **Ninth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 1, 2022 Through September 8, 2022** (Docket No. 771)

Dated: October 3, 2022

/s/ *James Nguyen-Phan*
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
855.524.4733
TeamWatsonvilleHospital@stretto.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

# Exhibit A



| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Attorney General of the United States | c/o U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | Washington | DC | 20503-0001 |
| California Dept. of Public Health | c/o Office of Legal Services | 1415 L Street | Suite 500 | Sacramento | CA | 95814 |
| California Dept. of Public Health | c/o San Jose District Office | Attn: Jie Wang District Manager | 100 Paseo de San Antonio Suite 235 | San Jose | CA | 95113 |
| California Nurses Association | | PO Box 89-4392 | | Los Angeles | CA | 90189-4392 |
| California Technical Employees' Coalition | | PO Box 700 | | West Sacramento | CA | 95691 |
| Centers for Medicare and Medicaid Services | c/o Office of the Administrator | Chiquita Brooks-LaSure, Administrator | 7500 Security Boulevard | Baltimore | MD | 21244 |
| CNH Finance Fund I, L.P. | c/o CNH Finance, L.P. | Attn: Timothy Peters | PMB 1285 24 East Ave | New Canaan | CT | 06840-5529 |
| CNH Finance Fund I, L.P. | c/o Kincaid, Frame & Associates Co., LPA | Attn: Timothy Kincaid | 6151 Wilson Mills Road Suite 310 | Highland Height | OH | 44143 |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Perkins Coie LLP | Attn: Paul S Jasper & Sara L Chenetz | 505 Howard Street, Suite 1000 | San Francisco | CA | 94105 |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Sills Cummis & Gross P.C. | Attn: Andrew H Sherman & Boris I Mankovetskiy | One Riverfront Plaza | Newark | NJ | 07102 |
| Dell Financial Services, L.L.C. | | Mail Stop-PS2DF-23 | One Dell Way | Round Rock | TX | 78682 |
| Department of Health and Human Services | c/o General Counsel | 200 Independence Avenue, S.W. | | Washington | DC | 20201 |
| Department of Health Care Services | c/o Office of Legal Services | Subpoena Desk | PO Box 997413 MS 0010 | Sacramento | CA | 95899-7413 |
| Department Of Health Care Services (DHCS) | Attn: HQAF Accnt/Cashier | Mail Stop 1101 | 1501 Capital Ave Suite 71.2048 | Sacramento | CA | 95814-5005 |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Flex Financial, a Division of | c/o Stryker Sales LLC | 1901 Romence Road Parkway | | Portage | MI | 49002 |
| Flex Financial, a Division of Stryker Sales Corporation | | 1111 Old Eagle School Road | | Wayne | PA | 19087 |
| GE HFS, LLC | | PO Box 414, W-490 | | Milwaukee | WI | 53201 |
| Health Trust Workforce Solutions, LLC | Attn: Howell S. Arnold | 1100 Dr Martin L King Jr Blvd Ste 1100 | | Nashville | TN | 37203 |
| Medhost Direct, Inc | Attn: William P Anderson | 6550 Carothers Parkway, Ste 160 | | Franklin | TN | 37067 |
| MPT of Watsonville Lender, LLC and MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas E Patterson, Robert J Smith, Sasha M Gurvitz | 1801 Century Park East 26th Floor | Los Angeles | CA | 90067 |
| MPT of Watsonville, LLC | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Luther P. Crull, III | 420 20th Street North Suite 1400 | Birmingham | AL | 35203 |
| MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas Patterson and Sasha Gurvitz | 1801 Century Park East 26th Floor | Los Angeles | CA | 90067 |
| MPT of Watsonville, LLC | c/o MPT Operating Partnership, L.P. | Legal Dept. | 1000 Urban Center Drive Suite 501 | Birmingham | AL | 35242 |
| NFS Leasing, Inc. | | 900 Cummings Center | Suite 226-U | Beverly | MA | 01915 |



| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Noridian Healthcare Solutions, LLC | | 900 42nd St S | PO Box 6711 | Fargo | ND | 58103 |
| Phillips Medical Capital, LLC | | 1111 Old Eagle School Road | | Wayne | PA | 19087 |
| Public Health Service | c/o US Dept. of Health & Human Services | Rm 4A53 Paklawn Building | 5600 Fishers Lane | Rockville | MD | 20857 |
| SCG Capital Corporation | Accounting Dept | 74 W Park Place | | Stamford | CT | 06901 |
| Seiu Uhw And Joint Employer | | 1000 Broadway Suite 675 | | Oakland | CA | 94607 |
| State of California DOJ | c/o Office of the Attorney General | 1300 I Street | | Sacramento | CA | 95814-2919 |
| Teamsters 853 | Attn: Steven Lua | 22 E 5th St | | Watsonville | CA | 95076 |
| Teamsters Local Union #912 | | 22 East Fifth Avenue | | Watsonville | CA | 95076 |
| The Office of the United States Trustee | Attn: Jason Blumberg, Elvina Rofael, and Marta Villacorta | 280 South First Street | Room 268 | San Jose | CA | 95113 |
| U.S. Securities & Exchange Commission | Attn: Bankruptcy Counsel | 444 South Flower Street | Suite 900 | Los Angeles | CA | 90071-9591 |
| Urban Partnership Bank | | 7936 South Cottage Grove | | Chicago | IL | 60619 |
| Western Alliance Equipment Finance, Inc. | | One East Washington Ste 1400 | | Phoenix | AZ | 85004 |

# Exhibit B



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ADEX Medical Staffing LLC | c/o Akerman LLP | Attn: Andrea Hartley | andrea.hartley@akerman.com |
| ADEX Medical Staffing LLC | c/o Akerman LLP | Attn: Evelina Gentry | evelina.gentry@akerman.com |
| BETA Healthcare Group | c/o Pyle Sims Duncan & Stevenson, APC | Attn: Gerald N Sims | jerrys@psdslaw.com |
| California Department of Health Care Services (DHCS) | c/o Office of the Attorney General | Attn: Anjana N. Gunn | anjana.gunn@doj.ca.gov |
| California Department of Public Health (CDPH) | Office of the Attorney General | Attn: Anjana N Gunn | anjana.gunn@doj.ca.gov |
| California Dept. of Public Health | c/o San Jose District Office | Attn: Jie Wang District Manager | CDPH-LNC-SANJOSE@cdph.ca.gov |
| California Emergency Medical Services Authority | Office of the Attorney General | Attn: Anjana N Gunn, Deputy Attorney General | anjana.gunn@doj.ca.gov |
| California Nurses Association | Attn: Kyrsten B. Skogstad and David B. Willhoite | | execoffice@calnurses.org kskogstad@calnurses.org dwillhoite@calnurses.org |
| California Physicians' Service dba Blue Shield of California | c/o Snell & Wilmer LLP | Attn: Michael B Reynolds & Andrew B Still | mreynolds@swlaw.com astill@swlaw.com |
| Cardinal Health | c/o Chiesa Shahinian & Giantomasi PC | Attn: Terri Jane Freedman & Scott A Zuber | tfreedman@csglaw.com szuber@csglaw.com |
| Cardinal Health | c/o Hopkins & Carley, ALC | Attn: Monique D. Jewett-Brewster | mjb@hopkinscarley.com |
| CNH Finance Fund I LP | c/o Foley & Lardner LLP | Attn: Edward J. Green | egreen@foley.com |
| CNH Finance Fund I LP | c/o Foley & Lardner LLP | Attn: Shane J. Moses | smoses@foley.com |
| CNH Finance Fund I, L.P. | c/o CNH Finance, L.P. | Attn: Timothy Peters | legal@cnhfinance.com |
| CNH Finance Fund I, L.P. | c/o Kincaid, Frame & Associates Co., LPA | Attn: Timothy Kincaid | tkincaid@kincaidframe.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Perkins Coie LLP | Attn: Eric E Walker & Kathleen Allare | ewalker@perkinscoie.com kallare@perkinscoie.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Perkins Coie LLP | Attn: Paul S Jasper & Sara L Chenetz | pjasper@perkinscoie.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Sills Cummis & Gross P.C. | Attn: Andrew H Sherman & Boris I Mankovetskiy | asherman@sillscummis.com bmankovetskiy@sillscummis.com |
| Department of Health Care Services | c/o Office of Legal Services | | DHCSBankruptcy@dhcs.ca.gov |
| Emerald Textile Services Northern California, LLC | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P Kennedy | gerald.kennedy@procopio.com |
| Health Trust Workforce Solutions, LLC | Attn: Howell S. Arnold | | howell.arnold@healthtrustpg.com |
| Intuitive Surgical, Inc. | c/o Singer Cashman LLP | Attn: Adam S Cashman & Doug Tilley | acashman@singercashman.com dtilley@singercashman.com |



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| LifeLinc Corporation and LifeLinc Anesthesia VI, P.C. | c/o Keller Benvenutti Kim LLP | Attn: Jane Kim | jkim@kbkllp.com |
| Medhost Direct, Inc | Attn: William P Anderson | | bill.anderson@medhost.com |
| MPT of Watsonville Lender, LLC and MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas E Patterson, Robert J Smith, Sasha M Gurvitz | tpatterson@ktbslaw.com<br>rsmith@ktbslaw.com<br>sgurvitz@ktbslaw.com |
| MPT of Watsonville, LLC | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Luther P. Crull, III | lcrull@bakerdonelson.com |
| MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas Patterson and Sasha Gurvitz | tpatterson@ktbslaw.com<br>sgurvitz@ktbslaw.com |
| Neven Development, LLC | c/o Guenther | Miller Law Group | Attn: Ralph P. Guenther, Esq. | rguenther@guentherlawgroup.com |
| Pajaro Valley Healthcare District Project | c/o Pillsbury Winthrop Shaw Pittman LLP | Attn: Gerry Hinkley and Claire K. Wu | gerry.hinkley@pillsburylaw.com<br>claire.wu@pillsburylaw.com |
| Pajaro Valley Healthcare District Project | c/o Pillsbury Winthrop Shaw Pittman LLP | Attn: Jonathan R. Doolittle | jonathan.doolittle@pillsburylaw.com |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Desiree Amador & Colin Albaugh | amador.desiree@pbgc.gov<br>efile@pbgc.gov<br>albaugh.colin@pbgc.gov<br>chatman.joselle@pbgc.gov |
| Philips Medical Capital, LLC | c/o Keller Benvenutti Kim LLP | Attn: Keith A McDaniels | kmcdaniels@kbkllp.com |
| Philips Medical Capital, LLC | c/o Offit Kurman, P.C. | Attn: Paul J Winterhalter | pwinterhalter@offitkurman.com |
| Picis Clinical Solutions, Inc. | c/o Hanson Bridgett LLP | Attn: Anthony J Dutra | adutra@hansonbridgett.com |
| Secretary of the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services | c/o Assistant United States Attorney | Attn: Michael T Pyle | michael.t.pyle@usdoj.gov |
| SEIU United Healthcare Workers | | | bharland@unioncounsel.net |
| SEIU United Healthcare Workers | Attn: Cassaundra Curtis | | ccurtis@seiu-uhw.org<br>msalcedo@seiu-uhw.org |
| SEIU United Healthcare Workers – West | c/o Weinberg Roger & Rosenfeld | Attn: Manuel A Boigues & Michaela F Posner | bankruptcycourtnotices@unioncounsel.net<br>bharland@unioncounsel.net<br>mboigues@unioncounsel.net<br>mposner@unioncounsel.net |
| SEIU-UHW West & Joint Education Fund | c/o Weinberg Roger & Rosenfeld | Attn: Manuel A Boigues & Bruce A Harland | bankruptcycourtnotices@unioncounsel.net<br>mboigues@unioncounsel.net<br>bharland@unioncounsel.net |
| Special Labor and Employment Counsel to Debtors | c/o Bartko Zankel Bunzel & Miller | Attn: Kerry L. Duffy | kduffy@bzbm.com<br>aruda@bzbm.com |
| Teamsters 853 | Attn: Steven Lua | | slua@teamsters853.org |
| Teamsters Local Union #912 | | | slua@teamsters853.org |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Teamsters Union Local 853 | c/o Beeson, Tayer & Bodine, APC | Attn: Catherine E Holzhauser | cholzhauser@beesontayer.com |
| The Office of the United States Trustee | Attn: Jason Blumberg, Elvina Rofael, and Marta Villacorta | | marta.villacorta@usdoj.gov<br>Jason.Blumberg@usdoj.gov<br>Elvina.Rofael@usdoj.gov |
| Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee | Attn: Elvina Rofael | Elvina.Rofael@usdoj.gov |
| Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee | Attn: Jason Blumberg | Jason.blumberg@usdoj.gov |
| U.S. Acute Care Solutions and VEP Ventures | c/o Buchalter, a Professional Corporation | Attn: Anthony J. Napolitano | anapolitano@buchalter.com |
| Watsonville Hospital Corporation, et al. | c/o Force Ten Partners LLC | Attn: Jeremy Rosenthal | jrosenthal@force10partners.com |
| Watsonville Hospital Corporation, et al. | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Debra Grassgreen, Maxim B. Litvak and Steven W. Golden | dgrassgreen@pszjlaw.com<br>mlitvak@pszjlaw.com<br>sgolden@pszjlaw.com |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)  Case: 21-51477   Doc# 779   Filed: 10/03/22   Entered: 10/03/22 14:28:32   Page 8 of 8

Page 3 of 3