Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON LIQUIDATION TRUST'S MOTION FOR AN ORDER ENFORCING THE SEIU STIPULATIONS AND SEIU ORDER**<br><br>**[Re Docket No. 780]**<br><br>Date: November 3, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br>Judge: Honorable M. Elaine Hammond |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, EMPLOYEES INTERNATIONAL UNION – UNITED HEALTHCARE WORKERS WEST AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on December 5, 2021 (the "Petition Date"), Watsonville Hospital Corporation ("WHC") and its debtor affiliates, as debtors and debtors in possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

(collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Jose Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on October 3, 2022, the Debtors filed the *Liquidation Trust's Motion for an Order Enforcing the SEIU Stipulations and SEIU Order* [Docket No. 780] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be conducted in person on November 3, 2022 at 10:00 a.m. (Prevailing Pacific Time) (the "Hearing"), before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, 280 South First Street, San Jose, California 95113, Courtroom 11. Parties may also appear via Zoom videoconference. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that pursuant to an order entered by the Court on December 8, 2021 [Docket No. 49], any opposition to the relief requested in the Motion must be filed and served no later than 4:00 p.m. (Prevailing Pacific Time) October 27, 2022 (the "Objection Deadline"). Absent prior leave of court, no objection shall exceed ten (10) pages, exclusive of declarations, requests for judicial notice, or any exhibits thereto. The court may deem the failure of any party in interest to file a timely objection to constitute consent to the relief requested.

**PLEASE TAKE FURTHER NOTICE** that if you do not file an objection by the Objection Deadline or in accordance with the above procedures, the court may grant the relief requested in the Motion without holding a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be viewed or obtained by: (i) accessing the Court's website at http://www.canb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 280 South First Street, Room 3035, San Jose, CA 95113, or (iii) from the Debtors' proposed notice and claims agent, Stretto, at the case website of https://cases.stretto.com/WatsonvilleHospital, or toll free at: 1-877-476-4390 or submit an inquiry via

1  email to TeamWatsonvilleHospital@stretto.com. Note that a PACER password is needed to access
2  documents on the Court's website.

3  Dated: October 3, 2022               PACHULSKI STANG ZIEHL & JONES LLP

4                                        By: */s/ Debra I. Grassgreen*
5                                            Debra I. Grassgreen
                                             Maxim B. Litvak
6                                            Steven W. Golden

                                          Attorneys for Debtors and Debtors in Possession