Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF FILING DEBTORS' THIRD AND FOURTH QUARTERLY STATEMENT REGARDING PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS FOR SERVICES RENDERED DURING THE PERIODS OF JUNE 1, 2022 – AUGUST 31, 2022 AND SEPTEMBER 1, 2022 – SEPTEMBER 8, 2022**<br><br>Judge: Hon. M. Elaine Hammond |

**PLEASE TAKE NOTICE** that, on December 17, 2021, Watsonville Hospital Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Bankruptcy Cases"), filed the *Motion for Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business* (the "OCP Motion") [Docket No. 81].[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the OCP Motion.

**PLEASE TAKE FURTHER NOTICE** that, on January 6, 2022, the Court entered the *Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business* (the "OCP Order") [Docket No. 172]. Pursuant to the OCP Order, the Debtors are authorized, but not required, to retain and pay certain Ordinary Course Professionals.

**PLEASE TAKE FURTHER NOTICE** that on March 17, 2022, the Debtors filed that certain *Notice of Filing First Amended Exhibit 1 to Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business* [Docket No. 393], identifying all Ordinary Course Professionals employed to date.

**PLEASE TAKE FURTHER NOTICE** that on March 21, 2022, the Debtors filed that certain *Notice of Filing Debtors' First Quarterly Statement Regarding Payments Made to Ordinary Course Professionals for Services Rendered During the Period of December 5, 2021 – February 28, 2022* [Docket No. 411], setting forth, *inter alia*, the amounts paid to the Debtors' Ordinary Course Professionals during the post-petition period of December 5, 2021 through February 28, 2022 (the "First Quarterly Period").

**PLEASE TAKE FURTHER NOTICE** that on June 29, 2022, the Debtors filed that certain *Notice of Filing Debtors' Second Quarterly Statement Regarding Payments Made to Ordinary Course Professionals for Services Rendered During the Period of March 1, 2021 – May 31, 2022* [Docket No. 588], setting forth, *inter alia*, the amounts paid to the Debtors' Ordinary Course Professionals during the post-petition period of March 1, 2022 through May 31, 2022 (the "Second Quarterly Period")

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(j) of the Order, the Debtors submit the report attached hereto as **Exhibit A** (the "Third and Fourth Quarterly Statement") with respect to the post-petition periods of June 1, 2022 through August 31, 2022 (the "Third Quarterly Period") and September 1, 2022 through September 8, 2022 (the "Fourth Quarterly Period"). *See* Docket No. 746 (Notice of September 9, 2022 Plan Effective Date). The Third and Fourth Quarterly Statement contains the following information: (a) the names of all the Ordinary Course Professionals retained during the Third Quarterly Period and Fourth Quarterly Period, and (b) for each quarterly period, the aggregate amounts paid as compensation for (i) services rendered and (ii) as reimbursement of expenses incurred by such professional.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| Dated: October 3, 2022 | | PACHULSKI STANG ZIEHL & JONES LLP |

By: */s/ Debra I. Grassgreen*
Debra I. Grassgreen
Maxim B. Litvak
Steven W. Golden

Attorneys for Debtors and Debtors in Possession

# EXHIBIT A

## *Third and Fourth Quarterly Statement*

| Professional | First Quarterly Period | | Second Quarterly Period | | Third Quarterly Period | | Fourth Quarterly Period | |
|---|---|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| Blanchard Saiger Law, P.C | N/A | N/A | $0.00 | $0.00 | $23,885.00 | $0.00 | $0.00 | $0.00 |
| Blanco + Hopkins & Associates, LLC | $15,007.53 | $1,160.00 | $11,600.00 | $400.00 | $12,000.00 | $0.00 | $0.00 | $0.00 |
| Dummit Buchholz & Trap [1] | $3,960.00 | $763.50 | $675.00 | $0.00 | $112.50 | $742.50 | $900.00 | $0.00 |
| Law Offices Jennie Lee | N/A | N/A | $6,000.00 | $0.00 | $5,760.00 | $0.00 | $0.00 | $0.00 |
| MKM Law Group, P.C. | N/A | N/A | $0.00 | $0.00 | $19,250.00 | $0.00 | $0.00 | $0.00 |
| Pension Assurance LLP | $0.00 | $0.00 | $27,500.00 | $0.00 | $40,000.00 | $0.00 | $0.00 | $0.00 |
| Steve Clark & Associates, Inc. [2] | $20,019.36 | $0.00 | $38,850.00 | $2,500.00 | $33,850.00 | $2,654.00 | $0.00 | $0.00 |
| Zenere Cowden & Stoddard APC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$38,986.89** | **$1,923.50** | **$84,625.00** | **$2,900.00** | **$134,857.50** | **$3,396.50** | **$900.00** | **$0.00** |

---

[1] Dummit Buchholz & Trapin's fees and expenses in the First Interim Period were paid from a prepetition retainer held by Dummit Buchholz & Trap.

[2] On May 1, 2022, Steve Clark & Associates, Inc. ("SCA") initially charged the Debtors $5,000.00 with respect to an annual data hosting fee, which the Debtors paid on May 5, 2022. Subsequent to such payment, the Debtors and SCA renegotiated the annual data hosting fee given the anticipated duration of these cases and the anticipated closing of the sale of substantially all of the Debtors' assets on or before August 30, 2022. Accordingly, SCA credited the Debtors $2,500.00 on SCA's July 2022 statement, and the amounts set forth for the Third Quarterly Period are exclusive of such credit.