# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 3, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 775]**

Dated: October 4, 2022

*/s/ Sabrina G. Tu*
STRETTO
Sabrina G. Tu
410 Exchange, Suite 100
Irvine, CA 92602
855.524.4733
TeamWatsonvilleHospital@stretto.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

# Exhibit A



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Argo Partners [as Assignee of Crest Medical Search] | | 12 West 37th Street Ste 900 | New York | NY | 10018 |
| Crest Medical Search, Inc. | Attn: Peter Papa | 3925 Iris Court | McKinney | TX | 75070 |