AN NGUYEN RUDA (SBN 215453)
*aruda@bzbm.com*
KERRY L. DUFFY (SBN 233160)
*kduffy@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

*Special Labor and Employment Counsel*
*to Debtors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**NINTH MONTHLY FEE STATEMENT OF BARTKO ZANKEL BUNZEL & MILLER, AS SPECIAL LABOR AND EMPLOYMENT COUNSEL FOR THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2022 – SEPTEMBER 8, 2022**<br><br>Judge: Hon. M. Elaine Hammond<br><br>**Objection Deadline:     October 19, 2022**<br>**                                  4:00 p.m. (Pacific Time)**<br><br>[No Hearing Requested] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

2732.009/1778763.1

1

| Name of Applicant: | Bartko Zankel Bunzel and Miller |
|---|---|
| Authorized to Provide Professional Services to: | Special Labor and Employment Counsel |
| Date of Retention: | December 5, 2021 by Order entered January 6, 2022 [Dkt No. 168] |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2022 – September 8, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $140,482.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $458.47 |

On December 17, 2021, Watsonville Hospital Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed the *Debtors' Application for the Entry of an Order Authorizing the Retention of Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel for the Debtors Effective as of the Petition Date* [Docket No. 84] (the "Retention Application"). The Retention Application was granted on January 6, 2022 by this Court's *Order Authorizing the Retention of Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel for the Debtors Effective as of the Petition Date* [Docket No. 168] (the "Retention Order"). Bartko Zankel Bunzel & Miller ("Bartko" or "Applicant"), as special labor and employment counsel to the Debtors, hereby submits its ninth monthly fee statement (the "Monthly Fee Statement") for allowance and payment of compensation for the period of August 1, 2022 through and including September 8, 2022 (the "Fee Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order")[2].

By this Monthly Fee Statement, Bartko seeks (i) a monthly interim allowance of compensation in the amount of $140,482.00, and actual and necessary expenses in the amount of $458.47 for a total allowance of $140,940.47; and (ii) payment of $112,385.60 (80% of the

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Compensation Procedures Order.

allowed fees pursuant to the Compensation Procedures Order) and reimbursement of $458.47 for a total payment of $112,844.07 for the Fee Period.

Attached as **Exhibit 1** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Monthly Fee Statement and the hourly rate and total fees for each professional from August 1, 2022 through and including September 8, 2022.

Attached as **Exhibit 2** is a summary of hours and fees by category during the Fee Period from August 1, 2022 through and including September 8, 2022.

Attached as **Exhibit 3** is a summary of expenses included in this Monthly Fee Statement from August 1, 2022 through and including September 8, 2022.

Attached as **Exhibit 4** are the detailed time entries, by category, from August 1, 2022 through and including September 8, 2022.

In accordance with the Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on the affected Retained Professional and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Bartko an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay an amount equal to 80% of the fees and 100% of the expenses not subject to an objection.

**WHEREFORE**, Bartko respectfully requests that the Court authorize payment of the fees and expenses requested herein by Bartko and in accordance with the Compensation Procedures Order.

DATED:  October 3, 2022

BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By:    _____
        */s/ Kerry L. Duffy*
        Kerry L. Duffy
        *Special Labor and Employment Counsel to Debtors*

**EXHIBIT 1**

**COMPENSATION BY PROFESSIONAL**
**AUGUST 1, 2022 – SEPTEMBER 8, 2022**

| NAME OF PROFESSIONAL INDIVIDUAL | POSITION OF THE APPLICANT, YEAR OF OBTAINING LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Ruda, An | Partner, 2001 | $595 | 77.90 | $46,350.50 |
| Fernandez, Louise Ann | Partner, 1979 | $595 | 10.00 | $5,950.00 |
| Duffy, Kerry | Partner, 2004 | $395 | 2.60 | $1,027.00 |
| Ferguson, Elizabeth | Associate, 2017 | $395 | 16.50 | $6,517.50 |
| Thukral, Kritika | Associate, 2020 | $375 | .50 | $187.50 |
| Lohwater, Karl | Contract Attorney, 1979 | $395 | 15.10 | $5,964.50 |
| Si, John | Data Analyst, n/a | $395 | 128.50 | $50,757.50 |
| Truong, Trieu | Data Analyst, n/a | $275 | 45.70 | $12,567.50 |
| Chou, Chet | Paralegal, n/a | $225 | 33.70 | $7,582.50 |
| Cheng, Gloria | Paralegal, n/a | $225 | 15.90 | $3,577.50 |
| **TOTALS** | | | **346.40** | **$140,482.00** |

# **EXHIBIT 2**

### **COMPENSATION BY CATEGORY**
### **AUGUST 1, 2022 – SEPTEMBER 8, 2022**

| CATEGORY | HOURS BILLED THIS PERIOD | FEES | EXPENSES | TOTAL COMPENSATION FOR APPLICATION |
|---|---|---|---|---|
| Watsonville Hospital Holdings, Inc. – General Labor | 340.50 | $138,712.50 | $458.47 | $139,170.97 |
| Watsonville Hospital Holdings, Inc. – Fee Application | 5.90 | $1,769.50 | 0.00 | $1,769.50 |
| **TOTAL** | **346.40** | **$140,482.00** | **$458.47** | **$140,940.47** |

**EXHIBIT 3**

**EXPENSE BY CATEGORY**
**AUGUST 1, 2022 – SEPTEMBER 8, 2022**

| COST/EXPENSE | AMOUNT BILLED |
|---|---|
| Inhouse Copies | $293.04 |
| Federal Express Charges | $49.14 |
| Westlaw Online Research | $116.29 |
| **TOTAL** | **$458.47** |

**EXHIBIT 4**

**TIME DETAIL ENTRIES**
**AUGUST 1, 2022 – SEPTEMBER 8, 2022**

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

September 29, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA 95076

| | |
|---|---|
| Invoice #: | 136346 |
| Client #: | 2732 |
| Matter #: | 001 |
| Billing Attorney: | ANR |

For professional services rendered and disbursements advanced through September 8, 2022:

**RE: Watsonville Community Hospital - General Labor**

**DETAIL OF PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/30/22 | KWL | Quick research and e-mail to A. Ruda and A. Hauck regarding PHSA notice requirement on health plan changes (.2); e-mail to J. Chang and R. Stover on illustrative chart for SEIU cash balance plan discussions (.6). | .80 | 316.00 |
| 8/01/22 | ANR | Meeting with SEIU regarding retirement plan transition. | .80 | 476.00 |
| 8/01/22 | ANR | Meeting with G. Blanchard and M. Mishra regarding ADP and payroll review. | .50 | 297.50 |
| 8/01/22 | ANR | Meeting with Human Resources and Force10 regarding pending grievances. | .60 | 357.00 |
| 8/01/22 | ANR | Review email from union regarding summary plan descriptions. | .10 | 59.50 |
| 8/01/22 | ANR | Reply to email from union regarding summary plan description. | .10 | 59.50 |
| 8/01/22 | ANR | Review of email from CNA regarding employee transition and schedules. | .20 | 119.00 |
| 8/01/22 | ANR | Review of offer letters. | .30 | 178.50 |
| 8/01/22 | ANR | Revision to secondment agreement. | .60 | 357.00 |
| 8/01/22 | CC | Attend meeting with SEIU SM regarding benefits. | 1.20 | 270.00 |
| 8/01/22 | JS | Run payroll and timekeeping reports (.6); reconcile, prepare crosswalk of codes (.6); review payroll export file format (.6); review payroll processing steps (.6); prepare email regarding findings (.5). | 2.90 | 1,145.50 |
| 8/01/22 | KXT | Meeting with J. Rosenthal, R. Dickerson, A. Hauck, Nick Rubin, and A. Ruda to discuss pending grievances. | .50 | 187.50 |
| 8/02/22 | ANR | Conference call with S. Golden, N. Marsden and Force 10 regarding transaction status. | .80 | 476.00 |
| 8/02/22 | ANR | Conference call with union regarding employee transition and off boarding. | .90 | 535.50 |
| 8/02/22 | ANR | Coordination call with A. Hauck. | .80 | 476.00 |
| 8/02/22 | ANR | Review of email from S. Golden regarding pending grievances. | .20 | 119.00 |
| 8/02/22 | ANR | Email to CNA regarding transaction. | .10 | 59.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/02/22 | JS | Meet with R. Albarano, N. Rubin, J. White, R. Coburn regarding final payroll processing update (.7); prepare email regarding 401k questions (.3). | 1.00 | 395.00 |
| 8/03/22 | ETF | Review strategy regarding WARN notice deadlines. | .30 | 118.50 |
| 8/03/22 | ANR | Attend weekly union update call with SEIU, Teamsters and Caltec. | .60 | 357.00 |
| 8/03/22 | ANR | Conference call with A. Hauck regarding transition update. | 1.10 | 654.50 |
| 8/03/22 | ANR | Telephone call with S. Golden and Force 10 regarding assumed claims. | .50 | 297.50 |
| 8/03/22 | ANR | Review of email from A. Briskin regarding secondment agreement. | .10 | 59.50 |
| 8/03/22 | ANR | Preparation of response to CNA regarding transition discussions and clarification of Buyer role. | .80 | 476.00 |
| 8/03/22 | ANR | Email to S. Golden regarding 1113 stipulation. | .10 | 59.50 |
| 8/03/22 | CC | Attend meeting with Unions regarding transition. | .50 | 112.50 |
| 8/03/22 | JS | Meet with A. Ruda regarding final payroll questions. | .30 | 118.50 |
| 8/04/22 | ANR | Standing labor transition call with A. Hauck. | 1.00 | 595.00 |
| 8/04/22 | ANR | Attend selected portions of public Board meeting regarding labor matters. | 1.50 | 892.50 |
| 8/04/22 | ANR | Conference call with A. Hauck regarding transition matters. | .30 | 178.50 |
| 8/04/22 | ANR | Review of email from A. Briskin regarding secondment agreement. | .10 | 59.50 |
| 8/04/22 | ANR | Review of email from A. Hauck regarding hiring process. | .10 | 59.50 |
| 8/04/22 | ANR | Review of payroll process for closing. | .80 | 476.00 |
| 8/04/22 | ANR | Final review of execution copy of secondment agreement. | .60 | 357.00 |
| 8/04/22 | ANR | Review of email from A. Hauck regarding union regarding transition. | .10 | 59.50 |
| 8/04/22 | ANR | Review of email from Caltec union regarding transition. | .10 | 59.50 |
| 8/04/22 | ANR | Review of email from A. Hauck regarding COBRA termination notice. | .10 | 59.50 |
| 8/04/22 | ANR | Preparation of direct deposit authorization form. | .40 | 238.00 |
| 8/04/22 | ANR | Review of email from K. Lohwater regarding 401k contributions. | .10 | 59.50 |
| 8/04/22 | JS | Review final payroll timing regarding 401k EE and ER contribution (.5); prepare scenarios for underpaid, correctly paid and overpaid employees (.2); prepare email regarding same to K. Lohwater (.6). | 1.30 | 513.50 |
| 8/04/22 | KWL | Review questions from and e-mails to J Si on employee true-ups and AH on COBRA termination notice. | .50 | 197.50 |
| 8/05/22 | ANR | Transition meeting with SEIU regarding retirement and employee transition. | 1.20 | 714.00 |
| 8/05/22 | ANR | Attend weekly zoom call with union regarding transition meeting. | 1.40 | 833.00 |
| 8/05/22 | ANR | Review of email from M. Posner regarding offer letters. | .20 | 119.00 |
| 8/05/22 | ANR | Review of email from A. Hauck regarding 401k. | .10 | 59.50 |
| 8/05/22 | ANR | Review of email from A. Briskin regarding secondment agreement. | .10 | 59.50 |
| 8/05/22 | ANR | Review of emails from A. Hauck to labor unions regarding schedules. | .20 | 119.00 |
| 8/05/22 | ANR | Email to A. Briskin regarding secondment agreement. | .10 | 59.50 |
| 8/05/22 | CC | Attend transition meeting with SEIU SM. | 1.60 | 360.00 |
| 8/05/22 | CC | Attend transition meeting with CNA. | .40 | 90.00 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 8/05/22 | CC | Finalize 8/5/22 transition meeting notes with SEIU SM and Pros. | 1.00 | 225.00 |
| 8/05/22 | JS | Prepare and then meet with ADP and client regarding final payroll processing. | .90 | 355.50 |
| 8/05/22 | KWL | Conference call with union reps/counsel, A. Hauck, and A. Ruda regarding offer letter process and retirement plans transition. | 1.50 | 592.50 |
| 8/05/22 | KWL | Conference call with E Ferguson regarding offer letter process and retirement plans transition. | .50 | 197.50 |
| 8/05/22 | KWL | Email call with union G Garnett regarding offer letter process and retirement plans transition. | .50 | 197.50 |
| 8/08/22 | ETF | Meeting regarding status of sale and WARN Notice. | .70 | 276.50 |
| 8/08/22 | ETF | Draft new WARN postponement notice based on review of authority and strategy for same. | 1.60 | 632.00 |
| 8/08/22 | ETF | Exchange emails with client regarding WARN extension notice. | .20 | 79.00 |
| 8/08/22 | LAF | Legal research regarding MOU and labor issues. | 2.00 | 1,190.00 |
| 8/08/22 | LAF | Review CBAs. | 2.00 | 1,190.00 |
| 8/08/22 | ANR | Biweekly transition meeting with A. Hauck. | 1.00 | 595.00 |
| 8/08/22 | ANR | Preparation for union meeting. | .40 | 238.00 |
| 8/08/22 | ANR | Meeting with CalTec and A. Hauck regarding transition. | .80 | 476.00 |
| 8/08/22 | ANR | Conference call with J. Rosenthal and N. Rubin regarding WARN extension. | .60 | 357.00 |
| 8/08/22 | ANR | Review email from SEIU regarding employee transition process. | .20 | 119.00 |
| 8/08/22 | ANR | Review of email from S. Golden regarding weekly call. | .10 | 59.50 |
| 8/08/22 | ANR | Review of union information request. | .80 | 476.00 |
| 8/08/22 | ANR | Telephone call with S. Golden regarding stipulation for collective bargaining agreements. | .40 | 238.00 |
| 8/08/22 | CC | Attend meeting with CalTec regarding schedules. | .80 | 180.00 |
| 8/08/22 | CC | Finalize notes from meeting with Unions regarding rebid and retirement. | .50 | 112.50 |
| 8/08/22 | CC | Finalize notes from meeting with CalTec regarding schedules. | .50 | 112.50 |
| 8/08/22 | JS | Prepare final payroll model using time and pay files, compare 4 pay period average against latest payroll using high/average/low (1.4); calculate individual employee waiting time penalties (1.0); prepare comparison grid (1.0). | 3.40 | 1,343.00 |
| 8/09/22 | ETF | Review strategy regarding WARN notice based on updates regarding sale status. | .80 | 316.00 |
| 8/09/22 | ETF | Revise WARN notice based on information regarding update on sale status. | .50 | 197.50 |
| 8/09/22 | ANR | Zoom meeting with Force 10, Pachulski and Hooper Lundy team regarding transaction. | 1.10 | 654.50 |
| 8/09/22 | ANR | Zoom meeting with CNA regarding transition of employees. | .80 | 476.00 |
| 8/09/22 | ANR | Meeting with Force 10, Ogletree and Human Resources regarding information request. | 1.10 | 654.50 |
| 8/09/22 | ANR | Transition meeting with SEIU and Buyer. | 1.40 | 833.00 |
| 8/09/22 | ANR | Zoom meeting with Force 10 regarding information request. | .60 | 357.00 |

Client #: 2732                                              September 29, 2022
Matter #: 001                                                Invoice #: 136346

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/09/22 | ANR | Review of email from S. Golden regarding collective bargaining agreement stipulation. | .10 | 59.50 |
| 8/09/22 | ANR | Review of email from Buyer to SEIU regarding retirement index funds. | .10 | 59.50 |
| 8/09/22 | ANR | Review of email from A. Hauck regarding per diem offer letters. | .40 | 238.00 |
| 8/09/22 | ANR | Review of revised WARN Act notice. | .60 | 357.00 |
| 8/09/22 | CC | Attend meeting with team regarding Union matters. | .80 | 180.00 |
| 8/09/22 | CC | Attend meeting with CNA regarding transition matters. | 1.00 | 225.00 |
| 8/09/22 | CC | Attend meeting with SEIU regarding transition matters. | 1.30 | 292.50 |
| 8/09/22 | CC | Finalize notes from 8/9/22 meeting with CNA. | .90 | 202.50 |
| 8/09/22 | JS | Prepare final payroll model with variable days of waiting time (.1); review estimated and final pay stub coding (.1); prepare for weekly meeting (.1). | .30 | 118.50 |
| 8/09/22 | JS | Meet with final payroll processing team for weekly status update to present final payroll model. | 1.00 | 395.00 |
| 8/09/22 | JS | Meet with R. Albarano, A. Ruda, A. Hauck regarding CNA request for information (.4); prepare spreadsheet tracker regarding same (.4) | .80 | 316.00 |
| 8/09/22 | TNT | Meeting with J. Si, R. Albarano and the team regarding data model. | 1.00 | 275.00 |
| 8/10/22 | ETF | Review employee list for WARN Notices and note issues regarding same. | .20 | 79.00 |
| 8/10/22 | ETF | Exchange emails with HR regarding WARN Notices. | .10 | 39.50 |
| 8/10/22 | ETF | Draft notice of sale or disposition update letter for Teamsters. | .80 | 316.00 |
| 8/10/22 | ETF | Draft WARN postponement notices for CNA, Teamsters, SEIU, and Cal-TEC. | 1.10 | 434.50 |
| 8/10/22 | ETF | Exchange emails with Stretto regarding service of notice. | .10 | 39.50 |
| 8/10/22 | ETF | Coordinate preparation of exhibits for WARN notice based on review of employee list. | .30 | 118.50 |
| 8/10/22 | ETF | Coordinate preparation of WARN notices for government officials and new hires. | .20 | 79.00 |
| 8/10/22 | ETF | Review strategy regarding WARN Notices for new hires. | .40 | 158.00 |
| 8/10/22 | LAF | Continued research regarding MOU transition and labor issues (1.4); work on WARN Act update (.4). | 1.80 | 1,071.00 |
| 8/10/22 | ANR | Standing weekly meeting with SEIU/Caltec/Teamsters. | .80 | 476.00 |
| 8/10/22 | ANR | Meeting with SEIU Pros regarding transition. | 1.30 | 773.50 |
| 8/10/22 | ANR | Review of union meeting notes. | .40 | 238.00 |
| 8/10/22 | ANR | Review of email from R. Dickerson regarding DFEH matter. | .10 | 59.50 |
| 8/10/22 | ANR | Review of email from G. Rubin regarding DFEH matter. | .10 | 59.50 |
| 8/10/22 | ANR | Email to A. Briskin regarding secondment agreement. | .10 | 59.50 |
| 8/10/22 | ANR | Review of email from J. Heath regarding secondment agreement. | .10 | 59.50 |
| 8/10/22 | ANR | Review of email from G. Rubin regarding DFEH extension. | .10 | 59.50 |
| 8/10/22 | ANR | Review of email from Buyer's counsel regarding information request. | .10 | 59.50 |
| 8/10/22 | ANR | Review of emails from A. Hauck to various unions regarding position posting. | .30 | 178.50 |
| 8/10/22 | ANR | Review of concern regarding employee performance. | .50 | 297.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/10/22 | ANR | Engage investigator regarding employee concern. | .20 | 119.00 |
| 8/10/22 | ANR | Reply to email from G. Rubin regarding administrative enforcement action. | .10 | 59.50 |
| 8/10/22 | ANR | Email to Ogletree regarding information request from unions. | .10 | 59.50 |
| 8/10/22 | ANR | Email to H. Kevane regarding indemnity agreement. | .10 | 59.50 |
| 8/10/22 | CC | Attend transition meeting with Unions. | .60 | 135.00 |
| 8/10/22 | CC | Finalize notes from 8/9/2022 meeting with SEIU. | .90 | 202.50 |
| 8/10/22 | CC | Finalize notes from 8/10/2022 meeting with Unions. | .50 | 112.50 |
| 8/10/22 | CC | Attend meeting with SEIU CLS members. | .90 | 202.50 |
| 8/10/22 | JS | Meet with Force 10 regarding CNA request for information update and day 1 file production. | .80 | 316.00 |
| 8/10/22 | JS | Meet with T. Truong regarding final payroll project and schedule gathering. | .50 | 197.50 |
| 8/10/22 | JS | Meet with T. Truong regarding CNA request for information data gathering and tracking. | .30 | 118.50 |
| 8/10/22 | JS | Review data files and prepare for file production regarding CNA request for information. | 3.70 | 1,461.50 |
| 8/10/22 | GXC | Begin preparations of 5th Additional WARN notices to newly hired employees. | .60 | 135.00 |
| 8/10/22 | TNT | Conference call with J. Si regarding requesting and compiling August schedules. | .80 | 220.00 |
| 8/10/22 | TNT | Conference call with J. Si and R. Albarano regarding matrixes and schedules. | .70 | 192.50 |
| 8/11/22 | ETF | Exchange emails with client regarding updated new hire WARN Notice based on review of prospective new hires. | .20 | 79.00 |
| 8/11/22 | ETF | Email Stretto to provide WARN postponement notice and mailing list. | .10 | 39.50 |
| 8/11/22 | LAF | Work on WARN act issues and update (.5); review CBAs and work on MOU transition issues (1.2). | 1.70 | 1,011.50 |
| 8/11/22 | ANR | Attending biweekly standing zoom call with A. Huack regarding employee transition. | 1.00 | 595.00 |
| 8/11/22 | ANR | Telephone call with H. Kevane regarding indemnity matters. | .50 | 297.50 |
| 8/11/22 | ANR | Review of email from S. Golden regarding union stipulation regarding collective bargaining agreements. | .60 | 357.00 |
| 8/11/22 | ANR | Review and reply to email from A. Hauck regarding information request. | .30 | 178.50 |
| 8/11/22 | ANR | Review of email from N. Marsden regarding regulatory update. | .10 | 59.50 |
| 8/11/22 | ANR | Review of email from G. Blanchard regarding ADP pay review. | .10 | 59.50 |
| 8/11/22 | ANR | Engagement email to investigator regarding employee complaint. | .30 | 178.50 |
| 8/11/22 | ANR | Review email from R. Dickerson regarding employee email. | .10 | 59.50 |
| 8/11/22 | CC | Finalize notes from 8/1/22 meeting with SEIU SM. | .90 | 202.50 |
| 8/11/22 | JS | Meet with client, ADP, and consultant regarding payroll pay code cleanup. | .80 | 316.00 |
| 8/11/22 | GXC | Research WARN notice update requirements (.3); revise letters to government entities according to current employee list in preparation of sending out 5th WARN notices (2.0); customize newly hired employee letters pursuant to their first WARN notice date (1.2). | 3.50 | 787.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/11/22 | TNT | Compile August schedule data from client files. | 4.00 | 1,100.00 |
| 8/11/22 | TNT | Email M. Blevins and S. StoutTorres regarding attaining complete employee schedules and clarification on data provided. | .20 | 55.00 |
| 8/12/22 | ETF | Review individual custom WARN postponement (.3); provide revisions for same with request to add notices for non-California government officials (.2). | .50 | 197.50 |
| 8/12/22 | ETF | Revise memo and talking points based on strategy for same. | 1.60 | 632.00 |
| 8/12/22 | ETF | Exchange emails with client and consultant regarding memo and talking points. | .20 | 79.00 |
| 8/12/22 | ETF | Review and revise WARN postponement notices to unions and government officials in non-California states. | .80 | 316.00 |
| 8/12/22 | ANR | Review of production of materials to investigator appointed for employee investigation. | .50 | 297.50 |
| 8/12/22 | ANR | Review of email from Buyer's counsel regarding information request from union. | .20 | 119.00 |
| 8/12/22 | ANR | Email to S. Sayler regarding revised WARN Act notice. | .20 | 119.00 |
| 8/12/22 | ANR | Review of email from R. Albarano regarding information request. | .20 | 119.00 |
| 8/12/22 | CC | Attend meeting with CNA re information requests. | 1.10 | 247.50 |
| 8/12/22 | CC | Finalize notes from 8/12/22 meeting with CNA. | 1.30 | 292.50 |
| 8/12/22 | JS | Review WARN exhibits. | .30 | 118.50 |
| 8/12/22 | GXC | Research government entities (.5); draft WARN notice to Oklahoma government entities (.3); revise Nevada and North Dakota initial notice letters (.8); continue preparing newly hired employee notices (.3). | 1.90 | 427.50 |
| 8/12/22 | TNT | Compile WARN Notice Exhibits. | 1.20 | 330.00 |
| 8/12/22 | TNT | Update WARN Notice exhibit and email to E. Ferguson. | .20 | 55.00 |
| 8/12/22 | TNT | Email M. Blevins regarding attaining complete employee schedules. | .10 | 27.50 |
| 8/12/22 | TNT | Email R. Albarano and J. Si regarding status on attaining employee schedules. | .10 | 27.50 |
| 8/13/22 | TNT | Compile employee schedules from client files. | 2.00 | 550.00 |
| 8/14/22 | TNT | Compile employee schedules from client files. | 1.50 | 412.50 |
| 8/15/22 | ETF | Finalize WARN Notices and notices for disposition or sale. | 1.30 | 513.50 |
| 8/15/22 | ETF | Email client copy of letter template for new hires. | .10 | 39.50 |
| 8/15/22 | ANR | Conference call with G. Rubin and insurance carrier regarding DFEH charge. | .50 | 297.50 |
| 8/15/22 | ANR | Revision to implementation addendum to Asset Purchase Agreement. | 1.10 | 654.50 |
| 8/15/22 | ANR | Review of email from investigator regarding employee complaint. | .10 | 59.50 |
| 8/15/22 | ANR | Review of email from R. Dickerson regarding union grievances. | .10 | 59.50 |
| 8/15/22 | ANR | Review of email from A. Hauck regarding offer letters. | .10 | 59.50 |
| 8/15/22 | ANR | Review of email from Stretto regarding WARN Act mailings. | .10 | 59.50 |
| 8/15/22 | ANR | Review of email from A. Baker regarding WARN Act notices for new employees. | .10 | 59.50 |
| 8/15/22 | ANR | Review of draft DFEH information request. | .40 | 238.00 |
| 8/15/22 | ANR | Review of CNA union cease and desist letter. | .40 | 238.00 |
| 8/15/22 | ANR | Email to J. Heath regarding secondment agreement. | .10 | 59.50 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 8/15/22 | CC | Review Union addresses and presidents. | .20 | 45.00 |
| 8/15/22 | CC | Attend meeting with SEIU regarding ongoing issues. | 1.00 | 225.00 |
| 8/15/22 | JS | Meet with T. Truong regarding final payroll schedule compilation. | 1.00 | 395.00 |
| 8/15/22 | GXC | Prepare 5th Additional WARN notice letters to newly hired employees, union representatives and government entities via mail and electronic transmission. | 4.90 | 1,102.50 |
| 8/15/22 | TNT | Compile schedule data from client files. | 2.00 | 550.00 |
| 8/16/22 | ANR | Receive investigator findings regarding employee complaint. | .60 | 357.00 |
| 8/16/22 | ANR | Telephone call with investigator regarding report. | .20 | 119.00 |
| 8/16/22 | ANR | Telephone call with N. Rubin regarding employee transition. | .20 | 119.00 |
| 8/16/22 | ANR | Telephone call with A. Hauck regarding employee transition and offers. | .30 | 178.50 |
| 8/16/22 | ANR | Review of email from S. Golden regarding union stipulation. | .10 | 59.50 |
| 8/16/22 | ANR | Reply to email from S. Golden regarding union stipulation. | .10 | 59.50 |
| 8/16/22 | ANR | Review of email from Ogletree regarding document request. | .10 | 59.50 |
| 8/16/22 | ANR | Review of email from A. Hauck regarding final paychecks. | .10 | 59.50 |
| 8/16/22 | ANR | Review of email from R. Albarano regarding final paychecks. | .10 | 59.50 |
| 8/16/22 | ANR | Review of SEIU cease and desist letter. | .10 | 59.50 |
| 8/16/22 | ANR | Review of email from G. Blanchard regarding pay review. | .10 | 59.50 |
| 8/16/22 | ANR | Review of revisions to collective bargaining stipulation from buyer. | .60 | 357.00 |
| 8/16/22 | ANR | Preparation of response to SEIU cease and desist response. | .30 | 178.50 |
| 8/16/22 | ANR | Email to investigator regarding findings regarding employee investigation. | .10 | 59.50 |
| 8/16/22 | ANR | Review of employee termination letter. | .30 | 178.50 |
| 8/16/22 | CC | Attend meeting with SEIU regarding ongoing issues. | 2.00 | 450.00 |
| 8/16/22 | CC | Finalize notes from 8/15/22 meeting with SEIU. | .90 | 202.50 |
| 8/16/22 | JS | Meet with client and Force 10 regarding weekly meeting for final payroll process. | .70 | 276.50 |
| 8/16/22 | JS | Meet with Force 10 and T. Truong regarding CNA request for information update. | .10 | 39.50 |
| 8/16/22 | JS | Review on-call pay history and add to schedule matrix. | .70 | 276.50 |
| 8/16/22 | TNT | Meet with J. Si, R. Albarano and team regarding data model. | .80 | 220.00 |
| 8/16/22 | TNT | Prepare email to M. Blevins regarding schedule data questions. | .20 | 55.00 |
| 8/17/22 | ANR | Attend weekly professionals call. | .80 | 476.00 |
| 8/17/22 | ANR | Conference call with Hospital internal team and Human Resources regarding results of employee investigation. | .50 | 297.50 |
| 8/17/22 | ANR | Email to A. Hauck regarding CBA stipulation. | .10 | 59.50 |
| 8/17/22 | ANR | Reply of email from A. Hauck regarding CBA stipulation. | .10 | 59.50 |
| 8/17/22 | ANR | Review of email from A. Hauck regarding information request. | .10 | 59.50 |
| 8/17/22 | ANR | Review of email from SEIU to Buyer regarding offers. | .10 | 59.50 |
| 8/17/22 | ANR | Review of response to DFEH information request. | .10 | 59.50 |
| 8/17/22 | ANR | Review of email from J. Rosenthal regarding transition agreement. | .10 | 59.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/17/22 | CC | Prepare draft to response to Union information request. | .30 | 67.50 |
| 8/17/22 | CC | Finalize notes from 2/16/22 meeting with SEIU. | .90 | 202.50 |
| 8/17/22 | TNT | Review emails regarding scheduling data. | .10 | 27.50 |
| 8/18/22 | ANR | Attend biweekly standing zoom call regarding transition with A. Hauck. | 1.00 | 595.00 |
| 8/18/22 | ANR | Telephone call with J Rosenthal regarding indemnity request. | .20 | 119.00 |
| 8/18/22 | ANR | Review of email from S. Golden regarding CBA stipulation. | .10 | 59.50 |
| 8/18/22 | ANR | Review and reply to email from S. Golden regarding union claims. | .10 | 59.50 |
| 8/18/22 | ANR | Review of email from S. Golden to labor unions regarding stipulation regarding CBAs. | .10 | 59.50 |
| 8/18/22 | ANR | Review of buyer response to information request from union. | .30 | 178.50 |
| 8/18/22 | ANR | Provide seller response to union information request. | .10 | 59.50 |
| 8/18/22 | ANR | Review of email from C. Curtis regarding information request response. | .10 | 59.50 |
| 8/18/22 | ANR | Reply to email from C. Curtis regarding information request response. | .10 | 59.50 |
| 8/18/22 | CC | Assemble executed Secondment Agreement. | .50 | 112.50 |
| 8/18/22 | JS | Meet with client, ADP, and consultant regarding pay code review. | .30 | 118.50 |
| 8/18/22 | TNT | Download client schedule data files. | .20 | 55.00 |
| 8/19/22 | ANR | Review of email from CNA regarding outstanding grievances. | .10 | 59.50 |
| 8/19/22 | ANR | Reply to email from T. Mack regarding outstanding grievances. | .10 | 59.50 |
| 8/19/22 | ANR | Email to R. Dickerson and internal team regarding DFEH response. | .10 | 59.50 |
| 8/19/22 | ANR | Review of email from T. Mack regarding employee transition. | .10 | 59.50 |
| 8/19/22 | ANR | Weekly status meeting with CNA. | 1.10 | 654.50 |
| 8/19/22 | CC | Attend meeting with CNA regarding ongoing issues. | 1.10 | 247.50 |
| 8/19/22 | CC | Finalize notes from 8/19/22 meeting with CNA. | .90 | 202.50 |
| 8/19/22 | JS | Review and reply to multiple emails regarding final payroll process from client and Force 10. | .50 | 197.50 |
| 8/19/22 | TNT | Download client schedule data files. | .10 | 27.50 |
| 8/20/22 | TNT | Compile schedule data. | 4.50 | 1,237.50 |
| 8/21/22 | JS | Meet with T. Truong regarding final payroll processing schedule template. | 2.20 | 869.00 |
| 8/21/22 | TNT | Compile schedule data. | 3.50 | 962.50 |
| 8/21/22 | TNT | Compile schedule data. | 3.00 | 825.00 |
| 8/21/22 | TNT | Meet with J. Si regarding schedule data. | 2.30 | 632.50 |
| 8/22/22 | ETF | Revise severance template and review authority regarding same. | 1.70 | 671.50 |
| 8/22/22 | ANR | Weekly standing call with A. Hauck. | .80 | 476.00 |
| 8/22/22 | ANR | Telephone call with G. Blanchard, M. Mishra and J. Rosenthal regarding pay review. | .50 | 297.50 |
| 8/22/22 | ANR | Telephone call with P. Lee regarding HUC grievance. | .20 | 119.00 |
| 8/22/22 | ANR | Review of email from R. Dickerson regarding employee separation. | .10 | 59.50 |

Client #: 2732
Matter #: 001

September 29, 2022
Invoice #: 136346

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/22/22 | ANR | Review of separation agreement revise. | .40 | 238.00 |
| 8/22/22 | ANR | Review of email from A. Hauck regarding 12 hour vote. | .10 | 59.50 |
| 8/22/22 | ANR | Review of email from M. Boguies regarding draft stipulation. | .10 | 59.50 |
| 8/22/22 | ANR | Review of DFEH response draft (.4); review of investigator report (.1). | .50 | 297.50 |
| 8/22/22 | CC | Review SEIU SM meeting notes for buyer. | .20 | 45.00 |
| 8/22/22 | JS | Meetings with T. Truong regarding final payroll schedule update (2.0); review list and prepare email for schedules still needed (.5) | 2.50 | 987.50 |
| 8/22/22 | JS | Review and prepare emails regarding final payroll schedules and PTO questions. | .40 | 158.00 |
| 8/22/22 | JS | Telephone call with A. Ruda regarding final payroll reconciliation check coding. | .10 | 39.50 |
| 8/22/22 | JS | Meet with client and Force 10 regarding final payroll PTO accrual question. | .80 | 316.00 |
| 8/22/22 | JS | Meet with T. Truong regarding final payroll schedule template and prepare PTO-Vacation report from schedules for client. | 1.70 | 671.50 |
| 8/22/22 | JS | Build final payroll model using schedules for each individual employee, payroll and timecard history, and analyzing scheduled versus actual worked time. | 4.30 | 1,698.50 |
| 8/22/22 | TNT | Compile schedule data. | 2.00 | 550.00 |
| 8/22/22 | TNT | Meet with J. Si regarding schedule data. | 2.50 | 687.50 |
| 8/22/22 | TNT | Compile schedule data. | .70 | 192.50 |
| 8/22/22 | TNT | Meet with J. Si regarding schedule data. | 1.70 | 467.50 |
| 8/23/22 | ANR | Attend weekly professionals call. | .80 | 476.00 |
| 8/23/22 | ANR | Telephone call with R. Dickerson and A. Hauck regarding grievance meeting preparation. | .50 | 297.50 |
| 8/23/22 | ANR | Meeting with SEIU regarding stipulation regarding CBA. | .50 | 297.50 |
| 8/23/22 | ANR | Review and reply to email from J. Rosenthal regarding information request. | .10 | 59.50 |
| 8/23/22 | ANR | Review email from Ogletree regarding information request. | .10 | 59.50 |
| 8/23/22 | ANR | Reply to email from Ogletree regarding information. | .10 | 59.50 |
| 8/23/22 | ANR | Review of email from R. Albarano regarding information request. | .10 | 59.50 |
| 8/23/22 | ANR | Review of buyer response to information request. | .30 | 178.50 |
| 8/23/22 | ANR | Review of email from SEIU regarding education fund. | .10 | 59.50 |
| 8/23/22 | ANR | Review of email from R. Albarano regarding employee reach out. | .10 | 59.50 |
| 8/23/22 | CC | Attend meeting with SEIU counsel regarding transition. | .60 | 135.00 |
| 8/23/22 | JS | Meet with client, ADP, and Force 10 regarding final payroll processing for weekly update. | .70 | 276.50 |
| 8/23/22 | JS | Further build final payroll model using schedules for each individual employee, payroll and timecard history, and analyzing scheduled versus actual worked time. | 3.90 | 1,540.50 |
| 8/23/22 | TNT | Compile schedule data. | 2.40 | 660.00 |
| 8/24/22 | ANR | Attend weekly union standing. | .80 | 476.00 |
| 8/24/22 | ANR | Review of email from S. Golden to union regarding educational reimbursement. | .10 | 59.50 |
| 8/24/22 | ANR | Review of stipulation for CBA stipulation. | .30 | 178.50 |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 8/24/22 | ANR | Review of email from union regarding education fund. | .20 | 119.00 |
| 8/24/22 | ANR | Review of email from Caltec regarding stipulation. | .10 | 59.50 |
| 8/24/22 | ANR | Review of materials regarding CNA grievance. | 1.20 | 714.00 |
| 8/24/22 | ANR | Review of email from Teamsters regarding stipulation. | .10 | 59.50 |
| 8/24/22 | ANR | Review of email from S. Golden to unions regarding CBA stipulation. | .10 | 59.50 |
| 8/24/22 | ANR | Review of email from CNA regarding grievance meeting. | .10 | 59.50 |
| 8/24/22 | ANR | Review of email from A. Hauck to union regarding schedules. | .10 | 59.50 |
| 8/24/22 | ANR | Revision to stipulation regarding CBA regarding assumption language. | .70 | 416.50 |
| 8/24/22 | JS | Update final payroll model using additional schedules populated on schedule template. | 2.80 | 1,106.00 |
| 8/24/22 | JS | Update remaining schedules for final payroll model. | 2.20 | 869.00 |
| 8/24/22 | JS | Build estimated payroll model using average of last 4 pay periods of time data for differentials and premium pay, in order to apply to schedule model for final estimated payroll. | 2.80 | 1,106.00 |
| 8/24/22 | JS | Meet with client, ADP, Force 10, and T. Truong regarding final estimated payroll update. | .60 | 237.00 |
| 8/24/22 | JS | Update and refine estimated payroll model using average of last 4 pay periods of time data for differentials and premium pay, apply to schedule model for final estimated payroll. | 2.40 | 948.00 |
| 8/24/22 | JS | Meet with client and Force 10 regarding final estimated payroll update and payroll file production timeline. | .90 | 355.50 |
| 8/24/22 | JS | Prepare upload time and payroll file for second segment of estimated final payroll. | 2.30 | 908.50 |
| 8/25/22 | ETF | Review termination packet and status of direct deposit. | .50 | 197.50 |
| 8/25/22 | ANR | Standing bi-weekly call with A. Hauck regarding employee transition. | .80 | 476.00 |
| 8/25/22 | ANR | Additional telephone call with A. Hauck regarding request for information. | .40 | 238.00 |
| 8/25/22 | ANR | Review of email from S. Golden to SEIU regarding stipulation regarding collective bargaining agreement. | .10 | 59.50 |
| 8/25/22 | ANR | Review of email from S. Golden to Teamsters regarding stipulation regarding collective bargaining agreement. | .10 | 59.50 |
| 8/25/22 | ANR | Review of email from S. Golden to Caltec regarding stipulation regarding collective bargaining agreement. | .10 | 59.50 |
| 8/25/22 | ANR | Review of email from Teamsters regarding stipulation for CBA. | .10 | 59.50 |
| 8/25/22 | ANR | Review of draft implementation agreement. | .80 | 476.00 |
| 8/25/22 | ANR | Review of email from J. Doolittle regarding CBA stipulation. | .10 | 59.50 |
| 8/25/22 | ANR | Review of email from J. Lee regarding employee investigation. | .10 | 59.50 |
| 8/25/22 | ANR | Review of proposed Buyer modification to CBA stipulation. | .20 | 119.00 |
| 8/25/22 | ANR | Review of email from M. Posner regarding information request. | .10 | 59.50 |
| 8/25/22 | ANR | Review of PTO schedule. | .30 | 178.50 |
| 8/25/22 | ANR | Review of email from CNA regarding CBA stipulation. | .10 | 59.50 |

Client #: 2732
Matter #: 001

September 29, 2022
Invoice #: 136346

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/25/22 | ANR | Review of email from S. Golden regarding CBA stipulation. | .10 | 59.50 |
| 8/25/22 | ANR | Reply to email from S. Golden regarding CBA stipulation. | .10 | 59.50 |
| 8/25/22 | ANR | Review of closing paperwork for employees. | .80 | 476.00 |
| 8/25/22 | ANR | Respond to information request. | .10 | 59.50 |
| 8/25/22 | ANR | Email to Stretto regarding final notice documentation. | .10 | 59.50 |
| 8/25/22 | CC | Finalize notes from 8/23/22 meeting with SEIU. | .40 | 90.00 |
| 8/25/22 | CC | Attend meeting with SEIU regarding ongoing issues. | 1.00 | 225.00 |
| 8/25/22 | JS | Analyze interface and prepare a partial pay period upload file from timekeeping to payroll system for final 8/31 payroll. | 8.50 | 3,357.50 |
| 8/25/22 | JS | Prepare upload time and payroll file for final segment of estimated final payroll (3.0); balance and reconcile upload files (1.5). | 4.50 | 1,777.50 |
| 8/25/22 | JS | Review email regarding payroll preview issues (.3); meet with client and Force 10 regarding same (.5). | .80 | 316.00 |
| 8/25/22 | JS | Prepare final data reports for updated upload files for final estimated payroll. | 1.10 | 434.50 |
| 8/26/22 | ETF | Meeting with client regarding separation paperwork. | .40 | 158.00 |
| 8/26/22 | ETF | Prepare separation documents and template for census list. | .30 | 118.50 |
| 8/26/22 | ETF | Email client regarding census list for completion with link. | .10 | 39.50 |
| 8/26/22 | ETF | Email client regarding separation forms. | .10 | 39.50 |
| 8/26/22 | ANR | Preparation for settlement discussions with CNA including review of grievance history and documents. | 1.20 | 714.00 |
| 8/26/22 | ANR | Settlement discussions with CNA regarding various grievances. | 1.10 | 654.50 |
| 8/26/22 | ANR | Review of email from S. Golden to Caltec union regarding CBA stipulation. | .10 | 59.50 |
| 8/26/22 | ANR | Review of email from Stretto regarding final employee document mailing. | .10 | 59.50 |
| 8/26/22 | ANR | Review of email from SEIU regarding information request. | .10 | 59.50 |
| 8/26/22 | ANR | Review of comments to implementation agreement. | .30 | 178.50 |
| 8/26/22 | ANR | Review of final employee separation templates. | .10 | 59.50 |
| 8/26/22 | ANR | Email to CNA regarding CBA stipulation. | .10 | 59.50 |
| 8/26/22 | ANR | Email to S. Golden regarding union settlement. | .10 | 59.50 |
| 8/26/22 | JS | Create updated upload files for final estimated payroll, balance, validate, and upload to payroll vendor. | 6.40 | 2,528.00 |
| 8/26/22 | JS | Review case notes and payroll previews for final estimate payroll. | .50 | 197.50 |
| 8/26/22 | JS | Review emails and case notes regarding final estimated payroll check date issue. | .30 | 118.50 |
| 8/26/22 | JS | Meet with client, Force 10, and internal team regarding final paycheck process. | .40 | 158.00 |
| 8/26/22 | GXC | Attend meeting with A. Ruda, A. Hauck, T. Mack of the California Nurses Association regarding grievances. | 1.20 | 270.00 |
| 8/26/22 | GXC | Memorialize discussions from meeting with California Nurses Association regarding grievances for A. Ruda and A. Hauck's consideration in resolutions. | 3.80 | 855.00 |
| 8/28/22 | JS | Review final estimated payroll for SEIU increase effective 8/28. | .20 | 79.00 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/29/22 | ETF | Exchange emails with client regarding employee census list for termination packet. | .10 | 39.50 |
| 8/29/22 | ETF | Review employee census list against WARN list and follow up on same. | .50 | 197.50 |
| 8/29/22 | ETF | Review email from client regarding Notice of Change in Relationship. | .10 | 39.50 |
| 8/29/22 | ANR | Standing zoom call with A. Hauck regarding employee transition. | 1.00 | 595.00 |
| 8/29/22 | ANR | Meeting with CNA regarding settlement. | 1.10 | 654.50 |
| 8/29/22 | ANR | Review of email from S. Golden to SEIU regarding stipulation regarding CBA. | .10 | 59.50 |
| 8/29/22 | ANR | Review of email from Buyer regarding APA implementation agreement. | .10 | 59.50 |
| 8/29/22 | ANR | Review of email from SEIU regarding spot review. | .10 | 59.50 |
| 8/29/22 | ANR | Review of Buyer's proposed revision to implementation agreement. | .40 | 238.00 |
| 8/29/22 | ANR | Review of notes regarding HUC grievance. | .60 | 357.00 |
| 8/29/22 | ANR | Review of email from J. Thomas regarding HUC hours of work. | .30 | 178.50 |
| 8/29/22 | ANR | Email from T. Mack regarding CNA proposal. | .20 | 119.00 |
| 8/29/22 | CC | Attend meeting with CNA regarding ongoing issues. | 1.10 | 247.50 |
| 8/29/22 | JS | Review WARN census against termination roster report for discrepancies. | 1.20 | 474.00 |
| 8/29/22 | JS | Review and prepare email regarding CNA meal break grievance, spot check RROP for 5 meal break grievance employees. | 1.50 | 592.50 |
| 8/30/22 | ETF | Exchange multiple emails with client regarding employee roster for termination paperwork. | .20 | 79.00 |
| 8/30/22 | ETF | Telephone call with client regarding termination paperwork. | .10 | 39.50 |
| 8/30/22 | ETF | Exchange emails with Stretto regarding service of employee termination paperwork. | .10 | 39.50 |
| 8/30/22 | ETF | Follow up with Stretto regarding employees included on mailing list in error. | .20 | 79.00 |
| 8/30/22 | LAF | Strategy session regarding labor issues, follow-up research regarding same. | 2.00 | 1,190.00 |
| 8/30/22 | ANR | Weekly call with professionals regarding closing. | .80 | 476.00 |
| 8/30/22 | ANR | Preparation for SEIU grievance meeting. | .80 | 476.00 |
| 8/30/22 | ANR | Attend SEIU grievance meeting. | 1.00 | 595.00 |
| 8/30/22 | ANR | Conference call with Team regarding final payroll. | .80 | 476.00 |
| 8/30/22 | ANR | Email to J. Rosenthal regarding final payroll. | .10 | 59.50 |
| 8/30/22 | ANR | Review of J. Si base pay calculation. | .20 | 119.00 |
| 8/30/22 | ANR | Review of union grievance schedule. | .20 | 119.00 |
| 8/30/22 | ANR | Review of email from A. Hauck regarding written information request. | .10 | 59.50 |
| 8/30/22 | ANR | Emails with Pachulski regarding union stipulation. | .10 | 59.50 |
| 8/30/22 | ANR | Review of email from Human Resources regarding final pay roster. | .10 | 59.50 |
| 8/30/22 | ANR | Review of email from J. Thomas regarding HUC grievance. | .30 | 178.50 |
| 8/30/22 | ANR | Review of email to Stretto regarding final employee separation packages. | .10 | 59.50 |
| 8/30/22 | ANR | Review of email from T. Mack regarding CNA grievances. | .10 | 59.50 |
| 8/30/22 | ANR | Review of meeting notes with union. | .40 | 238.00 |

Client #: 2732

Matter #: 001

September 29, 2022

Invoice #: 136346

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/30/22 | ANR | Review email from S. Sharma regarding final payroll. | .10 | 59.50 |
| 8/30/22 | ANR | Email to A. Hauck and R. Dickerson regarding schedule finalization. | .10 | 59.50 |
| 8/30/22 | ANR | Email to SEIU regarding HUC grievance. | .10 | 59.50 |
| 8/30/22 | ANR | Emails with unions regarding weekly meeting. | .10 | 59.50 |
| 8/30/22 | ANR | Response to SEIU informational request. | .60 | 357.00 |
| 8/30/22 | CC | Attend meeting with SEIU regarding ongoing issues. | .80 | 180.00 |
| 8/30/22 | CC | Finalize notes from 8/30/22 meeting with SEIU. | .20 | 45.00 |
| 8/30/22 | CC | Finalize notes from 8/29/22 meeting with CNA. | .90 | 202.50 |
| 8/30/22 | JS | Review email regarding payroll errors, review payroll, schedule, and model files. | 1.30 | 513.50 |
| 8/30/22 | JS | Meet with client, Force 10, and A. Ruda regarding payroll errors issue. | .50 | 197.50 |
| 8/30/22 | JS | Review time and pay records regarding payroll issue (1.0); perform reconciliation through 8/30 and prepare payroll file for 8/31 manual checks (5.2). | 6.20 | 2,449.00 |
| 8/30/22 | JS | Prepare CNA meal waiver grievance amount using RROP from 8/19/22 payroll. | .50 | 197.50 |
| 8/31/22 | LAF | Review email responses, strategy session regarding closing issues. | .50 | 297.50 |
| 8/31/22 | ANR | Telephone call with J. Rosenthal regarding transaction. | .30 | 178.50 |
| 8/31/22 | ANR | Review of analysis from J. Si regarding wage reconciliation. | .40 | 238.00 |
| 8/31/22 | ANR | Review of analysis regarding meal premium calculations. | .30 | 178.50 |
| 8/31/22 | ANR | Review of email from Teamsters regarding weekly meeting. | .10 | 59.50 |
| 8/31/22 | ANR | Review employee final pay matters. | .10 | 59.50 |
| 8/31/22 | ANR | Emails with A. Hauck regarding final paychecks. | .10 | 59.50 |
| 8/31/22 | ANR | Review of email from R. Dickerson regarding grievances. | .10 | 59.50 |
| 8/31/22 | ANR | Review email from A. Hauck regarding request for information. | .10 | 59.50 |
| 8/31/22 | CC | Email A. Hauk notifying response to SEIU. | .20 | 45.00 |
| 8/31/22 | CC | Finalize notes from 8/25/2022 meeting with SEIU. | .50 | 112.50 |
| 8/31/22 | JS | Review emails regarding additional employee emails about estimated payroll issues. | .50 | 197.50 |
| 8/31/22 | JS | Prepare email to ADP regarding reconciliation payroll coding. | .30 | 118.50 |
| 8/31/22 | JS | Review emails regarding reconciliation payroll. | .40 | 158.00 |
| 8/31/22 | JS | Prepare and enter 11:59 pm entries to close out OldCo in timekeeping system for employees working overnight from 8/31/22 to 9/1/22. | 2.60 | 1,027.00 |
| 8/31/22 | JS | Prepare email eTime report issues and midnight manual punches. | .60 | 237.00 |
| 8/31/22 | JS | Review multiple case notes regarding reconciliation payroll coding. | .50 | 197.50 |
| 9/01/22 | ANR | Review of email from K. Lohwater re plan termination. | .10 | 59.50 |
| 9/01/22 | ANR | Email from S. Golden re plan termination. | .10 | 59.50 |
| 9/01/22 | JS | Meet with T. Truong re final reconciliation payroll process. | 2.20 | 869.00 |
| 9/01/22 | JS | Meet with client, Force 10, and T. Truong re final reconciliation payroll. | 1.60 | 632.00 |
| 9/01/22 | JS | Telephone call with T. Truong re final reconciliation payroll timing and schedule. | .20 | 79.00 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/01/22 | JS | Prepare files, data, and reports for final reconciliation payroll. | 2.90 | 1,145.50 |
| 9/01/22 | KWL | Call w J Chang re documentation of cash balance plan freeze and buyer assumption (1.0); e-mails with J Rosenthal, S Golden + A Ruda re documentation of cash balance plan freeze and buyer assumption (.5); draft plan amendment (1.5). | 3.00 | 1,185.00 |
| 9/01/22 | TNT | Meet w/ J. Si re final payroll reconciliation. | 2.20 | 605.00 |
| 9/01/22 | TNT | Meet w/ J. Si, R. Albarano, R. Coburn re reconciliation. | 1.30 | 357.50 |
| 9/02/22 | JS | Meet with T. Truong re final reconciliation payroll processing. | 3.30 | 1,303.50 |
| 9/02/22 | JS | Prepare email to Force 10 re preliminary results for reconciliation payroll. | .20 | 79.00 |
| 9/02/22 | JS | Prepare estimated versus final pay stub sample. | .60 | 237.00 |
| 9/02/22 | JS | Meet with client, ADP, Force 10, T. Truong re final reconciliation payroll processing. | .80 | 316.00 |
| 9/02/22 | TNT | Meet with J. Si re final reconciliation payroll processing. | 2.10 | 577.50 |
| 9/02/22 | TNT | Meet with J. Si re final reconciliation payroll processing. | 1.10 | 302.50 |
| 9/02/22 | TNT | Meet with J. Si, R. Albarano, R. Coburn, J. Arnold, A. Bhatia, E. Munoz re final payroll reconciliation. | .80 | 220.00 |
| 9/05/22 | JS | Meet with T. Truong re final reconciliation payroll. | .30 | 118.50 |
| 9/05/22 | JS | Reconcile actual payroll against estimated payroll and generate payroll import file. | 7.50 | 2,962.50 |
| 9/05/22 | TNT | Meet with J. Si re final reconciliation. | .40 | 110.00 |
| 9/06/22 | JS | Reconcile actual payroll against estimated payroll employees with manual checks and generate additional payroll import file. | 4.10 | 1,619.50 |
| 9/06/22 | JS | Reconcile actual payroll against estimated payroll employees with manual checks and generate payroll import file for M0Y employer. | 1.40 | 553.00 |
| 9/06/22 | JS | Review manual check additional entries. | .30 | 118.50 |
| 9/06/22 | JS | Review reconciliation payroll preview and prepare case notes re spotted issues. | .60 | 237.00 |
| 9/06/22 | JS | Meet with client and Force 10 re manual check voids on payroll previews. | .40 | 158.00 |
| 9/06/22 | JS | Review emails re SEIU across the board increase issue. | .20 | 79.00 |
| 9/07/22 | ANR | Attend Board call. | .80 | 476.00 |
| 9/07/22 | JS | Recalculate and reprocess final import to account for 8/28/2022 increases not entered in payroll system, recompile and balance multiple additional segments of import and account for multiplicative increases. | 9.60 | 3,792.00 |
| 9/07/22 | JS | Review email and prepare reconciliation for M0Y payroll import question. | .20 | 79.00 |
| 9/07/22 | JS | Update M0Y payroll import file. | .50 | 197.50 |
| 9/07/22 | JS | Review final payroll preview for KMU and M0Y. | .60 | 237.00 |
| 9/07/22 | KWL | Call w J Chang to revise documentation of buyer assumption (.5); review changes (.8); send revised draft to (and assorted e-mail communication with) S Golden, J Rosenthal + A Ruda (.2). | 1.50 | 592.50 |
| 9/08/22 | KWL | Revise cash balance plan amendment/documentation (1.0); discussions w J Chang, J Rosenthal, S Golden + A Ruda on same (1.5), revise 204(h) notice (.8); send to A Hauck re same (.2). | 3.50 | 1,382.50 |

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/08/22 | KWL | Complete 402(h) notice (1.3); forward to A Hauck + J Chang for review and distribution to plan participants (.2). | 1.50 | 592.50 |
| 9/08/22 | KWL | Discussion w/ J Chang re PBGC requests (.8); transmit signed amendment (.2); redraft buyer acknowledgement (.8). | 1.80 | 711.00 |

**TOTAL PROFESSIONAL SERVICES RENDERED**  **$ 138,712.50**

**TIMEKEEPER SUMMARY**

| Name | Rate | Hours | Amount | N/C Hr | N/C $ |
|------|------|-------|--------|--------|-------|
| Chou, Chet | 225.00 | 30.40 | 6,840.00 | .00 | .00 |
| Cheng, Gloria | 225.00 | 15.90 | 3,577.50 | .00 | .00 |
| Truong, Trieu N. | 275.00 | 45.70 | 12,567.50 | .00 | .00 |
| Thukral, Kritika | 375.00 | .50 | 187.50 | .00 | .00 |
| Ferguson, Elizabeth T. | 395.00 | 16.50 | 6,517.50 | .00 | .00 |
| Si, John | 395.00 | 128.50 | 50,757.50 | .00 | .00 |
| Lohwater, Karl W. | 395.00 | 15.10 | 5,964.50 | .00 | .00 |
| Fernandez, Louise Ann | 595.00 | 10.00 | 5,950.00 | .00 | .00 |
| Ruda, An Nguyen | 595.00 | 77.90 | 46,350.50 | .00 | .00 |
| **TOTALS** | | **340.50** | **$ 138,712.50** | **.00** | **$ .00** |

**DISBURSEMENTS ADVANCED**

| Date | Description | Amount |
|------|-------------|--------|
| | Accumulated inhouse copies | 293.04 |
| | ACC Federal Express Charges | 49.14 |
| | ACC Westlaw: Online Research | 116.29 |

**TOTAL DISBURSEMENTS ADVANCED**  **$ 458.47**

**TOTAL THIS INVOICE**  **$ 139,170.97**

*In Account With*

# BARTKO ZANKEL BUNZEL

**BARTKO ZANKEL BUNZEL & MILLER**
*A Professional Law Corporation*

TAX ID No. 94-2542676

One Embarcadero Center, Ste. 800
San Francisco, CA 94111
p: 415.956.1900
f: 415.956.1152
www.bzbm.com

September 29, 2022

Watsonville Hospital Holdings, Inc.
Accounts Payable
75 Nielson Street
Watsonville, CA  95076

| | |
|---|---|
| Invoice #: | 136350 |
| Client #: | 2732 |
| Matter #: | 009 |
| Billing Attorney: | ANR |

---

For professional services rendered and disbursements advanced through September 8, 2022:

**RE:   Fee Application**

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 8/10/22 | KLD | Analysis and work on detail for inclusion in fee application. | .50 | 197.50 |
| 8/11/22 | CC | Prepare Eighth Monthly Fee Application. | 1.50 | 337.50 |
| 8/12/22 | KLD | Preparation of Certificate of No Objection for filing. | .70 | 276.50 |
| 8/15/22 | KLD | Continued analysis and work on fee application. | .70 | 276.50 |
| 8/15/22 | CC | Prepare final draft of the Eighth Monthly Fee Application with exhibits for filing. | .80 | 180.00 |
| 8/22/22 | CC | Review narratives for descriptions in preparation for Second Interim Fee Application. | 1.00 | 225.00 |
| 8/26/22 | KLD | Assess documents for interim fee application. | .70 | 276.50 |

**TOTAL PROFESSIONAL SERVICES RENDERED**          **$ 1,769.50**

## TIMEKEEPER SUMMARY

| Name | Rate | Hours | Amount | N/C Hr | N/C  $ |
|---|---|---|---|---|---|
| Chou, Chet | 225.00 | 3.30 | 742.50 | .00 | .00 |
| Duffy, Kerry L. | 395.00 | 2.60 | 1,027.00 | .00 | .00 |
| **TOTALS** | | **5.90** | **$ 1,769.50** | **.00** | **$ .00** |

**TOTAL THIS INVOICE**          **$ 1,769.50**