Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, et al.,[1]<br><br>Debtors. | Case No. 21-51477<br><br>Chapter: 11<br>(Jointly Administered)<br><br>**SUPPLEMENTAL EIGHTH MONTHLY FEE STATEMENT OF PERKINS COIE LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 31, 2022**<br><br>**Objection Deadline: October 18, 2022**<br><br>4:00 p.m. (Pacific Time)<br><br>[No Hearing Requested]<br><br>Judge: Hon. M. Elaine Hammond |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

| Name of Applicant: | Perkins Coie LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | December 29, 2021, pursuant to Order entered January 28, 2022 [Docket No. 259] |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2022 – August 31, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $6,188.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |

On January 17, 2022, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed an *Application for the Entry of an Order Authorizing the Retention of Perkins Coie LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of December 29, 2021* (the "Retention Application"). See Docket No. 208.

On January 28, 2022, this Court entered its *Order Authorizing Retention of Perkins Coie LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of December 29, 2021* (the "Retention Order"). See Docket No. 259.

Perkins Coie LLP ("Perkins Coie" or "Applicant"), as co-counsel to the Committee hereby submits its supplemental eighth monthly fee statement (the "Supplemental Eighth Monthly Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing August 1, 2022 through and including August 31, 2022 (the "Fee Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order").

On September 16, 2022, Perkins Coie filed and served its *Eighth Monthly Fee Statement of Perkins Coie LLP*, as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2022 through August 31, 2022 [Docket No. 755] (the "Eighth Monthly Fee

Statement"), seeking payment of $34,595.90, which amount represented the sum of 80% of $43,164.00 of fees ($34,531.20) sought, and 100% of the $64.70 of actual and necessary expenses requested for the Fee Period. Certain time entries for legal services provided to the Committee during the Fee Period were inadvertently omitted from the invoices submitted in support of, and the fees charged for such omitted time entries were inadvertently not included in the total amount sought by, the Eighth Monthly Fee Statement.

By this Supplemental Eighth Monthly Fee Statement, and in connection with the legal services reflected by the previously omitted time entries, Perkins Coie seeks, in addition to the amounts previously sought in the Eighth Monthly Fee Statement, (i) monthly interim allowance of additional compensation in the amount of $6,188.00 and no additional expenses, for a total additional allowance of $6,188.00 and (ii) payment of $4,950.40 (80% of the allowed additional fees pursuant to the Compensation Procedures Order).

In support of this Supplemental Eighth Monthly Fee Statement, (i) a summary of fees and expenses by category is attached hereto as **Exhibit A**; (ii) a summary of fees by timekeeper is attached hereto as **Exhibit B**; and (iii) detailed invoices are attached hereto as **Exhibit C**.

In accordance with the Compensation Procedures Order, any responses or objections to this Supplemental Eighth Monthly Fee Statement must be filed and served on the affected Retained Professional and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or the next business day if such day is not a business day) following the date the Supplemental Eighth Monthly Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Supplemental Eighth Monthly Fee Statement.

If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

| | | |
|---|---|---|
| Dated: October 4, 2022 | | **PERKINS COIE LLP** |
| | | By: /s/ Paul S. Jasper |
| | | Paul S. Jasper, Bar No. 200138<br>PJasper@perkinscoie.com<br>Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)<br>EWalker@perkinscoie.com<br>Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)<br>KAllare@perkinscoie.com<br>PERKINS COIE LLP<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br>Telephone: 415.344.7000<br>Facsimile: 415.344.7050 |
| | | *Co-Counsel to the Official Committee of Unsecured Creditors* |

# **EXHIBIT A**
*Summary of Fees by Category*

# EXHIBIT A

## Summary of Fees by Category for
## Supplement to Eighth Monthly Fee Statement of Perkins Coie LLP

| Billing Code / Category | Hours | Fees |
|---|---|---|
| 146559.0001.0001 / Asset Analysis & Dispositions | 10.40 | $6,188.00 |
| **Sub-Total:** | **10.40** | **$6,188.00** |
|  |  |  |
| 146559.0001 - Reimbursable Costs and Expenses |  | $0.00 |
| **Sub-Total:** |  | **$0.00** |
|  |  |  |
| **Grand Total:** |  | **$6,188.00** |

# **EXHIBIT B**
*Summary of Fees by Timekeeper*

# EXHIBIT B

**Summary of Fees by Timekeeper for**
**Supplement to Eighth Monthly Fee Statement of Perkins Coie LLP**

| Name | Title | Practice Group | Hourly Rate | Hours | Fees |
|---|---|---|---|---|---|
| Susan Rusea-Robinson | Associate | Business | $595.00 | 10.40 | $6,188.00 |
| | | | | 10.40 | **$6,188.00** |

# **EXHIBIT C**
*Invoices*

1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
Phone: 206.359.8000  

Email: clientacct@perkinscoie.com  
Accounting: 206.359.3143  
Fax: 206.359.9000  

# perkinscoie

|  |  |
|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. 6689221 |
| Attn: Paul Jasper | Matter No. 146559.0001.0001 |
| 505 Howard Street | Bill Date September 30, 2022 |
| Suite 1000 | Due Date Due Upon Receipt |
| San Francisco, CA 94105 |  |

## INVOICE SUMMARY

Re:   146559.0001.0001 / Asset Analysis & Dispositions

For Professional Services rendered through August 31, 2022

| | |
|---|---|
| Services | $6,188.00 |
| **Total Invoice Amount** | **$6,188.00** |
| Previous Balance Due | $18,921.00 |
| **Total Due This Invoice** | **$25,109.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**

Payment Due in US Currency  
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6689221**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP** <br> **Attn: Client Accounting** <br> **PO Box 24643** <br> **Seattle, WA 98124-0643** | [redacted] |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here:  
https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.

Invoice No. 6689221
Watsonville Hospital Official Committee
146559.0001.0001 / Asset Analysis & Dispositions



## Professional Services through 08/31/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 08/29/2022 | S. Robinson | Telephone call with P. Jasper regarding matter (.20); begin researching Paycheck Protection Program parameters (.50); | 0.70 |
| 08/30/2022 | S. Robinson | Research Paycheck Protection Program loan application and other guidance (1.10); research state and health sector reports regarding Paycheck Protection Program on Small Business Administration website (1.00); | 2.10 |
| 08/31/2022 | S. Robinson | Research Paycheck Protection Program laws, guidelines and updates regarding eligibility, forgiveness, and calculations (2.00); review Prospect management services agreement (.80); review Watsonville Hospital Corporation bylaws (.50); analyze research and draft summary and analysis regarding Paycheck Protection Program (4.00); correspondence with P. Jasper regarding analysis (.3); | 7.60 |
| **Total** | | | **10.40** |

**Services**
$6,188.00

## Summary of Services through 08/31/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| S. Robinson | Associate | 10.40 | 595.00 | 6,188.00 |
| **Total Services** | | **10.40** | | **$6,188.00** |

**Total Invoice Amount**
$6,188.00