Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

In re

WATSONVILLE HOSPITAL CORPORATION, et al.,[1]

Debtors.

Case No. 21-51477

Chapter: 11
(Jointly Administered)

**NINTH MONTHLY FEE STATEMENT OF PERKINS COIE LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 8, 2022**

**Objection Deadline: October 18, 2022**

**4:00 p.m. (Pacific Time)**

[No Hearing Requested]

Judge: Hon. M. Elaine Hammond

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

| **Name of Applicant:** | **Perkins Coie LLP** |
| --- | --- |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | December 29, 2021, pursuant to Order entered January 28, 2022 [Docket No. 259] |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2022 – September 8, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $2,175.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0.00 |

On January 17, 2022, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed an *Application for the Entry of an Order Authorizing the Retention of Perkins Coie LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of December 29, 2021* (the "Retention Application"). *See* Docket No. 208.

On January 28, 2022, this Court entered its *Order Authorizing Retention of Perkins Coie LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of December 29, 2021* (the "Retention Order"). *See* Docket No. 259.

Perkins Coie LLP ("Perkins Coie" or "Applicant"), as co-counsel to the Committee hereby submits its Ninth monthly fee statement (the "Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing September 1, 2022 through and including September 8, 2022 (the "Fee Period"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order").

By this Fee Statement, Perkins Coie seeks (i) an interim allowance of compensation in the amount of $2,175.00, for fees incurred from September 1, 2022 through September 8, 2022, and (ii)

payment of $1,740.00 (80% of the allowed fees pursuant to the Compensation Procedures Order) for the Fee Period.

In support of this Fee Statement, (i) a summary of fees and expenses by category is attached hereto as **Exhibit A**; (ii) a summary of fees by timekeeper is attached hereto as **Exhibit B**; and (iii) detailed invoices are attached hereto as **Exhibit C**.

In accordance with the Compensation Procedures Order, any responses or objections to this Fee Statement must be filed and served on the affected Retained Professional and the Notice Parties on or before 4:00 p.m. (Pacific Time) on the 14th day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Fee Statement.

If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

DATED: October 4, 2022

**PERKINS COIE LLP**

By: */s/ Paul S. Jasper*

Paul S. Jasper, Bar No. 200138
PJasper@perkinscoie.com
Eric E. Walker, IL Bar No. 6290993 (*pro hac vice*)
EWalker@perkinscoie.com
Kathleen Allare, IL Bar No. 6326536 (*pro hac vice*)
KAllare@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

*Co-Counsel to the Official Committee of Unsecured Creditors*

# <u>EXHIBIT A</u>

*Summary of Fees by Category*

**EXHIBIT A**

**Summary of Fees by Category for Ninth Monthly Fee Statement of Perkins Coie LLP, for Fees from September 1, 2022 - September 8, 2022**

| Billing Code / Category | Hours | | Fees |
|---|---|---|---|
| 146559.0001.0001 / Asset Analysis & Dispositions | 0.20 | | $159.00 |
| 146559.0001.0006 / Claims Administration | 0.10 | | $79.50 |
| 146559.0001.0013 / Plan & Disclosure Statement | 1.40 | | $1,510.50 |
| 146559.0001.0015 / Retention & Fee Applications | 0.80 | | $426.00 |
| **Sub-Total:** | **2.50** | | **$2,175.00** |
| | | | |
| 146559.0001 - Reimbursable Costs and Expenses | | | **$0.00** |
| **Sub-Total:** | | | **$0.00** |
| | | | |
| **Grand Total:** | | | **$2,175.00** |

# <u>EXHIBIT B</u>

*Summary of Fees by Timekeeper*

# EXHIBIT B

**Summary of Fees by Timekeeper for**
**Ninth Monthly Fee Statement of Perkins Coie LLP,**
**for Fees from September 1, 2022 - September 8, 2022**

| Name | Title | Practice Group | Hourly Rate | Hours | Fees |
|---|---|---|---|---|---|
| Paul S. Jasper | Senior Counsel | Bankruptcy & Restructuring | $795.00 | 2.10 | $1,669.50 |
| Eric E. Walker | Partner | Bankruptcy & Restructuring | $795.00 | 0.50 | $397.50 |
| Rachel A. Leibowitz | Paralegal | Bankruptcy & Restructuring | $270.00 | 0.40 | $108.00 |
| | | | | 3.00 | **$2,175.00** |

# EXHIBIT C

*Invoices*

1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
Phone: 206.359.8000  

Email: clientacct@perkinscoie.com  
Accounting: 206.359.3143  
Fax: 206.359.9000  

perkinscoie

|  |  |  |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6689220 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0001 |
| 505 Howard Street | Bill Date | September 30, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | |

## INVOICE SUMMARY

Re: 146559.0001.0001 / Asset Analysis & Dispositions

For Professional Services rendered through September 8, 2022

| | |
|---|---|
| Services | $159.00 |
| **Total Invoice Amount** | **$159.00** |
| Previous Balance Due | $18,762.00 |
| **Total Due This Invoice** | **$18,921.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**

Payment Due in US Currency  
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6689220**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP** | [redacted] |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 09/08/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/01/2022 | P. Jasper | Review notice of closing of sale and amendment (.2); | 0.20 |
| **Total** | | | **0.20** |

**Services**
$159.00

## Summary of Services through 09/08/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| P. Jasper | Sr Counsel | 0.20 | 795.00 | 159.00 |
| **Total Services** | | **0.20** | | **$159.00** |

**Total Invoice Amount**
$159.00

1201 Third Avenue, Suite 4900  Email: clientacct@perkinscoie.com
Seattle, Washington 98101       Accounting: 206.359.3143
Phone: 206.359.8000             Fax: 206.359.9000

perkinscoie

| | |
|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No.  6689222 |
| Attn: Paul Jasper | Matter No.  146559.0001.0006 |
| 505 Howard Street | Bill Date  September 30, 2022 |
| Suite 1000 | Due Date  Due Upon Receipt |
| San Francisco, CA 94105 | |

## INVOICE SUMMARY

Re:    146559.0001.0006 / Claims Administration & Objections

For Professional Services rendered through September 8, 2022

| | |
|---|---|
| Services | $79.50 |
| **Total Invoice Amount** | **$79.50** |
| Previous Balance Due | $3,259.50 |
| **Total Due This Invoice** | **$3,339.00** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**
Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6689222**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP** | [redacted] |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 09/08/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/08/2022 | P. Jasper | Review and respond to email from J. Rosenthal re SEIU Notice (.1); | 0.10 |
| **Total** | | | **0.10** |

**Services**
$79.50

## Summary of Services through 09/08/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| P. Jasper | Sr Counsel | 0.10 | 795.00 | 79.50 |
| **Total Services** | | **0.10** | | **$79.50** |

**Total Invoice Amount**
$79.50

Case: 21-51477 Doc# 786 Filed: 10/04/22 Entered: 10/04/22 11:37:39 Page 12 of 16

1201 Third Avenue, Suite 4900  
Seattle, Washington 98101  
Phone: 206.359.8000  

Email: clientacct@perkinscoie.com  
Accounting: 206.359.3143  
Fax: 206.359.9000  

**PERKINSCOIe**

|  |  |  |
|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | Invoice No. | 6689223 |
| Attn: Paul Jasper | Matter No. | 146559.0001.0013 |
| 505 Howard Street | Bill Date | September 30, 2022 |
| Suite 1000 | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 |  |  |

## INVOICE SUMMARY

Re:   146559.0001.0013 / Plan & Disclosure Statement

For Professional Services rendered through September 8, 2022

| | |
|---|---|
| Services | $1,510.50 |
| **Total Invoice Amount** | **$1,510.50** |
| Previous Balance Due | $32,586.24 |
| **Total Due This Invoice** | **$34,096.74** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**

Payment Due in US Currency  
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6689223**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP** | [redacted] |
| **Attn: Client Accounting** |  |
| **PO Box 24643** |  |
| **Seattle, WA 98124-0643** |  |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 09/08/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/01/2022 | P. Jasper | Review and comment on revised liquidation trust agreement (.2); Discussion with N. Rubin re same and re to do list for liquidating trust (.2); | 0.40 |
| 09/02/2022 | P. Jasper | Emails and discussions with J. Rosenthal re effective date conditions and related issues (.5). | 0.50 |
| 09/06/2022 | E. Walker | Conference with P. Jasper regarding strategy for liquidating trust retention and tasks (.5); | 0.50 |
| 09/06/2022 | P. Jasper | Discussion with E. Walker re plan and liquidating trust issues (.3); | 0.30 |
| 09/07/2022 | P. Jasper | Review and respond to emails from J. Rosenthal and R. Smith re status of Effective Date conditions and next steps (.2); | 0.20 |
| **Total** | | | **1.90** |

**Services**
$1,510.50

## Summary of Services through 09/08/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| E. Walker | Partner | 0.50 | 795.00 | 397.50 |
| P. Jasper | Sr Counsel | 1.40 | 795.00 | 1,113.00 |
| **Total Services** | | **1.90** | | **$1,510.50** |

**Total Invoice Amount**
$1,510.50

| | | |
|---|---|---|
| 1201 Third Avenue, Suite 4900 | Email: clientacct@perkinscoie.com | **perkinscoie** |
| Seattle, Washington 98101 | Accounting: 206.359.3143 | |
| Phone: 206.359.8000 | Fax: 206.359.9000 | |

| | | | |
|---|---|---|---|
| Watsonville Hospital Official Committee of Unsecured Creditors | | Invoice No. | 6689224 |
| Attn: Paul Jasper | | Matter No. | 146559.0001.0015 |
| 505 Howard Street | | Bill Date | September 30, 2022 |
| Suite 1000 | | Due Date | Due Upon Receipt |
| San Francisco, CA 94105 | | | |

## INVOICE SUMMARY

Re:    146559.0001.0015 / Retention & Fee Applications

For Professional Services rendered through September 8, 2022

| | |
|---|---:|
| Services | $426.00 |
| **Total Invoice Amount** | **$426.00** |
| Previous Balance Due | $21,073.50 |
| **Total Due This Invoice** | **$21,499.50** |

*INFORMATION MAY BE SUBJECT TO CLIENT ATTORNEY AND/OR ATTORNEY WORK PRODUCT PRIVILEGE*

**REMITTANCE INSTRUCTIONS**

Payment Due in US Currency
Tax Identification Number.: 91-0591206

**Please identify your payment with the following: Perkins Coie Account No. 146559 and Invoice 6689224**

| **CHECKS:** | **ACH / WIRE TRANSFERS IN USD:** |
|---|---|
| **Perkins Coie LLP** | [redacted] |
| **Attn: Client Accounting** | |
| **PO Box 24643** | |
| **Seattle, WA 98124-0643** | |

Client Privacy Policy. We collect or receive information in the ordinary course of providing legal services to you, including personal information. For more information about how we collect, use, and disclose personal information in connection with our legal representation of clients, please review our Client Privacy Policy, which can be accessed here: https://www.perkinscoie.com/en/client-privacy-policy.html.

After 30 days, a monthly late charge of 1% per month from the invoice date (or such lower rate as required by applicable law) will be due. Should a collection action or proceeding be necessary, attorneys' fees and costs for such collection effort will also be due.



## Professional Services through 09/08/2022

| Date | Attorney / Assistant | Description of Service | Hours |
|---|---|---|---|
| 09/06/2022 | P. Jasper | Emails to and from P. Jefferies and S. Golden re second interim fee applications (.2); Review interim compensation order re same (.1); Emails and discussion with G. Kopacz re same (.1); | 0.40 |
| 09/07/2022 | R. Leibowitz | Review August 2022 invoices for potential redactions (.3); correspondence with P. Jasper regarding same (.1); | 0.40 |
| **Total** | | | **0.80** |

**Services**
$426.00

## Summary of Services through 09/08/2022

| Attorney / Assistant | Title | Billed Hours | Billed Rate | Billed Amount |
|---|---|---|---|---|
| P. Jasper | Sr Counsel | 0.40 | 795.00 | 318.00 |
| R. Leibowitz | Paralegal | 0.40 | 270.00 | 108.00 |
| **Total Services** | | **0.80** | | **$426.00** |

**Total Invoice Amount**
$426.00

Case: 21-51477 Doc# 786 Filed: 10/04/22 Entered: 10/04/22 11:37:39 Page 16 of 16