Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF FILING MONTHLY STAFFING AND COMPENSATION REPORT OF FORCE TEN PARTERNS, LLC FOR THE PERIOD OF SEPTEMBER 1, 2022 THROUGH SEPTEMBER 8, 2022**<br><br>Judge: Hon. M. Elaine Hammond<br><br>**Objection Deadline: 4:00 p.m. (Pacific Time) October 18, 2022**<br><br>[No Hearing Requested] |

**PLEASE TAKE NOTICE** that on December 17, 2021, Watsonville Hospital Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion Pursuant to 11 U.S.C. § 363(b) and 105(a) for Authority to Employ and Retain Force Ten Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date* (the "Motion") [Docket No. 74] with the United States Bankruptcy Court for the Northern District of California, San Jose Division (the "Court").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

**PLEASE TAKE FURTHER NOTICE** that on January 1, 2022, the Court entered the *Order Granting Debtors' Motion Pursuant to 11 U.S.C. § 363(b) and 105(a) for Authority to Employ and Retain Force Ten Partners, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Effective as of the Petition Date* (the "Order") [Docket No. 186].

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, Force Ten Partners, LLC ("Force 10") hereby files its monthly staffing and compensation report (the "Report") for the period from September 1, 2022, through and including September 8, 2022 (the "Period"). Force 10 reserves its right to supplement, amend, or modify the Report to include fees and/or expenses incurred during the Period not covered in the attached Report or incurred subsequent to the end of the Period. The Board of Directors has approved reimbursement of expenses in excess of $10,000.

Annexed as **Exhibit A** to the Report is (i) a statement of fees and expenses rendered during the Period; (ii) a summary of time billed by each timekeeper, their hourly rate and the corresponding amount of fees associated with their time billed during the Period; and (iii) a summary of time billed for each task tracked by Force 10 and the corresponding amount of fees associated with each task during the Period.

Annexed as **Exhibit B** to the Report is the detailed time entries for the Period.

Annexed as **Exhibit C** to the Report is the detailed expense entries for the Period.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Report must be filed with the Court and served so as to be received by the undersigned counsel to the Debtors no later than **October 18, 2022 at 4:00 p.m. (PT)**.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, all staffing and compensation listed in the Report shall be subject to review by the Court.

**PLEASE TAKE FURTHER NOTICE** that copies of each of the pleadings identified herein can be viewed or obtained free of charge at the case website https://cases.stretto.com/WatsonvilleHospital.

///

Dated: October 4, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
Debra I. Grassgreen
Maxim B. Litvak
Steven W. Golden

Attorneys for Debtors and Debtors in Possession

# EXHIBIT A

# Force Ten Partners, LLC
5271 California Avenue, Suite 270
Irvine, CA 92617

Watsonville Hospital	September 8, 2022
75 Nielson Street	Invoice 2920
Watsonville, CA 95076

RE: Restructuring

___

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 9/08/2022**

| | |
|---|---:|
| FEES | $51,654.25 |
| EXPENSES | $245.15 |
| TOTAL CURRENT CHARGES | $51,899.40 |
| | |
| TOTAL BALANCE DUE | $51,899.40 |

**Summary of Services by Professional**

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Albarano, Renee | Managing Director | $600.00 | 56.0 | $30,540.00 |
| Alchanati, Camden | Analyst | 325.00 | 0.5 | 162.50 |
| Asherson, Cynthia | Staff | 225.00 | 3.6 | 810.00 |
| Myers, Darryl | Managing Director | 500.00 | 2.2 | 1,100.00 |
| Rosenthal, Jeremy | Partner | 850.00 | 7.0 | 5,950.00 |
| Rubin, Nicholas | Partner | 850.00 | 7.4 | 6,290.00 |
| Sprague, Ellen | Manager | 295.00 | 2.4 | 708.00 |
| Tulsidas, Victoria | Analyst | 325.00 | 21.5 | 6,093.75 |
| Total | | | 100.6 | $51,654.25 |

Travel Time reduction to 50% of billable rates is included in the summary above. The total reduction for travel time is $3,953.75.

**Summary of Services by Task**

| Task Category | Hours | Amount |
|---|---|---|
| Case Administration | 3.6 | $810.00 |
| CRO | 6.7 | 5,695.00 |
| Fee & Employment Application | 2.4 | 708.00 |
| Reporting / Financial Analysis | 2.8 | 1,542.50 |
| Transition Assistance Finance | 20.9 | 12,540.00 |
| Transition Assistance Operations | 5.0 | 4,250.00 |
| Transitional Services - Financial | 22.2 | 13,280.00 |
| Transitional Services - Operations | 21.3 | 8,875.00 |
| Travel Time | 15.7 | 3,953.75 |
| Total | 100.6 | $51,654.25 |

Travel Time reduction to 50% of billable rates is included in the summary above.

# EXHIBIT B

Force Ten Partners - Watsonville Hospital
Time Details for the Period September 1, 2022 - September 8, 2022
Exhibit B

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 9/1/2022 | Case Administration | Analyze and process communications, information; assist N. | 0.9 | Cynthia | Asherson | $ 225.00 | $ 202.50 |
| 9/1/2022 | CRO | respond to IT vendor; review and respond to emails; review final pleadings and filings; review licensing update; review trust agreement; review closing date and effective date issues; | 1.4 | Jeremy | Rosenthal | $ 850.00 | $ 1,190.00 |
| 9/1/2022 | Reporting / Financial Analysis | Release wires and distribute confirmations for cure payment. | 0.2 | Renee | Albarano | $ 600.00 | $ 120.00 |
| 9/1/2022 | Transition Assistance Finance | Run month-end MedHost reports for system conversion. | 3.4 | Renee | Albarano | $ 600.00 | $ 2,040.00 |
| 9/1/2022 | Transition Assistance Finance | MedHost conversion assistance with Accounting team and | 0.5 | Renee | Albarano | $ 600.00 | $ 300.00 |
| 9/1/2022 | Transition Assistance Finance | Discussions with Accounting team. | 0.4 | Renee | Albarano | $ 600.00 | $ 240.00 |
| 9/1/2022 | Transition Assistance Finance | Call with vendor re new contract terms. | 0.2 | Renee | Albarano | $ 600.00 | $ 120.00 |
| 9/1/2022 | Transition Assistance Finance | Assist Accounting team on August month-end close. | 2.9 | Renee | Albarano | $ 600.00 | $ 1,740.00 |
| 9/1/2022 | Transition Assistance Finance | Payroll meeting re final reconciliation process and submission. | 1.6 | Renee | Albarano | $ 600.00 | $ 960.00 |
| 9/1/2022 | Transition Assistance Finance | Share GL reports with MedHost for reconciliation to 154 new | 0.2 | Renee | Albarano | $ 600.00 | $ 120.00 |
| 9/1/2022 | Transition Assistance Finance | Discussion with R. Coburn. | 0.6 | Renee | Albarano | $ 600.00 | $ 360.00 |
| 9/1/2022 | Transition Assistance Finance | Create details for Accounting team related to contract status. | 1.5 | Renee | Albarano | $ 600.00 | $ 900.00 |
| 9/1/2022 | Transition Assistance Finance | Conversation with E. Banks re MedHost. | 0.3 | Renee | Albarano | $ 600.00 | $ 180.00 |
| 9/1/2022 | Transition Assistance Operations | Call with J. Rosenthal | 0.3 | Nicholas | Rubin | $ 850.00 | $ 255.00 |
| 9/1/2022 | Transition Assistance Operations | Call with debtor's counsel re closing items | 0.8 | Nicholas | Rubin | $ 850.00 | $ 680.00 |
| 9/1/2022 | Transition Assistance Operations | Call with UCC counsel | 0.2 | Nicholas | Rubin | $ 850.00 | $ 170.00 |
| 9/1/2022 | Transition Assistance Operations | Call with D. Myers | 0.4 | Nicholas | Rubin | $ 850.00 | $ 340.00 |
| 9/1/2022 | Transition Assistance Operations | Review correspondence regarding various matters, including LTA, employee benefits, new contracts, insurance, CHOW | 0.6 | Nicholas | Rubin | $ 850.00 | $ 510.00 |
| 9/1/2022 | Transition Services - Operations | Call with N. Rubin | 0.4 | Darryl | Myers | $ 500.00 | $ 200.00 |
| 9/1/2022 | Transition Services - Operations | Call with N. Rubin | 0.5 | Darryl | Myers | $ 500.00 | $ 250.00 |
| 9/1/2022 | Transition Services - Operations | Assisted HR with general calls, questions, and provided guidance to personnel regarding I-9 /employment offer agreements. | 1.5 | Victoria | Tulsidas | $ 325.00 | $ 487.50 |
| 9/1/2022 | Transition Services - Operations | Called remaining personnel with outstanding or incomplete | 0.5 | Victoria | Tulsidas | $ 325.00 | $ 162.50 |
| 9/1/2022 | Transition Services - Operations | E-Verified New Employees | 6 | Victoria | Tulsidas | $ 325.00 | $ 1,950.00 |
| 9/2/2022 | Case Administration | Analyze and process communications, information; assist N. | 0.1 | Cynthia | Asherson | $ 225.00 | $ 22.50 |
| 9/2/2022 | CRO | review vendor assignment; review and respond to emails re effective date; conference with N. Rubin re effective date; | 1 | Jeremy | Rosenthal | $ 850.00 | $ 850.00 |
| 9/2/2022 | Reporting / Financial Analysis | Add signed contracts to the VDR. | 0.2 | Camden | Alchanati | $ 325.00 | $ 65.00 |
| 9/2/2022 | Transition Assistance Finance | Discuss MedHost issues with L. Viramontes. | 0.3 | Renee | Albarano | $ 600.00 | $ 180.00 |
| 9/2/2022 | Transition Assistance Finance | Work with E. Banks & E. Magana on MedHost AP module start- | 3 | Renee | Albarano | $ 600.00 | $ 1,800.00 |
| 9/2/2022 | Transition Assistance Finance | Discuss Owens & Minor PO and AP invoice challenges. | 0.9 | Renee | Albarano | $ 600.00 | $ 540.00 |
| 9/2/2022 | Transition Assistance Finance | Discuss PVHCDHC insurance application open items with L. Nell. | 0.4 | Renee | Albarano | $ 600.00 | $ 240.00 |
| 9/2/2022 | Transition Assistance Finance | Payroll meeting with ADP. | 0.7 | Renee | Albarano | $ 600.00 | $ 420.00 |
| 9/2/2022 | Transition Assistance Finance | Review & approve August journal entries with G. Cotroneo. Test posting entries with E. Banks. Review MedHost missing | 3 | Renee | Albarano | $ 600.00 | $ 1,800.00 |
| 9/2/2022 | Transition Assistance Finance | Review vendor applications for credit. | 0.5 | Renee | Albarano | $ 600.00 | $ 300.00 |
| 9/2/2022 | Transition Assistance Finance | Research positive pay status with US Bank. | 0.5 | Renee | Albarano | $ 600.00 | $ 300.00 |
| 9/2/2022 | Transition Assistance Operations | Call with J. Rosenthal re effective date | 0.3 | Nicholas | Rubin | $ 850.00 | $ 255.00 |
| 9/2/2022 | Transition Assistance Operations | Call with UCC counsel | 0.4 | Nicholas | Rubin | $ 850.00 | $ 340.00 |
| 9/2/2022 | Transition Assistance Operations | Call with UCC counsel | 0.3 | Nicholas | Rubin | $ 850.00 | $ 255.00 |
| 9/2/2022 | Transition Assistance Operations | Call with R. Albarano | 0.3 | Nicholas | Rubin | $ 850.00 | $ 255.00 |
| 9/2/2022 | Transition Assistance Operations | Call with R. Albarano | 0.5 | Nicholas | Rubin | $ 850.00 | $ 425.00 |
| 9/2/2022 | Transition Assistance Operations | Review correspondence regarding various matters, including new contracts, updated claims register report. | 0.2 | Nicholas | Rubin | $ 850.00 | $ 170.00 |
| 9/2/2022 | Transition Services - Operations | Call with N. Rubin | 0.3 | Renee | Albarano | $ 600.00 | $ 180.00 |

Case: 21-51477    Doc# 787    Filed: 10/04/22    Entered: 10/04/22 11:55:58    Page 9 of 13

Force Ten Partners - Watsonville Hospital  
Time Details for the Period September 1, 2022 - September 8, 2022  
Exhibit B

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 9/2/2022 | Transition Services - Operations | Call with N. Rubin | 0.5 | Renee | Albarano | $ 600.00 | $ 300.00 |
| 9/2/2022 | Transition Services - Operations | Assisted HR with general calls and offered guidance to | 1.5 | Victoria | Tulsidas | $ 325.00 | $ 487.50 |
| 9/2/2022 | Transition Services - Operations | E-Verified New Employees | 6 | Victoria | Tulsidas | $ 325.00 | $ 1,950.00 |
| 9/2/2022 | Transition Services - Operations | Reviewed, validated, and organized incoming I-9 and employment offer agreements submitted by personnel. | 0.5 | Victoria | Tulsidas | $ 325.00 | $ 162.50 |
| 9/2/2022 | Travel Time | Travel from Watsonville to Tampa. | 10.2 | Renee | Albarano | $ 300.00 | $ 3,060.00 |
| 9/3/2022 | Travel Time | Travel time from Watsonville to Los Angeles | 5.5 | Victoria | Tulsidas | $ 162.50 | $ 893.75 |
| 9/4/2022 | Transition Services - Operations | Call with debtor's counsel | 0.1 | Nicholas | Rubin | $ 850.00 | $ 85.00 |
| 9/6/2022 | Case Administration | Analyze and process communications, information; assist N. | 0.6 | Cynthia | Asherson | $ 225.00 | $ 135.00 |
| 9/6/2022 | Reporting / Financial Analysis | Call with M. Vranjes to follow up on missing contracts. | 0.3 | Camden | Alchanati | $ 325.00 | $ 97.50 |
| 9/6/2022 | Reporting / Financial Analysis | Download and store all files from Cowen dataroom. | 1.9 | Renee | Albarano | $ 600.00 | $ 1,140.00 |
| 9/6/2022 | Transition Services - Financial | Work with R. Coburn & J. Si on final 08/31 payroll reconciliation. | 2.4 | Renee | Albarano | $ 600.00 | $ 1,440.00 |
| 9/6/2022 | Transition Services - Financial | Provide input for application for PVHCDHC insurance renewal. | 0.8 | Renee | Albarano | $ 600.00 | $ 480.00 |
| 9/6/2022 | Transition Services - Financial | Reply to queries from multiple suppliers regarding the sale and new entity information. | 1.2 | Renee | Albarano | $ 600.00 | $ 720.00 |
| 9/6/2022 | Transition Services - Financial | Convert AP invoices to Excel. | 0.6 | Renee | Albarano | $ 600.00 | $ 360.00 |
| 9/6/2022 | Transition Services - Financial | Call with R. Coburn & J. Si re payroll reconciliation. | 0.7 | Renee | Albarano | $ 600.00 | $ 420.00 |
| 9/6/2022 | Transition Services - Operations | Teleconference with M. Vranjes regarding outstanding contracts. | 0.6 | Darryl | Myers | $ 500.00 | $ 300.00 |
| 9/6/2022 | Transition Services - Operations | review and execute payor assignment agreements | 0.3 | Jeremy | Rosenthal | $ 850.00 | $ 255.00 |
| 9/6/2022 | Transition Services - Operations | Review correspondence regarding various matters, including new contracts, final fee applications, updated critical dates memo, | 0.5 | Nicholas | Rubin | $ 850.00 | $ 425.00 |
| 9/7/2022 | Case Administration | Analyze and process communications, information; assist N. | 1.2 | Cynthia | Asherson | $ 225.00 | $ 270.00 |
| 9/7/2022 | CRO | review minutes; prepare for and attend board meeting; review amendment to pension plan; conference with N. Rubin; conference with insurance company re D&0; review changes to | 2.5 | Jeremy | Rosenthal | $ 850.00 | $ 2,125.00 |
| 9/7/2022 | Transition Assistance Operations | Review correspondence regarding various matters, including new contracts, final fee applications, updated critical dates memo, insurance, liquidating trust agreement. | 0.7 | Nicholas | Rubin | $ 850.00 | $ 595.00 |
| 9/7/2022 | Transition Services - Financial | Assist Accounting team on August month-end close. | 5.3 | Renee | Albarano | $ 600.00 | $ 3,180.00 |
| 9/7/2022 | Transition Services - Financial | Work with R. Coburn & J. Si on final 08/31 payroll reconciliation. | 1.5 | Renee | Albarano | $ 600.00 | $ 900.00 |
| 9/7/2022 | Transition Services - Operations | Call with debtor's counsel | 0.2 | Nicholas | Rubin | $ 850.00 | $ 170.00 |
| 9/7/2022 | Transition Services - Operations | Call with CRO | 0.3 | Nicholas | Rubin | $ 850.00 | $ 255.00 |
| 9/7/2022 | Transition Services - Operations | Board call and follow up with J. Rosenthal | 0.9 | Nicholas | Rubin | $ 850.00 | $ 765.00 |
| 9/8/2022 | Case Administration | Analyze and process communications, information; assist N. | 0.8 | Cynthia | Asherson | $ 225.00 | $ 180.00 |
| 9/8/2022 | CRO | Review and respond to questions regarding pension plan; conference with counsel regarding pension plan; correspond with | 1.8 | Jeremy | Rosenthal | $ 850.00 | $ 1,530.00 |
| 9/8/2022 | Fee & Employment Application | Begin preparation of August invoice, forward to J Rosenthal and | 2.4 | Ellen | Sprague | $ 295.00 | $ 708.00 |
| 9/8/2022 | Reporting / Financial Analysis | Create wire payment for D&O Insurance renewal. | 0.2 | Renee | Albarano | $ 600.00 | $ 120.00 |
| 9/8/2022 | Transition Services - Financial | Prepare wire instructions for payroll reconciliation payment. | 0.3 | Renee | Albarano | $ 600.00 | $ 180.00 |
| 9/8/2022 | Transition Services - Financial | Assist Accounting team on August month-end close. | 4.8 | Renee | Albarano | $ 600.00 | $ 2,880.00 |
| 9/8/2022 | Transition Services - Financial | Call with S. Sharma. | 0.5 | Renee | Albarano | $ 600.00 | $ 300.00 |
| 9/8/2022 | Transition Services - Financial | 2 calls with R. Coburn re manual payroll updates. | 0.4 | Renee | Albarano | $ 600.00 | $ 240.00 |
| 9/8/2022 | Transition Services - Financial | Call with US Bank re additional depository account request. | 0.4 | Renee | Albarano | $ 600.00 | $ 240.00 |
| 9/8/2022 | Transition Services - Financial | Call with M. Scianna re bank set-up | 0.5 | Renee | Albarano | $ 600.00 | $ 300.00 |
| 9/8/2022 | Transition Services - Financial | Call with M. Vranjes re O&M PO's | 0.1 | Renee | Albarano | $ 600.00 | $ 60.00 |
| 9/8/2022 | Transition Services - Financial | Create ACH templates for US Bank. | 0.8 | Renee | Albarano | $ 600.00 | $ 480.00 |
| 9/8/2022 | Transition Services - Financial | 2 calls with E. Magana re cure payments in MedHost. | 0.4 | Renee | Albarano | $ 600.00 | $ 240.00 |
| 9/8/2022 | Transition Services - Financial | Update spreadsheet for MedHost cash application of cure | 1.1 | Renee | Albarano | $ 600.00 | $ 660.00 |

Case: 21-51477    Doc# 787    Filed: 10/04/22    Entered: 10/04/22 11:55:58    Page 10 of 13

Force Ten Partners - Watsonville Hospital
Time Details for the Period September 1, 2022 - September 8, 2022
Exhibit B

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 9/8/2022 | Transition Services - Financial | Assist with various payments. | 0.4 | Darryl | Myers | $ 500.00 | $ 200.00 |
| 9/8/2022 | Transition Services - Operations | Correspondence with insurance broker. | 0.3 | Darryl | Myers | $ 500.00 | $ 150.00 |
| 9/8/2022 | Transition Services - Operations | Review correspondence regarding various matters, including BOD, insurance | 0.4 | Nicholas | Rubin | $ 850.00 | $ 340.00 |
| | | Total | 100.6 | | | | $ 51,654.25 |

# EXHIBIT C

Force Ten Partners - Watsonville Hospital
Expense Details for the Period September 1, 2022 - September 8, 2022
Exhibit C

| Date | Category | Notes | Amount | First name | Last name |
|---|---|---|---|---|---|
| 9/1/2022 | Meals | Working Meal | $ 21.07 | Victoria | Tulsidas |
| 9/2/2022 | Meals | Working Meal | $ 31.03 | Victoria | Tulsidas |
| 9/3/2022 | Mileage | Drove personal vehicle from Watsonville to Los Angeles | $ 193.05 | Victoria | Tulsidas |
| | | Total | $ 245.15 | | |