Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, CA 94105-1020
Telephone: 415.263.7000
Facsimile: 415.263.7010
E-mail: dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com
sgolden@pszjlaw.com

Attorneys for the Liquidation Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF PROPOSED AGENDA FOR HEARING**<br><br>Date: October 13, 2022<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br><br>Judge: Hon. M. Elaine Hammond |

**PROPOSED AGENDA FOR HEARING ON OCTOBER 13, 2022 at 10:00 a.m.**

**Zoom Video Conference Link:**

**https://www.zoomgov.com/j/1619774110?pwd=Y0NDR2lBUFJCSWVOWnhtYmMzMXo2UT09**

**Passcode: 812509**

By Phone: 669 254 5252 | Webinar ID: 161 977 4110 | Passcode: 812509

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

# I. Matters Going Forward

1. **Joint Motion of the Debtors and the Buyer for an Order Enforcing the Sale Orders by Authorizing the Assumption and Assignment of Contracts with Philips Medical Capital, LLC and Response to PMC Objection** [Filed 08/29/22, Docket No. 696].

   Responses Received:

   A. **Response of Philips Medical Capital, LLC in opposition to Joint Motion to Compel Assumption and Assignment of Proposed Equipment Lease and Financing Agreements** [Filed 09/26/22, Docket No. 766].

   Related Documents:

   A. **Declaration of Steven W. Golden in Support of Joint Motion of the Debtors and the Buyer for an Order Enforcing the Sale Orders by Authorizing the Assumption and Assignment of Contracts with Philips Medical Capital, LLC and Response to PMC Objection** [Filed 08/29/22, Docket No. 697].

   B. **Notice of Hearing** [Filed 08/31/22, Docket No. 698].

   C. **Corrected Declaration of Steven W. Golden in Support of Joint Motion of the Debtors and the Buyer for an Order Enforcing the Sale Orders by Authorizing the Assumption and Assignment of Contracts with Philips Medical Capital, LLC and Response to PMC Objection** [Filed 08/29/22, Docket No. 699].

   D. **Certificate of Service** [Filed 08/30/22, Docket No. 707].

   E. **Amended Notice of Hearing** [Filed 08/30/22, Docket No. 714].

   F. **Second Amended Notice of Hearing** [Filed 08/30/22, Docket No. 731].

   G. **Certificate of Service** [Filed 09/01/22, Docket Nos. 740, 741].

   H. **Reply In Support Of Joint Motion of The Debtors and The Buyer for An Order Enforcing The Sale Orders by Authorizing The Assumption and Assignment of Contracts with Philips Medical Capital, LLC** [Filed 10/10/22, Docket No. 793].

   I. **Certificate of Service** [Filed 10/10/22, Docket No. 794].

   Response Deadline: September 22, 2022 at 4:00 p.m. Pacific Time. The Response Deadline was extend by agreement of the parties to September 26, 2022.

   Status: The matter is going forward.

Dated: October 12, 2022         PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Debra I. Grassgreen*
    Debra I. Grassgreen
    Maxim B. Litvak
    Steven W. Golden

    Attorneys for the Liquidation Trust