Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Steven W. Golden (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104-4436
Telephone:    415.263.7000
Facsimile:     415.263.7010
E-mail:         dgrassgreen@pszjlaw.com
                    mlitvak@pszjlaw.com
                    sgolden@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br>(Jointly Administered)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE THAT**, Pachulski Stang Ziehl & Jones LLP, counsel to the debtors and debtors in possession, hereby gives notice that the firm's address has changed to:

PACHULSKI STANG ZIEHL & JONES LLP
**One Sansome Street, 34th Floor, Suite 3430**
**San Francisco, CA 94104-4436**
Telephone:    (415) 263-7000
Facsimile:     (415) 263-7010

Dated: October 17, 2022

PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Debra I. Grassgreen*
         Debra I. Grassgreen
         Maxim B. Litvak
         Steven W. Golden

*Counsel for Debtors and Debtors in Possession*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.