AN NGUYEN RUDA (SBN 215453)
  aruda@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

*Special Labor and Employment Counsel to Debtors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING NINTH MONTHLY FEE STATEMENT OF BARTKO ZANKEL BUNZEL & MILLER AS SPECIAL LABOR AND EMPLOYMENT COUNSEL FOR THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2022 TO SEPTEMBER 8, 2022**<br><br>Related Docket No. 784<br>[No Order Required]<br><br>Judge: Hon. M. Elaine Hammond |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

The undersigned counsel for the above-captioned debtors and debtors-in-possession (the "Debtors") hereby certifies that:

1. As of the date hereof, no answer, objection or other responsive pleading has been received to the *Ninth Monthly Fee Statement of Bartko Zankel Bunzel & Miller as Special Labor and Employment Counsel for the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 1, 2022 through September 8, 2022* [Docket No. 784] (the "Monthly Fee Statement"), filed on October 4, 2022. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order"), objections to the Monthly Fee Statement were to be filed and served no later than October 19, 2022 at 4:00 p.m. prevailing Pacific Time.

2. Pursuant to the Compensation Procedures Order, the Debtors are authorized to pay Bartko Zankel Bunzel & Miller ("Bartko") the sum of $112,844.07 which represents 80% of the fees ($112,385.60) and 100% of the expenses ($458.47) requested in the Monthly Fee Statement, for the period from August 1, 2022 through September 8, 2022, upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

DATED: October 20, 2022

BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By: */s/ Kerry L. Duffy*
Kerry L. Duffy
*Special Labor and Employment Counsel to Debtors*