Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    973.643.7000
Facsimile:     973.643.6500

*Co-Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, et al.,[1]<br><br>Debtors. | CASE NO. 21-51477<br><br>Chapter: 11<br><br>(Jointly Administered)<br><br>**CERTIFICATION OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE STATEMENT OF SILLS CUMMIS & GROSS P.C., AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF AUGUST 1, 2022 THROUGH SEPTEMBER 8, 2022**<br><br>Related Docket No. 812<br>**[No Order Required]**<br><br>Judge:     Hon. M. Elaine Hammond |

The undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtors and debtors-in-possession (the "Debtors") hereby certifies that:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

1. As of the date hereof, no answer, objection or other responsive pleading has been received to the *Eighth Monthly Fee Statement of Sills Cummis & Gross P.C., as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of August 1, 2022 through September 8, 2022* [Docket No. 812] (the "Monthly Fee Statement"), filed on October 24, 2022.

2. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order"), objections to the Monthly Fee Statement were to be filed and served no later than November 7, 2022, at 4:00 p.m., prevailing Pacific Time.

3. Pursuant to the Compensation Procedures Order, the Debtors are authorized to pay Sills Cummis & Gross P.C. $17,214.80, which represents 80% of the $21,518.50 of fees requested in the Monthly Fee Statement, upon the filing of this Certification and without the need for entry of a Court order approving the Monthly Fee Statement.

DATED: November 8, 2022          **SILLS CUMMIS & GROSS P.C.**

By: */s/ Andrew H. Sherman*

Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

*Co-Counsel to the Official Committee of Unsecured Creditors*

Submitted by:
*/s/ Paul S. Jasper*
Paul S. Jasper
Perkins Coie LLP