Entered on Docket
November 16, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: November 15, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

NICHOLAS STROZZA (CA SBN 117234)
Assistant United States Trustee
JASON BLUMBERG (CA SBN 330150)
Trial Attorney
ELVINA ROFAEL (CA SBN 333919)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
280 South First Street, Ste. 268
San Jose, California 95113
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: jason.blumberg@usdoj.gov
       elvina.rofael@usdoj.gov

Attorneys for Acting United States Trustee
Tiffany Carroll[1]

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Reorganized Debtors.[2] | No. 21-51477 MEH<br>Chapter 11 (Jointly Administered)<br><br>**ORDER APPROVING STIPULATION EXTENDING OBJECTION DEADLINE FOR U.S. TRUSTEE**<br><br>Related to Docket Nos.:828, 846 |

---

[1] Tiffany Carroll, the Acting United States Trustee for Region 15, is acting in this appointment for Tracy Hope Davis, the United States Trustee for Region 17, who has recused herself.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

Upon the stipulation (the "Stipulation")[3] [Dkt. #846] of Hooper, Lundy & Bookman, P.C. and the U.S. Trustee; and the relief requested in the Stipulation being in the best interests of all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved, effective as of the execution thereof by the Parties.

2. The Objection Deadline with respect to the Fee Application is extended to **November 18, 2022 at 4:00 p.m. (PT)** for the U.S. Trustee only.

3. Except as expressly set forth in the Stipulation, nothing contained therein shall be an admission or a waiver of any substantive or procedural rights, remedies, claims, or defenses of either of the Parties.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of the Stipulation or this Order.

** END OF ORDER **

---

[3] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Stipulation.

**COURT SERVICE LIST**

ECF Participants