# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE** |

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 16, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Healthicity, LLC at 138 E 12300 S, Ste C, Draper, UT 84020-7965, pursuant to USPS forwarding instructions:

- **Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C. § 365 Effective as of the Rejection Dates** (Docket No. 777)

Dated: November 21, 2022

/s/ *Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
800.634.7734
Monica.Arellano@stretto.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.