AN NGUYEN RUDA (SBN 215453)
  aruda@bartko.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bartko.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:   (415) 956-1152

*Special Labor and Employment Counsel
to Debtors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING SECOND AND FINAL APPLICATION OF BARTKO ZANKEL BUNZEL & MILLER AS SPECIAL LABOR AND EMPLOYMENT COUNSEL TO THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR: (I) THE SECOND INTERIM FEE PERIOD OF APRIL 1, 2022 THROUGH SEPTEMBER 8, 2022; AND (II) THE FINAL FEE PERIOD OF DECEMBER 6, 2021 THROUGH SEPTEMBER 8, 2022**<br><br>[Related Docket No. 822]<br><br>Judge: Hon. M. Elaine Hammond<br><br>Date:  December 1, 2022<br>Time:  10:00 a.m.<br>Place:  United States Bankruptcy Court<br>   280 South First Street<br>   Courtroom 11<br>   San Jose, CA 95113-3099] |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

The undersigned special labor and employment counsel to the debtors and debtors-in-possession (the "Debtors") hereby certifies that:

1. As of the date hereof, no answer, objection or other responsive pleading has been received to Bartko Zankel Bunzel & Miller's ("Bartko" or the "Firm") *Second Interim and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses for (I) the Interim Fee Period (April 1, 2022 through September 8, 2022) and (II) the Final Fee Period (December 6, 2021 through September 8, 2022)* [Docket No. 822] (the "Final Application").

2. Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated January 6, 2022 [Docket No. 166] (the "Compensation Procedures Order"), and the *Amended Omnibus Notice of Hearing on Final Applications of Estate Professionals for Allowance and Payment of Compensation and Reimbursement of Expenses* [Docket No. 833] (the "Amended Notice"), any opposition to the relief requested in the Final Fee Application must be filed and served no later than 4:00 p.m. (Prevailing Pacific Time) on November 15, 2022 (the "Objection Deadline").

3. On October 25, 2022 and October 28, 2022, the Final Fee Application and Amended Notice, respectively, were served by electronic mail and/or by U.S. first class mail upon the Master Service List, and Notice Parties as set forth in the Certificate of Service filed on October 25, 2022 [Docket No. 832] and on October 28, 2022 [Docket No. 836].

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner with the law firm of Bartko Zankel Bunzel Miller LLP, special labor and employment counsel to the Debtors.

2. I certify that I have reviewed the Court's docket in these Chapter 11 cases and have not received any response or opposition to the Final Application.

This declaration was executed in El Dorado Hills, California.

| | | |
|---|---|---|
| DATED: November 22, 2022 | | BARTKO ZANKEL BUNZEL & MILLER<br>A Professional Law Corporation |
| | By: | _/s/ Kerry L. Duffy_<br>Kerry L. Duffy<br>*Special Labor and Employment Counsel to Debtors* |