# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-51477<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 30, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Proposed Agenda for Hearing** (Docket No. 870)

| | |
|---|---|
| Dated: December 1, 2022 | /s/ *James Nguyen-Phan*<br>James Nguyen-Phan<br>STRETTO<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br>855.524.4733<br>TeamWatsonvilleHospital@stretto.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

# Exhibit A



# Exhibit A
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Attorney General of United States | c/o U.S. Department of Justice | 950 Pennsylvania Avenue NW | | Washington | DC | 20503-0001 |
| California Dept. of Public Health | c/o Office of Legal Services | 1415 L Street Suite 500 | | Sacramento | CA | 95814 |
| California Dept. of Public Health | c/o San Jose District Office | 100 Paseo de San Antonio Suite 235 | Attn: Jie Wang District Manager | San Jose | CA | 95113 |
| California Nurses Association | Attn: Legal Dept | PO Box 89-4392 | | Los Angeles | CA | 90189-4392 |
| California Tech Employees Coalition | Attn: Legal Department | PO Box 700 | | West Sacramento | CA | 95691 |
| Centers for Medicare Medicaid Srvs | c/o Office of the Administrator | 7500 Security Boulevard | Chiquita BrooksLaSure Administrator | Baltimore | MD | 21244 |
| CNH Finance Fund I L.P. | c/o CNH Finance L.P. | PMB 1285 24 East Ave | Attn: Timothy Peters | New Canaan | CT | 06840-5529 |
| CNH Finance Fund I L.P. | c/o Kincaid Frame & Associates Co | 6151 Wilson Mills Road Suite 310 | Attn: Timothy Kincaid | Highland Height | OH | 44143 |
| Dell Financial Services L.L.C. | Attn: Legal Department | One Dell Way | Mail Stop-PS2DF-23 | Round Rock | TX | 78682 |
| Department Health & Human Service | c/o General Counsel | 200 Independence Avenue S.W. | | Washington | DC | 20201 |
| Department Of Health Care Services | Attn: HQAF Accnt/Cashier | 1501 Capital Ave Suite 71.2048 | Mail Stop 1101 | Sacramento | CA | 95814-5005 |
| Department of Health Care Services | c/o Office of Legal Services | PO Box 997413 MS 0010 | Subpoena Desk | Sacramento | CA | 95899-7413 |
| Flex Financial a Division of | c/o Stryker Sales Corporation | 1111 Old Eagle School Road | | Wayne | PA | 19087 |
| Flex Financial a Division of | c/o Stryker Sales LLC | 1901 Romence Road Parkway | | Portage | MI | 49002 |
| GE HFS LLC | Attn: Legal Department | PO Box 414 W-490 | | Milwaukee | WI | 53201 |
| Health Trust Workforce Solution LLC | Attn: Howell S. Arnold | 1100 Dr Martin L King Jr Blvd | Ste 1100 | Nashville | TN | 37203 |
| Internal Revenue Service | Attn: Legal Department | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Medhost Direct Inc | Attn: William P Anderson | 6550 Carothers Parkway Ste 160 | | Franklin | TN | 37067 |
| MPT of Watsonville LLC | Baker Donelson Bearman Caldwell | 420 20th Street North Suite 1400 | Attn: Luther P. Crull III | Birmingham | AL | 35203 |
| MPT of Watsonville LLC | c/o KTBS Law LLP | 1801 Century Park East 26th Floor | Attn: T Patterson and S Gurvitz | Los Angeles | CA | 90067 |
| MPT of Watsonville LLC | c/o MPT Operating Partnership L.P. | 1000 Urban Center Drive Suite 501 | Legal Dept. | Birmingham | AL | 35242 |
| NFS Leasing Inc. | Attn: Legal Department | 900 Cummings Center Suite 226-U | | Beverly | MA | 01915 |
| Noridian Healthcare Solutions LLC | Attn: Legal Department | 900 42nd St S | PO Box 6711 | Fargo | ND | 58103 |
| Phillips Medical Capital LLC | Attn: Legal Department | 1111 Old Eagle School Road | | Wayne | PA | 19087 |
| Public Health Service | c/o US Dept Health & Human Services | 5600 Fishers Lane Rm 4A53 | Paklawn Building | Rockville | MD | 20857 |
| SCG Capital Corporation | Attn: Accounting Dept | 74 W Park Place | | Stamford | CT | 06901 |
| Seiu Uhw And Joint Employer | Attn: Legal Dept | 1000 Broadway Suite 675 | | Oakland | CA | 94607 |
| State of California DOJ | c/o Office of the Attorney General | 1300 I Street | | Sacramento | CA | 95814-2919 |
| Teamsters 853 | Attn: Steven Lua | 22 E 5th St | | Watsonville | CA | 95076 |
| Teamsters Local Union #912 | Attn: Legal Dept | 22 East Fifth Avenue | | Watsonville | CA | 95076 |
| The Office of United States Trustee | Attn: Villacorta Blumberg & Rofael | 280 South First Street Room 268 | | San Jose | CA | 95113 |
| Urban Partnership Bank | Attn: Legal Department | 7936 South Cottage Grove | | Chicago | IL | 60619 |
| US Securities & Exchange Commission | Attn: Bankruptcy Counsel | 444 South Flower Street Suite 900 | | Los Angeles | CA | 90071-9591 |
| Western Alliance Equipment Finance | Attn: Legal Department | One East Washington Ste 1400 | | Phoenix | AZ | 85004 |

# Exhibit B



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ADEX Medical Staffing LLC | c/o Akerman LLP | Attn: Andrea Hartley | andrea.hartley@akerman.com |
| ADEX Medical Staffing LLC | c/o Akerman LLP | Attn: Evelina Gentry | evelina.gentry@akerman.com |
| BETA Healthcare Group | c/o Pyle Sims Duncan & Stevenson, APC | Attn: Gerald N Sims | jerrys@psdslaw.com |
| California Department of Health Care Services (DHCS) | c/o Office of the Attorney General | Attn: Anjana N. Gunn | anjana.gunn@doj.ca.gov |
| California Department of Public Health (CDPH) | Office of the Attorney General | Attn: Anjana N Gunn | anjana.gunn@doj.ca.gov |
| California Dept. of Public Health | c/o San Jose District Office | Attn: Jie Wang District Manager | CDPH-LNC-SANJOSE@cdph.ca.gov |
| California Emergency Medical Services Authority | Office of the Attorney General | Attn: Anjana N Gunn, Deputy Attorney General | anjana.gunn@doj.ca.gov |
| California Nurses Association | Attn: Kyrsten B. Skogstad and David B. Willhoite | | execoffice@calnurses.org kskogstad@calnurses.org dwillhoite@calnurses.org |
| California Physicians' Service dba Blue Shield of California | c/o Snell & Wilmer LLP | Attn: Michael B Reynolds & Andrew B Still | mreynolds@swlaw.com astill@swlaw.com |
| Cardinal Health | c/o Chiesa Shahinian & Giantomasi PC | Attn: Terri Jane Freedman & Scott A Zuber | tfreedman@csglaw.com szuber@csglaw.com |
| Cardinal Health | c/o Hopkins & Carley, ALC | Attn: Monique D. Jewett-Brewster | mjb@hopkinscarley.com |
| CNH Finance Fund I LP | c/o Foley & Lardner LLP | Attn: Edward J. Green | egreen@foley.com |
| CNH Finance Fund I LP | c/o Foley & Lardner LLP | Attn: Shane J. Moses | smoses@foley.com |
| CNH Finance Fund I, L.P. | c/o CNH Finance, L.P. | Attn: Timothy Peters | legal@cnhfinance.com |
| CNH Finance Fund I, L.P. | c/o Kincaid, Frame & Associates Co., LPA | Attn: Timothy Kincaid | tkincaid@kincaidframe.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Perkins Coie LLP | Attn: Eric E Walker & Kathleen Allare | ewalker@perkinscoie.com kallare@perkinscoie.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Perkins Coie LLP | Attn: Paul S Jasper & Sara L Chenetz | pjasper@perkinscoie.com |
| Co-Counsel to the Official Committee of Unsecured Creditors | c/o Sills Cummis & Gross P.C. | Attn: Andrew H Sherman & Boris I Mankovetskiy | asherman@sillscummis.com bmankovetskiy@sillscummis.com |
| Department of Health Care Services | c/o Office of Legal Services | | DHCSBankruptcy@dhcs.ca.gov |
| Emerald Textile Services Northern California, LLC | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P Kennedy | gerald.kennedy@procopio.com |
| Health Trust Workforce Solutions, LLC | Attn: Howell S. Arnold | | howell.arnold@healthtrustpg.com |
| Intuitive Surgical, Inc. | c/o Singer Cashman LLP | Attn: Adam S Cashman & Doug Tilley | acashman@singercashman.com dtilley@singercashman.com |

In re: Watsonville Hospital Corporation, et al.
Case No. 21-51477 (MEH)    Case: 21-51477    Doc# 871    Filed: 12/01/22    Entered: 12/01/22 08:19:13    Page 5 of 7

Page 1 of 3



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| LifeLinc Corporation and LifeLinc Anesthesia VI, P.C. | c/o Keller Benvenutti Kim LLP | Attn: Jane Kim | jkim@kbkllp.com |
| Medhost Direct, Inc | Attn: William P Anderson | | bill.anderson@medhost.com |
| MPT of Watsonville Lender, LLC and MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas E Patterson, Robert J Smith, Sasha M Gurvitz | tpatterson@ktbslaw.com<br>rsmith@ktbslaw.com<br>sgurvitz@ktbslaw.com |
| MPT of Watsonville, LLC | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Luther P. Crull, III | lcrull@bakerdonelson.com |
| MPT of Watsonville, LLC | c/o KTBS Law LLP | Attn: Thomas Patterson and Sasha Gurvitz | tpatterson@ktbslaw.com<br>sgurvitz@ktbslaw.com |
| Neven Development, LLC | c/o Guenther | Miller Law Group | Attn: Ralph P. Guenther, Esq. | rguenther@guentherlawgroup.com |
| Pajaro Valley Healthcare District Project | c/o Pillsbury Winthrop Shaw Pittman LLP | Attn: Gerry Hinkley and Claire K. Wu | gerry.hinkley@pillsburylaw.com<br>claire.wu@pillsburylaw.com |
| Pajaro Valley Healthcare District Project | c/o Pillsbury Winthrop Shaw Pittman LLP | Attn: Jonathan R. Doolittle | jonathan.doolittle@pillsburylaw.com |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Desiree Amador & Colin Albaugh | amador.desiree@pbgc.gov<br>efile@pbgc.gov<br>albaugh.colin@pbgc.gov<br>chatman.joselle@pbgc.gov |
| Philips Medical Capital, LLC | c/o Keller Benvenutti Kim LLP | Attn: Keith A McDaniels | kmcdaniels@kbkllp.com |
| Philips Medical Capital, LLC | c/o Offit Kurman, P.C. | Attn: Paul J Winterhalter | pwinterhalter@offitkurman.com |
| Picis Clinical Solutions, Inc. | c/o Hanson Bridgett LLP | Attn: Anthony J Dutra | adutra@hansonbridgett.com |
| Secretary of the U.S. Department of Health and Human Services, Centers for Medicare and Medicaid Services | c/o Assistant United States Attorney | Attn: Michael T Pyle | michael.t.pyle@usdoj.gov |
| SEIU United Healthcare Workers | | | bharland@unioncounsel.net |
| SEIU United Healthcare Workers | Attn: Cassaundra Curtis | | ccurtis@seiu-uhw.org<br>msalcedo@seiu-uhw.org |
| SEIU United Healthcare Workers – West | c/o Weinberg Roger & Rosenfeld | Attn: Manuel A Boigues & Michaela F Posner | bankruptcycourtnotices@unioncounsel.net<br>bharland@unioncounsel.net<br>mboigues@unioncounsel.net<br>mposner@unioncounsel.net |
| SEIU-UHW West & Joint Education Fund | c/o Weinberg Roger & Rosenfeld | Attn: Manuel A Boigues & Bruce A Harland | bankruptcycourtnotices@unioncounsel.net<br>mboigues@unioncounsel.net<br>bharland@unioncounsel.net |
| Special Labor and Employment Counsel to Debtors | c/o Bartko Zankel Bunzel & Miller | Attn: Kerry L. Duffy | kduffy@bzbm.com<br>aruda@bzbm.com |
| Teamsters 853 | Attn: Steven Lua | | slua@teamsters853.org |
| Teamsters Local Union #912 | | | slua@teamsters853.org |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Teamsters Union Local 853 | c/o Beeson, Tayer & Bodine, APC | Attn: Catherine E Holzhauser | cholzhauser@beesontayer.com |
| The Office of the United States Trustee | Attn: Jason Blumberg, Elvina Rofael, and Marta Villacorta | | marta.villacorta@usdoj.gov<br>Jason.Blumberg@usdoj.gov<br>Elvina.Rofael@usdoj.gov |
| Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee | Attn: Elvina Rofael | Elvina.Rofael@usdoj.gov |
| Tracy Hope Davis, the United States Trustee for Region 17 | Office of the United States Trustee | Attn: Jason Blumberg | Jason.blumberg@usdoj.gov |
| U.S. Acute Care Solutions and VEP Ventures | c/o Buchalter, a Professional Corporation | Attn: Anthony J. Napolitano | anapolitano@buchalter.com |
| Watsonville Hospital Corporation, et al. | c/o Force Ten Partners LLC | Attn: Jeremy Rosenthal | jrosenthal@force10partners.com |
| Watsonville Hospital Corporation, et al. | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Debra Grassgreen, Maxim B. Litvak and Steven W. Golden | dgrassgreen@pszjlaw.com<br>mlitvak@pszjlaw.com<br>sgolden@pszjlaw.com |