Tamar Terzian
tterzian@eppscoulson.com
1230 Crenshaw Blvd., Suite 200
Torrance, CA 90501
Tel: (213) 929-2390
Fax: (213) 929-2390

*Patient Care Ombudsman*



**The following constitutes the order of the Court.
Signed: December 8, 2022**

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 5:21-bk-51477 (MEH) |
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 (Jointly Administered) |
| Debtors.[1] | **ORDER APPROVING SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PATIENT CARE OMBUDSMAN** |
| | Date: December 1, 2022<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>280 South First Street<br>Courtroom 11<br>San Jose, CA 95113-3099<br>Judge: Hon. M. Elaine Hammond |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

Upon consideration of the Second and Final Fee Application (the "Application") of Tamar Terzian in her capacity as the Patient Care Ombudsman ("PCO") (Docket No. 824) for allowance of compensation and reimbursement of expenses and costs, and it appearing to the Court that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and the Court having jurisdiction to consider the Application and the relief requested therein, and adequate and appropriate notice of the Application having been given, and after due deliberation and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The First Interim Fee Application is allowed in the amount of $38,518.80 in fees and expenses of $8,537.73, for a total of $47,056.53 (Doc. # 478), on a final basis.

2. The Second Interim Fee Application is allowed in the amount of $42,937.00 in fees and $4,112.79 in expenses, for a total of $47,049.79.

3. The total fees and expenses allowed on a final basis are $94,106.32.

4. The Debtors are authorized and directed to make payment to Epps & Coulson, LLP for the outstanding fees and expenses of $47,049.79 approved herein. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

/// END OF ORDER ///

| | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | |
| 3 | <u>Via ECF:</u> |
| 4 | All ECF Recipients |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |