**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

In re

WATSONVILLE HOSPITAL
CORPORATION, *et al.*,

Debtors.[1]

Case No. 21-51477

Chapter 11

**SUPPLEMENTAL CERTIFICATE OF**

**SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 6, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Gloria Przelenski at 1770 44th Ave, Apt A, Capitola, CA 95010-3578 and on seven hundred thirty-three (733) confidential parties not included herein, pursuant to USPS forwarding instructions:

- **Notice of the Occurrence of the Effective Date for Modified First Amended Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors** (Docket No. 746)

Dated: December 9, 2022

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
800.634.7734
Monica.Arellano@stretto.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.