# UNITED STATES BANKRUPTCY COURT
## Northern DISTRICT OF California

In re: Watsonville Hospital Corporation

Debtor(s)

Case No. 21-51477

Lead Case No. 21-51477

☒ Jointly Administered

# Amended Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2022

Petition Date: 12/05/2021

Plan Confirmed Date: 07/28/2022

Plan Effective Date: 09/09/2022

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: Watsonville Hospital Liquidation Trust

Name of Authorized Party or Entity

/s/ Debra Grassgreen
Signature of Responsible Party

01/23/2023
Date

Debra Grassgreen
Printed Name of Responsible Party

Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104-4436
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Watsonville Hospital Corporation   Case No. 21-51477

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $955,347 | $8,481,618 | $855,120 | $8,143,561 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Force Ten Partners, LLC | Financial Professional | $596,222 | $4,070,680 | $596,222 | $4,070,680 |
| ii | Pachulski Stang Ziehl & Jones | Lead Counsel | $160,131 | $1,872,301 | $128,315 | $1,752,684 |
| iii | Hooper Lundy & Bookman | Special Counsel | $43,223 | $106,099 | $34,578 | $84,879 |
| iv | Bartko Zankel Bunzel & Miller | Special Counsel | $54,450 | $308,324 | $44,101 | $274,398 |
| v | Stretto | Other | $51,904 | $776,803 | $51,904 | $741,084 |
| vi | Sills Cummis & Gross PC | Special Counsel | $0 | $531,689 | $0 | $493,314 |
| vii | Perkins Coie LLP | Special Counsel | $49,417 | $600,074 | $0 | $510,874 |
| viii | Cowen Inc. | Other | $0 | $168,591 | $0 | $168,591 |
| ix | Terzian Law Group | Other | $0 | $47,057 | $0 | $47,057 |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Watsonville Hospital Corporation     Case No. 21-51477

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name Watsonville Hospital Corporation    Case No. 21-51477

|   |         |   |   |   |   |   |
|---|---------|---|---|---|---|---|
|   | xci     |   |   |   |   |   |
|   | xcii    |   |   |   |   |   |
|   | xciii   |   |   |   |   |   |
|   | xciv    |   |   |   |   |   |
|   | xcv     |   |   |   |   |   |
|   | xcvi    |   |   |   |   |   |
|   | xcvii   |   |   |   |   |   |
|   | xcviii  |   |   |   |   |   |
|   | xcix    |   |   |   |   |   |
|   | c       |   |   |   |   |   |
|   | ci      |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | | $955,347 | $8,481,618 | $855,120 | $8,143,561 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|   | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $412,713 | $412,713 | $412,713 | $412,713 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ◯    No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ◯

| Debtor's Name Watsonville Hospital Corporation | Case No. 21-51477 |

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Jeremy Rosenthal | Jeremy Rosenthal |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Liquidation Trustee | 01/23/2023 |
| Title | Date |

Debtor's Name Watsonville Hospital Corporation    Case No. 21-51477


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name Watsonville Hospital Corporation                             Case No. 21-51477



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

| | |
|---|---|
| 1 | Debra I. Grassgreen (CA Bar No. 169978) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| 2 | Steven W. Golden (admitted *pro hac vice*) |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| 3 | One Market Plaza, Spear Tower, 40th Floor |
| | San Francisco, CA 94105-1020 |
| 4 | Telephone: 415.263.7000 |
| | Facsimile: 415.263.7010 |
| 5 | E-mail: dgrassgreen@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| 6 | sgolden@pszjlaw.com |

Attorneys for Liquidation Trust

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No. 21-51477 (MEH) |
| WATSONVILLE HOSPITAL CORPORATION, *et al.*, | Chapter 11 |
| Debtors.[1] | **NOTES REGARDING LIQUIDATION TRUST'S POST-CONFIRMATION REPORT FOR THE QUARTER ENDING SEPTEMBER 30, 2022** |

The Watsonville Hospital Liquidation Trust (the "Liquidation Trust") has filed its Post-Confirmation Report for the quarter ending September 30, 2022 (the "3Q22 PCR") in the United States Bankruptcy Court for the Northern District of California, San Jose Division (the "Bankruptcy Court"). The Liquidation Trust,[2] with the assistance of its professionals, prepared the 3Q22 PCR in accordance with 28 C.F.R. § 58.8.

Jeremy Rosenthal has signed the 3Q22 PCR. Mr. Rosenthal serves as the Liquidation Trustee of the Liquidation Trust. In reviewing and signing the 3Q22 PCR, Mr. Rosenthal has necessarily relied upon the efforts, statements, and representations of the Liquidation Trust's professionals. In preparing the 3Q22 PCR, the Liquidation Trust relied on financial data derived from their books and records that was available at the time of such preparation. Although the Liquidation Trust has made every reasonable effort to ensure the accuracy and completeness of the 3Q22 PCR, subsequent information or discovery may result in material changes to the 3Q22 PCR. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Liquidation Trust hereby reserves its rights to amend and supplement the 3Q22 PCR as may be necessary or appropriate.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are: Watsonville Hospital Corporation (4113) ("WHC"); Watsonville Healthcare Management, LLC (4168) ("WHM"); Watsonville Hospital Holdings, Inc. (1118) ("WHH"); and Halsen Healthcare, LLC ("HH"). The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Declaration of Jeremy Rosenthal, Chief Restructuring Officer, in Support of Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 17] (the "First Day Declaration") and the *Modified First Amended Joint Plan of Liquidation Proposed by the Debtors and Official Committee of Unsecured Creditors* [Docket No. 616] (the "Plan"), as applicable.

The Liquidation Trust and Liquidation Trustee, its agents, and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Liquidation Trust and Liquidation Trustee, its agents, and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Liquidation Trust or its agents or professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their officers, employees, agents, attorneys, or their professionals are advised of the possibility of such damages.

## NOTES TO 3Q22 PCR

- **Parts 1(a) and (d)**. Pursuant to Article XIV.C of the Plan, as modified by paragraph 78 of the Confirmation Order, and the United States Trustee's representation at the Confirmation Hearing, no Quarterly Fees are assessed with respect to any funds disbursed from the Liquidation Trust upon which Quarterly Fees were previously assessed when such funds were disbursed from the Debtors to the Liquidation Trust. The Debtor previously paid Quarterly Fees upon all amounts that were disbursed from the Liquidation Trust for the quarter ending September 30, 2022.

  During the quarter ending September 30, 2022, the Liquidation Trust made total cash disbursements of $1,267,833.

- **Part 3(d).** The confirmed Plan estimates a recovery of between 5 – 15% with respect to approximately $33.8 million in general unsecured claims. However, the Liquidation Trust continues to evaluate all filed general unsecured claims. Accordingly, in deference to the ongoing process, the Liquidation Trust lists the "total anticipated payments under the Plan" with respect to general unsecured claims at $0.