# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re
    Watsonville Hospital Corporation, et al.

    Debtors

Chapter 11

Case no. 21-51477

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that SATELLITE HEALTHCARE INC. a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and herby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

SATELLITE HEALTHCARE INC.
300 Santana Row, Suite 300

San Jose, CA 95128

New Address

SATELLITE HEALTHCARE INC.
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/12/2023

SATELLITE HEALTHCARE INC.

By: *Darla Sourjohn*

Title: Darla Sourjohn, Sr. Director Revenue Cycle

Date: 05/12/2023