Andrew H. Sherman (admitted *pro hac vice*)
Boris I. Mankovetskiy (admitted *pro hac vice*)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500
Email:   ASherman@sillscummis.com
         BMankovetskiy@sillscummis.com

*Counsel to the WHC Liquidation Trust*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WATSONVILLE HOSPITAL CORPORATION, *et. al.*,[1]<br><br>Debtors. | Case No. 21-51477<br><br>Chapter: 11<br>Jointly Administered<br><br>**OMNIBUS NOTICE OF HEARING ON WHC LIQUIDATION TRUST'S NINTH, TENTH AND ELEVENTH OBJECTIONS TO CLAIMS**<br><br>**[RE Docket Nos. 904, 905 and 906**<br><br>Date:   August 17, 2023<br>Time:   10:00 a.m.<br>Place:  United States Bankruptcy Court<br>        280 South First Street<br>        Courtroom 11<br>        San Jose, CA 95113-3099<br>Judge:  Hon. M. Elaine Hammond |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, AND OTHER PARTIES IN INTERST**:

**PLEASE TAKE NOTICE** that a hearing to be conducted in person and via Zoom

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Watsonville Hospital Corporation (4113); Watsonville Healthcare Management, LLC (4168); Watsonville Hospital Holdings, Inc. (1118); and Halsen Healthcare, LLC. The Debtors' business address is 75 Nielson Street, Watsonville, CA 95076.

9775361

videoconference to consider the objections to claims [Docket Nos. 904, 905 and 906] (the "Objections") in the above-captioned chapter 11 cases, has been scheduled for **August 17, 2023 at 10:00 a.m. (Prevailing Pacific Time)** (the "Hearing"), before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, 280 South First Street, San Jose, California 95113, Courtroom 11.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in the presiding Judge's courtroom and will also be conducted by telephone or video. Parties may elect to appear in person of via Zoom videoconference. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Objection filed with respect to the claim(s), you must file a response ("Response") with the Court and appear at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Approving (A) Procedures for Filing Omnibus Objections to Claim and (B) The Form and Manner of Notice of Omnibus Objections* [Docket No. 558], any opposition to the relief requested in the Objections must be filed and served as to be **actually received** by **August 10, 2023 at 5:00 p.m. (prevailing Pacific Time)** (the "Response Deadline") by (a) the Liquidation Trust c/o Force Ten Partners LLP, 5271 California Avenue, Suite 270, Irvine, CA 92617, Attn: Jeremy Rosenthal (jrosenthal@force10partners.com), and (b) counsel to the Liquidation Trust, Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, NJ 07102, Attn: Andrew Sherman (asherman@sillscummis.com) and Boris Mankovetskiy (bmankovetskiy@sillscummis.com).

**Failure to timely file a Response by the Response Deadline and as otherwise set forth herein may result in the Court granting the Objections without further notice or hearing.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Objections can be viewed or obtained by: (i) accessing the Court's website at http://www.canb.uscorts.gov, (ii) contacting the Office of the Clerk of the Court at 280 South First Street, Room 3035, San Jose, CA 95113, or (iii)

from the Liquidation Trust's notice and claims agent, Stretto, at the case website of https://cases.stretto.com/WatsonvilleHospital, or toll free at: 1-877-476-4390 or submit an inquiry via email to TeamWatsonvilleHospital@stretto.com. Note that a PACER password is needed to access documents on the Court's website.

DATED: July 13, 2023

**SILLS CUMMIS & GROSS P.C.**

By: */s/ Andrew H. Sherman*
Andrew H. Sherman (*pro hac vice*)
ASherman@sillscummis.com
Boris I. Mankovetskiy (*pro hac vice*)
BMankovetskiy@sillscummis.com
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973.643.7000
Facsimile: 973.643.6500

*Counsel to the WHC Liquidation Trust*